UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> § <br> GREGORY W. ABBOTT, *et al.*, § <br> *Defendants*. § | Case No. 5:21-cv-844-XR <br> [Consolidated Cases] |

**STATE DEFENDANTS' SUPPLEMENTAL NOTICE OF APPEAL**

Defendants Greg Abbott, in his official capacity as Texas Governor; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order Granting Stay Pending Appeal entered on March 28, 2025. This order modified and clarified the Court's earlier March 14, 2025, Order to permanently enjoin Texas Election Code §§°84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) as being violative of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. *See* ECF No. 1210; and 28 U.S.C. § 1292(a)(1). State Defendants filed a notice of appeal against the earlier order on March 26, 2025. ECF No. 1208.

1

| | |
|---|---|
| Date: April 24, 2025 | Respectfully submitted, |
| KEN PAXTON<br>Attorney General of Texas | RYAN G. KERCHER<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| BRENT WEBSTER<br>First Assistant Attorney General | */s/ Kathleen T. Hunker*<br>KATHLEEN T. HUNKER |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | Special Counsel<br>Tex. State Bar No. 24118415 |
| RYAN WALTERS<br>Deputy Attorney General for Legal Strategy | ZACHARY W. BERG<br>Special Counsel<br>Tex. State Bar No. 24107706 |
| | WILLIAM D. WASSDORF<br>Deputy Chief, General Litigation Division<br>Tex. State Bar No. 24103022 |
| | OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-009)<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>ryan.kercher@oag.texas.gov<br>kathleen.hunker@oag.texas.gov<br>zachary.berg@oag.texas.gov<br>will.wassdorf@oag.texas.gov |
| | **COUNSEL FOR STATE DEFENDANTS** |

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 24, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*
KATHLEEN T. HUNKER

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## ORDER GRANTING STAY PENDING APPEAL

On this date, the Court considered the State Defendants' motion for clarification or alternatively for a stay pending appeal (ECF No. 1207) of the injunctive relief entered in this Court's Findings of Fact and Conclusions of Law on Plaintiffs' claims under the ADA and Rehabilitation Act issued on March 14, 2025 (ECF No. 1206) (the "FFCL"). On March 26, 2025, the State Defendants filed a Notice of Appeal of the FFCL (ECF No. 1208).

After careful consideration, the State Defendants' motion (ECF No. 1207) is **GRANTED**.

Thus, **IT IS ORDERED** that the FFCL has the following effect:

With respect to the HAUL and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 §§ 5.02, 5.03, and 5.07:

> The Court **DECLARES** that Tex. Election Code § § 84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) violate the ADA and Section 504. The Secretary of State of Texas, the Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, the El Paso County Elections Administrator, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to Texas Election Code §§°84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2).

**IT IS FURTHER ORDERED** that all injunctive relief described in the FFCL, including the relief modified by this Order, is **STAYED** pending appeal.

To the extent there is any discrepancy between this Order and the FFCL, this Order controls and clarifies, modifies, or supersedes the Court's FFCL issued March 14, 2025 (ECF No. 1206).

It is so **ORDERED**.

**SIGNED** this 28th day of March, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE