No. 25-50246

# In the United States Court of Appeals for the Fifth Circuit

La Unión del Pueblo Entero, Southwest Voter Registration Education Project; Mexican American Bar Association of Texas; Texas Hispanics Organized for Political Education; JOLT Action; William C. Velasquez Institute; Fiel Houston, Incorporated; Friendship-West Baptist Church; Texas Impact; James Lewin; Mi Familia Vota,

*Plaintiffs-Appellees,*

*v.*

Gregory W. Abbott, in his official capacity as Governor of Texas; Jane Nelson, in her official capacity as Texas Secretary of State; State of Texas; Warren K. Paxton, in his official capacity as Attorney General of Texas; Harris County Republican Party; Dallas County Republican Party; National Republican Senatorial Committee,

*Defendants-Appellants,*

Republican National Committee

*Movant-Appellant,*

OCA-Greater Houston; League of Women Voters of Texas; REVUP-Texas,

*Plaintiffs-Appellees,*

*v.*

Ken Paxton, Texas Attorney General,

*Defendant-Appellant,*

LULAC Texas; Texas Alliance for Retired Americans; Texas AFT; Voto Latino,

*Plaintiffs-Appellees,*

*v.*

Ken Paxton, in his official capacity as the Texas Attorney General,

*Defendant-Appellant,*

Delta Sigma Theta Sorority, Incorporated; The Arc of Texas,

*Plaintiffs-Appellees,*

v.

Gregory Wayne Abbott, in his official capacity as Governor of Texas; Warren Kenneth Paxton, Jr., in his official capacity as the Attorney General of Texas,

*Defendants-Appellants.*

———————

On Appeal from the United States District Court
for the Western District of Texas, San Antonio Division

———————

**APPELLANTS' RECORD EXCERPTS**

———————

# Table of Contents

Tab 1    Docket Sheet, Main, No. 5:21-cv-00844 (ROA.1-237)

Tab 2    Docket Sheet, First Supplemental (ROA.6708-6942)

Tab 3    Docket Sheet, Second Supplemental (ROA.10420-10654)

Tab 4    Docket Sheet, Third Supplemental (ROA.14252-14479)

Tab 5    Docket Sheet, Fourth Supplemental (ROA.33815-34049)

Tab 6    Docket Sheet, Fifth Supplemental (ROA.39213-39447)

Tab 7    Docket Sheet, Sixth Supplemental (ROA.40607-40841)

Tab 8    Docket Sheet, Seventh Supplemental (ROA.41347-41581)

Tab 9    Docket Sheet, Eigth Supplemental (ROA.47451-47678)

Tab 10   Docket Sheet, Ninth Supplemental (ROA.64011-64243)

Tab 11   Docket Sheet, Tenth Supplemental (ROA.64916-65150)

Tab 12   Docket Sheet, Eleventh Supplemental (ROA.70263-70490)

Tab 13   Docket Sheet, Twelth Supplemental (ROA.75946-76181)

Tab 14   Docket Sheet, Thirteenth Supplemental (ROA.77382-77617)

Tab 15   Docket Sheet, Fourteenth Supplemental, No. 1:21-cv-00780, (ROA.86846-86856)

Tab 16   Docket Sheet, Fourteenth Supplemental, No. 1:21-cv-00786, (ROA.87098-87111)

Tab 17   Docket Sheet, Fourteenth Supplemental, No. 5:21-cv-00848, (ROA.87393-87402)

Tab 18   Docket Sheet, Fourteenth Supplemental, No. 5:21-cv-00920, (ROA.87672-87674)

Tab 19   State Defendants' Notice of Appeal (ROA.41034-035)

Tab 20   Intervenor Defendants' Notice of Appeal (ROA.41036-038)

Tab 21   State Defendants' Supplemental Notice of Appeal, (ROA.41078-079)

Tab 22   Findings of Fact and Conclusions of Law (ROA.40864-40975)

Tab 23   Order Granting Stay Pending Appeal (ROA.41039-41040)

Tab 24   Order, April 1, 2025 (ROA.41048-41050)

Tab 25   Order, May 23, 2025 (ROA.41100-41103)

Certificate of Service

**TAB 1: MAIN DOCKET SHEET (ROA.1-237)**

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**               represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Anti-Defamation League Austin,**
**Southwest, and Texoma**
*TERMINATED: 03/06/2023*

represented by **Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                          represented by   **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**          represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Hispanics Organized for Political Education**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**            represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Lewin                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                     represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                          represented by  **Amira M. Mattar**
                                                             Free Speech For People
                                                             28 S Main Street
                                                             Suite 200
                                                             Sharon, MA 02067
                                                             617-564-0464
                                                             Email: amira@freespeechforpeople.org
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ben Clements**
                                                             Free Speech For People
                                                             1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marla Lopez                          represented by **Amira M. Mattar**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *PRO HAC VICE*
                                     *ATTORNEY TO BE NOTICED*

                                     **Ben Clements**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Laura E. Rosenbaum**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Victor Genecin**
                                     (See above for address)
                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Marlon Lopez**                represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                          represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by  **Georgina Yeomans**
*TERMINATED: 02/23/2022*                              Equal Employment Opportunity Commission
                                                      131 M St. NE
                                                      Washington, DC 20002
                                                      202-921-2748
                                                      Email: gyeomans@afscme.org
                                                      *TERMINATED: 02/23/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jennifer A. Holmes**
                                                      (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**          represented by   **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                    represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by     **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                                    represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

25-50246.37

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **League of Women Voters of Texas** | represented by | **Adriel I. Cepeda-Derieux** |

**Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                     represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                      (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andre I. Segura**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ari Savitzky**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                    represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                              (See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                 represented by   **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by

**Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by   **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by   **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lupe C. Torres**<br>*in her official capacity as Medina County Elections Administrator* | represented by | **Chad Ennis**<br>Texas Secretary of State<br>1019 Brazos Street<br>Austin, TX 78701<br>512-472-2700<br>Fax: 512-472-2728<br>Email: CEnnis@sos.texas.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert E Henneke**<br>Texas Public Policy Foundation<br>901 Congress Avenue<br>Austin, TX 78701<br>512-472-2700<br>Fax: 512-472-2728<br>Email: rhenneke@texaspolicy.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lisa Wise**<br>*in her Official Capacity as the El Paso County Elections Administrator* | represented by | **Angelica Lien Leo**<br>Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>(650) 843-5075<br>Fax: (650) 849-7400<br>Email: aleo@cooley.com<br>*TERMINATED: 05/12/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Beatriz Mejia**<br>Cooley LLP<br>3 Embarcadero Center 20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>Fax: (415) 693-2222<br>Email: mejiab@cooley.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**          represented by  **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dallas County Republican Party** | represented by | **E. Stewart Crosland** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**   represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**   represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                          represented by   **Eric J.R. Nichols**
*Harris Count;y District Attorney*                   Butler Snow LLP
                                                     1400 Lavaca Street, Suite 1000
                                                     Austin, TX 78701
                                                     737-802-1800
                                                     Fax: 737-802-1801
                                                     Email: Eric.Nichols@butlersnow.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Karson Karl Thompson**
                                                     Butler Snow LLP
                                                     1400 Lavaca Street, Suite 1000
                                                     Austin, TX 78701
                                                     737-802-1800
                                                     Fax: 737-802-1801
                                                     Email: karson.thompson@butlersnow.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Victoria A. Giese**
                                                     Butler Snow LLP
                                                     1400 Lavaca Street Suite 1000
                                                     Austin, TX 78701
                                                     737-802-1800
                                                     Email: victoria.giese@butlersnow.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Cory Ren Liu**
                                                     Butler Snow LLP
                                                     1400 Lavaca Street
                                                     Suite 1000
                                                     Austin, TX 78701
                                                     737-802-1800
                                                     Email: cory.ren.liu@gmail.com
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                     represented by   **Larry L. Roberson**
*Bexar County District Attorney*                     Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                                represented by  **Anthony J. Nelson**
*Travis County District Attorney*                            Travis County Attorney's Office
                                                             314 West 11th Street
                                                             Room 590
                                                             Austin, TX 78701
                                                             (512) 854-4801
                                                             Fax: 512/854-4808
                                                             Email: tony.nelson@traviscountytx.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**                              represented by  **Barbara S. Nicholas**
*Dallas County District Attorney*                             Assistant District Attorney
                                                              Civil Division Administration Building, 5th
                                                              Floor
                                                              500 Elm Street, Suite 6300
                                                              Dallas, TX 75202
                                                              (214) 653-6068
                                                              Fax: (214) 653-6134
                                                              Email: barbara.nicholas@dallascounty.org
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Ben L Stool**
                                                              Criminal District Attorney's Office of Dallas
                                                              County, T
                                                              500 Elm Street
                                                              Suite 6300
                                                              Dallas, TX 75202
                                                              (214) 653-6234
                                                              Fax: (214) 653-6134
                                                              Email: ben.larry.stool@gmail.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**                    represented by  **Jacqueline Lysette Villarreal**
                                                              Hidalgo County District Attorney Office
                                                              Civil Litigation
                                                              100 E. Cano
                                                              Edinburg, TX 78539
                                                              956-292-7609
                                                              Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County*
*District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official*
*Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.72

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                 represented by  **Larry L. Roberson**
*In her Official Capacity as Elections*           (See above for address)
*Administrator of Bexar County*                   *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                 represented by  **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*         Hidalgo County District Attorney's Office
*County Elections Administrator*                  100 E. Cano, First Floor
                                                  Edinburg, TX 78539
                                                  956-292-7609
                                                  Fax: 956-292-7619
                                                  Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                  *TERMINATED: 03/02/2024*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**            represented by   **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*          (See above for address)
*County Elections Administrator*                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**              represented by   **Christopher D. Hilton**
                                                (See above for address)
                                                *TERMINATED: 01/30/2024*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary*
*of State*

represented by  **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**
*in her Official Capacity as the Travis County Clerk*

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**    represented by    **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**    represented by    **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**    represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 (p.238) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 (p.315) | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 (p.327) | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 (p.332) | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 (p.338) | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |

| 09/03/2021 | 6 (p.344) | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
|---|---|---|
| 09/07/2021 | 7 (p.350) | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 (p.352) | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 (p.354) | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 (p.356) | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 (p.358) | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 (p.364) | ORDER GRANTING 4 (p.332) 5 (p.338) 6 (p.344) Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 (p.366) | ORDER GRANTING 11 (p.358) Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 (p.368) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 (p.374) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |

| | | |
|---|---|---|
| 09/08/2021 | 16 (p.381) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 (p.386) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 (p.391) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 (p.396) | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 (p.398) | ORDER GRANTING 14 (p.368) 15 (p.374) 16 (p.381) 17 (p.386) 18 (p.391) Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 (p.400) | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 (p.401) | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 (p.403) | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | | |

| | | |
|---|---|---|
| | <u>24</u><br>(p.404) | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1 (p.238)</u> Ex. A - Orig. Complaint (1:21-cv-780), # <u>2 (p.315)</u> Ex. B - Orig. Complaint (5:21-cv-848), # <u>3 (p.327)</u> Ex. C - Orig. Complaint (1:21-cv-786), # <u>4 (p.332)</u> Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | <u>25</u><br>(p.631) | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | <u>26</u><br>(p.632) | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | <u>27</u><br>(p.634) | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | <u>28</u><br>(p.636) | Unopposed MOTION for Extension of Time to File Answer re <u>1 (p.238)</u> Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1 (p.238)</u> Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING <u>28 (p.636)</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | <u>29</u><br>(p.640) | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | <u>30</u><br>(p.644) | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING <u>30 (p.644)</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | <u>31</u><br>(p.649) | ORDER GRANTING <u>24 (p.404)</u> Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 32 (p.654) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 (p.658) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 (p.663) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 (p.667) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 (p.671) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 (p.676) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 (p.681) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 (p.686) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 (p.690) | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 (p.691) | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 (p.654) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 (p.658) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 34 (p.663) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 35 (p.667) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 (p.671) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 (p.691) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 (p.676) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 (p.681) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 (p.686) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | |

| | | |
|---|---|---|
| | 42<br>(p.696) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43<br>(p.698) | MOTION by Public Interest Legal Foundation. (Attachments: # 1 (p.238) Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44<br>(p.762) | MOTION to Withdraw as Attorney - *Jessica Choi*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45<br>(p.766) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46<br>(p.770) | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47<br>(p.785) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48<br>(p.798) | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 (p.785) Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49<br>(p.801) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50<br>(p.815) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51<br>(p.828) | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 (p.801) Response in Opposition to Motion, 43 (p.698) MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52<br>(p.832) | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 (p.762) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin |

| | | |
|---|---|---|
| | | Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 (p.766) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 (p.844) | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 (p.886) | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 (p.238) Affidavit, # 2 (p.315) Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 (p.961) | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 (p.998) | ANSWER to 1 (p.238) Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 (p.1021) | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 (p.238) Proposed Answer, # 2 (p.315) Proposed Answer, # 3 (p.327) Proposed Answer, # 4 (p.332) Proposed Answer, # 5 (p.338) Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 (p.1223) | *Original* ANSWER to 1 (p.238) Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 (p.1245) | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 (p.1302) | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 (p.1305) | *Consolidated Defendant's* ANSWER to 1 (p.238) Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 (p.1336) | ANSWER to 1 (p.238) Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 (p.1355) | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican |

| | | |
|---|---|---|
| | | Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 (p.1357) | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 (p.1397) | *Original* ANSWER to 1 (p.238) Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 (p.1421) | *Original* ANSWER to 1 (p.238) Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 (p.1444) | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 (p.1476) | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 (p.238) Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 (p.1513) | *DEFENDANT'S* ANSWER to 1 (p.238) Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 (p.1557) | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 (p.1581) | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 (p.1585) | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 (p.1590) | NOTICE *of Joinder* by Dana DeBeauvoir re 52 (p.832) Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 (p.1594) | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 (p.698) MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 (p.1602) | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 (p.1604) | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |

| 10/29/2021 | 77 (p.1608) | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
|---|---|---|
| 10/29/2021 | 78 (p.1612) | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 (p.238) Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 (p.1653) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 (p.1658) | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 (p.1659) | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 (p.1685) | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 (p.1685) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 (p.1697) | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 (p.1357) MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 (p.1476) MOTION to Dismiss , 53 (p.844) MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 (p.886) MOTION to Dismiss , 67 (p.1444) MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 (p.1721) | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 (p.1727) | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 (p.1653) Motion to Appear Pro Hac Vice; GRANTING 85 (p.1727) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the |

| | | attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 86 (p.1731) | NOTICE of Service of Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 (p.1770) | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 (p.238) Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 (p.1735) | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 (p.1021) Opposed MOTION to Intervene filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 (p.1756) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 (p.1021) Opposed MOTION to Intervene filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 (p.1774) | NOTICE of Joinder by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 (p.1735) Response in Opposition to Motion, 57 (p.1021) Opposed MOTION to Intervene, 88 (p.1756) Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 (p.1777) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 (p.1021) Opposed MOTION to Intervene filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 (p.1790) | NOTICE of Joinder in Opposition to Intervention by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 (p.1756) Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 (p.1794) | Joint MOTION for Extension of Time to File The Parties' Rule 26(f) Report by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 (p.238) Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 (p.1794) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |

| 11/10/2021 | 94 (p.1800) | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
|---|---|---|
| 11/12/2021 | 95 (p.1833) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 (p.1833) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 (p.1838) | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 (p.1839) | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 (p.238) Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 (p.1847) | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 (p.1838) Order (Attachments: # 1 (p.238) Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 (p.1861) | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 (p.238) Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 (p.1876) | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 (p.238) Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 (p.1902) | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 (p.1907) | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 (p.238) Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 (p.1928) | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 (p.238) Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 (p.1939) | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 (p.238) Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 (p.1965) | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 (p.238) Exhibit 1 - Initial |

| | | |
|---|---|---|
| | | Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 (p.1977) | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 (p.1990) | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 (p.1999) | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 (p.238) Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 (p.2006) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 (p.2012) | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 (p.2016) | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 (p.1021) Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 (p.2029) | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 (p.238) Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 (p.2055) | NOTICE *of Joinder* by Republican National Committee re 57 (p.1021) Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 (p.2058) | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 (p.2006) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 (p.2060) | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 (p.2074) | APPENDIX to 112 (p.2029) Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 (p.238) Legislative History: SB 7, Legislative Session 87(R), # 2 (p.315) Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 (p.327) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 (p.332) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # 5 (p.338) Leg. History: SB 1, Legislative |

| | | |
|---|---|---|
| | | Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 117 (p.3320) | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 (p.238) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # 2 (p.315) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # 3 (p.327) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 (p.332) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 (p.4262) | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 (p.4267) | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 (p.1612) Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 (p.1604) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 (p.1608) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 (p.1770) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 (p.1604) to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 (p.1581) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 (p.1021) for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 (p.1585) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 (p.1021) for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on |

| | | 10/31/2022 (wg). (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 118 (p.4262) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 (p.698) for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 119 (p.4267) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 (p.698) for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 (p.4271) | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 (p.4307) | ORDER DENYING 43 (p.698) Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 (p.4313) | ORDER DENYING 57 (p.1021) the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 (p.4321) | Appeal of Order entered by District Judge 122 (p.4313) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 (p.4321) Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 (p.4324) | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed |

| | | |
|---|---|---|
| | | within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 (p.4328) | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 (p.4330) | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 (p.4333) | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 (p.4330) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 (p.4334) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 (p.4340) | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 (p.4334) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 (p.4360) | NOTICE of *Amended Initial Disclosures* by United States Of America (Attachments: # 1 (p.238) Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 (p.4368) | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 (p.4375) | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |

| 12/01/2021 | 135 (p.4380) | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 (p.238) Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
|---|---|---|
| 12/01/2021 | 136 (p.4393) | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 (p.238) Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | 137 (p.4456) | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 (p.4533) | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 (p.238) Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 (p.4541) | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 (p.4669) | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | 141 (p.4764) | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 (p.238) Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 (p.844) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 (p.886) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 (p.961) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 (p.1357) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 (p.1444) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |

| | | |
|---|---|---|
| 12/02/2021 | | Text Order DENYING 68 (p.1476) Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 (p.4805) | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 (p.4823) | ORDER GRANTING 142 (p.4805) Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 (p.4321) Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 (p.4828) | Unopposed MOTION for Extension of Time to File Answer re 137 (p.4456) Amended Complaint, 139 (p.4541) Amended Complaint, 140 (p.4669) Amended Complaint, 136 (p.4393) Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 (p.4828) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 (p.4835) | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 (p.4857) | ANSWER to 137 (p.4456) Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 (p.4876) | ANSWER to 136 (p.4393) Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 (p.4907) | ANSWER to 136 (p.4393) Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 (p.4929) | ANSWER to 136 (p.4393) Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 (p.4985) | ANSWER to 140 (p.4669) Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 (p.5047) | ANSWER to 136 (p.4393) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 (p.5074) | ANSWER to 139 (p.4541) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | | |

| | | |
|---|---|---|
| | 153 (p.5104) | *Defendant's* ANSWER to 136 (p.4393) Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 (p.5148) | *Defendant's* ANSWER to 140 (p.4669) Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 (p.5203) | ANSWER to 137 (p.4456) Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 (p.5227) | ANSWER to 139 (p.4541) Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 (p.5264) | ANSWER to 136 (p.4393) Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 (p.5290) | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 (p.4835) MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 (p.5290) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 (p.4835) is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 (p.5295) | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 (p.5295) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 (p.5301) | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 (p.5312) | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 (p.5317) | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 (p.5351) | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 (p.5352) | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | | |

| | 170 (p.5353) | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
|---|---|---|
| 12/29/2021 | 163 (p.5324) | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 (p.5324) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 (p.5330) | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 (p.238) Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 (p.5339) | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 (p.238) Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 (p.5343) | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 (p.238) Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 (p.5347) | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 (p.238) Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 (p.5354) | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 (p.238) Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 (p.5388) | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 (p.5394) | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 (p.5394) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 (p.5398) | ORDER - Set Motion Hearing for 172 (p.5388) Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 (p.5399) | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 (p.238) Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 (p.5481) | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |

| | | |
|---|---|---|
| 01/05/2022 | 177 (p.5573) | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 (p.5656) | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 (p.238) Proposed Order Proposed Order on Motion for Leave, # 2 (p.315) Exhibit Proposed Motion to Dismiss, # 3 (p.327) Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | 179 (p.5747) | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 (p.5656) Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 (p.5749) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 (p.5765) | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 (p.5755) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 (p.5388) Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 (p.5749) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 (p.5798) | Response in Opposition to Motion, filed by United States Of America, re 172 (p.5388) Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 (p.5388) Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 (p.5801) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 (p.5801) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 (p.5805) | ORDER DENYING 171 (p.5354) Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 (p.5809) | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 (p.238) Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 (p.5339) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 (p.5805) of John Ashcroft's motion for leave to file an amicus brief 171 (p.5354) in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 (p.5343) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 (p.5805) of John Ashcroft's motion for leave to file an amicus brief 171 (p.5354) in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 (p.5347) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 (p.5805) of John Ashcroft's motion for leave to file an amicus brief 171 (p.5354) in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 (p.5809) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 (p.5816) | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 (p.5821) | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by |

| | | |
|---|---|---|
| | | Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 (p.5816) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 (p.5821) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 (p.5816) to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 (p.5825) | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 (p.5827) | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 (p.238) Exhibit A - Second Amended Complaint, # 2 (p.315) Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 (p.5970) | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.238) Exhibit Second Amended Complaint, # 2 (p.315) Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 (p.5827) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 (p.5970) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this |

| | | notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
|---|---|---|
| 01/18/2022 | 194 (p.6056) | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 (p.238) Exhibit A- Second Amended Complaint, # 2 (p.315) Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 (p.6128) | Memorandum in Opposition to Motion, filed by United States Of America, re 145 (p.4835) MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 (p.6251) | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 (p.6385) | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 (p.6161) | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 (p.5573) MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 (p.6056) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 (p.6186) | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 (p.5481) MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 (p.6226) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 (p.5399) MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for |

| | | |
|---|---|---|
| | | Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 (p.5765) Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 (p.6251) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 (p.5399) Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 (p.6385) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 (p.238) Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A (Proposed Second Amended Complaint), # 2 (p.315) Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit Exhibit 1, # 3 (p.327) Exhibit Exhibit 2, # 4 (p.332) Exhibit Exhibit 3, # 5 (p.338) Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 (p.5481) MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 (p.5573) MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |

| | | |
|---|---|---|
| 01/25/2022 | | Text Order MOOTING 176 (p.5481) Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 (p.5573) Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 (p.5481) and the LULAC Plaintiffs' First Amended Complaint 177 (p.5573) entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 (p.6385) Amended Complaint, 208 Amended Complaint, 199 (p.6251) Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 (p.6251) and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 (p.6385) is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 (p.6385) Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 (p.6251) Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 (p.6385) Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 (p.6251) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 (p.4835) MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) |

| | | |
|---|---|---|
| | | (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 (p.238) Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 (p.238) Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 (p.238) Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 (p.238) Exhibit A- Defendants' Obj. and Resp. to USA's First |

| | | |
|---|---|---|
| | | RFPs, # 2 (p.315) Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 (p.327) Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 (p.332) Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 (p.338) Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 (p.238) Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 (p.238) Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Exhibit A-LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing |

| | | Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 (p.6251) Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |

| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
|---|---|---|
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 (p.6385) Amended Complaint by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 (p.6385) Amended Complaint by Kim Ogg. (Attachments: # 1 (p.238) Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 (p.6251) Amended Complaint, by Kim Ogg. (Attachments: # 1 (p.238) Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her |

| | | |
|---|---|---|
| | | capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 295 | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, |

| | | Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
|---|---|---|
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 (p.4324) Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 (p.6385) Amended Complaint by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 (p.4324) shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 03/07/2022) |
|---|---|---|
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 (p.6385) is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic |

| | | |
|---|---|---|
| | | filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 (p.6251) Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 (p.6385) Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 (p.238) Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 (p.6251) is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 (p.6385) is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | |

| | | |
|---|---|---|
| | | Second MOTION for Extension of Time to File Answer re 200 (p.6385) Amended Complaint by Kim Ogg. (Attachments: # 1 (p.238) Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 (p.6251) Amended Complaint, by Kim Ogg. (Attachments: # 1 (p.238) Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 (p.6385) on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 (p.6251) on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 (p.238) Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs.* Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |

| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 (p.6251) Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
|---|---|---|
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 (p.6385) Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 (p.6128) Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 (p.4835) MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Exhibit A - Declaration of John B. Scott, # 2 (p.315) Exhibit B - United States' First Set of Interrogatories, # 3 (p.327) Exhibit C - United States' First Set of Requests for Admission, # 4 (p.332) Exhibit D - United States' First Set of Requests for Production, # 5 (p.338) Exhibit E - United States' Second Set of Requests for Production, # 6 (p.344) Exhibit F - United States' Third Set of Requests for Production, # 7 (p.350) Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 (p.352) Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 (p.354) Exhibit I - United States' Notice of Deposition of John Scott, # 10 (p.356) Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 (p.4324) Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit 1, # 2 (p.315) Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |

| | | |
|---|---|---|
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.238) Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 (p.238) Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Exhibit A- Declaration of Ruth R. Hughs, # 2 (p.315) Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 (p.4324) Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |

| | | |
|---|---|---|
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit 3.21.22 Email, # 2 (p.315) Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |

| | | |
|---|---|---|
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 (p.238) Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: |

| | | |
|---|---|---|
| | | 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 (p.238) Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 05/02/2022 | <u>390</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>334</u> Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | <u>391</u> | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>392</u> | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | <u>394</u> | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # <u>1 (p.238)</u> Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | <u>395</u> | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | <u>396</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | <u>397</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # <u>1 (p.238)</u> Exhibit Email of 02.24.2022, # <u>2 (p.315)</u> Exhibit Email of 03.14.2022, # <u>3 (p.327)</u> Exhibit Deposition subpoenas, # <u>4 (p.332)</u> Exhibit Email of 03.29.2022, # <u>5 (p.338)</u> Exhibit Written discovery to LULAC Plaintiffs, # <u>6 (p.344)</u> Exhibit Letter of 04.15.2022, # <u>7 (p.350)</u> Exhibit Declaration of Senator Bryan Hughes, # <u>8 (p.352)</u> Exhibit Declaration of Senator Paul Bettencourt, # <u>9 (p.354)</u> Exhibit Declaration of Representative Andrew Murr, # <u>10 (p.356)</u> Exhibit Declaration of Representative Briscoe Cain, # <u>11 (p.358)</u> Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | <u>398</u> | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | <u>399</u> | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # <u>1 (p.238)</u> Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | <u>400</u> | |

| | | |
|---|---|---|
| | | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Proposed Answer, # 2 (p.315) Proposed Answer, # 3 (p.327) Proposed Answer, # 4 (p.332) Proposed Answer, # 5 (p.338) Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 (p.315) Exhibit Exhibit 2 (Garza Subpoena), # 3 (p.327) Exhibit Exhibit 3 (Anchia Subpoena), # 4 (p.332) Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 (p.338) Exhibit Exhibit |

| | | |
|---|---|---|
| | | 5 (Appendix A to US Second RFPs), # 6 (p.344) Exhibit Exhibit 6 (Guillen Subpoena), # 7 (p.350) Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE of Filing Exhibits 1 - 8 by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 (p.238) Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 (p.315) Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 (p.327) Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 (p.332) Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 (p.338) Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 (p.344) Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 (p.350) Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 (p.352) Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT Disclosures by State Defendants' by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 (p.6251) Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) 1:20-CV-786, # 2 (p.315) 5:21-CV-848, # 3 (p.327) 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document |

| | | |
|---|---|---|
| | | associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 (p.238) Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 (p.4321) Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 (p.238) Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: |

| | | 05/20/2022) |
|---|---|---|
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 (p.238) Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 (p.4835) Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was |

| | | |
|---|---|---|
| | | entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 (p.238) Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by |

| | | |
|---|---|---|
| | | Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 (p.4340) Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 (p.238) Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |

| | | |
|---|---|---|
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district court enjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |

| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
|---|---|---|
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. |

| | | |
|---|---|---|
| | | Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) Exhibit F, # 7 (p.350) Exhibit G, # 8 (p.352) Exhibit H, # 9 (p.354) Exhibit I, # 10 (p.356) Exhibit J, # 11 (p.358) Exhibit K, # 12 (p.364) Exhibit L, # 13 (p.366) Exhibit M, # 14 (p.368) Exhibit N, # 15 (p.374) Exhibit O, # 16 (p.381) Exhibit P, # 17 (p.386) Exhibit Q, # 18 (p.391) Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) |

| | | |
|---|---|---|
| | | and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) Exhibit F, # 7 (p.350) Exhibit G, # 8 (p.352) Exhibit H, # 9 (p.354) Exhibit I, # 10 (p.356) Exhibit J, # 11 (p.358) Exhibit K, # 12 (p.364) Exhibit L, # 13 (p.366) Exhibit M, # 14 (p.368) Exhibit N, # 15 (p.374) Exhibit O, # 16 (p.381) Exhibit P, # 17 (p.386) Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 (p.238) Exhibit Exhibit A, # 2 (p.315) Exhibit Exhibit B, # 3 (p.327) Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |

| | | |
|---|---|---|
| 11/07/2022 | <u>475</u> | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1 (p.238)</u> Exhibit Exhibit A, # <u>2 (p.315)</u> Exhibit Exhibit B, # <u>3 (p.327)</u> Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | <u>476</u> | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | <u>477</u> | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # <u>1 (p.238)</u> Exhibit A, # <u>2 (p.315)</u> Exhibit B, # <u>3 (p.327)</u> Exhibit C, # <u>4 (p.332)</u> Exhibit D, # <u>5 (p.338)</u> Exhibit E, # <u>6 (p.344)</u> Exhibit F, # <u>7 (p.350)</u> Exhibit G, # <u>8 (p.352)</u> Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | <u>478</u> | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | <u>479</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re <u>469</u> Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) Exhibit F, # 7 (p.350) Exhibit G, # 8 (p.352) Exhibit H, # 9 (p.354) Exhibit I, # 10 (p.356) Exhibit J, # 11 (p.358) Exhibit K, # 12 (p.364) Exhibit L, # 13 (p.366) Exhibit M, # 14 (p.368) Exhibit N, # 15 (p.374) Exhibit O, # 16 (p.381) Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) |

| | | |
|---|---|---|
| | | (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 (p.238) Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Proposed Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit, # 3 (p.327) Exhibit, # 4 (p.332) Exhibit, # 5 (p.338) Exhibit, # 6 (p.344) Exhibit, # 7 (p.350) Exhibit, # 8 (p.352) Exhibit, # 9 (p.354) Exhibit, # 10 (p.356) Exhibit, # 11 (p.358) Exhibit, # 12 (p.364) Exhibit, # 13 (p.366) Exhibit, # 14 (p.368) Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING <u>493</u> Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel <u>491</u> is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | <u>494</u> | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING <u>494</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | <u>495</u> | ORDER re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | <u>496</u> | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | <u>497</u> | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # <u>1 (p.238)</u> Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | <u>498</u> | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>499</u> | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>500</u> | RESPONSE to Motion, filed by Kim Ogg, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1 (p.238)</u> Exhibit Exhibit A, # <u>2 (p.315)</u> Exhibit Exhibit B, # <u>3 (p.327)</u> Exhibit Exhibit C, # <u>4 (p.332)</u> Exhibit Exhibit D)(Nichols, Eric) |

| | | |
|---|---|---|
| | | (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |

| | | |
|---|---|---|
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | <u>517</u> | Letter of transmittal from USCA received for <u>457</u> , <u>458</u> , <u>459</u> , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | <u>510</u> | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | <u>511</u> | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | <u>512</u> | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | <u>513</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | <u>514</u> | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican |

| | | |
|---|---|---|
| | | American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 (p.238) Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | |

| | | |
|---|---|---|
| | | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 (p.5290) 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |

| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |

| | | |
|---|---|---|
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 (p.4360) Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 (p.4380) Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | |

| | | |
|---|---|---|
| | | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit Exhibit A, # 3 (p.327) Exhibit Exhibit B, # 4 (p.332) Exhibit Exhibit C, # 5 (p.338) Exhibit Exhibit D, # 6 (p.344) Exhibit Exhibit E, # 7 (p.350) Exhibit Exhibit F, # 8 (p.352) Exhibit Exhibit G, # 9 (p.354) Exhibit Exhibit H, # 10 (p.356) Exhibit Exhibit I, # 11 (p.358) Exhibit Exhibit J, # 12 (p.364) Exhibit Exhibit K, # 13 (p.366) Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |

| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
|---|---|---|
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: |

| | | Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
|---|---|---|
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, |

| | | Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
|---|---|---|
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Certificate of Good Standing, # 2 (p.315) Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |

| | | |
|---|---|---|
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1 (p.238)</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: |

| | | |
|---|---|---|
| | | 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 (p.238) Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State |

| | | |
|---|---|---|
| | | Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 |

| | | |
|---|---|---|
| | | (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 (p.238) Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, |

| | | Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
|---|---|---|
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* |

| | | |
|---|---|---|
| | | by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 (p.238) Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) Exhibit F, # 7 (p.350) Exhibit G, # 8 (p.352) Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 (p.238) Statement of Undisputed Facts, # 2 (p.315) Exhibit Index, # 3 (p.327) Exhibit 1-5, # 4 (p.332) Exhibit 6-10, # 5 (p.338) Exhibit 11-15, # 6 (p.344) Exhibit 16-20, # 7 (p.350) Exhibit 21-29, # 8 (p.352) Exhibit 30-39, # 9 (p.354) Exhibit 40-69, # 10 (p.356) Exhibit 70-79, # 11 (p.358) Exhibit 80-106, # 12 (p.364) Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Appendix, # 2 (p.315) Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 (p.238) Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 (p.238) Exhibit 1, # 2 (p.315) Exhibit 2, # 3 (p.327) Exhibit 3, # 4 (p.332) Exhibit 4, # 5 (p.338) Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Appendix A-KK, # 2 (p.315) Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 (p.238) Brief Amicus brief, # 2 (p.315) Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 (p.238) Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May |

| | | |
|---|---|---|
| | | 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order Proposed Order, # 2 (p.315) Exhibit Exhibit A, # 3 (p.327) Exhibit Exhibit B, # 4 (p.332) Exhibit Exhibit C, # 5 (p.338) Exhibit Exhibit D, # 6 (p.344) Exhibit Exhibit E, # 7 (p.350) Exhibit Exhibit F, # 8 (p.352) Exhibit Exhibit G, # 9 (p.354) Exhibit Exhibit |

| | | |
|---|---|---|
| | | H, # <u>10 (p.356)</u> Exhibit Exhibit I, # <u>11 (p.358)</u> Exhibit Exhibit J, # <u>12 (p.364)</u> Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | <u>631</u> | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re <u>630</u> Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for <u>630</u> Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | <u>632</u> | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1 (p.238)</u> Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING <u>632</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | <u>633</u> | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | <u>634</u> | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1 (p.238)</u> Exhibit Exhibit A, # <u>2 (p.315)</u> Exhibit Exhibit B, # <u>3 (p.327)</u> Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | <u>635</u> | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re <u>611</u> MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1 (p.238)</u> Exhibit Exhibit A, # <u>2 (p.315)</u> Exhibit Exhibit B, # <u>3 (p.327)</u> Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | <u>636</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re <u>608</u> MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | <u>637</u> | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 (p.238) Supplemental Statement of Facts, # 2 (p.315) Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 (p.238) Exhibit Index of Exhibits, # 2 (p.315) Exhibit Exhibits A - G, # 3 (p.327) Exhibit Exhibit H Part 1, # 4 (p.332) Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 (p.238) Exhibit A - AFT Declaration, # 2 (p.315) Exhibit B - LULAC Declaration, # 3 (p.327) Exhibit C - TARA Declaration, # 4 (p.332) Exhibit D - Voto Latino Declaration, # 5 (p.338) Exhibit E - Declaration of Christopher D. Dodge, # 6 (p.344) Appendix 1, # 7 (p.350) Appendix 2, # 8 (p.352) Appendix 3, # 9 (p.354) Appendix 4, # 10 (p.356) Appendix 5, # 11 (p.358) Appendix 6, # 12 (p.364) Appendix 7, # 13 (p.366) Appendix 8, # 14 (p.368) Appendix 9, # 15 (p.374) Appendix 10, # 16 (p.381) Appendix 11, # 17 (p.386) Appendix 12, # 18 (p.391) Appendix 13, # 19 (p.396) Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 (p.238) Exhibit Exhibit to be filed under seal, # 2 (p.315) Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 (p.238) Affidavit, # 2 (p.315) Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 (p.238) Index of Exhibits, # 2 (p.315) |

| | | |
|---|---|---|
| | | Exhibit A - Expert Report by Franita Tolson, # 3 (p.327) Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 (p.332) Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 (p.338) Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 (p.344) Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 (p.350) Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 (p.352) Exhibit G - Excerpts from Deposition of Alan Vera, # 9 (p.354) Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 (p.356) Exhibit I - Declaration of Jeffrey Clemmons, # 11 (p.358) Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 (p.364) Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 (p.366) Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 (p.368) Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 (p.374) Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 (p.381) Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 (p.386) Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 (p.391) Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 (p.396) Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 (p.398) Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 (p.400) Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 (p.401) Exhibit U - Excerpts from Deposition of Toby Cole, # 23 (p.403) Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 (p.404) Exhibit W - Declaration of Nancy Crowther, # 25 (p.631) Exhibit X - Declaration of Teri Saltzman, # 26 (p.632) Exhibit Y - Declaration of Laura Halvorson, # 27 (p.634) Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 (p.238) Index of Exhibits, # 2 (p.315) Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 (p.327) Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 (p.332) Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 (p.338) Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 (p.344) Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 (p.350) Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 (p.352) Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 (p.354) Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 (p.356) Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 (p.358) Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 (p.364) Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 (p.366) Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 (p.368) Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 (p.374) Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 (p.381) Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 (p.386) Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 (p.391) Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 (p.396) Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 (p.398) Exhibit 19 - Maria Gomez Deposition dated April 25, 2022, # 21 (p.400) Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 (p.401) Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 (p.403) Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 (p.404) Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 (p.631) Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 (p.632) Exhibit 25 - Declaration of Tanesa |

| | | |
|---|---|---|
| | | Lee dated June 22, 2023, # <u>27 (p.634)</u> Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # <u>28 (p.636)</u> Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # <u>29 (p.640)</u> Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # <u>30 (p.644)</u> Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # <u>31 (p.649)</u> Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | <u>645</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1 (p.238)</u> Exhibit, # <u>2 (p.315)</u> Appendix, # <u>3 (p.327)</u> Appendix, # <u>4 (p.332)</u> Appendix, # <u>5 (p.338)</u> Appendix, # <u>6 (p.344)</u> Appendix, # <u>7 (p.350)</u> Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | <u>646</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>611</u> MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1 (p.238)</u> Appendix, # <u>2 (p.315)</u> Appendix, # <u>3 (p.327)</u> Appendix, # <u>4 (p.332)</u> Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | <u>647</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>646</u> Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | <u>648</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>645</u> Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING <u>633</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING <u>640</u> OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING <u>647</u> Motion for Extension of Time to File Response in Opposition to <u>611</u> OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING <u>648</u> Motion for Extension of Time to File Response in Opposition to <u>609</u> the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | <u>649</u> | ORDER RESETTING MOTION HAERING re <u>630</u> Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association |

| | | |
|---|---|---|
| | | of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit, # 3 (p.327) Exhibit, # 4 (p.332) Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* |

| | | |
|---|---|---|
| | | (Attachments: # 1 (p.238) Exhibit Reply Ex. A, # 2 (p.315) Exhibit Reply Ex. B, # 3 (p.327) Exhibit Reply Ex. C, # 4 (p.332) Exhibit Reply Ex. D, # 5 (p.338) Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 (p.344) Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 (p.350) Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 (p.352) Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 (p.354) Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 (p.238) Exhibit Deposition of Jonathan White, # 2 (p.315) Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |

| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 (p.238) Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 (p.238) Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 (p.238) Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 (p.238) Exhibit 113-116)(Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 (p.238) Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 (p.315) Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 (p.327) Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |

| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 (p.238) Exhibit 1: Witness List, # 2 (p.315) Exhibit 2: Deposition Designations, # 3 (p.327) Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Exhibit OCA Plaintiffs' Deposition Designations, # 2 (p.315) Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 (p.238) Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit, # 3 (p.327) Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | |

| | | |
|---|---|---|
| | | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. |

| | | |
|---|---|---|
| | | 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | [701](#) | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | [702](#) | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # [1 (p.238)](#) Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING [702](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | [703](#) | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # [1 (p.238)](#) Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | [704](#) | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re [703](#) MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | [705](#) | Response in Opposition to Motion, filed by Kim Ogg, re [703](#) MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | [706](#) | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | [707](#) | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # [1 (p.238)](#) Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | [708](#) | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | [709](#) | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re [707](#) Advisory to the Court,. (bt) (Entered: 08/14/2023) |

| 08/15/2023 | <u>710</u> | RESPONSE to <u>686</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
|---|---|---|
| 08/15/2023 | <u>711</u> | RESPONSE to <u>689</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>712</u> | RESPONSE to <u>690</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>713</u> | RESPONSE to <u>691</u> Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>714</u> | RESPONSE to <u>684</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>715</u> | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # <u>1 (p.238)</u> Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # <u>2 (p.315)</u> Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | <u>716</u> | RESPONSE *to Pretrial Disclosures* to <u>688</u> Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | <u>717</u> | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1 (p.238)</u> Exhibit OCA Ps' Exhibit List Objections, # <u>2 (p.315)</u> Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1 (p.238)</u> Exhibit A, # <u>2 (p.315)</u> Exhibit B, # <u>3 (p.327)</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest |

| | | |
|---|---|---|
| | | Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 (p.238) Exhibit Objections to HAUL and MFV Exhibits, # 2 (p.315) Exhibit Objections to LULAC Exhibits, # 3 (p.327) Exhibit Objections to LUPE Exhibits, # 4 (p.332) Exhibit Objections to OCA Exhibits, # 5 (p.338) Exhibit Objections to DOJ Exhibits, # 6 (p.344) Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 (p.238) Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | 727 | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |

| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
|---|---|---|
| 08/21/2023 | <u>729</u> | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1 (p.238)</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | <u>730</u> | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re <u>729</u> Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1 (p.238)</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING <u>729</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion <u>730</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING <u>731</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING <u>730</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | <u>732</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | <u>733</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING <u>727</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | [734](#) | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | [735](#) | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | [736](#) | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | [737](#) | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # [1 (p.238)](#) Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | [738](#) | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # [1 (p.238)](#) Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING [738](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING [737](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | [739](#) | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | [740](#) | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: |

| | | 09/01/2023) |
|---|---|---|
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit, # 3 (p.327) Exhibit, # 4 (p.332) Exhibit, # 5 (p.338) Exhibit, # 6 (p.344) Exhibit, # 7 (p.350) Exhibit, # 8 (p.352) Exhibit, # 9 (p.354) Exhibit, # 10 (p.356) Exhibit, # 11 (p.358) Exhibit, # 12 (p.364) Exhibit, # 13 (p.366) Exhibit, # 14 (p.368) Exhibit, # 15 (p.374) Exhibit, # 16 (p.381) Exhibit, # 17 (p.386) Exhibit, # 18 (p.391) Exhibit, # 19 (p.396) Exhibit, # 20 (p.398) Exhibit, # 21 (p.400) Exhibit, # 22 (p.401) Exhibit, # 23 (p.403) Exhibit, # 24 (p.404) Exhibit, # 25 (p.631) Exhibit, # 26 (p.632) Exhibit, # 27 (p.634) Exhibit, # 28 (p.636) Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit 1, # 3 (p.327) Exhibit 2, # 4 (p.332) Exhibit 3, # 5 (p.338) Exhibit 4, # 6 (p.344) Exhibit 5, # 7 (p.350) Exhibit 6, # 8 (p.352) Exhibit 7, # 9 (p.354) Exhibit 8, # 10 (p.356) Exhibit 9, # 11 (p.358) Exhibit 10, # 12 (p.364) Exhibit 11, # 13 (p.366) Exhibit 12, # 14 (p.368) Exhibit 13, # 15 (p.374) Exhibit 14, # 16 (p.381) Exhibit 15, # 17 (p.386) Exhibit 16, # 18 (p.391) Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E)(Hunker, Kathleen) (Entered: |

| | | |
|---|---|---|
| | | 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1 (p.238)</u> Appendix A to Joint Pretrial Order, # <u>2 (p.315)</u> Appendix B to Joint Pretrial Order, # <u>3 (p.327)</u> Appendix C to Joint Pretrial Order, # <u>4 (p.332)</u> Exhibit 1 to Joint Pretrial Order, # <u>5 (p.338)</u> Exhibit 2 to Joint Pretrial Order, # <u>6 (p.344)</u> Exhibit 3 to Joint Pretrial Order, # <u>7 (p.350)</u> Exhibit 4 to Joint Pretrial Order, # <u>8 (p.352)</u> Exhibit 5 to Joint Pretrial Order, # <u>9 (p.354)</u> Exhibit 6 to Joint Pretrial Order, # <u>10 (p.356)</u> Exhibit 7 to Joint Pretrial Order, # <u>11 (p.358)</u> Exhibit 8 to Joint Pretrial Order, # <u>12 (p.364)</u> Exhibit 9 to Joint Pretrial Order, # <u>13 (p.366)</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1 (p.238)</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2 (p.315)</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3 (p.327)</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1 (p.238)</u> |

| | | |
|---|---|---|
| | | Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 (p.315) Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Appendix BB, # 2 (p.315) Plaintiff's First Set of Requests for Production, # 3 (p.327) Attorney General's Objections & Responses, # 4 (p.332) STATE001144, # 5 (p.338) STATE087323, # 6 (p.344) STATE112177, # 7 (p.350) STATE112160, # 8 (p.352) SOS Referrals, # 9 (p.354) STATE112155, # 10 (p.356) Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 (p.358) Oral Deposition of Jonathan White May 5, 2022, # 12 (p.364) Exhibit, # 13 (p.366) Exhibit, # 14 (p.368) LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 (p.374) Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 (p.381) Privilege Log May 12, 2023, # 17 (p.386) Privilege Log May 19, 2023, # 18 (p.391) Plaintiff's First Set of Requests for Production, # 19 (p.396) The Secretary's |

| | | |
|---|---|---|
| | | Objections and Responses, # 20 (p.398) Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 (p.400) Transcript of Motion to Compel Proceedings, # 22 (p.401) Exhibit 1, # 23 (p.403) Oral Deposition of Jonathan White August 11, 2023, # 24 (p.404) Exhibit 4, # 25 (p.631) Press Release October 8, 2020, # 26 (p.632) Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 (p.315) Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 (p.327) Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 (p.238) Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 (p.315) Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her |

| | | |
|---|---|---|
| | | official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) |

| | | (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 (p.238) Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 (p.315) Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 (p.327) Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 (p.332) Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 (p.238) Sealed Exhibit, # 2 (p.315)Sealed Exhibit, # 3 (p.327) Sealed Exhibit, # 4 (p.332) Exhibit, # 5 (p.338) Exhibit, # 6 (p.344) Exhibit, # 7 (p.350) Exhibit, # 8 (p.352) Exhibit, # 9 (p.354) Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |

| | | |
|---|---|---|
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | 785 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | 787 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | 786 | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING 786 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | 788 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>761</u> LUPE Plaintiffs' Motion to Strike and GRANTING <u>761</u> LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>746</u> State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | <u>792</u> | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # <u>1 (p.238)</u> Exhibit, # <u>2 (p.315)</u> Exhibit, # <u>3 (p.327)</u> Exhibit, # <u>4 (p.332)</u> Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | <u>793</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | <u>795</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court |

| | | |
|---|---|---|
| | | Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 (p.238) Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 (p.315) Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 (p.327) Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 (p.332) Exhibit D - Hughes, Bryan 04-19-2022, # 5 (p.338) Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 (p.344) Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 (p.350) Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 (p.352) Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 (p.354) Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 (p.356) Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 (p.358) Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 (p.364) Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 (p.366) Errata M - Scott, Taylor 04-18-2023 Designations, # 14 (p.368) Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Exhibit Exhibit 1, # 2 (p.315) Exhibit Exhibit 2, # 3 (p.327) Exhibit Exhibit 3, # 4 (p.332) Exhibit Exhibit 4, # 5 (p.338) Exhibit Exhibit 5, # 6 (p.344) Exhibit Exhibit 6, # 7 (p.350) Exhibit Exhibit 7, # 8 (p.352) Exhibit Exhibit 8, # 9 (p.354) Exhibit Exhibit 9, # 10 (p.356) Exhibit Exhibit 10, # 11 (p.358) Exhibit Exhibit 11, # 12 (p.364) Exhibit Exhibit 12, # 13 (p.366) Exhibit Exhibit 13, # 14 (p.368) Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Exhibit Exhibit 1, # 2 (p.315) Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court |

| | | |
|---|---|---|
| | | Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 (p.238) Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Appendix A, # 2 (p.315) Appendix B, # 3 (p.327) Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Appendix Appendix A, # 2 (p.315) Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 (p.238) Exhibit Exhibit 431, # 2 (p.315) Exhibit Exhibit 432, # 3 (p.327) Exhibit Exhibit 433, # 4 (p.332) Exhibit Exhibit 434, # 5 (p.338) Exhibit Exhibit 435, # 6 (p.344) Exhibit Exhibit 436, # 7 (p.350) Exhibit Exhibit 437, # 8 (p.352) Exhibit Exhibit 438, # 9 (p.354) Exhibit Exhibit 439, # 10 (p.356) Exhibit Exhibit 440, # 11 (p.358) Exhibit Exhibit 441, # 12 (p.364) Exhibit Exhibit 442, # 13 (p.366) Exhibit Exhibit 443, # 14 (p.368) Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |

| | | |
|---|---|---|
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Exhibit, # 3 (p.327) Exhibit, # 4 (p.332) Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |

| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
|---|---|---|
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file |

| | | |
|---|---|---|
| | | a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order, # 2 (p.315) Exhibit Ex. 1 Tania Chavez Errata, # 3 (p.327) Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 (p.332) Exhibit Ex. 3 Cris Rocha Errata, # 5 (p.338) Exhibit Ex. 4 Toby Cole Errata, # 6 (p.344) Exhibit Ex. 5 Louis Perales Errata, # 7 (p.350) Exhibit Ex. 6 Cesar Espinosa Errata, # 8 (p.352) Exhibit Ex. 7 Joe Cardenas Errata, # 9 (p.354) Exhibit Ex. 8 Jana Ortega Errata, # 10 (p.356) Exhibit Ex. 9 Lisa Wise Errata, # 11 (p.358) Exhibit Ex. 10 Michael Scarpello Errata, # 12 (p.364) Exhibit Ex. 11 Tacoma Phillips Errata, # 13 (p.366) Exhibit Ex. 12 Remi Garza Errata, # 14 (p.368) Exhibit Ex. 13 Yvonne Ramon Errata, # 15 (p.374) Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 (p.381) Exhibit Ex. 15 Danielle Ayers Errata, # 17 (p.386) Exhibit Ex. 16 James Lewin Errata, # 18 (p.391) Exhibit Ex. 17 Joshua Houston Errata, # 19 (p.396) Exhibit Ex. 18 Richard Ertel Errata, # 20 (p.398) Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 (p.238) Proposed Order findings of fact & conclusion of law, # 2 (p.315) Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 (p.238) Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/19/2024 | <u>849</u> | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | <u>850</u> | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | <u>851</u> | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | <u>852</u> | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | <u>853</u> | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | <u>854</u> | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | <u>855</u> | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | <u>856</u> | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | <u>857</u> | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | <u>858</u> | Unopposed MOTION to Amend/Correct <u>851</u> Proposed Findings of Fact, <u>853</u> Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | <u>859</u> | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | <u>860</u> | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # <u>1 (p.238)</u> Proposed Order)(Holmes, Jennifer) |

| | | |
|---|---|---|
| | | (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 (p.238) Pla-HAUL-009, # 2 (p.315) Pla-HAUL-016, # 3 (p.327) Pla-HAUL-017, # 4 (p.332) Pla-HAUL-038, # 5 (p.338) Pla-HAUL-044, # 6 (p.344) Pla-HAUL-059, # 7 (p.350) Pla-HAUL-060, # 8 (p.352) Pla-HAUL-083, # 9 (p.354) Pla-HAUL-089, # 10 (p.356) Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 (p.238) Pla-HAUL-094, # 2 (p.315) Pla-HAUL-095, # 3 (p.327) Pla-HAUL-096, # 4 (p.332) Pla-HAUL-097, # 5 (p.338) Pla-HAUL-098, # 6 (p.344) Pla-HAUL-099, # 7 (p.350) Pla-HAUL-100, # 8 (p.352) Pla-HAUL-101, # 9 (p.354) Pla-HAUL-102, # 10 (p.356) Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 (p.238) Pla-HAUL-105, # 2 (p.315) Pla-HAUL-106, # 3 (p.327) Pla-HAUL-107, # 4 (p.332) Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 (p.238) Pla-HAUL-112, # 2 (p.315) Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on |

| | | |
|---|---|---|
| | | 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 (p.238) Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 (p.238) Pla-HAUL-124, # 2 (p.315) Pla-HAUL-125, # 3 (p.327) Pla-HAUL-126, # 4 (p.332) Pla-HAUL-128, # 5 (p.338) Pla-HAUL-129, # 6 (p.344) Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 (p.238) Pla-HAUL-133, # 2 (p.315) Pla-HAUL-134, # 3 (p.327) Pla-HAUL-135, # 4 (p.332) Pla-HAUL-136, # 5 (p.338) Pla-HAUL-167, # 6 (p.344) Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | |

| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 (p.238) Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 (p.238) Pla-HAUL-181, # 2 (p.315) Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 (p.238) Pla-HAUL-186, # 2 (p.315) Pla-HAUL-188, # 3 (p.327) Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 (p.238) Pla-HAUL-194, # 2 (p.315) Pla-HAUL-195, # 3 (p.327) Pla-HAUL-196, # 4 (p.332) Pla-HAUL-197, # 5 (p.338) Pla-HAUL-198, # 6 (p.344) Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 (p.238) Pla-HAUL-201, # 2 (p.315) Pla-HAUL-202, # 3 (p.327) Pla-HAUL-203, # 4 (p.332) Pla-HAUL-204, # 5 (p.338) Pla-HAUL-205, # 6 (p.344) Pla-HAUL-206, # 7 (p.350) Pla-HAUL-207, # 8 (p.352) Pla-HAUL-208, # 9 (p.354) Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 (p.238) Pla-HAUL-211, # 2 (p.315) Pla-HAUL-212, # 3 (p.327) Pla-HAUL-213, # 4 (p.332) Pla-HAUL-214, # 5 (p.338) Pla-HAUL-215, # 6 (p.344) Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 (p.238) Pla-HAUL-224, # 2 (p.315) Pla-HAUL-225, # 3 (p.327) Pla-HAUL-226, # 4 (p.332) Pla-HAUL-227, # 5 (p.338) Pla-HAUL-228, # 6 (p.344) Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 (p.238) Pla-HAUL-235, # 2 (p.315) Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 (p.238) Pla-HAUL-263, # 2 (p.315) Pla-HAUL-264, # 3 (p.327) Pla-HAUL-265, # 4 (p.332) Pla-HAUL-266, # 5 (p.338) Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 (p.238) Pla-HAUL-271, # 2 (p.315) Pla-HAUL-273, # 3 (p.327) Pla-HAUL-274, # 4 (p.332) Pla-HAUL-276, # 5 (p.338) Pla-HAUL-277, # 6 (p.344) Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 (p.238) Pla-HAUL-290, # 2 (p.315) Pla-HAUL-293, # 3 (p.327) Pla-HAUL-296, # 4 (p.332) Pla-HAUL-297, # 5 (p.338) Pla-HAUL-298, # 6 (p.344) Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 (p.238) Pla-HAUL-311, # 2 (p.315) Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 (p.238) Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 (p.238) Pla-HAUL-345, # 2 (p.315) Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 (p.238) Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 (p.238) Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 (p.238) Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 (p.238) Pla-HAUL-391, # 2 (p.315) Pla-HAUL-392, # 3 (p.327) Pla-HAUL-393, # 4 (p.332) Pla-HAUL-394, # 5 (p.338) Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 (p.238) Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 (p.238) Pla-HAUL-397-B, # 2 (p.315) Pla-HAUL-397-C, # 3 (p.327) Pla-HAUL-397-D, # 4 (p.332) Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 (p.238) Pla-HAUL-398-B, # 2 (p.315) Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 (p.238) Pla-HAUL-401, # 2 (p.315) Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** |

| | | (dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 (p.238) Pla-HAUL-414, # 2 (p.315) Pla-HAUL-415, # 3 (p.327) Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 (p.238) Pla-LULAC-16, # 2 (p.315) Pla-LULAC-18, # 3 (p.327) Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 (p.238) Pla-LULAC-25, # 2 (p.315) Pla-LULAC-26, # 3 (p.327) Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 (p.238) Pla-LULAC-41, # 2 (p.315) Pla-LULAC-42, # 3 (p.327) Pla-LULAC-44, # 4 (p.332) Pla-LULAC-45, # 5 (p.338) Pla-LULAC-46, # 6 (p.344) Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 (p.238) Pla-LULAC-52, # 2 (p.315) Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 (p.238) Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 (p.238) Pla-LULAC-78, # 2 (p.315) Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 (p.238) Pla-LULAC-83, # 2 (p.315) Pla-LULAC-85, # 3 (p.327) Pla-LULAC-86, # 4 (p.332) Pla-LULAC-87, # 5 (p.338) Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 (p.238) Pla-LULAC-93, # 2 (p.315) Pla-LULAC-94, # 3 (p.327) Pla-LULAC-95, # 4 (p.332) Pla-LULAC-96, # 5 (p.338) Pla-LULAC-97, # 6 (p.344) Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 (p.238) Pla-LULAC-101, # 2 (p.315) Pla-LULAC-102, # 3 (p.327) Pla-LULAC-103, # 4 (p.332) Pla-LULAC-106, # 5 (p.338) Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Brief, # 2 (p.315) Exhibit A, # 3 (p.327) Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
|---|---|---|
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public |

| | | |
|---|---|---|
| | | terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed |

| | | |
|---|---|---|
| | | within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>956</u> | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>957</u> | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>958</u> | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>959</u> | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed |

| | | |
|---|---|---|
| | | within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 (p.238) Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Pla-LUPE-1, # 2 (p.315) Pla-LUPE-2, # 3 (p.327) Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 (p.238) Pla-LUPE-11, # 2 (p.315) Pla-LUPE-13, # 3 (p.327) Pla-LUPE-16, # 4 (p.332) Pla-LUPE-18, # 5 (p.338) Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 (p.238) Pla-LUPE-25, # 2 (p.315) Pla-LUPE-26, # 3 (p.327) Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 (p.238) Pla-LUPE-30, # 2 (p.315) Pla-LUPE-31, # 3 (p.327) Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 (p.238) Pla-LUPE-40, # 2 (p.315) Pla-LUPE-41, # 3 (p.327) Pla-LUPE-41, # 4 (p.332) Pla-LUPE-46, # 5 (p.338) Pla-LUPE-46, # 6 (p.344) Pla-LUPE-47, # 7 (p.350) Pla-LUPE-47, # 8 (p.352) Pla-LUPE-48, # 9 (p.354) Pla-LUPE-48, # 10 (p.356) Pla-LUPE-49, # 11 (p.358) Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 (p.238) Pla-LUPE-50, # 2 (p.315) Pla-LUPE-51, # 3 (p.327) Pla-LUPE-51, # 4 (p.332) Pla-LUPE-52, # 5 (p.338) Pla-LUPE-52, # 6 (p.344) Pla-LUPE-53, # 7 (p.350) Pla-LUPE-53, # 8 (p.352) Pla-LUPE-54, # 9 (p.354) Pla-LUPE-54, # 10 (p.356) Pla-LUPE-55, # 11 (p.358) Pla-LUPE-55, # 12 (p.364) Pla-LUPE-56, # 13 (p.366) Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 (p.238) Pla-LUPE-66, # 2 (p.315) Pla-LUPE-67, # 3 (p.327) Pla-LUPE-67, # 4 (p.332) Pla-LUPE-68, # 5 (p.338) Pla-LUPE-68, # 6 (p.344) Pla-LUPE-69, # 7 (p.350) Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 (p.238) Pla-LUPE-70, # 2 (p.315) Pla-LUPE-71, # 3 (p.327) Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 (p.238) Pla-LUPE-90, # 2 (p.315) Pla-LUPE-91, # 3 (p.327) Pla-LUPE-91, # 4 (p.332) Pla-LUPE-92, # 5 (p.338) Pla-LUPE-92, # 6 (p.344) Pla-LUPE-93, # 7 (p.350) Pla-LUPE-93, # 8 (p.352) Pla-LUPE-94, # 9 (p.354) Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 (p.238) Pla-LUPE-95, # 2 (p.315) Pla-LUPE-96, # 3 (p.327) Pla-LUPE-96, # 4 (p.332) Pla-LUPE-97, # 5 (p.338) Pla-LUPE-97, # 6 (p.344) Pla-LUPE-98, # 7 (p.350) Pla-LUPE-98, # 8 (p.352) Pla-LUPE-99, # 9 (p.354) Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 (p.238) Pla-LUPE-100, # 2 (p.315) Pla-LUPE-101, # 3 (p.327) Pla-LUPE-101, # 4 (p.332) Pla-LUPE-102, # 5 (p.338) Pla-LUPE-102, # 6 (p.344) Pla-LUPE-103, # 7 (p.350) Pla-LUPE-103, # 8 (p.352) Pla-LUPE-104, # 9 (p.354) Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 (p.238) Pla-LUPE-105, # 2 (p.315) Pla-LUPE-106, # 3 (p.327) Pla-LUPE-106, # 4 (p.332) Pla-LUPE-107, # 5 (p.338) Pla-LUPE-107, # 6 (p.344) Pla-LUPE-108, # 7 (p.350) Pla-LUPE-108, # 8 (p.352) Pla-LUPE-109, # 9 (p.354) Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 (p.238) Pla-LUPE-110, # 2 (p.315) Pla-LUPE-111, # 3 (p.327) Pla-LUPE-111, # 4 (p.332) Pla-LUPE-112, # 5 (p.338) Pla-LUPE-112, # 6 (p.344) Pla-LUPE-114, # 7 (p.350) Pla-LUPE-114, # 8 (p.352) Pla-LUPE-115, # 9 (p.354) Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |

| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 (p.238) Pla-LUPE-116, # 2 (p.315) Pla-LUPE-117, # 3 (p.327) Pla-LUPE-117, # 4 (p.332) Pla-LUPE-118, # 5 (p.338) Pla-LUPE-118, # 6 (p.344) Pla-LUPE-119, # 7 (p.350) Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
|---|---|---|
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 (p.238) Pla-LUPE-120, # 2 (p.315) Pla-LUPE-121, # 3 (p.327) Pla-LUPE-121, # 4 (p.332) Pla-LUPE-122, # 5 (p.338) Pla-LUPE-122, # 6 (p.344) Pla-LUPE-123, # 7 (p.350) Pla-LUPE-123, # 8 (p.352) Pla-LUPE-124, # 9 (p.354) Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 (p.238) Pla-LUPE-125, # 2 (p.315) Pla-LUPE-126, # 3 (p.327) Pla-LUPE-126, # 4 (p.332) Pla-LUPE-127, # 5 (p.338) Pla-LUPE-127, # 6 (p.344) Pla-LUPE-128, # 7 (p.350) Pla-LUPE-128, # 8 (p.352) Pla-LUPE-129, # 9 (p.354) Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 (p.238) Pla-LUPE-130, # 2 (p.315) Pla-LUPE-132, # 3 (p.327) Pla-LUPE-132, # 4 (p.332) Pla-LUPE-133, # 5 (p.338) Pla-LUPE-133, # 6 (p.344) Pla-LUPE-134, # 7 (p.350) Pla-LUPE-134, # 8 (p.352) Pla-LUPE-139, # 9 (p.354) Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 (p.238) Pla-LUPE-140, # 2 (p.315) Pla-LUPE-141, # 3 (p.327) Pla-LUPE-141, # 4 (p.332) Pla-LUPE-142, # 5 (p.338) Pla-LUPE-142, # 6 (p.344) Pla-LUPE-143, # 7 (p.350) Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 (p.238) Pla-LUPE-144, # 2 (p.315) Pla-LUPE-145, # 3 (p.327) Pla-LUPE-145, # 4 (p.332) Pla-LUPE-149, # 5 (p.338) Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 (p.238) Pla-LUPE-150, # 2 (p.315) Pla-LUPE-151, # 3 (p.327) Pla-LUPE-151, # 4 (p.332) Pla-LUPE-152, # 5 (p.338) Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 (p.238) Pla-LUPE-157, # 2 (p.315) Pla-LUPE-158, # 3 (p.327) Pla-LUPE-158, # 4 (p.332) Pla-LUPE-159, # 5 (p.338) Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 (p.238) Pla-LUPE-160, # 2 (p.315) Pla-LUPE-161, # 3 (p.327) Pla-LUPE-161, # 4 (p.332) Pla-LUPE-166, # 5 (p.338) Pla-LUPE-166, # 6 (p.344) Pla-LUPE-167, # 7 (p.350) Pla-LUPE-167, # 8 (p.352) Pla-LUPE-169, # 9 (p.354) Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C, # 4 (p.332) Exhibit D, # 5 (p.338) Exhibit E, # 6 (p.344) Exhibit F, # 7 (p.350) Exhibit G, # 8 (p.352) Exhibit H, # 9 (p.354) Exhibit I, |

| | | |
|---|---|---|
| | | # 10 (p.356) Exhibit J, # 11 (p.358) Exhibit K - PART I, # 12 (p.364) Exhibit K - PART 2, # 13 (p.366) Exhibit L, # 14 (p.368) Exhibit M, # 15 (p.374) Exhibit N, # 16 (p.381) Exhibit O, # 17 (p.386) Exhibit P, # 18 (p.391) Exhibit Q, # 19 (p.396) Exhibit R, # 20 (p.398) Exhibit S, # 21 (p.400) Exhibit T, # 22 (p.401) Exhibit U, # 23 (p.403) Exhibit V, # 24 (p.404) Exhibit W, # 25 (p.631) Exhibit X, # 26 (p.632) Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 (p.238) Pla-LUPE-170, # 2 (p.315) Pla-LUPE-171, # 3 (p.327) Pla-LUPE-171, # 4 (p.332) Pla-LUPE-172, # 5 (p.338) Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 (p.238) Pla-LUPE-175, # 2 (p.315) Pla-LUPE-176, # 3 (p.327) Pla-LUPE-176, # 4 (p.332) Pla-LUPE-177, # 5 (p.338) Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 (p.238) Pla-LUPE-180, # 2 (p.315) Pla-LUPE-181, # 3 (p.327) Pla-LUPE-181, # 4 (p.332) Pla-LUPE-184, # 5 (p.338) Pla-LUPE-184, # 6 (p.344) Pla-LUPE-189, # 7 (p.350) Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 (p.238) Pla-LUPE-190, # 2 (p.315) Pla-LUPE-192, # 3 (p.327) Pla-LUPE-192, # 4 (p.332) Pla-LUPE-193, # 5 (p.338) Pla-LUPE-193, # 6 (p.344) Pla-LUPE-194, # 7 (p.350) Pla-LUPE-194, # 8 (p.352) Pla-LUPE-198, # 9 (p.354) Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 (p.238) Pla-LUPE-200, # 2 (p.315) Pla-LUPE-201, # 3 (p.327) Pla-LUPE-201, # 4 (p.332) Pla-LUPE-202, # 5 (p.338) Pla-LUPE-202, # 6 (p.344) Pla-LUPE-203, # 7 (p.350) Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 (p.238) Pla-LUPE-224, # 2 (p.315) Pla-LUPE-225, # 3 (p.327) Pla-LUPE-225, # 4 (p.332) Pla-LUPE-227, # 5 (p.338) Pla-LUPE-227, # 6 (p.344) Pla-LUPE-228, # 7 (p.350) Pla-LUPE-228, # 8 (p.352) Pla-LUPE-229, # 9 (p.354) Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 (p.238) Pla-LUPE-230, # 2 (p.315) Pla-LUPE-231, # 3 (p.327) Pla-LUPE-232, # 4 (p.332) Pla-LUPE-232, # 5 (p.338) Pla-LUPE-233, # 6 (p.344) Pla-LUPE-234, # 7 (p.350) Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 (p.238) Pla-LUPE-235, # 2 (p.315) Pla-LUPE-236, # 3 (p.327) Pla-LUPE-236, # 4 (p.332) Pla-LUPE-237, # 5 (p.338) Pla-LUPE-237, # 6 (p.344) Pla-LUPE-238, # 7 (p.350) Pla-LUPE-238, # 8 (p.352) Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 (p.238) Pla-LUPE-240, # 2 (p.315) Pla-LUPE-241, # 3 (p.327) Pla-LUPE-241, # 4 (p.332) Pla-LUPE-242, # 5 (p.338) Pla-LUPE-242, # 6 (p.344) |

| | | |
|---|---|---|
| | | Pla-LUPE-243, # 7 (p.350) Pla-LUPE-243, # 8 (p.352) Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 (p.238) Pla-LUPE-245, # 2 (p.315) Pla-LUPE-246, # 3 (p.327) Pla-LUPE-247, # 4 (p.332) Pla-LUPE-247, # 5 (p.338) Pla-LUPE-248, # 6 (p.344) Pla-LUPE-248, # 7 (p.350) Pla-LUPE-249, # 8 (p.352) Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 (p.238) Pla-LUPE-250, # 2 (p.315) Pla-LUPE-252, # 3 (p.327) Pla-LUPE-252, # 4 (p.332) Pla-LUPE-255, # 5 (p.338) Pla-LUPE-255, # 6 (p.344) Pla-LUPE-256, # 7 (p.350) Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 (p.238) Pla-LUPE-257, # 2 (p.315) Pla-LUPE-258, # 3 (p.327) Pla-LUPE-258, # 4 (p.332) Pla-LUPE-259, # 5 (p.338) Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 (p.238) Pla-LUPE-260, # 2 (p.315) Pla-LUPE-261, # 3 (p.327) Pla-LUPE-261, # 4 (p.332) Pla-LUPE-262, # 5 (p.338) Pla-LUPE-262, # 6 (p.344) Pla-LUPE-263, # 7 (p.350) Pla-LUPE-263, # 8 (p.352) Pla-LUPE-264, # 9 (p.354) Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 (p.238) Pla-LUPE-265, # 2 (p.315) Pla-LUPE-266, # 3 (p.327) Pla-LUPE-266, # 4 (p.332) Pla-LUPE-267, # 5 (p.338) Pla-LUPE-267, # 6 (p.344) Pla-LUPE-268, # 7 (p.350) Pla-LUPE-268, # 8 (p.352) Pla-LUPE-269, # 9 (p.354) Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 (p.238) Pla-LUPE-270, # 2 (p.315) Pla-LUPE-271, # 3 (p.327) Pla-LUPE-271, # 4 (p.332) Pla-LUPE-272, # 5 (p.338) Pla-LUPE-272, # 6 (p.344) Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 (p.238) Pla-LUPE-282, # 2 (p.315) Pla-LUPE-284, # 3 (p.327) Pla-LUPE-285, # 4 (p.332) Pla-LUPE-286, # 5 (p.338) Pla-LUPE-287, # 6 (p.344) Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 (p.238) Pla-LUPE-291, # 2 (p.315) Pla-LUPE-292, # 3 (p.327) Pla-LUPE-293, # 4 (p.332) Pla-LUPE-294, # 5 (p.338) Pla-LUPE-295, # 6 (p.344) Pla-LUPE-296, # 7 (p.350) Pla-LUPE-298, # 8 (p.352) Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 (p.238) Pla-LUPE-301, # 2 (p.315) Pla-LUPE-302, # 3 (p.327) Pla-LUPE-304, # 4 (p.332) Pla-LUPE-305, # 5 (p.338) Pla-LUPE-306, # 6 (p.344) Pla-LUPE-307, # 7 (p.350) Pla-LUPE-308, # 8 (p.352) Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 (p.238) Pla-LUPE-311, # 2 (p.315) Pla-LUPE-312, # 3 (p.327) Pla-LUPE-313, # 4 (p.332) Pla-LUPE-314, # 5 (p.338) Pla-LUPE-315, # 6 (p.344) Pla-LUPE-316, # 7 (p.350) Pla-LUPE-317, # 8 (p.352) Pla-LUPE-318, # 9 (p.354) Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 (p.238) Pla-LUPE-321, # 2 (p.315) Pla-LUPE-322, # 3 (p.327) Pla-LUPE-323, # 4 (p.332) Pla-LUPE-324, # 5 (p.338) Pla-LUPE-325, # 6 (p.344) Pla-LUPE-326, # 7 (p.350) Pla-LUPE-328, # 8 (p.352) Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 (p.238) Pla-LUPE-331, # 2 (p.315) Pla-LUPE-332, # 3 (p.327) Pla-LUPE-333, # 4 (p.332) Pla-LUPE-334, # 5 (p.338) Pla-LUPE-335, # 6 (p.344) Pla-LUPE-336, # 7 (p.350) Pla-LUPE-337, # 8 (p.352) Pla-LUPE-338, # 9 (p.354) Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 (p.238) Pla-LUPE-341, # 2 (p.315) Pla-LUPE-342, # 3 (p.327) Pla-LUPE-343, # 4 (p.332) Pla-LUPE-344, # 5 (p.338) Pla-LUPE-346, # 6 (p.344) Pla-LUPE-347, # 7 (p.350) Pla-LUPE-348, # 8 (p.352) Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 (p.238) Pla-LUPE-353, # 2 (p.315) Pla-LUPE-354, # 3 (p.327) Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 (p.238) Pla-LUPE-006, # 2 (p.315) Pla-LUPE-007, # 3 (p.327) Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 (p.238) Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 (p.238) Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 (p.238) Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 (p.238) Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 (p.238) Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |

| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 (p.238) Pla-LUPE-22, # 2 (p.315) Pla-LUPE-23, # 3 (p.327) Pla-LUPE-24, # 4 (p.332) Pla-LUPE-28, # 5 (p.338) Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 (p.238) Pla-LUPE-33, # 2 (p.315) Pla-LUPE-34, # 3 (p.327) Pla-LUPE-34, # 4 (p.332) Pla-LUPE-35, # 5 (p.338) Pla-LUPE-35, # 6 (p.344) Pla-LUPE-36, # 7 (p.350) Pla-LUPE-36, # 8 (p.352) Pla-LUPE-37, # 9 (p.354) Pla-LUPE-37, 10 (p.356) Pla-LUPE-38, # 11 (p.358) Pla-LUPE-38, # 12 (p.364) Pla-LUPE-39, # 13 (p.366) Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 (p.238) Pla-LUPE-42, # 2 (p.315) Pla-LUPE-43, # 3 (p.327) Pla-LUPE-43, # 4 (p.332) Pla-LUPE-44, # 5 (p.338) Pla-LUPE-44, # 6 (p.344) Pla-LUPE-45, # 7 (p.350) Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 (p.238) Pla-LUPE-57, # 2 (p.315) Pla-LUPE-58, # 3 (p.327) Pla-LUPE-58, # 4 (p.332) Pla-LUPE-59, # 5 (p.338) Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 (p.238) Pla-LUPE-60, # 2 (p.315) Pla-LUPE-61, # 3 (p.327) Pla-LUPE-61, # 4 (p.332) Pla-LUPE-62, # 5 (p.338) Pla-LUPE-62, # 6 (p.344) Pla-LUPE-63, # 7 (p.350) Pla-LUPE-63, # 8 (p.352) Pla-LUPE-64, # 9 (p.354) Pla-LUPE-64, 10 (p.356) Pla-LUPE-65, # 11 (p.358) Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 (p.238) Pla-LUPE-72, # 2 (p.315) Pla-LUPE-73, # 3 (p.327) Pla-LUPE-73, # 4 (p.332) Pla-LUPE-74, # 5 (p.338) Pla-LUPE-74, # 6 (p.344) Pla-LUPE-75, # 7 (p.350) Pla-LUPE-75, # 8 (p.352) Pla-LUPE-78, # 9 (p.354) Pla-LUPE-78, 10 (p.356) Pla-LUPE-79, # 11 (p.358) Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 (p.238) Pla-LUPE-80, # 2 (p.315) Pla-LUPE-81, # 3 (p.327) Pla-LUPE-81, # 4 (p.332) Pla-LUPE-82, # 5 (p.338) Pla-LUPE-82, # 6 (p.344) Pla-LUPE-84, # 7 (p.350) Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 (p.238) Pla-LUPE-85, # 2 (p.315) Pla-LUPE-86, # 3 (p.327) Pla-LUPE-86, # 4 (p.332) Pla-LUPE-87, # 5 (p.338) Pla-LUPE-87, # 6 (p.344) Pla-LUPE-89, # 7 (p.350) Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public |

| | | terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
|---|---|---|
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 (p.238) Pla-LUPE-135, # 2 (p.315) Pla-LUPE-136, # 3 (p.327) Pla-LUPE-136, # 4 (p.332) Pla-LUPE-137, # 5 (p.338) Pla-LUPE-137, # 6 (p.344) Pla-LUPE-138, # 7 (p.350) Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 (p.238) Pla-LUPE-146, # 2 (p.315) Pla-LUPE-148, # 3 (p.327) Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 (p.238) Pla-LUPE-154, # 2 (p.315) Pla-LUPE-155, # 3 (p.327) Pla-LUPE-155, # 4 (p.332) Pla-LUPE-156, # 5 (p.338) Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 (p.238) Pla-LUPE-162, # 2 (p.315) Pla-LUPE-163, # 3 (p.327) Pla-LUPE-163, # 4 (p.332) Pla-LUPE-164, # 5 (p.338) Pla-LUPE-164, # 6 (p.344) Pla-LUPE-165, # 7 (p.350) Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 (p.238) Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 (p.238) Pla-LUPE-183, # 2 (p.315) Pla-LUPE-183, # 3 (p.327) Pla-LUPE-185, # 4 (p.332) Pla-LUPE-185, # 5 (p.338) Pla-LUPE-187, # 6 (p.344) Pla-LUPE-187, # 7 (p.350) Pla-LUPE-188, # 8 (p.352) Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 (p.238) Pla-LUPE-195, # 2 (p.315) Pla-LUPE-196, # 3 (p.327) Pla-LUPE-196, # 4 (p.332) Pla-LUPE-199, # 5 (p.338) Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 (p.238) Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 (p.238) Pla-LUPE-220, # 2 (p.315) Pla-LUPE-223, # 3 (p.327) Pla-LUPE-223, # 4 (p.332) Pla-LUPE-226, # 5 (p.338) Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 (p.238) Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |

| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 (p.238) Pla-LUPE-273, # 2 (p.315) Pla-LUPE-274, # 3 (p.327) Pla-LUPE-275, # 4 (p.332) Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 (p.238) Pla-LUPE-276, # 2 (p.315) Pla-LUPE-277, # 3 (p.327) Pla-LUPE-277, # 4 (p.332) Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 (p.238) Pla-OCA-31, # 2 (p.315) Pla-OCA-34, # 3 (p.327) Pla-OCA-36, # 4 (p.332) Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 (p.238) Pla-OCA-78, # 2 (p.315) Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 (p.238) Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 (p.238) Pla-OCA-348, # 2 (p.315) Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 (p.238) Pla-OCA-352, # 2 (p.315) Pla-OCA-353, # 3 (p.327) Pla-OCA-354, # 4 (p.332) Pla-OCA-356, # 5 (p.338) Pla-OCA-357, # 6 (p.344) Pla-OCA-358, # 7 (p.350) Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 (p.238) Pla-OCA-361, # 2 (p.315) Pla-OCA-362, # 3 (p.327) Pla-OCA-363, # 4 (p.332) Pla-OCA-364)(dtg) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 (p.238) Pla-OCA-367, # 2 (p.315) Pla-OCA-368, # 3 (p.327) Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 (p.238) Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 (p.238) Pla-OCA-402, # 2 (p.315) Pla-OCA-403, # 3 (p.327) Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 (p.238) Pla-OCA-406, # 2 (p.315) Pla-OCA-407, # 3 (p.327) Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 (p.238) Pla-OCA-414, # 2 (p.315) Pla-OCA-415, # 3 (p.327) Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 (p.238) Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Def-INTERVENOR-1, # 2 (p.315) Def-INTERVENOR-3, # 3 (p.327) Def-INTERVENOR-6, # 4 (p.332) Def-INTERVENOR-7, # 5 (p.338) Def-INTERVENOR-8, # 6 (p.344) Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 (p.238) Def-STATE-1, # 2 (p.315) Def-STATE-2, # 3 (p.327) Def-STATE-5, # 4 (p.332) Def-STATE-6, # 5 (p.338) Def-STATE-7, # 6 (p.344) Def-STATE-8, # 7 (p.350) Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 (p.238) Def-STATE-11, # 2 (p.315) Def-STATE-13, # 3 (p.327) Def-STATE-14, # 4 (p.332) Def-STATE-15, # 5 (p.338) Def-STATE-16, # 6 (p.344) Def-STATE-17, # 7 (p.350) Def-STATE-18, # 8 (p.352) Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 (p.238) Def-STATE-21, # 2 (p.315) Def-STATE-23, # 3 (p.327) Def-STATE-24, # 4 (p.332) Def-STATE-25, # 5 (p.338) Def-STATE-26, # 6 (p.344) Def-STATE-27, # 7 (p.350) Def-STATE-28, # 8 (p.352) Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 (p.238) Def-STATE-31, # 2 (p.315) Def-STATE-32, # 3 (p.327) Def-STATE-33, # 4 (p.332) Def-STATE-34, # 5 (p.338) Def-STATE-35, # 6 (p.344) Def-STATE-36, # 7 (p.350) Def-STATE-37, # 8 (p.352) Def-STATE-38, # 9 (p.354) Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 (p.238) Def-STATE-41, # 2 (p.315) Def-STATE-42, # 3 (p.327) Def-STATE-43, # 4 (p.332) Def-STATE-44, # 5 (p.338) Def-STATE-45, # 6 (p.344) Def-STATE-46, # 7 (p.350) Def-STATE-47, # 8 (p.352) Def-STATE-48, # 9 (p.354) Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 (p.238) Def-STATE-51, # 2 (p.315) Def-STATE-52, # 3 (p.327) Def-STATE-53, # 4 (p.332) Def-STATE-54, # 5 (p.338) Def-STATE-55, # 6 (p.344) Def-STATE-56, # 7 (p.350) Def-STATE-57, # 8 (p.352) Def-STATE-58, # 9 (p.354) Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 (p.238) Def-STATE-61, # 2 (p.315) Def-STATE-62, # 3 (p.327) Def-STATE-63, # 4 (p.332) Def-STATE-64, # 5 (p.338) Def-STATE-65, # 6 (p.344) Def-STATE-66, # 7 (p.350) Def-STATE-67, # 8 (p.352) Def-STATE-68, # 9 (p.354) Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 (p.238) Exhibit A, # 2 (p.315) Exhibit B, # 3 (p.327) Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 (p.238) Def-STATE-71, # 2 (p.315) Def-STATE-72, # 3 (p.327) Def-STATE-73, # 4 (p.332) Def-STATE-74, # 5 (p.338) Def-STATE-75, # 6 (p.344) Def-STATE-76, # 7 (p.350) Def-STATE-77, # 8 (p.352) Def-STATE-78, # 9 (p.354) Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 (p.238) Def-STATE-81, # 2 (p.315) Def-STATE-82, # 3 (p.327) Def-STATE-85, # 4 (p.332) Def-STATE-86, # 5 (p.338) Def-STATE-87, # 6 (p.344) Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 (p.238) Def-STATE-91, # 2 (p.315) Def-STATE-92, # 3 (p.327) Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 (p.238) Def-STATE-124, # 2 (p.315) Def-STATE-125, # 3 (p.327) Def-STATE-127, # 4 (p.332) Def-STATE-128, # 5 (p.338) Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 (p.238) Def-STATE-131, # 2 (p.315) Def-STATE-132, # 3 (p.327) Def-STATE-133, # 4 (p.332) Def-STATE-134, # 5 (p.338) Def-STATE-135, # 6 (p.344) Def-STATE-136, # 7 (p.350) Def-STATE-137, # 8 (p.352) Def-STATE-138, # 9 (p.354) Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 (p.238) Def-STATE-141, # 2 (p.315) Def-STATE-142, # 3 (p.327) Def-STATE-143, # 4 (p.332) Def-STATE-144, # 5 (p.338) Def-STATE-145, # 6 (p.344) Def-STATE-146, # 7 (p.350) Def-STATE-147, # 8 (p.352) Def-STATE-148, # 9 (p.354) Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 (p.238) Def-STATE-151, # 2 (p.315) Def-STATE-152, # 3 (p.327) Def-STATE-153, # 4 (p.332) Def-STATE-154, # 5 (p.338) Def-STATE-155, # 6 (p.344) Def-STATE-156, # 7 (p.350) Def-STATE-157, # 8 (p.352) Def-STATE-158, # 9 (p.354) Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 (p.238) Def-STATE-161, # 2 (p.315) Def-STATE-162, # 3 (p.327) Def-STATE-163, # 4 (p.332) Def-STATE-164, # 5 (p.338) Def-STATE-165, # 6 (p.344) Def-STATE-166, # 7 (p.350) Def-STATE-167, # 8 (p.352) Def-STATE-168, # 9 (p.354) Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 (p.238) Def-STATE-171, # 2 (p.315) Def-STATE-172, # 3 (p.327) Def-STATE-173, # 4 (p.332) Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 (p.238) Def-STATE-193, # 2 (p.315) Def-STATE-194, # 3 (p.327) Def-STATE-195, # 4 (p.332) Def-STATE-196, # 5 (p.338) Def-STATE-197, # 6 (p.344) Def-STATE-198, # 7 (p.350) Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 (p.238) Def-STATE-201, # 2 (p.315) Def-STATE-202, # 3 (p.327) Def-STATE-203, # 4 (p.332) Def-STATE-204, # 5 (p.338) Def-STATE-205, # 6 (p.344) Def-STATE-206, # 7 (p.350) Def-STATE-207, # 8 (p.352) Def-STATE-208, # 9 (p.354) Def-STATE-209)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 (p.238) Def-STATE-211, # 2 (p.315) Def-STATE-212, # 3 (p.327) Def-STATE-213, # 4 (p.332) Def-STATE-214, # 5 (p.338) Def-STATE-215, # 6 (p.344) Def-STATE-216, # 7 (p.350) Def-STATE-217, # 8 (p.352) Def-STATE-218)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 (p.238) Def-STATE-223, # 2 (p.315) Def-STATE-224, # 3 (p.327) Def-STATE-225, # 4 (p.332) Def-STATE-226, # 5 (p.338) Def-STATE-227, # 6 (p.344) Def-STATE-228, # 7 (p.350) Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 (p.238) Def-STATE-231, # 2 (p.315) Def-STATE-232, # 3 (p.327) Def-STATE-234, # 4 (p.332) Def-STATE-235, # 5 (p.338) Def-STATE-236, # 6 (p.344) Def-STATE-237, # 7 (p.350) Def-STATE-238, # 8 (p.352) Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 (p.238) Def-STATE-241, # 2 (p.315) Def-STATE-242, # 3 (p.327) Def-STATE-243, # 4 (p.332) Def-STATE-244, # 5 (p.338) Def-STATE-245, # 6 (p.344) Def-STATE-246, # 7 (p.350) Def-STATE-247, # 8 (p.352) Def-STATE-248, # 9 (p.354) Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 (p.238) Def-STATE-251, # 2 (p.315) Def-STATE-252, # 3 (p.327) Def-STATE-253, # 4 (p.332) Def-STATE-254, # 5 (p.338) Def-STATE-255, # 6 (p.344) Def-STATE-256, # 7 (p.350) Def-STATE-257, # 8 (p.352) Def-STATE-258, # 9 (p.354) Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 (p.238) Def-STATE-263, # 2 (p.315) Def-STATE-264, # 3 (p.327) Def-STATE-265, # 4 (p.332) Def-STATE-266, # 5 (p.338) Def-STATE-267, # 6 (p.344) Def-STATE-268, # 7 (p.350) Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 (p.238) Def-STATE-271, # 2 (p.315) Def-STATE-272, # 3 (p.327) Def-STATE-273, # 4 (p.332) Def-STATE-274, # 5 (p.338) Def-STATE-275, # 6 (p.344) Def-STATE-276, # 7 (p.350) Def-STATE-277, # 8 (p.352) Def-STATE-278, # 9 (p.354) Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 (p.238) Def-STATE-281, # 2 (p.315) Def-STATE-282, # 3 (p.327) Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 (p.238) Def-STATE-291, # 2 (p.315) Def-STATE-293, # 3 (p.327) Def-STATE-294, # 4 (p.332) Def-STATE-295, # 5 (p.338) Def-STATE-296, # 6 (p.344) Def-STATE-297, # 7 (p.350) Def-STATE-298, # 8 (p.352) Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 (p.238) Def-STATE-301, # 2 (p.315) Def-STATE-302, # 3 (p.327) Def-STATE-303, # 4 (p.332) Def-STATE-304, # 5 (p.338) Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 (p.238) Def-STATE-317, # 2 (p.315) Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 (p.238) Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 (p.238) Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 (p.238) Def-STATE-424, # 2 (p.315) Def-STATE-425, # 3 (p.327) Def-STATE-428, # 4 (p.332) Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 (p.238) Def-STATE-432, # 2 (p.315) Def-STATE-433, # 3 (p.327) Def-STATE-434, # 4 (p.332) Def-STATE-435, # 5 (p.338) Def-STATE-436, # 6 (p.344) Def-STATE-437, # 7 (p.350) Def-STATE-438, # 8 (p.352) Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 (p.238) Def-STATE-441, # 2 (p.315) Def-STATE-442, # 3 (p.327) Def-STATE-443, # 4 (p.332) Def-STATE-444, # 5 (p.338) Def-STATE-445, # 6 (p.344) Def-STATE-446, # 7 (p.350) Def-STATE-447, # 8 (p.352) Def-STATE-448, # 9 (p.354) Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 (p.238) Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association |

| | | |
|---|---|---|
| | | of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 (p.315) JOINT-1, # 2 (p.315) JOINT-2, # 3 (p.327) JOINT-3, # 4 (p.332) JOINT-4, # 5 (p.338) JOINT-5, # 6 (p.344) JOINT-6, # 7 (p.350) JOINT-7, # 8 (p.352) JOINT-8, # 9 (p.354) JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 (p.238) JOINT-11, # 2 (p.315) JOINT-12, # 3 (p.327) JOINT-13, # 4 (p.332) JOINT-14, # 5 (p.338) JOINT-15, # 6 (p.344) JOINT-16, # 7 (p.350) JOINT-17, # 8 (p.352) JOINT-18, # 9 (p.354) JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 (p.238) JOINT-21, # 2 (p.315) JOINT-22, # 3 (p.327) JOINT-23, # 4 (p.332) JOINT-24, # 5 (p.338) JOINT-25, # 6 (p.344) JOINT-26, # 7 (p.350) JOINT-27, # 8 (p.352) JOINT-28, # 9 (p.354) JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta |

| | | |
|---|---|---|
| | | Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 (p.238) JOINT-31, # 2 (p.315) JOINT-32, # 3 (p.327) JOINT-33, # 4 (p.332) JOINT-34, # 5 (p.338) JOINT-35, # 6 (p.344) JOINT-36, # 7 (p.350) JOINT-37, # 8 (p.352) JOINT-38, # 9 (p.354) JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 (p.238) JOINT-41, # 2 (p.315) JOINT-42, # 3 (p.327) JOINT-43, # 4 (p.332) JOINT-44, # 5 (p.338) JOINT-45, # 6 (p.344) JOINT-46, # 7 (p.350) JOINT-47, # 8 (p.352) JOINT-48, # 9 (p.354) JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. |

| | | |
|---|---|---|
| | | Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 (p.238) JOINT-51, # 2 (p.315) JOINT-52, # 3 (p.327) JOINT-53, # 4 (p.332) JOINT-54, # 5 (p.338) JOINT-55, # 6 (p.344) JOINT-56, # 7 (p.350) JOINT-57, # 8 (p.352) JOINT-58, # 9 (p.354) JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 (p.238) JOINT-61, # 2 (p.315) JOINT-62, # 3 (p.327) JOINT-63, # 4 (p.332) JOINT-64, # 5 (p.338) JOINT-65, # 6 (p.344) JOINT-66, # 7 (p.350) JOINT-67, # 8 (p.352) JOINT-68, # 9 (p.354) JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 (p.238) Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed |

| | | |
|---|---|---|
| | | Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 (p.238) Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 (p.238) Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to |

| | | |
|---|---|---|
| | | follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been |

| | | STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 (p.238) Exhibit 1, # 2 (p.315) Exhibit 2) (wg). (Entered: 04/30/2024) |
|---|---|---|
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 (p.238) Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, |

| | | |
|---|---|---|
| | | League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 (p.238) Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document |

| | | |
|---|---|---|
| | | associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 (p.403) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 (p.634) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 (p.238) Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: |

| | | |
|---|---|---|
| | | 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 (p.238) Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |

| | | |
|---|---|---|
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th |

| | | Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
|---|---|---|
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker: Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 (p.238) Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 (p.238) Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |

| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 (p.238) Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
|---|---|---|
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 |  | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 |  | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 |  |

| | | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
|---|---|---|
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | |

| | | |
|---|---|---|
| | | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 (p.238) Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American |

| | | |
|---|---|---|
| | | Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League *, Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 (p.238) Exhibit, # 2 (p.315) Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |

| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 (p.238) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
|---|---|---|
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 (p.238) Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 (p.238) Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 (p.238) Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Menndez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 (p.238) Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 (p.238) Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

**Tab 2: Docket Sheet, First Supplemental (ROA.6708-6942)**

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**     represented by     **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Anti-Defamation League Austin, Southwest, and Texoma**
*TERMINATED: 03/06/2023*

represented by  **Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**       represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**　　　　represented by　**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**              represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Lewin                      represented by   **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mi Familia Vota**                    represented by    **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                    represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                 Equal Employment Opportunity Commission
                                                         131 M St. NE
                                                         Washington, DC 20002
                                                         202-921-2748
                                                         Email: gyeomans@afscme.org
                                                         *TERMINATED: 02/23/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer A. Holmes**
                                                         (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**                    represented by    **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by     **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                 represented by **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                                    represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**          represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by   **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**          represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**
*TERMINATED: 04/14/2022*

represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                    represented by     **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                              (See above for address)
                                                                     *TERMINATED: 03/06/2023*
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County*
*Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**          represented by  **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| Dallas County Republican Party | represented by | **E. Stewart Crosland** |
| | | (See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**    represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**    represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                                    represented by    **Eric J.R. Nichols**
*Harris Count;y District Attorney*                               Butler Snow LLP
                                                                 1400 Lavaca Street, Suite 1000
                                                                 Austin, TX 78701
                                                                 737-802-1800
                                                                 Fax: 737-802-1801
                                                                 Email: Eric.Nichols@butlersnow.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Karson Karl Thompson**
                                                                 Butler Snow LLP
                                                                 1400 Lavaca Street, Suite 1000
                                                                 Austin, TX 78701
                                                                 737-802-1800
                                                                 Fax: 737-802-1801
                                                                 Email: karson.thompson@butlersnow.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Victoria A. Giese**
                                                                 Butler Snow LLP
                                                                 1400 Lavaca Street Suite 1000
                                                                 Austin, TX 78701
                                                                 737-802-1800
                                                                 Email: victoria.giese@butlersnow.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Cory Ren Liu**
                                                                 Butler Snow LLP
                                                                 1400 Lavaca Street
                                                                 Suite 1000
                                                                 Austin, TX 78701
                                                                 737-802-1800
                                                                 Email: cory.ren.liu@gmail.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                               represented by    **Larry L. Roberson**
*Bexar County District Attorney*                                Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                          represented by   **Anthony J. Nelson**
*Travis County District Attorney*                        Travis County Attorney's Office
                                                         314 West 11th Street
                                                         Room 590
                                                         Austin, TX 78701
                                                         (512) 854-4801
                                                         Fax: 512/854-4808
                                                         Email: tony.nelson@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**                    represented by    **Barbara S. Nicholas**
*Dallas County District Attorney*                     Assistant District Attorney
                                                      Civil Division Administration Building, 5th
                                                      Floor
                                                      500 Elm Street, Suite 6300
                                                      Dallas, TX 75202
                                                      (214) 653-6068
                                                      Fax: (214) 653-6134
                                                      Email: barbara.nicholas@dallascounty.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ben L Stool**
                                                      Criminal District Attorney's Office of Dallas
                                                      County, T
                                                      500 Elm Street
                                                      Suite 6300
                                                      Dallas, TX 75202
                                                      (214) 653-6234
                                                      Fax: (214) 653-6134
                                                      Email: ben.larry.stool@gmail.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**          represented by    **Jacqueline Lysette Villarreal**
                                                      Hidalgo County District Attorney Office
                                                      Civil Litigation
                                                      100 E. Cano
                                                      Edinburg, TX 78539
                                                      956-292-7609
                                                      Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                  (See above for address)
*Administrator of Bexar County*                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                         **Lisa V. Cubriel**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert D. Green**
                                                         (See above for address)
                                                         *TERMINATED: 02/23/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert William Piatt , III**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                Hidalgo County District Attorney's Office
*County Elections Administrator*                         100 E. Cano, First Floor
                                                         Edinburg, TX 78539
                                                         956-292-7609
                                                         Fax: 956-292-7619
                                                         Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                         *TERMINATED: 03/02/2024*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leigh Ann Tognetti**
                                                         Hidalgo County Criminal District Attorney
                                                         100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**                                    represented by    **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*                                   (See above for address)
*County Elections Administrator*                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Ben L Stool**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Earl S. Nesbitt**
                                                                          Rogge Dunn Group
                                                                          500 N. Akard Street
                                                                          Suite 1900
                                                                          Dallas, TX 75201
                                                                          214-888-5000
                                                                          Email: nesbitt@RoggeDunnGroup.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                                        represented by    **Christopher D. Hilton**
                                                                          (See above for address)
                                                                          *TERMINATED: 01/30/2024*
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Patrick K. Sweeten**
                                                                          (See above for address)
                                                                          *TERMINATED: 12/05/2022*
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **William Thomas Thompson**
                                                                          (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                   (See above for address)
*County Clerk*                                             *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leslie W. Dippel**
                                                          Travis County Attorney's Office
                                                          P.O. Box 1748
                                                          314 W. 11th Street
                                                          Room 500
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: leslie.dippel@traviscountytx.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick T. Pope**
                                                          Travis County Attorney
                                                          Civil Litigation Division
                                                          PO BOX 1748
                                                          Austin, TX 78767
                                                          512-854-9523
                                                          Fax: 512-854-4808
                                                          Email: patrick.pope@traviscountytx.gov
                                                          *TERMINATED: 08/07/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sherine Elizabeth Thomas**
                                                          Assistant County Attorney
                                                          Travis County, Texas
                                                          P.O. Box 1748
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: sherine@sherinethomaslaw.com
                                                          *TERMINATED: 02/10/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**          represented by    **Donna Garcia Davidson**
**Accountability**                                         PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

<u>**Amicus**</u>

**Young Black Lawyers' Organizing Coalition**                represented by      **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Lawyers Democracy Fund**                represented by      **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Republican National Committee**                represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | <u>79</u> | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | <u>80</u> | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | <u>81</u> | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | <u>82</u> | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING <u>82</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | <u>83</u> | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re <u>64</u> MOTION to Dismiss *the Complaint by Houston Justice, et al.*, <u>68</u> MOTION to Dismiss , <u>53</u> MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, <u>54</u> MOTION to Dismiss , <u>67</u> MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | <u>84</u> | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | <u>85</u> | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING <u>79</u> Motion to Appear Pro Hac Vice; GRANTING <u>85</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | <u>86</u> | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # 5 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 117 | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # 2 Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | |
|---|---|---|
| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | [143](#) | ORDER GRANTING [142](#) Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re [123](#) Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions [here](#) (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | [144](#) | Unopposed MOTION for Extension of Time to File Answer re [137](#) Amended Complaint, [139](#) Amended Complaint, [140](#) Amended Complaint, [136](#) Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # [1](#) Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING [144](#) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | [145](#) | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | [146](#) | ANSWER to [137](#) Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | [147](#) | ANSWER to [136](#) Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | [148](#) | ANSWER to [136](#) Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | [149](#) | ANSWER to [136](#) Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | [150](#) | ANSWER to [140](#) Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | [151](#) | ANSWER to [136](#) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | [152](#) | ANSWER to [139](#) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | [153](#) | *Defendant's* ANSWER to [136](#) Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | [154](#) | *Defendant's* ANSWER to [140](#) Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | [155](#) | ANSWER to [137](#) Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | [156](#) | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 (p.7139) | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| 01/21/2022 | 201 (p.6943) | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 202 (p.6945) | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 (p.6947) | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 (p.6978) | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 (p.7075) | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 (p.7135) | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 (p.6978) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 (p.7204) | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 (p.7204) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 (p.7295) | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 (p.7139) entered by Judge Xavier |

| | | |
|---|---|---|
| | | Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING 206 (p.7135) Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 (p.7204) and the LULAC Plaintiffs' Second Amended Complaint 207 (p.7139) . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 (p.7309) | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 (p.7075) MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 (p.7313) | ORDER GRANTING 210 (p.7309) Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 (p.7075) MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 (p.7314) | Opposed MOTION for Extension of Time to File Response/Reply as to 207 (p.7139) Amended Complaint, 200 Amended Complaint, 208 (p.7204) Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 (p.7314) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 (p.7139) is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 (p.7204) is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 (p.7320) | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 (p.7320) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 (p.7325) | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 (p.7330) | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 (p.7356) | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 (p.7394) | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 (p.7415) | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 (p.7415) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 (p.7420) | ANSWER to 207 (p.7139) Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 (p.7446) | ANSWER to 207 (p.7139) Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 (p.7470) | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 (p.7500) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 (p.7528) | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 (p.7541) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 (p.7592) | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 (p.7596) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 (p.7628) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | | |

| | 228 (p.7632) | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
|---|---|---|
| 02/02/2022 | 229 (p.7634) | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 (p.7628) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 (p.7636) | *Defendant Lisa Wise's* ANSWER to 207 (p.7139) Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 (p.7682) | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 (p.7688) | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 (p.7705) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 (p.6947) MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 (p.7709) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 (p.7714) | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 (p.7709) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 (p.7732) | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | | |

| | 237 (p.7733) | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
|---|---|---|
| 02/08/2022 | 238 (p.7745) | ANSWER to 208 (p.7204) Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 (p.7801) | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 (p.7834) | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 (p.7863) | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 (p.7891) | *Defendant Lisa Wise's* ANSWER to 208 (p.7204) Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 (p.7943) | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 (p.8028) | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 (p.8029) | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 (p.8031) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 (p.8032) | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 (p.7075) MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 (p.8140) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 (p.7863) regarding discovery of electronically stored |

| | (p.8154) | information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | **249** (p.8141) | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 (p.6947) MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | **250** (p.8148) | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | **252** (p.8165) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 (p.7801) MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 (p.8148) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 (p.6947) Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective in the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | **253** (p.8219) | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | **254** (p.8243) | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | **255** (p.8245) | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | **256** (p.8337) | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | | |

| | | |
|---|---|---|
| | 257 (p.8339) | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 (p.7075) MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 (p.8347) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 (p.8349) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 (p.8351) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 (p.8353) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 (p.8355) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 (p.8357) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 (p.8359) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 (p.7801) MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 (p.8379) | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 (p.8380) | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 (p.8382) | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 (p.8384) | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 (p.8386) | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |

| 02/22/2022 | 270 (p.8388) | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 271 (p.8390) | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 (p.8392) | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 (p.8394) | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 (p.8396) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 (p.8397) | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 (p.8404) | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 (p.8434) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 (p.8462) | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 (p.8466) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 (p.7834) MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 (p.8397) Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 (p.8462) Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 (p.7075) Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective |

| | | |
|---|---|---|
| | | order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 (p.8502) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 (p.8503) | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 (p.7943) MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 (p.7075) MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 (p.8529) | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 (p.8529) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 (p.8533) | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 (p.8537) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 (p.8533) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of |

| | | |
|---|---|---|
| | | this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 (p.8538) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 (p.8541) | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 (p.7204) Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 (p.8546) | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 (p.7139) Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 (p.8550) | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 (p.8541) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 (p.8546) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 (p.8550) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 (p.8554) | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 (p.8557) | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 (p.8554) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 02/28/2022 | | Text Order GRANTING <u>292 (p.8557)</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | <u>293</u> <u>(p.8560)</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | <u>294</u> <u>(p.8563)</u> | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>295</u> <u>(p.8571)</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> <u>(p.8576)</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> <u>(p.8581)</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> <u>(p.8585)</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> <u>(p.8586)</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> <u>(p.8592)</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>240</u> <u>(p.7834)</u> MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> <u>(p.8614)</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>255 (p.8245)</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |

| | | |
|---|---|---|
| 03/01/2022 | 302 (p.8654) | Response in Opposition to Motion, filed by Lisa Wise, re 255 (p.8245) MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 (p.8674) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 (p.8676) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 (p.8677) | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 (p.8680) | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 (p.7943) MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 (p.8699) | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 (p.8703) | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 (p.8709) | ANSWER to 208 (p.7204) Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 (p.8764) | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 (p.8768) | Unopposed MOTION for Extension of Time to File Answer re 207 (p.7139) Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 (p.8772) | Unopposed MOTION for Extension of Time to File Answer re 208 (p.7204) Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 (p.8703) Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, |

| | | |
|---|---|---|
| | | including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 (p.8764) Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 (p.8768) Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 (p.7139) is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 (p.8772) Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 (p.7204) is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 (p.8699) Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 (p.8777) | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 (p.8245) MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 (p.8795) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 (p.8844) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 (p.8848) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing |

| | | |
|---|---|---|
| | | Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 (p.8844) Motion to Appear Pro Hac Vice; GRANTING 316 (p.8848) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 (p.8852) | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 (p.8856) | AMENDED ANSWER to 208 (p.7204) Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 (p.8911) | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 (p.7204) Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 (p.8915) | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 (p.8919) | Unopposed MOTION for Extension of Time to File Answer re 207 (p.7139) Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 (p.8852) Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 (p.8911) Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 (p.7204) is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 (p.8915) Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 (p.7139) is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 (p.8919) Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document |

| | | |
|---|---|---|
| | | associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 (p.8923) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 (p.8924) | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 (p.8927) | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 (p.8924) Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 (p.8927) Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 (p.8930) | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 (p.8935) | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 (p.8939) | ANSWER to 207 (p.7139) Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 (p.8971) | *Defendant Garza's* ANSWER to 207 (p.7139) Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 (p.8995) | *Defendant Garza's* ANSWER to 208 (p.7204) Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 326 (p.8935) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 (p.9019) | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 (p.9039) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 (p.9044) | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 (p.9039) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 (p.9065) | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 (p.8592) Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 (p.7801) MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 (p.7943) MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 (p.8614) Response in Opposition to Motion,, 255 (p.8245) MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 (p.8359) Reply to Response to Motion, 313 (p.8777) Reply to Response to Motion, 306 (p.8680) Reply to Response to Motion, 240 (p.7834) MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 (p.7528) Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 (p.8503) Response to Motion, 252 (p.8165) Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 (p.9070) | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 (p.9267) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/22/2022 | 336 (p.9271) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 (p.9267) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 (p.9271) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 (p.9275) | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 (p.9276) | RESPONSE to 333 (p.9065) Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 (p.9280) | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 (p.9284) | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 (p.7295) Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 (p.9286) | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 (p.7295) Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 (p.9284) Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 (p.9288) | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 (p.9305) | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | | |

| | 345 (p.9336) | Response in Opposition to Motion, filed by United States Of America, re 334 (p.9070) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
|---|---|---|
| 03/29/2022 | 346 (p.9354) | ORDER GRANTING 343 (p.9288) Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 (p.9366) | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 (p.9368) | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 (p.9368) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 (p.9370) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 (p.9070) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 (p.9376) | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 (p.9383) | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 (p.9376) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 (p.9383) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: |

| | | 04/04/2022) |
|---|---|---|
| 04/05/2022 | 352 (p.9387) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 (p.9387) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 (p.9391) | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 (p.9411) | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 (p.9391) MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 (p.9412) | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 (p.9416) | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 (p.9420) | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 (p.9425) | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 (p.9065) Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 (p.9430) | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 (p.9065) Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 (p.9420) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of |

| | | this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
|---|---|---|
| 04/11/2022 | | Text Order GRANTING 356 (p.9416) Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 (p.9436) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 (p.9305) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 (p.9454) | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 (p.9305) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 (p.9473) | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 (p.9477) | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 (p.9482) | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 (p.9483) | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 (p.9484) | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 (p.9491) | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 (p.9070) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 (p.9484) Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other |

| | | |
|---|---|---|
| | | OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 (p.9519) | ORDER GRANTING 363 (p.9477) Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 (p.9522) | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 (p.9523) | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 (p.9525) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 (p.9391) MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 (p.9532) | ORDER GRANTING IN PART AND DENYING IN PART 353 (p.9391) Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 (p.9391) MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 (p.9534) | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 (p.9559) | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 (p.9559) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 (p.9563) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |

| | | |
|---|---|---|
| 04/19/2022 | 377 (p.9568) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 (p.9305) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 (p.9563) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 (p.9585) | RESPONSE in Support, filed by Kim Ogg, re 344 (p.9305) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 (p.9596) | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 (p.9065) Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 (p.9601) | REPLY to Response to Motion, filed by Kim Ogg, re 344 (p.9305) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 (p.9639) | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 (p.9662) | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 (p.9666) | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 (p.9666) Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 (p.9670) | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 (p.9675) | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 (p.8571) Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 (p.9680) | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) |

| | | |
|---|---|---|
| | (p.9683) | (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 (p.9680) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 (p.9699) | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 (p.9703) | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 (p.9705) | ORDER GRANTING IN PART AND DENYING IN PART 334 (p.9070) Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 (p.9708) | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 (p.9736) | APPENDIX to 391 (p.9708) MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 (p.10024) | ORDER Setting Hearing on 391 (p.9708) MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | 394 (p.10025) | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 (p.10049) | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 (p.10050) | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 (p.10052) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 (p.9708) MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 |

| | | |
|---|---|---|
| | | Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 (p.10144) | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 (p.10148) | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 (p.10172) | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 (p.9708) MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s |

| | | |
|---|---|---|
| | | requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 (p.9708) MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired |

| | | Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
|---|---|---|
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 (p.10052) Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |

| | | |
|---|---|---|
| 05/25/2022 | <u>425</u> | ORDER GRANTING <u>391 (p.9708)</u> Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | <u>426</u> | Appeal of Order entered by District Judge <u>425</u> by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>425</u> Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | <u>427</u> | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | <u>428</u> | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING <u>427</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | <u>429</u> | ORDER GRANTING <u>428</u> Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | <u>430</u> | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | <u>431</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING <u>431</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | <u>432</u> | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # <u>1</u> Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |

| | | |
|---|---|---|
| 06/03/2022 | <u>433</u> | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING <u>432</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | <u>434</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING <u>434</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | <u>435</u> | ANSWER to <u>131</u> Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | <u>436</u> | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | <u>437</u> | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re <u>426</u> Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | <u>438</u> | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # <u>1</u> Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | <u>439</u> | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING <u>439</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | <u>440</u> | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re <u>438</u> Notice (Other), (Yun, Jennifer) (Entered: |

| | | 06/15/2022) |
|---|---|---|
| 06/30/2022 | <u>441</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING <u>441</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | <u>442</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING <u>442</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | <u>443</u> | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | <u>444</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>243 (p.7943)</u> Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | <u>445</u> | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | <u>446</u> | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | |

| | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
|---|---|---|
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 (p.7801) Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 (p.7834) Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 (p.8245) Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 (p.9305) Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for |

| | | |
|---|---|---|
| | | this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |

| | | |
|---|---|---|
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney Georgina C. Yeomans by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/24/2022 | <u>469</u> | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P, # <u>17</u> Exhibit Q, # <u>18</u> Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | <u>470</u> | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | <u>471</u> | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P, # <u>17</u> Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |
| 10/31/2022 | <u>472</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | <u>473</u> | ORDER SETTING MOTION HEARING re <u>469</u> Opposed MOTION to Compel <u>471</u> MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | <u>474</u> | |

| | | |
|---|---|---|
| | | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. |

| | | Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
|---|---|---|
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT |

| | | |
|---|---|---|
| | | Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2023. (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |

| | | |
|---|---|---|
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action |

| | | |
|---|---|---|
| | | Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |

| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
|---|---|---|
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 |  | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 |  | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 |

| | | Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
|---|---|---|
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discovery related to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | |

| | | |
|---|---|---|
| | | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for |

| | | Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/23 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |

| | | |
|---|---|---|
| 02/21/2023 | <u>533</u> | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING <u>533</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | <u>534</u> | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | <u>535</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING <u>534</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING <u>535</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | <u>536</u> | SUPPLEMENT to <u>132</u> Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | <u>537</u> | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | <u>538</u> | SUPPLEMENT to <u>400 (p.10172)</u> Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas |

| | | |
|---|---|---|
| | | Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | <u>539</u> | SUPPLEMENT to <u>135</u> Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | <u>540</u> | SUPPLEMENT to <u>399</u> (p.10148) Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | <u>541</u> | SUPPLEMENT to <u>387</u> (p.9683) Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | <u>542</u> | Joint MOTION *for Clarification* re <u>437</u> Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | <u>544</u> | MOTION to supplement re <u>542</u> Joint MOTION *for Clarification* re <u>437</u> Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING <u>544</u> Motion to Supplement Joint Motion for Clarification <u>542</u> entered by Judge Xavier Rodriguez. (This is a text-only entry by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | <u>545</u> | ORDER re <u>542</u> Joint MOTION *for Clarification* re <u>437</u> Scheduling Order, filed by United States Of America, Set Motion Hearing for <u>542</u> Joint MOTION *for Clarification* re <u>437</u> Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | <u>546</u> | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | <u>547</u> | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit Exhibit A, # <u>3</u> Exhibit Exhibit B, # <u>4</u> Exhibit Exhibit C, # <u>5</u> Exhibit Exhibit D, # <u>6</u> Exhibit Exhibit E, # <u>7</u> Exhibit Exhibit F, # <u>8</u> Exhibit Exhibit G, # <u>9</u> Exhibit Exhibit H, # <u>10</u> Exhibit Exhibit I, # <u>11</u> Exhibit Exhibit J, # <u>12</u> Exhibit Exhibit K, # <u>13</u> Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | <u>548</u> | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |

| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
|---|---|---|
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available |

| | | |
|---|---|---|
| | | electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty |

| | | |
|---|---|---|
| | | to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc.,, Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | |

| | | |
|---|---|---|
| | | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |

| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
|---|---|---|
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta |

| | | |
|---|---|---|
| | | Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) |

| | | |
|---|---|---|
| | | (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |

| | | |
|---|---|---|
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, |

| | | |
|---|---|---|
| | | Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol |

| | | |
|---|---|---|
| | | Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF Statement of Interest Regarding Section 208 of the Voting Rights Act by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 06/23/2023 | <u>643</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>608</u> MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit A - Expert Report by Franita Tolson, # <u>3</u> Exhibit B - Expert Report by Prof. Douglas L. Kruse, # <u>4</u> Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # <u>5</u> Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # <u>6</u> Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # <u>7</u> Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # <u>8</u> Exhibit G - Excerpts from Deposition of Alan Vera, # <u>9</u> Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # <u>10</u> Exhibit I - Declaration of Jeffrey Clemmons, # <u>11</u> Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # <u>12</u> Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # <u>13</u> Exhibit L - Excerpts from Deposition of Bob Kafka, # <u>14</u> Exhibit M - Excerpts from Deposition of Jennifer Martinez, # <u>15</u> Exhibit N - Excerpts from Deposition of Maria Gomez, # <u>16</u> Exhibit O - Excerpts from Deposition of Michelle Brown, # <u>17</u> Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # <u>18</u> Exhibit Q - Excerpts from Deposition of Ray Shackelford, # <u>19</u> Exhibit R - Excerpts from Deposition of Grace Chimene, # <u>20</u> Exhibit S - Excerpts from Deposition of Angelica Razo, # <u>21</u> Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # <u>22</u> Exhibit U - Excerpts from Deposition of Toby Cole, # <u>23</u> Exhibit V - Declaration of Jodi Lydia Nunez Landry, # <u>24</u> Exhibit W - Declaration of Nancy Crowther, # <u>25</u> Exhibit X - Declaration of Teri Saltzman, # <u>26</u> Exhibit Y - Declaration of Laura Halvorson, # <u>27</u> Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | <u>644</u> | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re <u>608</u> MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # <u>3</u> Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # <u>4</u> Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # <u>5</u> Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # <u>6</u> Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # <u>7</u> Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # <u>8</u> Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # <u>9</u> Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # <u>10</u> Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # <u>11</u> Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # <u>12</u> Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # <u>13</u> Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # <u>14</u> Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # <u>15</u> Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # <u>16</u> Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # <u>17</u> Exhibit 16 - James Lewin Deposition dated April 27, 2022, # <u>18</u> Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # <u>19</u> Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # <u>20</u> Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # <u>21</u> Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # <u>22</u> Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # <u>23</u> Exhibit 22 |

| | | |
|---|---|---|
| | | - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. |

| | | |
|---|---|---|
| | | Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of |

| | | America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
|---|---|---|
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) |

| | | |
|---|---|---|
| | | (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |

| | | |
|---|---|---|
| 07/29/2023 | <u>692</u> | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | <u>693</u> | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | <u>694</u> | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | <u>695</u> | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | <u>696</u> | Unopposed Motion for leave to File Sealed Document (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING <u>696</u> Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures <u>692</u> , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | <u>697</u> | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | <u>698</u> | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING <u>697</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | <u>699</u> | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | <u>700</u> | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |

| | | |
|---|---|---|
| 08/09/2023 | <u>701</u> | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | <u>702</u> | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING <u>702</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | <u>703</u> | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # <u>1</u> Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | <u>704</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | <u>705</u> | Response in Opposition to Motion, filed by Kim Ogg, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | <u>706</u> | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | <u>707</u> | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # <u>1</u> Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | <u>708</u> | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | <u>709</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re <u>707</u> Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | <u>710</u> | RESPONSE to <u>686</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) |

| | | |
|---|---|---|
| | | (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE and Objections to Rule26(a)(3) Pretrial Disclosures by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE and Objections to Defendants' Rule 26(a)(3) Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE and Objections to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE and Objections to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>726</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | <u>728</u> | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no |

| | | |
|---|---|---|
| | | document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION by *Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION by *Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque |

| | | |
|---|---|---|
| | | Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | <u>735</u> | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | <u>736</u> | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | <u>737</u> | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # <u>1</u> Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | <u>738</u> | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING <u>738</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING <u>737</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | <u>739</u> | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | <u>740</u> | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | <u>741</u> | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) |

| | | (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # <u>5</u> STATE087323, # <u>6</u> STATE112177, # <u>7</u> STATE112160, # <u>8</u> SOS Referrals, # <u>9</u> STATE112155, # <u>10</u> Oral Deposition of Jonathan Sherman White April 27, 2022, # <u>11</u> Oral Deposition of Jonathan White May 5, 2022, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> LUPE Plaintiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # <u>15</u> Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # <u>16</u> Privilege Log May 12, 2023, # <u>17</u> Privilege Log May 19, 2023, # <u>18</u> Plaintiff's First Set of Requests for Production, # <u>19</u> The Secretary's Objections and Responses, # <u>20</u> Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # <u>21</u> Transcript of Motion to Compel Proceedings, # <u>22</u> Exhibit 1, # <u>23</u> Oral Deposition of Jonathan White August 11, 2023, # <u>24</u> Exhibit 4, # <u>25</u> Press Release October 8, 2020, # <u>26</u> Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | <u>762</u> | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald |

| | | |
|---|---|---|
| | | added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | <u>763</u> | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | <u>764</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>746</u> MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # <u>1</u> Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # <u>2</u> Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # <u>3</u> Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | <u>765</u> | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>761</u> MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | <u>766</u> | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | <u>767</u> | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>753</u> Advisory to the Court,, (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | <u>768</u> | SUPPLEMENT to <u>691</u> Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit LUPE Plaintiffs' First Amended Exhibit List, # <u>2</u> Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | <u>769</u> | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING <u>758</u> Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART <u>748</u> Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although |

| | | the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
|---|---|---|
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc |

| | | of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
|---|---|---|
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | 785 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | 787 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | 786 | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING 786 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | 788 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |

| | | |
|---|---|---|
| 10/04/2023 | <u>791</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>761</u> LUPE Plaintiffs' Motion to Strike and GRANTING <u>761</u> LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>746</u> State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | <u>792</u> | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | <u>793</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | <u>795</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | <u>794</u> | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | <u>796</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | <u>797</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |

| | | |
|---|---|---|
| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | Amended MOTION *FOR JUDICIAL NOTICE* re <u>801</u> Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | <u>803</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING <u>801</u> Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion <u>802</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | <u>804</u> | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # <u>1</u> Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | <u>805</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | <u>806</u> | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican |

| | | |
|---|---|---|
| | | American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County |

| | | |
|---|---|---|
| | | Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by |

| | | |
|---|---|---|
| | | REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National |

| | | Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | |

| | | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
|---|---|---|
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 (p.7139) Amended Complaint, 208 (p.7204) Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |

| | | |
|---|---|---|
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE of Joinder by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |

| | | |
|---|---|---|
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | |

| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |

| | | |
|---|---|---|
| 01/24/2024 | <u>891</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # <u>1</u> Pla-HAUL-186, # <u>2</u> Pla-HAUL-188, # <u>3</u> Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>892</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # <u>1</u> Pla-HAUL-194, # <u>2</u> Pla-HAUL-195, # <u>3</u> Pla-HAUL-196, # <u>4</u> Pla-HAUL-197, # <u>5</u> Pla-HAUL-198, # <u>6</u> Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>893</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # <u>1</u> Pla-HAUL-201, # <u>2</u> Pla-HAUL-202, # <u>3</u> Pla-HAUL-203, # <u>4</u> Pla-HAUL-204, # <u>5</u> Pla-HAUL-205, # <u>6</u> Pla-HAUL-206, # <u>7</u> Pla-HAUL-207, # <u>8</u> Pla-HAUL-208, # <u>9</u> Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>894</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # <u>1</u> Pla-HAUL-211, # <u>2</u> Pla-HAUL-212, # <u>3</u> Pla-HAUL-213, # <u>4</u> Pla-HAUL-214, # <u>5</u> Pla-HAUL-215, # <u>6</u> Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>895</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # <u>1</u> Pla-HAUL-224, # <u>2</u> Pla-HAUL-225, # <u>3</u> Pla-HAUL-226, # <u>4</u> Pla-HAUL-227, # <u>5</u> Pla-HAUL-228, # <u>6</u> Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>896</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # <u>1</u> Pla-HAUL-235, # <u>2</u> Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | <u>897</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # <u>1</u> Pla-HAUL-263, # <u>2</u> Pla-HAUL-264, # <u>3</u> Pla-HAUL-265, # <u>4</u> Pla-HAUL-266, # <u>5</u> Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>898</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # <u>1</u> Pla-HAUL-271, # <u>2</u> Pla-HAUL-273, # <u>3</u> Pla-HAUL-274, # <u>4</u> Pla-HAUL-276, # <u>5</u> Pla-HAUL-277, # <u>6</u> Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>899</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>900</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # <u>1</u> Pla-HAUL-290, # <u>2</u> Pla-HAUL-293, # <u>3</u> Pla-HAUL-296, # <u>4</u> Pla-HAUL-297, # <u>5</u> Pla-HAUL-298, # <u>6</u> Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>901</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>902</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # <u>1</u> Pla-HAUL-311, # <u>2</u> Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>903</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # <u>1</u> Pla-HAUL-333)(dtg) (Entered: |

| | | 01/25/2024) |
|---|---|---|
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | |

| | | Letter of transmittal from USCA received for <u>823</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, <u>827</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
|---|---|---|
| 02/07/2024 | <u>942</u> | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | <u>944</u> | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>945</u> | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>946</u> | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>947</u> | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | <u>961</u> | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>962</u> | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>963</u> | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>964</u> | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>966</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | <u>967</u> | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: |

| | | |
|---|---|---|
| | | gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-46, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 |

| | | |
|---|---|---|
| | | Pla-LUPE-56, # <u>13</u> Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>976</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # <u>1</u> Pla-LUPE-66, # <u>2</u> Pla-LUPE-67, # <u>3</u> Pla-LUPE-67, # <u>4</u> Pla-LUPE-68, # <u>5</u> Pla-LUPE-68, # <u>6</u> Pla-LUPE-69, # <u>7</u> Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>977</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # <u>1</u> Pla-LUPE-70, # <u>2</u> Pla-LUPE-71, # <u>3</u> Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>978</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # <u>1</u> Pla-LUPE-90, # <u>2</u> Pla-LUPE-91, # <u>3</u> Pla-LUPE-91, # <u>4</u> Pla-LUPE-92, # <u>5</u> Pla-LUPE-92, # <u>6</u> Pla-LUPE-93, # <u>7</u> Pla-LUPE-93, # <u>8</u> Pla-LUPE-94, # <u>9</u> Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>979</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # <u>1</u> Pla-LUPE-95, # <u>2</u> Pla-LUPE-96, # <u>3</u> Pla-LUPE-96, # <u>4</u> Pla-LUPE-97, # <u>5</u> Pla-LUPE-97, # <u>6</u> Pla-LUPE-98, # <u>7</u> Pla-LUPE-98, # <u>8</u> Pla-LUPE-99, # <u>9</u> Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | <u>980</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # <u>1</u> Pla-LUPE-100, # <u>2</u> Pla-LUPE-101, # <u>3</u> Pla-LUPE-101, # <u>4</u> Pla-LUPE-102, # <u>5</u> Pla-LUPE-102, # <u>6</u> Pla-LUPE-103, # <u>7</u> Pla-LUPE-103, # <u>8</u> Pla-LUPE-104, # <u>9</u> Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>981</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # <u>1</u> Pla-LUPE-105, # <u>2</u> Pla-LUPE-106, # <u>3</u> Pla-LUPE-106, # <u>4</u> Pla-LUPE-107, # <u>5</u> Pla-LUPE-107, # <u>6</u> Pla-LUPE-108, # <u>7</u> Pla-LUPE-108, # <u>8</u> Pla-LUPE-109, # <u>9</u> Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>982</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # <u>1</u> Pla-LUPE-110, # <u>2</u> Pla-LUPE-111, # <u>3</u> Pla-LUPE-111, # <u>4</u> Pla-LUPE-112, # <u>5</u> Pla-LUPE-112, # <u>6</u> Pla-LUPE-114, # <u>7</u> Pla-LUPE-114, # <u>8</u> Pla-LUPE-115, # <u>9</u> Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>983</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # <u>1</u> Pla-LUPE-116, # <u>2</u> Pla-LUPE-117, # <u>3</u> Pla-LUPE-117, # <u>4</u> Pla-LUPE-118, # <u>5</u> Pla-LUPE-118, # <u>6</u> Pla-LUPE-119, # <u>7</u> Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>984</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # <u>1</u> Pla-LUPE-120, # <u>2</u> Pla-LUPE-121, # <u>3</u> Pla-LUPE-121, # <u>4</u> Pla-LUPE-122, # <u>5</u> Pla-LUPE-122, # <u>6</u> Pla-LUPE-123, # <u>7</u> Pla-LUPE-123, # <u>8</u> Pla-LUPE-124, # <u>9</u> Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>985</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # <u>1</u> Pla-LUPE-125, # <u>2</u> Pla-LUPE-126, # <u>3</u> Pla-LUPE-126, # <u>4</u> Pla-LUPE-127, # <u>5</u> Pla-LUPE-127, # <u>6</u> Pla-LUPE-128, # <u>7</u> Pla-LUPE-128, # <u>8</u> Pla-LUPE-129, # <u>9</u> Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>986</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # <u>1</u> Pla-LUPE-130, # <u>2</u> Pla-LUPE-132, # <u>3</u> Pla-LUPE-132, # <u>4</u> Pla-LUPE-133, # <u>5</u> Pla-LUPE-133, # <u>6</u> Pla-LUPE-134, # <u>7</u> Pla-LUPE-134, # <u>8</u> Pla-LUPE-139, # <u>9</u> Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-226, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-34, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office |

| | | |
|---|---|---|
| | | public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 |

| | | |
|---|---|---|
| | | Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike the *Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | |

| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 |

| | | |
|---|---|---|
| | | Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/06/2024 | <u>1106</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1107</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1108</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # <u>1</u> Def-STATE-424, # <u>2</u> Def-STATE-425, # <u>3</u> Def-STATE-428, # <u>4</u> Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1109</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # <u>1</u> Def-STATE-432, # <u>2</u> Def-STATE-433, # <u>3</u> Def-STATE-434, # <u>4</u> Def-STATE-435, # <u>5</u> Def-STATE-436, # <u>6</u> Def-STATE-437, # <u>7</u> Def-STATE-438, # <u>8</u> Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1110</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # <u>1</u> Def-STATE-441, # <u>2</u> Def-STATE-442, # <u>3</u> Def-STATE-443, # <u>4</u> Def-STATE-444, # <u>5</u> Def-STATE-445, # <u>6</u> Def-STATE-446, # <u>7</u> Def-STATE-447, # <u>8</u> Def-STATE-448, # <u>9</u> Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1111</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # <u>1</u> Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | <u>1112</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # <u>1</u> JOINT-1, # <u>2</u> JOINT-2, # <u>3</u> JOINT-3, # <u>4</u> JOINT-4, # <u>5</u> JOINT-5, # <u>6</u> JOINT-6, # <u>7</u> JOINT-7, # <u>8</u> JOINT-8, # <u>9</u> JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | <u>1113</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |

| | | |
|---|---|---|
| 03/08/2024 | <u>1120</u> | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | <u>1121</u> | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING <u>1120</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING <u>1121</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | <u>1122</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING <u>1122</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White <u>992</u> is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING <u>1119</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | <u>1125</u> | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, <u>567</u> Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** |

| | | (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
|---|---|---|
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |

| | | |
|---|---|---|
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document |

| | | |
|---|---|---|
| | | associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | <u>1132</u> | Letter of transmittal from USCA received for <u>451</u> Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | <u>1133</u> | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # <u>1</u> Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING <u>1133</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | <u>1134</u> | ORDER of USCA (certified copy). re <u>451</u> Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | <u>1135</u> | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re <u>459</u> Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | <u>1136</u> | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | <u>1137</u> | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING <u>1137</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 <u>1136</u> is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | <u>1138</u> | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | <u>1139</u> | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Freeman, Daniel) (Entered: |

| | | 07/11/2024) |
|---|---|---|
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | |

| | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
|---|---|---|
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris |

| | | |
|---|---|---|
| | | County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |

| 10/01/2024 | | Text Order GRANTING <u>1160</u> Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | <u>1161</u> | ORDER DENYING <u>1159</u> Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1162</u> | Appeal of Order entered by District Judge <u>1157</u> by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1163</u> | Appeal of Order entered by District Judge <u>1157</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1162</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1163</u> Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | <u>1166</u> | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1164</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | <u>1165</u> | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING <u>1165</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order <u>1157</u> is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If |

| | | any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
|---|---|---|
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS |

| | | |
|---|---|---|
| | | (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, |

| | | |
|---|---|---|
| | | 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those |

| | | |
|---|---|---|
| | | deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional |

| | | |
|---|---|---|
| | | discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar |

| | | |
|---|---|---|
| | | Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | |

| | | |
|---|---|---|
| | | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: |

| | | |
|---|---|---|
| | | 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

Tab 3: Docket Sheet, Second Supplemental
(ROA.10420-10654)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
Case in other court:  5CCCA, 21-51145 (Doc. 123)
                 5CCA, 22-50435 (Doc. 426)
                 5CCA, 22-50732 (Doc. 451)
                 5CCA, 22-50775 (Doc. 457)
                 5CCA, 22-50777 (Doc. 458)
                 5CCA, 22-50778 (Doc. 459)
                 5CCA, 23-50201 (Doc. 567)
                 5CCA, 23-50885 (Doc. 823)
                 5CCA, 23-50887 (Doc. 827)
                 5CCA, 24-50783 (Doc. 1162)
                 5CCA, 24-50786 (Doc. 1163)
                 5CCA, 24-50826 (Doc. 1177)
                 5CCA, 24-50831 (Doc. 1179)
                 5CCA, 24-50904 (Doc. 1191)
                 5CCA, 25-50246 (Doc. 1208)
                 5CCA, 25-50250 (Doc. 1209)
                 5CCA, 25-50366 (Doc. 1220)
Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Date Terminated: 09/30/2024
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**La Union Del Pueblo Entero**

represented by **Leah J. Tulin**
Brennan Center for Justice at NYU School of Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense & Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

25-50246.10420

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**          represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Anti-Defamation League Austin, Southwest, and Texoma**
*TERMINATED: 03/06/2023*

represented by **Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**                     represented by     **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**          represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                            represented by **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                   represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Marla Lopez                          represented by  **Amira M. Mattar**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Ben Clements**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Laura E. Rosenbaum**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Victor Genecin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                  represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                          represented by   **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                      Equal Employment Opportunity Commission
                                                             131 M St. NE
                                                             Washington, DC 20002
                                                             202-921-2748
                                                             Email: gyeomans@afscme.org
                                                             *TERMINATED: 02/23/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer A. Holmes**
                                                             (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**                    represented by    **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                    represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                 represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                          represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**      represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                          represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**League of Women Voters of Texas**      represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**
*TERMINATED: 04/14/2022*

represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                    represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                                   (See above for address)
                                                                           *TERMINATED: 03/06/2023*
                                                                           *LEAD ATTORNEY*
                                                                           *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**                represented by  **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*      Office of the Attorney General of Texas
                                                    P O Box 12548
                                                    Capital Station
                                                    Austin, TX 78701
                                                    512-463-2120
                                                    Fax: 512-320-0667
                                                    Email: chris@stonehilton.com
                                                    *TERMINATED: 01/30/2024*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County*
*Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**          represented by  **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland** |

**E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**          represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**
*Harris Count;y District Attorney*

represented by **Eric J.R. Nichols**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**
*Bexar County District Attorney*

represented by **Larry L. Roberson**
Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose Garza**<br>*Travis County District Attorney* | represented by | **Anthony J. Nelson**<br>Travis County Attorney's Office<br>314 West 11th Street<br>Room 590<br>Austin, TX 78701<br>(512) 854-4801<br>Fax: 512/854-4808<br>Email: tony.nelson@traviscountytx.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**                                    represented by    **Barbara S. Nicholas**
*Dallas County District Attorney*                                     Assistant District Attorney
                                                                      Civil Division Administration Building, 5th
                                                                      Floor
                                                                      500 Elm Street, Suite 6300
                                                                      Dallas, TX 75202
                                                                      (214) 653-6068
                                                                      Fax: (214) 653-6134
                                                                      Email: barbara.nicholas@dallascounty.org
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Ben L Stool**
                                                                      Criminal District Attorney's Office of Dallas
                                                                      County, T
                                                                      500 Elm Street
                                                                      Suite 6300
                                                                      Dallas, TX 75202
                                                                      (214) 653-6234
                                                                      Fax: (214) 653-6134
                                                                      Email: ben.larry.stool@gmail.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**                          represented by    **Jacqueline Lysette Villarreal**
                                                                      Hidalgo County District Attorney Office
                                                                      Civil Litigation
                                                                      100 E. Cano
                                                                      Edinburg, TX 78539
                                                                      956-292-7609
                                                                      Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**                        represented by   **Ian Russell Kaplan**
*in her official capacity as El Paso County*               El Paso County Attorney's Office
*District Attorney*                                        320 S. Campbell Street,
                                                           Suite 200
                                                           El Paso, TX 79912
                                                           915-273-3247
                                                           Email: I.Kaplan@epcountytx.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Rogelio C. Rodriguez**
                                                           Law Firm
                                                           3800 N. Mesa, A-2202
                                                           El Paso, TX 79902
                                                           (915) 422-1000
                                                           Fax: 915-532-3900
                                                           Email: attorney@rodriguezfirm.com
                                                           *TERMINATED: 05/09/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**                      represented by   **Anthony J. Nelson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**                     represented by   **Sameer Singh Birring**
*Harris County Clerk, In her Official*                     Harris County Attorney's Office
*Capacity*                                                 1019 Congress
                                                           15th Floor
                                                           Houston, TX 77002
                                                           (713) 274-5142
                                                           Email: sameer.birring@traviscountytx.gov
                                                           *TERMINATED: 04/13/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                 represented by   **Anthony J. Nelson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Amy Stoeckl Ybarra**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sameer Singh Birring**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2024*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                     represented by   **Christina Marie Beeler**
*Harris County Elections Administrator*                  Texas Civil Rights Project
                                                         2100 Travis Street
                                                         Suite 360
                                                         Houston, TX 77002
                                                         512-914-1249
                                                         Email: christinab@texascivilrightsproject.org
                                                         *TERMINATED: 06/06/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan Gabriel Chaim Fombonne**
                                                         Harris County Attorneys Office
                                                         1019 Congress, 15th Floor
                                                         Houston, TX 77002
                                                         (713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by **Larry L. Roberson**
*In her Official Capacity as Elections*                (See above for address)
*Administrator of Bexar County*                        *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                       **Lisa V. Cubriel**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Robert D. Green**
                                       (See above for address)
                                       *TERMINATED: 02/23/2022*
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

                                       **Robert William Piatt , III**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*              Hidalgo County District Attorney's Office
*County Elections Administrator*                       100 E. Cano, First Floor
                                                       Edinburg, TX 78539
                                                       956-292-7609
                                                       Fax: 956-292-7619
                                                       Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                       *TERMINATED: 03/02/2024*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                       **Leigh Ann Tognetti**
                                       Hidalgo County Criminal District Attorney
                                       100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**                    represented by    **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*                   (See above for address)
*County Elections Administrator*                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ben L Stool**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Earl S. Nesbitt**
                                                           Rogge Dunn Group
                                                           500 N. Akard Street
                                                           Suite 1900
                                                           Dallas, TX 75201
                                                           214-888-5000
                                                           Email: nesbitt@RoggeDunnGroup.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                       represented by    **Christopher D. Hilton**
                                                           (See above for address)
                                                           *TERMINATED: 01/30/2024*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Patrick K. Sweeten**
                                                           (See above for address)
                                                           *TERMINATED: 12/05/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Thomas Thompson**
                                                           (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Consol Defendant

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                  (See above for address)
*County Clerk*                                             *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leslie W. Dippel**
                                                          Travis County Attorney's Office
                                                          P.O. Box 1748
                                                          314 W. 11th Street
                                                          Room 500
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: leslie.dippel@traviscountytx.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick T. Pope**
                                                          Travis County Attorney
                                                          Civil Litigation Division
                                                          PO BOX 1748
                                                          Austin, TX 78767
                                                          512-854-9523
                                                          Fax: 512-854-4808
                                                          Email: patrick.pope@traviscountytx.gov
                                                          *TERMINATED: 08/07/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sherine Elizabeth Thomas**
                                                          Assistant County Attorney
                                                          Travis County, Texas
                                                          P.O. Box 1748
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: sherine@sherinethomaslaw.com
                                                          *TERMINATED: 02/10/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**          represented by    **Donna Garcia Davidson**
**Accountability**                                        PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

| **Young Black Lawyers' Organizing Coalition** | represented by | **Veronica Smith Moye**<br>King & Spalding LLP<br>2601 Olive Street, Suite 2300<br>Dallas, TX 75201<br>214-764-4418<br>Email: vmoye@kslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Amicus**

| **Lawyers Democracy Fund** | represented by | **Eric Wang**<br>The Gober Group<br>1501 Wilson Blvd. Suite 1050<br>Arlington, VA 22209<br>202-417-3528<br>Email: ew@gobergroup.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Movant**

**Republican National Committee**          represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | [44](#) | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # [1](#) Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | [45](#) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | [46](#) | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | [47](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | [48](#) | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re [47](#) Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | [49](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | [50](#) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | [51](#) | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re [49](#) Response in Opposition to Motion, [43](#) MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | [52](#) | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re [43](#) MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING [44](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/15/2021 | <u>107</u> | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | <u>108</u> | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # <u>1</u> Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | <u>109</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | <u>110</u> | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>111</u> | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re <u>57</u> Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>112</u> | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>113</u> | NOTICE *of Joinder* by Republican National Committee re <u>57</u> Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>114</u> | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING <u>109</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to <u>112</u> Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | |
|---|---|---|
| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | 01/18/2022) |
|---|---|---|
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| | | |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
|---|---|---|
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | <u>240</u> | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | <u>241</u> | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | <u>242</u> | *Defendant Lisa Wise's* ANSWER to <u>208</u> Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | <u>243</u> | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>244</u> | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | <u>245</u> | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | <u>246</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | <u>247</u> | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re <u>205</u> MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # <u>2</u> Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # <u>3</u> Exhibit C- SB1-Crawford Declaration 2.8.22 - FINAL signed, # <u>4</u> Exhibit D- 211117 LUPE Transcript of Status Conference, # <u>5</u> Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>248</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | <u>251</u> | STIPULATED ORDER <u>241</u> regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | <u>249</u> | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re <u>203</u> MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | <u>250</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| | | |
|---|---|---|
| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING <u>288</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>289</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>290</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | <u>291</u> | Unopposed MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | <u>292</u> | Unopposed MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | <u>293</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | <u>294</u> | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | [295](#) | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | [296](#) | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | [297](#) | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | [298](#) | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | [299](#) | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | [300](#) | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re [240](#) MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | [301](#) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [255](#) MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | [302](#) | Response in Opposition to Motion, filed by Lisa Wise, re [255](#) MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | [303](#) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | [304](#) | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | [305](#) | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | [306](#) | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re [243](#) |

| | | |
|---|---|---|
| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | <u>307</u> | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | <u>308</u> | Consent MOTION to Amend/Correct <u>125</u> Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | <u>309</u> | ANSWER to <u>208</u> Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | <u>310</u> | Unopposed MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | <u>311</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | <u>312</u> | Unopposed MOTION for Extension of Time to File Answer re <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING <u>308</u> Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order <u>125</u> shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING <u>310</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING <u>311</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
|---|---|---|
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

25-50246.10536

| | | |
|---|---|---|
| | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
|---|---|---|
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | 04/07/2022) |
|---|---|---|
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
|---|---|---|
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 |  | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | |
|---|---|---|
| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
|---|---|---|
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 (p.10655) | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 (p.10659) | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 (p.10905) | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| | | |
|---|---|---|
| 05/12/2022 | 404 (p.10923) | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 (p.10655) Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 (p.10924) | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 (p.10930) | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 (p.10924) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 (p.10659) Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 (p.10943) | Response in Opposition to Motion, filed by United States Of America, re 406 (p.10930) MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 (p.10995) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 (p.10930) MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 (p.11011) | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics |

| | | |
|---|---|---|
| | | Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 (p.10995) Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 (p.11117) | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 (p.11144) | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 (p.10930) Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 (p.11371) | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 (p.11371) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 (p.11379) | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| 05/18/2022 | 414 (p.11375) | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
|---|---|---|
| 05/18/2022 | | Text Order GRANTING 414 (p.11375) Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 (p.11408) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 (p.11409) | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 (p.11415) | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 (p.11417) | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 (p.11418) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 (p.11418) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 (p.11422) | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 (p.11422) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| 05/23/2022 | 422 (p.11426) | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
|---|---|---|
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 (p.11427) | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 (p.11471) | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 (p.11540) | Appeal of Order entered by District Judge 425 (p.11471) by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 (p.11471) Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 (p.11542) | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 (p.11548) | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 (p.11542) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 429 (p.11551) | ORDER GRANTING 428 (p.11548) Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 (p.11553) | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 (p.11555) | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 (p.11555) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 (p.11558) | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 (p.11564) | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 (p.11558) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 (p.11566) | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 (p.11566) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 (p.11569) | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 (p.11581) | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 (p.11590) | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 (p.11540) Notice of Appeal - Interlocutory. |

| | | |
|---|---|---|
| | | Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 (p.11595) | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 (p.11612) | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 (p.11612) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 (p.11615) | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 (p.11595) Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 (p.11618) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 (p.11618) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 (p.11623) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 (p.11623) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 (p.11627) | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 (p.11629) | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in |

| | | |
|---|---|---|
| | | section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 (p.11665) | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 (p.11669) | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 (p.11669) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 (p.11673) | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 (p.11747) | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 (p.11808) | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 (p.11877) | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 (p.11894) | Appeal of Order entered by District Judge 450 (p.11877) by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 (p.11877) Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 (p.11896) | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |

| 08/15/2022 | | Text Order DENYING 452 (p.11896) Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 453 (p.11932) | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 (p.11932) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 (p.11936) | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 (p.11937) | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 (p.11936) Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 (p.11938) | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 (p.11938) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 (p.11941) | Appeal of Order entered by District Judge 449 (p.11808) by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 (p.11943) | Appeal of Order entered by District Judge 447 (p.11673) by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 (p.11945) | Appeal of Order entered by District Judge 448 (p.11747) by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 (p.11747) Order on Motion to Dismiss, 447 (p.11673) Order on Motion to Dismiss, 449 (p.11808) Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 (p.11947) | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 |

| | | Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
|---|---|---|
| 09/06/2022 | | Text Order GRANTING 460 (p.11947) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 (p.11950) | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 (p.11952) | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 (p.11954) | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 (p.11894) Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 (p.11956) | ORDER of USCA (certified copy). re 451 (p.11894) Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 (p.11941) Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 (p.11960) | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 (p.11945) Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 (p.11966) | ORDER of USCA (certified copy). re 451 (p.11894) Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the |

| | | |
|---|---|---|
| | | district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 (p.11943) Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 (p.11960) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 (p.11974) | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 (p.11975) | Letter of transmittal from USCA received for 451 (p.11894) Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 (p.11977) | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 (p.12237) | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 (p.12238) | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 (p.11977) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, |

| | | |
|---|---|---|
| | | Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |
| 10/31/2022 | 472 (p.12512) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 (p.11977) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 (p.12600) | ORDER SETTING MOTION HEARING re 469 (p.11977) Opposed MOTION to Compel 471 (p.12238) MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 (p.12601) | RESPONSE to Motion, filed by United States Of America, re 471 (p.12238) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 (p.11977) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 (p.12606) | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 (p.12238) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 (p.11977) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, |

| | | |
|---|---|---|
| | | Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 (p.12660) | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 (p.12662) | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 (p.12238) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 (p.12934) | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 (p.11977) Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 (p.12935) | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 (p.12937) | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 (p.12945) | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 481 (p.12937) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 (p.12945) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 (p.12953) | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 (p.13162) | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 (p.13172) | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 (p.13174) | RESPONSE to 484 (p.13162) Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 (p.13181) | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. |

| | | (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
|---|---|---|
| 12/05/2022 | | Text Order GRANTING <u>488 (p.13181)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | <u>489</u> <u>(p.13184)</u> | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING <u>489 (p.13184)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | <u>490</u> <u>(p.13188)</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>469 (p.11977)</u> Motion to Compel; GRANTING IN PART AND DENYING IN PART <u>471 (p.12238)</u> Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | <u>491</u> <u>(p.13209)</u> | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit, # <u>7</u> Exhibit, # <u>8</u> Exhibit, # <u>9</u> Exhibit, # <u>10</u> Exhibit, # <u>11</u> Exhibit, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | <u>492</u> <u>(p.13332)</u> | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | <u>493</u> <u>(p.13333)</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>491</u> <u>(p.13209)</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING <u>493 (p.13333)</u> Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel <u>491 (p.13209)</u> is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | <u>494</u> <u>(p.13336)</u> | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING <u>494 (p.13336)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for |

| | | |
|---|---|---|
| | | Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 (p.13341) | ORDER re 491 (p.13209) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 (p.13209) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 (p.13342) | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 (p.13346) | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 (p.13350) | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 (p.13358) | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 (p.13366) | RESPONSE to Motion, filed by Kim Ogg, re 491 (p.13209) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 (p.13342) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 (p.13350) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 (p.13358) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 (p.13346) Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 (p.13209) is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 (p.13209) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents.* Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 (p.13422) | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 (p.13424) | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 (p.13209) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 (p.13435) | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 (p.13436) | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 (p.13437) | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 (p.13438) | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 (p.13439) | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 (p.13440) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 (p.13444) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 (p.13440) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac |

| | | vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
|---|---|---|
| 01/13/2023 | | Text Order GRANTING 509 (p.13444) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 (p.13470) | Letter of transmittal from USCA received for 457 (p.11941) , 458 (p.11943) , 459 (p.11945) , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 (p.13448) | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 (p.13449) | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 (p.13450) | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 (p.13454) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 (p.13458) | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 (p.13454) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 (p.13458) Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This |

| | | |
|---|---|---|
| | | is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 (p.13463) | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 (p.13465) | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 (p.13477) | ORDER GRANTING 516 (p.13465) Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 (p.13479) | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 (p.13479) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 (p.13481) | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 (p.13486) | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 (p.13489) | Supplement to re 516 (p.13465) Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 (p.13494) | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 (p.13497) | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 (p.13486) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 (p.11941) 458 (p.11943) 459 |

| | | |
|---|---|---|
| | (p.13500) | (p.11945) Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 (p.13502) | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 (p.13507) | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 (p.13509) | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 (p.13510) | Letter of transmittal from USCA received for 457 (p.11941) 158 459 (p.11945) Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 (p.13502) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 (p.13209) Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office |

| | | |
|---|---|---|
| | | public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 (p.13512) | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 (p.13515) | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 (p.13512) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 (p.13515) Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 (p.13519) | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 (p.13519) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 (p.13523) | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | | |

| | | |
|---|---|---|
| | 535 (p.13527) | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 (p.13523) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 (p.13527) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 (p.13531) | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 (p.13534) | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 (p.13537) | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 (p.13543) | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 (p.13577) | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 (p.13587) | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 (p.13596) | Joint MOTION *for Clarification* re 437 (p.11590) Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 (p.13613) | MOTION to supplement re 542 (p.13596) Joint MOTION *for Clarification* re 437 (p.11590) Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 544 (p.13613) Motion to Supplement Joint Motion for Clarification 542 (p.13596) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 (p.13615) | ORDER re 542 (p.13596) Joint MOTION *for Clarification* re 437 (p.11590) Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 (p.13596) Joint MOTION *for Clarification* re 437 (p.11590) Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 (p.13616) | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 (p.13618) | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 (p.13722) | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 (p.13728) | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 (p.13722) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 (p.13735) | ORDER re 547 (p.13618) Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 (p.13618) Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF* |

| | | |
|---|---|---|
| | | *DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 (p.13736) | ORDER GRANTING 549 (p.13728) Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 (p.13738) | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 (p.13744) | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 (p.13746) | SUPPLEMENT to 547 (p.13618) Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 (p.13754) | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 (p.13618) Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 (p.13761) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 (p.13763) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 (p.13765) | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 (p.13767) | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar |

| | | |
|---|---|---|
| | | Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 (p.13768) | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 (p.13618) Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 (p.13832) | ORDER GRANTING 542 (p.13596) Motion ; GRANTING 547 (p.13618) Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 (p.13842) | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 (p.13844) | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | | |

| | | |
|---|---|---|
| | 566 (p.13853) | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 (p.13855) | Appeal of Order entered by District Judge 561 (p.13832) by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 (p.13832) Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 (p.13857) | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 (p.13862) | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 (p.13857) Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 (p.13862) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 (p.13867) | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 (p.13855) Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 (p.13871) | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 (p.13878) | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. |

| | | (Perales, Nina) (Entered: 03/24/2023) |
|---|---|---|
| 03/24/2023 | <u>573</u><br>(p.13881) | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | <u>574</u><br>(p.13884) | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | <u>575</u><br>(p.13888) | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574 (p.13884)</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575 (p.13888)</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u><br>(p.13892) | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u><br>(p.13904) | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u><br>(p.13908) | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u><br>(p.13912) | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577 (p.13904)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |

| 03/31/2023 | | Text Order GRANTING 578 (p.13908) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
|---|---|---|
| 04/07/2023 | 581 (p.13917) | ORDER of USCA (certified copy). re 567 (p.13855) Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 (p.13915) | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 (p.13920) | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 (p.13920) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 (p.13923) | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 (p.13925) | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 (p.13925) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | | |

| | | |
|---|---|---|
| | 585 (p.13928) | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 (p.13928) Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 (p.13941) | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 (p.13941) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 (p.13946) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 (p.13950) | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 (p.13946) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 (p.13954) | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 (p.13972) | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 (p.13974) | ORDER of USCA (certified copy). re 567 (p.13855) Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |

| | | |
|---|---|---|
| 04/27/2023 | | Text Order DENYING 589 (p.13954) Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 (p.11551) of this Court's May 25, 2022 order 425 (p.11471) compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 (p.13832) compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 (p.13977) | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 (p.13979) | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 (p.13981) | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 (p.13993) | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 (p.13993) Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 (p.13997) | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 (p.13999) | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 (p.13999) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 (p.14005) | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 (p.14007) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |

| | | |
|---|---|---|
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 (p.13855) Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |

| | | |
|---|---|---|
| 05/26/2023 | <u>614</u> | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | <u>615</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | <u>616</u> | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Appendix A-KK, # <u>2</u> Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | <u>617</u> | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # <u>1</u> Brief Amicus brief, # <u>2</u> Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | <u>618</u> | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # <u>1</u> Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | <u>620</u> | 4 USBs submitted containing exhibits re <u>611</u> & <u>612</u> . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | <u>619</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING <u>619</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | <u>621</u> | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | <u>622</u> | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING <u>612</u> Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits <u>612</u> is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 (p.11540) Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 (p.11540) Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed |

| | | |
|---|---|---|
| | | no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, |

| | | Michael) (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K |

| | | |
|---|---|---|
| | | - Excerpts from Deposition of Jeffrey Clemmons, # <u>13</u> Exhibit L - Excerpts from Deposition of Bob Kafka, # <u>14</u> Exhibit M - Excerpts from Deposition of Jennifer Martinez, # <u>15</u> Exhibit N - Excerpts from Deposition of Maria Gomez, # <u>16</u> Exhibit O - Excerpts from Deposition of Michelle Brown, # <u>17</u> Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # <u>18</u> Exhibit Q - Excerpts from Deposition of Ray Shackelford, # <u>19</u> Exhibit R - Excerpts from Deposition of Grace Chimene, # <u>20</u> Exhibit S - Excerpts from Deposition of Angelica Razo, # <u>21</u> Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # <u>22</u> Exhibit U - Excerpts from Deposition of Toby Cole, # <u>23</u> Exhibit V - Declaration of Jodi Lydia Nunez Landry, # <u>24</u> Exhibit W - Declaration of Nancy Crowther, # <u>25</u> Exhibit X - Declaration of Teri Saltzman, # <u>26</u> Exhibit Y - Declaration of Laura Halvorson, # <u>27</u> Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | <u>644</u> | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re <u>608</u> MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # <u>1</u> Index of Exhibits, # <u>2</u> Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # <u>3</u> Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # <u>4</u> Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # <u>5</u> Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # <u>6</u> Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # <u>7</u> Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # <u>8</u> Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # <u>9</u> Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # <u>10</u> Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # <u>11</u> Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # <u>12</u> Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # <u>13</u> Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # <u>14</u> Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # <u>15</u> Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # <u>16</u> Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # <u>17</u> Exhibit 16 - James Lewin Deposition dated April 27, 2022, # <u>18</u> Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # <u>19</u> Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # <u>20</u> Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # <u>21</u> Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # <u>22</u> Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # <u>23</u> Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # <u>24</u> Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # <u>25</u> Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # <u>26</u> Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # <u>27</u> Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # <u>28</u> Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # <u>29</u> Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # <u>30</u> Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # <u>31</u> Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | <u>645</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit, # <u>2</u> Appendix, # <u>3</u> Appendix, # <u>4</u> Appendix, # <u>5</u> Appendix, # <u>6</u> Appendix, # <u>7</u> Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |

| | | |
|---|---|---|
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, |

| | | |
|---|---|---|
| | | Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |

| | | |
|---|---|---|
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 (p.11540) Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox).(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National |

| | | |
|---|---|---|
| | | Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |

| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
|---|---|---|
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |

| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the |

| | | remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
|---|---|---|
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel |

| | | |
|---|---|---|
| | | Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National |

| | | |
|---|---|---|
| | | Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | [714](#) | RESPONSE to [684](#) Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | [715](#) | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # [1](#) Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # [2](#) Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | [716](#) | RESPONSE *to Pretrial Disclosures* to [688](#) Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | [717](#) | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # [1](#) Exhibit OCA Ps' Exhibit List Objections, # [2](#) Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | [718](#) | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | [719](#) | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | [720](#) | RESPONSE *and Objections* to [677](#) Pretrial Disclosures, [688](#) Pretrial Disclosures, [681](#) Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | [721](#) | RESPONSE *and Objections* to [688](#) Pretrial Disclosures, [677](#) Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | [722](#) | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # [1](#) Exhibit Objections to HAUL and MFV Exhibits, # [2](#) Exhibit Objections to LULAC Exhibits, # [3](#) Exhibit Objections to LUPE Exhibits, # [4](#) Exhibit Objections to OCA Exhibits, # [5](#) Exhibit Objections to DOJ Exhibits, # [6](#) Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | [723](#) | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to [687](#) Notice (Other), [684](#) Pretrial Disclosures, [690](#) Pretrial Disclosures, [692](#) Pretrial Disclosures,, [686](#) Pretrial Disclosures, [691](#) Pretrial Disclosures, [689](#) Pretrial Disclosures, [693](#) Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |

| 08/17/2023 | [724](#) | ORDER GRANTING IN PART/DENYING IN PART re [611](#) MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED [609](#) MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART [703](#) MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
|---|---|---|
| 08/17/2023 | [725](#) | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | [726](#) | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # [1](#) Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | [727](#) | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # [1](#) Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING [726](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | [728](#) | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING [725](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | [729](#) | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # [1](#) Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | [730](#) | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re [729](#) Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # [1](#) Proposed Order Proposed Order Granting Private Plaintiffs' |

| | | |
|---|---|---|
| | | Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING <u>729</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion <u>730</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING <u>731</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING <u>730</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | <u>732</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | <u>733</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING <u>727</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | <u>734</u> | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | <u>735</u> | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | <u>736</u> | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty |

| | | |
|---|---|---|
| | | to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston |

| | | |
|---|---|---|
| | | Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a |

| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 752 | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) |

| | | |
|---|---|---|
| | | (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 |

| | | |
|---|---|---|
| | | 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |

| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 09/21/2023) |
|---|---|---|
| 09/21/2023 | [785](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | [787](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | [786](#) | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING [786](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | [788](#) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING [788](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | [789](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | [790](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | [791](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING [761](#) LUPE Plaintiffs' Motion to Strike and GRANTING [761](#) LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. |

| | | There is no document associated with this entry.) (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc |

| | | |
|---|---|---|
| | | of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 |

| | | |
|---|---|---|
| | | Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |

| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
|---|---|---|
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 (p.11941) 458 (p.11943) 459 (p.11945) Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |

| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
|---|---|---|
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |

| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | |

| | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
|---|---|---|
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel |

| | | for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
|---|---|---|
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |

| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | |

| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 |

| | | Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | <u>907</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # <u>1</u> Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | <u>908</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # <u>1</u> Pla-HAUL-391, # <u>2</u> Pla-HAUL-392, # <u>3</u> Pla-HAUL-393, # <u>4</u> Pla-HAUL-394, # <u>5</u> Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>909</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # <u>1</u> Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>910</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # <u>1</u> Pla-HAUL-397-B, # <u>2</u> Pla-HAUL-397-C, # <u>3</u> Pla-HAUL-397-D, # <u>4</u> Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>911</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # <u>1</u> Pla-HAUL-398-B, # <u>2</u> Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>912</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # <u>1</u> Pla-HAUL-401, # <u>2</u> Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>913</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>914</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>915</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>916</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>917</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>918</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>919</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>920</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>921</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>922</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>923</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # <u>1</u> Pla-HAUL-414, # <u>2</u> |

| | | Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record |

| | | |
|---|---|---|
| | | for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |

| 02/14/2024 | | Text Order GRANTING <u>968</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
|---|---|---|
| 02/14/2024 | <u>969</u> | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | <u>970</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Pla-LUPE-1, # <u>2</u> Pla-LUPE-2, # <u>3</u> Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>971</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # <u>1</u> Pla-LUPE-11, # <u>2</u> Pla-LUPE-13, # <u>3</u> Pla-LUPE-16, # <u>4</u> Pla-LUPE-18, # <u>5</u> Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>972</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # <u>1</u> Pla-LUPE-25, # <u>2</u> Pla-LUPE-26, # <u>3</u> Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>973</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # <u>1</u> Pla-LUPE-30, # <u>2</u> Pla-LUPE-31, # <u>3</u> Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>974</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # <u>1</u> Pla-LUPE-40, # <u>2</u> Pla-LUPE-41, # <u>3</u> Pla-LUPE-41, # <u>4</u> Pla-LUPE-46, # <u>5</u> Pla-LUPE-46, # <u>6</u> Pla-LUPE-47, # <u>7</u> Pla-LUPE-47, # <u>8</u> Pla-LUPE-48, # <u>9</u> Pla-LUPE-48, # <u>10</u> Pla-LUPE-49, # <u>11</u> Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>975</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # <u>1</u> Pla-LUPE-50, # <u>2</u> Pla-LUPE-51, # <u>3</u> Pla-LUPE-51, # <u>4</u> Pla-LUPE-52, # <u>5</u> Pla-LUPE-52, # <u>6</u> Pla-LUPE-53, # <u>7</u> Pla-LUPE-53, # <u>8</u> Pla-LUPE-54, # <u>9</u> Pla-LUPE-54, # <u>10</u> Pla-LUPE-55, # <u>11</u> Pla-LUPE-55, # <u>12</u> Pla-LUPE-56, # <u>13</u> Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>976</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # <u>1</u> Pla-LUPE-66, # <u>2</u> Pla-LUPE-67, # <u>3</u> Pla-LUPE-67, # <u>4</u> Pla-LUPE-68, # <u>5</u> Pla-LUPE-68, # <u>6</u> Pla-LUPE-69, # <u>7</u> Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>977</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # <u>1</u> Pla-LUPE-70, # <u>2</u> Pla-LUPE-71, # <u>3</u> Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>978</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # <u>1</u> Pla-LUPE-90, # <u>2</u> Pla-LUPE-91, # <u>3</u> Pla-LUPE-91, # <u>4</u> Pla-LUPE-92, # <u>5</u> Pla-LUPE-92, # <u>6</u> Pla-LUPE-93, # <u>7</u> Pla-LUPE-93, # <u>8</u> Pla-LUPE-94, # <u>9</u> Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>979</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # <u>1</u> Pla-LUPE-95, # <u>2</u> Pla-LUPE-96, # <u>3</u> Pla-LUPE-96, # <u>4</u> |

| | | |
|---|---|---|
| | | Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |

| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg)(Entered: 02/20/2024) |
|---|---|---|
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 |

| | | Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
|---|---|---|
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 |

| | | |
|---|---|---|
| | | Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 |

| | | |
|---|---|---|
| | | Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 |

| | | |
|---|---|---|
| | | Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: |

| | | 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 |

| | | |
|---|---|---|
| | | Def-STATE-62, # <u>3</u> Def-STATE-63, # <u>4</u> Def-STATE-64, # <u>5</u> Def-STATE-65, # <u>6</u> Def-STATE-66, # <u>7</u> Def-STATE-67, # <u>8</u> Def-STATE-68, # <u>9</u> Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | <u>1078</u> | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | <u>1079</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # <u>1</u> Def-STATE-71, # <u>2</u> Def-STATE-72, # <u>3</u> Def-STATE-73, # <u>4</u> Def-STATE-74, # <u>5</u> Def-STATE-75, # <u>6</u> Def-STATE-76, # <u>7</u> Def-STATE-77, # <u>8</u> Def-STATE-78, # <u>9</u> Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1080</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # <u>1</u> Def-STATE-81, # <u>2</u> Def-STATE-82, # <u>3</u> Def-STATE-85, # <u>4</u> Def-STATE-86, # <u>5</u> Def-STATE-87, # <u>6</u> Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1081</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # <u>1</u> Def-STATE-91, # <u>2</u> Def-STATE-92, # <u>3</u> Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1082</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1083</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # <u>1</u> Def-STATE-124, # <u>2</u> Def-STATE-125, # <u>3</u> Def-STATE-127, # <u>4</u> Def-STATE-128, # <u>5</u> Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1084</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # <u>1</u> Def-STATE-131, # <u>2</u> Def-STATE-132, # <u>3</u> Def-STATE-133, # <u>4</u> Def-STATE-134, # <u>5</u> Def-STATE-135, # <u>6</u> Def-STATE-136, # <u>7</u> Def-STATE-137, # <u>8</u> Def-STATE-138, # <u>9</u> Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1085</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # <u>1</u> Def-STATE-141, # <u>2</u> Def-STATE-142, # <u>3</u> Def-STATE-143, # <u>4</u> Def-STATE-144, # <u>5</u> Def-STATE-145, # <u>6</u> Def-STATE-146, # <u>7</u> Def-STATE-147, # <u>8</u> Def-STATE-148, # <u>9</u> Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1086</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # <u>1</u> Def-STATE-151, # <u>2</u> Def-STATE-152, # <u>3</u> Def-STATE-153, # <u>4</u> Def-STATE-154, # <u>5</u> Def-STATE-155, # <u>6</u> Def-STATE-156, # <u>7</u> Def-STATE-157, # <u>8</u> Def-STATE-158, # <u>9</u> Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1087</u> | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # <u>1</u> Def-STATE-161, # <u>2</u> Def-STATE-162, # <u>3</u> Def-STATE-163, # <u>4</u> Def-STATE-164, # <u>5</u> Def-STATE-165, # <u>6</u> Def-STATE-166, # <u>7</u> Def-STATE-167, # <u>8</u> Def-STATE-168, # <u>9</u> Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1088</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # <u>1</u> Def-STATE-171, # <u>2</u> Def-STATE-172, # <u>3</u> Def-STATE-173, # <u>4</u> Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1089</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1090</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # <u>1</u> Def-STATE-193, # <u>2</u> Def-STATE-194, # <u>3</u> Def-STATE-195, # <u>4</u> Def-STATE-196, # <u>5</u> Def-STATE-197, # <u>6</u> Def-STATE-198, # <u>7</u> Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1091</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # <u>1</u> Def-STATE-201, # <u>2</u> Def-STATE-202, # <u>3</u> Def-STATE-203, # <u>4</u> Def-STATE-204, # <u>5</u> Def-STATE-205, # <u>6</u> Def-STATE-206, # <u>7</u> Def-STATE-207, # <u>8</u> Def-STATE-208, # <u>9</u> Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1092</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # <u>1</u> Def-STATE-211, # <u>2</u> Def-STATE-212, # <u>3</u> Def-STATE-213, # <u>4</u> Def-STATE-214, # <u>5</u> Def-STATE-215, # <u>6</u> Def-STATE-216, # <u>7</u> Def-STATE-217, # <u>8</u> Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1093</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # <u>1</u> Def-STATE-223, # <u>2</u> Def-STATE-224, # <u>3</u> Def-STATE-225, # <u>4</u> Def-STATE-226, # <u>5</u> Def-STATE-227, # <u>6</u> Def-STATE-228, # <u>7</u> Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1094</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # <u>1</u> Def-STATE-231, # <u>2</u> Def-STATE-232, # <u>3</u> Def-STATE-234, # <u>4</u> Def-STATE-235, # <u>5</u> Def-STATE-236, # <u>6</u> Def-STATE-237, # <u>7</u> Def-STATE-238, # <u>8</u> Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1095</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # <u>1</u> Def-STATE-241, # <u>2</u> Def-STATE-242, # <u>3</u> Def-STATE-243, # <u>4</u> Def-STATE-244, # <u>5</u> Def-STATE-245, # <u>6</u> Def-STATE-246, # <u>7</u> Def-STATE-247, # <u>8</u> Def-STATE-248, # <u>9</u> Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1096</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # <u>1</u> Def-STATE-251, # <u>2</u> Def-STATE-252, # <u>3</u> Def-STATE-253, # <u>4</u> Def-STATE-254, # <u>5</u> Def-STATE-255, # <u>6</u> Def-STATE-256, # <u>7</u> Def-STATE-257, # <u>8</u> Def-STATE-258, # <u>9</u> Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1097</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # <u>1</u> Def-STATE-263, # <u>2</u> |

| | | |
|---|---|---|
| | | Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of |

| | | |
|---|---|---|
| | | record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 (p.13855) Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | |

| | | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
|---|---|---|
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 (p.11894) Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James |

| | | Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
|---|---|---|
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 (p.11894) Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 (p.11945) Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |

| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| --- | --- | --- |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 (p.11894) Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of |

| | | |
|---|---|---|
| | | record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT |

| | | |
|---|---|---|
| | | Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of |

| | | |
|---|---|---|
| | | Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |

| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
|---|---|---|
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL following <u>1191</u> Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | <u>1193</u> | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | <u>1194</u> | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for <u>1191</u> Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal, <u>1191</u> Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | <u>1195</u> | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | <u>1196</u> | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # <u>1</u> Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING <u>1196</u> Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | <u>1197</u> | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | <u>1198</u> | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING <u>1197</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and |

| | | |
|---|---|---|
| | | Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |

| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
|---|---|---|
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order |

| | | the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
|---|---|---|
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION For Clarification re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney Fatima Menendez by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 |

| | | |
|---|---|---|
| | | (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

# Tab 4: Docket Sheet, Third Supplemental (ROA.14252-14479)

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |

| |
|---|
| 5CCA, 22-50775 (Doc. 457) |
| 5CCA, 22-50777 (Doc. 458) |
| 5CCA, 22-50778 (Doc. 459) |
| 5CCA, 23-50201 (Doc. 567) |
| 5CCA, 23-50885 (Doc. 823) |
| 5CCA, 23-50887 (Doc. 827) |
| 5CCA, 24-50783 (Doc. 1162) |
| 5CCA, 24-50786 (Doc. 1163) |
| 5CCA, 24-50826 (Doc. 1177) |
| 5CCA, 24-50831 (Doc. 1179) |
| 5CCA, 24-50904 (Doc. 1191) |
| 5CCA, 25-50246 (Doc. 1208) |
| 5CCA, 25-50250 (Doc. 1209) |
| 5CCA, 25-50366 (Doc. 1220) |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

**La Union Del Pueblo Entero**                    represented by    **Leah J. Tulin**
Brennan Center for Justice at NYU School of
Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**              represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Anti-Defamation League Austin,**
**Southwest, and Texoma**
*TERMINATED: 03/06/2023*

represented by   **Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**

represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                              represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**          represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**                 represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                 represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**         represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                          represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mi Familia Vota**                    represented by    **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

25-50246.14267

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge         represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by   **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                Equal Employment Opportunity Commission
                                                        131 M St. NE
                                                        Washington, DC 20002
                                                        202-921-2748
                                                        Email: gyeomans@afscme.org
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer A. Holmes**
                                                        (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**                     represented by **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                represented by      **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                     represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                          represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**      represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                     represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                   represented by   **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation, Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York, 10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**League of Women Voters of Texas**          represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                  represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**
*TERMINATED: 04/14/2022*

represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**          represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                           *TERMINATED: 03/06/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **United States Of America** | represented by | **Daniel Joshua Freeman** |

U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by   **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by   **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**                    represented by    **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dallas County Republican Party** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                              represented by    **Eric J.R. Nichols**
*Harris Count;y District Attorney*                        Butler Snow LLP
                                                          1400 Lavaca Street, Suite 1000
                                                          Austin, TX 78701
                                                          737-802-1800
                                                          Fax: 737-802-1801
                                                          Email: Eric.Nichols@butlersnow.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Karson Karl Thompson**
                                                          Butler Snow LLP
                                                          1400 Lavaca Street, Suite 1000
                                                          Austin, TX 78701
                                                          737-802-1800
                                                          Fax: 737-802-1801
                                                          Email: karson.thompson@butlersnow.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Victoria A. Giese**
                                                          Butler Snow LLP
                                                          1400 Lavaca Street Suite 1000
                                                          Austin, TX 78701
                                                          737-802-1800
                                                          Email: victoria.giese@butlersnow.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cory Ren Liu**
                                                          Butler Snow LLP
                                                          1400 Lavaca Street
                                                          Suite 1000
                                                          Austin, TX 78701
                                                          737-802-1800
                                                          Email: cory.ren.liu@gmail.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                          represented by    **Larry L. Roberson**
*Bexar County District Attorney*                          Bexar County District Attorney's Office

25-50246.14320

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                                         represented by   **Anthony J. Nelson**
*Travis County District Attorney*                                       Travis County Attorney's Office
                                                                        314 West 11th Street
                                                                        Room 590
                                                                        Austin, TX 78701
                                                                        (512) 854-4801
                                                                        Fax: 512/854-4808
                                                                        Email: tony.nelson@traviscountytx.gov
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th<br>Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ben L Stool**<br>Criminal District Attorney's Office of Dallas<br>County, T<br>500 Elm Street<br>Suite 6300<br>Dallas, TX 75202<br>(214) 653-6234<br>Fax: (214) 653-6134<br>Email: ben.larry.stool@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ricardo Rodriguez, Jr.** | represented by | **Jacqueline Lysette Villarreal**<br>Hidalgo County District Attorney Office<br>Civil Litigation<br>100 E. Cano<br>Edinburg, TX 78539<br>956-292-7609<br>Email: |

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County*
*District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official*
*Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**


V.

**Consol Defendant**

**Isabel Longoria**                        represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                      Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by   **Larry L. Roberson**
*In her Official Capacity as Elections*                 (See above for address)
*Administrator of Bexar County*                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Lisa V. Cubriel**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert D. Green**
                                                        (See above for address)
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert William Piatt , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by   **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*               Hidalgo County District Attorney's Office
*County Elections Administrator*                        100 E. Cano, First Floor
                                                        Edinburg, TX 78539
                                                        956-292-7609
                                                        Fax: 956-292-7619
                                                        Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                        *TERMINATED: 03/02/2024*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leigh Ann Tognetti**
                                                        Hidalgo County Criminal District Attorney
                                                        100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**                    represented by    **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*                   (See above for address)
*County Elections Administrator*                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ben L Stool**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Earl S. Nesbitt**
                                                           Rogge Dunn Group
                                                           500 N. Akard Street
                                                           Suite 1900
                                                           Dallas, TX 75201
                                                           214-888-5000
                                                           Email: nesbitt@RoggeDunnGroup.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                       represented by    **Christopher D. Hilton**
                                                           (See above for address)
                                                           *TERMINATED: 01/30/2024*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Patrick K. Sweeten**
                                                           (See above for address)
                                                           *TERMINATED: 12/05/2022*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William Thomas Thompson**
                                                           (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                 (See above for address)
*County Clerk*                                           *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leslie W. Dippel**
                                                         Travis County Attorney's Office
                                                         P.O. Box 1748
                                                         314 W. 11th Street
                                                         Room 500
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: leslie.dippel@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick T. Pope**
                                                         Travis County Attorney
                                                         Civil Litigation Division
                                                         PO BOX 1748
                                                         Austin, TX 78767
                                                         512-854-9523
                                                         Fax: 512-854-4808
                                                         Email: patrick.pope@traviscountytx.gov
                                                         *TERMINATED: 08/07/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sherine Elizabeth Thomas**
                                                         Assistant County Attorney
                                                         Travis County, Texas
                                                         P.O. Box 1748
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: sherine@sherinethomaslaw.com
                                                         *TERMINATED: 02/10/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**            represented by    **Donna Garcia Davidson**
**Accountability**                                        PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

| **Young Black Lawyers' Organizing Coalition** | represented by | **Veronica Smith Moye** |
|---|---|---|

King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| **Lawyers Democracy Fund** | represented by | **Eric Wang** |
|---|---|---|

The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| **Republican National Committee** | represented by |
|---|---|

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica* |

| | | |
|---|---|---|
| | | *M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation |

| | | League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
|---|---|---|
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING <u>35</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| --- | --- | --- |
| 10/06/2021 | | Text Order GRANTING <u>36</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING <u>41</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING <u>37</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING <u>38</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING <u>39</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | <u>42</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | <u>43</u> | MOTION by Public Interest Legal Foundation. (Attachments: # <u>1</u> Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | <u>44</u> | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | <u>45</u> | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |

| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
|---|---|---|
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |

| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |

| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
|---|---|---|
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | |

| | | |
|---|---|---|
| | | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |

| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE of FILING OF INITIAL DISCLOSURES by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE of Initial Disclosures by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales for Attorney Jason S. Kanterman ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION to Intervene filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |

| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # 5 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 117 | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # 2 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |

| | | |
|---|---|---|
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |

| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
|---|---|---|
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE of *Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE of *Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | 137 | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | 141 | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated |

| | | |
|---|---|---|
| | | with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 68 Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | |

| | | |
|---|---|---|
| | | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. the deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |

| | | |
|---|---|---|
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen (* Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |

| 01/05/2022 | <u>174</u> | ORDER - Set Motion Hearing for <u>172</u> Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | <u>175</u> | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>176</u> | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>177</u> | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>178</u> | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Proposed Order Proposed Order on Motion for Leave, # <u>2</u> Exhibit Proposed Motion to Dismiss, # <u>3</u> Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney *,Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A-Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne |

| | | |
|---|---|---|
| | | Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | |

| | | |
|---|---|---|
| | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING <u>206</u> Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint <u>176</u> and the LULAC Plaintiffs' First Amended Complaint <u>177</u> entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> and the LULAC Plaintiffs' Second Amended Complaint <u>207</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | <u>210</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>205</u> MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | <u>211</u> | ORDER GRANTING <u>210</u> Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: <u>205</u> MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | <u>212</u> | Opposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, <u>200</u> Amended Complaint, <u>208</u> Amended Complaint, <u>199</u> Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING <u>212</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint <u>199</u> and the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | <u>213</u> | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Bell, |

| | | |
|---|---|---|
| | | Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston |

| | | |
|---|---|---|
| | | Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |

| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
|---|---|---|
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |

| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | |

| | | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
|---|---|---|
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |

| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America |

| | | |
|---|---|---|
| | | (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | <u>307</u> | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, |

| | | |
|---|---|---|
| | | Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |

| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
|---|---|---|
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is |

| | | |
|---|---|---|
| | | no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing |

| | | |
|---|---|---|
| | | party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 |

| | | |
|---|---|---|
| | | Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist |

| | | Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
|---|---|---|
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |

| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
|---|---|---|
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs |

| | | |
|---|---|---|
| | | remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg |

| | | (Dolling, Zachary) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |

| | | |
|---|---|---|
| 04/29/2022 | <u>388</u> | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | <u>389</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | <u>390</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>334</u> Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | <u>391</u> | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>392</u> | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | <u>394</u> | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | <u>395</u> | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | <u>396</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | <u>397</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # <u>1</u> Exhibit Email of 02.24.2022, # <u>2</u> Exhibit Email of 03.14.2022, # <u>3</u> Exhibit Deposition subpoenas, # <u>4</u> Exhibit Email of 03.29.2022, # <u>5</u> Exhibit Written discovery to LULAC Plaintiffs, # <u>6</u> Exhibit Letter of 04.15.2022, # <u>7</u> Exhibit Declaration of Senator Bryan Hughes, # <u>8</u> Exhibit Declaration of Senator Paul Bettencourt, # <u>9</u> Exhibit Declaration of Representative Andrew Murr, # <u>10</u> Exhibit Declaration of Representative Briscoe Cain, # <u>11</u> Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | <u>398</u> | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | <u>399</u> | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban |

| | | |
|---|---|---|
| | | League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas |

| | | |
|---|---|---|
| | | AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the |

| | | |
|---|---|---|
| | | instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | |

| | | |
|---|---|---|
| | | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit |

| | | |
|---|---|---|
| | | rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or |

| | | by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
|---|---|---|
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on |

| | | |
|---|---|---|
| | | the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). |

| | | (Entered: 10/31/2022) |
|---|---|---|
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
|---|---|---|
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and |

| | | |
|---|---|---|
| | | Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |

| | | |
|---|---|---|
| 01/06/2023 | <u>498</u> | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>499</u> | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>500</u> | RESPONSE to Motion, filed by Kim Ogg, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING <u>496</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>498</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>499</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>497</u> Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel <u>491</u> is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) |

| | | |
|---|---|---|
| | | (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, |

| | | |
|---|---|---|
| | | and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |

| 02/10/2023 | <u>523</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
|---|---|---|
| 02/10/2023 | <u>524</u> | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING <u>521</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | <u>525</u> | Letter of transmittal from USCA received for <u>457</u> <u>458</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | <u>526</u> | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | <u>527</u> | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | <u>528</u> | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | <u>529</u> | Letter of transmittal from USCA received for <u>457</u> <u>158</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING <u>526</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | |

| | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |

| | | |
|---|---|---|
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 |

| | | |
|---|---|---|
| | | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/20/2023 | <u>567</u> | Appeal of Order entered by District Judge <u>561</u> by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>561</u> Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | <u>568</u> | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | <u>569</u> | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Certificate of Good Standing, # <u>2</u> Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>568</u> Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>569</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | <u>570</u> | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for <u>567</u> Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>578</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | <u>581</u> | ORDER of USCA (certified copy). re <u>567</u> Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks |

| | | |
|---|---|---|
| | | jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This |

| | | |
|---|---|---|
| | | is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow |

| | | |
|---|---|---|
| | | Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) |

| | | |
|---|---|---|
| | | (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of |

| | | |
|---|---|---|
| | | uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss Voluntarily Certain Claims by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment on All Claims by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober for Eric Wang ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez |

| | | |
|---|---|---|
| | | Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. |

| | | |
|---|---|---|
| | | (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, |

| | | 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
|---|---|---|
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel |

| | | |
|---|---|---|
| | | *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by |

| | | |
|---|---|---|
| | | remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican |

| | | |
|---|---|---|
| | | Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | |

| | | |
|---|---|---|
| | | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |

| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
|---|---|---|
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, |

| | | William) (Entered: 08/10/2023) |
|---|---|---|
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |

| | | |
|---|---|---|
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>726</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | <u>728</u> | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | <u>729</u> | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | <u>730</u> | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re <u>729</u> Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING <u>729</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion <u>730</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING <u>731</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING <u>730</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |

| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There |

| | | |
|---|---|---|
| | | is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest |

| | | |
|---|---|---|
| | | Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # <u>5</u> STATE087323, # <u>6</u> STATE112177, # <u>7</u> STATE112160, # <u>8</u> SOS Referrals, # <u>9</u> STATE112155, # <u>10</u> Oral Deposition of Jonathan Sherman White April 27, 2022, # <u>11</u> Oral Deposition of Jonathan White May 5, 2022, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # <u>15</u> Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # <u>16</u> Privilege Log May 12, 2023, # <u>17</u> Privilege Log May 19, 2023, # <u>18</u> Plaintiff's First Set of Requests for Production, # <u>19</u> The Secretary's Objections and Responses, # <u>20</u> Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # <u>21</u> Transcript of Motion to |

| | | |
|---|---|---|
| | | Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) |

| | | |
|---|---|---|
| | | (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register |

| | | |
|---|---|---|
| | | for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING <u>788</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |

| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
|---|---|---|
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | Amended MOTION *FOR JUDICIAL NOTICE* re <u>801</u> Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | <u>803</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING <u>801</u> Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion <u>802</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | <u>804</u> | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # <u>1</u> Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | <u>805</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | <u>806</u> | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics |

| | | |
|---|---|---|
| | | Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file |

| | | |
|---|---|---|
| | | a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney Dana Paikowsky by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT |

| | | |
|---|---|---|
| | | Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)(Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |

| | | |
|---|---|---|
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | |

| | | |
|---|---|---|
| | | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |

| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | |

25-50246.14439

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |

| 02/06/2024 | 965 | Letter of transmittal from USCA received for <u>823</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, <u>827</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
|---|---|---|
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>948</u> | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>949</u> | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>950</u> | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>951</u> | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: |

| | | |
|---|---|---|
| | | gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |

| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
|---|---|---|
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143) |

| | | (Entered: 02/20/2024) |
|---|---|---|
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |

| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
|---|---|---|
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** |

| | | (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
|---|---|---|
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |

| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 |

25-50246.14453

| | | |
|---|---|---|
| | | Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |

25-50246.14454

| | | |
|---|---|---|
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |

| | | |
|---|---|---|
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | |

25-50246.14457

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV |

| | | |
|---|---|---|
| | | Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/03/2024 | <u>1131</u> | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING <u>1131</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | <u>1132</u> | Letter of transmittal from USCA received for <u>451</u> Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | <u>1133</u> | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # <u>1</u> Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING <u>1133</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | <u>1134</u> | ORDER of USCA (certified copy). re <u>451</u> Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | <u>1135</u> | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re <u>459</u> Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | <u>1136</u> | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | <u>1137</u> | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING <u>1137</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with |

| | | |
|---|---|---|
| | | the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion |

| | | |
|---|---|---|
| | | for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney for Alyssa Bernstein by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, |

| | | |
|---|---|---|
| | | filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |

| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is |

| | | a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
|---|---|---|
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |

| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
|---|---|---|
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |

| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
|---|---|---|
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary |

| | | |
|---|---|---|
| | | administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | |

| | | |
|---|---|---|
| | | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |

| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
|---|---|---|
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |

| | | |
|---|---|---|
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff |

| | | |
|---|---|---|
| | | OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
|---|---|---|
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

25-50246.14479

**TAB 5: DOCKET SHEET, FOURTH SUPPLEMENTAL (ROA.33815-34049)**

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
Case in other court:  5CCCA, 21-51145 (Doc. 123)
                      5CCA, 22-50435 (Doc. 426)
                      5CCA, 22-50732 (Doc. 451)
                      5CCA, 22-50775 (Doc. 457)
                      5CCA, 22-50777 (Doc. 458)
                      5CCA, 22-50778 (Doc. 459)
                      5CCA, 23-50201 (Doc. 567)
                      5CCA, 23-50885 (Doc. 823)
                      5CCA, 23-50887 (Doc. 827)
                      5CCA, 24-50783 (Doc. 1162)
                      5CCA, 24-50786 (Doc. 1163)
                      5CCA, 24-50826 (Doc. 1177)
                      5CCA, 24-50831 (Doc. 1179)
                      5CCA, 24-50904 (Doc. 1191)
                      5CCA, 25-50246 (Doc. 1208)
                      5CCA, 25-50250 (Doc. 1209)
                      5CCA, 25-50366 (Doc. 1220)
Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Date Terminated: 09/30/2024
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**La Union Del Pueblo Entero**                    represented by    **Leah J. Tulin**
                                                                   Brennan Center for Justice at NYU School of
                                                                   Law
                                                                   1140 Connecticut Avenue NW
                                                                   Suite 1150
                                                                   Washington, DC 20036
                                                                   202-650-6397
                                                                   Email: tulinl@brennan.law.nyu.edu
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Nina Perales**
                                                                   MALDEF [Mexican American Legal Defense
                                                                   & Educational Fund]
                                                                   110 Broadway Street, #300
                                                                   San Antonio, TX 78205
                                                                   (210) 224-5476
                                                                   Fax: 210/224-5382
                                                                   Email: nperales@maldef.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**                represented by    **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

25-50246.33819

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**

represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mexican American Bar Association of Texas**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Hispanics Organized for Political Education**
represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Fatima L Menendez**
                                                     (See above for address)
                                                     *TERMINATED: 04/15/2025*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jason S. Kanterman**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Julia Renee Longoria**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kenneth Parreno**
                                                     (See above for address)
                                                     *TERMINATED: 02/06/2024*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kevin Zhen**
                                                     (See above for address)
                                                     *TERMINATED: 08/10/2023*
                                                     *ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Lewin                          represented by   **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                          represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mi Familia Vota**                         represented by  **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

<span style="color:red">25-50246.33829</span>

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                          represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**
*TERMINATED: 02/23/2022*

represented by **Georgina Yeomans**
Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20002
202-921-2748
Email: gyeomans@afscme.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**                   represented by   **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233. S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                        represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                              represented by  **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                     represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

25-50246.33852

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**     represented by     **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                represented by   **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

25-50246.33857

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**          represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                      represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**              represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                    (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                           **Andre I. Segura**
                                                            (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                           **Ari Savitzky**
                                                            (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                           **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                 represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                          (See above for address)
                                                                 *TERMINATED: 03/06/2023*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

25-50246.33871

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Gregory W. Abbott**                    represented by    **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*            Office of the Attorney General of Texas
                                                          P O Box 12548
                                                          Capital Station
                                                          Austin, TX 78701
                                                          512-463-2120
                                                          Fax: 512-320-0667
                                                          Email: chris@stonehilton.com
                                                          *TERMINATED: 01/30/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Jose A. Esparza**<br>*in his official capacity as Deputy Secretary*<br>*of the State of Texas* | represented by | **Eric A. Hudson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Warren K. Paxton**<br>*in his official capacity as Attorney General*<br>*of Texas* | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                              represented by    **Chad Ennis**
*in her official capacity as Medina County*                      Texas Secretary of State
*Elections Administrator*                                        1019 Brazos Street
                                                                 Austin, TX 78701
                                                                 512-472-2700
                                                                 Fax: 512-472-2728
                                                                 Email: CEnnis@sos.texas.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Robert E Henneke**
                                                                 Texas Public Policy Foundation
                                                                 901 Congress Avenue
                                                                 Austin, TX 78701
                                                                 512-472-2700
                                                                 Fax: 512-472-2728
                                                                 Email: rhenneke@texaspolicy.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                                   represented by    **Angelica Lien Leo**
*in her Official Capacity as the El Paso*                        Cooley LLP
*County Elections Administrator*                                 3175 Hanover Street
                                                                 Palo Alto, CA 94304
                                                                 (650) 843-5075
                                                                 Fax: (650) 849-7400
                                                                 Email: aleo@cooley.com
                                                                 *TERMINATED: 05/12/2022*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Beatriz Mejia**
                                                                 Cooley LLP
                                                                 3 Embarcadero Center 20th Floor
                                                                 San Francisco, CA 94111
                                                                 (415) 693-2000
                                                                 Fax: (415) 693-2222
                                                                 Email: mejiab@cooley.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**            represented by   **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by  **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**     represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**     represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Kim Ogg**<br>*Harris Count;y District Attorney* | represented by | **Eric J.R. Nichols**<br>Butler Snow LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701<br>737-802-1800<br>Fax: 737-802-1801<br>Email: Eric.Nichols@butlersnow.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joe Gonzales**<br>*Bexar County District Attorney* | represented by | **Larry L. Roberson**<br>Bexar County District Attorney's Office |

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                                      represented by  **Anthony J. Nelson**
*Travis County District Attorney*                                  Travis County Attorney's Office
                                                                   314 West 11th Street
                                                                   Room 590
                                                                   Austin, TX 78701
                                                                   (512) 854-4801
                                                                   Fax: 512/854-4808
                                                                   Email: tony.nelson@traviscountytx.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ben L Stool**<br>Criminal District Attorney's Office of Dallas County, T<br>500 Elm Street<br>Suite 6300<br>Dallas, TX 75202<br>(214) 653-6234<br>Fax: (214) 653-6134<br>Email: ben.larry.stool@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ricardo Rodriguez, Jr.** | represented by | **Jacqueline Lysette Villarreal**<br>Hidalgo County District Attorney Office<br>Civil Litigation<br>100 E. Cano<br>Edinburg, TX 78539<br>956-292-7609<br>Email: |

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Yvonne Rosales** | represented by | **Ian Russell Kaplan** |

*in her official capacity as El Paso County District Attorney*

El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Rebecca Guerrero** | represented by | **Anthony J. Nelson** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Teneshia Hudspeth** | represented by | **Sameer Singh Birring** |

*Harris County Clerk, In her Official Capacity*

Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                        represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                     Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                     represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                   (See above for address)
*Administrator of Bexar County*                           *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                        represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                 Hidalgo County District Attorney's Office
*County Elections Administrator*                          100 E. Cano, First Floor
                                                          Edinburg, TX 78539
                                                          956-292-7609
                                                          Fax: 956-292-7619
                                                          Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                          *TERMINATED: 03/02/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**                          represented by    **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*                         (See above for address)
*County Elections Administrator*                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Ben L Stool**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Earl S. Nesbitt**
                                                                 Rogge Dunn Group
                                                                 500 N. Akard Street
                                                                 Suite 1900
                                                                 Dallas, TX 75201
                                                                 214-888-5000
                                                                 Email: nesbitt@RoggeDunnGroup.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                             represented by    **Christopher D. Hilton**
                                                                 (See above for address)
                                                                 *TERMINATED: 01/30/2024*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Patrick K. Sweeten**
                                                                 (See above for address)
                                                                 *TERMINATED: 12/05/2022*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William Thomas Thompson**
                                                                 (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**                         represented by    **Christopher D. Hilton**
*in her official capacity as Texas Secretary*             (See above for address)
*of State*                                                *TERMINATED: 01/30/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                 (See above for address)
*County Clerk*                                            *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leslie W. Dippel**
                                                         Travis County Attorney's Office
                                                         P.O. Box 1748
                                                         314 W. 11th Street
                                                         Room 500
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: leslie.dippel@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick T. Pope**
                                                         Travis County Attorney
                                                         Civil Litigation Division
                                                         PO BOX 1748
                                                         Austin, TX 78767
                                                         512-854-9523
                                                         Fax: 512-854-4808
                                                         Email: patrick.pope@traviscountytx.gov
                                                         *TERMINATED: 08/07/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sherine Elizabeth Thomas**
                                                         Assistant County Attorney
                                                         Travis County, Texas
                                                         P.O. Box 1748
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: sherine@sherinethomaslaw.com
                                                         *TERMINATED: 02/10/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**           represented by    **Donna Garcia Davidson**
**Accountability**                                        PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

<u>**Amicus**</u>

**Young Black Lawyers' Organizing Coalition**      represented by    **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Lawyers Democracy Fund**      represented by    **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Republican National Committee**      represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | (Entered: 10/29/2021) |
|---|---|---|
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/15/2021 | [107](#) | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | [108](#) | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # [1](#) Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | [109](#) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | [110](#) | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [111](#) | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re [57](#) Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [112](#) | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # [1](#) Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [113](#) | NOTICE *of Joinder* by Republican National Committee re [57](#) Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [114](#) | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING [109](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | [115](#) | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | [116](#) | APPENDIX to [112](#) Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Legislative History: SB 7, Legislative Session 87(R), # [2](#) Legislative History: SB 1, Legislative Session 87, 1st Special Session, # [3](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # [4](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # [5](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [117](#) | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # [2](#) Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN PER COURT ORDER, DOC #470 \*\*\*Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN, PER COURT ORDER, DOC# 470 \*\*\*\*Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
|---|---|---|
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | 01/18/2022) |
|---|---|---|
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
|---|---|---|
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| | | |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| | | |
|---|---|---|
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| --- | --- | --- |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | <u>240</u> | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | <u>241</u> | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | <u>242</u> | *Defendant Lisa Wise's* ANSWER to <u>208</u> Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | <u>243</u> | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>244</u> | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | <u>245</u> | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | <u>246</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | <u>247</u> | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re <u>205</u> MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # <u>2</u> Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # <u>3</u> Exhibit C- SB1-Crawford Declaration 2.8.22 - FINAL signed, # <u>4</u> Exhibit D- 211117 LUPE Transcript of Status Conference, # <u>5</u> Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>248</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | <u>251</u> | STIPULATED ORDER <u>241</u> regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | <u>249</u> | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re <u>203</u> MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | <u>250</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | <u>260</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>261</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>262</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>263</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>264</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re <u>239</u> MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | <u>265</u> | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | <u>266</u> | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>267</u> | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>268</u> | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>269</u> | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | <u>270</u> | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>271</u> | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | <u>272</u> | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>273</u> | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>274</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | <u>275</u> | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| | | |
|---|---|---|
| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>240</u> MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>243</u> |

| | | |
|---|---|---|
| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| | | |
|---|---|---|
| 03/11/2022 | <u>320</u> | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | <u>321</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>317</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>319</u> Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>320</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>321</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | <u>322</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | <u>323</u> | Second MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | <u>324</u> | Second MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING <u>323</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | Text Order GRANTING [324](#) Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint [199](#) on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
|---|---|---|
| 03/16/2022 | [325](#) | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | [326](#) | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # [1](#) Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | [327](#) | ANSWER to [207](#) Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | [328](#) | *Defendant Garza's* ANSWER to [207](#) Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | [329](#) | *Defendant Garza's* ANSWER to [208](#) Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING [326](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | [330](#) | *Defendant Garza's* ANSWER to [199](#) Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | [331](#) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | [332](#) | *Defendant Garza's* ANSWER to [200](#) Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING [331](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/23/2022 | <u>338</u> | RESPONSE to <u>333</u> Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | <u>339</u> | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re <u>125</u> Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | <u>340</u> | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re <u>209</u> Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | <u>341</u> | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re <u>209</u> Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | <u>342</u> | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re <u>340</u> Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | <u>343</u> | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | <u>344</u> | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | <u>345</u> | Response in Opposition to Motion, filed by United States Of America, re <u>334</u> MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | <u>346</u> | ORDER GRANTING <u>343</u> Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | <u>347</u> | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | <u>348</u> | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING <u>348</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | <u>349</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>334</u> MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | 04/07/2022) |
|---|---|---|
| 04/07/2022 | <u>356</u> | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | <u>357</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | <u>358</u> | RESPONSE *to State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | <u>359</u> | RESPONSE *State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING <u>357</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING <u>356</u> Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | <u>360</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | <u>361</u> | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | <u>362</u> | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
|---|---|---|
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
|---|---|---|
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | <u>414</u> | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING <u>414</u> Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | <u>416</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>417</u> | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re <u>397</u> Response in Opposition to Motion,,, (Attachments: # <u>1</u> Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
|---|---|---|
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | |
|---|---|---|
| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | the district court enjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
|---|---|---|
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | |
|---|---|---|
| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | |
|---|---|---|
| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney Georgina C. Yeomans by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | <u>503</u> | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>504</u> | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | <u>505</u> | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457, 458, 459, Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| 02/15/2023 | <u>528</u> | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
|---|---|---|
| 02/15/2023 | <u>529</u> | Letter of transmittal from USCA received for <u>457</u> <u>158</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING <u>526</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING <u>491</u> Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | <u>543</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | <u>530</u> | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | <u>531</u> | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | <u>532</u> | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | |
|---|---|---|
| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders.* (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
|---|---|---|
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | |
|---|---|---|
| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

| | | |
|---|---|---|
| | | Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
|---|---|---|
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically). (Court Reporter Gigi |

| | | Simcox.)(tm2) (Entered: 07/13/2023) |
|---|---|---|
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | <u>667</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | <u>668</u> | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>669</u> | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re <u>614</u> MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # <u>1</u> Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>670</u> | REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | <u>671</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>616</u> MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | <u>672</u> | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING <u>672</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel <u>630</u> is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | <u>673</u> | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING <u>673</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | <u>674</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | |
|---|---|---|
| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | <u>733</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING <u>727</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | <u>734</u> | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | <u>735</u> | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | <u>736</u> | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | <u>737</u> | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # <u>1</u> Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | <u>738</u> | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING <u>738</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2023) |
| 09/02/2023 | <u>749</u> | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | <u>750</u> | RESPONSE *in Opposition* to <u>748</u> MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # |

| | | |
|---|---|---|
| | | 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plaintiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | |
|---|---|---|
| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | |
|---|---|---|
| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | <u>776</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | <u>774</u> | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING <u>774</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | <u>775</u> | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | <u>777</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | <u>778</u> | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re <u>761</u> MOTION to Strike MOTION in Limine (Attachments: # <u>1</u> Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # <u>2</u> Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # <u>3</u> Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # <u>4</u> Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | <u>779</u> | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # <u>1</u> Sealed Exhibit, # <u>2</u>Sealed Exhibit, # <u>3</u> Sealed Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit, # <u>7</u> Exhibit, # <u>8</u> Exhibit, # <u>9</u> Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | (Entered: 09/18/2023) |
|---|---|---|
| 09/19/2023 | <u>780</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | <u>781</u> | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | <u>782</u> | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | <u>784</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 (p.34050) | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | | |

| | | |
|---|---|---|
| | 802 (p.34106) | Amended MOTION *FOR JUDICIAL NOTICE* re 801 (p.34050) Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 (p.34050) Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 (p.34106) . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 (p.34114) | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 (p.34145) | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 (p.34171) | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 (p.34248) | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 (p.34171) Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 (p.34248) Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 (p.34106) Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | | |

| | | |
|---|---|---|
| | 810<br>(p.34252) | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811<br>(p.34930) | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815<br>(p.34973) | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816<br>(p.34976) | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818<br>(p.34983) | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 (p.34930) Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817<br>(p.34979) | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819<br>(p.35017) | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 |

| | | Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
|---|---|---|
| 11/28/2023 | | Text Order GRANTING 819 (p.35017) Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 (p.35022) | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 (p.35075) | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 (p.35128) | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 (p.35131) | Appeal of Final Judgment 821 (p.35075) by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 (p.35131) Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 (p.35133) | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 (p.35147) | Response in Opposition to Motion, filed by United States Of America, re 824 (p.35133) Opposed MOTION to Stay *Court's Order Pending Appeal or, in the* |

| | | |
|---|---|---|
| | | *Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 (p.35128) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 (p.35152) | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 (p.35133) Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 (p.35157) | Appeal of Order entered by District Judge 821 (p.35075) , 820 (p.35022) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 (p.35160) | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 (p.35157) Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 (p.35163) | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 (p.35165) | ORDER DENYING 828 (p.35160) Motion to Stay, DENYING 824 (p.35133) Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 (p.35171) | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 (p.35131) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | | |

| | | |
|---|---|---|
| | 832 (p.35176) | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 (p.35157) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 (p.35180) | ORDER of USCA (certified copy). re 823 (p.35131) Notice of Appeal, 827 (p.35157) Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 (p.35183) | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 (p.35185) | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg)***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 (p.35187) | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 (p.35190) | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 (p.35194) | ORDER of USCA (certified copy). re 823 (p.35131) Notice of Appeal, 827 (p.35157) Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 (p.35190) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 (p.35204) | Letter of transmittal from USCA received for 823 (p.35131) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 (p.35157) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** |

| | | |
|---|---|---|
| | | (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 (p.35205) | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 (p.35205) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 (p.35218) | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 (p.35263) | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 (p.35218) Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 (p.35263) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 (p.35269) | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 (p.35274) | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order |

| | | destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
|---|---|---|
| 01/19/2024 | 845 (p.35280) | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 (p.35326) | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 (p.35382) | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 (p.35472) | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 (p.35548) | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 (p.35664) | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 (p.35755) | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 (p.36017) | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 (p.36217) | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 (p.36575) | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 (p.36727) | SUPPLEMENT to 854 (p.36575) Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 (p.36767) | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 (p.37132) | NOTICE of Joinder by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |

| | | |
|---|---|---|
| 01/20/2024 | 858 (p.37135) | Unopposed MOTION to Amend/Correct 851 (p.35755) Proposed Findings of Fact, 853 (p.36217) Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 (p.37140) | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 (p.37144) | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 (p.37149) | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 (p.37455) | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 (p.37144) Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 (p.37140) Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 (p.37135) Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 (p.37694) | ATTACHMENT *Corrected Signature Block* to 852 (p.36017) Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |

| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| --- | --- | --- |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |

25-50246.34009

| | | |
|---|---|---|
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 (p.37699) | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 (p.37699) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 (p.37703) | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |

| 02/05/2024 | 940 (p.37707) | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
|---|---|---|
| 02/06/2024 | 941 (p.37955) | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 (p.37707) Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 (p.37703) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 (p.37972) | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 (p.38216) | Letter of transmittal from USCA received for 823 (p.35131) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 (p.35157) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 (p.37971) | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty |

| | | to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty |

| | | |
|---|---|---|
| | | to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty |

| | | |
|---|---|---|
| | | to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 (p.38217) | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 (p.38217) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 (p.38223) | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement |

| | | is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
|---|---|---|
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 |

| | | |
|---|---|---|
| | | Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 (p.38227) | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit |

| | | |
|---|---|---|
| | | B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K - PART I, # <u>12</u> Exhibit K - PART 2, # <u>13</u> Exhibit L, # <u>14</u> Exhibit M, # <u>15</u> Exhibit N, # <u>16</u> Exhibit O, # <u>17</u> Exhibit P, # <u>18</u> Exhibit Q, # <u>19</u> Exhibit R, # <u>20</u> Exhibit S, # <u>21</u> Exhibit T, # <u>22</u> Exhibit U, # <u>23</u> Exhibit V, # <u>24</u> Exhibit W, # <u>25</u> Exhibit X, # <u>26</u> Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | <u>993</u><br>(p.38967) | NOTICE *of Correction to the Record* by REVUP-Texas re <u>642</u> Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | <u>994</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # <u>1</u> Pla-LUPE-170, # <u>2</u> Pla-LUPE-171, # <u>3</u> Pla-LUPE-171, # <u>4</u> Pla-LUPE-172, # <u>5</u> Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>995</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # <u>1</u> Pla-LUPE-175, # <u>2</u> Pla-LUPE-176, # <u>3</u> Pla-LUPE-176, # <u>4</u> Pla-LUPE-177, # <u>5</u> Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>996</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # <u>1</u> Pla-LUPE-180, # <u>2</u> Pla-LUPE-181, # <u>3</u> Pla-LUPE-181, # <u>4</u> Pla-LUPE-184, # <u>5</u> Pla-LUPE-184, # <u>6</u> Pla-LUPE-189, # <u>7</u> Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>997</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # <u>1</u> Pla-LUPE-190, # <u>2</u> Pla-LUPE-192, # <u>3</u> Pla-LUPE-192, # <u>4</u> Pla-LUPE-193, # <u>5</u> Pla-LUPE-193, # <u>6</u> Pla-LUPE-194, # <u>7</u> Pla-LUPE-194, # <u>8</u> Pla-LUPE-198, # <u>9</u> Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>998</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # <u>1</u> Pla-LUPE-200, # <u>2</u> Pla-LUPE-201, # <u>3</u> Pla-LUPE-201, # <u>4</u> Pla-LUPE-202, # <u>5</u> Pla-LUPE-202, # <u>6</u> Pla-LUPE-203, # <u>7</u> Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>999</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # <u>1</u> Pla-LUPE-224, # <u>2</u> Pla-LUPE-225, # <u>3</u> Pla-LUPE-225, # <u>4</u> Pla-LUPE-227, # <u>5</u> Pla-LUPE-227, # <u>6</u> Pla-LUPE-228, # <u>7</u> Pla-LUPE-228, # <u>8</u> Pla-LUPE-229, # <u>9</u> Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1000</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # <u>1</u> Pla-LUPE-230, # <u>2</u> Pla-LUPE-231, # <u>3</u> Pla-LUPE-232, # <u>4</u> Pla-LUPE-232, # <u>5</u> Pla-LUPE-233, # <u>6</u> Pla-LUPE-234, # <u>7</u> Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1001</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # <u>1</u> Pla-LUPE-235, # <u>2</u> Pla-LUPE-236, # <u>3</u> Pla-LUPE-236, # <u>4</u> Pla-LUPE-237, # <u>5</u> Pla-LUPE-237, # <u>6</u> Pla-LUPE-238, # <u>7</u> Pla-LUPE-238, # <u>8</u> Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1002</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # <u>1</u> Pla-LUPE-240, # <u>2</u> Pla-LUPE-241, # <u>3</u> Pla-LUPE-241, # <u>4</u> Pla-LUPE-242, # <u>5</u> Pla-LUPE-242, # <u>6</u> Pla-LUPE-243, # <u>7</u> Pla-LUPE-243, # <u>8</u> Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1003</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # <u>1</u> Pla-LUPE-245, # <u>2</u> Pla-LUPE-246, # <u>3</u> Pla-LUPE-247, # <u>4</u> Pla-LUPE-247, # <u>5</u> Pla-LUPE-248, # <u>6</u> Pla-LUPE-248, # <u>7</u> Pla-LUPE-249, # <u>8</u> |

| | | Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
|---|---|---|
| 02/21/2024 | <u>1004</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # <u>1</u> Pla-LUPE-250, # <u>2</u> Pla-LUPE-252, # <u>3</u> Pla-LUPE-252, # <u>4</u> Pla-LUPE-255, # <u>5</u> Pla-LUPE-255, # <u>6</u> Pla-LUPE-256, # <u>7</u> Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1005</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # <u>1</u> Pla-LUPE-257, # <u>2</u> Pla-LUPE-258, # <u>3</u> Pla-LUPE-258, # <u>4</u> Pla-LUPE-259, # <u>5</u> Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | <u>1006</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # <u>1</u> Pla-LUPE-260, # <u>2</u> Pla-LUPE-261, # <u>3</u> Pla-LUPE-261, # <u>4</u> Pla-LUPE-262, # <u>5</u> Pla-LUPE-262, # <u>6</u> Pla-LUPE-263, # <u>7</u> Pla-LUPE-263, # <u>8</u> Pla-LUPE-264, # <u>9</u> Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1007</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # <u>1</u> Pla-LUPE-265, # <u>2</u> Pla-LUPE-266, # <u>3</u> Pla-LUPE-266, # <u>4</u> Pla-LUPE-267, # <u>5</u> Pla-LUPE-267, # <u>6</u> Pla-LUPE-268, # <u>7</u> Pla-LUPE-268, # <u>8</u> Pla-LUPE-269, # <u>9</u> Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1008</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # <u>1</u> Pla-LUPE-270, # <u>2</u> Pla-LUPE-271, # <u>3</u> Pla-LUPE-271, # <u>4</u> Pla-LUPE-272, # <u>5</u> Pla-LUPE-272, # <u>6</u> Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1009</u> | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1010</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # <u>1</u> Pla-LUPE-282, # <u>2</u> Pla-LUPE-284, # <u>3</u> Pla-LUPE-285, # <u>4</u> Pla-LUPE-286, # <u>5</u> Pla-LUPE-287, # <u>6</u> Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1011</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # <u>1</u> Pla-LUPE-291, # <u>2</u> Pla-LUPE-292, # <u>3</u> Pla-LUPE-293, # <u>4</u> Pla-LUPE-294, # <u>5</u> Pla-LUPE-295, # <u>6</u> Pla-LUPE-296, # <u>7</u> Pla-LUPE-298, # <u>8</u> Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1012</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # <u>1</u> Pla-LUPE-301, # <u>2</u> Pla-LUPE-302, # <u>3</u> Pla-LUPE-304, # <u>4</u> Pla-LUPE-305, # <u>5</u> Pla-LUPE-306, # <u>6</u> Pla-LUPE-307, # <u>7</u> Pla-LUPE-308, # <u>8</u> Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1013</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # <u>1</u> Pla-LUPE-311, # <u>2</u> Pla-LUPE-312, # <u>3</u> Pla-LUPE-313, # <u>4</u> Pla-LUPE-314, # <u>5</u> Pla-LUPE-315, # <u>6</u> Pla-LUPE-316, # <u>7</u> Pla-LUPE-317, # <u>8</u> Pla-LUPE-318, # <u>9</u> Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1014</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # <u>1</u> Pla-LUPE-321, # <u>2</u> Pla-LUPE-322, # <u>3</u> Pla-LUPE-323, # <u>4</u> Pla-LUPE-324, # <u>5</u> Pla-LUPE-325, # <u>6</u> Pla-LUPE-326, # <u>7</u> Pla-LUPE-328, # <u>8</u> Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1015</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # <u>1</u> Pla-LUPE-331, # <u>2</u> Pla-LUPE-332, # <u>3</u> Pla-LUPE-333, # <u>4</u> Pla-LUPE-334, # <u>5</u> Pla-LUPE-335, # <u>6</u> Pla-LUPE-336, # <u>7</u> Pla-LUPE-337, # <u>8</u> |

| | | |
|---|---|---|
| | | Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 (p.37149) Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |

| | | |
|---|---|---|
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg)(Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | <u>1039</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # <u>1</u> Pla-LUPE-183, # <u>2</u> Pla-LUPE-183, # <u>3</u> Pla-LUPE-185, # <u>4</u> Pla-LUPE-185, # <u>5</u> Pla-LUPE-187, # <u>6</u> Pla-LUPE-187, # <u>7</u> Pla-LUPE-188, # <u>8</u> Pla-LUPE-188)(dtg)(Entered: 02/27/2024) |
| 02/27/2024 | <u>1040</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # <u>1</u> Pla-LUPE-195, # <u>2</u> Pla-LUPE-196, # <u>3</u> Pla-LUPE-196, # <u>4</u> Pla-LUPE-199, # <u>5</u> Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1041</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # <u>1</u> Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1042</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # <u>1</u> Pla-LUPE-220, # <u>2</u> Pla-LUPE-223, # <u>3</u> Pla-LUPE-223, # <u>4</u> Pla-LUPE-226, # <u>5</u> Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1043</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # <u>1</u> Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1044</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1045</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1046</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1047</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # <u>1</u> Pla-LUPE-273, # <u>2</u> Pla-LUPE-274, # <u>3</u> Pla-LUPE-275, # <u>4</u> Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1048</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # <u>1</u> Pla-LUPE-276, # <u>2</u> Pla-LUPE-277, # <u>3</u> Pla-LUPE-277, # <u>4</u> Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1049</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1050</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # <u>1</u> Pla-OCA-31, # <u>2</u> Pla-OCA-34, # <u>3</u> Pla-OCA-36, # <u>4</u> Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1051</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # <u>1</u> Pla-OCA-78, # <u>2</u> Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1052</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # <u>1</u> Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1053</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1054</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |

| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
|---|---|---|
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 (p.38227) Opposed MOTION to Strike the *Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, |

| | | Kathleen) (Entered: 03/05/2024) |
|---|---|---|
| 03/06/2024 | <u>1079</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # <u>1</u> Def-STATE-71, # <u>2</u> Def-STATE-72, # <u>3</u> Def-STATE-73, # <u>4</u> Def-STATE-74, # <u>5</u> Def-STATE-75, # <u>6</u> Def-STATE-76, # <u>7</u> Def-STATE-77, # <u>8</u> Def-STATE-78, # <u>9</u> Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1080</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # <u>1</u> Def-STATE-81, # <u>2</u> Def-STATE-82, # <u>3</u> Def-STATE-85, # <u>4</u> Def-STATE-86, # <u>5</u> Def-STATE-87, # <u>6</u> Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1081</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # <u>1</u> Def-STATE-91, # <u>2</u> Def-STATE-92, # <u>3</u> Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1082</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1083</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # <u>1</u> Def-STATE-124, # <u>2</u> Def-STATE-125, # <u>3</u> Def-STATE-127, # <u>4</u> Def-STATE-128, # <u>5</u> Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1084</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # <u>1</u> Def-STATE-131, # <u>2</u> Def-STATE-132, # <u>3</u> Def-STATE-133, # <u>4</u> Def-STATE-134, # <u>5</u> Def-STATE-135, # <u>6</u> Def-STATE-136, # <u>7</u> Def-STATE-137, # <u>8</u> Def-STATE-138, # <u>9</u> Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1085</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # <u>1</u> Def-STATE-141, # <u>2</u> Def-STATE-142, # <u>3</u> Def-STATE-143, # <u>4</u> Def-STATE-144, # <u>5</u> Def-STATE-145, # <u>6</u> Def-STATE-146, # <u>7</u> Def-STATE-147, # <u>8</u> Def-STATE-148, # <u>9</u> Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1086</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # <u>1</u> Def-STATE-151, # <u>2</u> Def-STATE-152, # <u>3</u> Def-STATE-153, # <u>4</u> Def-STATE-154, # <u>5</u> Def-STATE-155, # <u>6</u> Def-STATE-156, # <u>7</u> Def-STATE-157, # <u>8</u> Def-STATE-158, # <u>9</u> Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1087</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # <u>1</u> Def-STATE-161, # <u>2</u> Def-STATE-162, # <u>3</u> Def-STATE-163, # <u>4</u> Def-STATE-164, # <u>5</u> Def-STATE-165, # <u>6</u> Def-STATE-166, # <u>7</u> Def-STATE-167, # <u>8</u> Def-STATE-168, # <u>9</u> Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1088</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # <u>1</u> Def-STATE-171, # <u>2</u> Def-STATE-172, # <u>3</u> Def-STATE-173, # <u>4</u> Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1089</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/06/2024 | <u>1090</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # <u>1</u> Def-STATE-193, # <u>2</u> Def-STATE-194, # <u>3</u> Def-STATE-195, # <u>4</u> Def-STATE-196, # <u>5</u> Def-STATE-197, # <u>6</u> Def-STATE-198, # <u>7</u> Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1091</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # <u>1</u> Def-STATE-201, # <u>2</u> Def-STATE-202, # <u>3</u> Def-STATE-203, # <u>4</u> Def-STATE-204, # <u>5</u> Def-STATE-205, # <u>6</u> Def-STATE-206, # <u>7</u> Def-STATE-207, # <u>8</u> Def-STATE-208, # <u>9</u> Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1092</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # <u>1</u> Def-STATE-211, # <u>2</u> Def-STATE-212, # <u>3</u> Def-STATE-213, # <u>4</u> Def-STATE-214, # <u>5</u> Def-STATE-215, # <u>6</u> Def-STATE-216, # <u>7</u> Def-STATE-217, # <u>8</u> Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1093</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # <u>1</u> Def-STATE-223, # <u>2</u> Def-STATE-224, # <u>3</u> Def-STATE-225, # <u>4</u> Def-STATE-226, # <u>5</u> Def-STATE-227, # <u>6</u> Def-STATE-228, # <u>7</u> Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1094</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # <u>1</u> Def-STATE-231, # <u>2</u> Def-STATE-232, # <u>3</u> Def-STATE-234, # <u>4</u> Def-STATE-235, # <u>5</u> Def-STATE-236, # <u>6</u> Def-STATE-237, # <u>7</u> Def-STATE-238, # <u>8</u> Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1095</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # <u>1</u> Def-STATE-241, # <u>2</u> Def-STATE-242, # <u>3</u> Def-STATE-243, # <u>4</u> Def-STATE-244, # <u>5</u> Def-STATE-245, # <u>6</u> Def-STATE-246, # <u>7</u> Def-STATE-247, # <u>8</u> Def-STATE-248, # <u>9</u> Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1096</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # <u>1</u> Def-STATE-251, # <u>2</u> Def-STATE-252, # <u>3</u> Def-STATE-253, # <u>4</u> Def-STATE-254, # <u>5</u> Def-STATE-255, # <u>6</u> Def-STATE-256, # <u>7</u> Def-STATE-257, # <u>8</u> Def-STATE-258, # <u>9</u> Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1097</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # <u>1</u> Def-STATE-263, # <u>2</u> Def-STATE-264, # <u>3</u> Def-STATE-265, # <u>4</u> Def-STATE-266, # <u>5</u> Def-STATE-267, # <u>6</u> Def-STATE-268, # <u>7</u> Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1098</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # <u>1</u> Def-STATE-271, # <u>2</u> Def-STATE-272, # <u>3</u> Def-STATE-273, # <u>4</u> Def-STATE-274, # <u>5</u> Def-STATE-275, # <u>6</u> Def-STATE-276, # <u>7</u> Def-STATE-277, # <u>8</u> Def-STATE-278, # <u>9</u> Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1099</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # <u>1</u> Def-STATE-281, # <u>2</u> Def-STATE-282, # <u>3</u> Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1100</u> | |

25-50246.34027

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |

| 03/07/2024 | <u>1115</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # <u>1</u> JOINT-31, # <u>2</u> JOINT-32, # <u>3</u> JOINT-33, # <u>4</u> JOINT-34, # <u>5</u> JOINT-35, # <u>6</u> JOINT-36, # <u>7</u> JOINT-37, # <u>8</u> JOINT-38, # <u>9</u> JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | <u>1116</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # <u>1</u> JOINT-41, # <u>2</u> JOINT-42, # <u>3</u> JOINT-43, # <u>4</u> JOINT-44, # <u>5</u> JOINT-45, # <u>6</u> JOINT-46, # <u>7</u> JOINT-47, # <u>8</u> JOINT-48, # <u>9</u> JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | <u>1117</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William |

| | | |
|---|---|---|
| | | C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 (p.38227) Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |

| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 (p.38227) is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
|---|---|---|
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 (p.38227) Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 (p.35131) Notice of Appeal, 827 (p.35157) Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 (p.38227) Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 (p.38227) Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 (p.38227) Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents |

| | | |
|---|---|---|
| | | containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - |

| | | |
|---|---|---|
| | | Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document |

| | | associated with this entry.) (cb) (Entered: 07/12/2024) |
|---|---|---|
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 (p.34114) MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: |

| | | |
|---|---|---|
| | | 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 (p.35131) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 (p.35157) Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 (p.35131) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 (p.35157) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |

| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |

| | | |
|---|---|---|
| 10/01/2024 | | NOTICE OF APPEAL following <u>1163</u> Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | <u>1166</u> | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1164</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | <u>1165</u> | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING <u>1165</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order <u>1157</u> is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1167</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for <u>1163</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1168</u> | ORDER of USCA (certified copy). re <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. <u>1163</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the |

| | | |
|---|---|---|
| | | mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed |

| | | |
|---|---|---|
| | | by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. |

| | | |
|---|---|---|
| | | Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, |

| | | |
|---|---|---|
| | | Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |

| | | |
|---|---|---|
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of |

| | | |
|---|---|---|
| | | Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | <u>1212</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal, <u>1191</u> Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | <u>1213</u> | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | <u>1214</u> | Opposed MOTION *For Clarification* re <u>1210</u> Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | <u>1221</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for <u>1209</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, <u>1208</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | <u>1215</u> | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | <u>1216</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | <u>1217</u> | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | <u>1218</u> | |

| | | |
|---|---|---|
| | | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>1223</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | <u>1224</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

TAB 6: DOCKET SHEET, FIFTH SUPPLEMENTAL
(ROA.39213-39447)

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
Case in other court:  5CCCA, 21-51145 (Doc. 123)

|  | 5CCA, 22-50435 (Doc. 426) |
|---|---|
|  | 5CCA, 22-50732 (Doc. 451) |
|  | 5CCA, 22-50775 (Doc. 457) |
|  | 5CCA, 22-50777 (Doc. 458) |
|  | 5CCA, 22-50778 (Doc. 459) |
|  | 5CCA, 23-50201 (Doc. 567) |
|  | 5CCA, 23-50885 (Doc. 823) |
|  | 5CCA, 23-50887 (Doc. 827) |
|  | 5CCA, 24-50783 (Doc. 1162) |
|  | 5CCA, 24-50786 (Doc. 1163) |
|  | 5CCA, 24-50826 (Doc. 1177) |
|  | 5CCA, 24-50831 (Doc. 1179) |
|  | 5CCA, 24-50904 (Doc. 1191) |
|  | 5CCA, 25-50246 (Doc. 1208) |
|  | 5CCA, 25-50250 (Doc. 1209) |
|  | 5CCA, 25-50366 (Doc. 1220) |

Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Date Terminated: 09/30/2024
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**La Union Del Pueblo Entero**                    represented by    **Leah J. Tulin**
Brennan Center for Justice at NYU School of
Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**     represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

25-50246.39217

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**The Anti-Defamation League Austin,**              represented by    **Megan Cloud**
**Southwest, and Texoma**                                             (See above for address)
*TERMINATED: 03/06/2023*                                             *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                           represented by     **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mexican American Bar Association of Texas**             represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Hispanics Organized for Political Education**                    represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mi Familia Vota**                     represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

25-50246.39227

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                     represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                          represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Consol Plaintiff</u>**

**Houston Justice**
*TERMINATED: 02/23/2022*

represented by **Georgina Yeomans**
Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20002
202-921-2748
Email: gyeomans@afscme.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**          represented by  **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**            represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                          represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**         represented by    **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

25-50246.39247

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                          represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**     represented by     **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                      represented by  **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

25-50246.39259

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**League of Women Voters of Texas**          represented by          **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                      (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andre I. Segura**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ari Savitzky**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**          represented by     **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                           *TERMINATED: 03/06/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

25-50246.39268

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by  **Daniel Joshua Freeman**
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave, 4CON 8.143
                                                Washington, DC 20530
                                                (202) 305-4355
                                                Email: daniel.freeman@usdoj.gov
                                                *TERMINATED: 05/13/2025*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Jennifer Jaeseon Yun**
                                                U.S. Department of Justice
                                                150 M Street NE, 8th Floor
                                                Washington, DC 20002
                                                202-305-5533
                                                Email: jennifer.yun@usdoj.gov
                                                *TERMINATED: 07/12/2024*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Michael Elliot Stewart**
                                                U.S. Department of Justice
                                                950 Pennsylvania Ave. NW, 4CON 8th Floor
                                                Washington, DC 20530
                                                202-598-7233
                                                Email: michael.stewart3@usdoj.gov
                                                *TERMINATED: 03/11/2024*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Richard Alan Dellheim**
                                                US Department of Justice
                                                9150 M Street, NE/8.1815
                                                Washington, DC 20530
                                                202.305.1734
                                                Email: richard.dellheim@usdoj.gov
                                                *TERMINATED: 05/13/2025*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Thomas Christian Herren , Jr.**
                                                U.S. Department of Justice
                                                Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by  **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lupe C. Torres** *in her official capacity as Medina County Elections Administrator* | represented by | **Chad Ennis** Texas Secretary of State 1019 Brazos Street Austin, TX 78701 512-472-2700 Fax: 512-472-2728 Email: CEnnis@sos.texas.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lisa Wise** *in her Official Capacity as the El Paso County Elections Administrator* | represented by | **Angelica Lien Leo** Cooley LLP 3175 Hanover Street Palo Alto, CA 94304 (650) 843-5075 Fax: (650) 849-7400 Email: aleo@cooley.com *TERMINATED: 05/12/2022* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**                   represented by   **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**                  represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Republican Senatorial Committee**                    represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Republican Congressional Committee**                  represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**
*Harris Count;y District Attorney*

represented by **Eric J.R. Nichols**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**
*Bexar County District Attorney*

represented by **Larry L. Roberson**
Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                          represented by   **Anthony J. Nelson**
*Travis County District Attorney*                       Travis County Attorney's Office
                                                        314 West 11th Street
                                                        Room 590
                                                        Austin, TX 78701
                                                        (512) 854-4801
                                                        Fax: 512/854-4808
                                                        Email: tony.nelson@traviscountytx.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**
*Dallas County District Attorney*

represented by **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th
Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: barbara.nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County
District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official
Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by   **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by   **Christina Marie Beeler**
*Harris County Elections Administrator*                  Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*              (See above for address)
*Administrator of Bexar County*                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*            Hidalgo County District Attorney's Office
*County Elections Administrator*                     100 E. Cano, First Floor
                                                     Edinburg, TX 78539
                                                     956-292-7609
                                                     Fax: 956-292-7619
                                                     Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                     *TERMINATED: 03/02/2024*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**Michael Scarpello**                    represented by   **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*                  (See above for address)
*County Elections Administrator*                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ben L Stool**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Earl S. Nesbitt**
                                                          Rogge Dunn Group
                                                          500 N. Akard Street
                                                          Suite 1900
                                                          Dallas, TX 75201
                                                          214-888-5000
                                                          Email: nesbitt@RoggeDunnGroup.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>**Consol Defendant**</u>

**STATE OF TEXAS**                       represented by   **Christopher D. Hilton**
                                                          (See above for address)
                                                          *TERMINATED: 01/30/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick K. Sweeten**
                                                          (See above for address)
                                                          *TERMINATED: 12/05/2022*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Thomas Thompson**
                                                          (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**                    represented by    **Christopher D. Hilton**
*in her official capacity as Texas Secretary*          (See above for address)
*of State*                                             *TERMINATED: 01/30/2024*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                 (See above for address)
*County Clerk*                                           *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**              represented by    **Donna Garcia Davidson**
**Accountability**                                          PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

<u>**Amicus**</u>

**Young Black Lawyers' Organizing Coalition**    represented by    **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Amicus**</u>

**Lawyers Democracy Fund**    represented by    **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Republican National Committee**    represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

25-50246.39292

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| --- | --- | --- |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING <u>34</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING <u>35</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING <u>36</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING <u>41</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING <u>37</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING <u>38</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING <u>39</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | <u>42</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | <u>43</u> | MOTION by Public Interest Legal Foundation. (Attachments: # <u>1</u> Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| 11/15/2021 | [107](#) | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| --- | --- | --- |
| 11/15/2021 | [108](#) | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # [1](#) Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | [109](#) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | [110](#) | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [111](#) | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re [57](#) Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [112](#) | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # [1](#) Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [113](#) | NOTICE *of Joinder* by Republican National Committee re [57](#) Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [114](#) | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING [109](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | [115](#) | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | [116](#) | APPENDIX to [112](#) Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Legislative History: SB 7, Legislative Session 87(R), # [2](#) Legislative History: SB 1, Legislative Session 87, 1st Special Session, # [3](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # [4](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # [5](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [117](#) | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # [2](#) Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| | | |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
|---|---|---|
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 |  | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> |  |

| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
|---|---|---|
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
|---|---|---|
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marc Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/21/2022 | <u>201</u> | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | <u>202</u> | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | <u>203</u> | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # <u>1</u> Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | <u>204</u> | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A (Proposed Second Amended Complaint), # <u>2</u> Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | <u>205</u> | MOTION to Compel *Production* by United States Of America. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit Exhibit 1, # <u>3</u> Exhibit Exhibit 2, # <u>4</u> Exhibit Exhibit 3, # <u>5</u> Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | <u>206</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>176</u> MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, <u>177</u> MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING <u>204</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>208</u> | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| | | |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| | | |
|---|---|---|
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
|---|---|---|
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | <u>240</u> | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | <u>241</u> | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | <u>242</u> | *Defendant Lisa Wise's* ANSWER to <u>208</u> Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | <u>243</u> | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>244</u> | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | <u>245</u> | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | <u>246</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | <u>247</u> | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re <u>205</u> MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # <u>2</u> Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # <u>3</u> Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # <u>4</u> Exhibit D- 211117 LUPE Transcript of Status Conference, # <u>5</u> Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>248</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | <u>251</u> | STIPULATED ORDER <u>241</u> regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | <u>249</u> | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re <u>203</u> MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | <u>250</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | <u>260</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>261</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>262</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>263</u> | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | <u>264</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re <u>239</u> MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | <u>265</u> | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | <u>266</u> | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>267</u> | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>268</u> | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>269</u> | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | <u>270</u> | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>271</u> | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | <u>272</u> | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>273</u> | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | <u>274</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | <u>275</u> | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| | | |
|---|---|---|
| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING <u>288</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>289</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>290</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | <u>291</u> | Unopposed MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | <u>292</u> | Unopposed MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | <u>293</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | <u>294</u> | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 295 | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 |

| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
|---|---|---|
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions*. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| 03/11/2022 | <u>320</u> | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
|---|---|---|
| 03/14/2022 | <u>321</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>317</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>319</u> Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>320</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>321</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | <u>322</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | <u>323</u> | Second MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | <u>324</u> | Second MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING <u>323</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING [324](#) Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint [199](#) on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | [325](#) | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | [326](#) | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # [1](#) Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | [327](#) | ANSWER to [207](#) Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | [328](#) | *Defendant Garza's* ANSWER to [207](#) Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | [329](#) | *Defendant Garza's* ANSWER to [208](#) Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING [326](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | [330](#) | *Defendant Garza's* ANSWER to [199](#) Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | [331](#) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | [332](#) | *Defendant Garza's* ANSWER to [200](#) Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING [331](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | |
|---|---|---|
| | | 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
|---|---|---|
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | |
|---|---|---|
| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Discovery subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| --- | --- | --- |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | <u>414</u> | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING <u>414</u> Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | <u>416</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>417</u> | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re <u>397</u> Response in Opposition to Motion,,, (Attachments: # <u>1</u> Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | |
|---|---|---|
| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
|---|---|---|
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
|---|---|---|
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney Georgina C. Yeomans by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | <u>472</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | <u>473</u> | ORDER SETTING MOTION HEARING re <u>469</u> Opposed MOTION to Compel <u>471</u> MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | <u>474</u> | RESPONSE to Motion, filed by United States Of America, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | <u>475</u> | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | <u>476</u> | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | <u>503</u> | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>504</u> | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | <u>505</u> | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | <u>519</u> | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING <u>519</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | <u>520</u> | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | <u>521</u> | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # <u>1</u> Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | <u>522</u> | Supplement to re <u>516</u> Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | <u>523</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | <u>524</u> | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING <u>521</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | <u>525</u> | Letter of transmittal from USCA received for <u>457</u> <u>458</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | <u>526</u> | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | <u>527</u> | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
|---|---|---|
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | |
|---|---|---|
| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
|---|---|---|
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 |  | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 |  | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss Voluntarily Certain Claims by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment on All Claims by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober for Eric Wang ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
|---|---|---|
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

| | | |
|---|---|---|
| | | Deposition dated April 22, 2022, # <u>7</u> Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # <u>8</u> Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # <u>9</u> Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # <u>10</u> Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # <u>11</u> Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # <u>12</u> Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # <u>13</u> Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # <u>14</u> Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # <u>15</u> Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # <u>16</u> Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # <u>17</u> Exhibit 16 - James Lewin Deposition dated April 27, 2022, # <u>18</u> Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # <u>19</u> Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # <u>20</u> Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # <u>21</u> Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # <u>22</u> Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # <u>23</u> Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # <u>24</u> Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # <u>25</u> Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # <u>26</u> Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # <u>27</u> Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # <u>28</u> Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # <u>29</u> Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # <u>30</u> Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # <u>31</u> Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | <u>645</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit, # <u>2</u> Appendix, # <u>3</u> Appendix, # <u>4</u> Appendix, # <u>5</u> Appendix, # <u>6</u> Appendix, # <u>7</u> Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | <u>646</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>611</u> MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1</u> Appendix, # <u>2</u> Appendix, # <u>3</u> Appendix, # <u>4</u> Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | <u>647</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>646</u> Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | <u>648</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>645</u> Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING <u>633</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING <u>640</u> OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| | | |
|---|---|---|
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically). (Court Reporter Gigi |

| | | Simcox.)(tm2) (Entered: 07/13/2023) |
|---|---|---|
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | <u>667</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | <u>668</u> | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>669</u> | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re <u>614</u> MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # <u>1</u> Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>670</u> | REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | <u>671</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>616</u> MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | <u>672</u> | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING <u>672</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel <u>630</u> is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | <u>673</u> | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING <u>673</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | <u>674</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | Kathleen) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE Re 26(a)(3) Disclosure Objection Deadline by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | 727 | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | |
|---|---|---|
| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | <u>733</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING <u>727</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | <u>734</u> | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | <u>735</u> | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | <u>736</u> | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | <u>737</u> | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # <u>1</u> Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | <u>738</u> | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING <u>738</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2023) |
| 09/02/2023 | <u>749</u> | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | <u>750</u> | RESPONSE *in Opposition* to <u>748</u> MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # |

| | | |
|---|---|---|
| | | 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plaintiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
|---|---|---|
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | |
|---|---|---|
| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | <u>776</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | <u>774</u> | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING <u>774</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | <u>775</u> | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | <u>777</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | <u>778</u> | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re <u>761</u> MOTION to Strike MOTION in Limine (Attachments: # <u>1</u> Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # <u>2</u> Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # <u>3</u> Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # <u>4</u> Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | <u>779</u> | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # <u>1</u> Sealed Exhibit, # <u>2</u>Sealed Exhibit, # <u>3</u> Sealed Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit, # <u>7</u> Exhibit, # <u>8</u> Exhibit, # <u>9</u> Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | (Entered: 09/18/2023) |
|---|---|---|
| 09/19/2023 | [780](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | [781](#) | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | [782](#) | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # [1](#) Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | [784](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | [783](#) | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING [782](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | [785](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | [787](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | [786](#) | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING [786](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | [788](#) | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | <u>795</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | <u>794</u> | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | <u>796</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | <u>797</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | |

| | | |
|---|---|---|
| | | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | |

| | | |
|---|---|---|
| | | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |

| | | |
|---|---|---|
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) |

| | | |
|---|---|---|
| | | (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in |

| | | |
|---|---|---|
| | | future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of |

| | | |
|---|---|---|
| | | fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
|---|---|---|
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban |

| | | League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| --- | --- | --- |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 |

25-50246.39415

| | | |
|---|---|---|
| | | Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |

| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |

| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| --- | --- | --- |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 (p.39448) | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1018<br>(p.39450) | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 |

| | | |
|---|---|---|
| | | Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 (p.39452) | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 (p.39452) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | |

| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
|---|---|---|
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 (p.39454) | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) |

| | | (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |

25-50246.39425

| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
|---|---|---|
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 (p.39476) | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 (p.39478) | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 (p.39481) | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 (p.39478) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 (p.39481) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 (p.39485) | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 (p.39485) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |

| 03/11/2024 | | Text Order GRANTING <u>1119 (p.39476)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
|---|---|---|
| 03/11/2024 | <u>1125 (p.39499)</u> | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, <u>567</u> Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | <u>1123 (p.39489)</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | <u>1124 (p.39493)</u> | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING <u>1123 (p.39489)</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING <u>1124 (p.39493)</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING <u>608</u> Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING <u>614</u> Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 (p.39536) | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 (p.39545) | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 (p.39545) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 (p.39549) | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 (p.39572) | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |

| | | |
|---|---|---|
| 05/01/2024 | 1130 (p.39686) | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 (p.39686) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 (p.39689) | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 (p.39689) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 (p.39693) | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 (p.39695) | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 (p.39695) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 (p.39699) | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 (p.39704) | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | | |

| | 1136 (p.39710) | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
|---|---|---|
| 06/21/2024 | 1137 (p.39711) | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 (p.39711) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 (p.39710) is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 (p.39720) | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 (p.39730) | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 (p.39734) | SUPPLEMENTAL MEMORANDUM to 1136 (p.39710) Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 (p.39746) | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 (p.39756) | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 (p.39774) | SUPPLEMENTAL MEMORANDUM to 1136 (p.39710) Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 (p.39783) | SUPPLEMENTAL MEMORANDUM to 1136 (p.39710) Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 (p.39805) | BRIEF *Supplemental* regarding 1136 (p.39710) Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 (p.39730) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 (p.39821) | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
|---|---|---|
| 07/18/2024 | 1147 (p.39861) | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 (p.39861) Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 (p.39867) | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 (p.39868) | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 (p.39868) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 (p.39872) | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 (p.39879) | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 (p.39879) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. |

| | | |
|---|---|---|
| | | Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 (p.39883) | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 (p.39885) | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 (p.39890) | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 (p.39885) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 (p.39892) | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 (p.39892) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 (p.39896) | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 (p.39896) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of |

| | | record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
|---|---|---|
| 09/28/2024 | 1157 (p.39901) | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 (p.39979) | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 (p.39981) | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 (p.40004) | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 (p.40004) Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 (p.40009) | ORDER DENYING 1159 (p.39981) Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 (p.40021) | Appeal of Order entered by District Judge 1157 (p.39901) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 (p.40023) | Appeal of Order entered by District Judge 1157 (p.39901) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 (p.40021) Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 (p.40023) Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink |

| | | above. (wg) (Entered: 10/02/2024) |
|---|---|---|
| 10/03/2024 | 1166 (p.40035) | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 (p.40021) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 (p.40026) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 (p.40028) | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 (p.40028) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 (p.39901) is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 (p.40039) | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 (p.40023) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 (p.40043) | ORDER of USCA (certified copy). re 1162 (p.40021) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 (p.40023) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 (p.40047) | Letter of transmittal from USCA received for 1162 (p.40021) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 (p.40023) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, |

| | | Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
|---|---|---|
| 10/10/2024 | 1170 (p.40052) | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 (p.40053) | ORDER of USCA (certified copy). re 1162 (p.40021) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 (p.40023) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 (p.40057) | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 (p.40063) | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 (p.40057) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 (p.39901) is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 (p.40177) | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 (p.40177) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 (p.39901) is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document |

| | | associated with this entry.) (cb) (Entered: 10/15/2024) |
|---|---|---|
| 10/15/2024 | 1175 (p.40182) | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 (p.40210) | ORDER of USCA (certified copy). re 1162 (p.40021) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 (p.40023) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 (p.40219) | Appeal of Order entered by District Judge 1173 (p.40063) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 (p.40221) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 (p.40182) Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 (p.40224) | Appeal of Final Judgment 1173 (p.40063) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 (p.40219) Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 (p.40224) Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 (p.40227) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 (p.40182) Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol |

| | | |
|---|---|---|
| | | Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 (p.40257) | ORDER GRANTING IN PART AND DENYING IN PART 1175 (p.40182) Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 (p.40277) | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 (p.40219) Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 (p.40282) | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 (p.40224) Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 (p.40288) | ORDER of USCA (certified copy). re 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 (p.40293) | ORDER of USCA (certified copy). re 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 (p.40298) | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | | |

| | | |
|---|---|---|
| | 1187 (p.40299) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 (p.40301) | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 (p.40311) | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 (p.40301) Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 (p.40301) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 (p.40063) is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 (p.40314) | Letter of transmittal from USCA received for 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 (p.40324) | Email from USCA received for 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 (p.40321) | Appeal of Order entered by District Judge 1173 (p.40063) by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 (p.40321) Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |

| | | |
|---|---|---|
| 11/18/2024 | 1193 (p.40326) | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 (p.40328) | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 (p.40321) Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal, 1191 (p.40321) Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 (p.40334) | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 (p.40338) | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 (p.40338) Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 (p.40345) | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 (p.40348) | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 (p.40345) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 (p.40348) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be |

| | | represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
|---|---|---|
| 01/09/2025 | 1199 (p.40353) | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 (p.40353) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 (p.40359) | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 (p.40359) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League *, Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 (p.40021) Notice of Appeal, 1163 (p.40023) Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal, 1191 (p.40321) Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban |

| | | |
|---|---|---|
| | | League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | |

| | | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
|---|---|---|
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal, 1191 (p.40321) Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 (p.40219) Notice of Appeal, 1179 (p.40224) Notice of Appeal, 1191 (p.40321) Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>1222</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING <u>1223</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | <u>1224</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

**Tab 7: Docket Sheet, Sixth Supplemental (ROA.40607-40841)**

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

25-50246.40607

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

25-50246.40608

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**                    represented by  **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales** |

**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**

represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**          represented by          **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

James Lewin                                represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mi Familia Vota**                    represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

25-50246.40622

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                   represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**
*TERMINATED: 02/23/2022*

represented by **Georgina Yeomans**
Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20002
202-921-2748
Email: gyeomans@afscme.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)

25-50246.40628

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**              represented by  **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.40634

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                    represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                     represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**              represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

25-50246.40649

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **League of Women Voters of Texas** | represented by | **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8430
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                 represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                     (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andre I. Segura**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ari Savitzky**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                 represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                          (See above for address)
                                                                 *TERMINATED: 03/06/2023*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose A. Esparza**<br>*in his official capacity as Deputy Secretary*<br>*of the State of Texas* | represented by | **Eric A. Hudson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Michael White**<br>(See above for address)<br>*TERMINATED: 04/29/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick K. Sweeten**<br>(See above for address)<br>*TERMINATED: 12/05/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **William D. Wassdorf**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warren K. Paxton**<br>*in his official capacity as Attorney General*<br>*of Texas* | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County Elections Administrator*

represented by  **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso County Elections Administrator*

represented by  **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.40670

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**          represented by   **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

25-50246.40673

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Republican Senatorial Committee**           represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Republican Congressional Committee**           represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                          represented by   **Eric J.R. Nichols**
*Harris Count;y District Attorney*                    Butler Snow LLP
                                                      1400 Lavaca Street, Suite 1000
                                                      Austin, TX 78701
                                                      737-802-1800
                                                      Fax: 737-802-1801
                                                      Email: Eric.Nichols@butlersnow.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Karson Karl Thompson**
                                                      Butler Snow LLP
                                                      1400 Lavaca Street, Suite 1000
                                                      Austin, TX 78701
                                                      737-802-1800
                                                      Fax: 737-802-1801
                                                      Email: karson.thompson@butlersnow.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Victoria A. Giese**
                                                      Butler Snow LLP
                                                      1400 Lavaca Street Suite 1000
                                                      Austin, TX 78701
                                                      737-802-1800
                                                      Email: victoria.giese@butlersnow.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Cory Ren Liu**
                                                      Butler Snow LLP
                                                      1400 Lavaca Street
                                                      Suite 1000
                                                      Austin, TX 78701
                                                      737-802-1800
                                                      Email: cory.ren.liu@gmail.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                     represented by   **Larry L. Roberson**
*Bexar County District Attorney*                      Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                         represented by  **Anthony J. Nelson**
*Travis County District Attorney*                     Travis County Attorney's Office
                                                      314 West 11th Street
                                                      Room 590
                                                      Austin, TX 78701
                                                      (512) 854-4801
                                                      Fax: 512/854-4808
                                                      Email: tony.nelson@traviscountytx.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**
*Dallas County District Attorney*

represented by **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th
Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: barbara.nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                     represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                     represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                     Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                   (See above for address)
*Administrator of Bexar County*                           *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                 Hidalgo County District Attorney's Office
*County Elections Administrator*                          100 E. Cano, First Floor
                                                          Edinburg, TX 78539
                                                          956-292-7609
                                                          Fax: 956-292-7619
                                                          Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                          *TERMINATED: 03/02/2024*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**          represented by   **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*         (See above for address)
*County Elections Administrator*                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Ben L Stool**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Earl S. Nesbitt**
                                                 Rogge Dunn Group
                                                 500 N. Akard Street
                                                 Suite 1900
                                                 Dallas, TX 75201
                                                 214-888-5000
                                                 Email: nesbitt@RoggeDunnGroup.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**             represented by   **Christopher D. Hilton**
                                                 (See above for address)
                                                 *TERMINATED: 01/30/2024*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Patrick K. Sweeten**
                                                 (See above for address)
                                                 *TERMINATED: 12/05/2022*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **William Thomas Thompson**
                                                 (See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**
*in her Official Capacity as the Travis County Clerk*

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**          represented by   **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**          represented by   **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**          represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| 11/15/2021 | [107](#) | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | [108](#) | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # [1](#) Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | [109](#) | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | [110](#) | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [111](#) | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re [57](#) Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [112](#) | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # [1](#) Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [113](#) | NOTICE *of Joinder* by Republican National Committee re [57](#) Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | [114](#) | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING [109](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | [115](#) | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | [116](#) | APPENDIX to [112](#) Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Legislative History: SB 7, Legislative Session 87(R), # [2](#) Legislative History: SB 1, Legislative Session 87, 1st Special Session, # [3](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # [4](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # [5](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | [117](#) | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # [1](#) Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # [2](#) Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| | | |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 137 | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | 141 | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 68 Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | |

| | | |
|---|---|---|
| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | (Entered: 01/05/2022) |
|---|---|---|
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | <u>187</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | <u>189</u> | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | <u>191</u> | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Margaret Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Second Amended Complaint, # <u>2</u> Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | <u>192</u> | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # <u>1</u> Exhibit Second Amended Complaint, # <u>2</u> Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING <u>191</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING <u>192</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | <u>193</u> | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | <u>194</u> | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Exhibit A- Second Amended Complaint, # <u>2</u> Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | <u>195</u> | Memorandum in Opposition to Motion, filed by United States Of America, re <u>145</u> MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 01/18/2022) |
| 01/18/2022 | [199](#) | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | [200](#) | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | [196](#) | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re [177](#) MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING [194](#) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | [197](#) | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [176](#) MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | [198](#) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re [175](#) MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | [207](#) | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING [182](#) Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint [199](#) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING [175](#) Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint [200](#) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/21/2022 | <u>201</u> | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | <u>202</u> | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | <u>203</u> | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # <u>1</u> Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | <u>204</u> | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A (Proposed Second Amended Complaint), # <u>2</u> Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | <u>205</u> | MOTION to Compel *Production* by United States Of America. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit Exhibit 1, # <u>3</u> Exhibit Exhibit 2, # <u>4</u> Exhibit Exhibit 3, # <u>5</u> Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | <u>206</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>176</u> MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, <u>177</u> MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING <u>204</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>208</u> | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| | | |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
|---|---|---|
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1-Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
|---|---|---|
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>240</u> MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>243</u> |

| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
|---|---|---|
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| | | |
|---|---|---|
| 03/11/2022 | <u>320</u> | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | <u>321</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>317</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>319</u> Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>320</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>321</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | <u>322</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | <u>323</u> | Second MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | <u>324</u> | Second MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING <u>323</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs.* Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | 04/07/2022) |
|---|---|---|
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/13/2022 | [363](#) | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # [1](#) Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | [364](#) | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | [365](#) | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | [366](#) | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # [1](#) Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | [367](#) | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re [334](#) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # [1](#) Exhibit 3.21.22 Email, # [2](#) Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING [366](#) Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | [368](#) | ORDER GRANTING [363](#) Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | [369](#) | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | [370](#) | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | [371](#) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [353](#) MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | [372](#) | ORDER GRANTING IN PART AND DENYING IN PART [353](#) Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | [376](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re [353](#) MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | [373](#) | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # [1](#) Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | [374](#) | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING [374](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | [375](#) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # [1](#) Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | [377](#) | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re [344](#) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING [375](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | [378](#) | RESPONSE in Support, filed by Kim Ogg, re [344](#) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | [379](#) | RESPONSE *to State Defendants' Notice of Supplemental Authority* to [333](#) Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | [380](#) | REPLY to Response to Motion, filed by Kim Ogg, re [344](#) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | [381](#) | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # [1](#) Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | [382](#) | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
|---|---|---|
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Discovery subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| | | |
|---|---|---|
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney for Angelica Lien Leo by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE of Filing Exhibits 1 - 8 by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | <u>422</u> | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | <u>423</u> | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox. Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | <u>424</u> | ORDER DENYING <u>145</u> Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | <u>425</u> | ORDER GRANTING <u>391</u> Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | <u>426</u> | Appeal of Order entered by District Judge <u>425</u> by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>425</u> Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | <u>427</u> | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | <u>428</u> | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING <u>427</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | |
|---|---|---|
| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | |
|---|---|---|
| | | the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | |
|---|---|---|
| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
|---|---|---|
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | [472](#) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # [1](#) Exhibit Exhibit A, # [2](#) Exhibit Exhibit B, # [3](#) Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | [473](#) | ORDER SETTING MOTION HEARING re [469](#) Opposed MOTION to Compel [471](#) MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | [474](#) | RESPONSE to Motion, filed by United States Of America, re [471](#) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | [475](#) | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [471](#) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # [1](#) Exhibit Exhibit A, # [2](#) Exhibit Exhibit B, # [3](#) Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | [476](#) | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk may mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | <u>489</u> | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING <u>489</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | <u>490</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>469</u> Motion to Compel; GRANTING IN PART AND DENYING IN PART <u>471</u> Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | <u>491</u> | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit, # <u>5</u> Exhibit, # <u>6</u> Exhibit, # <u>7</u> Exhibit, # <u>8</u> Exhibit, # <u>9</u> Exhibit, # <u>10</u> Exhibit, # <u>11</u> Exhibit, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | <u>492</u> | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | <u>493</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING <u>493</u> Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel <u>491</u> is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | <u>494</u> | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING <u>494</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | <u>495</u> | ORDER re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for <u>491</u> Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | <u>503</u> | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>504</u> | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | <u>505</u> | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/16/2023 | <u>517</u> | Letter of transmittal from USCA received for <u>457</u> , <u>458</u> , <u>459</u> , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | <u>510</u> | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | <u>511</u> | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | <u>512</u> | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | <u>513</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | <u>514</u> | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING <u>513</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING <u>514</u> Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | <u>515</u> | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | <u>516</u> | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | <u>518</u> | ORDER GRANTING <u>516</u> Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 02/15/2023 | <u>528</u> | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | <u>529</u> | Letter of transmittal from USCA received for <u>457</u> <u>158</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING <u>526</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING <u>491</u> Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | <u>543</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | <u>530</u> | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | <u>531</u> | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | <u>532</u> | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
|---|---|---|
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
|---|---|---|
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
|---|---|---|
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders.* (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
|---|---|---|
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| | | |
|---|---|---|
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023. (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | |
|---|---|---|
| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023)

| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
|---|---|---|
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically). (Court Reporter Gigi |

| | | Simcox.)(tm2) (Entered: 07/13/2023) |
|---|---|---|
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| 07/14/2023 | <u>667</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
|---|---|---|
| 07/14/2023 | <u>668</u> | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>669</u> | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re <u>614</u> MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # <u>1</u> Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>670</u> | REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | <u>671</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>616</u> MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | <u>672</u> | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING <u>672</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel <u>630</u> is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | <u>673</u> | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING <u>673</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | <u>674</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | |
|---|---|---|
| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney , *Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2023) |
| 09/02/2023 | <u>749</u> | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | <u>750</u> | RESPONSE *in Opposition* to <u>748</u> MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # |

| | | |
|---|---|---|
| | | 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | |
|---|---|---|
| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
|---|---|---|
| 09/13/2023 | [776](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | [774](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING [774](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | [775](#) | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | [777](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | [778](#) | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re [761](#) MOTION to Strike MOTION in Limine (Attachments: # [1](#) Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # [2](#) Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # [3](#) Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # [4](#) Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | [779](#) | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # [1](#) Sealed Exhibit, # [2](#)Sealed Exhibit, # [3](#) Sealed Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | |
|---|---|---|
| | | (Entered: 09/18/2023) |
| 09/19/2023 | [780](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | [781](#) | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | [782](#) | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # [1](#) Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | [784](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | [783](#) | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING [782](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | [785](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | [787](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | [786](#) | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING [786](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | [788](#) | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | |

| | | |
|---|---|---|
| | | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | |

| | | |
|---|---|---|
| | | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |

| | | |
|---|---|---|
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) |

| | | |
|---|---|---|
| | | (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in |

| | | future inquiries.*** (dtg) (Entered: 12/06/2023) |
|---|---|---|
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of |

| | | |
|---|---|---|
| | | fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
|---|---|---|
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban |

| | | League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | <u>946</u> | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>947</u> | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>948</u> | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>949</u> | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>950</u> | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | [955](#) | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | [956](#) | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | [957](#) | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | [958](#) | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | [959](#) | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 |

| | | |
|---|---|---|
| | | Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 |

| | | Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) |

| | | (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | |

| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) |

| | | (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

25-50246.40820

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | |

| | | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
|---|---|---|
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | |
|---|---|---|
| | | is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in |

| | | his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
|---|---|---|
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of |

| | | |
|---|---|---|
| | | record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: |

| | | |
|---|---|---|
| | | 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for <u>1177</u> Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1183</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for <u>1179</u> Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1184</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | <u>1185</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | <u>1186</u> | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | <u>1187</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | <u>1188</u> | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |

| | | |
|---|---|---|
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | |

| | | |
|---|---|---|
| | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |

| | | |
|---|---|---|
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 (p.40893) | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 (p.40900) | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 (p.40907) | ORDER GRANTING 1202 (p.40900) Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 (p.40908) | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 (p.40908) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | | |

| | 1205 (p.40912) | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
|---|---|---|
| 03/03/2025 | | Text Order GRANTING 1205 (p.40912) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 (p.40915) | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 (p.41027) | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 (p.41085) | Appeal of Order entered by District Judge 1206 (p.40915) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 (p.41087) | Appeal of Final Judgment 1206 (p.40915) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 (p.41090) | ORDER GRANTING 1207 (p.41027) Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 (p.41092) | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | | |

| | 1212 (p.41099) | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
|---|---|---|
| 04/04/2025 | 1213 (p.41104) | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 (p.41105) | Opposed MOTION *For Clarification* re 1210 (p.41090) Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 (p.41133) | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 (p.41087) Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 (p.41085) Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 (p.41113) | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 (p.41116) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 (p.41117) | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 (p.41121) | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 (p.41105) Opposed MOTION *For Clarification* re 1210 (p.41090) Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) |

| | | (Entered: 04/11/2025) |
|---|---|---|
| 04/15/2025 | | Text Order GRANTING 1215 (p.41113) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 (p.41117) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 (p.41125) | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 (p.41105) Opposed MOTION *For Clarification* re 1210 (p.41090) Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 (p.41129) | Supplemental Appeal of Order entered by District Judge 1206 (p.40915) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 (p.41129) Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 (p.41138) | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 (p.41142) | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 (p.41138) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 (p.41142) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. |

| | | There is no document associated with this entry.) (Entered: 05/13/2025) |
|---|---|---|
| 05/21/2025 | 1224 (p.41146) | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 (p.41129) SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 (p.41151) | ORDER GRANTING IN PART AND DENYING IN PART 1214 (p.41105) Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

Tab 8: Docket Sheet, Seventh Supplemental
(ROA.41347-41581)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

25-50246.41347

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**    represented by    **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

25-50246.41352

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                                    represented by   **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**          represented by          **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**                represented by          **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by     **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                    represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                    represented by    **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                          represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                 Equal Employment Opportunity Commission
                                                         131 M St. NE
                                                         Washington, DC 20002
                                                         202-921-2748
                                                         Email: gyeomans@afscme.org
                                                         *TERMINATED: 02/23/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer A. Holmes**
                                                         (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**          represented by   **Breanna Della Williams**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**　　　　　　represented by　**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.41376

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                        represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                 represented by  **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

25-50246.41389

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.41391

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**                    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                      (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andre I. Segura**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ari Savitzky**
                                                             (See above for address)
                                                             *TERMINATED: 04/14/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**          represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                  (See above for address)
                                                          *TERMINATED: 03/06/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by   **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**                              represented by    **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*                     Office of the Attorney General of Texas
                                                                   P O Box 12548
                                                                   Capital Station
                                                                   Austin, TX 78701
                                                                   512-463-2120
                                                                   Fax: 512-320-0667
                                                                   Email: chris@stonehilton.com
                                                                   *TERMINATED: 01/30/2024*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                    represented by    **Chad Ennis**
*in her official capacity as Medina County*             Texas Secretary of State
*Elections Administrator*                                1019 Brazos Street
                                                         Austin, TX 78701
                                                         512-472-2700
                                                         Fax: 512-472-2728
                                                         Email: CEnnis@sos.texas.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert E Henneke**
                                                         Texas Public Policy Foundation
                                                         901 Congress Avenue
                                                         Austin, TX 78701
                                                         512-472-2700
                                                         Fax: 512-472-2728
                                                         Email: rhenneke@texaspolicy.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                         represented by    **Angelica Lien Leo**
*in her Official Capacity as the El Paso*               Cooley LLP
*County Elections Administrator*                        3175 Hanover Street
                                                         Palo Alto, CA 94304
                                                         (650) 843-5075
                                                         Fax: (650) 849-7400
                                                         Email: aleo@cooley.com
                                                         *TERMINATED: 05/12/2022*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Beatriz Mejia**
                                                         Cooley LLP
                                                         3 Embarcadero Center 20th Floor
                                                         San Francisco, CA 94111
                                                         (415) 693-2000
                                                         Fax: (415) 693-2222
                                                         Email: mejiab@cooley.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**             represented by   **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**        represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John M. Gore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen J. Kenny**<br>(See above for address)<br>*TERMINATED: 07/19/2023*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Charles E.T. Roberts**<br>(See above for address)<br>*TERMINATED: 04/15/2025*<br>*ATTORNEY TO BE NOTICED* |
| | | **Louis J. Capozzi , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **John M. Gore**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen J. Kenny**<br>(See above for address)<br>*TERMINATED: 07/19/2023*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Kim Ogg**<br>*Harris Count;y District Attorney* | represented by | **Eric J.R. Nichols**<br>Butler Snow LLP<br>1400 Lavaca Street, Suite 1000<br>Austin, TX 78701<br>737-802-1800<br>Fax: 737-802-1801<br>Email: Eric.Nichols@butlersnow.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joe Gonzales**<br>*Bexar County District Attorney* | represented by | **Larry L. Roberson**<br>Bexar County District Attorney's Office |

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                              represented by    **Anthony J. Nelson**
*Travis County District Attorney*                            Travis County Attorney's Office
                                                             314 West 11th Street
                                                             Room 590
                                                             Austin, TX 78701
                                                             (512) 854-4801
                                                             Fax: 512/854-4808
                                                             Email: tony.nelson@traviscountytx.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**                          represented by   **Barbara S. Nicholas**
*Dallas County District Attorney*                          Assistant District Attorney
                                                           Civil Division Administration Building, 5th
                                                           Floor
                                                           500 Elm Street, Suite 6300
                                                           Dallas, TX 75202
                                                           (214) 653-6068
                                                           Fax: (214) 653-6134
                                                           Email: barbara.nicholas@dallascounty.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ben L Stool**
                                                           Criminal District Attorney's Office of Dallas
                                                           County, T
                                                           500 Elm Street
                                                           Suite 6300
                                                           Dallas, TX 75202
                                                           (214) 653-6234
                                                           Fax: (214) 653-6134
                                                           Email: ben.larry.stool@gmail.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**                represented by   **Jacqueline Lysette Villarreal**
                                                           Hidalgo County District Attorney Office
                                                           Civil Litigation
                                                           100 E. Cano
                                                           Edinburg, TX 78539
                                                           956-292-7609
                                                           Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**                          represented by    **Ian Russell Kaplan**
*in her official capacity as El Paso County*                  El Paso County Attorney's Office
*District Attorney*                                          320 S. Campbell Street,
                                                            Suite 200
                                                            El Paso, TX 79912
                                                            915-273-3247
                                                            Email: I.Kaplan@epcountytx.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Rogelio C. Rodriguez**
                                                            Law Firm
                                                            3800 N. Mesa, A-2202
                                                            El Paso, TX 79902
                                                            (915) 422-1000
                                                            Fax: 915-532-3900
                                                            Email: attorney@rodriguezfirm.com
                                                            *TERMINATED: 05/09/2023*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**                        represented by    **Anthony J. Nelson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**                       represented by    **Sameer Singh Birring**
*Harris County Clerk, In her Official*                        Harris County Attorney's Office
*Capacity*                                                   1019 Congress
                                                            15th Floor
                                                            Houston, TX 77002
                                                            (713) 274-5142
                                                            Email: sameer.birring@traviscountytx.gov
                                                            *TERMINATED: 04/13/2023*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                    Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                  (See above for address)
*Administrator of Bexar County*                          *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                Hidalgo County District Attorney's Office
*County Elections Administrator*                         100 E. Cano, First Floor
                                                         Edinburg, TX 78539
                                                         956-292-7609
                                                         Fax: 956-292-7619
                                                         Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                         *TERMINATED: 03/02/2024*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello**<br>*in his Official Capacity as the Dallas*<br>*County Elections Administrator* | represented by | **Barbara S. Nicholas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ben L Stool**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Earl S. Nesbitt**<br>Rogge Dunn Group<br>500 N. Akard Street<br>Suite 1900<br>Dallas, TX 75201<br>214-888-5000<br>Email: nesbitt@RoggeDunnGroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick K. Sweeten**<br>(See above for address)<br>*TERMINATED: 12/05/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Thomas Thompson**<br>(See above for address) |

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary*
*of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by   **Anthony J. Nelson**
*in her Official Capacity as the Travis*                (See above for address)
*County Clerk*                                          *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leslie W. Dippel**
                                                        Travis County Attorney's Office
                                                        P.O. Box 1748
                                                        314 W. 11th Street
                                                        Room 500
                                                        Austin, TX 78767
                                                        (512) 854-9513
                                                        Fax: 512/854-4808
                                                        Email: leslie.dippel@traviscountytx.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patrick T. Pope**
                                                        Travis County Attorney
                                                        Civil Litigation Division
                                                        PO BOX 1748
                                                        Austin, TX 78767
                                                        512-854-9523
                                                        Fax: 512-854-4808
                                                        Email: patrick.pope@traviscountytx.gov
                                                        *TERMINATED: 08/07/2023*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Sherine Elizabeth Thomas**
                                                        Assistant County Attorney
                                                        Travis County, Texas
                                                        P.O. Box 1748
                                                        Austin, TX 78767
                                                        (512) 854-9513
                                                        Fax: 512/854-4808
                                                        Email: sherine@sherinethomaslaw.com
                                                        *TERMINATED: 02/10/2023*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**          represented by   **Donna Garcia Davidson**
**Accountability**                                      PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**                represented by    **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**                represented by    **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**                represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
|---|---|---|
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
|---|---|---|
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 |  | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | |
|---|---|---|
| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING <u>95</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | <u>96</u> | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | <u>97</u> | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # <u>1</u> Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | <u>98</u> | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re <u>96</u> Order (Attachments: # <u>1</u> Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | <u>99</u> | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # <u>1</u> Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | <u>100</u> | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # <u>1</u> Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | <u>101</u> | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | <u>102</u> | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # <u>1</u> Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | <u>103</u> | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # <u>1</u> Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | <u>104</u> | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # <u>1</u> Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | <u>105</u> | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # <u>1</u> Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | <u>106</u> | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/15/2021 | <u>107</u> | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | <u>108</u> | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # <u>1</u> Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | <u>109</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | <u>110</u> | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>111</u> | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re <u>57</u> Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>112</u> | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>113</u> | NOTICE *of Joinder* by Republican National Committee re <u>57</u> Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>114</u> | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING <u>109</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to <u>112</u> Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 (p.41582) | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | |
|---|---|---|
| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
|---|---|---|
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | |
|---|---|---|
| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 (p.41636) | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/21/2022 | [201](#) | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | [202](#) | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | [203](#) | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # [1](#) Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | [204](#) | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # [1](#) Exhibit A (Proposed Second Amended Complaint), # [2](#) Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | [205](#) | MOTION to Compel *Production* by United States Of America. (Attachments: # [1](#) Proposed Order, # [2](#) Exhibit Exhibit 1, # [3](#) Exhibit Exhibit 2, # [4](#) Exhibit Exhibit 3, # [5](#) Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | [206](#) | Unopposed MOTION for Extension of Time to File Response/Reply as to [176](#) MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, [177](#) MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING [204](#) Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | [208](#) | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING [176](#) Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint [208](#) entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | [209](#) | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING [177](#) Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint [207](#) entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| | | |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| | | |
|---|---|---|
| 01/28/2022 | <u>216</u> | ANSWER to <u>199</u> Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | <u>217</u> | ANSWER to <u>200</u> Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | <u>218</u> | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING <u>218</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | <u>219</u> | ANSWER to <u>207</u> Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | <u>220</u> | ANSWER to <u>207</u> Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | <u>221</u> | ANSWER to <u>199</u> Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | <u>222</u> | ANSWER to <u>207</u> Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | <u>223</u> | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re <u>145</u> MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | <u>224</u> | ANSWER to <u>207</u> Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | <u>225</u> | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | <u>226</u> | ANSWER to <u>207</u> Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | <u>227</u> | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | <u>228</u> | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | <u>229</u> | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1-Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| | | |
|---|---|---|
| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> <u>(p.41663)</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 295 | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 |

| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
|---|---|---|
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
|---|---|---|
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs.* Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | this entry.) (cb) (Entered: 03/17/2022) |
|---|---|---|
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
|---|---|---|
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | |
|---|---|---|
| | | 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
|---|---|---|
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | <u>383</u> | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | <u>384</u> | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | <u>385</u> | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>295</u> Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | <u>386</u> | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | <u>387</u> | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING <u>386</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | <u>388</u> | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | <u>389</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | <u>390</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>334</u> Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | <u>391</u> | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>392</u> | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
|---|---|---|
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | <u>414</u> | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING <u>414</u> Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | <u>416</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>417</u> | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re <u>397</u> Response in Opposition to Motion,,, (Attachments: # <u>1</u> Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
|---|---|---|
| 05/24/2022 | 423 (p.41693) | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | |
|---|---|---|
| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | the district court enjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
|---|---|---|
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | |
|---|---|---|
| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | [472](#) | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # [1](#) Exhibit Exhibit A, # [2](#) Exhibit Exhibit B, # [3](#) Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | [473](#) | ORDER SETTING MOTION HEARING re [469](#) Opposed MOTION to Compel [471](#) MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | [474](#) | RESPONSE to Motion, filed by United States Of America, re [471](#) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | [475](#) | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [471](#) MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, [469](#) Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # [1](#) Exhibit Exhibit A, # [2](#) Exhibit Exhibit B, # [3](#) Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | [476](#) | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 (p.41755) | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

25-50246.41487

| | | |
|---|---|---|
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | <u>503</u> | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>504</u> | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | <u>505</u> | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | <u>519</u> | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING <u>519</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | <u>520</u> | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | <u>521</u> | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # <u>1</u> Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | <u>522</u> | Supplement to re <u>516</u> Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | <u>523</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | <u>524</u> | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING <u>521</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | <u>525</u> | Letter of transmittal from USCA received for <u>457</u> <u>458</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | <u>526</u> | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | <u>527</u> | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 (p.41824) | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
|---|---|---|
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | |
|---|---|---|
| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 (p.41844) | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
|---|---|---|
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023.* All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023.* (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| | | |
|---|---|---|
| 05/22/2023 | 602<br>(p.41886) | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
|---|---|---|
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | |
|---|---|---|
| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

| | | |
|---|---|---|
| | | Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| | | |
|---|---|---|
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi |

| | | |
|---|---|---|
| | | Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 (p.41919) | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | <u>667</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | <u>668</u> | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>669</u> | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re <u>614</u> MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # <u>1</u> Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>670</u> | REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | <u>671</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>616</u> MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | <u>672</u> | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING <u>672</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel <u>630</u> is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | <u>673</u> | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING <u>673</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | <u>674</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630).* (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | Kathleen) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | |
|---|---|---|
| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 (p.41967) | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2023) |
| 09/02/2023 | <u>749</u> | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | <u>750</u> | RESPONSE *in Opposition* to <u>748</u> MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # |

| | | |
|---|---|---|
| | | 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
|---|---|---|
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
|---|---|---|
| 09/13/2023 | [776](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | [774](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING [774](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | [775](#) | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | [777](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | [778](#) | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re [761](#) MOTION to Strike MOTION in Limine (Attachments: # [1](#) Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # [2](#) Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # [3](#) Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # [4](#) Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | [779](#) | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # [1](#) Sealed Exhibit, # [2](#)Sealed Exhibit, # [3](#) Sealed Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | |
|---|---|---|
| | | (Entered: 09/18/2023) |
| 09/19/2023 | <u>780</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | <u>781</u> | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | <u>782</u> | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | <u>784</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | |

| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
|---|---|---|
| 09/28/2023 | | Text Order GRANTING <u>788</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>761</u> LUPE Plaintiffs' Motion to Strike and GRANTING <u>761</u> LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>746</u> State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | <u>792</u> | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | <u>793</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | <u>795</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | <u>794</u> | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | <u>796</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | <u>797</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | |

| | | |
|---|---|---|
| | | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | |

| | | |
|---|---|---|
| | | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |

| | | |
|---|---|---|
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) |

| | | |
|---|---|---|
| | | (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in |

| | | |
|---|---|---|
| | | future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of |

| | | |
|---|---|---|
| | | fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
|---|---|---|
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban |

| | | League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | <u>869</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # <u>1</u> Pla-HAUL-112, # <u>2</u> Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>870</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>871</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>872</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>873</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>874</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>875</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # <u>1</u> Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | <u>876</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | <u>877</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>878</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>879</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>880</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>881</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>882</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # <u>1</u> Pla-HAUL-124, # <u>2</u> Pla-HAUL-125, # <u>3</u> Pla-HAUL-126, # <u>4</u> Pla-HAUL-128, # <u>5</u> Pla-HAUL-129, # <u>6</u> Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>883</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # <u>1</u> Pla-HAUL-133, # <u>2</u> Pla-HAUL-134, # <u>3</u> Pla-HAUL-135, # <u>4</u> Pla-HAUL-136, # <u>5</u> Pla-HAUL-167, # <u>6</u> Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |

25-50246.41538

| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 (p.41999) | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 (p.42238) | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 946 (p.42509) | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a) or FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 (p.42795) | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 (p.42981) | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 (p.43246) | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 (p.43498) | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 (p.43749) | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 (p.43945) | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 (p.44159) | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 (p.44425) | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 955 (p.44780) | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 (p.45081) | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 (p.45189) | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 (p.45484) | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 (p.45709) | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 (p.45898) | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 (p.46137) | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 (p.46407) | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 (p.46662) | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 964 (p.46906) | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 (p.46935) | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 |

25-50246.41549

| | | |
|---|---|---|
| | | Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas*. (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 |

| | | |
|---|---|---|
| | | Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 (p.46950) | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) |

| | | (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | |

| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike the Declaration of Jonathan White filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | |

| | | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
|---|---|---|
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | |
|---|---|---|
| | | is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in |

| | | |
|---|---|---|
| | | his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of |

| | | |
|---|---|---|
| | | record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | <u>1157</u> | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | <u>1158</u> | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | <u>1159</u> | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | <u>1160</u> | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING <u>1160</u> Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1161</u> | ORDER DENYING <u>1159</u> Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1162</u> | Appeal of Order entered by District Judge <u>1157</u> by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1163</u> | Appeal of Order entered by District Judge <u>1157</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1162</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1163</u> Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: |

| | | 10/02/2024) |
|---|---|---|
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for <u>1177</u> Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1183</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for <u>1179</u> Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1184</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | <u>1185</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | <u>1186</u> | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | <u>1187</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | <u>1188</u> | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |

| | | |
|---|---|---|
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | |

| | | |
|---|---|---|
| | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |

| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
|---|---|---|
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants |

| | | opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
|---|---|---|
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

25-50246.41581

TAB 9: DOCKET SHEET, EIGHTH SUPPLEMENTAL
(ROA.47451-47678)

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**                    represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

25-50246.47454

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**          represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                          represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

25-50246.47458

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mexican American Bar Association of Texas**    represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Texas Hispanics Organized for Political Education** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                      represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                          represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

25-50246.47464

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mi Familia Vota**                              represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

25-50246.47465

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

25-50246.47466

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

25-50246.47467

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

25-50246.47469

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**                  represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**
*TERMINATED: 02/23/2022*

represented by **Georgina Yeomans**
Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20002
202-921-2748
Email: gyeomans@afscme.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**          represented by  **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

25-50246.47474

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by     **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                    represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

25-50246.47483

**Consol Plaintiff**

**LULAC Texas**                                     represented by   **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**          represented by     **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

25-50246.47489

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                     represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                represented by   **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation, Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York, 10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation, Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

25-50246.47497

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**League of Women Voters of Texas**          represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                     represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**          represented by  **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                              (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Andre I. Segura**
                                                      (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Ari Savitzky**
                                                      (See above for address)
                                                      *TERMINATED: 04/14/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**                    represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                              (See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**                    represented by   **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*                    Office of the Attorney General of Texas
                                                                  P O Box 12548
                                                                  Capital Station
                                                                  Austin, TX 78701
                                                                  512-463-2120
                                                                  Fax: 512-320-0667
                                                                  Email: chris@stonehilton.com
                                                                  *TERMINATED: 01/30/2024*
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.47511

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                    represented by    **Chad Ennis**
*in her official capacity as Medina County*               Texas Secretary of State
*Elections Administrator*                                 1019 Brazos Street
                                                          Austin, TX 78701
                                                          512-472-2700
                                                          Fax: 512-472-2728
                                                          Email: CEnnis@sos.texas.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                        **Robert E Henneke**
                                                          Texas Public Policy Foundation
                                                          901 Congress Avenue
                                                          Austin, TX 78701
                                                          512-472-2700
                                                          Fax: 512-472-2728
                                                          Email: rhenneke@texaspolicy.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                         represented by    **Angelica Lien Leo**
*in her Official Capacity as the El Paso*                 Cooley LLP
*County Elections Administrator*                          3175 Hanover Street
                                                          Palo Alto, CA 94304
                                                          (650) 843-5075
                                                          Fax: (650) 849-7400
                                                          Email: aleo@cooley.com
                                                          *TERMINATED: 05/12/2022*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                        **Beatriz Mejia**
                                                          Cooley LLP
                                                          3 Embarcadero Center 20th Floor
                                                          San Francisco, CA 94111
                                                          (415) 693-2000
                                                          Fax: (415) 693-2222
                                                          Email: mejiab@cooley.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**          represented by    **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Kim Ogg** | represented by | **Eric J.R. Nichols** |
| *Harris Count;y District Attorney* | | Butler Snow LLP |

**Kim Ogg**
*Harris Count;y District Attorney*

represented by

**Eric J.R. Nichols**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**
*Bexar County District Attorney*

represented by

**Larry L. Roberson**
Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose Garza**<br>*Travis County District Attorney* | represented by | **Anthony J. Nelson**<br>Travis County Attorney's Office<br>314 West 11th Street<br>Room 590<br>Austin, TX 78701<br>(512) 854-4801<br>Fax: 512/854-4808<br>Email: tony.nelson@traviscountytx.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
Criminal District Attorney's Office of Dallas County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ricardo Rodriguez, Jr.** | represented by | **Jacqueline Lysette Villarreal**<br>Hidalgo County District Attorney Office<br>Civil Litigation<br>100 E. Cano<br>Edinburg, TX 78539<br>956-292-7609<br>Email: |

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Yvonne Rosales** | represented by | **Ian Russell Kaplan** |
| *in her official capacity as El Paso County District Attorney* | | El Paso County Attorney's Office |

**Yvonne Rosales**
*in her official capacity as El Paso County District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                         represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                      Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

25-50246.47523

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                  (See above for address)
*Administrator of Bexar County*                          *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                    **Lisa V. Cubriel**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Robert D. Green**
                                                    (See above for address)
                                                    *TERMINATED: 02/23/2022*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Robert William Piatt , III**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                Hidalgo County District Attorney's Office
*County Elections Administrator*                         100 E. Cano, First Floor
                                                         Edinburg, TX 78539
                                                         956-292-7609
                                                         Fax: 956-292-7619
                                                         Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                         *TERMINATED: 03/02/2024*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                    **Leigh Ann Tognetti**
                                                    Hidalgo County Criminal District Attorney
                                                    100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello**<br>*in his Official Capacity as the Dallas County Elections Administrator* | represented by | **Barbara S. Nicholas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ben L Stool**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Earl S. Nesbitt**<br>Rogge Dunn Group<br>500 N. Akard Street<br>Suite 1900<br>Dallas, TX 75201<br>214-888-5000<br>Email: nesbitt@RoggeDunnGroup.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick K. Sweeten**<br>(See above for address)<br>*TERMINATED: 12/05/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Thomas Thompson**<br>(See above for address) |

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary*
*of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                  (See above for address)
*County Clerk*                                            *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leslie W. Dippel**
                                                         Travis County Attorney's Office
                                                         P.O. Box 1748
                                                         314 W. 11th Street
                                                         Room 500
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: leslie.dippel@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick T. Pope**
                                                         Travis County Attorney
                                                         Civil Litigation Division
                                                         PO BOX 1748
                                                         Austin, TX 78767
                                                         512-854-9523
                                                         Fax: 512-854-4808
                                                         Email: patrick.pope@traviscountytx.gov
                                                         *TERMINATED: 08/07/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sherine Elizabeth Thomas**
                                                         Assistant County Attorney
                                                         Travis County, Texas
                                                         P.O. Box 1748
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: sherine@sherinethomaslaw.com
                                                         *TERMINATED: 02/10/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**          represented by    **Donna Garcia Davidson**
**Accountability**                                       PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**              represented by   **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**              represented by   **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**              represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica* |

25-50246.47530

| | | |
|---|---|---|
| | | *M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation |

| | | |
|---|---|---|
| | | League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 |    | Text Order GRANTING <u>35</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 |    | Text Order GRANTING <u>36</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 |    | Text Order GRANTING <u>41</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 |    | Text Order GRANTING <u>37</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 |    | Text Order GRANTING <u>38</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 |    | Text Order GRANTING <u>39</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | <u>42</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | <u>43</u> | MOTION by Public Interest Legal Foundation. (Attachments: # <u>1</u> Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | <u>44</u> | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | <u>45</u> |    |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | [46](#) | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | [47](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | [48](#) | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re [47](#) Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | [49](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | [50](#) | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re [43](#) MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | [51](#) | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re [49](#) Response in Opposition to Motion, [43](#) MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | [52](#) | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re [43](#) MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING [44](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING [45](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |

| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| --- | --- | --- |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |

| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |

| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
|---|---|---|
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | |

| | | |
|---|---|---|
| | | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchange initial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |

| 11/15/2021 | <u>112</u> | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| --- | --- | --- |
| 11/15/2021 | <u>113</u> | NOTICE *of Joinder* by Republican National Committee re <u>57</u> Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>114</u> | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>118</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | <u>119</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |

| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
|---|---|---|
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |

| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE of Amended Initial Disclosures by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures Amended Initial Disclosures by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures Amended Initial Disclosures by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE of Amended Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | 137 | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | 141 | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated |

| | | |
|---|---|---|
| | | with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 68 Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | |

| | | |
|---|---|---|
| | | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. the deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |

| | | |
|---|---|---|
| 12/22/2021 | <u>161</u> | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | <u>162</u> | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | <u>168</u> | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>169</u> | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>170</u> | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | <u>163</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING <u>163</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | <u>164</u> | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # <u>1</u> Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | <u>165</u> | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>166</u> | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>167</u> | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>171</u> | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # <u>1</u> Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | <u>172</u> | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | <u>173</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING <u>173</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |

| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney *,Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne |

| | | |
|---|---|---|
| | | Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | |

| | | |
|---|---|---|
| | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, |

| | | Christopher) (Entered: 01/27/2022) |
|---|---|---|
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston |

| | | |
|---|---|---|
| | | Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |

| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | |

| | | |
|---|---|---|
| | | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |

| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 |  | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 |  | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 |  | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America |

| | | (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
|---|---|---|
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | <u>307</u> | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, |

| | | |
|---|---|---|
| | | Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |

| | | |
|---|---|---|
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is |

| | | |
|---|---|---|
| | | no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing |

| | | |
|---|---|---|
| | | party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 |

| | | |
|---|---|---|
| | | Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |

| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
|---|---|---|
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs |

| | | |
|---|---|---|
| | | remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg |

| | | (Dolling, Zachary) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |

| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
|---|---|---|
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban |

| | | League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
|---|---|---|
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas |

| | | |
|---|---|---|
| | | AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the |

| | | |
|---|---|---|
| | | instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | |

| | | |
|---|---|---|
| | | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | [443](#) | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | [444](#) | ORDER GRANTING IN PART AND DENYING IN PART [243](#) Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | [445](#) | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | [446](#) | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING [446](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | [447](#) | ORDER GRANTING IN PART AND DENYING IN PART [239](#) Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | [448](#) | ORDER GRANTING IN PART AND DENYING IN PART [240](#) Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | [449](#) | ORDER GRANTING IN PART AND DENYING IN PART [255](#) Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | [450](#) | ORDER GRANTING IN PART AND DENYING IN PART [344](#) Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | [451](#) | Appeal of Order entered by District Judge [450](#) by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to [450](#) Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit |

| | | |
|---|---|---|
| | | rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or |

| | | |
|---|---|---|
| | | by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on |

| | | |
|---|---|---|
| | | the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). |

| | | |
|---|---|---|
| | | (Entered: 10/31/2022) |
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | <u>478</u> | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | <u>479</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re <u>469</u> Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | <u>480</u> | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | <u>481</u> | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | <u>482</u> | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING <u>481</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING <u>482</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and |

| | | |
|---|---|---|
| | | Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |

| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) |

| | | |
|---|---|---|
| | | (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, |

| | | |
|---|---|---|
| | | and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE of *Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | |

| | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |

| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
|---|---|---|
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 |

| | | |
|---|---|---|
| | | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/20/2023 | <u>567</u> | Appeal of Order entered by District Judge <u>561</u> by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>561</u> Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per the 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | <u>568</u> | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | <u>569</u> | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Certificate of Good Standing, # <u>2</u> Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>568</u> Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>569</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | <u>570</u> | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for <u>567</u> Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>578</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | <u>581</u> | ORDER of USCA (certified copy). re <u>567</u> Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks |

| | | |
|---|---|---|
| | | jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This |

| | | |
|---|---|---|
| | | is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow |

| | | |
|---|---|---|
| | | Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) |

| | | (Entered: 05/19/2023) |
|---|---|---|
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of |

| | | |
|---|---|---|
| | | uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss Voluntarily Certain Claims by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment on All Claims by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober for Eric Wang ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez |

| | | |
|---|---|---|
| | | Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. |

| | | |
|---|---|---|
| | | (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary |

Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023)

| | | |
|---|---|---|
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, |

| | | |
|---|---|---|
| | | 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel |

| | | |
|---|---|---|
| | | *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by |

| | | |
|---|---|---|
| | | remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican |

| | | |
|---|---|---|
| | | Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS *-Joint.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | |

| | | |
|---|---|---|
| | | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |

| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
|---|---|---|
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, |

| | | William) (Entered: 08/10/2023) |
|---|---|---|
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation.* (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>717</u> | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List Objections, # <u>2</u> Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |

| | | |
|---|---|---|
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>726</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | <u>728</u> | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | <u>729</u> | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | <u>730</u> | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re <u>729</u> Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING <u>729</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion <u>730</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING <u>731</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING <u>730</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |

| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 |  | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox. Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 |  | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There |

| | | |
|---|---|---|
| | | is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest |

| | | |
|---|---|---|
| | | Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |

| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to |

| | | |
|---|---|---|
| | | Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) |

| | | |
|---|---|---|
| | | (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register |

| | | |
|---|---|---|
| | | for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | 785 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | 787 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | 786 | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING 786 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | 788 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |

| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
|---|---|---|
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 |  | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics |

| | | |
|---|---|---|
| | | Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION Judicial Notice by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE St. Def. Amended Depo Designations by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION Request for Judicial Notice by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file |

| | | |
|---|---|---|
| | | a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | <u>822</u> | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | <u>823</u> | Appeal of Final Judgment <u>821</u> by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following <u>823</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | <u>824</u> | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | <u>825</u> | Response in Opposition to Motion, filed by United States Of America, re <u>824</u> Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING <u>822</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | <u>826</u> | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re <u>824</u> Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | <u>827</u> | Appeal of Order entered by District Judge <u>821</u> , <u>820</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | <u>828</u> | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following <u>827</u> Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT |

| | | |
|---|---|---|
| | | Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)(Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |

| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
|---|---|---|
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | |

| | | |
|---|---|---|
| | | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |

| | | |
|---|---|---|
| 01/23/2024 | <u>865</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # <u>1</u> Pla-HAUL-094, # <u>2</u> Pla-HAUL-095, # <u>3</u> Pla-HAUL-096, # <u>4</u> Pla-HAUL-097, # <u>5</u> Pla-HAUL-098, # <u>6</u> Pla-HAUL-099, # <u>7</u> Pla-HAUL-100, # <u>8</u> Pla-HAUL-101, # <u>9</u> Pla-HAUL-102, # <u>10</u> Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>866</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # <u>1</u> Pla-HAUL-105, # <u>2</u> Pla-HAUL-106, # <u>3</u> Pla-HAUL-107, # <u>4</u> Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>867</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>868</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>869</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # <u>1</u> Pla-HAUL-112, # <u>2</u> Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>870</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>871</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>872</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>873</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>874</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>875</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # <u>1</u> Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | <u>876</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | <u>877</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>878</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>879</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>880</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>881</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |

| | | |
|---|---|---|
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |

| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
|---|---|---|
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>948</u> | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>949</u> | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>950</u> | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>951</u> | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | <u>952</u> | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>953</u> | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>954</u> | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>955</u> | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>956</u> | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: |

| | | |
|---|---|---|
| | | gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | <u>976</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # <u>1</u> Pla-LUPE-66, # <u>2</u> Pla-LUPE-67, # <u>3</u> Pla-LUPE-67, # <u>4</u> Pla-LUPE-68, # <u>5</u> Pla-LUPE-68, # <u>6</u> Pla-LUPE-69, # <u>7</u> Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>977</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # <u>1</u> Pla-LUPE-70, # <u>2</u> Pla-LUPE-71, # <u>3</u> Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>978</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # <u>1</u> Pla-LUPE-90, # <u>2</u> Pla-LUPE-91, # <u>3</u> Pla-LUPE-91, # <u>4</u> Pla-LUPE-92, # <u>5</u> Pla-LUPE-92, # <u>6</u> Pla-LUPE-93, # <u>7</u> Pla-LUPE-93, # <u>8</u> Pla-LUPE-94, # <u>9</u> Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>979</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # <u>1</u> Pla-LUPE-95, # <u>2</u> Pla-LUPE-96, # <u>3</u> Pla-LUPE-96, # <u>4</u> Pla-LUPE-97, # <u>5</u> Pla-LUPE-97, # <u>6</u> Pla-LUPE-98, # <u>7</u> Pla-LUPE-98, # <u>8</u> Pla-LUPE-99, # <u>9</u> Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | <u>980</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # <u>1</u> Pla-LUPE-100, # <u>2</u> Pla-LUPE-101, # <u>3</u> Pla-LUPE-101, # <u>4</u> Pla-LUPE-102, # <u>5</u> Pla-LUPE-102, # <u>6</u> Pla-LUPE-103, # <u>7</u> Pla-LUPE-103, # <u>8</u> Pla-LUPE-104, # <u>9</u> Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>981</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # <u>1</u> Pla-LUPE-105, # <u>2</u> Pla-LUPE-106, # <u>3</u> Pla-LUPE-106, # <u>4</u> Pla-LUPE-107, # <u>5</u> Pla-LUPE-107, # <u>6</u> Pla-LUPE-108, # <u>7</u> Pla-LUPE-108, # <u>8</u> Pla-LUPE-109, # <u>9</u> Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>982</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # <u>1</u> Pla-LUPE-110, # <u>2</u> Pla-LUPE-111, # <u>3</u> Pla-LUPE-111, # <u>4</u> Pla-LUPE-112, # <u>5</u> Pla-LUPE-112, # <u>6</u> Pla-LUPE-114, # <u>7</u> Pla-LUPE-114, # <u>8</u> Pla-LUPE-115, # <u>9</u> Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>983</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # <u>1</u> Pla-LUPE-116, # <u>2</u> Pla-LUPE-117, # <u>3</u> Pla-LUPE-117, # <u>4</u> Pla-LUPE-118, # <u>5</u> Pla-LUPE-118, # <u>6</u> Pla-LUPE-119, # <u>7</u> Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>984</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # <u>1</u> Pla-LUPE-120, # <u>2</u> Pla-LUPE-121, # <u>3</u> Pla-LUPE-121, # <u>4</u> Pla-LUPE-122, # <u>5</u> Pla-LUPE-122, # <u>6</u> Pla-LUPE-123, # <u>7</u> Pla-LUPE-123, # <u>8</u> Pla-LUPE-124, # <u>9</u> Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>985</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # <u>1</u> Pla-LUPE-125, # <u>2</u> Pla-LUPE-126, # <u>3</u> Pla-LUPE-126, # <u>4</u> Pla-LUPE-127, # <u>5</u> Pla-LUPE-127, # <u>6</u> Pla-LUPE-128, # <u>7</u> Pla-LUPE-128, # <u>8</u> Pla-LUPE-129, # <u>9</u> Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>986</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # <u>1</u> Pla-LUPE-130, # <u>2</u> Pla-LUPE-132, # <u>3</u> Pla-LUPE-132, # <u>4</u> Pla-LUPE-133, # <u>5</u> Pla-LUPE-133, # <u>6</u> Pla-LUPE-134, # <u>7</u> Pla-LUPE-134, # <u>8</u> Pla-LUPE-139, # <u>9</u> Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | <u>987</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # <u>1</u> Pla-LUPE-140, # <u>2</u> Pla-LUPE-141, # <u>3</u> Pla-LUPE-141, # <u>4</u> Pla-LUPE-142, # <u>5</u> Pla-LUPE-142, # <u>6</u> Pla-LUPE-143, # <u>7</u> Pla-LUPE-143)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order) (Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas*. (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** |

25-50246.47650

| | | |
|---|---|---|
| | | (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |

| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 |

| | | Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |

| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |

| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
|---|---|---|
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |

| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
|---|---|---|
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | |

25-50246.47656

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
|---|---|---|
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV |

| | | |
|---|---|---|
| | | Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 03/18/2024) |
| 03/22/2024 | <u>1126</u> | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re <u>823</u> Notice of Appeal, <u>827</u> Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | <u>1127</u> | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING <u>1127</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | <u>1128</u> | ORDER Striking Pleading <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | <u>1129</u> | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re <u>992</u> Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | <u>1130</u> | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING <u>1130</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with |

| | | |
|---|---|---|
| | | the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion |

| | | |
|---|---|---|
| | | for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney for Alyssa Bernstein by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, |

| | | |
|---|---|---|
| | | filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |

| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
|---|---|---|
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is |

| | | |
|---|---|---|
| | | a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |

| | | |
|---|---|---|
| 10/18/2024 | | NOTICE OF APPEAL following <u>1177</u> Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following <u>1179</u> Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1180</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>1175</u> Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1181</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1175</u> Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | <u>1182</u> | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for <u>1177</u> Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1183</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for <u>1179</u> Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1184</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | <u>1185</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary |

| | | |
|---|---|---|
| | | administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | |

| | | |
|---|---|---|
| | | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |

| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
|---|---|---|
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |

| | | |
|---|---|---|
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff |

| | | |
|---|---|---|
| | | OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
|---|---|---|
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

25-50246.47678

Tab 10: Docket Sheet, Ninth Supplemental
(ROA.64011-64243)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**          represented by   **Aaron J. Curtis**
                                                              Weil, Gotshal & Manges, LLP
                                                              767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                               represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Hispanics Organized for Political Education**
represented by
**Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**            represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                           represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                     represented by **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                    represented by    **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

25-50246.64029

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**
*TERMINATED: 02/23/2022*

represented by **Georgina Yeomans**
Equal Employment Opportunity Commission
131 M St. NE
Washington, DC 20002
202-921-2748
Email: gyeomans@afscme.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**              represented by **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                          represented by  **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by    **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

25-50246.64048

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**<u>Consol Plaintiff</u>**

**Texas Alliance for Retired Americans**          represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

<u>**Consol Plaintiff**</u>

**League of Women Voters of Texas**            represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                 represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**　　　　　　represented by　**Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*　　　　　　　　　　　　　　(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**          represented by     **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                           *TERMINATED: 03/06/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by    **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                    represented by    **Chad Ennis**
*in her official capacity as Medina County*            Texas Secretary of State
*Elections Administrator*                              1019 Brazos Street
                                                       Austin, TX 78701
                                                       512-472-2700
                                                       Fax: 512-472-2728
                                                       Email: CEnnis@sos.texas.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Robert E Henneke**
                                                       Texas Public Policy Foundation
                                                       901 Congress Avenue
                                                       Austin, TX 78701
                                                       512-472-2700
                                                       Fax: 512-472-2728
                                                       Email: rhenneke@texaspolicy.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                         represented by    **Angelica Lien Leo**
*in her Official Capacity as the El Paso*              Cooley LLP
*County Elections Administrator*                       3175 Hanover Street
                                                       Palo Alto, CA 94304
                                                       (650) 843-5075
                                                       Fax: (650) 849-7400
                                                       Email: aleo@cooley.com
                                                       *TERMINATED: 05/12/2022*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Beatriz Mejia**
                                                       Cooley LLP
                                                       3 Embarcadero Center 20th Floor
                                                       San Francisco, CA 94111
                                                       (415) 693-2000
                                                       Fax: (415) 693-2222
                                                       Email: mejiab@cooley.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**    represented by    **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**                    represented by  **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**                    represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**                 represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                          represented by    **Eric J.R. Nichols**
*Harris Count;y District Attorney*                     Butler Snow LLP
                                                       1400 Lavaca Street, Suite 1000
                                                       Austin, TX 78701
                                                       737-802-1800
                                                       Fax: 737-802-1801
                                                       Email: Eric.Nichols@butlersnow.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Karson Karl Thompson**
                                                       Butler Snow LLP
                                                       1400 Lavaca Street, Suite 1000
                                                       Austin, TX 78701
                                                       737-802-1800
                                                       Fax: 737-802-1801
                                                       Email: karson.thompson@butlersnow.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Victoria A. Giese**
                                                       Butler Snow LLP
                                                       1400 Lavaca Street Suite 1000
                                                       Austin, TX 78701
                                                       737-802-1800
                                                       Email: victoria.giese@butlersnow.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Cory Ren Liu**
                                                       Butler Snow LLP
                                                       1400 Lavaca Street
                                                       Suite 1000
                                                       Austin, TX 78701
                                                       737-802-1800
                                                       Email: cory.ren.liu@gmail.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                     represented by    **Larry L. Roberson**
*Bexar County District Attorney*                       Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**                          represented by    **Anthony J. Nelson**
*Travis County District Attorney*                        Travis County Attorney's Office
                                                         314 West 11th Street
                                                         Room 590
                                                         Austin, TX 78701
                                                         (512) 854-4801
                                                         Fax: 512/854-4808
                                                         Email: tony.nelson@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

Amy Stoeckl Ybarra
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

Sameer Singh Birring
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**
*Dallas County District Attorney*

represented by   **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th
Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: barbara.nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by   **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County*
*District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official*
*Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.64082

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                 Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                         represented by   **Larry L. Roberson**
*In her Official Capacity as Elections*                      (See above for address)
*Administrator of Bexar County*                              *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                            **Lisa V. Cubriel**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert D. Green**
                                            (See above for address)
                                            *TERMINATED: 02/23/2022*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert William Piatt , III**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                            represented by   **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                    Hidalgo County District Attorney's Office
*County Elections Administrator*                             100 E. Cano, First Floor
                                                             Edinburg, TX 78539
                                                             956-292-7609
                                                             Fax: 956-292-7619
                                                             Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                             *TERMINATED: 03/02/2024*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                            **Leigh Ann Tognetti**
                                            Hidalgo County Criminal District Attorney
                                            100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello**<br>*in his Official Capacity as the Dallas*<br>*County Elections Administrator* | represented by | **Barbara S. Nicholas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**                          represented by    **Christopher D. Hilton**
*in her official capacity as Texas Secretary*              (See above for address)
*of State*                                                 *TERMINATED: 01/30/2024*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                  (See above for address)
*County Clerk*                                             *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Leslie W. Dippel**
                                                          Travis County Attorney's Office
                                                          P.O. Box 1748
                                                          314 W. 11th Street
                                                          Room 500
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: leslie.dippel@traviscountytx.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick T. Pope**
                                                          Travis County Attorney
                                                          Civil Litigation Division
                                                          PO BOX 1748
                                                          Austin, TX 78767
                                                          512-854-9523
                                                          Fax: 512-854-4808
                                                          Email: patrick.pope@traviscountytx.gov
                                                          *TERMINATED: 08/07/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sherine Elizabeth Thomas**
                                                          Assistant County Attorney
                                                          Travis County, Texas
                                                          P.O. Box 1748
                                                          Austin, TX 78767
                                                          (512) 854-9513
                                                          Fax: 512/854-4808
                                                          Email: sherine@sherinethomaslaw.com
                                                          *TERMINATED: 02/10/2023*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**           represented by    **Donna Garcia Davidson**
**Accountability**                                        PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing**                 represented by  **Veronica Smith Moye**
**Coalition**                                                       King & Spalding LLP
                                                                   2601 Olive Street, Suite 2300
                                                                   Dallas, TX 75201
                                                                   214-764-4418
                                                                   Email: vmoye@kslaw.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**                          represented by  **Eric Wang**
                                                                   The Gober Group
                                                                   1501 Wilson Blvd. Suite 1050
                                                                   Arlington, VA 22209
                                                                   202-417-3528
                                                                   Email: ew@gobergroup.com
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**                   represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| 11/15/2021 | <u>107</u> | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | <u>108</u> | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # <u>1</u> Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | <u>109</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | <u>110</u> | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>111</u> | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re <u>57</u> Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>112</u> | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>113</u> | NOTICE *of Joinder* by Republican National Committee re <u>57</u> Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>114</u> | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING <u>109</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to <u>112</u> Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING 77 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING 89 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion 76 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN PER COURT ORDER, DOC #470 \*\*\*Text Order DENYING 71 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN, PER COURT ORDER, DOC# 470 \*\*\*\*Text Order DENYING 72 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene 57 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
|---|---|---|
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
|---|---|---|
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | Response in Opposition to Motion, filed by United States Of America, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING <u>172</u> Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | <u>184</u> | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | |
|---|---|---|
| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss the Federal Government's Claims filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | 01/18/2022) |
|---|---|---|
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/21/2022 | <u>201</u> | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | <u>202</u> | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | <u>203</u> | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # <u>1</u> Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | <u>204</u> | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A (Proposed Second Amended Complaint), # <u>2</u> Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | <u>205</u> | MOTION to Compel *Production* by United States Of America. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit Exhibit 1, # <u>3</u> Exhibit Exhibit 2, # <u>4</u> Exhibit Exhibit 3, # <u>5</u> Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | <u>206</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>176</u> MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, <u>177</u> MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING <u>204</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>208</u> | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
|---|---|---|
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | <u>240</u> | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | <u>241</u> | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | <u>242</u> | *Defendant Lisa Wise's* ANSWER to <u>208</u> Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | <u>243</u> | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>244</u> | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | <u>245</u> | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | <u>246</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | <u>247</u> | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re <u>205</u> MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # <u>2</u> Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # <u>3</u> Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # <u>4</u> Exhibit D- 211117 LUPE Transcript of Status Conference, # <u>5</u> Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>248</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | <u>251</u> | STIPULATED ORDER <u>241</u> regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | <u>249</u> | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re <u>203</u> MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | <u>250</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | [260](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | [261](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | [262](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | [263](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | [264](#) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re [239](#) MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | [265](#) | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | [266](#) | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [267](#) | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [268](#) | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [269](#) | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | [270](#) | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [271](#) | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | [272](#) | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [273](#) | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | [274](#) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | [275](#) | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

25-50246.64120

| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
|---|---|---|
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
|---|---|---|
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | |
|---|---|---|
| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>240</u> MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>243</u> |

| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
|---|---|---|
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| | | |
|---|---|---|
| 03/11/2022 | <u>320</u> | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | <u>321</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>317</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>319</u> Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>320</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>321</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | <u>322</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | <u>323</u> | Second MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | <u>324</u> | Second MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING <u>323</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | |
|---|---|---|
| | | this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | 04/07/2022) |
|---|---|---|
| 04/07/2022 | <u>356</u> | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | <u>357</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | <u>358</u> | RESPONSE *to State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | <u>359</u> | RESPONSE *State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING <u>357</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING <u>356</u> Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | <u>360</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | <u>361</u> | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | <u>362</u> | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | |
|---|---|---|
| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | <u>383</u> | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | <u>384</u> | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | <u>385</u> | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>295</u> Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | <u>386</u> | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | <u>387</u> | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING <u>386</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | <u>388</u> | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | <u>389</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | <u>390</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>334</u> Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | <u>391</u> | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>392</u> | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
|---|---|---|
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | <u>414</u> | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING <u>414</u> Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | <u>416</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>417</u> | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re <u>397</u> Response in Opposition to Motion,,, (Attachments: # <u>1</u> Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | <u>429</u> | ORDER GRANTING <u>428</u> Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | <u>430</u> | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | <u>431</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING <u>431</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | <u>432</u> | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # <u>1</u> Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | <u>433</u> | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING <u>432</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | <u>434</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING <u>434</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | <u>435</u> | ANSWER to <u>131</u> Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | <u>436</u> | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | <u>437</u> | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re <u>426</u> Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
|---|---|---|
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
|---|---|---|
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | |
|---|---|---|
| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | |
|---|---|---|
| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
|---|---|---|
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | <u>503</u> | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | <u>504</u> | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | <u>505</u> | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | <u>506</u> | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | <u>507</u> | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | <u>508</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | <u>509</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING <u>508</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING <u>509</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| | | |
|---|---|---|
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
|---|---|---|
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023. (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
|---|---|---|
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
|---|---|---|
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
|---|---|---|
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders.* (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
|---|---|---|
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
|---|---|---|
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | |
|---|---|---|
| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

| | | |
|---|---|---|
| | | Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
|---|---|---|
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi |

| | | |
|---|---|---|
| | | Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | Kathleen) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
|---|---|---|
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | |
|---|---|---|
| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE and Objections to Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE to Pretrial Disclosures to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE and Objections to Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
|---|---|---|
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | 727 | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | 09/02/2023) |
|---|---|---|
| 09/02/2023 | <u>749</u> | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | <u>750</u> | RESPONSE *in Opposition* to <u>748</u> MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | <u>751</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING <u>751</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>743</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING <u>744</u> Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | <u>752</u> | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | <u>753</u> | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order, # <u>2</u> Appendix B to Joint Pretrial Order, # <u>3</u> Appendix C to Joint Pretrial Order, # <u>4</u> Exhibit 1 to Joint Pretrial Order, # <u>5</u> Exhibit 2 to Joint Pretrial Order, # <u>6</u> Exhibit 3 to Joint Pretrial Order, # <u>7</u> Exhibit 4 to Joint Pretrial Order, # <u>8</u> Exhibit 5 to Joint Pretrial Order, # <u>9</u> Exhibit 6 to Joint Pretrial Order, # <u>10</u> Exhibit 7 to Joint Pretrial Order, # <u>11</u> Exhibit 8 to Joint Pretrial Order, # <u>12</u> Exhibit 9 to Joint Pretrial Order, # <u>13</u> Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | <u>754</u> | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # |

| | | |
|---|---|---|
| | | <u>5</u> STATE087323, # <u>6</u> STATE112177, # <u>7</u> STATE112160, # <u>8</u> SOS Referrals, # <u>9</u> STATE112155, # <u>10</u> Oral Deposition of Jonathan Sherman White April 27, 2022, # <u>11</u> Oral Deposition of Jonathan White May 5, 2022, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # <u>15</u> Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # <u>16</u> Privilege Log May 12, 2023, # <u>17</u> Privilege Log May 19, 2023, # <u>18</u> Plaintiff's First Set of Requests for Production, # <u>19</u> The Secretary's Objections and Responses, # <u>20</u> Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # <u>21</u> Transcript of Motion to Compel Proceedings, # <u>22</u> Exhibit 1, # <u>23</u> Oral Deposition of Jonathan White August 11, 2023, # <u>24</u> Exhibit 4, # <u>25</u> Press Release October 8, 2020, # <u>26</u> Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | <u>762</u> | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | <u>763</u> | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | <u>764</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>746</u> MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # <u>1</u> Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # <u>2</u> Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # <u>3</u> Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | <u>765</u> | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>761</u> MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | <u>766</u> | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | <u>767</u> | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>753</u> Advisory to the Court,, (Attachments: # <u>1</u> Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | <u>768</u> | SUPPLEMENT to <u>691</u> Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | |
|---|---|---|
| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | |
|---|---|---|
| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | |
|---|---|---|
| | | (Entered: 09/18/2023) |
| 09/19/2023 | <u>780</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | <u>781</u> | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | <u>782</u> | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | <u>784</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | |

| | | |
|---|---|---|
| | | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | |

| | | |
|---|---|---|
| | | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |

| | | |
|---|---|---|
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) |

| | | (Entered: 12/04/2023) |
|---|---|---|
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in |

| | | |
|---|---|---|
| | | future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of |

| | | |
|---|---|---|
| | | fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
|---|---|---|
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | Order)(Perales, Nina) (Entered: 01/21/2024) |
|---|---|---|
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban |

| | | |
|---|---|---|
| | | League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | <u>898</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # <u>1</u> Pla-HAUL-271, # <u>2</u> Pla-HAUL-273, # <u>3</u> Pla-HAUL-274, # <u>4</u> Pla-HAUL-276, # <u>5</u> Pla-HAUL-277, # <u>6</u> Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>899</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>900</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # <u>1</u> Pla-HAUL-290, # <u>2</u> Pla-HAUL-293, # <u>3</u> Pla-HAUL-296, # <u>4</u> Pla-HAUL-297, # <u>5</u> Pla-HAUL-298, # <u>6</u> Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>901</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>902</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # <u>1</u> Pla-HAUL-311, # <u>2</u> Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>903</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # <u>1</u> Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>904</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # <u>1</u> Pla-HAUL-345, # <u>2</u> Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>905</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # <u>1</u> Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>906</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # <u>1</u> Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>907</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # <u>1</u> Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>908</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # <u>1</u> Pla-HAUL-391, # <u>2</u> Pla-HAUL-392, # <u>3</u> Pla-HAUL-393, # <u>4</u> Pla-HAUL-394, # <u>5</u> Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>909</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # <u>1</u> Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>910</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # <u>1</u> Pla-HAUL-397-B, # <u>2</u> Pla-HAUL-397-C, # <u>3</u> Pla-HAUL-397-D, # <u>4</u> Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>911</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # <u>1</u> Pla-HAUL-398-B, # <u>2</u> Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 (p.64246) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 (p.64288) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 (p.64297) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 (p.64324) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 (p.64374) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 (p.64407) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 930 (p.64437) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 (p.64439) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 (p.64450) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 (p.64492) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 (p.64510) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 (p.64527) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 (p.64558) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 (p.64598) | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney Chris D. Hilton by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney Kenneth Parreno by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota and All Parties. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | <u>946</u> | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>947</u> | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>948</u> | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>949</u> | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>950</u> | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 |

| | | Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
|---|---|---|
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/23/2024 | <u>1006</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # <u>1</u> Pla-LUPE-260, # <u>2</u> Pla-LUPE-261, # <u>3</u> Pla-LUPE-261, # <u>4</u> Pla-LUPE-262, # <u>5</u> Pla-LUPE-262, # <u>6</u> Pla-LUPE-263, # <u>7</u> Pla-LUPE-263, # <u>8</u> Pla-LUPE-264, # <u>9</u> Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1007</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # <u>1</u> Pla-LUPE-265, # <u>2</u> Pla-LUPE-266, # <u>3</u> Pla-LUPE-266, # <u>4</u> Pla-LUPE-267, # <u>5</u> Pla-LUPE-267, # <u>6</u> Pla-LUPE-268, # <u>7</u> Pla-LUPE-268, # <u>8</u> Pla-LUPE-269, # <u>9</u> Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1008</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # <u>1</u> Pla-LUPE-270, # <u>2</u> Pla-LUPE-271, # <u>3</u> Pla-LUPE-271, # <u>4</u> Pla-LUPE-272, # <u>5</u> Pla-LUPE-272, # <u>6</u> Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1009</u> | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1010</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # <u>1</u> Pla-LUPE-282, # <u>2</u> Pla-LUPE-284, # <u>3</u> Pla-LUPE-285, # <u>4</u> Pla-LUPE-286, # <u>5</u> Pla-LUPE-287, # <u>6</u> Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1011</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # <u>1</u> Pla-LUPE-291, # <u>2</u> Pla-LUPE-292, # <u>3</u> Pla-LUPE-293, # <u>4</u> Pla-LUPE-294, # <u>5</u> Pla-LUPE-295, # <u>6</u> Pla-LUPE-296, # <u>7</u> Pla-LUPE-298, # <u>8</u> Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1012</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # <u>1</u> Pla-LUPE-301, # <u>2</u> Pla-LUPE-302, # <u>3</u> Pla-LUPE-304, # <u>4</u> Pla-LUPE-305, # <u>5</u> Pla-LUPE-306, # <u>6</u> Pla-LUPE-307, # <u>7</u> Pla-LUPE-308, # <u>8</u> Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1013</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # <u>1</u> Pla-LUPE-311, # <u>2</u> Pla-LUPE-312, # <u>3</u> Pla-LUPE-313, # <u>4</u> Pla-LUPE-314, # <u>5</u> Pla-LUPE-315, # <u>6</u> Pla-LUPE-316, # <u>7</u> Pla-LUPE-317, # <u>8</u> Pla-LUPE-318, # <u>9</u> Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1014</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # <u>1</u> Pla-LUPE-321, # <u>2</u> Pla-LUPE-322, # <u>3</u> Pla-LUPE-323, # <u>4</u> Pla-LUPE-324, # <u>5</u> Pla-LUPE-325, # <u>6</u> Pla-LUPE-326, # <u>7</u> Pla-LUPE-328, # <u>8</u> Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1015</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # <u>1</u> Pla-LUPE-331, # <u>2</u> Pla-LUPE-332, # <u>3</u> Pla-LUPE-333, # <u>4</u> Pla-LUPE-334, # <u>5</u> Pla-LUPE-335, # <u>6</u> Pla-LUPE-336, # <u>7</u> Pla-LUPE-337, # <u>8</u> Pla-LUPE-338, # <u>9</u> Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1016</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # <u>1</u> Pla-LUPE-341, # <u>2</u> Pla-LUPE-342, # <u>3</u> Pla-LUPE-343, # <u>4</u> Pla-LUPE-344, # <u>5</u> Pla-LUPE-346, # <u>6</u> Pla-LUPE-347, # <u>7</u> Pla-LUPE-348, # <u>8</u> Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | <u>1017</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # <u>1</u> Pla-LUPE-353, # <u>2</u> Pla-LUPE-354, # <u>3</u> Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |

25-50246.64216

| | | |
|---|---|---|
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 |

| | | |
|---|---|---|
| | | Pla-LUPE-75, # <u>8</u> Pla-LUPE-78, # <u>9</u> Pla-LUPE-78, # <u>10</u> Pla-LUPE-79, # <u>11</u> Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1031</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # <u>1</u> Pla-LUPE-80, # <u>2</u> Pla-LUPE-81, # <u>3</u> Pla-LUPE-81, # <u>4</u> Pla-LUPE-82, # <u>5</u> Pla-LUPE-82, # <u>6</u> Pla-LUPE-84, # <u>7</u> Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1032</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # <u>1</u> Pla-LUPE-85, # <u>2</u> Pla-LUPE-86, # <u>3</u> Pla-LUPE-86, # <u>4</u> Pla-LUPE-87, # <u>5</u> Pla-LUPE-87, # <u>6</u> Pla-LUPE-89, # <u>7</u> Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1033</u> | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | <u>1034</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # <u>1</u> Pla-LUPE-135, # <u>2</u> Pla-LUPE-136, # <u>3</u> Pla-LUPE-136, # <u>4</u> Pla-LUPE-137, # <u>5</u> Pla-LUPE-137, # <u>6</u> Pla-LUPE-138, # <u>7</u> Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1035</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # <u>1</u> Pla-LUPE-146, # <u>2</u> Pla-LUPE-148, # <u>3</u> Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1036</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # <u>1</u> Pla-LUPE-154, # <u>2</u> Pla-LUPE-155, # <u>3</u> Pla-LUPE-155, # <u>4</u> Pla-LUPE-156, # <u>5</u> Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1037</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # <u>1</u> Pla-LUPE-162, # <u>2</u> Pla-LUPE-163, # <u>3</u> Pla-LUPE-163, # <u>4</u> Pla-LUPE-164, # <u>5</u> Pla-LUPE-164, # <u>6</u> Pla-LUPE-165, # <u>7</u> Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1038</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # <u>1</u> Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1039</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # <u>1</u> Pla-LUPE-183, # <u>2</u> Pla-LUPE-183, # <u>3</u> Pla-LUPE-185, # <u>4</u> Pla-LUPE-185, # <u>5</u> Pla-LUPE-187, # <u>6</u> Pla-LUPE-187, # <u>7</u> Pla-LUPE-188, # <u>8</u> Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1040</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # <u>1</u> Pla-LUPE-195, # <u>2</u> Pla-LUPE-196, # <u>3</u> Pla-LUPE-196, # <u>4</u> Pla-LUPE-199, # <u>5</u> Pla-LUPE-199)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | |

| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 03/06/2024) |
| 03/06/2024 | <u>1080</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # <u>1</u> Def-STATE-81, # <u>2</u> Def-STATE-82, # <u>3</u> Def-STATE-85, # <u>4</u> Def-STATE-86, # <u>5</u> Def-STATE-87, # <u>6</u> Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1081</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # <u>1</u> Def-STATE-91, # <u>2</u> Def-STATE-92, # <u>3</u> Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1082</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1083</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # <u>1</u> Def-STATE-124, # <u>2</u> Def-STATE-125, # <u>3</u> Def-STATE-127, # <u>4</u> Def-STATE-128, # <u>5</u> Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1084</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # <u>1</u> Def-STATE-131, # <u>2</u> Def-STATE-132, # <u>3</u> Def-STATE-133, # <u>4</u> Def-STATE-134, # <u>5</u> Def-STATE-135, # <u>6</u> Def-STATE-136, # <u>7</u> Def-STATE-137, # <u>8</u> Def-STATE-138, # <u>9</u> Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1085</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # <u>1</u> Def-STATE-141, # <u>2</u> Def-STATE-142, # <u>3</u> Def-STATE-143, # <u>4</u> Def-STATE-144, # <u>5</u> Def-STATE-145, # <u>6</u> Def-STATE-146, # <u>7</u> Def-STATE-147, # <u>8</u> Def-STATE-148, # <u>9</u> Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1086</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # <u>1</u> Def-STATE-151, # <u>2</u> Def-STATE-152, # <u>3</u> Def-STATE-153, # <u>4</u> Def-STATE-154, # <u>5</u> Def-STATE-155, # <u>6</u> Def-STATE-156, # <u>7</u> Def-STATE-157, # <u>8</u> Def-STATE-158, # <u>9</u> Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1087</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # <u>1</u> Def-STATE-161, # <u>2</u> Def-STATE-162, # <u>3</u> Def-STATE-163, # <u>4</u> Def-STATE-164, # <u>5</u> Def-STATE-165, # <u>6</u> Def-STATE-166, # <u>7</u> Def-STATE-167, # <u>8</u> Def-STATE-168, # <u>9</u> Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1088</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # <u>1</u> Def-STATE-171, # <u>2</u> Def-STATE-172, # <u>3</u> Def-STATE-173, # <u>4</u> Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1089</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1090</u> | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # <u>1</u> Def-STATE-193, # <u>2</u> Def-STATE-194, # <u>3</u> Def-STATE-195, # <u>4</u> Def-STATE-196, # <u>5</u> Def-STATE-197, # <u>6</u> Def-STATE-198, # <u>7</u> Def-STATE-199)(dtg) (Entered: 03/06/2024) |

25-50246.64222

| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |

| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
|---|---|---|
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | |

| | | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
|---|---|---|
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | |
|---|---|---|
| | | is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in |

| | | his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
|---|---|---|
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of |

| | | |
|---|---|---|
| | | record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: |

| | | |
|---|---|---|
| | | 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. |

| | | (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
|---|---|---|
| 10/15/2024 | <u>1176</u> | ORDER of USCA (certified copy). re <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. <u>1163</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | <u>1177</u> | Appeal of Order entered by District Judge <u>1173</u> by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | <u>1178</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re <u>1175</u> Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | <u>1179</u> | Appeal of Final Judgment <u>1173</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following <u>1177</u> Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following <u>1179</u> Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1180</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>1175</u> Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1181</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1175</u> Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | <u>1182</u> | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for <u>1177</u> Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1183</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for <u>1179</u> Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1184</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | <u>1185</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | <u>1186</u> | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | <u>1187</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | <u>1188</u> | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |

| | | |
|---|---|---|
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | |

| | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
|---|---|---|
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |

| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
|---|---|---|
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants |

| | | |
|---|---|---|
| | | opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

Tab 11: Docket Sheet, Tenth Supplemental
(ROA.64916-65150)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |

Case in other court:  5CCCA, 21-51145 (Doc. 123)
　　　　　　　　　　　5CCA, 22-50435 (Doc. 426)
　　　　　　　　　　　5CCA, 22-50732 (Doc. 451)
　　　　　　　　　　　5CCA, 22-50775 (Doc. 457)
　　　　　　　　　　　5CCA, 22-50777 (Doc. 458)
　　　　　　　　　　　5CCA, 22-50778 (Doc. 459)
　　　　　　　　　　　5CCA, 23-50201 (Doc. 567)
　　　　　　　　　　　5CCA, 23-50885 (Doc. 823)
　　　　　　　　　　　5CCA, 23-50887 (Doc. 827)
　　　　　　　　　　　5CCA, 24-50783 (Doc. 1162)
　　　　　　　　　　　5CCA, 24-50786 (Doc. 1163)
　　　　　　　　　　　5CCA, 24-50826 (Doc. 1177)
　　　　　　　　　　　5CCA, 24-50831 (Doc. 1179)
　　　　　　　　　　　5CCA, 24-50904 (Doc. 1191)
　　　　　　　　　　　5CCA, 25-50246 (Doc. 1208)
　　　　　　　　　　　5CCA, 25-50250 (Doc. 1209)
　　　　　　　　　　　5CCA, 25-50366 (Doc. 1220)

Cause: 42:1973 Voting Rights Act

**Plaintiff**

**La Union Del Pueblo Entero**　　　　　　　　represented by　**Leah J. Tulin**
Brennan Center for Justice at NYU School of
Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

25-50246.64916

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**          represented by     **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

25-50246.64920

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

The Anti-Defamation League Austin,
Southwest, and Texoma
*TERMINATED: 03/06/2023*

represented by   **Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**      represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **Mexican American Bar Association of Texas** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**            represented by            **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

Leah J. Tulin
(See above for address)
*ATTORNEY TO BE NOTICED*

Michael C. Keats
(See above for address)
*ATTORNEY TO BE NOTICED*

Patrick A. Berry
(See above for address)
*ATTORNEY TO BE NOTICED*

Rebecca L. Martin
(See above for address)
*ATTORNEY TO BE NOTICED*

Sean Morales-Doyle
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                                         represented by   **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

25-50246.64929

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Mi Familia Vota**                          represented by     **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

25-50246.64931

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                          represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*

25-50246.64933

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**          represented by  **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                Equal Employment Opportunity Commission
                                                        131 M St. NE
                                                        Washington, DC 20002
                                                        202-921-2748
                                                        Email: gyeomans@afscme.org
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer A. Holmes**
                                                        (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**       represented by **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by  **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                         represented by  **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **LULAC Texas** | represented by | **Christopher Dooley Dodge** |

Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

25-50246.64952

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**          represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.64960

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| League of Women Voters of Texas | represented by | **Adriel I. Cepeda-Derieux** |
|---|---|---|

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                          represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                      represented by    **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                            (See above for address)
                                                                   *TERMINATED: 04/14/2022*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Andre I. Segura**
                                                                   (See above for address)
                                                                   *TERMINATED: 04/14/2022*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Ari Savitzky**
                                                                   (See above for address)
                                                                   *TERMINATED: 04/14/2022*
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**           represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                            *TERMINATED: 03/06/2023*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by   **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary*
*of the State of Texas*

represented by **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*
*of Texas*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.64976

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                    represented by   **Chad Ennis**
*in her official capacity as Medina County*            Texas Secretary of State
*Elections Administrator*                               1019 Brazos Street
                                                        Austin, TX 78701
                                                        512-472-2700
                                                        Fax: 512-472-2728
                                                        Email: CEnnis@sos.texas.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert E Henneke**
                                                        Texas Public Policy Foundation
                                                        901 Congress Avenue
                                                        Austin, TX 78701
                                                        512-472-2700
                                                        Fax: 512-472-2728
                                                        Email: rhenneke@texaspolicy.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                         represented by   **Angelica Lien Leo**
*in her Official Capacity as the El Paso*              Cooley LLP
*County Elections Administrator*                        3175 Hanover Street
                                                        Palo Alto, CA 94304
                                                        (650) 843-5075
                                                        Fax: (650) 849-7400
                                                        Email: aleo@cooley.com
                                                        *TERMINATED: 05/12/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Beatriz Mejia**
                                                        Cooley LLP
                                                        3 Embarcadero Center 20th Floor
                                                        San Francisco, CA 94111
                                                        (415) 693-2000
                                                        Fax: (415) 693-2222
                                                        Email: mejiab@cooley.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

25-50246.64978

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.64979

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**     represented by **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**                 represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**                represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**                represented by    **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                     represented by    **Eric J.R. Nichols**
*Harris Count;y District Attorney*                Butler Snow LLP
                                                 1400 Lavaca Street, Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Fax: 737-802-1801
                                                 Email: Eric.Nichols@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Karson Karl Thompson**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street, Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Fax: 737-802-1801
                                                 Email: karson.thompson@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Victoria A. Giese**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Email: victoria.giese@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Cory Ren Liu**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street
                                                 Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Email: cory.ren.liu@gmail.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**                represented by    **Larry L. Roberson**
*Bexar County District Attorney*                 Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose Garza**
*Travis County District Attorney*

represented by **Anthony J. Nelson**
Travis County Attorney's Office
314 West 11th Street
Room 590
Austin, TX 78701
(512) 854-4801
Fax: 512/854-4808
Email: tony.nelson@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
Criminal District Attorney's Office of Dallas County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Ricardo Rodriguez, Jr.** | represented by | **Jacqueline Lysette Villarreal**<br>Hidalgo County District Attorney Office<br>Civil Litigation<br>100 E. Cano<br>Edinburg, TX 78539<br>956-292-7609<br>Email: |

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County*
*District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official*
*Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                    Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                                      represented by  **Larry L. Roberson**
*In her Official Capacity as Elections*                                  (See above for address)
*Administrator of Bexar County*                                          *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                        **Lisa V. Cubriel**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert D. Green**
                                                        (See above for address)
                                                        *TERMINATED: 02/23/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert William Piatt , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                                        represented by  **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                               Hidalgo County District Attorney's Office
*County Elections Administrator*                                        100 E. Cano, First Floor
                                                                        Edinburg, TX 78539
                                                                        956-292-7609
                                                                        Fax: 956-292-7619
                                                                        Email: josephine.ramirez@da.co.hidalgo.tx.us
                                                                        *TERMINATED: 03/02/2024*
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leigh Ann Tognetti**
                                                        Hidalgo County Criminal District Attorney
                                                        100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello**<br>*in his Official Capacity as the Dallas County Elections Administrator* | represented by | **Barbara S. Nicholas**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by   **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by    **Anthony J. Nelson**
*in her Official Capacity as the Travis*                  (See above for address)
*County Clerk*                                            *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Leslie W. Dippel**
                                                         Travis County Attorney's Office
                                                         P.O. Box 1748
                                                         314 W. 11th Street
                                                         Room 500
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: leslie.dippel@traviscountytx.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick T. Pope**
                                                         Travis County Attorney
                                                         Civil Litigation Division
                                                         PO BOX 1748
                                                         Austin, TX 78767
                                                         512-854-9523
                                                         Fax: 512-854-4808
                                                         Email: patrick.pope@traviscountytx.gov
                                                         *TERMINATED: 08/07/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sherine Elizabeth Thomas**
                                                         Assistant County Attorney
                                                         Travis County, Texas
                                                         P.O. Box 1748
                                                         Austin, TX 78767
                                                         (512) 854-9513
                                                         Fax: 512/854-4808
                                                         Email: sherine@sherinethomaslaw.com
                                                         *TERMINATED: 02/10/2023*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government**            represented by    **Donna Garcia Davidson**
**Accountability**                                        PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**

represented by **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**

represented by **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**

represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of* |

25-50246.64995

| | | |
|---|---|---|
| | | *Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West |

| | | |
|---|---|---|
| | | Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* (Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated |

| | | |
|---|---|---|
| | | by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | |

| | | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) |

| | | |
|---|---|---|
| | | (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc |

| | | of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |

| 11/15/2021 | <u>107</u> | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
|---|---|---|
| 11/15/2021 | <u>108</u> | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # <u>1</u> Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | <u>109</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | <u>110</u> | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>111</u> | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re <u>57</u> Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>112</u> | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # <u>1</u> Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>113</u> | NOTICE *of Joinder* by Republican National Committee re <u>57</u> Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | <u>114</u> | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING <u>109</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | <u>115</u> | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | <u>116</u> | APPENDIX to <u>112</u> Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Legislative History: SB 7, Legislative Session 87(R), # <u>2</u> Legislative History: SB 1, Legislative Session 87, 1st Special Session, # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special |

| | | |
|---|---|---|
| | | Session (Part VI), # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>118</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | <u>119</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING <u>78</u> Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>76</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>77</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING <u>89</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion <u>76</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN PER COURT ORDER, DOC #470 \*\*\*Text Order DENYING <u>71</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | \*\*\*WITHDRAWN, PER COURT ORDER, DOC# 470 \*\*\*\*Text Order DENYING <u>72</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>118</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene <u>43</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |

| | | |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John |

| | | Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | <u>142</u> | |

| | | |
|---|---|---|
| | | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | |

| | | |
|---|---|---|
| | | ANSWER to <u>139</u> Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | <u>157</u> | ANSWER to <u>136</u> Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | <u>158</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>145</u> MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING <u>158</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss <u>145</u> is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | <u>159</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING <u>159</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | <u>160</u> | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | <u>161</u> | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | <u>162</u> | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | <u>168</u> | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>169</u> | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>170</u> | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | <u>163</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING <u>163</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for |

| | | Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
|---|---|---|
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case |

| | | must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
|---|---|---|
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion |

| | | |
|---|---|---|
| | | 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: |

| | | |
|---|---|---|
| | | 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |

| | | |
|---|---|---|
| 01/21/2022 | <u>201</u> | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | <u>202</u> | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | <u>203</u> | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # <u>1</u> Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | <u>204</u> | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A (Proposed Second Amended Complaint), # <u>2</u> Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | <u>205</u> | MOTION to Compel *Production* by United States Of America. (Attachments: # <u>1</u> Proposed Order, # <u>2</u> Exhibit Exhibit 1, # <u>3</u> Exhibit Exhibit 2, # <u>4</u> Exhibit Exhibit 3, # <u>5</u> Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | <u>206</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>176</u> MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, <u>177</u> MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING <u>204</u> Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>208</u> | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |

| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |

| | | |
|---|---|---|
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | <u>240</u> | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | <u>241</u> | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | <u>242</u> | *Defendant Lisa Wise's* ANSWER to <u>208</u> Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | <u>243</u> | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>244</u> | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | <u>245</u> | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | <u>246</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | <u>247</u> | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re <u>205</u> MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # <u>2</u> Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # <u>3</u> Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # <u>4</u> Exhibit D- 211117 LUPE Transcript of Status Conference, # <u>5</u> Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | <u>248</u> | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | <u>251</u> | STIPULATED ORDER <u>241</u> regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | <u>249</u> | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re <u>203</u> MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | <u>250</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - Additional Bar Admission |

| | | |
|---|---|---|
| | | Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | [252](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re [239](#) MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # [1](#) Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING [250](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING [203](#) Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | [253](#) | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | [254](#) | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | [255](#) | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # [1](#) Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | [256](#) | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | [257](#) | GOVT'S REPLY to Response to Motion, filed by United States Of America, re [205](#) MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | [258](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | [259](#) | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |

| | | |
|---|---|---|
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar |

| | | |
|---|---|---|
| | | Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |

| | | |
|---|---|---|
| 02/24/2022 | <u>283</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING <u>283</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | <u>284</u> | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | <u>285</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | <u>286</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>285</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | <u>287</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | <u>288</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>289</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | <u>290</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |

| | | |
|---|---|---|
| 02/25/2022 | | Text Order GRANTING <u>288</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>289</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING <u>290</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | <u>291</u> | Unopposed MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | <u>292</u> | Unopposed MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING <u>291</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING <u>292</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | <u>293</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | <u>294</u> | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, |

| | | William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 295 | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 |

| | | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
|---|---|---|
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the |

| | | |
|---|---|---|
| | | court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |

| 03/11/2022 | <u>320</u> | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
|---|---|---|
| 03/14/2022 | <u>321</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>317</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>319</u> Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>320</u> Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING <u>321</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | <u>322</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | <u>323</u> | Second MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | <u>324</u> | Second MOTION for Extension of Time to File Answer re <u>199</u> Amended Complaint, by Kim Ogg. (Attachments: # <u>1</u> Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING <u>323</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>324</u> Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint <u>199</u> on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | <u>325</u> | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | <u>326</u> | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | <u>327</u> | ANSWER to <u>207</u> Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | <u>328</u> | *Defendant Garza's* ANSWER to <u>207</u> Amended Complaint, *by LULAC Plaintiffs.* Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | <u>329</u> | *Defendant Garza's* ANSWER to <u>208</u> Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING <u>326</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | <u>330</u> | *Defendant Garza's* ANSWER to <u>199</u> Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | <u>331</u> | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | <u>332</u> | *Defendant Garza's* ANSWER to <u>200</u> Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING <u>331</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with |

| | | this entry.) (cb) (Entered: 03/17/2022) |
|---|---|---|
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |

| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
|---|---|---|
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: |

| | | |
|---|---|---|
| | | 04/07/2022) |
| 04/07/2022 | <u>356</u> | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | <u>357</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | <u>358</u> | RESPONSE *to State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | <u>359</u> | RESPONSE *State Defendants' Notice of Supplemental Authority* to <u>333</u> Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING <u>357</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING <u>356</u> Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | <u>360</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | <u>361</u> | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | <u>362</u> | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |

| | | |
|---|---|---|
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. |

| | | Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
|---|---|---|
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 04/27/2022 | <u>383</u> | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | <u>384</u> | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | <u>385</u> | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>295</u> Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | <u>386</u> | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | <u>387</u> | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | <u>388</u> | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | <u>389</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | <u>390</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>334</u> Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | <u>391</u> | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | <u>392</u> | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |

| | | |
|---|---|---|
| 05/04/2022 | <u>394</u> | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | <u>395</u> | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | <u>396</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | <u>397</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # <u>1</u> Exhibit Email of 02.24.2022, # <u>2</u> Exhibit Email of 03.14.2022, # <u>3</u> Exhibit Discovery subpoenas, # <u>4</u> Exhibit Email of 03.29.2022, # <u>5</u> Exhibit Written discovery to LULAC Plaintiffs, # <u>6</u> Exhibit Letter of 04.15.2022, # <u>7</u> Exhibit Declaration of Senator Bryan Hughes, # <u>8</u> Exhibit Declaration of Senator Paul Bettencourt, # <u>9</u> Exhibit Declaration of Representative Andrew Murr, # <u>10</u> Exhibit Declaration of Representative Briscoe Cain, # <u>11</u> Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | <u>398</u> | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | <u>399</u> | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # <u>1</u> Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | <u>400</u> | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | <u>401</u> | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | <u>402</u> | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Answer, # <u>2</u> Proposed Answer, # <u>3</u> Proposed Answer, # <u>4</u> Proposed Answer, # <u>5</u> Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | <u>403</u> | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |

| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| --- | --- | --- |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney for Angelica Lien Leo by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE of Filing Exhibits 1 - 8 by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The |

| | | |
|---|---|---|
| | | Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |

| | | |
|---|---|---|
| 05/18/2022 | <u>414</u> | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING <u>414</u> Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | <u>416</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>417</u> | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re <u>397</u> Response in Opposition to Motion,,, (Attachments: # <u>1</u> Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | <u>418</u> | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | <u>419</u> | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | <u>420</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING <u>420</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | <u>421</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING <u>421</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF |

| | | |
|---|---|---|
| | | site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that |

| | | |
|---|---|---|
| | | the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the |

| | | discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
|---|---|---|
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, |

| | | |
|---|---|---|
| | | and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |

| | | |
|---|---|---|
| 10/31/2022 | <u>472</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | <u>473</u> | ORDER SETTING MOTION HEARING re <u>469</u> Opposed MOTION to Compel <u>471</u> MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | <u>474</u> | RESPONSE to Motion, filed by United States Of America, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | <u>475</u> | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>471</u> MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, <u>469</u> Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | <u>476</u> | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. |

| | | |
|---|---|---|
| | | Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's* |

| | | |
|---|---|---|
| | | *Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |

| 01/10/2023 | [501](#) | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
|---|---|---|
| 01/11/2023 | [502](#) | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re [491](#) Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | [503](#) | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | [504](#) | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | [505](#) | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | [506](#) | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | [507](#) | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | [508](#) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | [509](#) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING [508](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING [509](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |

| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457, 458, 459, Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
|---|---|---|
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |

| | | |
|---|---|---|
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |

| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
|---|---|---|
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this |

| | | |
|---|---|---|
| | | order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas |

| | | |
|---|---|---|
| | | Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, |

| | | |
|---|---|---|
| | | Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |
| 03/20/2023 | 567 | Appeal of Order entered by District Judge 561 by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to 561 Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | 568 | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for |

| | | |
|---|---|---|
| | | Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | 569 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 568 Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING 569 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | 570 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for 567 Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | 571 | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # 1 Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | 572 | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | 573 | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | 574 | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | 575 | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING 574 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |

| 03/27/2023 | | Text Order GRANTING 575 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
|---|---|---|
| 03/28/2023 | 576 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | 577 | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # 1 Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | 578 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | 579 | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 577 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING 578 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton |

| | | |
|---|---|---|
| | | added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |

| | | |
|---|---|---|
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | <u>608</u> | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | <u>609</u> | MOTION for Summary Judgment by United States Of America. (Attachments: # <u>1</u> Statement of Undisputed Facts, # <u>2</u> Exhibit Index, # <u>3</u> Exhibit 1-5, # <u>4</u> Exhibit 6-10, # <u>5</u> Exhibit 11-15, # <u>6</u> Exhibit 16-20, # <u>7</u> Exhibit 21-29, # <u>8</u> Exhibit 30-39, # <u>9</u> Exhibit 40-69, # <u>10</u> Exhibit 70-79, # <u>11</u> Exhibit 80-106, # <u>12</u> Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | <u>610</u> | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re <u>608</u> MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | <u>611</u> | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Appendix, # <u>2</u> Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | <u>612</u> | Unopposed Motion for leave to File Sealed Document (Attachments: # <u>1</u> Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | <u>613</u> | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | <u>614</u> | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | <u>615</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | <u>616</u> | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Appendix A-KK, # <u>2</u> Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | <u>617</u> | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # <u>1</u> Brief Amicus brief, # <u>2</u> Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | <u>618</u> | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # <u>1</u> Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/17/2023) |
|---|---|---|
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, |

| | | |
|---|---|---|
| | | Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment on All Claims filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion |

| | | |
|---|---|---|
| | | to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm |

| | | |
|---|---|---|
| | | Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 06/26/2023) |
|---|---|---|
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |

| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
|---|---|---|
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically). (Court Reporter Gigi |

| | | Simcox.)(tm2) (Entered: 07/13/2023) |
|---|---|---|
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/14/2023 | <u>667</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | <u>668</u> | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>669</u> | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re <u>614</u> MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # <u>1</u> Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | <u>670</u> | REPLY to Response to Motion, filed by United States Of America, re <u>609</u> MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # <u>1</u> Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | <u>671</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re <u>616</u> MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | <u>672</u> | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING <u>672</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel <u>630</u> is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | <u>673</u> | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING <u>673</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | <u>674</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter |

| | | |
|---|---|---|
| | | Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630).* (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, |

| | | |
|---|---|---|
| | | Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | [689](#) | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | [690](#) | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | [691](#) | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | [692](#) | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | [693](#) | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | [694](#) | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | [695](#) | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | [696](#) | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING [696](#) Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures [692](#) , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | [697](#) | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | [698](#) | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | |

| | | |
|---|---|---|
| | | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | <u>718</u> | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | <u>719</u> | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | <u>720</u> | RESPONSE *and Objections* to <u>677</u> Pretrial Disclosures, <u>688</u> Pretrial Disclosures, <u>681</u> Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | <u>721</u> | RESPONSE *and Objections* to <u>688</u> Pretrial Disclosures, <u>677</u> Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | <u>722</u> | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # <u>1</u> Exhibit Objections to HAUL and MFV Exhibits, # <u>2</u> Exhibit Objections to LULAC Exhibits, # <u>3</u> Exhibit Objections to LUPE Exhibits, # <u>4</u> Exhibit Objections to OCA Exhibits, # <u>5</u> Exhibit Objections to DOJ Exhibits, # <u>6</u> Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | <u>723</u> | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to <u>687</u> Notice (Other), <u>684</u> Pretrial Disclosures, <u>690</u> Pretrial Disclosures, <u>692</u> Pretrial Disclosures,, <u>686</u> Pretrial Disclosures, <u>691</u> Pretrial Disclosures, <u>689</u> Pretrial Disclosures, <u>693</u> Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | <u>724</u> | ORDER GRANTING IN PART/DENYING IN PART re <u>611</u> MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration |

| | | |
|---|---|---|
| | | Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: |

| | | Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: |

| | | |
|---|---|---|
| | | 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |

| | | |
|---|---|---|
| 09/05/2023 | <u>755</u> | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # <u>1</u> Exhibit OCA Ps' Exhibit List with Objections, # <u>2</u> Exhibit OCA Ps' Witnesses Expected to Support Claims, # <u>3</u> Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | <u>756</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # <u>2</u> Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | <u>757</u> | SUPPLEMENT to <u>753</u> Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | <u>758</u> | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | <u>759</u> | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | <u>760</u> | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # |

| | | |
|---|---|---|
| | | 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plaintiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Consol Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William |

| | | |
|---|---|---|
| | | C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 |

| | | |
|---|---|---|
| | | replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | [776](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | [774](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING [774](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | [775](#) | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | [777](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | [778](#) | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re [761](#) MOTION to Strike MOTION in Limine (Attachments: # [1](#) Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # [2](#) Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # [3](#) Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # [4](#) Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | [779](#) | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # [1](#) Sealed Exhibit, # [2](#)Sealed Exhibit, # [3](#) Sealed Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). |

| | | (Entered: 09/18/2023) |
|---|---|---|
| 09/19/2023 | <u>780</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | <u>781</u> | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | <u>782</u> | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | <u>784</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING 788 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | 789 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | 790 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | 791 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on |

| | | |
|---|---|---|
| | | 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | <u>795</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | <u>794</u> | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | <u>796</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | <u>797</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | |

| | | |
|---|---|---|
| | | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | |

| | | |
|---|---|---|
| | | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |

| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
|---|---|---|
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) |

| | | |
|---|---|---|
| | | (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in |

| | | |
|---|---|---|
| | | future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of |

| | | |
|---|---|---|
| | | fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane |

| | | |
|---|---|---|
| | | Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban |

| | | League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| 02/07/2024 | <u>955</u> | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>956</u> | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>957</u> | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>958</u> | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>959</u> | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 (p.65151) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 (p.65313) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |

| 02/16/2024 | 972 (p.65502) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
|---|---|---|
| 02/16/2024 | 973 (p.65514) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 (p.65671) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 (p.65687) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 (p.65721) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 (p.65735) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 (p.65771) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 (p.65939) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 (p.65959) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 (p.66003) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 (p.66091) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 (p.66261) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 |

| | | |
|---|---|---|
| | | Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 (p.66279) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 (p.66349) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 (p.66433) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 (p.66453) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 (p.66487) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 (p.66499) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 (p.66509) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 (p.66523) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 994 (p.66625) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 (p.66635) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 (p.66849) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 (p.66979) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 (p.67055) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 (p.67581) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 (p.67755) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 (p.67812) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 (p.68123) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 (p.68282) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 (p.68373) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 (p.68471) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |

| 02/23/2024 | 1006 (p.68579) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
|---|---|---|
| 02/23/2024 | 1007 (p.68647) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 (p.68657) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 (p.68982) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 (p.69438) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 (p.69520) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 (p.69589) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 (p.69613) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 (p.69642) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 (p.69853) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 (p.69987) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |

| | | |
|---|---|---|
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 |

| | | |
|---|---|---|
| | | Pla-LUPE-75, # <u>8</u> Pla-LUPE-78, # <u>9</u> Pla-LUPE-78, # <u>10</u> Pla-LUPE-79, # <u>11</u> Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1031</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # <u>1</u> Pla-LUPE-80, # <u>2</u> Pla-LUPE-81, # <u>3</u> Pla-LUPE-81, # <u>4</u> Pla-LUPE-82, # <u>5</u> Pla-LUPE-82, # <u>6</u> Pla-LUPE-84, # <u>7</u> Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1032</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # <u>1</u> Pla-LUPE-85, # <u>2</u> Pla-LUPE-86, # <u>3</u> Pla-LUPE-86, # <u>4</u> Pla-LUPE-87, # <u>5</u> Pla-LUPE-87, # <u>6</u> Pla-LUPE-89, # <u>7</u> Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | <u>1033</u> | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | <u>1034</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # <u>1</u> Pla-LUPE-135, # <u>2</u> Pla-LUPE-136, # <u>3</u> Pla-LUPE-136, # <u>4</u> Pla-LUPE-137, # <u>5</u> Pla-LUPE-137, # <u>6</u> Pla-LUPE-138, # <u>7</u> Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1035</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # <u>1</u> Pla-LUPE-146, # <u>2</u> Pla-LUPE-148, # <u>3</u> Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1036</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # <u>1</u> Pla-LUPE-154, # <u>2</u> Pla-LUPE-155, # <u>3</u> Pla-LUPE-155, # <u>4</u> Pla-LUPE-156, # <u>5</u> Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1037</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # <u>1</u> Pla-LUPE-162, # <u>2</u> Pla-LUPE-163, # <u>3</u> Pla-LUPE-163, # <u>4</u> Pla-LUPE-164, # <u>5</u> Pla-LUPE-164, # <u>6</u> Pla-LUPE-165, # <u>7</u> Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1038</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # <u>1</u> Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1039</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # <u>1</u> Pla-LUPE-183, # <u>2</u> Pla-LUPE-183, # <u>3</u> Pla-LUPE-185, # <u>4</u> Pla-LUPE-185, # <u>5</u> Pla-LUPE-187, # <u>6</u> Pla-LUPE-187, # <u>7</u> Pla-LUPE-188, # <u>8</u> Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1040</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # <u>1</u> Pla-LUPE-195, # <u>2</u> Pla-LUPE-196, # <u>3</u> Pla-LUPE-196, # <u>4</u> Pla-LUPE-199, # <u>5</u> Pla-LUPE-199)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | |

| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
|---|---|---|
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) |

| | | (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| --- | --- | --- |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |

| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
|---|---|---|
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, |

| | | |
|---|---|---|
| | | National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 03/18/2024) |
|---|---|---|
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | |

| | | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
|---|---|---|
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court |

| | | |
|---|---|---|
| | | is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in |

| | | his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
|---|---|---|
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of |

| | | |
|---|---|---|
| | | record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | <u>1157</u> | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | <u>1158</u> | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | <u>1159</u> | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | <u>1160</u> | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING <u>1160</u> Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1161</u> | ORDER DENYING <u>1159</u> Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1162</u> | Appeal of Order entered by District Judge <u>1157</u> by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | <u>1163</u> | Appeal of Order entered by District Judge <u>1157</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1162</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (<u>Transcript Order</u>) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1163</u> Notice of Appeal (E-Filed) by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (<u>Transcript Order</u>) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: |

| | | |
|---|---|---|
| | | 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |

| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
|---|---|---|
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | |

| | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
|---|---|---|
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |

| | | |
|---|---|---|
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants |

| | | |
|---|---|---|
| | | opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

25-50246.65150

Tab 12: Docket Sheet, Eleventh Supplemental
(ROA.70263-70490)

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al
Assigned to: Judge Xavier Rodriguez
Case in other court:   5CCCA, 21-51145 (Doc. 123)
                   5CCA, 22-50435 (Doc. 426)
                   5CCA, 22-50732 (Doc. 451)
                   5CCA, 22-50775 (Doc. 457)
                   5CCA, 22-50777 (Doc. 458)
                   5CCA, 22-50778 (Doc. 459)
                   5CCA, 23-50201 (Doc. 567)
                   5CCA, 23-50885 (Doc. 823)
                   5CCA, 23-50887 (Doc. 827)
                   5CCA, 24-50783 (Doc. 1162)
                   5CCA, 24-50786 (Doc. 1163)
                   5CCA, 24-50826 (Doc. 1177)
                   5CCA, 24-50831 (Doc. 1179)
                   5CCA, 24-50904 (Doc. 1191)
                   5CCA, 25-50246 (Doc. 1208)
                   5CCA, 25-50250 (Doc. 1209)
                   5CCA, 25-50366 (Doc. 1220)
Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Date Terminated: 09/30/2024
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**La Union Del Pueblo Entero**
        represented by    **Leah J. Tulin**
Brennan Center for Justice at NYU School of
Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

25-50246.70263

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**                represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

<table>
<tr>
<td>

**The Anti-Defamation League Austin, Southwest, and Texoma**
*TERMINATED: 03/06/2023*

</td>
<td>represented by</td>
<td>

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

</td>
</tr>
</table>

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southwest Voter Registration Education Project**          represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**          represented by  **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**             represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                          represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mi Familia Vota**                              represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by  **Amira M. Mattar**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *PRO HAC VICE*
                                    *ATTORNEY TO BE NOTICED*

                                    **Ben Clements**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Laura E. Rosenbaum**
                                    (See above for address)
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

                                    **Victor Genecin**
                                    (See above for address)
                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by    **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*

*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Paul Rutledge                           represented by   **Amira M. Mattar**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                    represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                                  Equal Employment Opportunity Commission
                                                          131 M St. NE
                                                          Washington, DC 20002
                                                          202-921-2748
                                                          Email: gyeomans@afscme.org
                                                          *TERMINATED: 02/23/2022*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer A. Holmes**
                                                          (See above for address)

*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP

811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**       represented by   **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Cole**

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**
NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006

212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com
*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP

233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**The Arc of Texas**                    represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                          represented by  **Christopher Dooley Dodge**
                                                        Elias Law Group LLP
                                                        250 Massachusetts Ave NW
                                                        Suite 400
                                                        Washington, DC 20001
                                                        202-987-4928
                                                        Email: cdodge@elias.law
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Domingo A. Garcia**
                                                        The Law Offices of Domingo A. Garcia, P.C.
                                                        1111 W. Mockingbird Lane, Suite 1200
                                                        Dallas, TX 75247
                                                        (214) 941-8300
                                                        Fax: (214) 943-7536
                                                        Email: domingo@dgley.com
                                                        *TERMINATED: 05/17/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Elena Rodriguez Armenta**
                                                        Elias Law Group LLP
                                                        250 Massachusetts Ave NW, Suite 400
                                                        Washington, DC 20001
                                                        202-968-4490
                                                        Email: erodriguezarmenta@elias.law
                                                        *TERMINATED: 03/03/2025*
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Graham White**
                                                        Elias Law Group
                                                        10 G Street NE
                                                        Washington, DC 20002
                                                        (202) 968-4507
                                                        Fax: (202) 968-4498
                                                        Email: gwhite@elias.law
                                                        *TERMINATED: 01/09/2023*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John Russell Hardin**
                                                        Perkins Coie, LLP
                                                        500 N. Akard Street, Suite 3300
                                                        Dallas, TX 75201
                                                        (214) 965-7743
                                                        Email: johnhardin@perkinscoie.com
                                                        *TERMINATED: 09/06/2022*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550
Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**

(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)

*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**

American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

25-50246.70306

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation, Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450
Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

| | | |
|---|---|---|
| **League of Women Voters of Texas** | represented by | **Adriel I. Cepeda-Derieux**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                            **Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                            **Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by    **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**                represented by **Adriel I. Cepeda-Derieux**
*TERMINATED: 04/14/2022*                                     (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andre I. Segura**
                                                            (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ari Savitzky**
                                                            (See above for address)
                                                            *TERMINATED: 04/14/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Hani Mirza**

(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**            represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                            *TERMINATED: 03/06/2023*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**

(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division

150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**
*in his official capacity as Govenor of Texas*

represented by **Christopher D. Hilton**
Office of the Attorney General of Texas
P O Box 12548
Capital Station
Austin, TX 78701
512-463-2120
Fax: 512-320-0667
Email: chris@stonehilton.com
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711
512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas
P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139

Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose A. Esparza**<br>*in his official capacity as Deputy Secretary*<br>*of the State of Texas* | represented by | **Eric A. Hudson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Warren K. Paxton**<br>*in his official capacity as Attorney General*<br>*of Texas* | represented by | **Christopher D. Hilton**<br>(See above for address)<br>*TERMINATED: 01/30/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County*
*Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133
Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**              represented by  **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: lcapozzi@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**     represented by     **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*

*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Senatorial Committee**     represented by     **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Republican Congressional Committee**     represented by     **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**
*Harris Count;y District Attorney*

represented by **Eric J.R. Nichols**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701
737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gonzales**
*Bexar County District Attorney*

represented by **Larry L. Roberson**
Bexar County District Attorney's Office

101 W. Nueva
7th Floor
San Antonio, TX 78205-3030
(210) 335-2141
Fax: (210) 335-2773
Email: lroberson@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose Garza**<br>*Travis County District Attorney* | represented by | **Anthony J. Nelson**<br>Travis County Attorney's Office<br>314 West 11th Street<br>Room 590<br>Austin, TX 78701<br>(512) 854-4801<br>Fax: 512/854-4808<br>Email: tony.nelson@traviscountytx.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Creuzot**
*Dallas County District Attorney*

represented by **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th
Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: barbara.nicholas@dallascounty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:

jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County
District Attorney*

represented by    **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official
Capacity*

represented by    **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**


V.

**Consol Defendant**

**Isabel Longoria**                        represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                      Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102

Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**
*In her Official Capacity as Elections Administrator of Bexar County*

represented by **Larry L. Roberson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**
*in her Official Capacity as the Hidalgo County Elections Administrator*

represented by **Josephine L. Ramirez**
Hidalgo County District Attorney's Office
100 E. Cano, First Floor
Edinburg, TX 78539
956-292-7609
Fax: 956-292-7619
Email: josephine.ramirez@da.co.hidalgo.tx.us
*TERMINATED: 03/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano

Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **Michael Scarpello** | represented by | **Barbara S. Nicholas** |
| *in his Official Capacity as the Dallas* | | (See above for address) |
| *County Elections Administrator* | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

| | | |
|---|---|---|
| **STATE OF TEXAS** | represented by | **Christopher D. Hilton** |
| | | (See above for address) |
| | | *TERMINATED: 01/30/2024* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)

*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**
*in her Official Capacity as the Travis County Clerk*

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131

Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**    represented by   **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**    represented by   **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Republican National Committee**    represented by

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica* |

| | | |
|---|---|---|
| | | *M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation |

25-50246.70343

| | | League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
|---|---|---|
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, |

| | | |
|---|---|---|
| | | Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |

| 10/06/2021 | [34](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | [35](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [36](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [37](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [38](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [39](#) | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [40](#) | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | [41](#) | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # [1](#) Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING [32](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING [33](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 |  | Text Order GRANTING [34](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | |

| | | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
|---|---|---|
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |

| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
|---|---|---|
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |

| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |

| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
|---|---|---|
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE of *Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE of *Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | |

| | | |
|---|---|---|
| | | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE of FILING OF INITIAL DISCLOSURES by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE of Initial Disclosures by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales for Attorney Jason S. Kanterman ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION to Intervene filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |

| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 |  | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part II), # 5 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 117 | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # 2 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 118 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | 119 | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 |  | Text Order GRANTING 78 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 |  | Text Order GRANTING 76 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 |  |  |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>77</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING <u>89</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion <u>76</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING <u>71</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING <u>72</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>118</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene <u>43</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING <u>119</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene <u>43</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | <u>120</u> | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | <u>121</u> | ORDER DENYING <u>43</u> Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | <u>124</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | <u>122</u> | ORDER DENYING <u>57</u> the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | <u>123</u> | Appeal of Order entered by District Judge <u>122</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |

| | | |
|---|---|---|
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |

| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
|---|---|---|
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE of Amended Initial Disclosures by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures Amended Initial Disclosures by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures Amended Initial Disclosures by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE of Amended Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |
| 12/01/2021 | 136 | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending 1 Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | 137 | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | 138 | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # 1 Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | 139 | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | 140 | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | 141 | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # 1 Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 53 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 54 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated |

| | | |
|---|---|---|
| | | with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 55 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 64 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 67 Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING 68 Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | |

| | | |
|---|---|---|
| | | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. the deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |

| | | |
|---|---|---|
| 12/22/2021 | <u>161</u> | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | <u>162</u> | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | <u>168</u> | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>169</u> | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | <u>170</u> | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | <u>163</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |
| 12/30/2021 | | Text Order GRANTING <u>163</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | <u>164</u> | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # <u>1</u> Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | <u>165</u> | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>166</u> | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>167</u> | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>171</u> | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # <u>1</u> Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | <u>172</u> | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | <u>173</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING <u>173</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |

| 01/05/2022 | <u>174</u> | ORDER - Set Motion Hearing for <u>172</u> Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
|---|---|---|
| 01/05/2022 | <u>175</u> | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>176</u> | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>177</u> | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>178</u> | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Proposed Order Proposed Order on Motion for Leave, # <u>2</u> Exhibit Proposed Motion to Dismiss, # <u>3</u> Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | <u>179</u> | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING <u>178</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | <u>180</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | <u>182</u> | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | <u>181</u> | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re <u>172</u> Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING <u>180</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | <u>183</u> | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | Text Order GRANTING 184 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | 185 | ORDER DENYING 171 Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | 186 | Unopposed MOTION to Withdraw as Attorney *,Lora Spencer,* by Houston Justice. (Attachments: # 1 Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | 190 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING 165 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 166 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING 167 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial 185 of John Ashcroft's motion for leave to file an amicus brief 171 in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 186 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | 187 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | 188 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING 187 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A-Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne |

| | | |
|---|---|---|
| | | Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | |

| | | |
|---|---|---|
| | | Text Order MOOTING <u>176</u> Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | <u>209</u> | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |
| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | | Text Order MOOTING <u>206</u> Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint <u>176</u> and the LULAC Plaintiffs' First Amended Complaint <u>177</u> entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> and the LULAC Plaintiffs' Second Amended Complaint <u>207</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | <u>210</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>205</u> MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | <u>211</u> | ORDER GRANTING <u>210</u> Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: <u>205</u> MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | <u>212</u> | Opposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, <u>200</u> Amended Complaint, <u>208</u> Amended Complaint, <u>199</u> Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING <u>212</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint <u>199</u> and the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | <u>213</u> | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Bell, |

| | | Christopher) (Entered: 01/27/2022) |
|---|---|---|
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston |

| | | |
|---|---|---|
| | | Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |

| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |
|---|---|---|
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |

| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | |

| | | |
|---|---|---|
| | | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America |

| | | (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
|---|---|---|
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |

| 02/28/2022 | 295 | NOTICE of Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE of Plaintiffs' Expert Designation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures Defendant Lisa Wise's Designation of Potential Testifying Experts by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE of Mi Familia Vota Plaintiffs' Expert Designations by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss the OCA-Greater Houston Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss LUPE Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss LUPE Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | 305 | NOTICE Designation of Expert Witnesses by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss LULAC Plaintiffs' Second Amended Complaint filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, |

| | | |
|---|---|---|
| | | Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |

| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
|---|---|---|
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is |

| | | |
|---|---|---|
| | | no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing |

| | | |
|---|---|---|
| | | party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 |

| | | |
|---|---|---|
| | | Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |

| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
|---|---|---|
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |
| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING <u>356</u> Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-0786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | <u>360</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | <u>361</u> | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re <u>344</u> MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: 04/12/2022) |
| 04/13/2022 | <u>362</u> | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | <u>363</u> | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | <u>364</u> | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | <u>365</u> | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | <u>366</u> | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | <u>367</u> | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re <u>334</u> MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # <u>1</u> Exhibit 3.21.22 Email, # <u>2</u> Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING <u>366</u> Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs |

| | | |
|---|---|---|
| | | remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg |

| | | |
|---|---|---|
| | | (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |

| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
|---|---|---|
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | APPENDIX to 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | 393 | ORDER Setting Hearing on 391 MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | 394 | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # 1 Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | 395 | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | 396 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | 397 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # 1 Exhibit Email of 02.24.2022, # 2 Exhibit Email of 03.14.2022, # 3 Exhibit Deposition subpoenas, # 4 Exhibit Email of 03.29.2022, # 5 Exhibit Written discovery to LULAC Plaintiffs, # 6 Exhibit Letter of 04.15.2022, # 7 Exhibit Declaration of Senator Bryan Hughes, # 8 Exhibit Declaration of Senator Paul Bettencourt, # 9 Exhibit Declaration of Representative Andrew Murr, # 10 Exhibit Declaration of Representative Briscoe Cain, # 11 Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | 398 | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | 399 | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban |

| | | League, The Arc of Texas (Attachments: # 1 Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
|---|---|---|
| 05/11/2022 | 400 | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | 401 | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | 402 | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas |

| | | |
|---|---|---|
| | | AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the |

| | | |
|---|---|---|
| | | instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |
| 05/27/2022 | 427 | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | 428 | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING 427 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | 429 | ORDER GRANTING 428 Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | 430 | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | 431 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING 431 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | 432 | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # 1 Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | 433 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING 432 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | 434 | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING 434 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |
| 06/07/2022 | 435 | |

| | | |
|---|---|---|
| | | ANSWER to 131 Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | 436 | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | 437 | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re 426 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | 438 | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | 439 | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING 439 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | 440 | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re 438 Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | 441 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING 441 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | 442 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit |

| | | |
|---|---|---|
| | | rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or |

| | | |
|---|---|---|
| | | by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on |

| | | |
|---|---|---|
| | | the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). |

| | | (Entered: 10/31/2022) |
|---|---|---|
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | |

| | | |
|---|---|---|
| | | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |

| 11/21/2022 | [483](#) | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
|---|---|---|
| 11/21/2022 | [484](#) | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | [485](#) | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | [486](#) | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | [487](#) | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | [488](#) | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | [489](#) | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and |

| | | |
|---|---|---|
| | | Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |

| | | |
|---|---|---|
| 01/06/2023 | <u>498</u> | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>499</u> | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>500</u> | RESPONSE to Motion, filed by Kim Ogg, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING <u>496</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>498</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>499</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>497</u> Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel <u>491</u> is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | <u>501</u> | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | <u>502</u> | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) |

| | | (Entered: 01/11/2023) |
|---|---|---|
| 01/12/2023 | [503](#) | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | [504](#) | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | [505](#) | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | [506](#) | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | [507](#) | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | [508](#) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | [509](#) | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING [508](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING [509](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | [517](#) | Letter of transmittal from USCA received for [457](#) , [458](#) , [459](#) , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | [510](#) | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | [511](#) | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | [512](#) | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | [513](#) | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, |

| | | |
|---|---|---|
| | | and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discovery related to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/10/2023 | <u>523</u> | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | <u>524</u> | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING <u>521</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | <u>525</u> | Letter of transmittal from USCA received for <u>457</u> <u>458</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | <u>526</u> | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | <u>527</u> | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | <u>528</u> | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | <u>529</u> | Letter of transmittal from USCA received for <u>457</u> <u>158</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING <u>526</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | |

| | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
|---|---|---|
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, |

| | | |
|---|---|---|
| | | the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | <u>534</u> | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Proposed Order)(Gore, John) (Entered: 02/22/2023) |
| 02/23/2023 | <u>535</u> | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING <u>534</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING <u>535</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | <u>536</u> | SUPPLEMENT to <u>132</u> Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | <u>537</u> | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | <u>538</u> | SUPPLEMENT to <u>400</u> Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | <u>539</u> | SUPPLEMENT to <u>135</u> Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | <u>540</u> | SUPPLEMENT to <u>399</u> Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | <u>541</u> | SUPPLEMENT to <u>387</u> Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |

| | | |
|---|---|---|
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 |

| | | |
|---|---|---|
| | | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/20/2023 | <u>567</u> | Appeal of Order entered by District Judge <u>561</u> by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>561</u> Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per the 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | <u>568</u> | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | <u>569</u> | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Certificate of Good Standing, # <u>2</u> Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>568</u> Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>569</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | <u>570</u> | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for <u>567</u> Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |

25-50246.70410

| | | |
|---|---|---|
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>578</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | <u>581</u> | ORDER of USCA (certified copy). re <u>567</u> Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks |

| | | |
|---|---|---|
| | | jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This |

| | | |
|---|---|---|
| | | is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten (10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | 592 | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow |

| | | |
|---|---|---|
| | | Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | 593 | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | 594 | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | 595 | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # 1 Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING 595 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | 596 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | 597 | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | 598 | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING 598 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/17/2023) |
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) |

| | | (Entered: 05/19/2023) |
|---|---|---|
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff's motion for summary judgment is extended to 60 pages to permit them to include a full statement of |

| | | |
|---|---|---|
| | | uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE of Joinder by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss Voluntarily Certain Claims by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment on All Claims by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober for Eric Wang ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez |

| | | |
|---|---|---|
| | | Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. |

| | | |
|---|---|---|
| | | (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary |

| | | |
|---|---|---|
| | | Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, |

| | | |
|---|---|---|
| | | 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel |

| | | |
|---|---|---|
| | | *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by |

| | | |
|---|---|---|
| | | remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican |

| | | Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: 07/14/2023) |
|---|---|---|
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | 07/17/2023) |
|---|---|---|
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | |

| | | |
|---|---|---|
| | | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |

| | | |
|---|---|---|
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims.* (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |
| 08/10/2023 | 703 | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # 1 Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | 704 | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, |

| | | William) (Entered: 08/10/2023) |
|---|---|---|
| 08/11/2023 | 705 | Response in Opposition to Motion, filed by Kim Ogg, re 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | 706 | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 707 | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | 708 | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | 709 | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re 707 Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | 710 | RESPONSE to 686 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 711 | RESPONSE to 689 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 712 | RESPONSE to 690 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 713 | RESPONSE to 691 Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 714 | RESPONSE to 684 Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |

| | | |
|---|---|---|
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>726</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | <u>728</u> | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | <u>729</u> | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | <u>730</u> | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re <u>729</u> Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order MOOTING <u>729</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion <u>730</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING <u>731</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING <u>730</u> Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |

| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
|---|---|---|
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 |  | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 |  | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There |

| | | |
|---|---|---|
| | | is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest |

| | | |
|---|---|---|
| | | Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |

| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plaintiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to |

| | | |
|---|---|---|
| | | Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) |

| | | (cb) (Entered: 09/11/2023) |
|---|---|---|
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register |

| | | |
|---|---|---|
| | | for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/21/2023 | <u>783</u> | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING <u>782</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING <u>788</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 761 LUPE Plaintiffs' Motion to Strike and GRANTING 761 LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |

| 10/12/2023 | <u>798</u> | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
|---|---|---|
| 10/12/2023 | <u>799</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | <u>800</u> | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re <u>690</u> Pretrial Disclosures (Attachments: # <u>1</u> Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # <u>2</u> Exhibit B - Smith, Lauren 03-21-2023 Designations, # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | Amended MOTION *FOR JUDICIAL NOTICE* re <u>801</u> Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | <u>803</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING <u>801</u> Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion <u>802</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | <u>804</u> | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # <u>1</u> Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | <u>805</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | <u>806</u> | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics |

| | | |
|---|---|---|
| | | Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION Judicial Notice by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | 809 | Unopposed MOTION to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 807 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 809 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING 802 Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | 812 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 810 | NOTICE St. Def. Amended Depo Designations by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 431, # 2 Exhibit Exhibit 432, # 3 Exhibit Exhibit 433, # 4 Exhibit Exhibit 434, # 5 Exhibit Exhibit 435, # 6 Exhibit Exhibit 436, # 7 Exhibit Exhibit 437, # 8 Exhibit Exhibit 438, # 9 Exhibit Exhibit 439, # 10 Exhibit Exhibit 440, # 11 Exhibit Exhibit 441, # 12 Exhibit Exhibit 442, # 13 Exhibit Exhibit 443, # 14 Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | 811 | Unopposed MOTION Request for Judicial Notice by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | 813 | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | 814 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | 815 | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana |

| | | |
|---|---|---|
| | | Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | 816 | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | 818 | Exhibit List. (je3) (Entered: 11/06/2023) |
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file |

| | | |
|---|---|---|
| | | a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | <u>822</u> | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | <u>823</u> | Appeal of Final Judgment <u>821</u> by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following <u>823</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | <u>824</u> | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | <u>825</u> | Response in Opposition to Motion, filed by United States Of America, re <u>824</u> Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING <u>822</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | <u>826</u> | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re <u>824</u> Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | <u>827</u> | Appeal of Order entered by District Judge <u>821</u> , <u>820</u> by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | <u>828</u> | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following <u>827</u> Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional |

| | | |
|---|---|---|
| | | Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America . (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT |

| | | |
|---|---|---|
| | | Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)(Entered: 12/15/2023) |
| 12/19/2023 | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |

| | | |
|---|---|---|
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/20/2024) |
| 01/20/2024 | 856 | |

| | | |
|---|---|---|
| | | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE of Joinder by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time Dkt. 854, Dkt. 855 by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT Corrected Signature Block to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |
| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |

| | | |
|---|---|---|
| 01/23/2024 | <u>865</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # <u>1</u> Pla-HAUL-094, # <u>2</u> Pla-HAUL-095, # <u>3</u> Pla-HAUL-096, # <u>4</u> Pla-HAUL-097, # <u>5</u> Pla-HAUL-098, # <u>6</u> Pla-HAUL-099, # <u>7</u> Pla-HAUL-100, # <u>8</u> Pla-HAUL-101, # <u>9</u> Pla-HAUL-102, # <u>10</u> Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>866</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # <u>1</u> Pla-HAUL-105, # <u>2</u> Pla-HAUL-106, # <u>3</u> Pla-HAUL-107, # <u>4</u> Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>867</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>868</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>869</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # <u>1</u> Pla-HAUL-112, # <u>2</u> Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>870</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>871</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>872</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>873</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>874</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>875</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # <u>1</u> Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | <u>876</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | <u>877</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>878</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>879</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>880</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>881</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |

| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
|---|---|---|
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 907 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # 1 Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 908 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # 1 Pla-HAUL-391, # 2 Pla-HAUL-392, # 3 Pla-HAUL-393, # 4 Pla-HAUL-394, # 5 Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 909 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # 1 Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 910 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # 1 Pla-HAUL-397-B, # 2 Pla-HAUL-397-C, # 3 Pla-HAUL-397-D, # 4 Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 911 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # 1 Pla-HAUL-398-B, # 2 Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 912 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # 1 Pla-HAUL-401, # 2 Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 913 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 914 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 915 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |

| 01/25/2024 | 916 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| --- | --- | --- |
| 01/25/2024 | 917 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 918 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 919 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 920 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 921 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 922 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 923 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # 1 Pla-HAUL-414, # 2 Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | <u>935</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # <u>1</u> Pla-LULAC-83, # <u>2</u> Pla-LULAC-85, # <u>3</u> Pla-LULAC-86, # <u>4</u> Pla-LULAC-87, # <u>5</u> Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>936</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # <u>1</u> Pla-LULAC-93, # <u>2</u> Pla-LULAC-94, # <u>3</u> Pla-LULAC-95, # <u>4</u> Pla-LULAC-96, # <u>5</u> Pla-LULAC-97, # <u>6</u> Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>937</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # <u>1</u> Pla-LULAC-101, # <u>2</u> Pla-LULAC-102, # <u>3</u> Pla-LULAC-103, # <u>4</u> Pla-LULAC-106, # <u>5</u> Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>938</u> | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | <u>939</u> | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | <u>940</u> | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Brief, # <u>2</u> Exhibit A, # <u>3</u> Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | <u>941</u> | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | <u>943</u> | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |

| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
|---|---|---|
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>948</u> | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>949</u> | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>950</u> | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>951</u> | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

| | | |
|---|---|---|
| 02/07/2024 | <u>952</u> | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>953</u> | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>954</u> | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>955</u> | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>956</u> | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If |

| | | |
|---|---|---|
| | | no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |

25-50246.70457

| 02/07/2024 | <u>961</u> | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>962</u> | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>963</u> | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>964</u> | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | <u>966</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | <u>967</u> | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: |

25-50246.70458

| | | |
|---|---|---|
| | | gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |

| | | |
|---|---|---|
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) |

| | | |
|---|---|---|
| | | (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |

| | | |
|---|---|---|
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas*. (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** |

25-50246.70462

| | | (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
|---|---|---|
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |

| | | |
|---|---|---|
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 |

| | | |
|---|---|---|
| | | Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |

| | | |
|---|---|---|
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |

| | | |
|---|---|---|
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |

| | | |
|---|---|---|
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |

| | | |
|---|---|---|
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist |

| | | |
|---|---|---|
| | | Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV |

| | | |
|---|---|---|
| | | Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | [1125](#) | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, [567](#) Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # [1](#) TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | [1123](#) | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # [1](#) Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | [1124](#) | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # [1](#) Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING [1123](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING [1124](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING [608](#) Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING [614](#) Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING [616](#) Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: |

| | | |
|---|---|---|
| | | 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/03/2024 | <u>1131</u> | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING <u>1131</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | <u>1132</u> | Letter of transmittal from USCA received for <u>451</u> Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | <u>1133</u> | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # <u>1</u> Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING <u>1133</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | <u>1134</u> | ORDER of USCA (certified copy). re <u>451</u> Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | <u>1135</u> | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re <u>459</u> Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | <u>1136</u> | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | <u>1137</u> | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING <u>1137</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with |

| | | |
|---|---|---|
| | | the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |
| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion |

| | | |
|---|---|---|
| | | for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE of Supplemental Authority by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney Ethan Szumanski by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney for Alyssa Bernstein by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, |

| | | |
|---|---|---|
| | | filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is |

| | | a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
|---|---|---|
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |

| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
|---|---|---|
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |

| | | |
|---|---|---|
| 10/18/2024 | | NOTICE OF APPEAL following <u>1177</u> Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following <u>1179</u> Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1180</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>1175</u> Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | <u>1181</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1175</u> Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | <u>1182</u> | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for <u>1177</u> Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1183</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for <u>1179</u> Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | <u>1184</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | <u>1185</u> | ORDER of USCA (certified copy). re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary |

| | | |
|---|---|---|
| | | administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | |

| | | |
|---|---|---|
| | | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | NOTICE OF APPEAL following 1191 Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | 1193 | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | 1194 | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for 1191 Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | 1195 | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | 1196 | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # 1 Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING 1196 Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | 1197 | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | 1198 | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING 1197 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry |

| | | |
|---|---|---|
| | | generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195*. (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |

| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
|---|---|---|
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |

| | | |
|---|---|---|
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff |

| | | OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
|---|---|---|
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | |

| | | |
|---|---|---|
| | | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for <u>1220</u> SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | <u>1225</u> | ORDER GRANTING IN PART AND DENYING IN PART <u>1214</u> Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |

Tab 13: Docket Sheet, Twelfth Supplemental
(ROA.75946-76181)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
# Western District of Texas (San Antonio)
# CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |

Case in other court:  5CCCA, 21-51145 (Doc. 123)
                      5CCA, 22-50435 (Doc. 426)
                      5CCA, 22-50732 (Doc. 451)
                      5CCA, 22-50775 (Doc. 457)
                      5CCA, 22-50777 (Doc. 458)
                      5CCA, 22-50778 (Doc. 459)
                      5CCA, 23-50201 (Doc. 567)
                      5CCA, 23-50885 (Doc. 823)
                      5CCA, 23-50887 (Doc. 827)
                      5CCA, 24-50783 (Doc. 1162)
                      5CCA, 24-50786 (Doc. 1163)
                      5CCA, 24-50826 (Doc. 1177)
                      5CCA, 24-50831 (Doc. 1179)
                      5CCA, 24-50904 (Doc. 1191)
                      5CCA, 25-50246 (Doc. 1208)
                      5CCA, 25-50250 (Doc. 1209)
                      5CCA, 25-50366 (Doc. 1220)

Date Filed: 09/03/2021
Date Terminated: 09/30/2024
Jury Demand: Both
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

Cause: 42:1973 Voting Rights Act

**Plaintiff**

| | | |
|---|---|---|
| **La Union Del Pueblo Entero** | represented by | **Leah J. Tulin** |
| | | Brennan Center for Justice at NYU School of Law |
| | | 1140 Connecticut Avenue NW |
| | | Suite 1150 |
| | | Washington, DC 20036 |
| | | 202-650-6397 |
| | | Email: tulinl@brennan.law.nyu.edu |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Nina Perales** |
| | | MALDEF [Mexican American Legal Defense & Educational Fund] |
| | | 110 Broadway Street, #300 |
| | | San Antonio, TX 78205 |
| | | (210) 224-5476 |
| | | Fax: 210/224-5382 |
| | | Email: nperales@maldef.org |

25-50246.75946

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**          represented by  **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

25-50246.75950

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Texas Impact** | represented by | **Aaron J. Curtis** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mexican American Bar Association of Texas**               represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Texas Hispanics Organized for Political Education** | represented by | **Nina Perales**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                          represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**          represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                          represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mi Familia Vota**                    represented by   **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

25-50246.75961

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by  **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)

25-50246.75963

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                    represented by   **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*

<span style="color:red">25-50246.75964</span>

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**

(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**                    represented by    **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**        represented by    **Georgina Yeomans**
*TERMINATED: 02/23/2022*                          Equal Employment Opportunity Commission
                                            131 M St. NE
                                            Washington, DC 20002
                                            202-921-2748
                                            Email: gyeomans@afscme.org
                                            *TERMINATED: 02/23/2022*
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**               represented by   **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006

405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maia Cole**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*TERMINATED: 07/04/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**

NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com

*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP
233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**         represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

The Arc of Texas                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**

25-50246.75975

(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                    represented by    **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743

Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001

202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550

Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                     represented by   **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**        represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**
American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org

*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691

Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146

Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000

Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450

Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**          represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**                    represented by     **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**
*TERMINATED: 04/14/2022*

represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**            represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                    (See above for address)
                                                           *TERMINATED: 03/06/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)

*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)

*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                    represented by    **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**                              represented by   **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*                    Office of the Attorney General of Texas
                                                                 P O Box 12548
                                                                 Capital Station
                                                                 Austin, TX 78701
                                                                 512-463-2120
                                                                 Fax: 512-320-0667
                                                                 Email: chris@stonehilton.com

*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711

512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas

P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139
Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose A. Esparza**<br>*in his official capacity as Deputy Secretary*<br>*of the State of Texas* | represented by | **Eric A. Hudson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeffrey Michael White**<br>(See above for address)<br>*TERMINATED: 04/29/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **Patrick K. Sweeten**<br>(See above for address)<br>*TERMINATED: 12/05/2022*<br>*ATTORNEY TO BE NOTICED* |
| | | **William D. Wassdorf**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warren K. Paxton**<br>*in his official capacity as Attorney General* | represented by | **Christopher D. Hilton**<br>(See above for address) |

*of Texas*

*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

25-50246.76007

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**                          represented by   **Chad Ennis**
*in her official capacity as Medina County*                 Texas Secretary of State
*Elections Administrator*                                   1019 Brazos Street
                                                            Austin, TX 78701
                                                            512-472-2700
                                                            Fax: 512-472-2728
                                                            Email: CEnnis@sos.texas.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert E Henneke**
                                                            Texas Public Policy Foundation
                                                            901 Congress Avenue
                                                            Austin, TX 78701
                                                            512-472-2700
                                                            Fax: 512-472-2728
                                                            Email: rhenneke@texaspolicy.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**                               represented by   **Angelica Lien Leo**
*in her Official Capacity as the El Paso*                   Cooley LLP
*County Elections Administrator*                            3175 Hanover Street
                                                            Palo Alto, CA 94304
                                                            (650) 843-5075
                                                            Fax: (650) 849-7400
                                                            Email: aleo@cooley.com
                                                            *TERMINATED: 05/12/2022*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Beatriz Mejia**
                                                            Cooley LLP
                                                            3 Embarcadero Center 20th Floor
                                                            San Francisco, CA 94111
                                                            (415) 693-2000
                                                            Fax: (415) 693-2222

Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133

Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**        represented by    **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: louc4455@gmail.com
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by   **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**                    represented by    **Eric J.R. Nichols**
*Harris Count;y District Attorney*               Butler Snow LLP
                                                 1400 Lavaca Street, Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Fax: 737-802-1801
                                                 Email: Eric.Nichols@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Karson Karl Thompson**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street, Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Fax: 737-802-1801
                                                 Email: karson.thompson@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Victoria A. Giese**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street Suite 1000
                                                 Austin, TX 78701
                                                 737-802-1800
                                                 Email: victoria.giese@butlersnow.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Cory Ren Liu**
                                                 Butler Snow LLP
                                                 1400 Lavaca Street
                                                 Suite 1000
                                                 Austin, TX 78701

737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joe Gonzales**<br>*Bexar County District Attorney* | represented by | **Larry L. Roberson**<br>Bexar County District Attorney's Office<br>101 W. Nueva<br>7th Floor<br>San Antonio, TX 78205-3030<br>(210) 335-2141<br>Fax: (210) 335-2773<br>Email: lroberson@bexar.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose Garza**<br>*Travis County District Attorney* | represented by | **Anthony J. Nelson**<br>Travis County Attorney's Office |

314 West 11th Street
Room 590
Austin, TX 78701
(512) 854-4801
Fax: 512/854-4808
Email: tony.nelson@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by  **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:
jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County
District Attorney*

represented by  **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by  **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official
Capacity*

represented by  **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor

Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                   represented by   **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                       represented by   **Christina Marie Beeler**
*Harris County Elections Administrator*                    Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102
Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**
*In her Official Capacity as Elections*
*Administrator of Bexar County*

represented by **Larry L. Roberson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**
*in her Official Capacity as the Hidalgo*
*County Elections Administrator*

represented by **Josephine L. Ramirez**
Hidalgo County District Attorney's Office
100 E. Cano, First Floor
Edinburg, TX 78539
956-292-7609
Fax: 956-292-7619
Email: josephine.ramirez@da.co.hidalgo.tx.us

*TERMINATED: 03/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano
Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**              represented by    **Barbara S. Nicholas**
*in his Official Capacity as the Dallas*            (See above for address)
*County Elections Administrator*                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                   **Ben L Stool**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Earl S. Nesbitt**
                                                   Rogge Dunn Group
                                                   500 N. Akard Street
                                                   Suite 1900
                                                   Dallas, TX 75201
                                                   214-888-5000
                                                   Email: nesbitt@RoggeDunnGroup.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**                 represented by    **Christopher D. Hilton**
                                                   (See above for address)
                                                   *TERMINATED: 01/30/2024*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Patrick K. Sweeten**

(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary of State*

represented by    **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**                    represented by  **Anthony J. Nelson**
*in her Official Capacity as the Travis*                (See above for address)
*County Clerk*                                          *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512-854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131
Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**

represented by **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**

represented by **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Republican National Committee** | represented by | **John M. Gore** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf |

| | | |
|---|---|---|
| | | of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica M. Choi.* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of |

| | | Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
|---|---|---|
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, |

| | | Nina) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video |

| | | |
|---|---|---|
| | | conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |

| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
|---|---|---|
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del |

| | | |
|---|---|---|
| | | Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING 45 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Affidavit, # 2 Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to 1 Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to 1 Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to 1 Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican |

| | | Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |

| | | |
|---|---|---|
| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic |

| | | filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangedinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE of *Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE of *Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE of *FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE of *Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas |

| | | |
|---|---|---|
| | | Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session |

| | | |
|---|---|---|
| | | (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>118</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | <u>119</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING <u>78</u> Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>76</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>77</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING <u>89</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion <u>76</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING <u>71</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING <u>72</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |

| | | |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | <u>136</u> | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending <u>1</u> Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | <u>137</u> | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | <u>138</u> | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # <u>1</u> Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | <u>139</u> | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | <u>140</u> | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | <u>141</u> | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>53</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>54</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>55</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>64</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>67</u> Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING <u>68</u> Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. |

| | | |
|---|---|---|
| | | Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |

| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
|---|---|---|
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |

| 12/30/2021 | | Text Order GRANTING 163 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
|---|---|---|
| 12/30/2021 | 164 | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # 1 Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | 165 | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 166 | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 167 | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # 1 Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | 171 | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # 1 Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | 172 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | 173 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING 173 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | 174 | ORDER - Set Motion Hearing for 172 Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | 175 | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 176 | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 177 | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | 178 | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | <u>185</u> | ORDER DENYING <u>171</u> Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | <u>186</u> | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # <u>1</u> Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | <u>190</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING <u>165</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING <u>166</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING <u>167</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING <u>186</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | <u>187</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | <u>188</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING <u>187</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |

| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
|---|---|---|
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | |

| | | |
|---|---|---|
| | | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by |

| | | |
|---|---|---|
| | | Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |

| 01/26/2022 | | Text Order MOOTING 177 Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint 207 entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING 206 Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint 176 and the LULAC Plaintiffs' First Amended Complaint 177 entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 and the LULAC Plaintiffs' Second Amended Complaint 207 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | 210 | Unopposed MOTION for Extension of Time to File Response/Reply as to 205 MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | 211 | ORDER GRANTING 210 Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties by which the means the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: 205 MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | 212 | Opposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, 200 Amended Complaint, 208 Amended Complaint, 199 Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING 212 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint 199 and the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | 213 | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING 213 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | 214 | |

| | | |
|---|---|---|
| | | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers |

| | | Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
|---|---|---|
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | 238 | ANSWER to 208 Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | 239 | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 240 | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | 241 | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | 242 | *Defendant Lisa Wise's* ANSWER to 208 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | 243 | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # 1 Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 244 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | 245 | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | 246 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | 247 | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # 2 Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # 3 Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # 4 Exhibit D- 211117 LUPE Transcript of Status Conference, # 5 Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | 248 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | 251 | STIPULATED ORDER 241 regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | 249 | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing |

| | | Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
|---|---|---|
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199 )* (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | |

| | | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
|---|---|---|
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant |

| | | |
|---|---|---|
| | | Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | |

| | | |
|---|---|---|
| | | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
| 02/28/2022 | <u>294</u> | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>295</u> | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | <u>296</u> | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | <u>297</u> | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | <u>298</u> | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | <u>299</u> | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | <u>300</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>240</u> MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | <u>301</u> | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | <u>302</u> | Response in Opposition to Motion, filed by Lisa Wise, re <u>255</u> MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | <u>303</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |

| | | |
|---|---|---|
| 03/02/2022 | <u>304</u> | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
| 03/02/2022 | <u>305</u> | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | <u>306</u> | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re <u>243</u> MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | <u>307</u> | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | <u>308</u> | Consent MOTION to Amend/Correct <u>125</u> Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | <u>309</u> | ANSWER to <u>208</u> Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | <u>310</u> | Unopposed MOTION for Extension of Time to File Answer re <u>200</u> Amended Complaint by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | <u>311</u> | Unopposed MOTION for Extension of Time to File Answer re <u>207</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | <u>312</u> | Unopposed MOTION for Extension of Time to File Answer re <u>208</u> Amended Complaint, by Jose Garza. (Attachments: # <u>1</u> Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING <u>308</u> Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order <u>125</u> shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING <u>310</u> Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to March 14, 2022. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) |

| | | |
|---|---|---|
| | | (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs.* Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | |

| | | |
|---|---|---|
| | | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint*, 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint*, 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint*, 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint*, 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims*, 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document |

| | | |
|---|---|---|
| | | associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>348</u> Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | <u>349</u> | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>334</u> MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | <u>350</u> | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | <u>351</u> | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING <u>350</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING <u>351</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | <u>352</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # <u>1</u> Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING <u>352</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | <u>353</u> | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Exhibit A- Declaration of Ruth R. Hughs, # <u>2</u> Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |

| | | |
|---|---|---|
| 04/07/2022 | [354](#) | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for [353](#) MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez) Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
| 04/07/2022 | [355](#) | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re [125](#) Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | [356](#) | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | [357](#) | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | [358](#) | RESPONSE *to State Defendants' Notice of Supplemental Authority* to [333](#) Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | [359](#) | RESPONSE *State Defendants' Notice of Supplemental Authority* to [333](#) Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING [357](#) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING [356](#) Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-00786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | [360](#) | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re [344](#) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | [361](#) | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re [344](#) MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: |

| | | 04/12/2022) |
|---|---|---|
| 04/13/2022 | [362](#) | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | [363](#) | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # [1](#) Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | [364](#) | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | [365](#) | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | [366](#) | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # [1](#) Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | [367](#) | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re [334](#) MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # [1](#) Exhibit 3.21.22 Email, # [2](#) Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING [366](#) Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | [368](#) | ORDER GRANTING [363](#) Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | [369](#) | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | [370](#) | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | [371](#) | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re [353](#) MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant* |

| | | |
|---|---|---|
| | | *Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | |

| | | |
|---|---|---|
| | | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | <u>394</u> | NOTICE *of Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | <u>395</u> | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | <u>396</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | <u>397</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # <u>1</u> Exhibit Email of 02.24.2022, # <u>2</u> Exhibit Email of 03.14.2022, # <u>3</u> Exhibit Deposition subpoenas, # <u>4</u> Exhibit Email of 03.29.2022, # <u>5</u> Exhibit Written discovery to LULAC Plaintiffs, # <u>6</u> Exhibit Letter of 04.15.2022, # <u>7</u> Exhibit Declaration of Senator Bryan Hughes, # <u>8</u> Exhibit Declaration of Senator Paul Bettencourt, # <u>9</u> Exhibit Declaration of Representative Andrew Murr, # <u>10</u> Exhibit Declaration of Representative Briscoe Cain, # <u>11</u> Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | <u>398</u> | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | <u>399</u> | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # <u>1</u> Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | <u>400</u> | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | <u>401</u> | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | <u>402</u> | |

| | | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
|---|---|---|
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas |

| | | |
|---|---|---|
| | | Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | |

| | | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
|---|---|---|
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |

| | | |
|---|---|---|
| 05/27/2022 | <u>427</u> | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
| 05/27/2022 | <u>428</u> | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING <u>427</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | <u>429</u> | ORDER GRANTING <u>428</u> Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | <u>430</u> | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | <u>431</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING <u>431</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | <u>432</u> | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # <u>1</u> Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | <u>433</u> | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING <u>432</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | <u>434</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING <u>434</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |

| | | |
|---|---|---|
| 06/07/2022 | <u>435</u> | ANSWER to <u>131</u> Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | <u>436</u> | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | <u>437</u> | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re <u>426</u> Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | <u>438</u> | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # <u>1</u> Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | <u>439</u> | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING <u>439</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | <u>440</u> | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re <u>438</u> Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | <u>441</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING <u>441</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | <u>442</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |

| | | |
|---|---|---|
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district court enjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | |

| | | |
|---|---|---|
| | | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney John R. Hardin by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney Georgina C. Yeomans by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |

| | | |
|---|---|---|
| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National |

| | | |
|---|---|---|
| | | Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) |

| | | (Entered: 11/15/2022) |
|---|---|---|
| 11/15/2022 | <u>481</u> | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | <u>482</u> | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING <u>481</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING <u>482</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | <u>483</u> | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | <u>484</u> | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | <u>485</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | <u>486</u> | RESPONSE to <u>484</u> Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | <u>487</u> | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |

| | | |
|---|---|---|
| 12/21/2022 | <u>494</u> | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING <u>494</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | <u>495</u> | ORDER re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | <u>496</u> | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | <u>497</u> | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # <u>1</u> Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | <u>498</u> | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>499</u> | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | <u>500</u> | RESPONSE to Motion, filed by Kim Ogg, re <u>491</u> Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # <u>1</u> Exhibit Exhibit A, # <u>2</u> Exhibit Exhibit B, # <u>3</u> Exhibit Exhibit C, # <u>4</u> Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING <u>496</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING <u>498</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | (Entered: 01/09/2023) |
|---|---|---|
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense |

| | | |
|---|---|---|
| | | Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |

| 01/28/2023 | | Text Order GRANTING [514](#) Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discovery related to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
|---|---|---|
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. |

| | | There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
|---|---|---|
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |

| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
|---|---|---|
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 |

| | | PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
|---|---|---|
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. |

| | | |
|---|---|---|
| | | Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/20/2023 | <u>567</u> | Appeal of Order entered by District Judge <u>561</u> by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>561</u> Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | <u>568</u> | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | <u>569</u> | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Certificate of Good Standing, # <u>2</u> Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>568</u> Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>569</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | <u>570</u> | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for <u>567</u> Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders.* (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>578</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
|---|---|---|
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later* |

| | | |
|---|---|---|
| | | *than June 30, 2023.* (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | <u>586</u> | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING <u>586</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | <u>587</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | <u>588</u> | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING <u>587</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | <u>589</u> | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | <u>590</u> | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | <u>591</u> | ORDER of USCA (certified copy). re <u>567</u> Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # <u>1</u> TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING <u>589</u> Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal <u>429</u> of this Court's May 25, 2022 order <u>425</u> compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order <u>561</u> compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten* |

| | | |
|---|---|---|
| | | *(10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | [592](#) | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | [593](#) | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | [594](#) | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | [595](#) | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # [1](#) Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING [595](#) Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | [596](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | [597](#) | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | [598](#) | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # [1](#) Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING [598](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document |

| | | associated with this entry.) (cb) (Entered: 05/17/2023) |
|---|---|---|
| 05/18/2023 | <u>599</u> | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | <u>600</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | <u>601</u> | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | <u>602</u> | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | <u>603</u> | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | <u>604</u> | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | <u>605</u> | SUPPLEMENT to <u>604</u> Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | <u>606</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # <u>1</u> Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re <u>567</u> Notice of Appeal - Interlocutory. Attorneys are |

| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
|---|---|---|
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |

| 05/26/2023 | 616 | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix A-KK, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| --- | --- | --- |
| 05/30/2023 | 617 | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # 1 Brief Amicus brief, # 2 Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 618 | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # 1 Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | 620 | 4 USBs submitted containing exhibits re 611 & 612 . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | 619 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING 619 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | 621 | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | 622 | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 612 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits 612 is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING 622 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( 608 , 609 , 611 , 614 , 616 ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | |

| | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
|---|---|---|
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |

| | | |
|---|---|---|
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U |

| | | |
|---|---|---|
| | | - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | |

| | | |
|---|---|---|
| | | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: |

| | | 07/14/2023) |
|---|---|---|
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit |

| | | List)(Freeman, Daniel) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | |

| | | |
|---|---|---|
| | | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | [696](#) | Unopposed Motion for leave to File Sealed Document (Attachments: # [1](#) Proposed Order, # [2](#) Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | [697](#) | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | [698](#) | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | [699](#) | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | [700](#) | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | [701](#) | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | [702](#) | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # [1](#) Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/10/2023 | <u>703</u> | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # <u>1</u> Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | <u>704</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | <u>705</u> | Response in Opposition to Motion, filed by Kim Ogg, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | <u>706</u> | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | <u>707</u> | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # <u>1</u> Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | <u>708</u> | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | <u>709</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re <u>707</u> Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | <u>710</u> | RESPONSE to <u>686</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>711</u> | RESPONSE to <u>689</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>712</u> | RESPONSE to <u>690</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>713</u> | RESPONSE to <u>691</u> Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>714</u> | RESPONSE to <u>684</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National |

| | | Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
|---|---|---|
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi |

| | | |
|---|---|---|
| | | Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | <u>725</u> | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | <u>726</u> | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # <u>1</u> Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | <u>727</u> | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>726</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | <u>728</u> | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING <u>725</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | <u>729</u> | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | <u>730</u> | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re <u>729</u> Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # <u>1</u> Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | <u>731</u> | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | |

| | | |
|---|---|---|
| | | Text Order MOOTING 729 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion 730 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING 731 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING 730 Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | 732 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | 733 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING 727 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | 734 | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | 735 | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | 736 | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available |

| | | via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
|---|---|---|
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney , *Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, |

| | | Kathleen) (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>749</u> Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING <u>747</u> Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | <u>761</u> | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Appendix BB, # <u>2</u> Plaintiff's First Set of Requests for Production, # <u>3</u> Attorney General's Objections & Responses, # <u>4</u> STATE001144, # <u>5</u> STATE087323, # <u>6</u> STATE112177, # <u>7</u> STATE112160, # <u>8</u> SOS Referrals, # <u>9</u> STATE112155, # <u>10</u> Oral Deposition of Jonathan Sherman White April 27, 2022, # <u>11</u> Oral Deposition of Jonathan White May 5, 2022, # <u>12</u> Exhibit, # <u>13</u> Exhibit, # <u>14</u> LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # <u>15</u> Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # <u>16</u> Privilege Log May 12, 2023, # <u>17</u> Privilege Log May 19, 2023, # <u>18</u> Plaintiff's First Set of Requests for Production, # <u>19</u> The Secretary's Objections and Responses, # <u>20</u> Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # <u>21</u> Transcript of Motion to Compel Proceedings, # <u>22</u> Exhibit 1, # <u>23</u> Oral Deposition of Jonathan White August 11, 2023, # <u>24</u> Exhibit 4, # <u>25</u> Press Release October 8, 2020, # <u>26</u> Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | <u>762</u> | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | <u>763</u> | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | <u>764</u> | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re <u>746</u> MOTION in Limine filed by Defendant Warren K. Paxton, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # <u>1</u> Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # <u>2</u> Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # <u>3</u> Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 |

| | | |
|---|---|---|
| | | 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) |

| | | |
|---|---|---|
| | | (Entered: 09/12/2023) |
| 09/11/2023 | <u>772</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023)(wg). (Entered: 09/12/2023) |
| 09/12/2023 | <u>770</u> | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING <u>769</u> Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | <u>773</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | <u>776</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | <u>774</u> | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING <u>774</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | <u>775</u> | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | <u>777</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | <u>778</u> | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO* |

| | | |
|---|---|---|
| | | *EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |

| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
|---|---|---|
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING <u>788</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>761</u> LUPE Plaintiffs' Motion to Strike and GRANTING <u>761</u> LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |

| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
|---|---|---|
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, |

| | | |
|---|---|---|
| | | # <u>3</u> Exhibit C - Cain, Briscoe 04-21-2022 Designations, # <u>4</u> Exhibit D - Hughes, Bryan 04-19-2022, # <u>5</u> Exhibit E - Gomez, Maria 04-25-2023 Designations, # <u>6</u> Exhibit F - Murr, Andrew 05-22-2022 Deposition, # <u>7</u> Exhibit G - Anchia, Rafael 08-22-2022 Designations, # <u>8</u> Exhibit H - Alvarado, Carol 10-06-2022 Designations, # <u>9</u> Exhibit I - Vera, Alan 02-27-2023 Designations, # <u>10</u> Exhibit J - Collier, Nicole 01-30-2023 Designations, # <u>11</u> Exhibit K - Crowther, Nancy 06-17-2022 Designations, # <u>12</u> Exhibit L - Scott, Anne 04-18-2023 Designations, # <u>13</u> Errata M - Scott, Taylor 04-18-2023 Designations, # <u>14</u> Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | <u>801</u> | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Exhibit Exhibit 2, # <u>3</u> Exhibit Exhibit 3, # <u>4</u> Exhibit Exhibit 4, # <u>5</u> Exhibit Exhibit 5, # <u>6</u> Exhibit Exhibit 6, # <u>7</u> Exhibit Exhibit 7, # <u>8</u> Exhibit Exhibit 8, # <u>9</u> Exhibit Exhibit 9, # <u>10</u> Exhibit Exhibit 10, # <u>11</u> Exhibit Exhibit 11, # <u>12</u> Exhibit Exhibit 12, # <u>13</u> Exhibit Exhibit 13, # <u>14</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | <u>802</u> | Amended MOTION *FOR JUDICIAL NOTICE* re <u>801</u> Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # <u>1</u> Exhibit Exhibit 1, # <u>2</u> Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | <u>803</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING <u>801</u> Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion <u>802</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | <u>804</u> | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # <u>1</u> Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | <u>805</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | <u>806</u> | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Appendix A, # <u>2</u> Appendix B, # <u>3</u> Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | <u>808</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | <u>807</u> | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Appendix Appendix A, # <u>2</u> Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |

| | | |
|---|---|---|
| 10/19/2023 | <u>809</u> | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>807</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>809</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>802</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | <u>812</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>810</u> | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # <u>1</u> Exhibit Exhibit 431, # <u>2</u> Exhibit Exhibit 432, # <u>3</u> Exhibit Exhibit 433, # <u>4</u> Exhibit Exhibit 434, # <u>5</u> Exhibit Exhibit 435, # <u>6</u> Exhibit Exhibit 436, # <u>7</u> Exhibit Exhibit 437, # <u>8</u> Exhibit Exhibit 438, # <u>9</u> Exhibit Exhibit 439, # <u>10</u> Exhibit Exhibit 440, # <u>11</u> Exhibit Exhibit 441, # <u>12</u> Exhibit Exhibit 442, # <u>13</u> Exhibit Exhibit 443, # <u>14</u> Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | <u>811</u> | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | <u>813</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | <u>814</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>815</u> | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | <u>816</u> | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>818</u> | Exhibit List. (je3) (Entered: 11/06/2023) |

| | | |
|---|---|---|
| 10/22/2023 | | Text Order GRANTING 811 Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING 819 Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re 611 Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING 609 Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | 823 | |

| | | |
|---|---|---|
| | | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |

| | | |
|---|---|---|
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed:. n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | |

| | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
|---|---|---|
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel |

| | | |
|---|---|---|
| | | for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |

| 01/23/2024 | 864 | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # 1 Pla-HAUL-009, # 2 Pla-HAUL-016, # 3 Pla-HAUL-017, # 4 Pla-HAUL-038, # 5 Pla-HAUL-044, # 6 Pla-HAUL-059, # 7 Pla-HAUL-060, # 8 Pla-HAUL-083, # 9 Pla-HAUL-089, # 10 Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
|---|---|---|
| 01/23/2024 | 865 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # 1 Pla-HAUL-094, # 2 Pla-HAUL-095, # 3 Pla-HAUL-096, # 4 Pla-HAUL-097, # 5 Pla-HAUL-098, # 6 Pla-HAUL-099, # 7 Pla-HAUL-100, # 8 Pla-HAUL-101, # 9 Pla-HAUL-102, # 10 Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 866 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # 1 Pla-HAUL-105, # 2 Pla-HAUL-106, # 3 Pla-HAUL-107, # 4 Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 867 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 868 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 869 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # 1 Pla-HAUL-112, # 2 Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 870 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 871 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | 872 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 873 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 874 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | 875 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # 1 Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | 876 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | 877 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 878 | |

25-50246.76137

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 |

| | | |
|---|---|---|
| | | Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | <u>907</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # <u>1</u> Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | <u>908</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # <u>1</u> Pla-HAUL-391, # <u>2</u> Pla-HAUL-392, # <u>3</u> Pla-HAUL-393, # <u>4</u> Pla-HAUL-394, # <u>5</u> Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>909</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # <u>1</u> Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>910</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # <u>1</u> Pla-HAUL-397-B, # <u>2</u> Pla-HAUL-397-C, # <u>3</u> Pla-HAUL-397-D, # <u>4</u> Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>911</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # <u>1</u> Pla-HAUL-398-B, # <u>2</u> Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>912</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # <u>1</u> Pla-HAUL-401, # <u>2</u> Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>913</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>914</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>915</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>916</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>917</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>918</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>919</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>920</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>921</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>922</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>923</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # <u>1</u> Pla-HAUL-414, # <u>2</u> |

| | | Pla-HAUL-415, # 3 Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | 924 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 925 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 926 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 927 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 928 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # 1 Pla-LULAC-16, # 2 Pla-LULAC-18, # 3 Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 929 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # 1 Pla-LULAC-25, # 2 Pla-LULAC-26, # 3 Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 930 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 931 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # 1 Pla-LULAC-41, # 2 Pla-LULAC-42, # 3 Pla-LULAC-44, # 4 Pla-LULAC-45, # 5 Pla-LULAC-46, # 6 Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 932 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # 1 Pla-LULAC-52, # 2 Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 933 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # 1 Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 934 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # 1 Pla-LULAC-78, # 2 Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 935 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # 1 Pla-LULAC-83, # 2 Pla-LULAC-85, # 3 Pla-LULAC-86, # 4 Pla-LULAC-87, # 5 Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 936 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # 1 Pla-LULAC-93, # 2 Pla-LULAC-94, # 3 Pla-LULAC-95, # 4 Pla-LULAC-96, # 5 Pla-LULAC-97, # 6 Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 937 | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # 1 Pla-LULAC-101, # 2 Pla-LULAC-102, # 3 Pla-LULAC-103, # 4 Pla-LULAC-106, # 5 Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING 938 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record |

| | | |
|---|---|---|
| | | for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
|---|---|---|
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |

| | | |
|---|---|---|
| 02/14/2024 | | Text Order GRANTING <u>968</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | <u>969</u> | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | <u>970</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # <u>1</u> Pla-LUPE-1, # <u>2</u> Pla-LUPE-2, # <u>3</u> Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>971</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # <u>1</u> Pla-LUPE-11, # <u>2</u> Pla-LUPE-13, # <u>3</u> Pla-LUPE-16, # <u>4</u> Pla-LUPE-18, # <u>5</u> Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>972</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # <u>1</u> Pla-LUPE-25, # <u>2</u> Pla-LUPE-26, # <u>3</u> Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>973</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # <u>1</u> Pla-LUPE-30, # <u>2</u> Pla-LUPE-31, # <u>3</u> Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>974</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # <u>1</u> Pla-LUPE-40, # <u>2</u> Pla-LUPE-41, # <u>3</u> Pla-LUPE-41, # <u>4</u> Pla-LUPE-46, # <u>5</u> Pla-LUPE-46, # <u>6</u> Pla-LUPE-47, # <u>7</u> Pla-LUPE-47, # <u>8</u> Pla-LUPE-48, # <u>9</u> Pla-LUPE-48, # <u>10</u> Pla-LUPE-49, # <u>11</u> Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>975</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # <u>1</u> Pla-LUPE-50, # <u>2</u> Pla-LUPE-51, # <u>3</u> Pla-LUPE-51, # <u>4</u> Pla-LUPE-52, # <u>5</u> Pla-LUPE-52, # <u>6</u> Pla-LUPE-53, # <u>7</u> Pla-LUPE-53, # <u>8</u> Pla-LUPE-54, # <u>9</u> Pla-LUPE-54, # <u>10</u> Pla-LUPE-55, # <u>11</u> Pla-LUPE-55, # <u>12</u> Pla-LUPE-56, # <u>13</u> Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>976</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # <u>1</u> Pla-LUPE-66, # <u>2</u> Pla-LUPE-67, # <u>3</u> Pla-LUPE-67, # <u>4</u> Pla-LUPE-68, # <u>5</u> Pla-LUPE-68, # <u>6</u> Pla-LUPE-69, # <u>7</u> Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>977</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # <u>1</u> Pla-LUPE-70, # <u>2</u> Pla-LUPE-71, # <u>3</u> Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>978</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # <u>1</u> Pla-LUPE-90, # <u>2</u> Pla-LUPE-91, # <u>3</u> Pla-LUPE-91, # <u>4</u> Pla-LUPE-92, # <u>5</u> Pla-LUPE-92, # <u>6</u> Pla-LUPE-93, # <u>7</u> Pla-LUPE-93, # <u>8</u> Pla-LUPE-94, # <u>9</u> Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | <u>979</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # <u>1</u> Pla-LUPE-95, # <u>2</u> Pla-LUPE-96, # <u>3</u> Pla-LUPE-96, # <u>4</u> |

| | | |
|---|---|---|
| | | Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/20/2024 | 991 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # 1 Pla-LUPE-160, # 2 Pla-LUPE-161, # 3 Pla-LUPE-161, # 4 Pla-LUPE-166, # 5 Pla-LUPE-166, # 6 Pla-LUPE-167, # 7 Pla-LUPE-167, # 8 Pla-LUPE-169, # 9 Pla-LUPE-169)(dtg)(Entered: 02/20/2024) |
| 02/20/2024 | 992 | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K - PART I, # 12 Exhibit K - PART 2, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | 993 | NOTICE *of Correction to the Record* by REVUP-Texas re 642 Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | 994 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # 1 Pla-LUPE-170, # 2 Pla-LUPE-171, # 3 Pla-LUPE-171, # 4 Pla-LUPE-172, # 5 Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 995 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # 1 Pla-LUPE-175, # 2 Pla-LUPE-176, # 3 Pla-LUPE-176, # 4 Pla-LUPE-177, # 5 Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 996 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # 1 Pla-LUPE-180, # 2 Pla-LUPE-181, # 3 Pla-LUPE-181, # 4 Pla-LUPE-184, # 5 Pla-LUPE-184, # 6 Pla-LUPE-189, # 7 Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 997 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # 1 Pla-LUPE-190, # 2 Pla-LUPE-192, # 3 Pla-LUPE-192, # 4 Pla-LUPE-193, # 5 Pla-LUPE-193, # 6 Pla-LUPE-194, # 7 Pla-LUPE-194, # 8 Pla-LUPE-198, # 9 Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 998 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # 1 Pla-LUPE-200, # 2 Pla-LUPE-201, # 3 Pla-LUPE-201, # 4 Pla-LUPE-202, # 5 Pla-LUPE-202, # 6 Pla-LUPE-203, # 7 Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 999 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # 1 Pla-LUPE-224, # 2 Pla-LUPE-225, # 3 Pla-LUPE-225, # 4 Pla-LUPE-227, # 5 Pla-LUPE-227, # 6 Pla-LUPE-228, # 7 Pla-LUPE-228, # 8 Pla-LUPE-229, # 9 Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1000 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # 1 Pla-LUPE-230, # 2 Pla-LUPE-231, # 3 Pla-LUPE-232, # 4 Pla-LUPE-232, # 5 Pla-LUPE-233, # 6 Pla-LUPE-234, # 7 Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1001 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # 1 Pla-LUPE-235, # 2 Pla-LUPE-236, # 3 Pla-LUPE-236, # 4 Pla-LUPE-237, # 5 Pla-LUPE-237, # 6 Pla-LUPE-238, # 7 Pla-LUPE-238, # 8 |

| | | |
|---|---|---|
| | | Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1002 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1003 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1004 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | 1005 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | 1006 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1007 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1008 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1009 | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | 1010 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1011 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1012 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1013 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 |

| | | |
|---|---|---|
| | | Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 |

| | | Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 |

| | | |
|---|---|---|
| | | Pla-LUPE-155, # 3 Pla-LUPE-155, # 4 Pla-LUPE-156, # 5 Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1037 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # 1 Pla-LUPE-162, # 2 Pla-LUPE-163, # 3 Pla-LUPE-163, # 4 Pla-LUPE-164, # 5 Pla-LUPE-164, # 6 Pla-LUPE-165, # 7 Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1038 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # 1 Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1039 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # 1 Pla-LUPE-183, # 2 Pla-LUPE-183, # 3 Pla-LUPE-185, # 4 Pla-LUPE-185, # 5 Pla-LUPE-187, # 6 Pla-LUPE-187, # 7 Pla-LUPE-188, # 8 Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1040 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # 1 Pla-LUPE-195, # 2 Pla-LUPE-196, # 3 Pla-LUPE-196, # 4 Pla-LUPE-199, # 5 Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1041 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # 1 Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1042 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # 1 Pla-LUPE-220, # 2 Pla-LUPE-223, # 3 Pla-LUPE-223, # 4 Pla-LUPE-226, # 5 Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1043 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # 1 Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1044 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1045 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1046 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1047 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # 1 Pla-LUPE-273, # 2 Pla-LUPE-274, # 3 Pla-LUPE-275, # 4 Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1048 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # 1 Pla-LUPE-276, # 2 Pla-LUPE-277, # 3 Pla-LUPE-277, # 4 Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1049 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1050 (p.76182) | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # 1 Pla-OCA-31, # 2 Pla-OCA-34, # 3 Pla-OCA-36, # 4 Pla-OCA-37)(dtg) (Entered: |

25-50246.76154

| | | 02/27/2024) |
|---|---|---|
| 02/27/2024 | 1051 (p.76336) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 (p.76366) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 (p.76373) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 (p.76381) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 (p.76446) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 (p.76448) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 (p.76450) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 (p.76453) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 (p.76467) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 (p.76474) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 (p.76479) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 (p.76498) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 (p.76512) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 (p.76528) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 (p.76554) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 (p.76558) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | | |

| | 1067 (p.76566) | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
|---|---|---|
| 02/28/2024 | 1068 (p.76579) | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 |

| | | |
|---|---|---|
| | | Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1087 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # 1 Def-STATE-161, # 2 Def-STATE-162, # 3 Def-STATE-163, # 4 Def-STATE-164, # 5 Def-STATE-165, # 6 Def-STATE-166, # 7 Def-STATE-167, # 8 Def-STATE-168, # 9 Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1088 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # 1 Def-STATE-171, # 2 Def-STATE-172, # 3 Def-STATE-173, # 4 Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1089 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1090 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # 1 Def-STATE-193, # 2 Def-STATE-194, # 3 Def-STATE-195, # 4 Def-STATE-196, # 5 Def-STATE-197, # 6 Def-STATE-198, # 7 Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1091 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # 1 Def-STATE-201, # 2 Def-STATE-202, # 3 Def-STATE-203, # 4 Def-STATE-204, # 5 Def-STATE-205, # 6 Def-STATE-206, # 7 Def-STATE-207, # 8 Def-STATE-208, # 9 Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1092 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # 1 Def-STATE-211, # 2 Def-STATE-212, # 3 Def-STATE-213, # 4 Def-STATE-214, # 5 Def-STATE-215, # 6 Def-STATE-216, # 7 Def-STATE-217, # 8 Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1093 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # 1 Def-STATE-223, # 2 Def-STATE-224, # 3 Def-STATE-225, # 4 Def-STATE-226, # 5 Def-STATE-227, # 6 Def-STATE-228, # 7 Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1094 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # 1 Def-STATE-231, # 2 Def-STATE-232, # 3 Def-STATE-234, # 4 Def-STATE-235, # 5 Def-STATE-236, # 6 Def-STATE-237, # 7 Def-STATE-238, # 8 Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1095 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # 1 Def-STATE-241, # 2 Def-STATE-242, # 3 Def-STATE-243, # 4 Def-STATE-244, # 5 Def-STATE-245, # 6 Def-STATE-246, # 7 Def-STATE-247, # 8 Def-STATE-248, # 9 Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1096 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # 1 Def-STATE-251, # 2 Def-STATE-252, # 3 Def-STATE-253, # 4 Def-STATE-254, # 5 Def-STATE-255, # 6 Def-STATE-256, # 7 Def-STATE-257, # 8 Def-STATE-258, # 9 Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1097 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # 1 Def-STATE-263, # 2 |

25-50246.76158

| | | |
|---|---|---|
| | | Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1110 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1111 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | 1112 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1113 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1114 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of |

| | | |
|---|---|---|
| | | record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | |

| | | |
|---|---|---|
| | | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James |

| | | |
|---|---|---|
| | | Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |

| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of |

| | | record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
|---|---|---|
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 |

| | | Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
|---|---|---|
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/01/2024 | | NOTICE OF APPEAL following <u>1162</u> Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following <u>1163</u> Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | <u>1166</u> | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1164</u> | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | <u>1165</u> | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # <u>1</u> Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING <u>1165</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order <u>1157</u> is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1167</u> | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for <u>1163</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | <u>1168</u> | ORDER of USCA (certified copy). re <u>1162</u> Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. <u>1163</u> Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National |

| | | Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
|---|---|---|
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT |

| | | |
|---|---|---|
| | | Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of |

| | | |
|---|---|---|
| | | Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |

| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
| --- | --- | --- |
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL following <u>1191</u> Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (<u>Transcript Order</u>) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | <u>1193</u> | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | <u>1194</u> | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for <u>1191</u> Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal, <u>1191</u> Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | <u>1195</u> | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | <u>1196</u> | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # <u>1</u> Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING <u>1196</u> Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | <u>1197</u> | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | <u>1198</u> | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING <u>1197</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and |

| | | |
|---|---|---|
| | | Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |

| | | |
|---|---|---|
| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order |

| | | the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
|---|---|---|
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 |

| | | |
|---|---|---|
| | | (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |
| 07/02/2025 | 1226 | Unopposed MOTION to Withdraw as Attorney *Amira Mattar* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Attachments: # 1 Proposed Order)(Mattar, Amira) (Entered: 07/02/2025) |
| 07/03/2025 | | Text Order GRANTING 1226 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Amira Mattar is hereby WITHDRAWN as counsel of record for Free Speech For People, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mmlc) (Entered: 07/03/2025) |
| 07/03/2025 | 1227 | MOTION to Withdraw as Attorney *Maia Cole* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Cole, Maia) (Entered: 07/03/2025) |
| 07/04/2025 | | Text Order GRANTING 1227 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. *Maia Cole* is hereby WITHDRAWN as counsel of record for Houston Area Urban League, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mmlc) (Entered: 07/04/2025) |
| 07/09/2025 | 1228 | Unopposed MOTION to Withdraw as Attorney by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis) (Entered: 07/09/2025) |
| 07/10/2025 | | Text Order GRANTING 1228 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Louis J. Capozzi III is hereby WITHDRAWN as counsel of record for Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. |

| | | There is no document associated with this entry.) (Entered: 07/10/2025) |
|---|---|---|

25-50246.76181

Tab 14: Docket Sheet, Thirteenth Supplemental
(ROA.77382-77617)

APPEAL,CONSOLIDATED,ESC,LEAD_CASE

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00844-XR

| | |
|---|---|
| La Union Del Pueblo Entero, et al v. Gregory W. Abbott, et al | Date Filed: 09/03/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2024 |
| Case in other court:  5CCCA, 21-51145 (Doc. 123) | Jury Demand: Both |
| 5CCA, 22-50435 (Doc. 426) | Nature of Suit: 441 Civil Rights: Voting |
| 5CCA, 22-50732 (Doc. 451) | Jurisdiction: Federal Question |
| 5CCA, 22-50775 (Doc. 457) | |
| 5CCA, 22-50777 (Doc. 458) | |
| 5CCA, 22-50778 (Doc. 459) | |
| 5CCA, 23-50201 (Doc. 567) | |
| 5CCA, 23-50885 (Doc. 823) | |
| 5CCA, 23-50887 (Doc. 827) | |
| 5CCA, 24-50783 (Doc. 1162) | |
| 5CCA, 24-50786 (Doc. 1163) | |
| 5CCA, 24-50826 (Doc. 1177) | |
| 5CCA, 24-50831 (Doc. 1179) | |
| 5CCA, 24-50904 (Doc. 1191) | |
| 5CCA, 25-50246 (Doc. 1208) | |
| 5CCA, 25-50250 (Doc. 1209) | |
| 5CCA, 25-50366 (Doc. 1220) | |

Cause: 42:1973 Voting Rights Act

**Plaintiff**

**La Union Del Pueblo Entero**                     represented by     **Leah J. Tulin**
Brennan Center for Justice at NYU School of
Law
1140 Connecticut Avenue NW
Suite 1150
Washington, DC 20036
202-650-6397
Email: tulinl@brennan.law.nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
MALDEF [Mexican American Legal Defense
& Educational Fund]
110 Broadway Street, #300
San Antonio, TX 78205
(210) 224-5476
Fax: 210/224-5382
Email: nperales@maldef.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
Weil, Gotshal & Manges LLP
200 Crescent Court
Suite 300
Dallas, TX 75201
(214) 746-8158
Fax: (214) 746-7777
Email: liz.ryan@weil.com
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
Mexican American Legal Defense and
Educational Fund (MALDEF)
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476
Fax: (210) 224-5382
Email: fmenendez@maldef.org
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
Fried, Frank, Harris, Shriver, & Jacobson
LLP
One New York Plaza
New York, NY 10004
212-859-8000
Email: jason.kanterman@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
Mexican American Legal Defense and
Educational Fund
110 Broadway
Suite 300
San Antonio, TX 78205
210-224-5476
Fax: 214-224-5382
Email: jlongoria@maldef.org
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
Mexican American Legal Defense and
Educational Fund
110 Broadway #300
San Antonio, TX 78205
832-573-3173
Email:
kenneth.parreno@protectdemocracy.org
*TERMINATED: 02/06/2024*

*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: kevin.zhen@friedfrank.com
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
Fried. Frank. Harris. Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: michael.keats@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8754
Fax: (212) 463-7308
Email: patrick.berry@nyu.edu
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000
Fax: (212) 859-4000
Email: rebecca.martin@friedfrank.com
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
Brennan Center for Justice
120 Broadway
Suite 1750
New York, NY 10271
646-292-8363
Email: morales-doyles@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Friendship-West Baptist Church**          represented by   **Aaron J. Curtis**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue

New York, NY 10153
212-310-8901
Fax: 212-310-8007
Email: aaron.curtis@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3900
Dallas, TX 75201
214-220-7949
Email: mcloud@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8310
Fax: (212) 463-7308
Email: andrew.garber@nyu.edu
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
Brennan Center for Justice at NYU School of
Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
Email: sweren-beckere@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8389
Fax: (212) 463-7308
Email: singhj@brennan.law.nyu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
Weil, Gotshal & Manges LLP
200 Crescent Court. Suite 300
Dallas, TX 75201
214-746-8279
Fax: 214-746-7777
Email: madeleine.carpenter@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
Weil Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7889
Fax: (214) 746-7777
Email: matt.berde@weil.com
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
Paul Hastings LLP
600 Travis Street
Fifty-Eighth Floor
Houston, TX 77002
713-860-7320
Fax: 713-860-7300

Email: paulgenender@paulhastings.com
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
(646) 925-8765
Fax: (212) 463-7308
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **The Anti-Defamation League Austin, Southwest, and Texoma** *TERMINATED: 03/06/2023* | represented by | **Megan Cloud** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Southwest Voter Registration Education Project** | represented by | **Nina Perales** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Impact**                    represented by    **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mexican American Bar Association of Texas**                represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)

*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Texas Hispanics Organized for Political Education**            represented by   **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**

(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOLT Action**                          represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Velasquez Institute**    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lewin**                    represented by  **Aaron J. Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Yvonne Ryan**
(See above for address)
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Cloud**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul R. Genender**
(See above for address)
*TERMINATED: 09/21/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren-Becker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jasleen K. Singh**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Madeleine Hall Carpenter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Berde**
(See above for address)
*TERMINATED: 12/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nina Perales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robyn Sanders**
(See above for address)
*TERMINATED: 05/14/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fiel Houston, Inc.**                    represented by    **Nina Perales**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima L Menendez**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Jason S. Kanterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Renee Longoria**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Parreno**
(See above for address)
*TERMINATED: 02/06/2024*
*ATTORNEY TO BE NOTICED*

**Kevin Zhen**
(See above for address)
*TERMINATED: 08/10/2023*
*ATTORNEY TO BE NOTICED*

**Leah J. Tulin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael C. Keats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick A. Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca L. Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Morales-Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mi Familia Vota**                     represented by **Amira M. Mattar**
Free Speech For People
28 S Main Street
Suite 200
Sharon, MA 02067
617-564-0464
Email: amira@freespeechforpeople.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
Free Speech For People
1320 Centre. St. #405

Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: bclements@freespeechforpeople.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
Reed Smith LLP
401 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 623-1801
Fax: (512) 623-1802
Email: dahlrich@reedsmith.com
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
Stoel Rives LLP
760 S.W. 9th Avenue, Suite 3000
Portland, OR 97205
(503) 294-9642
Fax: (503) 220-2480
Email: laura.rosenbaum@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: vgenecin@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
Stoel Rives LLP
101 S. Capitol Blvd
Suite 1900
Boise, ID 83702
208-389-9000
Fax: 208-389-9040
Email: wendy.olson@stoel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
Stoel Rives LLP
33 S. Sixth Street, Suite 4200

Minneapolis, MN 55402-3722
(612) 373-8800
Fax: (612) 373-8881
Email: bradley.prowant@stoel.com
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 249-3015
Fax: (512) 628-0142
Email: chostetler@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
Dorsey & Whitney LLP
101 S. Capitol Blvd
Suite 1701
Boise, ID 83702
208-617-2537
Fax: 208-963-3046
Email: watkins.elijah@dorsey.com
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
NAACP Legal Defense & Educational Fund,
Inc.
700 14th Street N.W. Suite 600
Washington, DC 20005
(202) 682-1300
Fax: (202) 682-1312
Email: jholmes@naacpldf.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: jbonifaz@freespeechforpeople.org
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
Greenberg Traurig, P.A
222 South Main
Ste 1730
Salt Lake City, UT 84101
801-478-6920
Email: marc.rasich@gtlaw.com

25-50246.77398

*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
Stoel Rives LLP
101 S. Capitol Blvd., Suite 1900
Boise, ID 83702
(208) 389-9000
Fax: (208) 389-9040
Email: mark.bieter@stoel.com
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
Free Speech For People
1320 Centre. St. #405
Newton, MA 02459
(617) 244-0234
Fax: (512) 628-0142
Email: rfein@freespeechforpeople.org
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                    represented by  **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Marlon Lopez**                    represented by  **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*

<span style="color:red">25-50246.77400</span>

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**

(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**                                represented by   **Amira M. Mattar**
(See above for address)
*TERMINATED: 07/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ben Clements**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle V. Ahlrich**
(See above for address)
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura E. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy J. Olson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley R. Prowant**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Courtney M. Hostetler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elijah M. Watkins**
(See above for address)
*TERMINATED: 03/11/2024*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Bonifaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc T. Rasich**
(See above for address)
*TERMINATED: 04/19/2022*
*ATTORNEY TO BE NOTICED*

**Mark L. Bieter**
(See above for address)
*TERMINATED: 01/21/2025*
*ATTORNEY TO BE NOTICED*

**Ronald A. Fein**
(See above for address)
*TERMINATED: 04/16/2024*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Houston Justice**                 represented by   **Georgina Yeomans**
*TERMINATED: 02/23/2022*                             Equal Employment Opportunity Commission
                                                     131 M St. NE
                                                     Washington, DC 20002
                                                     202-921-2748
                                                     Email: gyeomans@afscme.org
                                                     *TERMINATED: 02/23/2022*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, Fifth Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: ksadasivan@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
Reed Smith/Houston
1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: lzaragoza@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: abadat@naacpldf.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Houston Area Urban League**              represented by  **Breanna Della Williams**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006

405-602-4779
Email: bwilliams@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Destiny Lopez**
Dto Law
915 Wilshire Blvd
Suite 1950
Los Angeles, CA 90017
213-335-6999
Email: drlopez@dtolaw.com
*TERMINATED: 08/22/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Maia Cole**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
646-740-9990
Email: mcole@naacpldf.org
*TERMINATED: 07/04/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
The Arc of the United States
2000 Pennsylvania Ave NW
Suite 500
Washington DC, DC 20006
202-932-6852
Email: mrusciano@cpr-ma.org
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
Reed Smith LLP
401 Congress Avenue
Suite 1800
Austin, TX 78701
United Sta
512-409-2718
Fax: 512-623-1802
Email: rmejia@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uruj Sheikh**

NAACP Legal Defense and Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
212-965-2275
Email: usheikh@naacpldf.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
ArentFox Schiff LLP
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013
949-633-0879
Email: william.dangelo@afslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
ArentFox Schiff LLP
233 S. Wacker Dr., Ste 7100
Chicago, IL 60606
312-258-5548
Email: ann.macdonald@afslaw.com
*ATTORNEY TO BE NOTICED*

**Ciara A. Sisco**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: csisco@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
ArentFox Schiff LLP
44 Montgomery Street
38th Floor
San Francisco, CA 94104
415-757-5897
Email: derek.ha@afslaw.com
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
ArentFox Schiff LLP
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
408-334-8775
Email: eitan.berkowitz@afslaw.com

*ATTORNEY TO BE NOTICED*

**James David Cromley**
ArentFox Schiff LLP
233 S Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5616
Fax: 312-258-5600
Email: james.cromley@afslaw.com
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
ArentFox Schiff LLP
233 S. Wacker Drive, Suite 7100
Chicago, IL 60606
312-258-5561
Email: j.michael.showalter@afslaw.com
*ATTORNEY TO BE NOTICED*

**R. Gary Spencer**
NAACP Legal Defense & Educational Fund,
Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Fax: (212) 226-7592
Email: gspencer@naacpldf.org
*TERMINATED: 02/16/2023*
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Delta Sigma Theta Sorority Inc.**                represented by   **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

The Arc of Texas                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**

(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*TERMINATED: 10/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Liliana Zaragoza**
(See above for address)
*TERMINATED: 05/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*TERMINATED: 01/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Ashley Rusciano**
(See above for address)
*TERMINATED: 01/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammed A. Badat**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roswill Mejia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D'Angelo , III**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ann Helen MacDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek H. Ha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eitan G. Berkowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James David Cromley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Showalter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor Genecin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**LULAC Texas**                     represented by    **Christopher Dooley Dodge**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-987-4928
Email: cdodge@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*TERMINATED: 05/17/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4490
Email: erodriguezarmenta@elias.law
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
Elias Law Group
10 G Street NE
Washington, DC 20002
(202) 968-4507
Fax: (202) 968-4498
Email: gwhite@elias.law
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743

Email: johnhardin@perkinscoie.com
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001

25-50246.77416

202-987-5096
Email: mogara@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW, Suite 1050
Washington, DC 20036
202-868-0396
Email: nbaron@advancingjustice-aajc.org
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
Elias Law Group LLP
250 Massachusetts Ave NW
Washington, DC 20001
202-734-7536
Email: oalerasool@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4550

Email: dlorenzo@elias.law
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
Ellis Law Group LLP
10 G St NE, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: hessig@elias.law
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
Rodman Law Office
5608 Parkcrest Drive, Suite 200
Austin, TX 78731
(512) 481-0400
Fax: (512) 481-0500
Email: jimrodman@rodmanlawoffice.com
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
Elias Law Group LLP
250 Massachusetts Ave NW
Suite 400
Washington, DC 20001
202-968-4492
Email: mmcqueen@elias.law
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-985-1752
Fax: 202-968-4498
Email: mjones@brookspierce.com
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Voto Latino**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*

25-50246.77418

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Alliance for Retired Americans**    represented by  **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas AFT**                    represented by    **Christopher Dooley Dodge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elena Rodriguez Armenta**
(See above for address)
*TERMINATED: 03/03/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Graham White**
(See above for address)
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James A. Rodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*TERMINATED: 09/06/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
(See above for address)
*TERMINATED: 08/19/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*TERMINATED: 04/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa O'Gara**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah B. Baron**
(See above for address)
*TERMINATED: 12/04/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omeed Alerasool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniela Lorenzo**
(See above for address)
*TERMINATED: 01/08/2025*
*ATTORNEY TO BE NOTICED*

**Haley Costello Essig**
(See above for address)
*TERMINATED: 06/15/2022*
*ATTORNEY TO BE NOTICED*

**Marcos Mocine-Mcqueen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael B. Jones**
(See above for address)
*TERMINATED: 05/02/2024*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**OCA-Greater Houston**                    represented by    **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
915 15th St NW
Washington D.C., DC 20005
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa G. Bernstein**
Jenner & Block, LLP
1099 New York Avenue, Nw Suite 900
Washington, DC 20001
202-639-6029
Email: abernstein@jenner.com
*TERMINATED: 09/06/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*TERMINATED: 08/30/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Lawrence Dimmick**
American Civil Liberties Union Foundation,
Inc.
915 15th St Nw
Washington, DC 20005
202-731-2395
Email: bdimmick@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elissa Gershon**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street
New York, NY 10004
510-847-1077
Fax: 212-607-3318
Email: elissa.g@consultant.aclu.org
*TERMINATED: 02/14/2024*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Washington**
BraunHagey & Borden LLP
747 Front Street
Ste 4th Floor
San Francisco, CA 94111
415-335-4786
Email: gwashington@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Advancement Project
1220 L Street, N.W.
Suite 850
Washington, DC 20005
202-728-9557
Email: hmirza@advancementproject.org

*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*TERMINATED: 09/10/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
Disability Rights Texas
2222 W. Braker Lane
Austin, TX 78758
512-454-4816
Fax: 5120302-4936
Email: lisa@edwards-law.com
*TERMINATED: 04/24/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691

Fax: 713/974-7695
Email: lromano@drtx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Stegemoeller**
Asian American Legal Defense and
Education Fund
99 Hudson St. 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: pstegemoeller@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation
207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146

Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan Mizner**
American Civil Liberties Union Foundation,
Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 343-0781
Email: smizner@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*TERMINATED: 10/01/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000

Fax: (202) 639-6066
Email: umittal@jenner.com
*TERMINATED: 01/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Veronikah Rhea Warms**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: veronikah@texascivilrightsproject.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741
512-474-5073
Email: zachary@texascivilrightsproject.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
American Civil Liberties Union of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: apinon@aclutx.org
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2681
Email: asavitzky@aclu.org
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Email: aharris@aclutx.org
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
Disability Rights Texas
1420 W. Mockingbird Lane, Ste. 450

Dallas, TX 75247-4932
214-630-0916
Email: cmcgreal@drtx.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
ACLU of Texas
P.O. Box 8306
Houston, TX 77288
7133257011
Fax: 7139428966
Email: esaldivar@aclutx.org
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
Disability Rights Texas
2222 W. Braker Ln.
Austin, TX 78758
(512) 454-4816
Fax: 512/454-3999
Email: phofer@disabilityrightstx.org
*ATTORNEY TO BE NOTICED*

**Sarah Xiyi Chen**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741
512-474-5073
Email: schen@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

**Sophia Cai**
Jenner & Block LLP
455 Market Street, #2100
San Francisco, CA 94105
(628) 267-6800
Fax: (628) 267-6859
Email: SCai@jenner.com
*TERMINATED: 01/09/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**League of Women Voters of Texas**          represented by  **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street, New York, New York,
10004
New York, NY 10004
425-516-8400
Email: dcampbell-harris@aclu.org
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**REVUP-Texas**　　　　　　　represented by　**Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<span style="color:red">25-50246.77432</span>

**Ari Savitzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 05/03/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 07/18/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 08/30/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriana Cecilia Pinon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher McGreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dayton Campbell-Harris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/24/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas Organizing Project**
*TERMINATED: 04/14/2022*

represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Savitzky**
(See above for address)
*TERMINATED: 04/14/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 04/14/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 04/14/2022*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Workers Defense Action Fund**              represented by   **Adriel I. Cepeda-Derieux**
*TERMINATED: 03/06/2023*                                      (See above for address)
                                                             *TERMINATED: 03/06/2023*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Andre I. Segura**
                                                             (See above for address)
                                                             *TERMINATED: 03/06/2023*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ari Savitzky**
                                                             (See above for address)
                                                             *TERMINATED: 03/06/2023*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Hani Mirza**
                                                             (See above for address)
                                                             *TERMINATED: 03/06/2023*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lia Sifuentes Davis**
                                                             (See above for address)
                                                             *TERMINATED: 07/18/2022*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lucia Romano**
                                                             (See above for address)

*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*TERMINATED: 11/16/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Dolling**
(See above for address)
*TERMINATED: 03/06/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashley Alcantara Harris**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Edgar Saldivar**
(See above for address)

*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Lisa A. Snead**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Peter Hofer**
(See above for address)
*TERMINATED: 03/06/2023*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**United States Of America**                represented by   **Daniel Joshua Freeman**
U.S. Department of Justice
950 Pennsylvania Ave, 4CON 8.143
Washington, DC 20530
(202) 305-4355
Email: daniel.freeman@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Jaeseon Yun**
U.S. Department of Justice
150 M Street NE, 8th Floor
Washington, DC 20002
202-305-5533
Email: jennifer.yun@usdoj.gov
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Elliot Stewart**
U.S. Department of Justice
950 Pennsylvania Ave. NW, 4CON 8th Floor
Washington, DC 20530
202-598-7233
Email: michael.stewart3@usdoj.gov
*TERMINATED: 03/11/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Alan Dellheim**
US Department of Justice
9150 M Street, NE/8.1815
Washington, DC 20530
202.305.1734
Email: richard.dellheim@usdoj.gov
*TERMINATED: 05/13/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Christian Herren , Jr.**
U.S. Department of Justice
Civil Rights Division
150 M Street NE, Room 8.1807
Washington, DC 20530
(202) 514-1416
Email: chris.herren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Paikowsky**
U.S. Department of Justice
4 Constitution Square
Washington, DC 20503
(202) 353-5225
Email: dana.paikowsky@usdoj.gov
*TERMINATED: 12/19/2023*
*ATTORNEY TO BE NOTICED*

**Jaywin Singh Malhi**
United States Department of Justice
Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530
(800) 253-3931
Fax: (202) 307-3961
Email: jaywin.malhi@usdoj.gov
*TERMINATED: 05/13/2025*
*ATTORNEY TO BE NOTICED*

**Laura Brady Bender**
U.S. Department of Justice
950 Pennsylvania Ave., NW
4CON 8th Floor
Washington, DC 20530
(202) 353-5373
Email: laura.bender@usdoj.gov
*TERMINATED: 03/31/2023*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregory W. Abbott**                    represented by    **Christopher D. Hilton**
*in his official capacity as Govenor of Texas*              Office of the Attorney General of Texas
                                                            P O Box 12548
                                                            Capital Station
                                                            Austin, TX 78701
                                                            512-463-2120
                                                            Fax: 512-320-0667
                                                            Email: chris@stonehilton.com

*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
Gibson, Dunn & Crutcher LLP
811 Main Street Suite 3000
Houston, TX 77002
713-628-7407
Email: jdisorbo@gibsondunn.com
*TERMINATED: 08/26/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
Office of the Attorney General
PO Box 12548, MC 009
Austin, TX 78711-2548
512-936-2613
Email: ryan.kercher@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
PO Box 12548, Capitol Station
Special Litigation Division
78711, Ste Mc-019
Austin, TX 78711
512-463-4139
Email: amy.hilton@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
Terrazas, PLLC
1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
Texas Office of the Attorney General
PO Box 12548
Austin, TX 78711
832-316-2554
Email: ethan.szumanski@oag.texas.gov
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
Office of the Attorney General of Texas
P.O. Box 12548 (MC 009)
Austin, TX 78711

512-936-2021
Email: aaron.barnes@oag.texas.gov
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
Office of the Attorney General
P.O. Box 12548
Capitol Station
Ste Capitol Station
Austin, TX 78711
512-475-4088
Email: jameson.joyce@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-936-2613
Email: johnathan.stone@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
Office of the Texas Attorney General
P.O. Box 12548, MC 009
Austin, TX 78711-2548
512-936-2275
Email: kathleen.hunker@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
Texas Attorney General's Office
Special Litigation Division
P.O Box 12548
(MC-009)
Austin, TX 78711-2548
512-936-2266
Fax: 512-457-4110
Email: david.bryant@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Office of the Attorney General of Texas

P.O. Box 12548
Mc-009
Austin, TX 78711-2548
512-463-4139
Fax: 512-457-4110
Email: Patrick.Sweeten@oag.texas.gov
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Lehotsky Keller Cohn LLP
Special Litigation Unit
408 W. 11st Street, 5th Floor
Austin, TX 78701
210-286-0806
Email: will@lkcfirm.com
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711
512-936-1666
Fax: 512-320-0667
Email: will.wassdorf@oag.texas.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jose A. Esparza**
*in his official capacity as Deputy Secretary of the State of Texas*

represented by   **Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren K. Paxton**
*in his official capacity as Attorney General*

represented by   **Christopher D. Hilton**
(See above for address)

<span style="color:red">25-50246.77442</span>

*of Texas*

TERMINATED: 01/30/2024
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*TERMINATED: 04/29/2022*
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lupe C. Torres**
*in her official capacity as Medina County*
*Elections Administrator*

represented by **Chad Ennis**
Texas Secretary of State
1019 Brazos Street
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: CEnnis@sos.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert E Henneke**
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
512-472-2700
Fax: 512-472-2728
Email: rhenneke@texaspolicy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Wise**
*in her Official Capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*TERMINATED: 05/12/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222

Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A. Lebel**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: clebel@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a
Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Louk**
Cooley LLP
3 Embarcadero Center, 20th Floorr
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: dlouk@cooley.com
*TERMINATED: 05/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*TERMINATED: 03/18/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Anne Anne Bernal**
El Paso County Attorney
500 E San Antonio Ave Rm 503
El Paso, TX 79901
915-546-2050
Fax: 915-546-2133

25-50246.77445

Email: joanne.bernal@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Edward Untereker**
El Paso County Attorney's Office
500 E. San Antonio
Rm. 503
El Paso, TX 79902
915-546-2083
Fax: 915-546-2133
Email: juntereker@epcounty.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*TERMINATED: 01/08/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*TERMINATED: 01/31/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Eisner**
States United Democracy Center
1101 17th Street Nw
Washington, DC 20036
(240) 600-1316
Email: marina@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Robert Cotter**
States United Democracy Center
7510 N. Greenview Ave., Apt. #3
Chicago, IL 60626
(224) 235-2606
Email: robert@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Harris County Republican Party**  represented by  **E. Stewart Crosland**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
202-879-3951
Email: scrosland@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

(202) 879-3930
Fax: (202) 626-1700
Email: jmgore@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
201-879-3667
Email: stephen.joseph.kenny@gmail.com
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3795
Fax: (202) 626-1700
Email: charles.roberts2@usdoj.gov
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
Jones Day
51 Louisiana Ave., Nw
Washington, DC 20001
717-802-2077
Email: louc4455@gmail.com
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dallas County Republican Party**          represented by  **E. Stewart Crosland**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Senatorial Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **National Republican Congressional Committee** | represented by | **E. Stewart Crosland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**John M. Gore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Kenny**
(See above for address)
*TERMINATED: 07/19/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles E.T. Roberts**
(See above for address)
*TERMINATED: 04/15/2025*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Ogg**
*Harris Count;y District Attorney*

represented by **Eric J.R. Nichols**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: Eric.Nichols@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karson Karl Thompson**
Butler Snow LLP
1400 Lavaca Street, Suite 1000
Austin, TX 78701
737-802-1800
Fax: 737-802-1801
Email: karson.thompson@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria A. Giese**
Butler Snow LLP
1400 Lavaca Street Suite 1000
Austin, TX 78701
737-802-1800
Email: victoria.giese@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cory Ren Liu**
Butler Snow LLP
1400 Lavaca Street
Suite 1000
Austin, TX 78701

25-50246.77450

737-802-1800
Email: cory.ren.liu@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joe Gonzales**<br>*Bexar County District Attorney* | represented by | **Larry L. Roberson**<br>Bexar County District Attorney's Office<br>101 W. Nueva<br>7th Floor<br>San Antonio, TX 78205-3030<br>(210) 335-2141<br>Fax: (210) 335-2773<br>Email: lroberson@bexar.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Lisa V. Cubriel**
Bexar County District Attorney's Office
Civil Division
101 W. Nueva, 7th Floor
San Antonio, TX 78205
210-335-2142
Fax: 210-335*2773
Email: Lisa.Cubriel@bexar.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
DOJ-USAO
Civil Division
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
210-384-7362
Email: Robert.green3@usdoj.gov
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
Bexar County Criminal District Attorney
101 W. Nueva
7th Floor Paul Elizondo Tower
San Antonio, TX 78205
210-335-0785
Fax: 210-335-2773
Email: robert.piatt@bexar.org
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Jose Garza**<br>*Travis County District Attorney* | represented by | **Anthony J. Nelson**<br>Travis County Attorney's Office |

314 West 11th Street
Room 590
Austin, TX 78701
(512) 854-4801
Fax: 512/854-4808
Email: tony.nelson@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: (512) 854-4808
Email: amy.ybarra@traviscountytx.gov
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
Travis County Attorney's Office
P.O. Box 1748
Austin, TX 78767
512-854-5985
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Creuzot**<br>*Dallas County District Attorney* | represented by | **Barbara S. Nicholas**<br>Assistant District Attorney<br>Civil Division Administration Building, 5th Floor<br>500 Elm Street, Suite 6300<br>Dallas, TX 75202<br>(214) 653-6068<br>Fax: (214) 653-6134<br>Email: barbara.nicholas@dallascounty.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Ben L Stool**<br>Criminal District Attorney's Office of Dallas County, T<br>500 Elm Street<br>Suite 6300<br>Dallas, TX 75202<br>(214) 653-6234<br>Fax: (214) 653-6134<br>Email: ben.larry.stool@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Ricardo Rodriguez, Jr.**

represented by **Jacqueline Lysette Villarreal**
Hidalgo County District Attorney Office
Civil Litigation
100 E. Cano
Edinburg, TX 78539
956-292-7609
Email:
jacquelinelysette.villarreal@gmail.com
*ATTORNEY TO BE NOTICED*

**Michael J. Garza**
Ricky Rod Law Group
505 West Cano St
Edinburg, TX 78539
956-335-5555
Email: michaelgarza@mac.com
*TERMINATED: 08/18/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Rosales**
*in her official capacity as El Paso County*
*District Attorney*

represented by **Ian Russell Kaplan**
El Paso County Attorney's Office
320 S. Campbell Street,
Suite 200
El Paso, TX 79912
915-273-3247
Email: I.Kaplan@epcountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rogelio C. Rodriguez**
Law Firm
3800 N. Mesa, A-2202
El Paso, TX 79902
(915) 422-1000
Fax: 915-532-3900
Email: attorney@rodriguezfirm.com
*TERMINATED: 05/09/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca Guerrero**

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teneshia Hudspeth**
*Harris County Clerk, In her Official*
*Capacity*

represented by **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor

Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
Harris County Attorney Office
1019 Congress 15th Floor
Houston, TX 77002
(713) 274-5132
Fax: (713) 755-8924
Email: tiffany.bingham@harriscountytx.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dyana Limon-Mercado**                    represented by    **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Stoeckl Ybarra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 07/31/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Nelson**

**Defendant**

**JANE NELSON, in her official capacity
as Texas Secretary of State**

V.

**Consol Defendant**

**Isabel Longoria**                    represented by    **Christina Marie Beeler**
*Harris County Elections Administrator*                    Texas Civil Rights Project
2100 Travis Street
Suite 360
Houston, TX 77002
512-914-1249
Email: christinab@texascivilrightsproject.org
*TERMINATED: 06/06/2022*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jonathan Gabriel Chaim Fombonne**
Harris County Attorneys Office
1019 Congress, 15th Floor
Houston, TX 77002
(713) 274-5102
Fax: (713) 755-8924
Email: jonathan.fombonne@cao.hctx.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sameer Singh Birring**
(See above for address)
*TERMINATED: 04/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tiffany Sue Bingham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jacque Callanen**                    represented by    **Larry L. Roberson**
*In her Official Capacity as Elections*                  (See above for address)
*Administrator of Bexar County*                          *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Lisa V. Cubriel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Green**
(See above for address)
*TERMINATED: 02/23/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William Piatt , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Yvonne Ramon**                       represented by    **Josephine L. Ramirez**
*in her Official Capacity as the Hidalgo*                Hidalgo County District Attorney's Office
*County Elections Administrator*                         100 E. Cano, First Floor
                                                         Edinburg, TX 78539
                                                         956-292-7609
                                                         Fax: 956-292-7619
                                                         Email: josephine.ramirez@da.co.hidalgo.tx.us

*TERMINATED: 03/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh Ann Tognetti**
Hidalgo County Criminal District Attorney
100 E Cano
Edinburg, TX 78539
9562927600
Email: leigh.tognetti@da.co.hidalgo.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor Manuel Garza**
Hidalgo County Criminal District Attorney
Civil Division
100 E. Cano St.
Edinburg, TX 78539
956-292-7609
Fax: 956-318-2301
Email: victor.garza@da.co.hidalgo.tx.us
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Michael Scarpello**
*in his Official Capacity as the Dallas
County Elections Administrator*

represented by **Barbara S. Nicholas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
Rogge Dunn Group
500 N. Akard Street
Suite 1900
Dallas, TX 75201
214-888-5000
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**STATE OF TEXAS**

represented by **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**

(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jane Nelson**
*in her official capacity as Texas Secretary*
*of State*

represented by    **Christopher D. Hilton**
(See above for address)
*TERMINATED: 01/30/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*TERMINATED: 12/05/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan G. Kercher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Snow Hilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric A. Hudson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Quinn Szumanski**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**J. Aaron Barnes**
(See above for address)
*TERMINATED: 04/14/2023*
*ATTORNEY TO BE NOTICED*

**Jack Buckley Disorbo**
(See above for address)
*TERMINATED: 08/26/2022*
*ATTORNEY TO BE NOTICED*

**Jameson C Joyce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnathan Stone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Hunker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monroe David Bryant , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*TERMINATED: 02/13/2023*
*ATTORNEY TO BE NOTICED*

**William D. Wassdorf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Dana DeBeauvoir**
*in her Official Capacity as the Travis
County Clerk*

represented by **Anthony J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie W. Dippel**
Travis County Attorney's Office
P.O. Box 1748
314 W. 11th Street
Room 500
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: leslie.dippel@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick T. Pope**
Travis County Attorney
Civil Litigation Division
PO BOX 1748
Austin, TX 78767
512-854-9523
Fax: 512-854-4808
Email: patrick.pope@traviscountytx.gov
*TERMINATED: 08/07/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherine Elizabeth Thomas**
Assistant County Attorney
Travis County, Texas
P.O. Box 1748
Austin, TX 78767
(512) 854-9513
Fax: 512/854-4808
Email: sherine@sherinethomaslaw.com
*TERMINATED: 02/10/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Foundation for Government Accountability**

represented by **Donna Garcia Davidson**
PO Box 12131
Austin, TX 78711
(512) 775-7625
Fax: (877)200-6001
Email: donna@dgdlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chase Martin**
Attorney at Law
15275 Collier Blvd., Suite 201
Naples, FL 34119
(239) 244-8808
Email: chase@thefga.org
*ATTORNEY TO BE NOTICED*

**Stewart Whitson**
Stewart Whitson
15275 Collier Blvd, Suite 201
Naples, FL 34119
(239) 244-8808
Email: stewart@thefga.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**John R. Ashcroft**
*Missouri Seretary of State*
*TERMINATED: 01/12/2022*

**Amicus**

**Young Black Lawyers' Organizing Coalition**

represented by **Veronica Smith Moye**
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, TX 75201
214-764-4418
Email: vmoye@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lawyers Democracy Fund**

represented by **Eric Wang**
The Gober Group
1501 Wilson Blvd. Suite 1050
Arlington, VA 22209
202-417-3528
Email: ew@gobergroup.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **Republican National Committee** | represented by | **John M. Gore** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Capozzi , III**
(See above for address)
*TERMINATED: 07/10/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542-15188447). No Summons requested at this time, filed by La Union Del Pueblo Entero. (Attachments: # 1 Civil Cover Sheet)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 2 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Fred Biery. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/03/2021) |
| 09/03/2021 | 4 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Michael C. Keats* ( Filing fee $ 100 receipt number 0542-15191289) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Christopher H. Bell* ( Filing fee $ 100 receipt number 0542-15191293) by on behalf |

| | | |
|---|---|---|
| | | of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Jessica M. Choi* ( Filing fee $ 100 receipt number 0542-15191295) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/03/2021) |
| 09/07/2021 | 7 | Summons Issued as to Gregory W. Abbott. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 8 | Summons Issued as to Jose A. Esparza. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 9 | Summons Issued as to Warren K. Paxton. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 10 | Summons Issued as to Lupe C. Torres. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | 11 | MOTION to Appear Pro Hac Vice by Nina Perales *Motion for Admission PHV of Rebecca L. Martin* ( Filing fee $ 100 receipt number 0542-15192607) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/07/2021) |
| 09/07/2021 | 12 | ORDER GRANTING 4 5 6 Motion to Appear Pro Hac Vice for Attorney(s) Christopher H. Bell, Jessica M. Choi, Michael C. Keats for JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, Fiel Houston, Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney is hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Administrative Policies and Procedures for Electronic Filing. Signed by Judge Fred Biery. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 13 | ORDER GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Rebecca L. Martin for Fiel Houston, Inc.,Rebecca L. Martin for JOLT Action,Rebecca L. Martin for La Union Del Pueblo Entero,Rebecca L. Martin for Mexican American Bar Association of Texas,Rebecca L. Martin for Southwest Voter Registration Education Project,Rebecca L. Martin for Texas Hispanics Organized for Political Education,Rebecca L. Martin for William C. Velasquez Institute. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/08/2021) |
| 09/08/2021 | 14 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Matthew Berde* ( Filing fee $ 100 receipt number 0542-15198666) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 15 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Alexander P. Cohen* ( Filing fee $ 100 receipt number 0542-15199697) by on behalf of |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 16 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Patrick A. Berry* ( Filing fee $ 100 receipt number 0542-15199756) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 17 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Andrew B. Garber* ( Filing fee $ 100 receipt number 0542-15199807) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/08/2021 | 18 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Eliza Sweren-Becker* ( Filing fee $ 100 receipt number 0542-15199840) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/08/2021) |
| 09/09/2021 | 19 | NOTICE of Attorney Appearance by Nina Perales on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Perales, Nina) (Entered: 09/09/2021) |
| 09/09/2021 | 20 | ORDER GRANTING 14 15 16 17 18 Motion to Appear Pro Hac Vice for Attorney Matthew Berde,Alexander P. Cohen,Patrick A. Berry,Andrew B. Garber,Eliza Sweren-Becker for Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Fred Biery. (rg) (Entered: 09/09/2021) |
| 09/14/2021 | 21 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Gregory W. Abbott served on 9/10/2021, answer due 10/1/2021. (Perales, Nina) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Fred Biery no longer assigned to case. Signed by Judge Fred Biery. (rg) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Warren K. Paxton served on 9/10/2021, answer due 10/1/2021. (Perales, |

| | | Nina) (Entered: 09/14/2021) |
|---|---|---|
| 09/14/2021 | 24 | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Ex. A - Orig. Complaint (1:21-cv-780), # 2 Ex. B - Orig. Complaint (5:21-cv-848), # 3 Ex. C - Orig. Complaint (1:21-cv-786), # 4 Proposed Order)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 25 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Jose A. Esparza served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/15/2021 | 26 | SUMMONS Returned Executed by James Lewin, Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Isabel Longoria, Texas Impact. Lupe C. Torres served on 9/13/2021, answer due 10/4/2021. (Perales, Nina) (Entered: 09/15/2021) |
| 09/20/2021 | 27 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. Attorney Patrick K. Sweeten added to party Gregory W. Abbott(pty:dft), Attorney Patrick K. Sweeten added to party Jose A. Esparza(pty:dft), Attorney Patrick K. Sweeten added to party Warren K. Paxton(pty:dft) (Sweeten, Patrick) (Entered: 09/20/2021) |
| 09/21/2021 | 28 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | | Text Order GRANTING 28 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/21/2021) |
| 09/21/2021 | 29 | NOTICE *Regarding Pending Motion to Consolidate* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | 30 | Unopposed MOTION for Extension of Time to File Answer by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/23/2021) |
| 09/23/2021 | | Reset Deadlines: Lupe C. Torres answer due 10/25/2021. (rg) (Entered: 09/23/2021) |
| 09/30/2021 | 31 | ORDER GRANTING 24 Motion to Consolidate Cases. SA-21-CV-848, SA-21-CV-920, A-21-CV-780 and A-21-CV-786 are MEMBER CASES and will be CONSOLIDATED under LEAD CASE - SA-21-CV-844-XR. ALL PLEADINGS ARE TO BE FILED INTO THE LEAD CASE.All served Defendants shall file an answer on or before October 25, 2021. An initial pretrial conference shall be conducted on November 16, 2021 at 1:30 p.m. by video |

| | | |
|---|---:|---|
| | | conference; Discovery plan and scheduling order, no later than November 9, 2021. Signed by Judge Xavier Rodriguez. (rg) (Entered: 09/30/2021) |
| 10/06/2021 | 32 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Wendy J. Olson* ( Filing fee $ 100 receipt number 0542-15301531) by on behalf of Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 33 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Marc T. Rasich* ( Filing fee $ 100 receipt number 0542-15301618) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 34 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Laura E. Rosenbaum* ( Filing fee $ 100 receipt number 0542-15301626) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 35 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Elijah M. Watkins* ( Filing fee $ 100 receipt number 0542-15301641) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 36 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *John C. Bonifaz* ( Filing fee $ 100 receipt number 0542-15301654) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 37 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ben Clements* ( Filing fee $ 100 receipt number 0542-15301675) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 38 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Ronald A. Fein* ( Filing fee $ 100 receipt number 0542-15301682) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 39 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Courtney M. Hostetler* ( Filing fee $ 100 receipt number 0542-15301692) by on behalf of Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 40 | WAIVER OF SERVICE Returned Executed by Paul Rutledge, Mi Familia Vota, Marla Lopez, Marlon Lopez as to Gregory W. Abbott. Waiver sent on 10/5/2021, answer due 12/6/2021; Jose A. Esparza. Waiver sent on 10/5/2021, answer due 12/6/2021; Warren K. Paxton. Waiver sent on 10/5/2021, answer due 12/6/2021. (Lyons, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | 41 | MOTION to Appear Pro Hac Vice by Sean Morales-Doyle *for Jasleen K. Singh* ( Filing fee $ 100 receipt number 0542-15302528) by on behalf of Friendship-West Baptist Church, Isabel Longoria, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 32 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |

| 10/06/2021 | | Text Order GRANTING 33 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 34 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 35 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 36 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/06/2021 | | Text Order GRANTING 41 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/06/2021) |
| 10/07/2021 | | Text Order GRANTING 37 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 38 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |
| 10/07/2021 | | Text Order GRANTING 39 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 10/07/2021) |

| 10/07/2021 | 42 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Ramon served on 9/24/2021, answer due 10/15/2021. (Hardin, John) (Entered: 10/07/2021) |
|---|---|---|
| 10/07/2021 | 43 | MOTION by Public Interest Legal Foundation. (Attachments: # 1 Exhibit Proposed Answer)(Taylor, Andy) (Entered: 10/07/2021) |
| 10/19/2021 | 44 | MOTION to Withdraw as Attorney - *Jessica Choi,* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Choi, Jessica) (Entered: 10/19/2021) |
| 10/21/2021 | 45 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Graham White* ( Filing fee $ 100 receipt number 0542-15359890) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 10/21/2021) |
| 10/21/2021 | 46 | Memorandum in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 43 MOTION filed by Movant Public Interest Legal Foundation (Nkwonta, Uzoma) (Entered: 10/21/2021) |
| 10/21/2021 | 47 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 48 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 47 Response in Opposition to Motion, (Rasich, Marc) (Entered: 10/21/2021) |
| 10/21/2021 | 49 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 43 MOTION filed by Movant Public Interest Legal Foundation (Broughton, Kenneth) (Entered: 10/21/2021) |
| 10/21/2021 | 50 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 43 MOTION filed by Movant Public Interest Legal Foundation (Genender, Paul) (Entered: 10/21/2021) |
| 10/21/2021 | 51 | NOTICE *of Joinder in Opposition* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 49 Response in Opposition to Motion, 43 MOTION (Cox, Ryan) (Entered: 10/21/2021) |
| 10/21/2021 | 52 | Response in Opposition to Motion, filed by Jacque Callanen, Yvonne Ramon, Michael Scarpello, Lisa Wise, re 43 MOTION filed by Movant Public Interest Legal Foundation *Opposition to Public Interest Legal Foundation's Motion to Intervene* (Armon, Orion) (Entered: 10/21/2021) |
| 10/22/2021 | | Text Order GRANTING 44 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Jessica M. Choi for Plaintiffs La Unin Del |

| | | |
|---|---|---|
| | | Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute and Fiel Houston, Inc. is hereby WITHDRAWN and she shall be removed from all service lists pertaining to this action. These Plaintiffs will continue to be represented by Julia Longoria, who has already entered her appearance in this matter, and by other attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/22/2021 | | Text Order GRANTING <u>45</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/22/2021) |
| 10/24/2021 | 53 | MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/24/2021) |
| 10/25/2021 | 54 | MOTION to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Exhibit)(Hudson, Eric) (Entered: 10/25/2021) |
| 10/25/2021 | 55 | MOTION to Dismiss *the Complaint of OCA-Greater Houston, et al.* by Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 56 | ANSWER to <u>1</u> Complaint with Jury Demand . Attorney Anthony J. Nelson added to party Dana DeBeauvoir(pty:cd) by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 57 | Opposed MOTION *to Intervene* by Harris County Republican Party, Dallas County Republican Party, National Republican Senatorial Committee, National Republican Congressional Committee. (Attachments: # <u>1</u> Proposed Answer, # <u>2</u> Proposed Answer, # <u>3</u> Proposed Answer, # <u>4</u> Proposed Answer, # <u>5</u> Proposed Answer)(Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 58 | *Original* ANSWER to <u>1</u> Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 59 | ANSWER to Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 10/25/2021) |
| 10/25/2021 | 60 | RULE 7 DISCLOSURE STATEMENT filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/25/2021) |
| 10/25/2021 | 61 | *Consolidated Defendant's* ANSWER to <u>1</u> Complaint . Attorney Josephine L. Ramirez added to party Yvonne Ramon(pty:condft) by Yvonne Ramon.(Ramirez, Josephine) (Entered: 10/25/2021) |
| 10/25/2021 | 62 | ANSWER to <u>1</u> Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 10/25/2021) |
| 10/25/2021 | 63 | NOTICE of Attorney Appearance by John M. Gore on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican |

| | | Congressional Committee, National Republican Senatorial Committee. Attorney John M. Gore added to party Dallas County Republican Party(pty:mov), Attorney John M. Gore added to party Harris County Republican Party(pty:mov), Attorney John M. Gore added to party National Republican Congressional Committee(pty:mov), Attorney John M. Gore added to party National Republican Senatorial Committee(pty:mov) (Gore, John) (Entered: 10/25/2021) |
|---|---|---|
| 10/25/2021 | 64 | MOTION to Dismiss *the Complaint by Houston Justice, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 65 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 66 | *Original* ANSWER to 1 Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 10/25/2021) |
| 10/25/2021 | 67 | MOTION to Dismiss *the Complaint of Mi Familia, et al.* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Sweeten, Patrick) (Entered: 10/25/2021) |
| 10/25/2021 | 68 | MOTION to Dismiss by Lupe C. Torres. (Attachments: # 1 Proposed Order)(Henneke, Robert) (Entered: 10/25/2021) |
| 10/25/2021 | 69 | *DEFENDANT'S* ANSWER to 1 Complaint *FOR DECLARATORY AND INJUNCTIVE RELIEF* by Lisa Wise.(Armon, Orion) (Entered: 10/25/2021) |
| 10/25/2021 | 70 | ANSWER to Complaint with Jury Demand . Attorney Robert D. Green added to party Jacque Callanen(pty:condft) by Jacque Callanen.(Green, Robert) (Entered: 10/25/2021) |
| 10/26/2021 | 71 | MOTION to Appear Pro Hac Vice by John M. Gore *for E. Stewart Crosland* ( Filing fee $ 100 receipt number 0542-15373559) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/26/2021 | 72 | MOTION to Appear Pro Hac Vice by John M. Gore *for Stephen J. Kenny* ( Filing fee $ 100 receipt number 0542-15373621) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee. (Gore, John) (Entered: 10/26/2021) |
| 10/27/2021 | 73 | NOTICE *of Joinder* by Dana DeBeauvoir re 52 Response in Opposition to Motion, (Nelson, Anthony) (Entered: 10/27/2021) |
| 10/28/2021 | 74 | REPLY to Response to Motion, filed by Public Interest Legal Foundation, re 43 MOTION filed by Movant Public Interest Legal Foundation *Joint* (Taylor, Andy) (Entered: 10/28/2021) |
| 10/29/2021 | 75 | NOTICE of Attorney Appearance by Donna Garcia Davidson on behalf of Foundation for Government Accountability. Attorney Donna Garcia Davidson added to party Foundation for Government Accountability(pty:am) (Davidson, Donna) (Entered: 10/29/2021) |
| 10/29/2021 | 76 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389054) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |

| 10/29/2021 | 77 | MOTION to Appear Pro Hac Vice by Donna Garcia Davidson ( Filing fee $ 100 receipt number 0542-15389174) by on behalf of Foundation for Government Accountability. (Davidson, Donna) (Entered: 10/29/2021) |
|---|---|---|
| 10/29/2021 | 78 | MOTION for Leave to File Amicus Brief by Donna G. Davidson. by Foundation for Government Accountability. (Attachments: # 1 Brief)(Davidson, Donna) (Entered: 10/29/2021) |
| 11/01/2021 | 79 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Ari Savitzky* ( Filing fee $ 100 receipt number 0542-15394930) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 11/01/2021) |
| 11/01/2021 | 80 | NOTICE of Attorney Appearance by Ashley Alcantara Harris on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Ashley Alcantara Harris added to party League of Women Voters of Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party OCA-Greater Houston(pty:conpla), Attorney Ashley Alcantara Harris added to party REVUP-Texas(pty:conpla), Attorney Ashley Alcantara Harris added to party Texas Organizing Project(pty:conpla), Attorney Ashley Alcantara Harris added to party Workers Defense Action Fund(pty:conpla) (Harris, Ashley) (Entered: 11/01/2021) |
| 11/02/2021 | 81 | ANSWER to Complaint with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 11/02/2021) |
| 11/04/2021 | 82 | Unopposed MOTION for Extension of Time to File *Motion to Dismiss Briefing Deadlines* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 11/04/2021) |
| 11/04/2021 | | Text Order GRANTING 82 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Responses to the pending motions to dismiss must be filed no later than November 18, 2021. Any replies must be filed no later than December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 11/04/2021) |
| 11/04/2021 | 83 | NOTICE *of Statement of Interest* by UNITED STATES OF AMERICA re 64 MOTION to Dismiss *the Complaint by Houston Justice, et al.*, 68 MOTION to Dismiss , 53 MOTION to Dismiss *or, in the Alternative, Strike the Complaint of La Union Del Pueblo Entero, et al.*, 54 MOTION to Dismiss , 67 MOTION to Dismiss *the Complaint of Mi Familia, et al.* (Freeman, Daniel) (Entered: 11/04/2021) |
| 11/05/2021 | 84 | Pretrial Disclosures *Initial Disclosures Pursuant to Rule 26(A) F.R.C.P* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Lyons, Sean) (Entered: 11/05/2021) |
| 11/05/2021 | 85 | MOTION to Appear Pro Hac Vice by Georgina Yeomans *for Mohammed Amir Badat* ( Filing fee $ 100 receipt number 0542-15413223) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Yeomans, Georgina) (Entered: 11/05/2021) |
| 11/05/2021 | | Text Order GRANTING 79 Motion to Appear Pro Hac Vice; GRANTING 85 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted to practice pro hac vice in this case must register for electronic |

| | | |
|---|---|---|
| | | filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/05/2021) |
| 11/05/2021 | 86 | NOTICE *of Service of Initial Disclosures* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Broughton, Kenneth) (Entered: 11/05/2021) |
| 11/05/2021 | 89 | MOTION to Appear Pro Hac Vice by Stewart Whitson by Foundation for Government Accountability. (Attachments: # 1 Proposed Order)(rg) (Entered: 11/08/2021) |
| 11/08/2021 | 87 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Nkwonta, Uzoma) (Entered: 11/08/2021) |
| 11/08/2021 | 88 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Broughton, Kenneth) (Entered: 11/08/2021) |
| 11/08/2021 | 90 | NOTICE *of Joinder* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge re 87 Response in Opposition to Motion, 57 Opposed MOTION *to Intervene*, 88 Response in Opposition to Motion, (Lyons, Sean) (Entered: 11/08/2021) |
| 11/08/2021 | 91 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Ryan, Elizabeth) (Entered: 11/08/2021) |
| 11/09/2021 | 92 | NOTICE *of Joinder in Opposition to Intervention* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 88 Response in Opposition to Motion, (Cox, Ryan) (Entered: 11/09/2021) |
| 11/09/2021 | 93 | Joint MOTION for Extension of Time to File *The Parties' Rule 26(f) Report* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 11/09/2021) |
| 11/10/2021 | | Text Order GRANTING 93 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the Parties to file their Rule 26(f) Report is extended to Wednesday, November 10, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 11/10/2021) |

| | | |
|---|---|---|
| 11/10/2021 | 94 | Rule 26(f) Discovery Report/Case Management Plan by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Exhibit)(Garber, Andrew) (Entered: 11/10/2021) |
| 11/12/2021 | 95 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *Stegemoeller, Patrick* ( Filing fee $ 100 receipt number 0542-15432973) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 11/12/2021) |
| 11/12/2021 | | Text Order GRANTING 95 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/12/2021) |
| 11/12/2021 | 96 | ORDER --The parties are hereby ORDERED to file their exchangeinitial disclosures on the public docket, no later than 3:00 p.m. on Monday, November 15, 2021. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/12/2021) |
| 11/14/2021 | 97 | NOTICE *of Initial Disclosures* by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit 1: Initial Disclosures)(Freeman, Daniel) (Entered: 11/14/2021) |
| 11/15/2021 | 98 | NOTICE *of Filing of Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund re 96 Order (Attachments: # 1 Initial Disclosures)(Cox, Ryan) (Entered: 11/15/2021) |
| 11/15/2021 | 99 | NOTICE of Filing Defendant Callanen's Initial Disclosures by Jacque Callanen (Attachments: # 1 Exhibit Defendant Callanen's Initial Disclosures)(Green, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 100 | NOTICE of Filing Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 Exhibit A)(Broughton, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 101 | NOTICE *of FILING OF INITIAL DISCLOSURES* by Yvonne Ramon (Ramirez, Josephine) (Entered: 11/15/2021) |
| 11/15/2021 | 102 | NOTICE of Filing Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, Isabel Longoria, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Attachments: # 1 Exhibit LUPE Initial Disclosures)(Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 103 | NOTICE *of Initial Disclosures* by Lisa Wise (Attachments: # 1 Exhibit Exhibit 1 - Def. Wise Initial Disclosures)(Armon, Orion) (Entered: 11/15/2021) |
| 11/15/2021 | 104 | NOTICE of Filing Initial Disclosures by Dana DeBeauvoir (Attachments: # 1 Exhibit A - Initial Disclosures)(Nelson, Anthony) (Entered: 11/15/2021) |
| 11/15/2021 | 105 | NOTICE of Filing Initial Disclosures by LULAC Texas, Texas AFT, Texas |

| | | |
|---|---|---|
| | | Alliance for Retired Americans, Vote Latino (Attachments: # 1 Exhibit 1 - Initial Disclosures)(Yukevich, Kathryn) (Entered: 11/15/2021) |
| 11/15/2021 | 106 | NOTICE of Filing Initial Disclosures by Michael Scarpello (Stool, Ben) (Entered: 11/15/2021) |
| 11/15/2021 | 107 | NOTICE of Filing Initial Disclosures by Lupe C. Torres (Henneke, Robert) (Entered: 11/15/2021) |
| 11/15/2021 | 108 | NOTICE of Filing Initial Disclosures by Isabel Longoria (Attachments: # 1 Exhibit)(Birring, Sameer) (Entered: 11/15/2021) |
| 11/15/2021 | 109 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jason S. Kanterman* ( Filing fee $ 100 receipt number 0542-15439435) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/15/2021) |
| 11/15/2021 | 110 | NOTICE of Filing Initial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 111 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, re 57 Opposed MOTION *to Intervene* filed by Movant National Republican Congressional Committee, Movant Harris County Republican Party, Movant Dallas County Republican Party, Movant National Republican Senatorial Committee (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 112 | NOTICE of Filing Defendants Initial Disclosures by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit Texas Defendants Initial Disclosures)(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | 113 | NOTICE *of Joinder* by Republican National Committee re 57 Opposed MOTION *to Intervene* (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | 114 | RULE 7 DISCLOSURE STATEMENT filed by Republican National Committee. (Gore, John) (Entered: 11/15/2021) |
| 11/15/2021 | | Text Order GRANTING 109 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/15/2021) |
| 11/15/2021 | 115 | Rule 26(f) Discovery Report/Case Management Plan by United States Of America. (Freeman, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 116 | APPENDIX to 112 Notice of Filing by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # 1 Legislative History: SB 7, Legislative Session 87(R), # 2 Legislative History: SB 1, Legislative Session 87, 1st Special Session, # 3 Leg. History: SB 1, Legislative Session 87, Second Special Session (Part I), # 4 Leg. History: SB 1, Legislative Session 87, Second Special Session |

| | | |
|---|---|---|
| | | (Part II), # <u>5</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part III))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>117</u> | APPENDIX by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton. (Attachments: # <u>1</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part V), # <u>2</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VI), # <u>3</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VII), # <u>4</u> Leg. History: SB 1, Legislative Session 87, Second Special Session (Part VIII))(Sweeten, Patrick) (Entered: 11/15/2021) |
| 11/15/2021 | <u>118</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Kaylan Phillips* ( Filing fee $ 100 receipt number 0542-15441931) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/15/2021 | <u>119</u> | MOTION to Appear Pro Hac Vice by Andy Taylor *for attorney Maureen S. Riordan* ( Filing fee $ 100 receipt number 0542-15441938) by on behalf of Public Interest Legal Foundation. (Taylor, Andy) (Entered: 11/15/2021) |
| 11/16/2021 | | Text Order GRANTING <u>78</u> Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The amicus brief is deemed to have been filed on the date of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>76</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order GRANTING <u>77</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | Text Order MOOTING <u>89</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Whitson's previous motion <u>76</u> to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN PER COURT ORDER, DOC #470 ***Text Order DENYING <u>71</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |
| 11/16/2021 | | ***WITHDRAWN, PER COURT ORDER, DOC# 470 ****Text Order DENYING <u>72</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Republican Committees' motion to intervene <u>57</u> for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) Modified on 10/31/2022 (wg). (Entered: 11/16/2021) |

| 11/16/2021 | | Text Order DENYING 118 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
|---|---|---|
| 11/16/2021 | | Text Order DENYING 119 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial of the Public Interest Legal Foundation's motion to intervene 43 for the reasons stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2021) |
| 11/16/2021 | 120 | AMICUS CURIAE BRIEF by Foundation for Government Accountability. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 121 | ORDER DENYING 43 Public Interest Legal Foundation Motion to Intervene. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/17/2021) |
| 11/16/2021 | 124 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 11/16/2021. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 11/19/2021) |
| 11/18/2021 | 122 | ORDER DENYING 57 the Committees' Motion to intervene Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 123 | Appeal of Order entered by District Judge 122 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 505 receipt number 0542-15454561). Attorney John M. Gore added to party Republican National Committee(pty:mov) (Gore, John) (Entered: 11/18/2021) |
| 11/18/2021 | | NOTICE OF APPEAL following 123 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 505.00, receipt number 15454561. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 11/18/2021) |
| 11/18/2021 | 125 | SCHEDULING ORDER: Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Amended Pleadings due by 1/22/2022, Discovery due by 5/13/2022, Joinder of Parties due by 1/22/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/19/2021) |
| 11/19/2021 | 126 | Transcript filed of Proceedings held on 11-16-21, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/10/2021, |

| | | Redacted Transcript Deadline set for 12/20/2021, Release of Transcript Restriction set for 2/17/2022, Appeal Record due by 12/6/2021, (gs) (Entered: 11/19/2021) |
|---|---|---|
| 11/23/2021 | 127 | NOTICE of Attorney Appearance by Patrick K. Sweeten on behalf of STATE OF TEXAS, John Scott. Attorney Patrick K. Sweeten added to party STATE OF TEXAS(pty:condft), Attorney Patrick K. Sweeten added to party John Scott(pty:condft) (Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/23/2021 | 128 | Unopposed MOTION for Extension of Time to File *United States of America's Complaint (consolidated case 5:21-cv-1085)* by STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 11/23/2021) |
| 11/26/2021 | 129 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 11/16/2021. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox.. (Gore, John)***Modified TEXT on 12/1/2021 (dtg).***TRANSCRIPT IS ALREADY ON FILE IN THE CLERK'S OFFICE.***SEE DOCKET ENTRY #126.***STATUS CONFERENCE OF 11/16/2021.*** (Entered: 11/26/2021) |
| 11/29/2021 | | Text Order GRANTING 128 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the State of Texas and Secretary Scott to Complaint filed by the United States is hereby extended to December 3, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/29/2021) |
| 11/30/2021 | 130 | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Kevin Zen* ( Filing fee $ 100 receipt number 0542-15484074) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 11/30/2021) |
| 11/30/2021 | 131 | AMENDED COMPLAINT against STATE OF TEXAS, John Scott amending, filed by United States Of America.(Freeman, Daniel) (Entered: 11/30/2021) |
| 12/01/2021 | | Text Order GRANTING 130 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/01/2021) |
| 12/01/2021 | 132 | NOTICE *of Amended Initial Disclosures* by United States Of America (Attachments: # 1 Exhibit 1: US Amended Initial Disclosures)(Freeman, Daniel) (Entered: 12/01/2021) |
| 12/01/2021 | 133 | Pretrial Disclosures *Amended Initial Disclosures* by Lisa Wise. (Armon, Orion) (Entered: 12/01/2021) |
| 12/01/2021 | 134 | Pretrial Disclosures *Amended Initial Disclosures* by Lupe C. Torres. (Henneke, Robert) (Entered: 12/01/2021) |
| 12/01/2021 | 135 | NOTICE *of Amended Initial Disclosures* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton (Attachments: # 1 Exhibit State Defendants' Initial Disclosures)(Sweeten, Patrick) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | [136](#) | AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise amending [1](#) Complaint., filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(Nkwonta, Uzoma) (Entered: 12/01/2021) |
| 12/01/2021 | [137](#) | AMENDED COMPLAINT against Dana DeBeauvoir, Isabel Longoria, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project.(Cox, Ryan) (Entered: 12/01/2021) |
| 12/01/2021 | [138](#) | NOTICE of Voluntary Dismissal by Isabel Longoria (Attachments: # [1](#) Exhibit 1)(Birring, Sameer) (Entered: 12/01/2021) |
| 12/01/2021 | [139](#) | AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Jose A. Esparza, Isabel Longoria, Warren K. Paxton amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(Olson, Wendy) (Entered: 12/01/2021) |
| 12/01/2021 | [140](#) | AMENDED COMPLAINT against STATE OF TEXAS amending, filed by La Union Del Pueblo Entero.(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | [141](#) | NOTICE of Filing PLAINTIFFS' JOINT AMENDED INITIAL DISCLOSURES by La Union Del Pueblo Entero (Attachments: # [1](#) Exhibit AMENDED INITIAL DISCLOSURES)(Perales, Nina) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [53](#) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 140, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [54](#) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 136, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [55](#) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 137, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [64](#) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [67](#) Motion to Dismiss entered by Judge Xavier Rodriguez. In light of the amended complaint at ECF No. 139, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/02/2021 | | Text Order DENYING [68](#) Motion to Dismiss entered by Judge Xavier Rodriguez. On November 30, 2021, the United States of America filed an amended complaint. ECF No. 131. On December 1, 2021, the remaining plaintiffs in these consolidated cases filed amended complaints. ECF Nos. 136, 137, 139. 140. None of these complaints identify Lupe C. Torres as a defendant. Thus, it appears that Lupe C. |

| | | |
|---|---|---|
| | | Torres is no longer a defendant in these cases. Accordingly, this motion to dismiss is DENIED as moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 12/02/2021) |
| 12/08/2021 | 142 | Agreed MOTION *Regarding the Disclosure of Privileged Information* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 12/08/2021) |
| 12/08/2021 | 143 | ORDER GRANTING 142 Motion regarding the disclosure of privileged information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2021) |
| 12/10/2021 | | Certification of the Electronic Record on Appeal in USCA #21-51145 has been accepted by the 5th Circuit. re 123 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 12/10/2021) |
| 12/14/2021 | 144 | Unopposed MOTION for Extension of Time to File Answer re 137 Amended Complaint, 139 Amended Complaint, 140 Amended Complaint, 136 Amended Complaint, by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(White, Jeffrey) (Entered: 12/14/2021) |
| 12/14/2021 | | Text Order GRANTING 144 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. The deadline for the State Defendants to respond to the Amended Complaint is hereby extended to January 5, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | MOTION to Dismiss *the Federal Government's Claims* by STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 12/14/2021) |
| 12/15/2021 | 146 | ANSWER to 137 Amended Complaint with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 147 | ANSWER to 136 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 12/15/2021) |
| 12/15/2021 | 148 | ANSWER to 136 Amended Complaint, with Jury Demand by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 12/15/2021) |
| 12/15/2021 | 149 | ANSWER to 136 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 150 | ANSWER to 140 Amended Complaint with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 12/15/2021) |
| 12/15/2021 | 151 | ANSWER to 136 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 152 | ANSWER to 139 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 12/15/2021) |
| 12/15/2021 | 153 | *Defendant's* ANSWER to 136 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |
| 12/15/2021 | 154 | *Defendant's* ANSWER to 140 Amended Complaint by Lisa Wise.(Armon, Orion) (Entered: 12/15/2021) |

| 12/15/2021 | 155 | ANSWER to 137 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
|---|---|---|
| 12/15/2021 | 156 | ANSWER to 139 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/15/2021 | 157 | ANSWER to 136 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 12/15/2021) |
| 12/17/2021 | 158 | Unopposed MOTION for Extension of Time to File Response/Reply as to 145 MOTION to Dismiss *the Federal Government's Claims* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/17/2021) |
| 12/20/2021 | | Text Order GRANTING 158 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for the United States to file a response to the State Defendants' Motion to Dismiss 145 is hereby extended to January 18, 2022. The deadline for the State Defendants' reply is extended to February 1, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2021) |
| 12/21/2021 | 159 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Noah B. Baron]* ( Filing fee $ 100 receipt number 0542-15556846) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 159 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/22/2021) |
| 12/22/2021 | 160 | Unopposed MOTION for Protective Order *Stipulated Between the United States of America and Defendants the State of Texas and Secretary of State John Scott* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 12/22/2021) |
| 12/22/2021 | 161 | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 12/22/2021) |
| 12/23/2021 | 162 | STIPULATED PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 12/28/2021) |
| 12/28/2021 | 168 | Pro Hac Vice Fee Paid by Mark F. Hearne; Filing fee $100.00, receipt number 500059574. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 169 | Pro Hac Vice Fee Paid by Stephen S. Davis; Filing fee $100.00, receipt number 500059575. (rg) (Entered: 01/03/2022) |
| 12/28/2021 | 170 | Pro Hac Vice Fee Paid by John R. Ashcroft; Filing fee $100.00, receipt number 500059573. (rg) (Entered: 01/03/2022) |
| 12/29/2021 | 163 | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Marcos Mocine-McQueen* ( Filing fee $ 100 receipt number 0542-15568912) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 12/29/2021) |

| | | |
|---|---|---|
| 12/30/2021 | | Text Order GRANTING <u>163</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/30/2021) |
| 12/30/2021 | <u>164</u> | NOTICE *of Initial Disclosures by Lisa Wise* by Lisa Wise (Attachments: # <u>1</u> Initial Disclosures by Lisa Wise)(Armon, Orion) (Entered: 12/30/2021) |
| 01/03/2022 | <u>165</u> | MOTION to Appear Pro Hac Vice by Mark F. Hearne by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>166</u> | MOTION to Appear Pro Hac Vice by Stephen S. Davis by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>167</u> | MOTION to Appear Pro Hac Vice by John R. Ashcroft by on behalf of John R. Ashcroft. (Attachments: # <u>1</u> Proposed Order)(rg) (Entered: 01/03/2022) |
| 01/03/2022 | <u>171</u> | MOTION for Leave to File Amicus Brief by John R. Ashcroft. by John R. Ashcroft. (Attachments: # <u>1</u> Brief)(rg) (Entered: 01/03/2022) |
| 01/04/2022 | <u>172</u> | Opposed MOTION to Consolidate Cases by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 01/04/2022) |
| 01/04/2022 | <u>173</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *[Haley Costello Essig]* ( Filing fee $ 100 receipt number 0542-15579725) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/04/2022) |
| 01/04/2022 | | Text Order GRANTING <u>173</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/04/2022) |
| 01/05/2022 | <u>174</u> | ORDER - Set Motion Hearing for <u>172</u> Opposed MOTION to Consolidate Cases (Motion Hearing set for 1/11/2022 10:30 AM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/05/2022) |
| 01/05/2022 | <u>175</u> | MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* by Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Exhibit Transcript of November 16, 2021 Hearing)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>176</u> | MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>177</u> | MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Exhibit A - Status Conference Transcript 11-16-21)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/05/2022 | <u>178</u> | Unopposed MOTION for Leave to Exceed Page Limitation *for the State Defendants' Motion to Dismiss the Houston Justice Plaintiffs' Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # <u>1</u> Proposed |

| | | |
|---|---|---|
| | | Order Proposed Order on Motion for Leave, # 2 Exhibit Proposed Motion to Dismiss, # 3 Exhibit November 16, 2021 Hearing Transcript)(Sweeten, Patrick) (Entered: 01/05/2022) |
| 01/06/2022 | 179 | NOTICE of Attorney Appearance by William Thomas Thompson on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney William Thomas Thompson added to party Gregory W. Abbott(pty:dft), Attorney William Thomas Thompson added to party Warren K. Paxton(pty:dft), Attorney William Thomas Thompson added to party John Scott(pty:condft) (Thompson, William) (Entered: 01/06/2022) |
| 01/07/2022 | | Text Order GRANTING 178 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. Pursuant to the Fact Sheet for Judge Xavier Rodriguez, found on the TXWD website, any brief or memorandum less than 30 pages may be submitted without leave of Court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/07/2022) |
| 01/07/2022 | 180 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Michael B. Jones* ( Filing fee $ 100 receipt number 0542-15593872) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 01/07/2022) |
| 01/07/2022 | 182 | MOTION to Dismiss the Houston Justice Plaintiffs' Amended Complaint by Gregory W. Abbott, Warren K. Paxton, John Scott. (rg) (Entered: 01/10/2022) |
| 01/09/2022 | 181 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott *jointly filed by all private plaintiffs* (Cox, Ryan) (Entered: 01/09/2022) |
| 01/10/2022 | | Text Order GRANTING 180 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2022) |
| 01/10/2022 | 183 | Response in Opposition to Motion, filed by United States Of America, re 172 Opposed MOTION to Consolidate Cases filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Paikowsky, Dana) (Entered: 01/10/2022) |
| 01/11/2022 | | Text Order DENYING 172 Motion to Consolidate Cases entered by Judge Xavier Rodriguez. For the reasons discussed at today's hearing, the motion to consolidate Longoria v. Paxton, No. 5-21-cv-1223 (W.D. Tex.) with La Union del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) is hereby DENIED. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/11/2022) |
| 01/11/2022 | 184 | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Sarah Chen* ( Filing fee $ 100 receipt number 0542-15602998) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Cox, Ryan) (Entered: 01/11/2022) |
| 01/11/2022 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING <u>184</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/11/2022) |
| 01/11/2022 | <u>185</u> | ORDER DENYING <u>171</u> Motion for Leave to File Amicus Brief. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/11/2022) |
| 01/11/2022 | <u>186</u> | Unopposed MOTION to Withdraw as Attorney ,*Lora Spencer,* by Houston Justice. (Attachments: # <u>1</u> Proposed Order)(Spencer, Lora) (Entered: 01/11/2022) |
| 01/11/2022 | <u>190</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 1/11/2022. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 01/13/2022) |
| 01/12/2022 | | Text Order DENYING <u>165</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING <u>166</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order DENYING <u>167</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's denial <u>185</u> of John Ashcroft's motion for leave to file an amicus brief <u>171</u> in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING <u>186</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. IT IS THEREFORE ORDERED that Lora Spencer shall be withdrawn as counsel of record for Plaintiffs. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/12/2022 | <u>187</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607042) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion) (Entered: 01/12/2022) |
| 01/12/2022 | <u>188</u> | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of David Louk* ( Filing fee $ 100 receipt number 0542-15607268) by on behalf of Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Armon, Orion). Duplicate Filing fee was refunded by Finance on 1/24/2022 (kc). (Entered: 01/12/2022) |
| 01/12/2022 | | Text Order GRANTING <u>187</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |

| | | |
|---|---|---|
| 01/12/2022 | | Text Order MOOTING 188 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez in light of the Court's order granting Mr. Louk's previous motion 187 to appear pro hac vice in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/12/2022) |
| 01/13/2022 | 189 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute for proceedings held on 1/11/2022.. (Perales, Nina)***Modified TEXT on 1/14/2022 (dtg).***STATUS CONFERENCE (VIDEO) OF 1/11/2022 BEFORE JUDGE XAVIER RODRIGUEZ.***COURT REPORTER: GIGI SIMCOX.*** (Entered: 01/13/2022) |
| 01/14/2022 | 191 | MOTION to Amend Complaint by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Attachments: # 1 Exhibit A - Second Amended Complaint, # 2 Proposed Order)(Holmes, Jennifer) (Entered: 01/14/2022) |
| 01/14/2022 | 192 | MOTION to Amend Complaint by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Proposed Order)(Cox, Ryan) (Entered: 01/14/2022) |
| 01/18/2022 | | Text Order GRANTING 191 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [191-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | | Text Order GRANTING 192 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [192-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/18/2022) |
| 01/18/2022 | 193 | Transcript filed of Proceedings held on 1-11-22, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/8/2022, Redacted Transcript Deadline set for 2/18/2022, Release of Transcript Restriction set for 4/18/2022, Appeal Record due by 2/2/2022, (gs) (Entered: 01/18/2022) |
| 01/18/2022 | 194 | MOTION for Leave to File Second Amended Complaint by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Exhibit A- Second Amended Complaint, # 2 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/18/2022) |
| 01/18/2022 | 195 | |

| | | |
|---|---|---|
| | | Memorandum in Opposition to Motion, filed by United States Of America, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Freeman, Daniel) (Entered: 01/18/2022) |
| 01/18/2022 | 199 | SECOND AMENDED COMPLAINT against Gregory W. Abbott, Jacque Callanen, Isabel Longoria, Warren K. Paxton, John Scott, Kim Ogg, Joe Gonzales, Jose Garza amending, filed by Paul Rutledge, Mi Familia Vota, The Arc of Texas, Marlon Lopez, Jeffrey Lamar Clemmons, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc., Marla Lopez.(rg) (Entered: 01/20/2022) |
| 01/18/2022 | 200 | SECOND AMENDED COMPLAINT against Dana DeBeauvoir, Jose Garza, Isabel Longoria, Kim Ogg, Warren K. Paxton, John Scott amending, filed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas.(rg) (Entered: 01/20/2022) |
| 01/19/2022 | 196 | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Nkwonta, Uzoma) (Entered: 01/19/2022) |
| 01/19/2022 | | Text Order GRANTING 194 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint, attached to the motion as Exhibit A [194-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/19/2022) |
| 01/19/2022 | 197 | Memorandum in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Perales, Nina) (Entered: 01/19/2022) |
| 01/19/2022 | 198 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 175 MOTION to Dismiss *the Complaint of the OCA-Greater Houston Plaintiffs* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Cox, Ryan) (Entered: 01/19/2022) |
| 01/19/2022 | 207 | SECOND AMENDED COMPLAINT against Jacque Callanen, Dana DeBeauvoir, Jose Garza, Joe Gonzales, Isabel Longoria, Kim Ogg, Warren K. Paxton, Yvonne Ramon, Michael Scarpello, John Scott, Lisa Wise, John Creuzot, Ricardo Rodriguez, Jr., Yvonne Rosales amending, filed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas.(rg) (Entered: 01/25/2022) |
| 01/20/2022 | | Text Order MOOTING 182 Motion to Dismiss in light of the filing of the Houston Justice Plaintiffs' Second Amended Complaint 199 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/20/2022 | | Text Order MOOTING 175 Motion to Dismiss in light of the filing of the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 entered by |

| | | |
|---|---|---|
| | | Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/20/2022) |
| 01/21/2022 | 201 | NOTICE of Attorney Appearance by Christina Marie Beeler on behalf of Isabel Longoria. Attorney Christina Marie Beeler added to party Isabel Longoria(pty:condft) (Beeler, Christina) (Entered: 01/21/2022) |
| 01/21/2022 | 202 | NOTICE of Attorney Appearance by Tiffany Sue Bingham on behalf of Isabel Longoria. Attorney Tiffany Sue Bingham added to party Isabel Longoria(pty:condft) (Bingham, Tiffany) (Entered: 01/21/2022) |
| 01/21/2022 | 203 | MOTION for Leave to File Amicus Brief by Young Black Lawyers' Organizing Coalition. (Attachments: # 1 Proposed Amicus Curiae Brief)(Moye, Veronica) (Entered: 01/21/2022) |
| 01/22/2022 | 204 | MOTION for Leave to File Second Amended Complaint by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A (Proposed Second Amended Complaint), # 2 Proposed Order)(Morales-Doyle, Sean) (Entered: 01/22/2022) |
| 01/24/2022 | 205 | MOTION to Compel *Production* by United States Of America. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Stewart, Michael) (Entered: 01/24/2022) |
| 01/24/2022 | 206 | Unopposed MOTION for Extension of Time to File Response/Reply as to 176 MOTION to Dismiss *LUPE, et al.'s First Amended Complaint*, 177 MOTION to Dismiss *LULAC, et al.'s First Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 01/24/2022) |
| 01/25/2022 | | Text Order GRANTING 204 Motion for Leave to File Second Amended Complaint entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed Second Amended Complaint [204-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 208 | SECOND AMENDED COMPLAINT against John Creuzot, Jose Garza, Warren K. Paxton, Yvonne Rosales, STATE OF TEXAS, Michael Scarpello, John Scott, Lisa Wise amending, filed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact.(rg) (Entered: 01/25/2022) |
| 01/25/2022 | | Text Order MOOTING 176 Motion to Dismiss in light of the filing of the LUPE Plaintiffs' Second Amended Complaint 208 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/25/2022) |
| 01/25/2022 | 209 | STIPULATION *Extension of Expert Discovery Deadline* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/25/2022) |

| 01/26/2022 | | Text Order MOOTING <u>177</u> Motion to Dismiss in light of the filing of the LULAC Plaintiffs' Second Amended Complaint <u>207</u> entered by Judge Xavier Rodriguez. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
|---|---|---|
| 01/26/2022 | | Text Order MOOTING <u>206</u> Unopposed Motion for Extension of Time to File Reply to Motions to Dismiss the LUPE Plaintiffs' First Amended Complaint <u>176</u> and the LULAC Plaintiffs' First Amended Complaint <u>177</u> entered by Judge Xavier Rodriguez. The Motions to Dismiss have been mooted in light of the filing of the LUPE Plaintiffs' Second Amended Complaint <u>208</u> and the LULAC Plaintiffs' Second Amended Complaint <u>207</u> . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/26/2022) |
| 01/26/2022 | <u>210</u> | Unopposed MOTION for Extension of Time to File Response/Reply as to <u>205</u> MOTION to Compel *Production* by STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/26/2022) |
| 01/26/2022 | <u>211</u> | ORDER GRANTING <u>210</u> Motion for Extension of Time to File Response/Reply. Defendants are hereby ORDERED to file a response no later than February 9, 2022. Any reply must be filed no later than February 16, 2022. The Court hereby SETS a hearing on this motion for Wednesday, February 23, 2022, at 10:30 a.m. The Courtroom Deputy will inform the parties by which the means by which the hearing will be conducted. Signed by Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/26/2022 | | Motion Hearing: <u>205</u> MOTION to Compel Production. Motion Hearing set for 2/23/2022 10:30 AM before Judge Xavier Rodriguez. (rg) (Entered: 01/26/2022) |
| 01/27/2022 | <u>212</u> | Opposed MOTION for Extension of Time to File Response/Reply as to <u>207</u> Amended Complaint, <u>200</u> Amended Complaint, <u>208</u> Amended Complaint, <u>199</u> Amended Complaint, by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(White, Jeffrey) (Entered: 01/27/2022) |
| 01/27/2022 | | Text Order GRANTING <u>212</u> Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for State Defendants to respond to the Houston Justice Plaintiffs' Second Amended Complaint <u>199</u> and the OCA-Greater Houston Plaintiffs' Second Amended Complaint <u>200</u> is hereby extended to February 8, 2022. The deadline for State Defendants to respond to the LULAC Plaintiffs' Second Amended Complaint <u>207</u> is extended to February 9, 2022. The deadline for State Defendants to respond to the LUPE Plaintiffs' Second Amended Complaint <u>208</u> is extended to February 15, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/27/2022) |
| 01/27/2022 | <u>213</u> | MOTION to Withdraw as Attorney - *Christopher Bell*, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Bell, Christopher) (Entered: 01/27/2022) |
| 01/28/2022 | | Text Order GRANTING <u>213</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christopher H. Bell is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/28/2022) |
| 01/28/2022 | <u>214</u> | |

| | | |
|---|---|---|
| | | STIPULATION *Regarding Extension of Expert Discovery Deadline* by United States Of America. (Stewart, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 215 | ANSWER to 200 Amended Complaint by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 216 | ANSWER to 199 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/28/2022) |
| 01/28/2022 | 217 | ANSWER to 200 Amended Complaint by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 01/28/2022) |
| 01/28/2022 | 218 | MOTION to Withdraw as Attorney *ZACK GOLDBERG* by Lisa Wise. (Attachments: # 1 Proposed Order)(Natarajan, Ranjana) (Entered: 01/28/2022) |
| 01/31/2022 | | Text Order GRANTING 218 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Zack Goldberg for Defendant Lisa Wise is withdrawn and he shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 01/31/2022) |
| 01/31/2022 | 219 | ANSWER to 207 Amended Complaint, by Isabel Longoria.(Birring, Sameer) (Entered: 01/31/2022) |
| 02/01/2022 | 220 | ANSWER to 207 Amended Complaint, by Dana DeBeauvoir.(Nelson, Anthony) (Entered: 02/01/2022) |
| 02/01/2022 | 221 | ANSWER to 199 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 222 | ANSWER to 207 Amended Complaint, with Jury Demand by Jacque Callanen.(Green, Robert) (Entered: 02/01/2022) |
| 02/01/2022 | 223 | REPLY to Response to Motion, filed by STATE OF TEXAS, John Scott, re 145 MOTION to Dismiss *the Federal Government's Claims* filed by Consol Defendant John Scott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 02/01/2022) |
| 02/02/2022 | 224 | ANSWER to 207 Amended Complaint, with Jury Demand by Michael Scarpello.(Nicholas, Barbara) (Entered: 02/02/2022) |
| 02/02/2022 | 225 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *on [Doc #199] Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 226 | ANSWER to 207 Amended Complaint, with Jury Demand by Yvonne Ramon.(Ramirez, Josephine) (Entered: 02/02/2022) |
| 02/02/2022 | 227 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Danielle V. Ahlrich* ( Filing fee $ 100 receipt number 0542-15674143) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/02/2022) |
| 02/02/2022 | 228 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers |

| | | |
|---|---|---|
| | | Defense Action Fund. *Harris DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | 229 | REQUEST FOR ISSUANCE OF SUMMONS by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. *Travis DA* (Cox, Ryan) (Entered: 02/02/2022) |
| 02/02/2022 | | Text Order GRANTING 227 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/02/2022) |
| 02/02/2022 | 230 | *Defendant Lisa Wise's* ANSWER to 207 Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/02/2022) |
| 02/03/2022 | 231 | REQUEST FOR ISSUANCE OF SUMMONS by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 02/03/2022) |
| 02/04/2022 | 232 | Consent MOTION for Protective Order by United States Of America. (Attachments: # 1 Exhibit 1: Stipulated Protective Order)(Freeman, Daniel) (Entered: 02/04/2022) |
| 02/04/2022 | 233 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Attachments: # 1 Proposed Order)(Olson, Leif) (Entered: 02/04/2022) |
| 02/04/2022 | 234 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ROBERT COTTER* ( Filing fee $ 100 receipt number 0542-15682493) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 02/04/2022) |
| 02/04/2022 | 235 | Summons Issued as to Jose Garza, Joe Gonzales, Kim Ogg, Yvonne Rosales. (wg) (Entered: 02/04/2022) |
| 02/04/2022 | | Text Order GRANTING 234 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/04/2022) |
| 02/08/2022 | 236 | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/08/2022) |
| 02/08/2022 | 237 | STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER. Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | [238](#) | ANSWER to [208](#) Amended Complaint, with Jury Demand by Michael Scarpello.(Stool, Ben) (Entered: 02/08/2022) |
| 02/08/2022 | [239](#) | MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | [240](#) | MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 02/08/2022) |
| 02/08/2022 | [241](#) | MOTION *for Entry of Order Regarding Discovery of Electronically Stored Information* by United States Of America. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Yun, Jennifer) (Entered: 02/08/2022) |
| 02/08/2022 | [242](#) | *Defendant Lisa Wise's* ANSWER to [208](#) Amended Complaint, by Lisa Wise.(Armon, Orion) (Entered: 02/08/2022) |
| 02/09/2022 | [243](#) | MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* by Warren K. Paxton, John Scott. (Attachments: # [1](#) Exhibit Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | [244](#) | WAIVER OF SERVICE Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project, Texas Impact (Perales, Nina) (Entered: 02/09/2022) |
| 02/09/2022 | [245](#) | NOTICE of Attorney Appearance by Jack Buckley Disorbo on behalf of Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney Jack Buckley Disorbo added to party Warren K. Paxton(pty:dft), Attorney Jack Buckley Disorbo added to party STATE OF TEXAS(pty:condft), Attorney Jack Buckley Disorbo added to party John Scott(pty:condft) (Disorbo, Jack) (Entered: 02/09/2022) |
| 02/09/2022 | [246](#) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Joe Gonzales served on 2/8/2022, answer due 3/1/2022; Kim Ogg served on 2/8/2022, answer due 3/1/2022. (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/09/2022 | [247](#) | RESPONSE to Motion, filed by STATE OF TEXAS, John Scott, re [205](#) MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Attachments: # [1](#) Exhibit A- Defendants' Obj. and Resp. to USA's First RFPs, # [2](#) Exhibit B- Gipson Declaration 2.7.22- Final- Executed, # [3](#) Exhibit C- SB1- Crawford Declaration 2.8.22 - FINAL signed, # [4](#) Exhibit D- 211117 LUPE Transcript of Status Conference, # [5](#) Exhibit E- 20211230 USA's 1st Interrogatories to State Defs)(Sweeten, Patrick) (Entered: 02/09/2022) |
| 02/09/2022 | [248](#) | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. *[doc 199] Plaintiffs' Second Amended Complaint* (Broughton, Kenneth) (Entered: 02/09/2022) |
| 02/10/2022 | [251](#) | STIPULATED ORDER [241](#) regarding discovery of electronically stored information Signed by Judge Xavier Rodriguez. (rg) (Entered: 02/11/2022) |
| 02/11/2022 | [249](#) | REPLY to Response to Motion, filed by Young Black Lawyers' Organizing |

| | | |
|---|---|---|
| | | Coalition, re 203 MOTION for Leave to File Amicus Brief filed by Movant Young Black Lawyers' Organizing Coalition (Moye, Veronica) (Entered: 02/11/2022) |
| 02/11/2022 | 250 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Liliana Zaragoza* ( Filing fee $ 100 receipt number 0542-15706486) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Exhibit A - Additional Bar Admission Information)(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/11/2022 | 252 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Attachments: # 1 Exhibit A - State of Texass Motion for Rehearing at 1, State v. Stephens, No. PD-1032-20 (Dec. 30, 2021))(Holmes, Jennifer) (Entered: 02/11/2022) |
| 02/14/2022 | | Text Order GRANTING 250 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/14/2022) |
| 02/14/2022 | | Text Order GRANTING 203 Motion for Leave to File Amicus Brief by the Young Black Lawyers Organizing Coalition (YBLOC) entered by Judge Xavier Rodriguez. YBLOC seeks to represent a unique perspective within the universe of civic organizations impacted by SB1--that of lawyers and law students dedicated to protecting and empowering Black voters. Because YBLOC conducts organizing and advocacy in support of its mission *in Texas* (along with six other states), the Court concludes that YBLOC has a "special interest that justifies [it] having a say." *Strasser v. Dooley*, 432 F.2d 567, 569 (1st Cir. 1970). The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to YBLOCs motion [203-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2022) |
| 02/14/2022 | 253 | AMICUS CURIAE BRIEF by Young Black Lawyers' Organizing Coalition. (rg) (Entered: 02/14/2022) |
| 02/15/2022 | 254 | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. *Jose Garza re Doc# 199* ) (Broughton, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | 255 | MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* by Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- LUPE Transcript of Status Conference)(Sweeten, Patrick) (Entered: 02/15/2022) |
| 02/15/2022 | 256 | Summons Issued as to Jose Garza, in his official capacity as the Travis County District Attorney. (wg) (Entered: 02/15/2022) |
| 02/16/2022 | 257 | GOVT'S REPLY to Response to Motion, filed by United States Of America, re 205 MOTION to Compel *Production* filed by Consol Plaintiff United States Of America (Stewart, Michael) (Entered: 02/16/2022) |
| 02/18/2022 | 258 | |

| | | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *John Creuzot, in his official capacity as Dallas County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
|---|---|---|
| 02/18/2022 | 259 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Yvonne Rosales, in her official capacity as El Paso County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 260 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Ricardo Rodriguez, Jr., in his official capacity as Hidalgo County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 261 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Kim Ogg, in her official capacity as Harris County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 262 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Jose Garza, in his official capacity as Travis County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 263 | REQUEST FOR ISSUANCE OF SUMMONS by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. *Joe Gonzales, in his official capacity as Bexar County District Attorney* (Hardin, John) (Entered: 02/18/2022) |
| 02/18/2022 | 264 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, John Scott, re 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott (Sweeten, Patrick) (Entered: 02/18/2022) |
| 02/22/2022 | 265 | SUMMONS Returned Executed by Texas Hispanics Organized for Political Education, Friendship-West Baptist Church, La Union Del Pueblo Entero, James Lewin, Mexican American Bar Association of Texas, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, Southwest Voter Registration Education Project. Yvonne Rosales served on 2/15/2022, answer due 3/8/2022. (Perales, Nina) (Entered: 02/22/2022) |
| 02/22/2022 | 266 | Summons Issued as to John Creuzot. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 267 | Summons Issued as to Yvonne Rosales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 268 | Summons Issued as to Ricardo Rodriguez, Jr. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 269 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Jose Garza served on 2/7/2022, answer due 2/28/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 270 | Summons Issued as to Kim Ogg. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 271 | SUMMONS Returned Executed by Workers Defense Action Fund, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project. Kim Ogg served on 2/11/2022, answer due 3/4/2022. (Mirza, Hani) (Entered: 02/22/2022) |
| 02/22/2022 | 272 | Summons Issued as to Jose Garza. (rg) (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 02/22/2022 | 273 | Summons Issued as to Joe Gonzales. (rg) (Entered: 02/22/2022) |
| 02/22/2022 | 274 | SUMMONS Returned Executed by The Arc of Texas, Houston Area Urban League, Houston Justice, Delta Sigma Theta Sorority Inc.. Jose Garza served on 2/17/2022, answer due 3/10/2022. (Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 275 | Unopposed MOTION *to Withdraw Houston Justice as a Party* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 02/22/2022) |
| 02/22/2022 | 276 | ANSWER to 199 Amended Complaint, with Jury Demand . Attorney Robert D. Green added to party Joe Gonzales(pty:dft) by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 277 | ANSWER to 207 Amended Complaint, with Jury Demand by Joe Gonzales.(Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 278 | MOTION to Substitute Attorney by Jacque Callanen, Joe Gonzales. (Green, Robert) (Entered: 02/22/2022) |
| 02/22/2022 | 279 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Davis, Lia) (Entered: 02/22/2022) |
| 02/23/2022 | | Text Order GRANTING 275 Motion entered by Judge Xavier Rodriguez. Plaintiff Houston Justice is DISMISSED WITH PREJUDICE. All other Plaintiffs remain a party to this action, and the dismissal of Houston Justice does not affect remaining Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 278 Motion to Substitute Attorney entered by Judge Xavier Rodriguez. The appearance of Robert D. Green is withdrawn and the appearance of Lisa V. Cubriel of the Bexar County Criminal District Attorney's Office is substituted as counsel for Joe Gonzales and Jacquelyn Callanen in all cases consolidated into this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | | Text Order GRANTING 205 Motion to Compel entered by Judge Xavier Rodriguez. For the reasons stated in open court, the motion is hereby GRANTED. No later than March 31, 2022, State Defendants must produce under protective order updated contents of relevant fields, including the "Card Status" field, from the Texas Department of Public Safety database to the United States. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/23/2022) |
| 02/23/2022 | 280 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Joe Gonzales served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 02/23/2022) |
| 02/23/2022 | 281 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant |

| | | |
|---|---|---|
| | | Warren K. Paxton (Nkwonta, Uzoma) (Entered: 02/23/2022) |
| 02/23/2022 | 282 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 2/23/2022 re 205 MOTION to Compel *Production* filed by United States Of America (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(rg) (Entered: 02/24/2022) |
| 02/24/2022 | 283 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Ciara A. Sisco* ( Filing fee $ 100 receipt number 0542-15750860) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/24/2022) |
| 02/24/2022 | | Text Order GRANTING 283 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/24/2022) |
| 02/25/2022 | 284 | Transcript filed of Proceedings held on 2-23-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2022, Redacted Transcript Deadline set for 3/28/2022, Release of Transcript Restriction set for 5/26/2022, Appeal Record due by 3/14/2022, (gs) (Entered: 02/25/2022) |
| 02/25/2022 | 285 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *R. Gary Spencer* ( Filing fee $ 100 receipt number 0542-15753994) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/25/2022) |
| 02/25/2022 | 286 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Jose Garza served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 285 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | 287 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. John Creuzot served on 2/22/2022, answer due 3/15/2022. (Hardin, John) (Entered: 02/25/2022) |
| 02/25/2022 | 288 | Unopposed MOTION for Extension of Time to File Response/Reply as to 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 289 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | 290 | Unopposed MOTION for Extension of Time to File Response/Reply as to 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 288 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LUPE Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 289 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to LULAC Plaintiffs' Second Amended Complaint on or before March 4, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/25/2022 | | Text Order GRANTING 290 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Accordingly, it is ORDERED that Defendant Travis County District Attorney Jose Garza shall file a response to OCA-Greater Houston Plaintiffs' Second Amended Complaint on or before March 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/25/2022) |
| 02/28/2022 | 291 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | 292 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 291 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint for Declaratory and Injunctive Relief filed by Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | | Text Order GRANTING 292 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. No later than March 15, 2022, Defendant Kim Ogg, in her capacity as Harris County District Attorney, shall answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla Lopez, Marlon Lopez, Paul Rutledge, and Jeffrey Lamar Clemmons. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 02/28/2022) |
| 02/28/2022 | 293 | |

| | | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 294 | NOTICE of Filing Plaintiffs' Expert Designation by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Houston Area Urban League, JOLT Action, League of Women Voters of Texas, Mexican American Bar Association of Texas, OCA-Greater Houston, REVUP-Texas, Texas Hispanics Organized for Political Education, Texas Organizing Project, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 295 | NOTICE *of Plaintiffs' Expert Designation* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 02/28/2022) |
| 02/28/2022 | 296 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Nkwonta, Uzoma) (Entered: 02/28/2022) |
| 02/28/2022 | 297 | NOTICE *of Plaintiffs' Expert Designation* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 02/28/2022) |
| 03/01/2022 | 298 | Pretrial Disclosures *Defendant Lisa Wise's Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 03/01/2022) |
| 03/01/2022 | 299 | NOTICE *of Mi Familia Vota Plaintiffs' Expert Designations* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge (Watkins, Elijah) (Entered: 03/01/2022) |
| 03/01/2022 | 300 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/01/2022) |
| 03/01/2022 | 301 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Longoria, Julia) (Entered: 03/01/2022) |
| 03/01/2022 | 302 | Response in Opposition to Motion, filed by Lisa Wise, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Armon, Orion) (Entered: 03/01/2022) |
| 03/02/2022 | 303 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Ricardo Rodriguez, Jr. served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |

| 03/02/2022 | 304 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Kim Ogg served on 2/23/2022, answer due 3/16/2022. (Hardin, John) (Entered: 03/02/2022) |
|---|---|---|
| 03/02/2022 | 305 | NOTICE *Designation of Expert Witnesses* by Yvonne Ramon (Ramirez, Josephine) (Entered: 03/02/2022) |
| 03/02/2022 | 306 | REPLY to Response to Motion, filed by Warren K. Paxton, John Scott, re 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton (Sweeten, Patrick) (Entered: 03/02/2022) |
| 03/04/2022 | 307 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 03/04/2022) |
| 03/04/2022 | 308 | Consent MOTION to Amend/Correct 125 Scheduling Order, *Consent Motion to Modify Scheduling Order* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 309 | ANSWER to 208 Amended Complaint, with Jury Demand . Attorney Barbara S. Nicholas added to party John Creuzot(pty:dft) by John Creuzot.(Nicholas, Barbara) (Entered: 03/04/2022) |
| 03/04/2022 | 310 | Unopposed MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 311 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/04/2022 | 312 | Unopposed MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/04/2022) |
| 03/07/2022 | | Text Order GRANTING 308 Consent Motion to Amend Scheduling Order entered by Judge Xavier Rodriguez. The Scheduling Order 125 shall be modified to include the following: *Number and Timing of Depositions.* Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i), the parties may depose any person, including a party, without further leave of Court unless the deposition would result in more than 50 depositions or more than 250 hours of deposition testimony being taken under Rule 30 by the plaintiffs collectively, or by the defendants collectively. Further, the parties may depose any expert witness disclosed by an opposing party pursuant to Rule 26(a)(2) without regard to these limitations, but otherwise in accordance with the terms of Rule 30. This modification of the scheduling order shall not alter or amend any of the dates and deadlines in the Scheduling Order, including the May 13, 2022 deadline for completion of all fact discovery. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 310 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jos Garza shall to answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 14, 2022. (This is a |

| | | |
|---|---|---|
| | | text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 311 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 312 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. The deadline for Defendant Travis County District Attorney Jose Garza shall to answer or otherwise respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 11, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/07/2022 | | Text Order GRANTING 307 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The deadline for the State Defendants to designate rebuttal experts and serve on all parties the material required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts is hereby extended to March 29, 2022. The State Defendants are cautioned that the Court will disfavor any requests to extend the dispositive motion deadline premised on this extension. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/07/2022) |
| 03/08/2022 | 313 | REPLY to Response to Motion, filed by Warren K. Paxton, STATE OF TEXAS, John Scott, re 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 03/08/2022) |
| 03/08/2022 | 314 | ANSWER to 207 Amended Complaint, with Jury Demand by John Creuzot.(Nicholas, Barbara) (Entered: 03/08/2022) |
| 03/08/2022 | 315 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Brian Dimmick* ( Filing fee $ 100 receipt number 0542-15794984) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/08/2022 | 316 | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Susan Mizner* ( Filing fee $ 100 receipt number 0542-15794996) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 03/08/2022) |
| 03/10/2022 | | Text Order GRANTING 315 Motion to Appear Pro Hac Vice; GRANTING 316 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorneys hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/10/2022) |
| 03/10/2022 | 317 | Unopposed MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) |

| | | |
|---|---|---|
| | | (Entered: 03/10/2022) |
| 03/10/2022 | 318 | AMENDED ANSWER to 208 Amended Complaint, by John Creuzot. (Nicholas, Barbara) (Entered: 03/10/2022) |
| 03/11/2022 | 319 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 208 Amended Complaint, by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/11/2022 | 320 | DEFENDANT, JOSE GARZA, TRAVIS COUNTY DISTRICT ATTORNEY, MOTION for Extension of Time to File Answer re 200 Amended Complaint by Jose Garza. (wg) (Entered: 03/14/2022) |
| 03/14/2022 | 321 | Unopposed MOTION for Extension of Time to File Answer re 207 Amended Complaint, by Jose Garza. (Attachments: # 1 Proposed Order)(Nelson, Anthony) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 317 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the HAUL Plaintiffs' Second Amended Complaint 199 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 319 Motion for Extension of Time to Answer LUPE Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LUPE Plaintiffs' Second Amended Complaint 208 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 320 Motion for Extension of Time to Answer LULAC Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the LULAC Plaintiffs' Second Amended Complaint 207 is hereby extended to March 16, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/14/2022 | | Text Order GRANTING 321 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Defendant Garza's deadline to respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 is hereby extended to March 17, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/14/2022) |
| 03/15/2022 | 322 | SUMMONS Returned Executed by Vote Latino, Texas AFT, Texas Alliance for Retired Americans, LULAC Texas. Yvonne Rosales served on 3/9/2022, answer due 3/30/2022. (Hardin, John) (Entered: 03/15/2022) |
| 03/15/2022 | 323 | Second MOTION for Extension of Time to File Answer re 200 Amended Complaint by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |
| 03/15/2022 | 324 | Second MOTION for Extension of Time to File Answer re 199 Amended Complaint, by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 03/15/2022 | | Text Order GRANTING 323 Motion for Extension of Time to Answer OCA-Greater Houston Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the OCA-Greater Houston Plaintiffs' Second Amended Complaint 200 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/15/2022 | | Text Order GRANTING 324 Motion for Extension of Time to Answer HAUL Plaintiffs' Second Amended Complaint entered by Judge Xavier Rodriguez. Ogg shall answer or otherwise respond to the HAUL Plaintiffs' Second Amended Complaint 199 on or before March 29, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/15/2022) |
| 03/16/2022 | 325 | NOTICE of Attorney Appearance by Zachary Dolling on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Zachary Dolling added to party League of Women Voters of Texas(pty:conpla), Attorney Zachary Dolling added to party OCA-Greater Houston(pty:conpla), Attorney Zachary Dolling added to party REVUP-Texas(pty:conpla), Attorney Zachary Dolling added to party Texas Organizing Project(pty:conpla), Attorney Zachary Dolling added to party Workers Defense Action Fund(pty:conpla) (Dolling, Zachary) (Entered: 03/16/2022) |
| 03/16/2022 | 326 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Michael J Garza* ( Filing fee $ 100 receipt number 0542-15823828) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order)(Tognetti, Leigh). According to our records, filing party submitted duplicate PHV payments. This fee was returned back to the filer by their financial institution. The original payment made on 3/16/22 via a previous incomplete docket entry is the actual payment assigned to this matter: 0542-15823549(kc). (Entered: 03/16/2022) |
| 03/16/2022 | 327 | ANSWER to 207 Amended Complaint, with Jury Demand by Ricardo Rodriguez, Jr..(Tognetti, Leigh) (Entered: 03/16/2022) |
| 03/16/2022 | 328 | *Defendant Garza's* ANSWER to 207 Amended Complaint, *by LULAC Plaintiffs*. Attorney Anthony J. Nelson added to party Jose Garza(pty:dft) by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/16/2022 | 329 | *Defendant Garza's* ANSWER to 208 Amended Complaint, *by LUPE Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/16/2022) |
| 03/17/2022 | | Text Order GRANTING 326 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/17/2022) |
| 03/17/2022 | 330 | *Defendant Garza's* ANSWER to 199 Amended Complaint, *by HAUL Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | 331 | MOTION to Appear Pro Hac Vice by Ranjana Natarajan ( Filing fee $ 100 receipt number 0542-15828577) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 03/17/2022) |
| 03/17/2022 | 332 | |

| | | |
|---|---|---|
| | | *Defendant Garza's* ANSWER to 200 Amended Complaint *by OCA-GH Plaintiffs* by Jose Garza.(Nelson, Anthony) (Entered: 03/17/2022) |
| 03/17/2022 | | Text Order GRANTING 331 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/17/2022) |
| 03/18/2022 | 333 | NOTICE *OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTIONS TO DISMISS* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott re 300 Reply to Response to Motion, 195 Memorandum in Opposition to Motion, 239 MOTION to Dismiss *the Houston Justice Plaintiffs' Second Amended Complaint,* 243 MOTION to Dismiss *LULAC Plaintiffs' Second Amended Complaint,* 301 Response in Opposition to Motion,, 255 MOTION to Dismiss *LUPE Plaintiffs' Second Amended Complaint,* 264 Reply to Response to Motion, 313 Reply to Response to Motion, 306 Reply to Response to Motion, 240 MOTION to Dismiss *the OCA-Greater Houston Plaintiffs' Second Amended Complaint,* 223 Reply to Response to Motion, 145 MOTION to Dismiss *the Federal Government's Claims,* 281 Response to Motion, 252 Response in Opposition to Motion,, (Hudson, Eric) (Entered: 03/18/2022) |
| 03/21/2022 | 334 | MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A - Declaration of John B. Scott, # 2 Exhibit B - United States' First Set of Interrogatories, # 3 Exhibit C - United States' First Set of Requests for Admission, # 4 Exhibit D - United States' First Set of Requests for Production, # 5 Exhibit E - United States' Second Set of Requests for Production, # 6 Exhibit F - United States' Third Set of Requests for Production, # 7 Exhibit G - State Defs' Objections and Responses to the United States' First Set of Interrogatories, # 8 Exhibit H - United States' Notice of Rule 30(b)(6) Deposition of the Texas Secretary of State, # 9 Exhibit I - United States' Notice of Deposition of John Scott, # 10 Proposed Order)(Sweeten, Patrick) (Entered: 03/21/2022) |
| 03/22/2022 | 335 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Mark L. Bieter* ( Filing fee $ 100 receipt number 0542-15839066) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | 336 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons *Bradley R. Prowant* ( Filing fee $ 100 receipt number 0542-15839126) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 335 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | | Text Order GRANTING 336 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document |

| | | | |
|---|---|---|---|
| | | | associated with this entry.) (JA3) (Entered: 03/22/2022) |
| 03/22/2022 | 337 | | ORDER The Court hereby STAYS the deposition of Texas Secretary of State John B. Scott pending resolution of the instant discovery motion and the State Defendants motion to dismiss the claims brought by the United States. A response to the instant discovery motion must be filed no later than March 29, 2022. Any reply must be filed no later than April 1, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/22/2022) |
| 03/23/2022 | 338 | | RESPONSE to 333 Notice (Other),,, by United States Of America. (Freeman, Daniel) (Entered: 03/23/2022) |
| 03/23/2022 | 339 | | NOTICE *of Designation of Potential Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 03/23/2022) |
| 03/23/2022 | 340 | | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/23/2022 | 341 | | NOTICE *of Designation of Potential Testifying Experts* by John Creuzot, Michael Scarpello re 209 Stipulation, (Nicholas, Barbara) (Entered: 03/23/2022) |
| 03/24/2022 | 342 | | THIS DEFICIENCY WAS ISSUED IN ERROR. ACCESS WILL BE RESTRICTED. DEFICIENCY NOTICE  Discovery Documents, responses to requests for production, any kind of information regarding this type of documents does not get filed here in Federal Court. That information stays between parties and attorneys. re 340 Notice Regarding Requests for Production (rg) Modified on 3/25/2022 (rg). (Entered: 03/25/2022) |
| 03/28/2022 | 343 | | Unopposed MOTION for Entry of Confidentiality and Protective Order *Regarding Production of Ultrasensitive Information* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 03/28/2022) |
| 03/29/2022 | 344 | | MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Exhibit)(Nichols, Eric) (Entered: 03/29/2022) |
| 03/29/2022 | 345 | | Response in Opposition to Motion, filed by United States Of America, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Paikowsky, Dana) (Entered: 03/29/2022) |
| 03/29/2022 | 346 | | ORDER GRANTING 343 Motion for Entry of Confidentiality and Protective Order Regarding Production of Ultrasensitive Information. Signed by Judge Xavier Rodriguez. (rg) (Entered: 03/29/2022) |
| 03/29/2022 | 347 | | DESIGNATION OF EXPERT WITNESSES by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 03/29/2022) |
| 03/30/2022 | 348 | | Unopposed MOTION for Extension of Time to File Answer by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 03/30/2022) |
| 03/31/2022 | | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 348 Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. Defendant Yvonne Rosales must file an answer or otherwise respond to the complaint at ECF No. 208, no later than April 7, 2022.(This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 03/31/2022) |
| 03/31/2022 | | Reset Deadlines: Yvonne Rosales answer due 4/7/2022. (rg) (Entered: 03/31/2022) |
| 04/01/2022 | 349 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/01/2022) |
| 04/02/2022 | 350 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Kim Ogg's motion to dismiss, Dkt. # 344,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order Proposed order granting motion and extending deadline to respond to Defendant Kim Ogg's motion to dismiss until April 19, 2022.)(Dolling, Zachary) (Entered: 04/02/2022) |
| 04/03/2022 | 351 | Unopposed MOTION to Withdraw as Attorney *Kathryn E. Yukevich* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Yukevich, Kathryn) (Entered: 04/03/2022) |
| 04/04/2022 | | Text Order GRANTING 350 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUPTexas, Texas Organizing Project, and Workers Defense Action Fund's deadline to respond to Defendant Kim Ogg's Motion to Dismiss is extended to April 19, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/04/2022 | | Text Order GRANTING 351 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kathryn E. Yukevich is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/04/2022) |
| 04/05/2022 | 352 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Christopher D. Dodge* ( Filing fee $ 100 receipt number 0542-15888929) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Supplement)(Hardin, John) (Entered: 04/05/2022) |
| 04/05/2022 | | Text Order GRANTING 352 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/05/2022) |
| 04/06/2022 | 353 | MOTION for Protective Order *and Motion to Quash Deposition of Former Texas Secretary of State* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Exhibit A- Declaration of Ruth R. Hughs, # 2 Exhibit B- State Defendant's Correspondence with MFV and US)(Sweeten, Patrick) (Entered: 04/06/2022) |

| 04/07/2022 | 354 | ORDER Plaintiff Mi Familia Vota is hereby ORDERED to file a response to the State Defendants motion, no later than April 12, 2022. Any reply must be filed no later than April 14, 2022. Set Motion Hearing for 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State (Motion Hearing set for 4/18/2022 3:30 PM before Judge Xavier Rodriguez) Signed by Judge Xavier Rodriguez. (rg). (Entered: 04/07/2022) |
|---|---|---|
| 04/07/2022 | 355 | NOTICE *of Designation of Potential Rebuttal Testifying Experts* by Jose Garza, Rebecca Guerrero re 125 Scheduling Order, (Nelson, Anthony) (Entered: 04/07/2022) |
| 04/07/2022 | 356 | Unopposed MOTION *to Be Excused from Active Participation* by Yvonne Rosales. (Rodriguez, Rogelio) (Entered: 04/07/2022) |
| 04/08/2022 | 357 | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Sophia Cai* ( Filing fee $ 100 receipt number 0542-15903606) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/08/2022) |
| 04/08/2022 | 358 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Perales, Nina) (Entered: 04/08/2022) |
| 04/08/2022 | 359 | RESPONSE *State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas. (Yeomans, Georgina) (Entered: 04/08/2022) |
| 04/11/2022 | | Text Order GRANTING 357 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/11/2022 | | Text Order GRANTING 356 Motion entered by Judge Xavier Rodriguez. Defendant DA Yvonne Rosales is excused from active participation in Case Nos. 5:21-CV-00844-XR and 1:21-CV-00786-XR, including any obligation to file responsive pleadings and to attend hearings, conferences, and trial, unless otherwise ordered. Defendant DA Rosales must comply with any and all discovery obligations. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/11/2022) |
| 04/12/2022 | 360 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Yeomans, Georgina) (Entered: 04/12/2022) |
| 04/12/2022 | 361 | RESPONSE to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nkwonta, Uzoma) (Entered: |

| | | 04/12/2022) |
|---|---|---|
| 04/13/2022 | 362 | NOTICE of Attorney Appearance by Lisa A. Snead on behalf of League of Women Voters of Texas, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. Attorney Lisa A. Snead added to party League of Women Voters of Texas(pty:conpla), Attorney Lisa A. Snead added to party REVUP-Texas(pty:conpla), Attorney Lisa A. Snead added to party Texas Organizing Project(pty:conpla), Attorney Lisa A. Snead added to party Workers Defense Action Fund(pty:conpla) (Snead, Lisa) (Entered: 04/13/2022) |
| 04/13/2022 | 363 | MOTION to Extend Scheduling Order Deadlines *for Rule 26(a)(3) Disclosures* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 04/13/2022) |
| 04/13/2022 | 364 | NOTICE of Attorney Appearance by Laura Brady Bender on behalf of United States Of America. Attorney Laura Brady Bender added to party United States Of America(pty:conpla) (Bender, Laura) (Entered: 04/13/2022) |
| 04/13/2022 | 365 | NOTICE of Attorney Appearance by Jaywin Singh Malhi on behalf of United States Of America. Attorney Jaywin Singh Malhi added to party United States Of America(pty:conpla) (Malhi, Jaywin) (Entered: 04/13/2022) |
| 04/13/2022 | 366 | Unopposed MOTION *to Withdraw Texas Organizing Project as a Party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 04/13/2022) |
| 04/13/2022 | 367 | Memorandum in Opposition to Motion, filed by Mi Familia Vota, re 334 MOTION for Protective Order *and Motion to Quash Deposition of Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit 3.21.22 Email, # 2 Exhibit 4.1.22 Email)(Watkins, Elijah) (Entered: 04/13/2022) |
| 04/14/2022 | | Text Order GRANTING 366 Motion entered by Judge Xavier Rodriguez. Plaintiff Texas Organizing Project is DISMISSED WITH PREJUDICE. All other OCA-GH Plaintiffs remain a party to this action, and the dismissal of Texas Organizing Project does not affect remaining OCA-GH Plaintiffs' claims against any defendants. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/14/2022) |
| 04/14/2022 | 368 | ORDER GRANTING 363 Motion to Extend Scheduling Order Deadlines. Bench Trial set for 7/5/2022 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 6/23/2022 10:30 AM before Judge Xavier Rodriguez, Discovery due by 5/13/2022, Dispositive Motions due by 5/27/2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 04/14/2022) |
| 04/14/2022 | 369 | NOTICE *VACATION LETTER* by John Creuzot (Stool, Ben) (Entered: 04/14/2022) |
| 04/18/2022 | 370 | NOTICE of Attorney Appearance by Larry L. Roberson on behalf of Jacque Callanen, Joe Gonzales. Attorney Larry L. Roberson added to party Jacque Callanen(pty:condft), Attorney Larry L. Roberson added to party Joe Gonzales(pty:dft) (Roberson, Larry) (Entered: 04/18/2022) |
| 04/18/2022 | 371 | REPLY to Response to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 353 MOTION for Protective Order *and Motion* |

| | | |
|---|---|---|
| | | *to Quash Deposition of Former Texas Secretary of State* filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Sweeten, Patrick) (Entered: 04/18/2022) |
| 04/18/2022 | 372 | ORDER GRANTING IN PART AND DENYING IN PART 353 Motion for Protective Order Signed by Judge Xavier Rodriguez. (mgr) (Entered: 04/18/2022) |
| 04/18/2022 | 376 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 4/18/2022 re 353 MOTION for Protective Order and Motion to Quash Deposition of Former Texas Secretary of State filed by John Scott, Warren K. Paxton, Gregory W. Abbott, STATE OF TEXAS. (Minute entry documents are not available electronically.). (Court Reporter GiGi Simcox.)(rg) (Entered: 04/19/2022) |
| 04/19/2022 | 373 | NOTICE of Filing *Plaintiffs' Supplemental Initial Disclosures* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit Supplemental Initial Disclosures)(Singh, Jasleen) (Entered: 04/19/2022) |
| 04/19/2022 | 374 | MOTION to Withdraw as Attorney *for Marc Rasich* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 374 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Marc Rasich, formerly of Stoel Rives LLP, admitted pro hac vice on October 6, 2021, is hereby withdrawn as counsel for Plaintiffs Mi Familia Vota, et al. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 375 | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *for Applicant Victor Genecin* ( Filing fee $ 100 receipt number 0542-15940326) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Attachments: # 1 Proposed Order)(Broughton, Kenneth) (Entered: 04/19/2022) |
| 04/19/2022 | 377 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Dolling, Zachary) (Entered: 04/19/2022) |
| 04/19/2022 | | Text Order GRANTING 375 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/19/2022) |
| 04/19/2022 | 378 | RESPONSE in Support, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg (Nichols, Eric) (Entered: 04/19/2022) |
| 04/21/2022 | 379 | RESPONSE *to State Defendants' Notice of Supplemental Authority* to 333 Notice (Other),,, by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 04/21/2022) |
| 04/22/2022 | 380 | REPLY to Response to Motion, filed by Kim Ogg, re 344 MOTION to Dismiss *Defendant Kim Ogg's Motion to Dismiss* filed by Defendant Kim Ogg *Defendant* |

| | | |
|---|---|---|
| | | *Kim Ogg's Reply to The OCA Plaintiffs' Responses to Ogg's Motion to Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Nichols, Eric) (Entered: 04/22/2022) |
| 04/26/2022 | 381 | NOTICE *of Private Plaintiffs' 2nd Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # 1 Exhibit)(Dolling, Zachary) (Entered: 04/26/2022) |
| 04/26/2022 | 382 | SUPPLEMENT *to Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 04/26/2022) |
| 04/27/2022 | 383 | MOTION for Hearing *on the State Defendants' Motions to Dismiss* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 04/27/2022) |
| 04/28/2022 | | Text Order DENYING 383 Motion for Hearing entered by Judge Xavier Rodriguez. The Court is aware of the importance of the issues raised in the State Defendants' motions to dismiss and is working as expeditiously as possible to resolve these motions. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/28/2022) |
| 04/29/2022 | 384 | NOTICE *of Service of Rebuttal Expert Reports* by Mi Familia Vota (Olson, Wendy) (Entered: 04/29/2022) |
| 04/29/2022 | 385 | NOTICE *of Service of Supplemental Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 295 Notice (Other) (Broughton, Kenneth) (Entered: 04/29/2022) |
| 04/29/2022 | 386 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (White, Jeffrey) (Entered: 04/29/2022) |
| 04/29/2022 | 387 | NOTICE *Amended Initial Disclosures* by Isabel Longoria (Bingham, Tiffany) (Entered: 04/29/2022) |
| 04/29/2022 | | Text Order GRANTING 386 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jeffrey M. White is hereby withdrawn as counsel for the State Defendants in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 04/29/2022) |
| 04/29/2022 | 388 | NOTICE *of Service of Supplements to Expert Reports* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino (Dodge, Christopher) (Entered: 04/29/2022) |
| 04/29/2022 | 389 | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Stewart, Michael) (Entered: 04/29/2022) |
| 05/02/2022 | 390 | ORDER GRANTING IN PART AND DENYING IN PART 334 Motion for Protective Order. The deposition of Texas Secretary of State John B. Scott is STAYED until such time as the United States completes the depositions of Keith Ingram, ChristinaAdkins, and the 30(b)(6) deposition of the Office of the Texas Secretary of State. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/02/2022) |
| 05/03/2022 | 391 | MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/03/2022) |
| 05/03/2022 | 392 | |

| | | |
|---|---|---|
| | | APPENDIX to <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Dodge, Christopher) (Entered: 05/03/2022) |
| 05/04/2022 | <u>393</u> | ORDER Setting Hearing on <u>391</u> MOTION to Compel Discovery Responses from Texas Lawmakers: Motion Hearing set for 5/13/2022 3:30 PM before Judge Xavier Rodriguez. Counsel for the State Legislators is hereby ORDERED to file a response to Plaintiffs motion no later than May 9, 2022. Any reply must be filed no later than May 11, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/04/2022) |
| 05/04/2022 | <u>394</u> | NOTICE of *Lupe, OCA-Greater Houston, Haul, Lulac, and Mi Familia Vota Plaintiffs' Third Supplemental Rule 26(a)(1) Initial Disclosures* by La Union Del Pueblo Entero (Attachments: # <u>1</u> Exhibit 1 to Notice of Private Plaintiffs Third Supplemental Initial Disclosures)(Broughton, Kenneth) (Entered: 05/04/2022) |
| 05/04/2022 | <u>395</u> | NOTICE *VACATION LETTER, ATTORNEY* by John Creuzot (Nicholas, Barbara) (Entered: 05/04/2022) |
| 05/04/2022 | <u>396</u> | NOTICE *of Service of Supplemental Expert Report* by United States Of America (Freeman, Daniel) (Entered: 05/04/2022) |
| 05/09/2022 | <u>397</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re <u>391</u> MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Attachments: # <u>1</u> Exhibit Email of 02.24.2022, # <u>2</u> Exhibit Email of 03.14.2022, # <u>3</u> Exhibit Deposition subpoenas, # <u>4</u> Exhibit Email of 03.29.2022, # <u>5</u> Exhibit Written discovery to LULAC Plaintiffs, # <u>6</u> Exhibit Letter of 04.15.2022, # <u>7</u> Exhibit Declaration of Senator Bryan Hughes, # <u>8</u> Exhibit Declaration of Senator Paul Bettencourt, # <u>9</u> Exhibit Declaration of Representative Andrew Murr, # <u>10</u> Exhibit Declaration of Representative Briscoe Cain, # <u>11</u> Exhibit Declaration of Jonathan White)(Sweeten, Patrick) (Entered: 05/09/2022) |
| 05/11/2022 | <u>398</u> | NOTICE *of Service of Corrected Expert Report* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Broughton, Kenneth) (Entered: 05/11/2022) |
| 05/11/2022 | <u>399</u> | NOTICE of Filing Private Plaintiffs' Fifth Supplemental Rule 26(a)(1) Initial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas (Attachments: # <u>1</u> Exhibit 1 - PLAINTIFFS FIFTH SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES)(Yeomans, Georgina) (Entered: 05/11/2022) |
| 05/11/2022 | <u>400</u> | NOTICE of Filing Private Plaintiffs' Fourth Supplemental Rule 26(a)(1) Initial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute (Longoria, Julia) (Entered: 05/11/2022) |
| 05/11/2022 | <u>401</u> | NOTICE of Filing Defendant DA Rosales's Response to State Defendant's Request for Production by Yvonne Rosales (Rodriguez, Rogelio) (Entered: 05/11/2022) |
| 05/11/2022 | <u>402</u> | |

| | | |
|---|---|---|
| | | Opposed MOTION *to Intervene* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Answer, # 2 Proposed Answer, # 3 Proposed Answer, # 4 Proposed Answer, # 5 Proposed Answer)(Gore, John) (Entered: 05/11/2022) |
| 05/11/2022 | 403 | REPLY to Response to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino, re 391 MOTION to Compel *Discovery Responses from Texas Lawmakers* filed by Consol Plaintiff Texas AFT, Consol Plaintiff LULAC Texas, Consol Plaintiff Texas Alliance for Retired Americans, Consol Plaintiff Vote Latino (Dodge, Christopher) (Entered: 05/11/2022) |
| 05/12/2022 | 404 | DEFICIENCY NOTICE: to attorney Rogelio Rodriguez Responses to requests for production do not get filed here in Federal Court. This is part of the Discovery process which goes between attorneys. re 401 Notice of Filing (rg) (Entered: 05/12/2022) |
| 05/12/2022 | 405 | Unopposed MOTION to Withdraw as Attorney *for Angelica Lien Leo* by Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/12/2022) |
| 05/12/2022 | 406 | MOTION to Extend Scheduling Order Deadlines by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 05/12/2022) |
| 05/12/2022 | | Text Order GRANTING 405 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Angelica Lien Leo is withdrawn as counsel of record for Defendant Lisa Wise. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/12/2022) |
| 05/13/2022 | | Text Order GRANTING 402 Renewed Motion to Intervene entered by Judge Xavier Rodriguez. The motion is GRANTED in light of the Fifth Circuits conclusion that the Republican Committees have satisfied Rule 24(a)(2)s requirements for intervention as of right. *See La Union del Pueblo Entero v. Abbott*, 29 F.4th 299 (5th Cir. 2022). The Clerk is DIRECTED to file the proposed Answers, attached as exhibits to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/13/2022) |
| 05/13/2022 | 407 | Response in Opposition to Motion, filed by United States Of America, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit Exhibit 1 (Supplement to Initial Disclosures), # 2 Exhibit Exhibit 2 (Garza Subpoena), # 3 Exhibit Exhibit 3 (Anchia Subpoena), # 4 Exhibit Exhibit 4 (State Defendants' First Set of RFPs and Interrogatories), # 5 Exhibit Exhibit 5 (Appendix A to US Second RFPs), # 6 Exhibit Exhibit 6 (Guillen Subpoena), # 7 Exhibit Exhibit 7 (LULAC v Abbott Scheduling Order))(Stewart, Michael) (Entered: 05/13/2022) |
| 05/13/2022 | 408 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Texas Hispanics Organized for Political Education, Texas Impact, Texas |

| | | |
|---|---|---|
| | | Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute, Workers Defense Action Fund, re 406 MOTION to Extend Scheduling Order Deadlines filed by Consol Defendant John Scott, Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant STATE OF TEXAS (Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 409 | NOTICE *of Filing Exhibits 1 - 8* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, League of Women Voters of Texas, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, OCA-Greater Houston, REVUP-Texas, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Texas Organizing Project, The Anti-Defamation League Austin, Southwest, and Texoma, The Arc of Texas, William C. Velasquez Institute re 408 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit 1 - May 2 2022 Email - RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosure, # 2 Exhibit 2 - US Supplement to Amended Initial Disclosures (April 1, 2022), # 3 Exhibit 3 - Emails RE_ LUPE v. Abbott, 5_21-cv-844 (W.D. Tex.) - Private Plaintiff Disclosures, # 4 Exhibit 4 - Emails Re_ OCA-GH Witness Availability, # 5 Exhibit 5 - Email with attachment Plaintiffs' Fifth Supplemental Initial Disclosures, LUPE v. Texas, No. 5_21-CV-0844-XR, # 6 Exhibit 6 - Email re LUPE v. Texas 5_21-cv-844 (W.D. Tex.) - Availability of Tanesa Lee, # 7 Exhibit 7 - 2021.11.16 La Union v. Abbott Hearing Transcript, # 8 Exhibit 8 - March 23 2022 Rule 45 Subpoena L. Hidalgo)(Yeomans, Georgina) (Entered: 05/13/2022) |
| 05/13/2022 | 410 | SUPPLEMENT *Disclosures by State Defendants'* by Gregory W. Abbott. (Sweeten, Patrick) (Entered: 05/13/2022) |
| 05/13/2022 | 411 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 5/13/2022 re 391 MOTION to Compel Discovery Responses from Texas Lawmakers filed by Texas AFT, LULAC Texas, Texas Alliance for Retired Americans, Vote Latino (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcix.)(rg) (Entered: 05/16/2022) |
| 05/13/2022 | 412 | ANSWER to 199 Amended Complaint, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 1:20-CV-786, # 2 5:21-CV-848, # 3 1:21-CV-780)(rg) (Entered: 05/16/2022) |
| 05/14/2022 | | Text Order MOOTING 406 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. For the reasons stated in open court, this motion is hereby moot. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/14/2022) |
| 05/17/2022 | 413 | MOTION to Withdraw as Attorney by LULAC Texas. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 05/17/2022) |
| 05/17/2022 | | Text Order GRANTING 413 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Domingo A. Garcia for Plaintiff LULAC Texas is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/17/2022) |
| 05/17/2022 | 415 | |

| | | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 123 Notice of Appeal (E-Filed), filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/19/2022) |
|---|---|---|
| 05/18/2022 | 414 | Unopposed MOTION to Vacate *Deadlines* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | | Text Order GRANTING 414 Motion to Vacate entered by Judge Xavier Rodriguez. No later than June 1, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/18/2022) |
| 05/19/2022 | 416 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jose A. Esparza, STATE OF TEXAS, John Scott for proceedings held on 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel Discovery. Court Reporter: Gigi Simcox. (Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 417 | NOTICE by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott re 397 Response in Opposition to Motion,,, (Attachments: # 1 Exhibit)(Sweeten, Patrick) (Entered: 05/19/2022) |
| 05/19/2022 | 418 | NOTICE of Attorney Appearance by Roswill Mejia on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Roswill Mejia added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Roswill Mejia added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Roswill Mejia added to party Houston Area Urban League(pty:conpla), Attorney Roswill Mejia added to party The Arc of Texas(pty:conpla) (Mejia, Roswill) (Entered: 05/19/2022) |
| 05/20/2022 | 419 | TRANSCRIPT REQUEST *Hearing on Motion to Compel Discovery* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on May 13, 2022.. (Perales, Nina)***Modified TEXT on 5/24/2022 (dtg).***COURT REPORTER: GIGI SIMCOX.*** (Entered: 05/20/2022) |
| 05/20/2022 | 420 | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Elena Rodriguez Armenta* ( Filing fee $ 100 receipt number 0542-16058928) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 05/20/2022) |
| 05/20/2022 | | Text Order GRANTING 420 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/20/2022) |
| 05/20/2022 | 421 | MOTION to Appear Pro Hac Vice by Orion Armon *on Behalf of Caroline A. Lebel* ( Filing fee $ 100 receipt number 0542-16059592) by on behalf of Lisa Wise. (Attachments: # 1 Proposed Order)(Armon, Orion) (Entered: 05/20/2022) |
| 05/23/2022 | | Text Order GRANTING 421 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/23/2022) |
| 05/23/2022 | 422 | TRANSCRIPT REQUEST by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino for proceedings held on 5/13/2022. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcix. (Nkwonta, Uzoma) (Entered: 05/23/2022) |
| 05/24/2022 | 423 | Transcript filed of Proceedings held on 5-13-22, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/14/2022, Redacted Transcript Deadline set for 6/24/2022, Release of Transcript Restriction set for 8/22/2022, (gs) (Entered: 05/24/2022) |
| 05/24/2022 | 424 | ORDER DENYING 145 Motion to Dismiss Signed by Judge Xavier Rodriguez. (mgr) (Entered: 05/24/2022) |
| 05/25/2022 | 425 | ORDER GRANTING 391 Motion to Compel. The State Legislators are ORDERED to produce all documents, with the exception of DOC_0000477, as specified in Appendix A below, by June 3, 2022. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/25/2022) |
| 05/26/2022 | 426 | Appeal of Order entered by District Judge 425 by Paul Bettencourt, Bryan Hughes, Andrew Murr, Briscoe Cain.. Attorney Patrick K. Sweeten added to party Paul Bettencourt(pty:oth), Attorney Patrick K. Sweeten added to party Bryan Hughes(pty:oth), Attorney Patrick K. Sweeten added to party Andrew Murr(pty:oth), Attorney Patrick K. Sweeten added to party Briscoe Cain(pty:oth) (Sweeten, Patrick) Modified on 6/8/2023 to remove termination date after judgment/mandate was entered in error by the 5th Circuit (kc). (Entered: 05/26/2022) |
| 05/26/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 425 Order on Motion to Compel by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 05/27/2022) |

| 05/27/2022 | <u>427</u> | Unopposed MOTION to Withdraw as Attorney *Liliana Zaragoza* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Proposed Order)(Zaragoza, Liliana) (Entered: 05/27/2022) |
|---|---|---|
| 05/27/2022 | <u>428</u> | Unopposed MOTION to Stay *Pending Appeal* by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr. (Sweeten, Patrick) (Entered: 05/27/2022) |
| 05/31/2022 | | Text Order GRANTING <u>427</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Liliana Zaragoza for Plaintiffs is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 05/31/2022) |
| 05/31/2022 | <u>429</u> | ORDER GRANTING <u>428</u> Motion to Stay. Signed by Judge Xavier Rodriguez. (rg) (Entered: 05/31/2022) |
| 05/31/2022 | <u>430</u> | NOTICE of Attorney Appearance by Charles E.T. Roberts on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Roberts, Charles) (Entered: 05/31/2022) |
| 06/01/2022 | <u>431</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/01/2022) |
| 06/01/2022 | | Text Order GRANTING <u>431</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. No later than June 6, 2022, the parties must file a proposed scheduling order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/01/2022) |
| 06/03/2022 | <u>432</u> | MOTION to Withdraw as Attorney *Christina M. Beeler* by Isabel Longoria. (Attachments: # <u>1</u> Proposed Order)(Beeler, Christina) (Entered: 06/03/2022) |
| 06/03/2022 | <u>433</u> | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain, Bryan Hughes, Andrew Murr for dates of 05/13/2022. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox.. (Sweeten, Patrick) (Entered: 06/03/2022) |
| 06/06/2022 | | Text Order GRANTING <u>432</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Christina M. Beeler for Defendant Isabel Longoria, in her Official Capacity as Harris County Elections Administrator is withdrawn and shall be removed from all service lists pertaining to this action. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/06/2022) |
| 06/06/2022 | <u>434</u> | Joint MOTION for Extension of Time to File *Proposed Scheduling Order* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # <u>1</u> Proposed Order)(Sweeten, Patrick) (Entered: 06/06/2022) |
| 06/07/2022 | | Text Order GRANTING <u>434</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties must file a proposed scheduling order no later than today, June 7, 2022. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/07/2022) |

| | | |
|---|---|---|
| 06/07/2022 | <u>435</u> | ANSWER to <u>131</u> Amended Complaint by STATE OF TEXAS, John Scott.(Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/07/2022 | <u>436</u> | NOTICE *of Partly Agreed Proposed Amended Schedule* by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott (Sweeten, Patrick) (Entered: 06/07/2022) |
| 06/08/2022 | <u>437</u> | AMENDED SCHEDULING ORDER: Bench Trial set for 7/17/2023 10:30 AM before Judge Xavier Rodriguez, Pretrial Conference set for 7/6/2023 10:30 AM before Judge Xavier Rodriguez, Dispositive Motions due by 4/28/2023. Signed by Judge Xavier Rodriguez. (rg) (Entered: 06/08/2022) |
| 06/13/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50435 has been accepted by the 5th Circuit. re <u>426</u> Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 06/13/2022) |
| 06/14/2022 | <u>438</u> | NOTICE *of Modified Permanent Injunction Regarding Sections 61.032, 61.033, and 64.0321 of the Texas Election Code* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund (Attachments: # <u>1</u> Exhibit Order Modifying Permanent Injunction)(Dolling, Zachary) (Entered: 06/14/2022) |
| 06/15/2022 | <u>439</u> | Unopposed MOTION to Withdraw as Attorney *Haley Costello Essig* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Essig, Haley) (Entered: 06/15/2022) |
| 06/15/2022 | | Text Order GRANTING <u>439</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Haley K. Costello Essig is withdrawn as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/15/2022) |
| 06/15/2022 | <u>440</u> | NOTICE *Plaintiffs' Joint Notice related to the OCA Injunction Modification Order* by United States Of America re <u>438</u> Notice (Other), (Yun, Jennifer) (Entered: 06/15/2022) |
| 06/30/2022 | <u>441</u> | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Daniela Lorenzo* ( Filing fee $ 100 receipt number 0542-16205525) by on behalf of LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # <u>1</u> Proposed Order)(Hardin, John) (Entered: 06/30/2022) |
| 06/30/2022 | | Text Order GRANTING <u>441</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 06/30/2022) |
| 07/07/2022 | <u>442</u> | MOTION to Appear Pro Hac Vice by Nina Perales *for Attorney Jasmine M. Johnson* ( Filing fee $ 100 receipt number 0542-16225698) by on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: 07/07/2022) |

| | | |
|---|---|---|
| 07/07/2022 | | Text Order GRANTING 442 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/07/2022) |
| 07/11/2022 | 443 | NOTICE of Attorney Appearance by James A. Rodman on behalf of Texas AFT. Attorney James A. Rodman added to party Texas AFT(pty:conpla) (Rodman, James) (Entered: 07/11/2022) |
| 07/12/2022 | 444 | ORDER GRANTING IN PART AND DENYING IN PART 243 Motion to Dismiss. Any and all claims challenging section 7.04 of S.B. 1, as codified in section 276.018 of the Texas Election Code, are DISMISSED WITHOUT PREJUDICE. Any and all claims challenging portions of section 6.04 of S.B. 1 that the district courtenjoined in OCA Greater Hous. v. Texas, No. 1:15-CV-679-RP, 2022 WL 2019295 (W.D. Tex. June 6, 2022) are MOOT. All other claims that LULAC Texas, Voto Latino, the Texas Alliance for Retired Americans, and Texas AFT have asserted against the Texas Secretary of State and the Texas Attorney General may proceed. Signed by Judge Xavier Rodriguez. (rg) (Entered: 07/12/2022) |
| 07/14/2022 | 445 | NOTICE of Attorney Appearance by Peter Hofer on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Peter Hofer added to party League of Women Voters of Texas(pty:conpla), Attorney Peter Hofer added to party OCA-Greater Houston(pty:conpla), Attorney Peter Hofer added to party REVUP-Texas(pty:conpla), Attorney Peter Hofer added to party Workers Defense Action Fund(pty:conpla) (Hofer, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 446 | Unopposed MOTION to Withdraw as Attorney by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Davis, Lia) (Entered: 07/18/2022) |
| 07/18/2022 | | Text Order GRANTING 446 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lia Sifuentes Davis is withdrawn as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 07/18/2022) |
| 08/02/2022 | 447 | ORDER GRANTING IN PART AND DENYING IN PART 239 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 448 | ORDER GRANTING IN PART AND DENYING IN PART 240 Motion to Dismiss the claims that OCA-Greater Houston, League of Woman Voters of Texas, REVUP-Texas, and Workers Defense Action Fund have asserted against them Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 449 | ORDER GRANTING IN PART AND DENYING IN PART 255 Motion to Dismiss Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/02/2022 | 450 | ORDER GRANTING IN PART AND DENYING IN PART 344 Motion to Dismiss all claims asserted against Kim Ogg. Signed by Judge Xavier Rodriguez. (rg) (Entered: 08/02/2022) |
| 08/10/2022 | 451 | |

| | | |
|---|---|---|
| | | Appeal of Order entered by District Judge 450 by Kim Ogg. ( Filing fee $ 505 receipt number ATXWDC-16384323) (Nichols, Eric) (Entered: 08/10/2022) |
| 08/10/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 450 Order on Motion to Dismiss by Kim Ogg. Filing fee $505.00, receipt number ATXWDC-16384323. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rg) (Entered: 08/11/2022) |
| 08/15/2022 | 452 | MOTION to Stay by Kim Ogg. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Nichols, Eric) (Entered: 08/15/2022) |
| 08/15/2022 | | Text Order DENYING 452 Motion to Stay entered by Judge Xavier Rodriguez. The Court has already addressed the merits of Defendant Kim Ogg's arguments in its order granting in part and denying part her motion to dismiss. Further, the discovery requests are relevant and responses thereto may be secured from Defendant Ogg either as a party to this case or a third party. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/15/2022) |
| 08/19/2022 | 453 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Hawley, Jonathan) (Entered: 08/19/2022) |
| 08/19/2022 | | Text Order GRANTING 453 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jonathan P. Hawley is withdrawn as counsel of record for Plaintiffs LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, and Voto Latino. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 08/19/2022) |
| 08/24/2022 | 454 | NOTICE of Filing Transcript Order Form by Kim Ogg (Nichols, Eric) (Entered: 08/24/2022) |
| 08/24/2022 | 455 | DEFICIENCY NOTICE: to attorney Eric Nichols The wrong event was used for this document. Please refile using the event "Appeal Transcript Request" even though you are not requesting a transcript the Fifth Circuit needs to receive a copy of this Transcript Order Form. re 454 Notice of Filing (rg) (Entered: 08/24/2022) |
| 08/26/2022 | 456 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Warren K. Paxton, John Scott. (Attachments: # 1 Proposed Order)(Disorbo, Jack) (Entered: 08/26/2022) |
| 08/26/2022 | | Text Order GRANTING 456 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mr. Jack DiSorbo is WITHDRAWN from his representation in this case. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldlc) (Entered: 08/26/2022) |
| 08/30/2022 | 457 | Appeal of Order entered by District Judge 449 by Warren K. Paxton, STATE OF TEXAS, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 458 | Appeal of Order entered by District Judge 447 by Gregory W. Abbott, Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |
| 08/30/2022 | 459 | Appeal of Order entered by District Judge 448 by Warren K. Paxton, John Scott. (Sweeten, Patrick) (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | | NOTICE OF INTERLOCUTORY APPEAL as to 448 Order on Motion to Dismiss, 447 Order on Motion to Dismiss, 449 Order on Motion to Dismiss by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 08/30/2022) |
| 09/06/2022 | 460 | Unopposed MOTION to Withdraw as Attorney *John R. Hardin* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Hardin, John) (Entered: 09/06/2022) |
| 09/06/2022 | | Text Order GRANTING 460 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. John R. Hardin is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2022) |
| 09/13/2022 | 461 | TRANSCRIPT REQUEST by Warren K. Paxton, STATE OF TEXAS, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 462 | TRANSCRIPT REQUEST by Gregory W. Abbott, Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)******Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/13/2022 | 463 | TRANSCRIPT REQUEST by Warren K. Paxton, John Scott for dates of n/a. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Thompson, William)***Modified TEXT on 9/15/2022 (dtg)***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 09/13/2022) |
| 09/16/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50732 has been accepted by the 5th Circuit. re 451 Notice of Appeal - Interlocutory, Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 09/16/2022) |
| 09/21/2022 | 464 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***PER CURIAM: IT IS ORDERED that a temporary adminstrative stay is being placed on all discovery and related proceedings in the district court until September 29, 2022, until further order may issue.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 09/21/2022) |
| 10/03/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50775 has been accepted by the 5th Circuit. re 457 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/03/2022) |
| 10/03/2022 | 465 | Unopposed MOTION to Withdraw as Attorney *Georgina C. Yeomans* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Yeomans, Georgina) (Entered: 10/03/2022) |

| 10/04/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50778 has been accepted by the 5th Circuit. re 459 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/04/2022) |
|---|---|---|
| 10/07/2022 | 466 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.***IT IS ORDERED that the Appellant Kim Oggs opposed motion to stay all further discovery and related proceedings against her or her office in the district court, pending this Courts resolution of her interlocutory appeal of the denial of Oggs motion to dismiss based on the legal defense of sovereign immunity, is DENIED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/07/2022) |
| 10/07/2022 | | Certification of the Electronic Record on Appeal in USCA #22-50777 has been accepted by the 5th Circuit. re 458 Notice of Appeal - Interlocutory. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 10/07/2022) |
| 10/11/2022 | | Text Order GRANTING 465 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. The appearance of Georgina C. Yeomans for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, (collectively, "Plaintiffs") is withdrawn, and she shall be removed from all service lists pertaining to this action. Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/11/2022) |
| 10/12/2022 | 467 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 10/12/2022) |
| 10/12/2022 | 468 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw as counsel is hereby GRANTED.*** (dtg) (Entered: 10/13/2022) |
| 10/24/2022 | 469 | Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, LULAC Texas, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Proposed Order)(Perales, Nina) (Entered: 10/24/2022) |
| 10/31/2022 | 470 | ORDERED, that the text orders issued on November 16, 2021 denying the motions to appear pro hac vice filed on behalf of counsel E. Stewart Crosland (ECF No. 71) and Stephen J. Kenny (ECF No. 72) are WITHDRAWN. The pro hac vice motions (ECF Nos. 71 & 72) are GRANTED re Order on Motion to Appear Pro Hac Vice, Order on Motion to Appear Pro Hac Vice. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/31/2022) |
| 10/31/2022 | 471 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas and CROSS-MOTION for a Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Gore, John) Modified on 11/1/2022 (rg). (Entered: 10/31/2022) |
| 10/31/2022 | 472 | Response in Opposition to Motion, filed by Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott, re 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Sweeten, Patrick) (Entered: 10/31/2022) |
| 11/04/2022 | 473 | ORDER SETTING MOTION HEARING re 469 Opposed MOTION to Compel 471 MOTION for Protective Order (Motion Hearing set for 11/14/2022 1:00 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (rg) (Entered: 11/04/2022) |
| 11/07/2022 | 474 | RESPONSE to Motion, filed by United States Of America, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Freeman, Daniel) (Entered: 11/07/2022) |
| 11/07/2022 | 475 | Memorandum in Support, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute, re 471 MOTION for Protective Order filed by Defendant National |

| | | |
|---|---|---|
| | | Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee, 469 Opposed MOTION to Compel *Production of Documents Responsive to Requests for Production and Interrogatories and to Amend the Scheduling Order as to Defendant Intervenors* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma, Consol Plaintiff LULAC Texas (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Affidavit Signed Declaration)(Longoria, Julia) (Entered: 11/07/2022) |
| 11/09/2022 | 476 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of Gregory W. Abbott, Warren K. Paxton, John Scott. Attorney Kathleen Hunker added to party Gregory W. Abbott(pty:dft), Attorney Kathleen Hunker added to party Warren K. Paxton(pty:dft), Attorney Kathleen Hunker added to party John Scott(pty:condft) (Hunker, Kathleen) (Entered: 11/09/2022) |
| 11/11/2022 | 477 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 471 MOTION for Protective Order filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 11/11/2022) |
| 11/14/2022 | 478 | NOTICE of Attorney Appearance by Fatima L Menendez on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. Attorney Fatima L Menendez added to party Fiel Houston, Inc.(pty:pla), Attorney Fatima L Menendez added to party JOLT Action(pty:pla), Attorney Fatima L Menendez added to party La Union Del Pueblo Entero(pty:pla), Attorney Fatima L Menendez added to party Mexican American Bar Association of Texas(pty:pla), Attorney Fatima L Menendez added to party Southwest Voter Registration Education Project(pty:pla), Attorney Fatima L Menendez added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Fatima L Menendez added to party William C. Velasquez Institute(pty:pla) (Menendez, Fatima) (Entered: 11/14/2022) |
| 11/14/2022 | 479 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 11/14/2022 re 469 Opposed MOTION to Compel. (Court Reporter Gigi Simcox.)(rg) (Entered: 11/15/2022) |
| 11/15/2022 | 480 | TRANSCRIPT REQUEST by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute for proceedings held on 11/14/2022. Court Reporter: Gigi Simcox. (Perales, Nina) |

| | | |
|---|---|---|
| | | (Entered: 11/15/2022) |
| 11/15/2022 | 481 | MOTION to Withdraw as Attorney *Mimi Marziani* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/15/2022 | 482 | MOTION to Withdraw as Attorney *Ryan Cox* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 11/15/2022) |
| 11/16/2022 | | Text Order GRANTING 481 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mimi Marziani is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/16/2022 | | Text Order GRANTING 482 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ryan Cox is hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/16/2022) |
| 11/21/2022 | 483 | BRIEF *Regarding Plaintiffs' Noticed Depositions* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Gore, John) (Entered: 11/21/2022) |
| 11/21/2022 | 484 | BRIEF *ON THE APPLICATION OF THE FIRST AMENDMENT PRIVILEGE TO DEPOSITIONS* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 11/22/2022) |
| 11/22/2022 | 485 | TRANSCRIPT REQUEST by Gregory W. Abbott, STATE OF TEXAS, John Scott for proceedings held on 11/14/22. Proceedings Transcribed: Motion Hearing. Court Reporter: Gigi Simcox. (Thompson, William) (Entered: 11/22/2022) |
| 11/28/2022 | 486 | RESPONSE to 484 Brief, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 11/28/2022) |
| 11/28/2022 | 487 | Transcript filed of Proceedings held on 11-14-22, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be |

| | | |
|---|---|---|
| | | filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/19/2022, Redacted Transcript Deadline set for 12/29/2022, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/13/2022, (gs) (Entered: 11/28/2022) |
| 12/05/2022 | 488 | Unopposed MOTION to Withdraw as Attorney *Patrick K. Sweeten* by Gregory W. Abbott, Jose A. Esparza, Warren K. Paxton, STATE OF TEXAS, John Scott. (Attachments: # 1 Proposed Order)(Sweeten, Patrick) (Entered: 12/05/2022) |
| 12/05/2022 | | Text Order GRANTING 488 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick K. Sweeten is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, John Scott, in his official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/05/2022) |
| 12/08/2022 | 489 | Unopposed MOTION to Withdraw as Attorney *Matthew Berde* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order Order Granting Motion to Withdraw Appearance as Counsel)(Ryan, Elizabeth) (Entered: 12/08/2022) |
| 12/08/2022 | | Text Order GRANTING 489 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Matthew Berde is hereby WITHDRAWN as counsel of record for Friendship-West Baptist Church, the Anti-Defamation League Austin, Southwest, and Texoma Regions, Texas Impact, and James Lewin, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/08/2022) |
| 12/09/2022 | 490 | ORDER GRANTING IN PART AND DENYING IN PART 469 Motion to Compel; GRANTING IN PART AND DENYING IN PART 471 Motion for Protective Order Signed by Judge Xavier Rodriguez. (rg) (Entered: 12/09/2022) |
| 12/14/2022 | 491 | Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Proposed Order)(Dolling, Zachary) (Entered: 12/14/2022) |
| 12/16/2022 | 492 | NOTICE of Change of Address by Germaine Maria Habell (Habell, Germaine) (Entered: 12/16/2022) |
| 12/19/2022 | 493 | Unopposed MOTION for Extension of Time to File Response/Reply as to 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* by Kim Ogg. (Attachments: # 1 Proposed Order)(Nichols, Eric) (Entered: 12/19/2022) |
| 12/20/2022 | | Text Order GRANTING 493 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Ogg to file a response to Plaintiffs' Motion to Compel 491 is hereby extended to January 6, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/20/2022) |

| | | |
|---|---|---|
| 12/21/2022 | 494 | Unopposed MOTION to Withdraw as Attorney *Danielle Ahlrich* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Ahlrich, Danielle) (Entered: 12/21/2022) |
| 12/21/2022 | | Text Order GRANTING 494 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Danielle Ahlrich is hereby WITHDRAWN as counsel for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/21/2022) |
| 01/03/2023 | 495 | ORDER re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Workers Defense Action Fund, REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Set Motion Hearing for 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* ( Motion Hearing set for 1/19/2023 3:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 01/03/2023) |
| 01/06/2023 | 496 | Unopposed MOTION to Withdraw as Attorney *(Graham W. White)* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 01/06/2023) |
| 01/06/2023 | 497 | Unopposed MOTION to Continue *Hearing* by Kim Ogg. (Attachments: # 1 Proposed Order Granting Defendant's Unopposed Motion to Continue Hearing)(Giese, Victoria) (Entered: 01/06/2023) |
| 01/06/2023 | 498 | Unopposed MOTION to Withdraw as Attorney *Urja Mittal* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 499 | Unopposed MOTION to Withdraw as Attorney *Sophia Cai* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 01/06/2023) |
| 01/06/2023 | 500 | RESPONSE to Motion, filed by Kim Ogg, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D)(Nichols, Eric) (Entered: 01/06/2023) |
| 01/09/2023 | | Text Order GRANTING 496 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Graham W. White is hereby WITHDRAWN as counsel of record for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, who shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 498 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Urja Mittal is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) |

| | | |
|---|---|---|
| | | (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 499 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sophia Cai is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Text Order GRANTING 497 Motion to Continue entered by Judge Xavier Rodriguez. The pending motion to compel 491 is re-set for a hearing on Thursday, February 16, 2023 at 2:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2023) |
| 01/09/2023 | | Motion Hearing: 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents*. Motion Hearing set for 2/16/2023 2:30 PM before Judge Xavier Rodriguez. (bc) (Entered: 01/09/2023) |
| 01/10/2023 | 501 | NOTICE of Attorney Appearance by J. Aaron Barnes on behalf of Gregory W. Abbott, Warren K. Paxton, STATE OF TEXAS, John Scott. Attorney J. Aaron Barnes added to party Gregory W. Abbott(pty:dft), Attorney J. Aaron Barnes added to party Warren K. Paxton(pty:dft), Attorney J. Aaron Barnes added to party STATE OF TEXAS(pty:condft), Attorney J. Aaron Barnes added to party John Scott(pty:condft) (Barnes, J.) (Entered: 01/10/2023) |
| 01/11/2023 | 502 | REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund, re 491 Opposed MOTION to Compel *Defendant Ogg's Answers to Interrogatories and Production of Documents* filed by Consol Plaintiff Workers Defense Action Fund, Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of Plaintiffs' motion to compel* (Dolling, Zachary) (Entered: 01/11/2023) |
| 01/12/2023 | 503 | NOTICE of Change of Address by Michael B. Jones (Jones, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 504 | NOTICE of Change of Address by Daniela Lorenzo (Lorenzo, Daniela) (Entered: 01/12/2023) |
| 01/12/2023 | 505 | NOTICE of Change of Address by Elena Rodriguez Armenta (Armenta, Elena) (Entered: 01/12/2023) |
| 01/12/2023 | 506 | NOTICE of Change of Address by Marcos Mocine-Mcqueen (Mocine-Mcqueen, Marcos) (Entered: 01/12/2023) |
| 01/12/2023 | 507 | NOTICE of Change of Address by Noah B. Baron (Baron, Noah) (Entered: 01/12/2023) |
| 01/12/2023 | 508 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Bernstein, Alyssa G.* ( Filing fee $ 100 receipt number ATXWDC-16955403) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/12/2023 | 509 | MOTION to Appear Pro Hac Vice by Zachary Dolling *Washington, Gergory* ( Filing fee $ 100 receipt number ATXWDC-16955454) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense |

| | | |
|---|---|---|
| | | Action Fund. (Dolling, Zachary) (Entered: 01/12/2023) |
| 01/13/2023 | | Text Order GRANTING 508 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/13/2023 | | Text Order GRANTING 509 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/13/2023) |
| 01/16/2023 | 517 | Letter of transmittal from USCA received for 457 , 458 , 459 , Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case.***(dtg) (Entered: 02/06/2023) |
| 01/20/2023 | 510 | NOTICE of Change of Address by Christopher Dooley Dodge (Dodge, Christopher) (Entered: 01/20/2023) |
| 01/20/2023 | 511 | NOTICE of Change of Address by Uzoma N. Nkwonta (Nkwonta, Uzoma) (Entered: 01/20/2023) |
| 01/24/2023 | 512 | STIPULATION *Regarding Disclosure of General Election Witnesses* by United States Of America. (Freeman, Daniel) (Entered: 01/24/2023) |
| 01/25/2023 | 513 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Robyn Sanders* ( Filing fee $ 100 receipt number ATXWDC-17006499) by on behalf of Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 01/25/2023) |
| 01/26/2023 | 514 | Joint MOTION for Extension of Time to Complete Discovery *RELATED TO THE 2022 PRIMARY ELECTION BY OR UPON DEFENDANT INTERVENORS HARRIS COUNTY REPUBLICAN PARTY, ET AL.* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/26/2023) |
| 01/28/2023 | | Text Order GRANTING 513 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |

| 01/28/2023 | | Text Order GRANTING 514 Motion for Extension of Time to Complete Discovery entered by Judge Xavier Rodriguez. The deadline to conclude discoveryrelated to the 2022 Primary Election by or upon Defendant Intervenors Harris County Republican Party, et al. is hereby extended to March 3, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/28/2023) |
|---|---|---|
| 02/03/2023 | 515 | DESIGNATION OF EXPERT WITNESSES by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/03/2023) |
| 02/03/2023 | 516 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/03/2023) |
| 02/08/2023 | 518 | ORDER GRANTING 516 Motion to Extend Scheduling Order Deadlines Signed by Judge Xavier Rodriguez. (nm) (Entered: 02/08/2023) |
| 02/08/2023 | 519 | Unopposed MOTION to Withdraw as Attorney *Sherine Thomas* by Jose Garza, Rebecca Guerrero. (Nelson, Anthony) (Entered: 02/08/2023) |
| 02/10/2023 | | Text Order GRANTING 519 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sherine Thomas is hereby WITHDRAWN as counsel for Defendants Dyana Limon-Mercado and Jos Garza (collectively, Travis County Defendants), who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/10/2023) |
| 02/10/2023 | 520 | Pretrial Disclosures *Designation of Potential Testifying Experts* by Lisa Wise. (Armon, Orion) (Entered: 02/10/2023) |
| 02/10/2023 | 521 | MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Proposed Order)(Thompson, William) (Entered: 02/10/2023) |
| 02/10/2023 | 522 | Supplement to re 516 Unopposed MOTION to Extend Scheduling Order Deadlines *as to Expert Discovery for the General Election Plaintiff Houston Area Urban League, et al.'s Supplemental Expert Designations*, MOTION to Appoint Expert by Houston Area Urban League. (Stewart, Sarah) Modified on 2/13/2023 to edit text (nm). (Entered: 02/10/2023) |
| 02/10/2023 | 523 | DESIGNATION OF EXPERT WITNESSES by United States Of America. (Stewart, Michael) (Entered: 02/10/2023) |
| 02/10/2023 | 524 | NOTICE *of Designation of General Election Expert* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 02/10/2023) |
| 02/12/2023 | | Text Order GRANTING 521 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. William T. Thompson is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. |

| | | |
|---|---|---|
| | | There is no document associated with this entry.) (cb) (Entered: 02/12/2023) |
| 02/13/2023 | 525 | Letter of transmittal from USCA received for 457 458 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted appellees motion to file brief out of time in this case.*** (dtg) (Entered: 02/13/2023) |
| 02/14/2023 | 526 | Unopposed MOTION to Withdraw as Attorney *R. Gary Spencer* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Spencer, R.) (Entered: 02/14/2023) |
| 02/15/2023 | 527 | NOTICE of Attorney Appearance by Christopher D. Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Christopher D. Hilton added to party Gregory W. Abbott(pty:dft), Attorney Christopher D. Hilton added to party Jane Nelson(pty:condft), Attorney Christopher D. Hilton added to party Warren K. Paxton(pty:dft), Attorney Christopher D. Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Christopher) (Entered: 02/15/2023) |
| 02/15/2023 | 528 | NOTICE of Attorney Appearance by Edgar Saldivar on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. Attorney Edgar Saldivar added to party League of Women Voters of Texas(pty:conpla), Attorney Edgar Saldivar added to party OCA-Greater Houston(pty:conpla), Attorney Edgar Saldivar added to party REVUP-Texas(pty:conpla), Attorney Edgar Saldivar added to party Workers Defense Action Fund(pty:conpla) (Saldivar, Edgar) (Entered: 02/15/2023) |
| 02/15/2023 | 529 | Letter of transmittal from USCA received for 457 158 459 Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***The court has granted-in-part an extension of time to and including March 20, 2023 for filing appellants reply brief in this case.*** (dtg) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order GRANTING 526 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. R. Gary Spencer is hereby withdrawn as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons (collectively, the HAUL Plaintiffs). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | | Text Order MOOTING 491 Motion to Compel entered by Judge Xavier Rodriguez. Motion to Compel entered by Judge Xavier Rodriguez. Plaintiffs are directed to serve Defendant Ogg with additional interrogatories as specified in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/16/2023) |
| 02/16/2023 | 543 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi.)(nm) Modified on 2/27/2023 to correct date (nm). (Entered: 02/27/2023) |
| 02/17/2023 | 530 | Transcript filed of Proceedings held on 2-16-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/10/2023, Redacted Transcript Deadline set for 3/20/2023, Release of Transcript Restriction set for 5/18/2023, Appeal Record due by 3/6/2023, (gs) (Entered: 02/17/2023) |
| 02/17/2023 | 531 | Unopposed MOTION to Withdraw as Attorney *Meaghan Mixon* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Mixon, Meaghan) (Entered: 02/17/2023) |
| 02/20/2023 | 532 | Unopposed MOTION to Extend Scheduling Order Deadlines *as to Dr. Kenneth Mayer's Expert Report Deadline for the General Election Discovery Period* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 02/20/2023) |
| 02/21/2023 | | Text Order GRANTING 531 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Meaghan E. Mixon is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT ("LULAC Plaintiffs") and shall be removed from all service lists pertaining to this action. The LULAC Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 532 Motion to Extend Scheduling Order Deadlines entered by Judge Xavier Rodriguez. The general election discovery period deadline for the LULAC Plaintiffs to file their designation of Dr. Mayer as a testifying expert, and to serve on all parties the materials required by Fed. R. Civ. P. 26(a)(2)(B) that are specific to Dr. Mayer's report, is hereby extended to March 6, 2023. The deadline for any rebuttal reports specific to Dr. Mayer is similarly extended to March 27, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/21/2023 | 533 | MOTION to Appear Pro Hac Vice by Ashley Alcantara Harris *for Dayton Campbell-Harris* ( Filing fee $ 100 receipt number ATXWDC-17106139) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Harris, Ashley) (Entered: 02/21/2023) |
| 02/21/2023 | | Text Order GRANTING 533 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/21/2023) |
| 02/22/2023 | 534 | MOTION to Appear Pro Hac Vice by John M. Gore *for Louis J. Capozzi III* ( Filing fee $ 100 receipt number ATXWDC-17111650) by on behalf of Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 02/22/2023) |

| 02/23/2023 | 535 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *Breanna Williams* ( Filing fee $ 100 receipt number ATXWDC-17119386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 02/23/2023) |
|---|---|---|
| 02/23/2023 | | Text Order GRANTING 534 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/23/2023 | | Text Order GRANTING 535 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/23/2023) |
| 02/24/2023 | 536 | SUPPLEMENT to 132 Notice (Other) *of Amended Initial Disclosures* by United States Of America. (Paikowsky, Dana) (Entered: 02/24/2023) |
| 02/24/2023 | 537 | NOTICE of Filing Supplemental Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 02/24/2023) |
| 02/24/2023 | 538 | SUPPLEMENT to 400 Notice of Filing, *FIFTH SUPPLEMENT TO LUPE PLAINTIFFS' INITIAL DISCLOSURES* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Longoria, Julia) (Entered: 02/24/2023) |
| 02/24/2023 | 539 | SUPPLEMENT to 135 Notice (Other) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 02/24/2023) |
| 02/24/2023 | 540 | SUPPLEMENT to 399 Notice of Filing, *OCA-Greater Houston Plaintiffs' and HAUL Plaintiffs' Sixth Supplemental Initial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Dolling, Zachary) (Entered: 02/24/2023) |
| 02/24/2023 | 541 | SUPPLEMENT to 387 Notice (Other) by Clifford Tatum. (Birring, Sameer) (Entered: 02/24/2023) |
| 02/27/2023 | 542 | Joint MOTION *for Clarification* re 437 Scheduling Order, by United States Of America. (Freeman, Daniel) (Entered: 02/27/2023) |
| 02/27/2023 | 544 | MOTION to supplement re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, *Dallas County* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 02/27/2023) |
| 02/28/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 544 Motion to Supplement Joint Motion for Clarification 542 entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/28/2023) |
| 03/03/2023 | 545 | ORDER re 542 Joint MOTION *for Clarification* re 437 Scheduling Order, filed by United States Of America, Set Motion Hearing for 542 Joint MOTION *for Clarification* re 437 Scheduling Order, ( Motion Hearing set for 3/7/2023 4:00 PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/03/2023) |
| 03/03/2023 | 546 | NOTICE *of Designation of Rebuttal Experts* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Hunker, Kathleen) (Entered: 03/03/2023) |
| 03/04/2023 | 547 | Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/04/2023 | 548 | MOTION for Extension of Time to File *MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 03/04/2023) |
| 03/06/2023 | 549 | Unopposed MOTION *to withdraw Workers Defense Action Fund as a party* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Workers Defense Action Fund. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | | Text Order GRANTING 548 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/06/2023) |
| 03/06/2023 | 550 | ORDER re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church, The Anti-Defamation League Austin, Southwest, and Texoma, Set Motion Hearing for 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* ( Motion Hearing set for 3/7/2023 4:00 |

| | | PM before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
|---|---|---|
| 03/06/2023 | 551 | ORDER GRANTING 549 Motion to Withdraw Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/06/2023) |
| 03/06/2023 | 552 | STIPULATION of Dismissal *without Prejudice of Plaintiff Anti-Defamation League Austin, Southwest, and Texoma Regions* by Friendship-West Baptist Church, James Lewin, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Berry, Patrick) (Entered: 03/06/2023) |
| 03/06/2023 | 553 | DESIGNATION OF EXPERT WITNESSES by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Dodge, Christopher) (Entered: 03/06/2023) |
| 03/07/2023 | 554 | SUPPLEMENT to 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY - EXHIBIT M* by Fiel Houston, Inc., Friendship-West Baptist Church, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/07/2023) |
| 03/07/2023 | 555 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Hunker, Kathleen) (Entered: 03/07/2023) |
| 03/07/2023 | 563 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 3/7/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 03/13/2023) |
| 03/08/2023 | 556 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel Production. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 557 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 02/27/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 03/08/2023) |
| 03/08/2023 | 558 | TRANSCRIPT REQUEST by La Union Del Pueblo Entero for proceedings held on 03/07/2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Ryan, Elizabeth) (Entered: 03/08/2023) |
| 03/08/2023 | 559 | NOTICE of Attorney Appearance by Kenneth Parreno on behalf of Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. |

| | | |
|---|---|---|
| | | Attorney Kenneth Parreno added to party Fiel Houston, Inc.(pty:pla), Attorney Kenneth Parreno added to party JOLT Action(pty:pla), Attorney Kenneth Parreno added to party La Union Del Pueblo Entero(pty:pla), Attorney Kenneth Parreno added to party Mexican American Bar Association of Texas(pty:pla), Attorney Kenneth Parreno added to party Southwest Voter Registration Education Project(pty:pla), Attorney Kenneth Parreno added to party Texas Hispanics Organized for Political Education(pty:pla), Attorney Kenneth Parreno added to party William C. Velasquez Institute(pty:pla) (Parreno, Kenneth) (Entered: 03/08/2023) |
| 03/09/2023 | 560 | Response in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 547 Opposed MOTION to Compel *PRODUCTION OF DOCUMENTS AND TO COMPEL TESTIMONY OF DEFENDANT INTERVENOR HARRIS COUNTY REPUBLICAN PARTY* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff James Lewin, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church, Plaintiff The Anti-Defamation League Austin, Southwest, and Texoma (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gore, John) (Entered: 03/09/2023) |
| 03/09/2023 | 561 | ORDER GRANTING 542 Motion ; GRANTING 547 Motion to Compel. The parties are ORDERED to submit a proposed scheduling order to govern the remainder of this case no later than March 21, 2023. Plaintiffs are DIRECTED to issue a serve a third-party subpoena under Rule 45 on Mr. Vera in connection with his re-deposition directing him to produce the documents identified in Requests for Production Numbers 1.and 3. Signed by Judge Xavier Rodriguez. (nm) (Entered: 03/10/2023) |
| 03/10/2023 | 562 | Transcript filed of Proceedings held on 3-7-23, Proceedings Transcribed: Motion Hearing. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/31/2023, Redacted Transcript Deadline set for 4/10/2023, Release of Transcript Restriction set for 6/8/2023, Appeal Record due by 3/27/2023, (gs) (Entered: 03/10/2023) |
| 03/14/2023 | 564 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 3-07-2023. Proceedings Transcribed: Hearing on Motions for Clarification and to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/14/2023) |
| 03/15/2023 | 565 | STIPULATION *JOINT STIPULATION REGARDING THE DEPOSITION OF THE EL PASO COUNTY ELECTIONS ADMINISTRATOR* by Lisa Wise. (Armon, Orion) (Entered: 03/15/2023) |
| 03/17/2023 | 566 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 11-14-22. Proceedings Transcribed: Hearing on Motion to Compel. Court Reporter: Gigi Simcox. (Armon, Orion) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| 03/20/2023 | <u>567</u> | Appeal of Order entered by District Judge <u>561</u> by Paul Bettencourt, Briscoe Cain. ( Filing fee $ 505 receipt number ATXWDC-17218715). Attorney Kathleen Hunker added to party Paul Bettencourt(pty:oth), Attorney Kathleen Hunker added to party Briscoe Cain(pty:oth) (Hunker, Kathleen) (Entered: 03/20/2023) |
| 03/20/2023 | | NOTICE OF INTERLOCUTORY APPEAL as to <u>561</u> Order on Motion for Miscellaneous Relief,, Order on Motion to Compel,. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out <u>(Transcript Order)</u> and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 03/20/2023) |
| 03/20/2023 | <u>568</u> | MOTION for Extension of Time to File *Parties' Proposed Scheduling Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 03/20/2023) |
| 03/21/2023 | <u>569</u> | MOTION to Appear Pro Hac Vice by Sarah C. Stewart *Megan Rusciano* ( Filing fee $ 100 receipt number BTXWDC-17225386) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # <u>1</u> Certificate of Good Standing, # <u>2</u> Proposed Order)(Stewart, Sarah) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>568</u> Motion for Extension of Time to File Proposed Scheduling Order entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/21/2023 | | Text Order GRANTING <u>569</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/21/2023) |
| 03/23/2023 | <u>570</u> | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker received for <u>567</u> Notice of Appeal - Interlocutory.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 03/23/2023) |
| 03/24/2023 | <u>571</u> | NOTICE *Proposed scheduling order* by Jacque Callanen (Attachments: # <u>1</u> Proposed Order)(Cubriel, Lisa) (Entered: 03/24/2023) |
| 03/24/2023 | <u>572</u> | Proposed Scheduling Order *by all Plaintiffs, State Defendants and Defendant Intervenors* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 03/24/2023) |
| 03/24/2023 | <u>573</u> | NOTICE *BY DEFENDANT LISA WISE REGARDING PARTIES' PROPOSED SCHEDULING ORDERS* by Lisa Wise (Armon, Orion) (Entered: 03/24/2023) |

| | | |
|---|---|---|
| 03/27/2023 | <u>574</u> | MOTION to Appear Pro Hac Vice-Marisa O'Gara by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243288) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | <u>575</u> | MOTION to Appear Pro Hac Vice-Omeed Alerasool by James A. Rodman ( Filing fee $ 100 receipt number ATXWDC-17243572) by on behalf of LULAC Texas. (Rodman, James) Modified on 3/27/2023 To edit text (bc). (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>574</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/27/2023 | | Text Order GRANTING <u>575</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/27/2023) |
| 03/28/2023 | <u>576</u> | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute *Regarding Proposed Scheduling Orders*. (Perales, Nina) (Entered: 03/28/2023) |
| 03/29/2023 | <u>577</u> | Unopposed MOTION to Withdraw as Attorney *L. Brady Bender* by United States Of America. (Attachments: # <u>1</u> Proposed Order)(Bender, Laura) (Entered: 03/29/2023) |
| 03/30/2023 | <u>578</u> | MOTION to Appear Pro Hac Vice by Zachary Dolling *for Veronikah Warms* ( Filing fee $ 100 receipt number ATXWDC-17260709) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 03/30/2023) |
| 03/30/2023 | <u>579</u> | SECOND AMENDED SCHEDULING ORDER:( Bench Trial set for 9/11/2023 09:00 AM before Judge Xavier Rodriguez,, Pretrial Conference set for 8/31/2023 10:30 AM before Judge Xavier Rodriguez,, Discovery due by 4/28/2023,, Motions due by 5/12/2023,),. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>577</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Laura Brady Bender is hereby WITHDRAWN as counsel for the United States of America, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 03/31/2023 | | Text Order GRANTING <u>578</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/31/2023) |
| 04/07/2023 | 581 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.*** Per Curiam: Appellants motion for a temporary administrative stay is GRANTED. Appellants shall file a reply to Appellees opposition to the pending stay motion no later than Wednesday, April 12, 2023. In particular, the reply should address Appellees argument that the legislators cannot seek a stay pending appeal because they did not intervene in the district court and also Appellees argument that this court lacks jurisdiction over the appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/11/2023) |
| 04/11/2023 | 580 | NOTICE of Attorney Appearance by Ryan G. Kercher on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ryan G. Kercher added to party Gregory W. Abbott(pty:dft), Attorney Ryan G. Kercher added to party Jane Nelson(pty:condft), Attorney Ryan G. Kercher added to party Warren K. Paxton(pty:dft), Attorney Ryan G. Kercher added to party STATE OF TEXAS(pty:condft) (Kercher, Ryan) (Entered: 04/11/2023) |
| 04/12/2023 | 582 | Unopposed MOTION to Withdraw as Attorney by Clifford Tatum. (Attachments: # 1 Proposed Order Proposed Order)(Birring, Sameer) (Entered: 04/12/2023) |
| 04/12/2023 | | Text Order GRANTING 582 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer S. Birring is hereby WITHDRAWN as counsel of record for Defendant Clifford Tatum, in his official capacity as Harris County Elections Administrator, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/12/2023) |
| 04/13/2023 | 583 | TRANSCRIPT REQUEST by Paul Bettencourt, Briscoe Cain for dates of 03/07/2023. Proceedings Transcribed: Motion hearing. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) (Entered: 04/13/2023) |
| 04/14/2023 | 584 | Unopposed MOTION to Withdraw as Attorney by Gregory W. Abbott, Jose A. Esparza, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Barnes, J.) (Entered: 04/14/2023) |
| 04/14/2023 | | Text Order GRANTING 584 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. J. Aaron Barnes is hereby WITHDRAWN as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Texas Secretary of State, Warren K. Paxton, in his official capacity as Attorney General of Texas, Jose A. Esparza, in his official capacity as Deputy Secretary of State, and the State of Texas (collectively, State Defendants). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/14/2023) |
| 04/15/2023 | 585 | Joint MOTION to Amend/Correct *Scheduling Order to Set Dispositive and Daubert Motion Response and Reply Deadlines - Unopposed* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 04/15/2023) |
| 04/17/2023 | | Text Order GRANTING 585 Motion to Amend Default Briefing Schedule entered by Judge Xavier Rodriguez. All responses in opposition to a dispositive pretrial motion or Daubert motion shall be filed *no later than June 9, 2023*. All replies in support of a dispositive pretrial motion or Daubert motion shall be filed *no later* |

| | | |
|---|---|---|
| | | *than June 30, 2023*. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/17/2023) |
| 04/24/2023 | 586 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Snead, Lisa) (Entered: 04/24/2023) |
| 04/24/2023 | | Text Order GRANTING 586 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Lisa Snead is hereby WITHDRAWN as counsel of record for the OCA-GH Plaintiffs, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/24/2023) |
| 04/25/2023 | 587 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Madeleine Carpenter* ( Filing fee $ 100 receipt number ATXWDC-17358087) by on behalf of Friendship-West Baptist Church. (Ryan, Elizabeth) (Entered: 04/25/2023) |
| 04/25/2023 | 588 | NOTICE of Attorney Appearance by Christopher McGreal on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Christopher McGreal added to party League of Women Voters of Texas(pty:conpla), Attorney Christopher McGreal added to party OCA-Greater Houston(pty:conpla), Attorney Christopher McGreal added to party REVUP-Texas(pty:conpla) (McGreal, Christopher) (Entered: 04/25/2023) |
| 04/25/2023 | | Text Order GRANTING 587 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/25/2023) |
| 04/25/2023 | 589 | MOTION to Lift Stay *of the Court's May 25 Discovery Order (ECF No. 429)* by La Union Del Pueblo Entero, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Dodge, Christopher) (Entered: 04/25/2023) |
| 04/27/2023 | 590 | NOTICE of Attorney Appearance by Cory Ren Liu on behalf of Kim Ogg. Attorney Cory Ren Liu added to party Kim Ogg(pty:dft) (Liu, Cory) (Entered: 04/27/2023) |
| 04/27/2023 | 591 | ORDER of USCA (certified copy). re 567 Notice of Appeal - Interlocutory.***Per Curiam: IT IS ORDERED that Appellants opposed motion for stay pending appeal is GRANTED. IT IS FURTHER ORDERED that Appellants opposed alternative request for a writ of mandamus is DENIED AS MOOT.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/27/2023) |
| 04/27/2023 | | Text Order DENYING 589 Motion to Lift Stay entered by Judge Xavier Rodriguez. Plaintiffs' motion to lift the stay pending appeal 429 of this Court's May 25, 2022 order 425 compelling the production of documents from various state legislators is DENIED in light of the Fifth Circuit's order dated April 27, 2023, granting a stay pending appeal of this Court's March 9, 2023 order 561 compelling the disclosure of a third party's communications with state legislators. See USCA Case No. 23-50201, ECF No. 50. Nonetheless, in light of the delays in discovery in this case and the approaching deadlines for completing discovery and filing dispositive motions, the parties are ORDERED to meet and confer and, *within ten* |

| | | |
|---|---|---|
| | | *(10) days of this order*, file an advisory with the Court indicating whether the existing scheduling order should be amended in whole or in part and recommending new deadlines to the extent necessary. It is further ORDERED that this case is set for a status conference on *Tuesday, May 16, 2023 at 9:00 a.m.* in Courtroom H, United States Courthouse, 262 West Nueva, San Antonio, Texas 78207. If the parties wish to proceed via Zoom, they must notify the Courtroom Deputy, Sylvia Fernandez, at least 48 hours in advance. All existing deadlines in the existing scheduling order are hereby STAYED until the status conference. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/27/2023) |
| 04/28/2023 | <u>592</u> | NOTICE of Attorney Appearance by Amy Snow Hilton on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Amy Snow Hilton added to party Gregory W. Abbott(pty:dft), Attorney Amy Snow Hilton added to party Jane Nelson(pty:condft), Attorney Amy Snow Hilton added to party Warren K. Paxton(pty:dft), Attorney Amy Snow Hilton added to party STATE OF TEXAS(pty:condft) (Hilton, Amy) (Entered: 04/28/2023) |
| 04/28/2023 | <u>593</u> | NOTICE of Attorney Appearance by William D. Wassdorf on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney William D. Wassdorf added to party Gregory W. Abbott(pty:dft), Attorney William D. Wassdorf added to party Jane Nelson(pty:condft), Attorney William D. Wassdorf added to party Warren K. Paxton(pty:dft), Attorney William D. Wassdorf added to party STATE OF TEXAS(pty:condft) (Wassdorf, William) (Entered: 04/28/2023) |
| 05/08/2023 | <u>594</u> | ADVISORY TO THE COURT by United States Of America *(Joint Advisory)*. (Freeman, Daniel) (Entered: 05/08/2023) |
| 05/09/2023 | <u>595</u> | MOTION to Substitute Attorney by Yvonne Rosales. (Attachments: # <u>1</u> Proposed Order)(Kaplan, Ian) (Entered: 05/09/2023) |
| 05/09/2023 | | Text Order GRANTING <u>595</u> Motion to Substitute Attorney entered by Judge Xavier Rodriguez. Roger Rodriguez is hereby WITHDRAWN as counsel of record for Defendant Bill Hicks (successor to Yvonne Rosales), in his official capacity as District Attorney for El Paso, Hudspeth, and Culberson Counties. Ian R. Kaplan, Texas Bar No. 24043747, is hereby SUBSTITUTED as counsel of record for Defendant Hicks. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/09/2023) |
| 05/16/2023 | <u>596</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 5/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(nm) (Entered: 05/16/2023) |
| 05/16/2023 | <u>597</u> | TRANSCRIPT REQUEST *Status Conference* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute for proceedings held on 05/16/2023. Court Reporter: Gigi Simcox. (Perales, Nina) (Entered: 05/16/2023) |
| 05/16/2023 | <u>598</u> | Unopposed MOTION to Withdraw as Attorney *for David Louk* by Lisa Wise. (Attachments: # <u>1</u> Proposed Order)(Hartnett, Kathleen) (Entered: 05/16/2023) |
| 05/17/2023 | | Text Order GRANTING <u>598</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. David S. Louk is hereby withdrawn as counsel of record for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document |

| | | associated with this entry.) (cb) (Entered: 05/17/2023) |
|---|---|---|
| 05/18/2023 | 599 | TRANSCRIPT REQUEST by Lisa Wise for proceedings held on 5/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hartnett, Kathleen) (Entered: 05/18/2023) |
| 05/19/2023 | 600 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 05/19/2023) |
| 05/19/2023 | 601 | TRANSCRIPT REQUEST by Kim Ogg for proceedings held on 05/16/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Liu, Cory) (Entered: 05/19/2023) |
| 05/22/2023 | 602 | Transcript filed of Proceedings held on 5-16-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/12/2023, Redacted Transcript Deadline set for 6/22/2023, Release of Transcript Restriction set for 8/21/2023, Appeal Record due by 6/6/2023, (gs) (Entered: 05/22/2023) |
| 05/22/2023 | 603 | NOTICE of Attorney Appearance by James Michael Showalter on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James Michael Showalter added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James Michael Showalter added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James Michael Showalter added to party Houston Area Urban League(pty:conpla), Attorney James Michael Showalter added to party The Arc of Texas(pty:conpla) (Showalter, James) (Entered: 05/22/2023) |
| 05/23/2023 | 604 | Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/23/2023 | 605 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts --Proposed Order Granting Motion* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 05/23/2023) |
| 05/24/2023 | 606 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding Decision in LULAC Texas v. Hughes*. (Attachments: # 1 Exhibit A - Opinion in LULAC Texas v. Hughes)(Perales, Nina) (Entered: 05/24/2023) |
| 05/24/2023 | | Certification of the Electronic Record on Appeal in USCA #23-50201 has been accepted by the 5th Circuit. re 567 Notice of Appeal - Interlocutory. Attorneys are |

| | | |
|---|---|---|
| | | advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 05/24/2023) |
| 05/25/2023 | 607 | SUPPLEMENT to 604 Opposed MOTION for Leave to Exceed Page Limitation *Partially Opposed Motion to Extend Page Limit for Motion For Summary Judgment to Include Full Statement of Uncontested Facts to amend requested extension of page limit to 60 pages* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 05/25/2023) |
| 05/25/2023 | | Text Order GRANTING 604 Motion for Leave to File Excess Pages as Supplemented 607 entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiff'smotion for summary judgment is extended to 60 pages to permit them to include a full statement of uncontested facts in the body of the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/25/2023) |
| 05/26/2023 | 608 | MOTION for Summary Judgment by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Gore, John) (Entered: 05/26/2023) |
| 05/26/2023 | 609 | MOTION for Summary Judgment by United States Of America. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit Index, # 3 Exhibit 1-5, # 4 Exhibit 6-10, # 5 Exhibit 11-15, # 6 Exhibit 16-20, # 7 Exhibit 21-29, # 8 Exhibit 30-39, # 9 Exhibit 40-69, # 10 Exhibit 70-79, # 11 Exhibit 80-106, # 12 Proposed Order)(Freeman, Daniel) (Entered: 05/26/2023) |
| 05/26/2023 | 610 | NOTICE *of Joinder* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 608 MOTION for Summary Judgment (Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/26/2023 | 611 | MOTION for Partial Summary Judgment by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Appendix, # 2 Proposed Order)(Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 612 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order) (Dolling, Zachary) (Entered: 05/26/2023) |
| 05/26/2023 | 613 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Morales-Doyle, Sean) (Entered: 05/26/2023) |
| 05/26/2023 | 614 | MOTION for Summary Judgment *on All Claims* by Kim Ogg. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Liu, Cory) (Entered: 05/26/2023) |
| 05/26/2023 | 615 | ADVISORY TO THE COURT by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute . (Morales-Doyle, Sean) (Entered: 05/26/2023) |

| | | |
|---|---|---|
| 05/26/2023 | <u>616</u> | MOTION for Summary Judgment by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Appendix A-KK, # <u>2</u> Proposed Order)(Hunker, Kathleen) (Entered: 05/26/2023) |
| 05/30/2023 | <u>617</u> | MOTION for Leave to File Amicus Brief by Chris K. Gober. by Lawyers Democracy Fund. (Attachments: # <u>1</u> Brief Amicus brief, # <u>2</u> Supplement Certificate of interested persons and corporate disclosure statement)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | <u>618</u> | MOTION to Appear Pro Hac Vice by Christopher K. Gober *for Eric Wang* ( Filing fee $ 100 receipt number ATXWDC-17495353) by on behalf of Lawyers Democracy Fund. (Attachments: # <u>1</u> Proposed Order Proposed order granting admission pro hac vice)(Gober, Christopher) (Entered: 05/30/2023) |
| 05/30/2023 | <u>620</u> | 4 USBs submitted containing exhibits re <u>611</u> & <u>612</u> . Scanned for viruses. 2 USBs forwarded to the court. 2 USBs placed in exhibits room. (nm) (Entered: 06/02/2023) |
| 05/31/2023 | <u>619</u> | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *Leah J. Tulin* ( Filing fee $ 100 receipt number ATXWDC-17501918) by on behalf of Friendship-West Baptist Church. (Attachments: # <u>1</u> Proposed Order)(Ryan, Elizabeth) (Entered: 05/31/2023) |
| 05/31/2023 | | Text Order GRANTING <u>619</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/31/2023) |
| 06/02/2023 | <u>621</u> | NOTICE of Attorney Appearance by Johnathan Stone on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton. Attorney Johnathan Stone added to party Gregory W. Abbott(pty:dft), Attorney Johnathan Stone added to party Jane Nelson(pty:condft), Attorney Johnathan Stone added to party Warren K. Paxton(pty:dft) (Stone, Johnathan) (Entered: 06/02/2023) |
| 06/02/2023 | <u>622</u> | Unopposed MOTION for Extension of Time to File *Responsive Pleadings to Motions for Summary Judgment* by STATE OF TEXAS. (Hunker, Kathleen) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING <u>612</u> Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. OCA Plaintiffs' Unopposed Motion to Seal Exhibits <u>612</u> is hereby GRANTED in its entirety, and OCA-GH Plaintiffs may file Exhibits 57, 58, 60, 61, 119, 149, and 152 under SEAL. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/02/2023 | | Text Order GRANTING <u>622</u> Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadlines to respond and reply to the pending motions for summary judgment ( <u>608</u> , <u>609</u> , <u>611</u> , <u>614</u> , <u>616</u> ) are hereby extended to June 23, 2023 and July 14, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/02/2023) |
| 06/06/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 617 Motion for Leave to File Amicus Brief entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file the proposed amicus brief attached as an exhibit to the motion [617-1]. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/06/2023) |
| 06/06/2023 | 623 | BRIEF OF THE LAWYERS DEMOCRACY FUND AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS regarding filed by Lawyers Democracy Fund. (wg) (Entered: 06/07/2023) |
| 06/06/2023 | 624 | ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) re 613 Unopposed MOTION to Dismiss *Voluntarily Certain Claims* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/07/2023) |
| 06/07/2023 | 625 | Unopposed MOTION for Extension of Time to File *to Move to Compel Production of Documents* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/07/2023) |
| 06/08/2023 | 626 | ***PER 5TH CIRCUIT, SEE DOCKET ENTRY 627 ***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.***Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes, Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg)**Modified TEXT to reflect mandate issued on 6/8/2023 has been recalled on 6/8/2023 (dtg).** (Entered: 06/08/2023) |
| 06/08/2023 | | Text Order GRANTING 625 Unopposed Motion for Extension of Time to File Motion to Compel entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a motion to compel in connection with the Office of the Secretary ofStates May 12, 2023 privilege log is hereby extended to June 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/08/2023) |
| 06/08/2023 | 627 | Letter of transmittal from USCA received for 426 Notice of Appeal - Interlocutory, filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***The court has taken the following action in this case: The mandate issued on June 8, 2023 has been recalled due to being issued in error. The mandate issue date is July 10, 2023.*** (dtg) (Entered: 06/08/2023) |
| 06/12/2023 | | Text Order GRANTING 618 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in |

| | | |
|---|---|---|
| | | this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/12/2023) |
| 06/16/2023 | 628 | MOTION to Appear Pro Hac Vice by Sarah C. Stewart ( Filing fee $ 100 receipt number BTXWDC-17565003) by on behalf of Houston Area Urban League. (Stewart, Sarah) (Entered: 06/16/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/17/2023 | | Text Order GRANTING 628 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/17/2023) |
| 06/19/2023 | 629 | Unopposed MOTION for Leave to Exceed Page Limitation *for Opposition to Defendants' Motion to Summary Judgment on ADA and Rehabilitation Act Claims* by Houston Area Urban League, La Union Del Pueblo Entero, OCA-Greater Houston. (Stewart, Sarah) (Entered: 06/19/2023) |
| 06/20/2023 | | Text Order GRANTING 629 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/20/2023) |
| 06/21/2023 | 630 | Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | 631 | ORDERED that Counsel for the SOS and OAG are hereby ORDERED to file a response to Plaintiffs motion no later than June 26, 2023. Any reply must be filed no later than June 28, 2023. :re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing set In-Person for 6/29/2023 01:30 PM before Judge Xavier Rodriguez,) Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/21/2023) |

| | | |
|---|---|---|
| 06/21/2023 | 632 | Opposed MOTION for Extension of Time to File *LUPE Plaintiffs' Motion to Compel Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Perales, Nina) (Entered: 06/21/2023) |
| 06/21/2023 | | Text Order GRANTING 632 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/21/2023) |
| 06/23/2023 | 633 | MOTION for Leave to Exceed Page Limitation *on Response to OCA Plaintiffs' Motion for Partial Summary Judgment* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/23/2023) |
| 06/23/2023 | 634 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 635 | Memorandum in Opposition to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Gore, John) (Entered: 06/23/2023) |
| 06/23/2023 | 636 | Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 637 | Response in Opposition to Motion, filed by United States Of America, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Supplemental Statement of Facts, # 2 Exhibit Index and Exhibits 107-112)(Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 638 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibits A - G, # 3 Exhibit Exhibit H Part 1, # 4 Exhibit Exhibit H Part 2)(Showalter, James) (Entered: 06/23/2023) |
| 06/23/2023 | 639 | |

| | | |
|---|---|---|
| | | Response in Opposition to Motion, filed by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Exhibit A - AFT Declaration, # 2 Exhibit B - LULAC Declaration, # 3 Exhibit C - TARA Declaration, # 4 Exhibit D - Voto Latino Declaration, # 5 Exhibit E - Declaration of Christopher D. Dodge, # 6 Appendix 1, # 7 Appendix 2, # 8 Appendix 3, # 9 Appendix 4, # 10 Appendix 5, # 11 Appendix 6, # 12 Appendix 7, # 13 Appendix 8, # 14 Appendix 9, # 15 Appendix 10, # 16 Appendix 11, # 17 Appendix 12, # 18 Appendix 13, # 19 Appendix 14)(Dodge, Christopher) (Entered: 06/23/2023) |
| 06/23/2023 | 640 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Exhibit Exhibit to be filed under seal, # 2 Proposed Order Proposed order granting motion to file sealed evidence) (Dolling, Zachary) (Entered: 06/23/2023) |
| 06/23/2023 | 641 | BRIEF *Statement of Interest Regarding Section 208 of the Voting Rights Act* by United States Of America. (Stewart, Michael) (Entered: 06/23/2023) |
| 06/23/2023 | 642 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Friendship-West Baptist Church, Houston Area Urban League, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, OCA-Greater Houston, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS, 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Affidavit, # 2 Appendix)(Stewart, Sarah) (Entered: 06/23/2023) |
| 06/23/2023 | 643 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge, The Arc of Texas, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit A - Expert Report by Franita Tolson, # 3 Exhibit B - Expert Report by Prof. Douglas L. Kruse, # 4 Exhibit C - Excerpts from Deposition of Keith Ingram (Secretary of State 30(b)(6)), # 5 Exhibit D - Excerpts from Deposition of Bridgette Escobedo, # 6 Exhibit E - Excerpts from Deposition of Jacquelyn Callanen - 4/4/22, # 7 Exhibit F - Excerpts from Deposition of Jacquelyn Callanen - 2/28/23, # 8 Exhibit G - Excerpts from Deposition of Alan Vera, # 9 Exhibit H - Excerpts from Deposition of Jacquelyn Callanen - 4/20/22, # 10 Exhibit I - Declaration of Jeffrey Clemmons, # 11 Exhibit J - Excerpts from Deposition of Rachelle Obakozuwa, # 12 Exhibit K - Excerpts from Deposition of Jeffrey Clemmons, # 13 Exhibit L - Excerpts from Deposition of Bob Kafka, # 14 Exhibit M - Excerpts from Deposition of Jennifer Martinez, # 15 Exhibit N - Excerpts from Deposition of Maria Gomez, # 16 Exhibit O - Excerpts from Deposition of Michelle Brown, # 17 Exhibit P - Excerpts from Deposition of Juanita Valdez-Cox, # 18 Exhibit Q - Excerpts from Deposition of Ray Shackelford, # 19 Exhibit R - Excerpts from Deposition of Grace Chimene, # 20 Exhibit S - Excerpts from Deposition of Angelica Razo, # 21 Exhibit T - Exhibit 15 to Deposition of Jennifer Colvin (Excerpts from Tatum_005332), # 22 Exhibit U |

| | | |
|---|---|---|
| | | - Excerpts from Deposition of Toby Cole, # 23 Exhibit V - Declaration of Jodi Lydia Nunez Landry, # 24 Exhibit W - Declaration of Nancy Crowther, # 25 Exhibit X - Declaration of Teri Saltzman, # 26 Exhibit Y - Declaration of Laura Halvorson, # 27 Exhibit Z - Declaration of Amy Litzinger)(Holmes, Jennifer) (Entered: 06/23/2023) |
| 06/23/2023 | 644 | Response in Opposition to Motion, filed by Friendship-West Baptist Church, James Lewin, Texas Impact, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1 - Keith Ingram Deposition dated April 26, 2022, # 3 Exhibit 2 - Isabel Longoria Morning Deposition dated April 20, 2022, # 4 Exhibit 3 - Angelica Razo Deposition dated April 5, 2022, # 5 Exhibit 4 - Michelle Brown Deposition dated April 23, 2022, # 6 Exhibit 5 - Emily Timm Deposition dated April 22, 2022, # 7 Exhibit 6 - Expert Report of Dr. Allan J. Lichtman dated February 28, 2022, # 8 Exhibit 7 - Lisa Wise Deposition dated April 15, 2022, # 9 Exhibit 8 - Jacquelyn Callanen Deposition dated April 20, 2022, # 10 Exhibit 9 - Ray Shackelford Deposition dated April 29, 2022, # 11 Exhibit 10 - Toby Cole Deposition dated June 28, 2022, # 12 Exhibit 11 - Nancy Crowther Deposition dated June 17, 2022, # 13 Exhibit 12 - Jonathan White Deposition dated April 27, 2022, # 14 Exhibit 13 - Deborah Chen Deposition dated March 28, 2022, # 15 Exhibit 14 - Expert Report of Professor Douglas L. Kruse, Ph.D. dated February 28, 2022, # 16 Exhibit 15 - Expert Report of Henry Flores, Ph.D. dated February 28, 2022, # 17 Exhibit 16 - James Lewin Deposition dated April 27, 2022, # 18 Exhibit 17 - Declaration of James Lewin dated June 22, 2023, # 19 Exhibit 18 - Juanita Valdez-Cox Deposition dated March 4, 2022, # 20 Exhibit 19 - Maria Gomez Deposition dated April 25, 2023, # 21 Exhibit 20 - Tania Chavez Deposition dated June 15, 2023 [Redacted pursuant to the Protective Order], # 22 Exhibit 21 - Amatullah Contractor Deposition dated July 20, 2022, # 23 Exhibit 22 - Supplemental Declaration of Deborah Chen dated June 22, 2023, # 24 Exhibit 23 - Grace Chimene Deposition dated April 26, 2022, # 25 Exhibit 24 - Declaration of Richard Ertel dated June 23, 2023, # 26 Exhibit 25 - Declaration of Tanesa Lee dated June 22, 2023, # 27 Exhibit 26 - Alan Vera Deposition dated February 27, 2023, # 28 Exhibit 27 - Rachelle Obakozuwa Deposition dated March 21, 2023, # 29 Exhibit 28 - Jonathan White Deposition dated May 5, 2022, # 30 Exhibit 29 - Isabel Longoria Afternoon Deposition dated April 20, 2022, # 31 Proposed Order)(Ryan, Elizabeth) (Entered: 06/23/2023) |
| 06/24/2023 | 645 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix)(Hunker, Kathleen) (Attachment 5 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/24/2023 | 646 | Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix)(Hunker, Kathleen) (Attachment 3 replaced on 4/30/2024) (wg). (Entered: 06/24/2023) |
| 06/25/2023 | 647 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 646 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/25/2023 | 648 | Unopposed MOTION for Extension of Time to File Response/Reply as to 645 Response in Opposition to Motion, by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Hunker, Kathleen) (Entered: 06/25/2023) |
| 06/26/2023 | | Text Order GRANTING 633 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 640 OCA Plaintiffs' Unopposed Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 647 Motion for Extension of Time to File Response in Opposition to 611 OCA-Greater Houston Plaintiffs' MOTION for Summary Judgment filed entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | | Text Order GRANTING 648 Motion for Extension of Time to File Response in Opposition to 609 the United States of America's MOTION for Summary Judgment entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/26/2023) |
| 06/26/2023 | 649 | ORDER RESETTING MOTION HAERING re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Set Motion Hearing for 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* ( Motion Hearing Re-set for 7/11/2023 01:30 PM in San Antonio before Judge Xavier Rodriguez,). Signed by Judge Xavier Rodriguez. (wg) (Entered: 06/26/2023) |
| 06/26/2023 | 650 | State Defendant's Response in Opposition to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Hunker, Kathleen) Modified on 6/27/2023 (wg). (Entered: 06/26/2023) |
| 06/28/2023 | 651 | LUPE Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply as to 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* by Fiel Houston, Inc., Friendship-West Baptist Church, Houston Area Urban League, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of |

| | | |
|---|---|---|
| | | Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 06/28/2023) |
| 06/28/2023 | | Text Order GRANTING 651 Motion for Extension of Time to File Reply as to 630 Opposed MOTION to Compel Production of Documents from Defendants Jane Nelson and John Scott entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file a reply in support of their motion to compel is hereby extended to July 7, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/28/2023) |
| 07/07/2023 | 652 | ORDER--The SOS and OAG are ORDERED to make available to the Court all documents that they seek protection from disclosure at this hearing for an in-camera inspection. The SOS and OAG are further ordered to produce a privilege log. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 07/07/2023) |
| 07/07/2023 | 653 | NOTICE by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 652 Order, (Wassdorf, William) (Entered: 07/07/2023) |
| 07/07/2023 | 654 | Unopposed MOTION to Withdraw as Attorney *Megan Cloud* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 07/07/2023) |
| 07/07/2023 | 655 | REPLY to Response to Motion, filed by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas *to Compel Production of Documents from Defendants Jane Nelson and John Scott (Dkt. 630)* (Attachments: # 1 Exhibit Reply Ex. A, # 2 Exhibit Reply Ex. B, # 3 Exhibit Reply Ex. C, # 4 Exhibit Reply Ex. D, # 5 Exhibit Amended Ex. G - Attorney-Client Privilege (Primary Purpose), # 6 Exhibit Amended Ex. H - Attorney Client Privilege (Facts), # 7 Exhibit Amended Ex. I - Attorney Client Privilege (No Client), # 8 Exhibit Amended Ex. J - Deliberative Process Privilege, # 9 Exhibit Amended Ex. K - Investigative Privilege)(Perales, Nina) (Entered: 07/07/2023) |
| 07/10/2023 | | Text Order GRANTING 654 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Cloud is hereby withdrawn as counsel of record for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/10/2023) |
| 07/10/2023 | 656 | NOTICE *Related to Waiver of Privilege in the Declaration of Jonathan White* by United States Of America (Attachments: # 1 Exhibit Deposition of Jonathan White, # 2 Exhibit Declaration of Jonathan White)(Paikowsky, Dana) (Entered: 07/10/2023) |
| 07/10/2023 | 658 | |

| | | |
|---|---|---|
| | | Certified copy of USCA JUDGMENT/MANDATE Reversing 426 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain, Andrew Murr, Bryan Hughes.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED. IT IS FURTHER ORDERED that each party bear its own costs on appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/12/2023) |
| 07/11/2023 | 657 | NOTICE *of Designation of Lead Counsel* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Kercher, Ryan) (Entered: 07/11/2023) |
| 07/11/2023 | 662 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Motion Hearing held on 7/11/2023 re 630 Opposed MOTION to Compel *Production of Documents from Defendants Jane Nelson and John Scott* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(tm2) (Entered: 07/13/2023) |
| 07/12/2023 | 659 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 07/11/2023. Proceedings Transcribed: LUPE Plfs' Motion to Compel Hr'g. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 07/12/2023) |
| 07/13/2023 | 660 | Unopposed MOTION for Leave to Exceed Page Limitation *to file consolidated reply brief in support of motion for summary judgment* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 07/13/2023) |
| 07/13/2023 | | Text Order GRANTING 660 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The page limit for OCA Plaintiffs' consolidated reply in support of their motion for summary judgment is extended to 40 pages. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/13/2023) |
| 07/13/2023 | 661 | Transcript filed of Proceedings held on 7-11-23, Proceedings Transcribed: Motion to Compel. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/3/2023, Redacted Transcript Deadline set for 8/14/2023, Release of Transcript Restriction set for 10/11/2023, Appeal Record due by 7/28/2023, (gs) (Entered: 07/13/2023) |
| 07/14/2023 | 663 | REPLY to Response to Motion, filed by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, re 608 MOTION for Summary Judgment filed by Defendant National Republican Congressional Committee, Defendant Harris County Republican Party, Defendant Dallas County Republican Party, Movant Republican National Committee, Defendant National Republican Senatorial Committee (Gore, John) (Entered: |

| | | |
|---|---|---|
| | | 07/14/2023) |
| 07/14/2023 | 664 | NOTICE of Attorney Appearance by Kathleen Hunker on behalf of STATE OF TEXAS (Hunker, Kathleen) (Entered: 07/14/2023) |
| 07/14/2023 | 665 | OCA PLAINTIFF'S REPLY to Response to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 611 MOTION for Partial Summary Judgment filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston *in support of OCA Plaintiffs' motion for summary judgment* (Attachments: # 1 Appendix OCA Plaintiffs' Reply Appendix)(Dolling, Zachary) (Entered: 07/14/2023) |
| 07/14/2023 | 666 | NOTICE *OF SUPPLEMENTAL DECLARATIONS IN SUPPORT OF DEFENDANTS RESPONSE TO LUPE PLAINTIFFS MOTION TO COMPEL (ECF NO. 650)* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 667 | ADVISORY TO THE COURT by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS -*Joint*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kercher, Ryan) (Entered: 07/14/2023) |
| 07/14/2023 | 668 | UNITED STATE'S REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 669 | DEFENDANT'S HARRIS COUNTY & KIM OGG REPLY to Response to Motion, filed by Kim Ogg, re 614 MOTION for Summary Judgment *on All Claims* filed by Defendant Kim Ogg (Attachments: # 1 Exhibit 6)(Liu, Cory) Modified on 7/17/2023 (wg). (Entered: 07/14/2023) |
| 07/14/2023 | 670 | REPLY to Response to Motion, filed by United States Of America, re 609 MOTION for Summary Judgment filed by Consol Plaintiff United States Of America *(Corrected)* (Attachments: # 1 Exhibit 113-116)(Freeman, Daniel) (Entered: 07/14/2023) |
| 07/14/2023 | 671 | REPLY to Response to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 616 MOTION for Summary Judgment filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Kercher, Ryan) (Entered: 07/14/2023) |
| 07/17/2023 | 672 | MOTION for Extension of Time to File *ADVISORY REGARDING MOTION TO COMPEL* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Longoria, Julia) (Entered: 07/17/2023) |
| 07/17/2023 | | Text Order GRANTING 672 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The LUPE Plaintiffs' deadline to file an advisory regarding their motion to compel 630 is hereby extended to July 19, 2023. (This is a text-only entry generated by the court. There is no document associated with this |

| | | |
|---|---|---|
| | | entry.) (cb) (Entered: 07/17/2023) |
| 07/19/2023 | 673 | Unopposed MOTION to Withdraw as Attorney - *Stephen J. Kenny* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Gore, John) (Entered: 07/19/2023) |
| 07/19/2023 | | Text Order GRANTING 673 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Stephen J. Kenny is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which shall continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/19/2023) |
| 07/19/2023 | 674 | ADVISORY TO THE COURT by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute *Regarding LUPE Plaintiffs' Motion to Compel (Dkt. 630)*. (Attachments: # 1 Exhibit Ex. A - Excerpt from July 11 2023 Hearing, # 2 Exhibit Ex. B - List of Contested Documents (Dkt. 667-2) with Privilege Challenges, # 3 Exhibit Ex. C - Excerpt from July 12 2023 LUPE v. Nelson Oral Argument)(Perales, Nina) (Entered: 07/19/2023) |
| 07/25/2023 | 675 | Pretrial Disclosures *Rule 26(a)(3)* by John Creuzot, Michael Scarpello. (Stool, Ben) (Entered: 07/25/2023) |
| 07/28/2023 | 676 | Pretrial Disclosures *DEFENDANT LISA WISE RULE 26(a)(3) PRETRIAL DISCLOSURES* by Lisa Wise. (Hartnett, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 677 | Pretrial Disclosures *under Rule 26(a)(3)* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 07/28/2023) |
| 07/28/2023 | 678 | Pretrial Disclosures *under Rule 26(a)(3)* by Jose Garza, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 07/28/2023) |
| 07/28/2023 | 679 | Pretrial Disclosures *under Rule 26(a)(3) by Hilda A Salinas* by Yvonne Ramon. (Ramirez, Josephine) (Entered: 07/28/2023) |
| 07/28/2023 | 680 | Pretrial Disclosures by Jacque Callanen, Joe Gonzales. (Cubriel, Lisa) (Entered: 07/28/2023) |
| 07/28/2023 | 681 | Pretrial Disclosures *under Rule 26(a)(3)* by Kim Ogg. (Liu, Cory) (Entered: 07/28/2023) |
| 07/28/2023 | 682 | Pretrial Disclosures *under Rule 26(a)(3)* by Clifford Tatum. (Bingham, Tiffany) (Entered: 07/28/2023) |
| 07/28/2023 | 683 | NOTICE *Regarding Trial Procedures* by United States Of America (Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 684 | Pretrial Disclosures by United States Of America. (Attachments: # 1 Exhibit 1: Witness List, # 2 Exhibit 2: Deposition Designations, # 3 Exhibit 3: Exhibit |

| | | |
|---|---|---|
| | | List)(Freeman, Daniel) (Entered: 07/28/2023) |
| 07/28/2023 | 685 | Pretrial Disclosures *by Toribio "Terry" Palacios* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 07/28/2023) |
| 07/28/2023 | 686 | Pretrial Disclosures by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Plaintiffs' Deposition Designations, # 2 Exhibit OCA Plaintiffs' Exhibit List)(Dolling, Zachary) (Entered: 07/28/2023) |
| 07/28/2023 | 687 | NOTICE *Private Plaintiffs' Joint Disclosure of Witnesses Under FRCP26a3* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit Private Plaintiffs' Joint Trial Witness List)(Perales, Nina) (Entered: 07/28/2023) |
| 07/28/2023 | 688 | Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Hunker, Kathleen) (Entered: 07/28/2023) |
| 07/28/2023 | 689 | Pretrial Disclosures by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Exhibit A)(Dodge, Christopher) (Entered: 07/28/2023) |
| 07/28/2023 | 690 | Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Paul Rutledge, The Arc of Texas. (Holmes, Jennifer) (Entered: 07/28/2023) |
| 07/28/2023 | 691 | Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit, # 2 Exhibit)(Tulin, Leah) (Entered: 07/28/2023) |
| 07/29/2023 | 692 | Pretrial Disclosures *Supplemental Deposition Designations* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 SEALED Exhibit F)(Perales, Nina) (Attachment 6 replaced on 8/4/2023) (wg). (Entered: 07/29/2023) |
| 07/31/2023 | 693 | Pretrial Disclosures *Corrected Exhibit List* by United States Of America. (Freeman, Daniel) (Entered: 07/31/2023) |
| 07/31/2023 | 694 | ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS-- LUPE Plaintiffs motion to compel (ECF No. 630) is GRANTED IN PART AND DENIED IN PART. The State Defendants are ORDERED to produce the documents listed above within seven (7) days of this order. The Court finds that the remainder of the challenged documents are privileged, and Defendants are accordingly not required to produce those documents. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/01/2023) |
| 08/01/2023 | 695 | |

| | | |
|---|---|---|
| | | COURTS ORDER & ADVISORY. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/01/2023) |
| 08/01/2023 | 696 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit F - SEALED DOCUMENT) (Perales, Nina) (Entered: 08/01/2023) |
| 08/04/2023 | | Text Order GRANTING 696 Motion for Leave to File Sealed Document entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file and maintain under SEAL Exhibit F of the LUPE Plaintiff's Supplemental Pre-Trial Disclosures 692 , attached as Exhibit 2 to the motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/04/2023) |
| 08/07/2023 | 697 | Unopposed MOTION to Withdraw as Attorney *Patrick T. Pope* by Jose Garza, Rebecca Guerrero, Dyana Limon-Mercado. (Nelson, Anthony) (Entered: 08/07/2023) |
| 08/07/2023 | 698 | NOTICE of Attorney Appearance by Amy Stoeckl Ybarra on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Amy Stoeckl Ybarra added to party Jose Garza(pty:dft), Attorney Amy Stoeckl Ybarra added to party Dyana Limon-Mercado(pty:dft) (Ybarra, Amy) (Entered: 08/07/2023) |
| 08/07/2023 | | Text Order GRANTING 697 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Patrick Pope is hereby WITHDRAWN as counsel of record for Defendants Dyana Limon-Mercado and Jose Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/07/2023) |
| 08/07/2023 | 699 | NOTICE *Re 26(a)(3) Disclosure Objection Deadline* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Wassdorf, William) (Entered: 08/07/2023) |
| 08/08/2023 | 700 | AMENDED ORDER--The Court has reviewed the Joint Notice Regarding Trial Procedures (ECF No. 683) and the various submissions filed by the parties in connection with the bench trial set to begin on September 11, 2023. See ECF Nos. 67592.. Signed by Judge Xavier Rodriguez. (tm2) (Entered: 08/08/2023) |
| 08/09/2023 | 701 | ADVISORY TO THE COURT by United States Of America *Regarding Section 101 Materiality Provision Claims*. (Stewart, Michael) (Entered: 08/09/2023) |
| 08/10/2023 | 702 | Unopposed MOTION to Withdraw as Attorney by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Zhen, Kevin) (Entered: 08/10/2023) |
| 08/10/2023 | | Text Order GRANTING 702 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kevin Zhen is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs").The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/10/2023) |

| | | |
|---|---|---|
| 08/10/2023 | <u>703</u> | MOTION for Extension of Time to File *and Miscellaneous Relief* by Mi Familia Vota. (Attachments: # <u>1</u> Proposed Order Proposed Order)(Olson, Wendy) (Entered: 08/10/2023) |
| 08/10/2023 | <u>704</u> | Response in Opposition to Motion, filed by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Wassdorf, William) (Entered: 08/10/2023) |
| 08/11/2023 | <u>705</u> | Response in Opposition to Motion, filed by Kim Ogg, re <u>703</u> MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Plaintiff Mi Familia Vota (Nichols, Eric) (Entered: 08/11/2023) |
| 08/11/2023 | <u>706</u> | ADVISORY TO THE COURT by United States Of America *Regarding Witness List & Trial Presentation*. (Stewart, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | <u>707</u> | PRIVATE PLAINTIFFS JOINT RESPONSE TO THE COURTS AUGUST 8 AMENDED ORDER RE TRIAL by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino . (Attachments: # <u>1</u> Proposed Order)(Nkwonta, Uzoma) Modified on 8/14/2023, to edit text (bt). (Entered: 08/11/2023) |
| 08/11/2023 | <u>708</u> | ADVISORY TO THE COURT by Kim Ogg . (Liu, Cory) (Entered: 08/11/2023) |
| 08/11/2023 | <u>709</u> | ADVISORY TO THE COURT by Gregory W. Abbott, Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, Republican National Committee, STATE OF TEXAS . (Kercher, Ryan) (Entered: 08/11/2023) |
| 08/14/2023 | | Notice of Correction: ENTRY WAS EDITED TO REFLECT AS THE TITLED DOCUMENT re <u>707</u> Advisory to the Court,. (bt) (Entered: 08/14/2023) |
| 08/15/2023 | <u>710</u> | RESPONSE to <u>686</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>711</u> | RESPONSE to <u>689</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>712</u> | RESPONSE to <u>690</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>713</u> | RESPONSE to <u>691</u> Pretrial Disclosures, by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | <u>714</u> | RESPONSE to <u>684</u> Pretrial Disclosures by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National |

| | | |
|---|---|---|
| | | Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 08/15/2023) |
| 08/15/2023 | 715 | RESPONSE *and Objections to Pretrial Disclosures* by United States Of America. (Attachments: # 1 Exhibit Objections and Counter-Designations to State Defendants' and Intervenor-Defendants' Deposition Designations, # 2 Exhibit Objections to State Defendants' Exhibit List)(Stewart, Michael) (Entered: 08/15/2023) |
| 08/15/2023 | 716 | RESPONSE *to Pretrial Disclosures* to 688 Pretrial Disclosures by Mi Familia Vota. (Olson, Wendy) (Entered: 08/15/2023) |
| 08/15/2023 | 717 | RESPONSE *and Objections to Pretrial Disclosures* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit OCA Ps' Exhibit List Objections, # 2 Exhibit OCA Ps' Objections and Counter-Designations to Deposition Designations)(Dolling, Zachary) (Entered: 08/15/2023) |
| 08/15/2023 | 718 | RESPONSE *and Objections to Rule26(a)(3) Pretrial Disclosures* by Lisa Wise. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hartnett, Kathleen) (Entered: 08/15/2023) |
| 08/15/2023 | 719 | RESPONSE *and Objections to Defendants' Rule 26(a)(3) Disclosures* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 08/15/2023) |
| 08/15/2023 | 720 | RESPONSE *and Objections* to 677 Pretrial Disclosures, 688 Pretrial Disclosures, 681 Pretrial Disclosures by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Holmes, Jennifer) (Entered: 08/15/2023) |
| 08/15/2023 | 721 | RESPONSE *and Objections* to 688 Pretrial Disclosures, 677 Pretrial Disclosures by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 08/15/2023) |
| 08/15/2023 | 722 | RESPONSE *and Objections to Pretrial Disclosures* by Kim Ogg. (Attachments: # 1 Exhibit Objections to HAUL and MFV Exhibits, # 2 Exhibit Objections to LULAC Exhibits, # 3 Exhibit Objections to LUPE Exhibits, # 4 Exhibit Objections to OCA Exhibits, # 5 Exhibit Objections to DOJ Exhibits, # 6 Exhibit Objections to Deposition Designations)(Giese, Victoria) (Entered: 08/15/2023) |
| 08/15/2023 | 723 | RESPONSE *and Objections to Plaintiffs' Pretrial Disclosures* to 687 Notice (Other), 684 Pretrial Disclosures, 690 Pretrial Disclosures, 692 Pretrial Disclosures,, 686 Pretrial Disclosures, 691 Pretrial Disclosures, 689 Pretrial Disclosures, 693 Pretrial Disclosures by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hunker, Kathleen) (Entered: 08/15/2023) |
| 08/17/2023 | 724 | ORDER GRANTING IN PART/DENYING IN PART re 611 MOTION for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED 609 MOTION for Summary Judgment filed by United States Of America, GRANTED IN PART/DENIED IN PART 703 MOTION for Extension of Time to File *and Miscellaneous Relief* filed by Mi |

| | | |
|---|---|---|
| | | Familia Vota. The parties are DIRECTED to provide an advisory on or before August 25, 2023 indicating which witnesses they expect to call. Thereafter, the parties shall, on three-days notice to the Court and remaining parties, identify which witnesses will be called on each day of trial on a rolling basis. Signed by Judge Xavier Rodriguez. (wg) (Entered: 08/17/2023) |
| 08/17/2023 | 725 | Unopposed MOTION to Withdraw as Attorney *Michael J. Garza* by Ricardo Rodriguez, Jr.. (Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/17/2023 | 726 | MOTION to Appear Pro Hac Vice by Jacqueline Lysette Villarreal *for Alex Benavides* ( Filing fee $ 100 receipt number ATXWDC-17784069) by on behalf of Ricardo Rodriguez, Jr.. (Attachments: # 1 Proposed Order Proposed Order for Admission Pro Hac Vice-Alex Benavides)(Villarreal, Jacqueline) (Entered: 08/17/2023) |
| 08/18/2023 | 727 | MOTION for Extension of Time to File *Joint Pretrial Order* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 726 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/18/2023 | 728 | ADVISORY TO THE COURT by United States Of America *Regarding Trial Preparation*. (Stewart, Michael) (Entered: 08/18/2023) |
| 08/18/2023 | | Text Order GRANTING 725 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael J. Garza is hereby WITHDRAWN as counsel of record for Ricardo Rodriguez, Jr., who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/18/2023) |
| 08/21/2023 | 729 | Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/21/2023 | 730 | CORRECTED MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* re 729 Unopposed MOTION *by Private Plaintiffs Seeking Court Status Conference on or before August 24, 2023* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League. (Attachments: # 1 Proposed Order Proposed Order Granting Private Plaintiffs' Motion for Status Conference)(Showalter, James) (Entered: 08/21/2023) |
| 08/22/2023 | 731 | Unopposed MOTION to Withdraw as Attorney *Destiny R. Lopez* by Houston Area Urban League. (Broughton, Kenneth) (Entered: 08/22/2023) |
| 08/22/2023 | | |

| | | |
|---|---|---|
| | | Text Order MOOTING [729](#) Motion for Status Conference entered by Judge Xavier Rodriguez in light of the filing of a corrected motion [730](#) . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order GRANTING [731](#) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Destiny R. Lopez is hereby WITHDRAWN as counsel of record for Plaintiffs Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, and Jeffrey Lamar Clemmons, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | | Text Order TERMINATING [730](#) Motion for Status Conference entered by Judge Xavier Rodriguez in light of the conference held by Zoom on August 22, 2023 at 1:30 p.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/22/2023) |
| 08/22/2023 | [732](#) | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for proceedings held on 08/22/2023. Proceedings Transcribed: Status Conference. Court Reporter: Gigi Simcox. (Hunker, Kathleen) (Entered: 08/22/2023) |
| 08/22/2023 | [733](#) | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 8/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 08/23/2023) |
| 08/23/2023 | | Text Order GRANTING [727](#) Motion for Extension of Time to File entered by Judge Xavier Rodriguez. As stated in open court, the parties shall file a joint pretrial order in accordance with the Court's instructions by September 5, 2023. It is further ORDERED that the pretrial conference set for August 31, 2023 is hereby CANCELED. It is further ORDERED that any motions in limine shall be filed by no later than September 1, 2023, with any responses due September 8, 2023, and arguments to be held on the first day of trial, September 11, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/23/2023) |
| 08/24/2023 | [734](#) | NOTICE of Attorney Appearance by Robert William Piatt, III on behalf of Jacque Callanen, Joe Gonzales. Attorney Robert William Piatt, III added to party Jacque Callanen(pty:condft), Attorney Robert William Piatt, III added to party Joe Gonzales(pty:dft) (Piatt, Robert) (Entered: 08/24/2023) |
| 08/24/2023 | [735](#) | NOTICE of Attorney Appearance by Adriana Cecilia Pinon on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. Attorney Adriana Cecilia Pinon added to party League of Women Voters of Texas(pty:conpla), Attorney Adriana Cecilia Pinon added to party OCA-Greater Houston(pty:conpla), Attorney Adriana Cecilia Pinon added to party REVUP-Texas(pty:conpla) (Pinon, Adriana) (Entered: 08/24/2023) |
| 08/25/2023 | [736](#) | Transcript filed of Proceedings held on 8-22-23, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: 210-244-5037, gigi_simcox@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available |

| | | |
|---|---|---|
| | | via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 9/15/2023, Redacted Transcript Deadline set for 9/25/2023, Release of Transcript Restriction set for 11/24/2023, Appeal Record due by 9/11/2023, (gs) (Entered: 08/25/2023) |
| 08/25/2023 | 737 | MOTION to Appear Pro Hac Vice by Leigh Ann Tognetti *for Victor M Garza* ( Filing fee $ 100 receipt number ATXWDC-17812640) by on behalf of Yvonne Ramon. (Attachments: # 1 Proposed Order)(Tognetti, Leigh) (Entered: 08/25/2023) |
| 08/29/2023 | 738 | Unopposed MOTION to Withdraw as Attorney *, Andre Segura and Samantha Osaki,* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 08/29/2023) |
| 08/30/2023 | | Text Order GRANTING 738 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Andre Segura and Samantha Osaki are hereby WITHDRAWN as counsel for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas (collectively, the "OCA Plaintiffs"). The OCA Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 08/30/2023 | | Text Order GRANTING 737 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/30/2023) |
| 09/01/2023 | 739 | NOTICE *Regarding Motions In Limine* by Lisa Wise (Hartnett, Kathleen) (Entered: 09/01/2023) |
| 09/01/2023 | 740 | NOTICE *Regarding Motions in Limine* by Jose Garza, Dyana Limon-Mercado re Order on Motion for Extension of Time to File,, (Nelson, Anthony) (Entered: 09/01/2023) |
| 09/01/2023 | 741 | NOTICE of Filing Defendants Jacquelyn Callanen and Joe D. Gonzales' Notice Regarding Motions in Limine by Jacque Callanen, Joe Gonzales (Cubriel, Lisa) (Entered: 09/01/2023) |
| 09/01/2023 | 742 | NOTICE *Regarding Motions in Limine* by Yvonne Ramon (Tognetti, Leigh) (Entered: 09/01/2023) |
| 09/01/2023 | 743 | MOTION in Limine *per text Order on 08/23/2023* by Michael Scarpello. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 744 | MOTION in Limine *per text Order on 08/23/2023* by John Creuzot. (Stool, Ben) (Entered: 09/01/2023) |
| 09/01/2023 | 745 | STIPULATION *Concerning the Questioning of Witnesses About Their Political Affiliations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Genecin, Victor) (Entered: 09/01/2023) |
| 09/01/2023 | 746 | MOTION in Limine by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order, # 2 Exhibit)(Hunker, |

| | | Kathleen) (Entered: 09/01/2023) |
|---|---|---|
| 09/01/2023 | 747 | Unopposed MOTION for Leave to Exceed Page Limitation by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Proposed Order)(Longoria, Julia) (Entered: 09/02/2023) |
| 09/02/2023 | 748 | MOTION in Limine *Partially Opposed Request for Judicial Notice* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Nkwonta, Uzoma) (Entered: 09/02/2023) |
| 09/02/2023 | 749 | MOTION for Leave to File *Motion nunc pro tunc* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 09/02/2023) |
| 09/05/2023 | 750 | RESPONSE *in Opposition* to 748 MOTION in Limine *Partially Opposed Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hunker, Kathleen) (Entered: 09/05/2023) |
| 09/05/2023 | 751 | MOTION to Appear Pro Hac Vice by Elizabeth Yvonne Ryan *for Aaron J. Curtis* ( Filing fee $ 100 receipt number ATXWDC-17844082) by on behalf of La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order GRANTING 751 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 743 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Scarpello's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | | Text Order TERMINATING 744 Motion in Limine entered by Judge Xavier Rodriguez. Defendant Creuzot's notice was erroneously filed as a motion. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/05/2023) |
| 09/05/2023 | 752 | |

| | | NOTICE of Attorney Appearance by Monroe David Bryant, Jr on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Monroe David Bryant, Jr added to party Gregory W. Abbott(pty:dft), Attorney Monroe David Bryant, Jr added to party Jane Nelson(pty:condft), Attorney Monroe David Bryant, Jr added to party Warren K. Paxton(pty:dft), Attorney Monroe David Bryant, Jr added to party STATE OF TEXAS(pty:condft) (Bryant, Monroe) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 753 | ADVISORY TO THE COURT by Mi Familia Vota *Joint Pretrial Order*. (Attachments: # 1 Appendix A to Joint Pretrial Order, # 2 Appendix B to Joint Pretrial Order, # 3 Appendix C to Joint Pretrial Order, # 4 Exhibit 1 to Joint Pretrial Order, # 5 Exhibit 2 to Joint Pretrial Order, # 6 Exhibit 3 to Joint Pretrial Order, # 7 Exhibit 4 to Joint Pretrial Order, # 8 Exhibit 5 to Joint Pretrial Order, # 9 Exhibit 6 to Joint Pretrial Order, # 10 Exhibit 7 to Joint Pretrial Order, # 11 Exhibit 8 to Joint Pretrial Order, # 12 Exhibit 9 to Joint Pretrial Order, # 13 Exhibit 10 to Joint Pretrial Order)(Olson, Wendy) (Entered: 09/05/2023) |
| 09/05/2023 | 754 | NOTICE *of LULAC Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino (Dodge, Christopher) (Entered: 09/05/2023) |
| 09/05/2023 | 755 | NOTICE *of OCA Plaintiffs' Supplemental Filings to Parties' Joint Pretrial Order* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Attachments: # 1 Exhibit OCA Ps' Exhibit List with Objections, # 2 Exhibit OCA Ps' Witnesses Expected to Support Claims, # 3 Exhibit OCA Ps' Exhibits Expected to Support Claims)(Dolling, Zachary) (Entered: 09/05/2023) |
| 09/05/2023 | 756 | SUPPLEMENT to 753 Advisory to the Court,, *HAUL and MFV Plaintiffs Addendum to the Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Exhibit A - State Defendants' Objections to HAUL-MFV Exhibits, # 2 Exhibit B - HAUL Plaintiffs' Trial Outline)(Holmes, Jennifer) (Entered: 09/05/2023) |
| 09/05/2023 | 757 | SUPPLEMENT to 753 Advisory to the Court,, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Tulin, Leah) (Entered: 09/05/2023) |
| 09/06/2023 | 758 | MOTION to Substitute Party *OCA, HAUL, and LULAC Plaintiffs' Partially Unopposed Motion to Substitute Defendant Harris County Elections Administrator for Harris County Clerk* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/06/2023) |
| 09/06/2023 | 759 | NOTICE of Attorney Appearance by Ethan Quinn Szumanski on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Ethan Quinn Szumanski added to party Gregory W. Abbott(pty:dft), Attorney Ethan Quinn Szumanski added to party Jane Nelson(pty:condft), Attorney Ethan Quinn Szumanski added to party Warren K. Paxton(pty:dft), Attorney Ethan Quinn Szumanski added to party STATE OF TEXAS(pty:condft) (Szumanski, Ethan) (Entered: 09/06/2023) |
| 09/06/2023 | 760 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Jameson C Joyce on behalf of Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Attorney Jameson C Joyce added to party Gregory W. Abbott(pty:dft), Attorney Jameson C Joyce added to party Jane Nelson(pty:condft), Attorney Jameson C Joyce added to party Warren K. Paxton(pty:dft), Attorney Jameson C Joyce added to party STATE OF TEXAS(pty:condft) (Joyce, Jameson) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 749 Motion for Leave to File entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2023) |
| 09/06/2023 | | Text Order GRANTING 747 Motion for Leave to File Excess Pages entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Plaintiffs' Opposed Motion to strike the Declaration of Jonathan White and Motion in Limine to Exclude Testimony About Non-Public Information Relating to Investigationsand Prosecutions of Alleged Voter Fraud (ECF No. 747-2) and the exhibits attached thereto (ECF Nos. 747-3 to 747-28). (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/06/2023) |
| 09/06/2023 | 761 | MOTION to Strike, MOTION in Limine by La Union Del Pueblo Entero. (Attachments: # 1 Appendix BB, # 2 Plaintiff's First Set of Requests for Production, # 3 Attorney General's Objections & Responses, # 4 STATE001144, # 5 STATE087323, # 6 STATE112177, # 7 STATE112160, # 8 SOS Referrals, # 9 STATE112155, # 10 Oral Deposition of Jonathan Sherman White April 27, 2022, # 11 Oral Deposition of Jonathan White May 5, 2022, # 12 Exhibit, # 13 Exhibit, # 14 LUPE Plantiff's Second Set of Requests for Production to Defendant Kenneth Paxton, # 15 Objections to the LUPE Plaintiff's Second Set of Requests for Production to Attorney General Kenneth Paxton, # 16 Privilege Log May 12, 2023, # 17 Privilege Log May 19, 2023, # 18 Plaintiff's First Set of Requests for Production, # 19 The Secretary's Objections and Responses, # 20 Oral Deposition of Brian Keith Ingram, J.D. April 28, 2022, # 21 Transcript of Motion to Compel Proceedings, # 22 Exhibit 1, # 23 Oral Deposition of Jonathan White August 11, 2023, # 24 Exhibit 4, # 25 Press Release October 8, 2020, # 26 Proposed Order)(bt) (Entered: 09/08/2023) |
| 09/08/2023 | 762 | NOTICE of Attorney Appearance by Ann Helen MacDonald on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Ann Helen MacDonald added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Ann Helen MacDonald added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Ann Helen MacDonald added to party Houston Area Urban League(pty:conpla), Attorney Ann Helen MacDonald added to party The Arc of Texas(pty:conpla) (MacDonald, Ann) (Entered: 09/08/2023) |
| 09/08/2023 | 763 | NOTICE of Attorney Appearance by Victor Manuel Garza on behalf of Yvonne Ramon. Attorney Victor Manuel Garza added to party Yvonne Ramon(pty:condft) (Garza, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 764 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 746 MOTION in Limine filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Attachments: # 1 Exhibit A - Daniel Smith (Third Suppl Addendum August 16 2023), # 2 Exhibit B - Daniel Smith (3rd Suppl Expert Report June 7 2023), # 3 Exhibit C - Dan Smith (Suppl Report to 2nd Expert Report March 20 |

| | | |
|---|---|---|
| | | 2023))(Genecin, Victor) (Entered: 09/08/2023) |
| 09/08/2023 | 765 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 761 MOTION to Strike MOTION in Limine filed by Plaintiff La Union Del Pueblo Entero (Hunker, Kathleen) (Entered: 09/08/2023) |
| 09/09/2023 | 766 | Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Berry, Patrick) (Entered: 09/09/2023) |
| 09/09/2023 | 767 | NOTICE *of Corrected Appendix A to Joint Pretrial Order* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 753 Advisory to the Court,, (Attachments: # 1 Appendix A to Joint Pretrial Order (Corrected))(Holmes, Jennifer) (Entered: 09/09/2023) |
| 09/10/2023 | 768 | SUPPLEMENT to 691 Pretrial Disclosures, by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Exhibit LUPE Plaintiffs' First Amended Exhibit List, # 2 Exhibit LUPE Plaintiffs' Amended Objections and Responses to Defendants' Exhibit Lists)(Tulin, Leah) (Entered: 09/10/2023) |
| 09/11/2023 | 769 | MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* by Mi Familia Vota. (Olson, Wendy) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING 758 Motion to Substitute Party entered by Judge Xavier Rodriguez. As stated in open court, it is ORDERED that Teneshia Hudspeth, in her official capacity as Harris County Clerk, is hereby SUBSTITUTED as a Defendant in place of Clifford Tatum, in his Official Harris County Elections Administrator. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | | Text Order GRANTING IN PART AND DENYING IN PART 748 Request for Judicial Notice entered by Judge Xavier Rodriguez. As stated in open court, LULAC Plaintiffs' motion is GRANTED as to the population data produced by the U.S. Census Bureau, and the Court hereby takes judicial notice of the census data set forth in paragraphs 1-15 of the motion. The motion is DENIED as to the election data produced by the Election Assistance Commission ("EAC"). Although the LULAC Plaintiffs may proffer the EAC data at trial, judicial notice is not warranted here because the State Defendants reasonably dispute the accuracy of the data based on conflicting calculations produced by the Secretary of State and the United States' expert. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/11/2023) |
| 09/11/2023 | 771 | ORDER GRANTING re 766 Unopposed MOTION to Dismiss *Voluntarily Certain Claims Without Prejudice* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church. IT IS FURTHER ORDERED that all other additional claims remain live and unaffected by this Order. Signed by Judge Xavier Rodriguez. (wg) |

| | | |
|---|---|---|
| | | (Entered: 09/12/2023) |
| 09/11/2023 | 772 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial begun on 9/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 772 replaced on 9/28/2023) (wg). (Entered: 09/12/2023) |
| 09/12/2023 | 770 | NOTICE of Attorney Appearance by Eitan G. Berkowitz on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Eitan G. Berkowitz added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Eitan G. Berkowitz added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Eitan G. Berkowitz added to party Houston Area Urban League(pty:conpla), Attorney Eitan G. Berkowitz added to party The Arc of Texas(pty:conpla) (Berkowitz, Eitan) (Entered: 09/12/2023) |
| 09/12/2023 | | Text Order GRANTING 769 Motion to Dismiss entered by Judge Xavier Rodriguez, as stated in open court. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/12/2023) |
| 09/12/2023 | 773 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Angela Hailey.)(wg) (Main Document 773 replaced on 9/28/2023) (wg). (Entered: 09/13/2023) |
| 09/13/2023 | 776 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/13/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 776 replaced on 9/28/2023) (wg). (Entered: 09/15/2023) |
| 09/14/2023 | 774 | MOTION to Appear Pro Hac Vice by Sean Michael Lyons ( Filing fee $ 100 receipt number ATXWDC-17881728) by on behalf of Mi Familia Vota. (Lyons, Sean) (Entered: 09/14/2023) |
| 09/14/2023 | | Text Order GRANTING 774 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/14/2023) |
| 09/14/2023 | 775 | NOTICE of Attorney Appearance by Derek H. Ha on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney Derek H. Ha added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney Derek H. Ha added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney Derek H. Ha added to party Houston Area Urban League(pty:conpla), Attorney Derek H. Ha added to party The Arc of Texas(pty:conpla) (Ha, Derek) (Entered: 09/14/2023) |
| 09/14/2023 | 777 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on September 19, 2023 @ 9:30 AMBench Trial held on 9/14/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 09/15/2023) |
| 09/17/2023 | 778 | NOTICE *OF FILING OF CORRECTED EXHIBITS TO MOTION TO STRIKE THE DECLARATION OF JONATHAN WHITE AND MOTION IN LIMINE TO* |

| | | |
|---|---|---|
| | | *EXCLUDE TESTIMONY ABOUT NON-PUBLIC INFORMATION RELATING TO INVESTIGATIONS AND PROSECUTIONS OF ALLEGED VOTER FRAUD (DKT. 761)* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute re 761 MOTION to Strike MOTION in Limine (Attachments: # 1 Exhibit Ex. 1 - Index of Exhibits to Dkt. 761, # 2 Exhibit Corrected Ex. J (Replacing Dkt. 761-10) - Excerpts from the April 27, 2022 Deposition of Jonathan White, # 3 Exhibit Corrected Ex. K (Replacing Dkt. 761-11) - Excerpts from the May 5, 2022 Deposition of Jonathan White, # 4 Exhibit Corrected Ex. W (Replacing Dkt. 761-23) - Excerpts from the August 11, 2023 Deposition of Jonathan White)(Perales, Nina) (Entered: 09/17/2023) |
| 09/18/2023 | 779 | NOTICE of Filing LUPE Plaintiffs' Deposition Designations of County Election Administrators to Complete Their Hybrid Direct Examinations by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute (Attachments: # 1 Sealed Exhibit, # 2 Sealed Exhibit, # 3 Sealed Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Longoria, Julia) Modified on 10/20/2023 (wg). (Entered: 09/18/2023) |
| 09/19/2023 | 780 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial Resumes on 9/19/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox & Tish Moncivias.)(wg) (Entered: 09/20/2023) |
| 09/20/2023 | 781 | STIPULATION by Kim Ogg. (Nichols, Eric) (Entered: 09/20/2023) |
| 09/20/2023 | 782 | Unopposed MOTION to Withdraw as Attorney *Paul R. Genender* by La Union Del Pueblo Entero. (Attachments: # 1 Proposed Order)(Ryan, Elizabeth) (Entered: 09/20/2023) |
| 09/20/2023 | 784 | Minute Entry for proceedings held before Judge Xavier Rodriguez: BENCH TRIAL RECESSES FOR THE DAY, RETURNING ON: Thursday, September 21, 2023 at 9:00 am.Bench Trial held on 9/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/21/2023 | 783 | NOTICE of Attorney Appearance by James David Cromley on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. Attorney James David Cromley added to party Jeffrey Lamar Clemmons(pty:conpla), Attorney James David Cromley added to party Delta Sigma Theta Sorority Inc.(pty:conpla), Attorney James David Cromley added to party Houston Area Urban League(pty:conpla), Attorney James David Cromley added to party The Arc of Texas(pty:conpla) (Cromley, James) (Entered: 09/21/2023) |
| 09/21/2023 | | Text Order GRANTING 782 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Paul R. Genender is hereby WITHDRAWN as counsel for Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/21/2023) |

| | | |
|---|---|---|
| 09/21/2023 | <u>785</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/21/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/22/2023) |
| 09/22/2023 | <u>787</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 9/22/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(wg) (Entered: 09/28/2023) |
| 09/25/2023 | <u>786</u> | MOTION to Appear Pro Hac Vice by Derek H. Ha *on behalf of William D'Angelo III* ( Filing fee $ 100 receipt number ATXWDC-17916446) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 09/25/2023) |
| 09/26/2023 | | Text Order GRANTING <u>786</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/26/2023) |
| 09/28/2023 | <u>788</u> | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Elissa Gershon* ( Filing fee $ 100 receipt number ATXWDC-17933230) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Buser-Clancy, Thomas) (Entered: 09/28/2023) |
| 09/28/2023 | | Text Order GRANTING <u>788</u> Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 09/28/2023) |
| 10/02/2023 | <u>789</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/2/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Main Document 789 replaced on 10/3/2023) (wg). (Entered: 10/03/2023) |
| 10/03/2023 | <u>790</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/3/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/04/2023) |
| 10/04/2023 | <u>791</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/4/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(je3) (Entered: 10/05/2023) |
| 10/05/2023 | | Text Order MOOTING <u>761</u> LUPE Plaintiffs' Motion to Strike and GRANTING <u>761</u> LUPE Plaintiffs' Motion in Limine entered by Judge Xavier Rodriguez. LUPE Plaintiffs' Motion to Strike the Declaration of Jonathan White is MOOT in light of the State Defendants' representation in open court that they do not intend to rely on the declaration at trial. LUPE Plaintiffs' Motion in Limine as to the testimony of Jonathan White and Keith Ingram is GRANTED for the reasons stated in open court on September 20, 2023. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |

| | | |
|---|---|---|
| 10/05/2023 | | Text Order MOOTING 746 State Defendants' Motion in Limine entered by Judge Xavier Rodriguez. The State Defendants' motion to exclude the testimony of Dr. Kara Ayers is MOOT in light of the Private Plaintiffs' representation in open court on September 11, 2023, that Dr. Ayers will not testify in this matter. The remaining objections to the testimony of Ameer Patel and Dr. Daniel Smith's Addendum to his Third Supplemental Report are MOOT because they were withdrawn by the State Defendants in open court on September 11, 2023 and October 5, 2023, respectively. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/05/2023) |
| 10/05/2023 | 792 | NOTICE *OF FILING SUBSTITUTE EXHIBITS (ECF 692 AND 779)* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Longoria, Julia) (Entered: 10/05/2023) |
| 10/05/2023 | 793 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/5/2023. (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Chris Poage.)(jb3) (Main Document 793 replaced on 10/17/2023) (mgr). (Entered: 10/06/2023) |
| 10/05/2023 | | ORAL MOTION to Amend and Resubmit Exhibits by La Union Del Pueblo Entero. (jb3) (Entered: 10/06/2023) |
| 10/05/2023 | | ORDER GRANTING [] Motion to Amend and Resubmit Exhibits Signed by Judge Xavier Rodriguez. (jb3) (Entered: 10/06/2023) |
| 10/06/2023 | 795 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/6/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/10/2023) |
| 10/10/2023 | 794 | WITNESS/EXHIBIT LIST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Hunker, Kathleen) (Entered: 10/10/2023) |
| 10/10/2023 | 796 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/10/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/11/2023 | 797 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/11/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Chris Poage.)(je3) (Entered: 10/11/2023) |
| 10/12/2023 | 798 | Exhibit List *and Supplemental Pretrial Disclosures* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.. (Gore, John) (Entered: 10/12/2023) |
| 10/12/2023 | 799 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/12/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/12/2023) |
| 10/12/2023 | 800 | NOTICE *of HAUL Plaintiffs Amended Deposition Designations* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas re 690 Pretrial Disclosures (Attachments: # 1 Exhibit A - Colvin, Jennifer 03-21-2023 Designations, # 2 Exhibit B - Smith, Lauren 03-21-2023 Designations, |

| | | |
|---|---|---|
| | | # 3 Exhibit C - Cain, Briscoe 04-21-2022 Designations, # 4 Exhibit D - Hughes, Bryan 04-19-2022, # 5 Exhibit E - Gomez, Maria 04-25-2023 Designations, # 6 Exhibit F - Murr, Andrew 05-22-2022 Deposition, # 7 Exhibit G - Anchia, Rafael 08-22-2022 Designations, # 8 Exhibit H - Alvarado, Carol 10-06-2022 Designations, # 9 Exhibit I - Vera, Alan 02-27-2023 Designations, # 10 Exhibit J - Collier, Nicole 01-30-2023 Designations, # 11 Exhibit K - Crowther, Nancy 06-17-2022 Designations, # 12 Exhibit L - Scott, Anne 04-18-2023 Designations, # 13 Errata M - Scott, Taylor 04-18-2023 Designations, # 14 Exhibit N - Iglesias, Yvonne 04-17-2023 Designations)(Holmes, Jennifer) (Entered: 10/12/2023) |
| 10/15/2023 | 801 | Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12, # 13 Exhibit Exhibit 13, # 14 Proposed Order Proposed Order Granting OCA Plaintiffs' Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/15/2023) |
| 10/16/2023 | 802 | Amended MOTION *FOR JUDICIAL NOTICE* re 801 Opposed MOTION *FOR JUDICIAL NOTICE* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Exhibit Exhibit 1, # 2 Proposed Order Proposed Order Granting OCA Plaintiffs' Amended Request for Judicial Notice)(Dolling, Zachary) (Entered: 10/16/2023) |
| 10/16/2023 | 803 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/16/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox, Angela Hailey.)(je3) (Entered: 10/17/2023) |
| 10/17/2023 | | Text Order MOOTING 801 Motion for Judicial Notice entered by Judge Xavier Rodriguez in light of the filing of an amended motion 802 . (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/17/2023) |
| 10/17/2023 | 804 | MOTION for Judgment on Partial Findings by Kim Ogg. (Attachments: # 1 Exhibit)(Nichols, Eric) (Entered: 10/17/2023) |
| 10/17/2023 | 805 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/17/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox and Angela Hailey.)(je3) (Entered: 10/18/2023) |
| 10/18/2023 | 806 | STIPULATION *to Certain Facts* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Affidavit C)(Morales-Doyle, Sean) (Entered: 10/18/2023) |
| 10/18/2023 | 808 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/18/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/19/2023) |
| 10/19/2023 | 807 | Unopposed MOTION *Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Appendix Appendix A, # 2 Appendix Appendix B)(Hunker, Kathleen) (Entered: 10/19/2023) |

| | | |
|---|---|---|
| 10/19/2023 | <u>809</u> | Unopposed MOTION *to Seal ECF Nos. 779-1, 779-2, and 779-3 Pursuant to Protective Order* by Lisa Wise. (Hartnett, Kathleen) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>807</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>809</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | | Text Order GRANTING <u>802</u> Motion entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/19/2023) |
| 10/19/2023 | <u>812</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/19/2023 (Minute entry documents are not available electronically.) (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>810</u> | NOTICE *St. Def. Amended Depo Designations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS (Attachments: # <u>1</u> Exhibit Exhibit 431, # <u>2</u> Exhibit Exhibit 432, # <u>3</u> Exhibit Exhibit 433, # <u>4</u> Exhibit Exhibit 434, # <u>5</u> Exhibit Exhibit 435, # <u>6</u> Exhibit Exhibit 436, # <u>7</u> Exhibit Exhibit 437, # <u>8</u> Exhibit Exhibit 438, # <u>9</u> Exhibit Exhibit 439, # <u>10</u> Exhibit Exhibit 440, # <u>11</u> Exhibit Exhibit 441, # <u>12</u> Exhibit Exhibit 442, # <u>13</u> Exhibit Exhibit 443, # <u>14</u> Exhibit Exhibit 444)(Hunker, Kathleen) (Entered: 10/20/2023) |
| 10/20/2023 | <u>811</u> | Unopposed MOTION *Request for Judicial Notice* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Exhibit)(Kercher, Ryan) (Entered: 10/20/2023) |
| 10/20/2023 | <u>813</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: STATE DEFENDANTS AND INTERVENORS REST AS TO PHASE I OF THE TRIAL.Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(wg) (Entered: 10/20/2023) |
| 10/20/2023 | <u>814</u> | Minute Entry for proceedings held before Judge Xavier Rodriguez: Bench Trial held on 10/20/2023 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>815</u> | Plaintiff's & Defendant's Witness List by Gregory W. Abbott, John Creuzot, Dallas County Republican Party, Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Teneshia Hudspeth, JOLT Action, James Lewin, La Union Del Pueblo Entero, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Kim Ogg, Warren K. Paxton, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, Lupe C. Torres, William C. Velasquez Institute, Lisa Wise. (wg) (Entered: 10/20/2023) |
| 10/20/2023 | <u>816</u> | List of Witnesses. (je3) (Entered: 10/20/2023) |
| 10/20/2023 | <u>818</u> | Exhibit List. (je3) (Entered: 11/06/2023) |

| | | |
|---|---|---|
| 10/22/2023 | | Text Order GRANTING <u>811</u> Unopposed Motion for Judicial Notice entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 10/22/2023) |
| 10/31/2023 | 817 | COPY of Letter of transmittal from USCA to Ms. Lanora Christine Pettit received for <u>457</u> <u>458</u> <u>459</u> Notice of Appeal - Interlocutory, filed by Warren K. Paxton, Gregory W. Abbott, Jose A. Esparza, Jane Nelson, STATE OF TEXAS.***Attached is a revised case caption, which should be used on all future filings in this case. Ken Paxton has replaced Angela Colmenero as Attorney General, State of Texas.*** (dtg) (Entered: 10/31/2023) |
| 11/28/2023 | 819 | MOTION for Extension of Time to File *For All Parties to FIle Proposed Findings of Fact and Conclusions of Law* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, The Anti-Defamation League Austin, Southwest, and Texoma. (Attachments: # <u>1</u> Proposed Order)(Perales, Nina) (Entered: 11/28/2023) |
| 11/28/2023 | | Text Order GRANTING <u>819</u> Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. The deadline for all parties to file their proposed findings of fact and conclusions of law is hereby extended to January 12, 2024, and oral argument in this matter is hereby re-set to February 13, 2024 at 10:00 a.m. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/28/2023) |
| 11/29/2023 | 820 | MEMORANDUM OPINION AND ORDER, GRANTED IN PART/DENIED IN PART re <u>611</u> Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTED <u>609</u> Motion for Summary Judgment, filed by United States Of America, It is ORDERED that the State Defendants, the Harris County Elections Administrator, and the Travis County Clerk, their agents and successors in office, and all persons acting in concert with them are PERMANENTLY ENJOINED from enforcing the requirements of Section 5.07 and 5.13 of Senate Bill 1 that violate Section 101 of the Civil Rights Act of 1964,52 U.S.C. § 10101(a)(2)(B). The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15, 2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (wg) (Entered: 11/29/2023) |
| 11/29/2023 | 821 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART re <u>611</u> Motion for Partial Summary Judgment filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, GRANTING <u>609</u> Motion for Summary Judgment, filed by United States Of America. The United States, the OCA Plaintiffs, and the State Defendants, are hereby ORDERED to meet and confer concerning an appropriate remedial plan and, by no later than December 15,2023, to file a proposed order or a joint advisory indicating points of disagreement. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 11/30/2023) |
| 12/01/2023 | 822 | Unopposed MOTION to Withdraw as Attorney *Noah B. Baron* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Baron, Noah) (Entered: 12/01/2023) |
| 12/01/2023 | <u>823</u> | |

| | | |
|---|---|---|
| | | Appeal of Final Judgment 821 by STATE OF TEXAS. No filing fee submitted (Kercher, Ryan) (Entered: 12/01/2023) |
| 12/01/2023 | | NOTICE OF APPEAL following 823 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |
| 12/02/2023 | 824 | Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 12/02/2023) |
| 12/04/2023 | 825 | Response in Opposition to Motion, filed by United States Of America, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Paikowsky, Dana) (Entered: 12/04/2023) |
| 12/04/2023 | | Text Order GRANTING 822 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Noah B. Baron is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/04/2023) |
| 12/04/2023 | 826 | OCA Plaintiff's Response in Opposition to Motion, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 824 Opposed MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Mirza, Hani) (Entered: 12/04/2023) |
| 12/04/2023 | 827 | Appeal of Order entered by District Judge 821 , 820 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. No filing fee submitted (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | 828 | MOTION to Stay *Court's Order Pending Appeal or, in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John) (Entered: 12/04/2023) |
| 12/04/2023 | | NOTICE OF APPEAL following 827 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 12/04/2023) |

| | | |
|---|---|---|
| 12/04/2023 | 829 | NOTICE of Attorney Appearance by Sameer Singh Birring on behalf of Jose Garza, Dyana Limon-Mercado. Attorney Sameer Singh Birring added to party Jose Garza(pty:dft), Attorney Sameer Singh Birring added to party Dyana Limon-Mercado(pty:dft) (Birring, Sameer) (Entered: 12/04/2023) |
| 12/04/2023 | 830 | ORDER DENYING 828 Motion to Stay, DENYING 824 Motion to Stay Consideration Signed by Judge Xavier Rodriguez. (mgr) Modified on 12/6/2023, to edit text (mgr). (Entered: 12/04/2023) |
| 12/05/2023 | 831 | COPY of Letter of transmittal from USCA to Ms. Kathleen Theresa Hunker, Mr. Ryan Glen Kercher, Mr. William D. Wassdorf received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/05/2023 | 832 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 12/06/2023) |
| 12/06/2023 | 833 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***IT IS ORDERED that Appellants opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the emergency motion to stay the District Courts order and for a permanent injunction pending appeal no later than 9:00 a.m. on Monday, December 11, 2023. Appellants shall file a reply no later than noon on Tuesday, December 12, 2023.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/06/2023) |
| 12/08/2023 | 834 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 12/11/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/08/2023) |
| 12/11/2023 | 835 | TRANSCRIPT REQUEST by Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Proceedings Transcribed:: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)***Modified TEXT on 12/12/2023 (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 12/11/2023) |
| 12/15/2023 | 836 | ADVISORY TO THE COURT by United States Of America . (Freeman, Daniel) (Entered: 12/15/2023) |
| 12/15/2023 | 837 | MOTION to Withdraw as Attorney *Dana Paikowsky* by United States Of America. (Attachments: # 1 Proposed Order)(Paikowsky, Dana) (Entered: 12/15/2023) |
| 12/15/2023 | 838 | ORDER of USCA (certified copy). re 823 Notice of Appeal, 827 Notice of Appeal.***ORDER GRANTING STAY PENDING APPEAL***We GRANT Appellants motion for the reasons discussed above and exercise our discretion to STAY the district courts order and injunction pending appeal.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 12/15/2023) |
| 12/19/2023 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 837 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Dana Paikowsky to withdraw as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/19/2023) |
| 12/20/2023 | 839 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has taken the following action in this case: Motion for extension of time to file the electronic record on appeal is granted to 2/5/2024.*** (dtg) (Entered: 12/21/2023) |
| 01/09/2024 | 840 | Unopposed MOTION for Extension of Time to File *Proposed Findings of Fact and Conclusions of Law* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Kercher, Ryan) (Entered: 01/09/2024) |
| 01/10/2024 | | Text Order GRANTING 840 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the parties to file proposed findings of fact and conclusions of law is hereby extended to January 19, 2024. All other deadlines remain unchanged. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/10/2024) |
| 01/10/2024 | 841 | MOTION to Amend/Correct *Trial Transcript* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex. 1 Tania Chavez Errata, # 3 Exhibit Ex. 2 Juanita Valdez -Cox Errata, # 4 Exhibit Ex. 3 Cris Rocha Errata, # 5 Exhibit Ex. 4 Toby Cole Errata, # 6 Exhibit Ex. 5 Louis Perales Errata, # 7 Exhibit Ex. 6 Cesar Espinosa Errata, # 8 Exhibit Ex. 7 Joe Cardenas Errata, # 9 Exhibit Ex. 8 Jana Ortega Errata, # 10 Exhibit Ex. 9 Lisa Wise Errata, # 11 Exhibit Ex. 10 Michael Scarpello Errata, # 12 Exhibit Ex. 11 Tacoma Phillips Errata, # 13 Exhibit Ex. 12 Remi Garza Errata, # 14 Exhibit Ex. 13 Yvonne Ramon Errata, # 15 Exhibit Ex. 14 Dana DeBeauvoir Errata, # 16 Exhibit Ex. 15 Danielle Ayers Errata, # 17 Exhibit Ex. 16 James Lewin Errata, # 18 Exhibit Ex. 17 Joshua Houston Errata, # 19 Exhibit Ex. 18 Richard Ertel Errata, # 20 Exhibit Ex. 19 Douglas Kruse Errata)(Perales, Nina) (Entered: 01/10/2024) |
| 01/11/2024 | 842 | Unopposed MOTION to Withdraw as Attorney *Megan Ashley Rusciano* by Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order Text of Proposed Order)(Rusciano, Megan) (Entered: 01/11/2024) |
| 01/15/2024 | | Text Order DENYING 841 Motion to Amend/Correct the Trial Transcript entered by Judge Xavier Rodriguez. Although the trial transcript itself will not be amended, the Court adopts the corrections identified in the errata sheets and will reference those corrections in any applicable citations to the trial transcript. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/15/2024 | | Text Order GRANTING 842 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Megan Ashley Rusciano is hereby WITHDRAWN as counsel |

| | | |
|---|---|---|
| | | for Houston Area Urban League, Delta Sigma Theta Sorority, The Arc of Texas, and Jeffrey Lamar Clemmons (the "HAUL Plaintiffs"). The HAUL Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/15/2024) |
| 01/19/2024 | 843 | Proposed Findings of Fact by John Creuzot, Michael Scarpello. (Attachments: # 1 Proposed Order findings of fact & conclusion of law, # 2 Proposed Order finding of fact & conclusion of law)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 844 | Proposed Order *for destruction of election records* to 207 Amended Complaint, 208 Amended Complaint, by Michael Scarpello. (Attachments: # 1 Proposed Order destruction of election records)(Stool, Ben) (Entered: 01/19/2024) |
| 01/19/2024 | 845 | Proposed Findings of Fact by Kim Ogg. (Liu, Cory) (Entered: 01/19/2024) |
| 01/19/2024 | 846 | Proposed Findings of Fact by Mi Familia Vota. (Olson, Wendy) (Entered: 01/19/2024) |
| 01/19/2024 | 847 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Wassdorf, William) (Entered: 01/19/2024) |
| 01/19/2024 | 848 | Proposed Findings of Fact by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Campbell-Harris, Dayton) (Entered: 01/19/2024) |
| 01/19/2024 | 849 | Proposed Findings of Fact by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 01/19/2024) |
| 01/19/2024 | 850 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 01/19/2024) |
| 01/19/2024 | 851 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/19/2024 | 852 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Ha, Derek) (Entered: 01/19/2024) |
| 01/19/2024 | 853 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/19/2024) |
| 01/20/2024 | 854 | Proposed Findings of Fact by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Tulin, Leah) (Entered: 01/20/2024) |
| 01/20/2024 | 855 | SUPPLEMENT to 854 Proposed Findings of Fact, by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Perales, Nina) (Entered: |

| | | |
|---|---|---|
| | | 01/20/2024) |
| 01/20/2024 | 856 | Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Holmes, Jennifer) (Entered: 01/20/2024) |
| 01/20/2024 | 857 | NOTICE *of Joinder* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee (Gore, John) (Entered: 01/20/2024) |
| 01/20/2024 | 858 | Unopposed MOTION to Amend/Correct 851 Proposed Findings of Fact, 853 Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 01/20/2024) |
| 01/21/2024 | 859 | MOTION for Leave to File Motion for Leave to File out of. Time *Dkt. 854, Dkt. 855* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/21/2024) |
| 01/21/2024 | 860 | Unopposed MOTION for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Marla Lopez, Marlon Lopez, Mi Familia Vota, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 01/21/2024) |
| 01/21/2024 | 861 | Proposed Findings of Fact by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 01/21/2024) |
| 01/21/2024 | 862 | Proposed Findings of Fact by Gregory W. Abbott, Dallas County Republican Party, Jose A. Esparza, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Exhibit A)(Kercher, Ryan) (Entered: 01/21/2024) |
| 01/22/2024 | | Text Order GRANTING 860 Unopposed Motion for Leave to File Out of Time Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 859 Unopposed Motion for Leave to File Out of Time entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | | Text Order GRANTING 858 Motion to Amend Proposed Findings of Fact and Conclusions of Law entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/22/2024) |
| 01/22/2024 | 863 | ATTACHMENT *Corrected Signature Block* to 852 Proposed Findings of Fact by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Corrected Signature Block)(Ha, Derek) (Entered: 01/22/2024) |

| | | |
|---|---|---|
| 01/23/2024 | <u>864</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League. (Attachments: # <u>1</u> Pla-HAUL-009, # <u>2</u> Pla-HAUL-016, # <u>3</u> Pla-HAUL-017, # <u>4</u> Pla-HAUL-038, # <u>5</u> Pla-HAUL-044, # <u>6</u> Pla-HAUL-059, # <u>7</u> Pla-HAUL-060, # <u>8</u> Pla-HAUL-083, # <u>9</u> Pla-HAUL-089, # <u>10</u> Pla-HAUL-090)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>865</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-091*** (Attachments: # <u>1</u> Pla-HAUL-094, # <u>2</u> Pla-HAUL-095, # <u>3</u> Pla-HAUL-096, # <u>4</u> Pla-HAUL-097, # <u>5</u> Pla-HAUL-098, # <u>6</u> Pla-HAUL-099, # <u>7</u> Pla-HAUL-100, # <u>8</u> Pla-HAUL-101, # <u>9</u> Pla-HAUL-102, # <u>10</u> Pla-HAUL-103)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>866</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-104*** (Attachments: # <u>1</u> Pla-HAUL-105, # <u>2</u> Pla-HAUL-106, # <u>3</u> Pla-HAUL-107, # <u>4</u> Pla-HAUL-108)(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>867</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-109*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>868</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-110*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>869</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (Attachments: # <u>1</u> Pla-HAUL-112, # <u>2</u> Pla-HAUL-113)(dtg) (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 1/23/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Attachment 1 replaced on 3/14/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>870</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-111*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>871</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-112*** (dtg) (Main Document 871 replaced on 3/15/2024) (dtg). (Main Document 871 replaced on 3/18/2024) (dtg). (Main Document 871 replaced on 3/21/2024) (dtg). (Entered: 01/23/2024) |
| 01/23/2024 | <u>872</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-113*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>873</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-114***(dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>874</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-115*** (dtg) (Entered: 01/23/2024) |
| 01/23/2024 | <u>875</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-116*** (Attachments: # <u>1</u> Pla-HAUL-117)(dtg) (Entered: 01/23/2024) |
| 01/24/2024 | <u>876</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 1***(dtg) (Main Document 876 replaced on 1/24/2024) (dtg). (Entered: 01/24/2024) |
| 01/24/2024 | <u>877</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 2*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | <u>878</u> | |

25-50246.77573

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 3***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 879 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-118, Part 4*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 880 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-119*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 881 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-120***(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 882 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-123*** (Attachments: # 1 Pla-HAUL-124, # 2 Pla-HAUL-125, # 3 Pla-HAUL-126, # 4 Pla-HAUL-128, # 5 Pla-HAUL-129, # 6 Pla-HAUL-130)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 883 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-131*** (Attachments: # 1 Pla-HAUL-133, # 2 Pla-HAUL-134, # 3 Pla-HAUL-135, # 4 Pla-HAUL-136, # 5 Pla-HAUL-167, # 6 Pla-HAUL-169)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 884 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-174*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 885 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-175*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 886 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-176*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 887 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-177*** (Attachments: # 1 Pla-HAUL-178)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 888 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-179*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 889 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-180*** (Attachments: # 1 Pla-HAUL-181, # 2 Pla-HAUL-182)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 890 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-183*** (dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 891 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-184*** (Attachments: # 1 Pla-HAUL-186, # 2 Pla-HAUL-188, # 3 Pla-HAUL-189)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 892 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-190*** (Attachments: # 1 Pla-HAUL-194, # 2 Pla-HAUL-195, # 3 Pla-HAUL-196, # 4 Pla-HAUL-197, # 5 Pla-HAUL-198, # 6 Pla-HAUL-199)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 893 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-200*** (Attachments: # 1 Pla-HAUL-201, # 2 Pla-HAUL-202, # 3 Pla-HAUL-203, # 4 Pla-HAUL-204, # 5 Pla-HAUL-205, # 6 |

| | | |
|---|---|---|
| | | Pla-HAUL-206, # 7 Pla-HAUL-207, # 8 Pla-HAUL-208, # 9 Pla-HAUL-209)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 894 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-210*** (Attachments: # 1 Pla-HAUL-211, # 2 Pla-HAUL-212, # 3 Pla-HAUL-213, # 4 Pla-HAUL-214, # 5 Pla-HAUL-215, # 6 Pla-HAUL-216)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 895 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-223*** (Attachments: # 1 Pla-HAUL-224, # 2 Pla-HAUL-225, # 3 Pla-HAUL-226, # 4 Pla-HAUL-227, # 5 Pla-HAUL-228, # 6 Pla-HAUL-229)(dtg) (Entered: 01/24/2024) |
| 01/24/2024 | 896 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-233*** (Attachments: # 1 Pla-HAUL-235, # 2 Pla-HAUL-236)(dtg) (Entered: 01/24/2024) |
| 01/25/2024 | 897 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-260*** (Attachments: # 1 Pla-HAUL-263, # 2 Pla-HAUL-264, # 3 Pla-HAUL-265, # 4 Pla-HAUL-266, # 5 Pla-HAUL-269)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 898 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-270*** (Attachments: # 1 Pla-HAUL-271, # 2 Pla-HAUL-273, # 3 Pla-HAUL-274, # 4 Pla-HAUL-276, # 5 Pla-HAUL-277, # 6 Pla-HAUL-279)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 899 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-283*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 900 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-290*** (Attachments: # 1 Pla-HAUL-290, # 2 Pla-HAUL-293, # 3 Pla-HAUL-296, # 4 Pla-HAUL-297, # 5 Pla-HAUL-298, # 6 Pla-HAUL-299)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 901 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-302*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 902 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-310*** (Attachments: # 1 Pla-HAUL-311, # 2 Pla-HAUL-313)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 903 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-332*** (Attachments: # 1 Pla-HAUL-333)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 904 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-343*** (Attachments: # 1 Pla-HAUL-345, # 2 Pla-HAUL-347)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 905 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-350*** (Attachments: # 1 Pla-HAUL-353)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 906 | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-370*** (Attachments: # 1 Pla-HAUL-372)(dtg) (Entered: 01/25/2024) |

| 01/25/2024 | <u>907</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-387*** (Attachments: # <u>1</u> Pla-HAUL-388)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | <u>908</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-390*** (Attachments: # <u>1</u> Pla-HAUL-391, # <u>2</u> Pla-HAUL-392, # <u>3</u> Pla-HAUL-393, # <u>4</u> Pla-HAUL-394, # <u>5</u> Pla-HAUL-395)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>909</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-396-A*** (Attachments: # <u>1</u> Pla-HAUL-396-B)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>910</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-397-A*** (Attachments: # <u>1</u> Pla-HAUL-397-B, # <u>2</u> Pla-HAUL-397-C, # <u>3</u> Pla-HAUL-397-D, # <u>4</u> Pla-HAUL-397-E)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>911</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-398-A*** (Attachments: # <u>1</u> Pla-HAUL-398-B, # <u>2</u> Pla-HAUL-399)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>912</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-400*** (Attachments: # <u>1</u> Pla-HAUL-401, # <u>2</u> Pla-HAUL-402)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>913</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-403*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>914</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-404*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>915</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-405*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>916</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-406***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>917</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-407*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>918</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-408*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>919</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-409*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>920</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-410*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>921</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-411*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>922</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-412***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>923</u> | BENCH TRIAL EXHIBITS by Houston Area Urban League.***Pla-HAUL-413*** (Attachments: # <u>1</u> Pla-HAUL-414, # <u>2</u> |

| | | Pla-HAUL-415, # <u>3</u> Pla-HAUL-416)(dtg) (Entered: 01/25/2024) |
|---|---|---|
| 01/25/2024 | <u>924</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-2*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>925</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-3***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>926</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-4***(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>927</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-5*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>928</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-15*** (Attachments: # <u>1</u> Pla-LULAC-16, # <u>2</u> Pla-LULAC-18, # <u>3</u> Pla-LULAC-19)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>929</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-22*** (Attachments: # <u>1</u> Pla-LULAC-25, # <u>2</u> Pla-LULAC-26, # <u>3</u> Pla-LULAC-29)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>930</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-39*** (dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>931</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-40*** (Attachments: # <u>1</u> Pla-LULAC-41, # <u>2</u> Pla-LULAC-42, # <u>3</u> Pla-LULAC-44, # <u>4</u> Pla-LULAC-45, # <u>5</u> Pla-LULAC-46, # <u>6</u> Pla-LULAC-49)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>932</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-51*** (Attachments: # <u>1</u> Pla-LULAC-52, # <u>2</u> Pla-LULAC-55)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>933</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-61*** (Attachments: # <u>1</u> Pla-LULAC-66)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>934</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-75*** (Attachments: # <u>1</u> Pla-LULAC-78, # <u>2</u> Pla-LULAC-79)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>935</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-82*** (Attachments: # <u>1</u> Pla-LULAC-83, # <u>2</u> Pla-LULAC-85, # <u>3</u> Pla-LULAC-86, # <u>4</u> Pla-LULAC-87, # <u>5</u> Pla-LULAC-89)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>936</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-90*** (Attachments: # <u>1</u> Pla-LULAC-93, # <u>2</u> Pla-LULAC-94, # <u>3</u> Pla-LULAC-95, # <u>4</u> Pla-LULAC-96, # <u>5</u> Pla-LULAC-97, # <u>6</u> Pla-LULAC-98)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | <u>937</u> | BENCH TRIAL EXHIBITS by LULAC Texas.***Pla-LULAC-100*** (Attachments: # <u>1</u> Pla-LULAC-101, # <u>2</u> Pla-LULAC-102, # <u>3</u> Pla-LULAC-103, # <u>4</u> Pla-LULAC-106, # <u>5</u> Pla-LULAC-107)(dtg) (Entered: 01/25/2024) |
| 01/25/2024 | 938 | Unopposed MOTION to Withdraw as Attorney *Chris D. Hilton* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # <u>1</u> Proposed Order)(Kercher, Ryan) (Entered: 01/25/2024) |
| 01/30/2024 | | Text Order GRANTING <u>938</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Christopher D. Hilton is hereby withdrawn as counsel of record |

| | | |
|---|---|---|
| | | for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 01/30/2024) |
| 02/01/2024 | 939 | Unopposed MOTION to Withdraw as Attorney *Kenneth Parreno* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Parreno, Kenneth) (Entered: 02/01/2024) |
| 02/05/2024 | 940 | Unopposed MOTION for Leave to File Amended Conclusions of Law by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Proposed Order)(Kercher, Ryan) (Entered: 02/05/2024) |
| 02/06/2024 | 941 | ADVISORY TO THE COURT by Mi Familia Vota *and All Parties*. (Olson, Wendy) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 940 Motion for Leave to File entered by Judge Xavier Rodriguez. The Clerk is DIRECTED to file Defendant's Amended Post-Trial Proposed Conclusions of Law and Exhibit A thereto. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | | Text Order GRANTING 939 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kenneth Parreno is hereby WITHDRAWN as counsel for Plaintiffs La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute, and Fiel Houston, Inc. (collectively, the "LUPE Plaintiffs"). The LUPE Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 02/06/2024) |
| 02/06/2024 | 943 | STATE DEFENDANTS AND INTERVENOR-DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO AMEND THEIR POST-TRIAL PROPOSED CONCLUSIONS OF LAW and EXHIBIT A(bt) (Entered: 02/07/2024) |
| 02/06/2024 | 965 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including March 6, 2024 for filing the electronic record on appeal in this case.*** (dtg) (Entered: 02/08/2024) |
| 02/07/2024 | 942 | ORDER SETTING STATUS CONFERENCE signed by Judge Xavier Rodriguez. This case is hereby SET for a status conference, to be conducted via Zoom, on Wednesday, February 7, 2024, at 3:00 p.m. (cb) (Entered: 02/07/2024) |
| 02/07/2024 | 944 | Transcript filed of Proceedings held on 9-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 945 | Transcript filed of Proceedings held on 9-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 946 | Transcript filed of Proceedings held on 9-13-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 947 | Transcript filed of Proceedings held on 9-14-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 948 | Transcript filed of Proceedings held on 9-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 949 | Transcript filed of Proceedings held on 9-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 950 | Transcript filed of Proceedings held on 9-21-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 951 | Transcript filed of Proceedings held on 9-22-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 952 | Transcript filed of Proceedings held on 10-2-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 953 | Transcript filed of Proceedings held on 10-3-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 954 | Transcript filed of Proceedings held on 10-4-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 955 | Transcript filed of Proceedings held on 10-5-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 956 | Transcript filed of Proceedings held on 10-6-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 957 | Transcript filed of Proceedings held on 10-10-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction |

| | | |
|---|---|---|
| | | set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 958 | Transcript filed of Proceedings held on 10-11-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 959 | Transcript filed of Proceedings held on 10-12-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 960 | Transcript filed of Proceedings held on 10-16-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 961 | Transcript filed of Proceedings held on 10-17-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 962 | Transcript filed of Proceedings held on 10-18-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). |

| | | |
|---|---|---|
| | | A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 963 | Transcript filed of Proceedings held on 10-19-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 964 | Transcript filed of Proceedings held on 10-20-23, Proceedings Transcribed: Bench Trial. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 2/28/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/7/2024, Appeal Record due by 2/22/2024, (gs) (Entered: 02/07/2024) |
| 02/07/2024 | 966 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/7/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(mgr) (Entered: 02/08/2024) |
| 02/09/2024 | 967 | Transcript filed of Proceedings held on 2-7-24, Proceedings Transcribed: Status Conference. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/1/2024, Redacted Transcript Deadline set for 3/11/2024, Release of Transcript Restriction set for 5/9/2024, Appeal Record due by 2/26/2024, (gs) (Entered: 02/09/2024) |
| 02/12/2024 | 968 | MOTION to Withdraw as Attorney *Elissa Gershon* by OCA-Greater Houston. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel)(Dimmick, Brian) (Entered: 02/12/2024) |
| 02/13/2024 | 1070 | Minute Entry for proceedings held before Judge Xavier Rodriguez: Status Conference held on 2/13/2024 (Minute entry documents are not available electronically.). (Court Reporter Gigi Simcox.)(bt) (Entered: 03/04/2024) |

| | | |
|---|---|---|
| 02/14/2024 | | Text Order GRANTING 968 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elissa Gershon is hereby WITHDRAWN as counsel for Plaintiff OCA-Greater Houston, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 02/14/2024) |
| 02/14/2024 | 969 | STIPULATED ORDER REGARDING DESTRUCTION OF CERTAIN BALLOTS ANDELECTION-RELATED RECORDS AND DOCUMENTS, All Parties agree that the Affected Election Materials may be disposed of or destroyed unless they must bepreserved in connection with another matter.2 This agreement is not in violation of any order in the above-captioned case. Signed by Judge Xavier Rodriguez. (wg) (Entered: 02/15/2024) |
| 02/16/2024 | 970 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero. (Attachments: # 1 Pla-LUPE-1, # 2 Pla-LUPE-2, # 3 Pla-LUPE-9)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 971 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-10*** (Attachments: # 1 Pla-LUPE-11, # 2 Pla-LUPE-13, # 3 Pla-LUPE-16, # 4 Pla-LUPE-18, # 5 Pla-LUPE-19)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 972 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-20*** (Attachments: # 1 Pla-LUPE-25, # 2 Pla-LUPE-26, # 3 Pla-LUPE-27)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 973 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-30*** (Attachments: # 1 Pla-LUPE-30, # 2 Pla-LUPE-31, # 3 Pla-LUPE-32)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 974 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-40*** (Attachments: # 1 Pla-LUPE-40, # 2 Pla-LUPE-41, # 3 Pla-LUPE-41, # 4 Pla-LUPE-46, # 5 Pla-LUPE-46, # 6 Pla-LUPE-47, # 7 Pla-LUPE-47, # 8 Pla-LUPE-48, # 9 Pla-LUPE-48, # 10 Pla-LUPE-49, # 11 Pla-LUPE-49)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 975 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-50*** (Attachments: # 1 Pla-LUPE-50, # 2 Pla-LUPE-51, # 3 Pla-LUPE-51, # 4 Pla-LUPE-52, # 5 Pla-LUPE-52, # 6 Pla-LUPE-53, # 7 Pla-LUPE-53, # 8 Pla-LUPE-54, # 9 Pla-LUPE-54, # 10 Pla-LUPE-55, # 11 Pla-LUPE-55, # 12 Pla-LUPE-56, # 13 Pla-LUPE-56)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 976 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-66*** (Attachments: # 1 Pla-LUPE-66, # 2 Pla-LUPE-67, # 3 Pla-LUPE-67, # 4 Pla-LUPE-68, # 5 Pla-LUPE-68, # 6 Pla-LUPE-69, # 7 Pla-LUPE-69)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 977 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-70*** (Attachments: # 1 Pla-LUPE-70, # 2 Pla-LUPE-71, # 3 Pla-LUPE-71)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 978 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-90*** (Attachments: # 1 Pla-LUPE-90, # 2 Pla-LUPE-91, # 3 Pla-LUPE-91, # 4 Pla-LUPE-92, # 5 Pla-LUPE-92, # 6 Pla-LUPE-93, # 7 Pla-LUPE-93, # 8 Pla-LUPE-94, # 9 Pla-LUPE-94)(dtg) (Entered: 02/16/2024) |
| 02/16/2024 | 979 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-95*** (Attachments: # 1 Pla-LUPE-95, # 2 Pla-LUPE-96, # 3 Pla-LUPE-96, # 4 |

25-50246.77584

| | | |
|---|---|---|
| | | Pla-LUPE-97, # 5 Pla-LUPE-97, # 6 Pla-LUPE-98, # 7 Pla-LUPE-98, # 8 Pla-LUPE-99, # 9 Pla-LUPE-99)(dtg) (Entered: 02/16/2024) |
| 02/20/2024 | 980 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-100*** (Attachments: # 1 Pla-LUPE-100, # 2 Pla-LUPE-101, # 3 Pla-LUPE-101, # 4 Pla-LUPE-102, # 5 Pla-LUPE-102, # 6 Pla-LUPE-103, # 7 Pla-LUPE-103, # 8 Pla-LUPE-104, # 9 Pla-LUPE-104)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 981 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-105*** (Attachments: # 1 Pla-LUPE-105, # 2 Pla-LUPE-106, # 3 Pla-LUPE-106, # 4 Pla-LUPE-107, # 5 Pla-LUPE-107, # 6 Pla-LUPE-108, # 7 Pla-LUPE-108, # 8 Pla-LUPE-109, # 9 Pla-LUPE-109)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 982 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-110*** (Attachments: # 1 Pla-LUPE-110, # 2 Pla-LUPE-111, # 3 Pla-LUPE-111, # 4 Pla-LUPE-112, # 5 Pla-LUPE-112, # 6 Pla-LUPE-114, # 7 Pla-LUPE-114, # 8 Pla-LUPE-115, # 9 Pla-LUPE-115)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 983 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-116*** (Attachments: # 1 Pla-LUPE-116, # 2 Pla-LUPE-117, # 3 Pla-LUPE-117, # 4 Pla-LUPE-118, # 5 Pla-LUPE-118, # 6 Pla-LUPE-119, # 7 Pla-LUPE-119)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 984 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-120*** (Attachments: # 1 Pla-LUPE-120, # 2 Pla-LUPE-121, # 3 Pla-LUPE-121, # 4 Pla-LUPE-122, # 5 Pla-LUPE-122, # 6 Pla-LUPE-123, # 7 Pla-LUPE-123, # 8 Pla-LUPE-124, # 9 Pla-LUPE-124)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 985 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-125*** (Attachments: # 1 Pla-LUPE-125, # 2 Pla-LUPE-126, # 3 Pla-LUPE-126, # 4 Pla-LUPE-127, # 5 Pla-LUPE-127, # 6 Pla-LUPE-128, # 7 Pla-LUPE-128, # 8 Pla-LUPE-129, # 9 Pla-LUPE-129)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 986 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-130*** (Attachments: # 1 Pla-LUPE-130, # 2 Pla-LUPE-132, # 3 Pla-LUPE-132, # 4 Pla-LUPE-133, # 5 Pla-LUPE-133, # 6 Pla-LUPE-134, # 7 Pla-LUPE-134, # 8 Pla-LUPE-139, # 9 Pla-LUPE-139)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 987 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-140*** (Attachments: # 1 Pla-LUPE-140, # 2 Pla-LUPE-141, # 3 Pla-LUPE-141, # 4 Pla-LUPE-142, # 5 Pla-LUPE-142, # 6 Pla-LUPE-143, # 7 Pla-LUPE-143)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 988 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-144*** (Attachments: # 1 Pla-LUPE-144, # 2 Pla-LUPE-145, # 3 Pla-LUPE-145, # 4 Pla-LUPE-149, # 5 Pla-LUPE-149)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 989 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.A***Pla-LUPE-150*** (Attachments: # 1 Pla-LUPE-150, # 2 Pla-LUPE-151, # 3 Pla-LUPE-151, # 4 Pla-LUPE-152, # 5 Pla-LUPE-152)(dtg) (Entered: 02/20/2024) |
| 02/20/2024 | 990 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-157*** (Attachments: # 1 Pla-LUPE-157, # 2 Pla-LUPE-158, # 3 Pla-LUPE-158, # 4 Pla-LUPE-159, # 5 Pla-LUPE-159)(dtg) (Entered: 02/20/2024) |

| | | |
|---|---|---|
| 02/20/2024 | <u>991</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-160*** (Attachments: # <u>1</u> Pla-LUPE-160, # <u>2</u> Pla-LUPE-161, # <u>3</u> Pla-LUPE-161, # <u>4</u> Pla-LUPE-166, # <u>5</u> Pla-LUPE-166, # <u>6</u> Pla-LUPE-167, # <u>7</u> Pla-LUPE-167, # <u>8</u> Pla-LUPE-169, # <u>9</u> Pla-LUPE-169)(dtg)(Entered: 02/20/2024) |
| 02/20/2024 | <u>992</u> | Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K - PART I, # <u>12</u> Exhibit K - PART 2, # <u>13</u> Exhibit L, # <u>14</u> Exhibit M, # <u>15</u> Exhibit N, # <u>16</u> Exhibit O, # <u>17</u> Exhibit P, # <u>18</u> Exhibit Q, # <u>19</u> Exhibit R, # <u>20</u> Exhibit S, # <u>21</u> Exhibit T, # <u>22</u> Exhibit U, # <u>23</u> Exhibit V, # <u>24</u> Exhibit W, # <u>25</u> Exhibit X, # <u>26</u> Proposed Order)(Perales, Nina) (Entered: 02/20/2024) |
| 02/21/2024 | <u>993</u> | NOTICE *of Correction to the Record* by REVUP-Texas re <u>642</u> Response in Opposition to Motion,, (Romano, Lucia) (Entered: 02/21/2024) |
| 02/21/2024 | <u>994</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-170*** (Attachments: # <u>1</u> Pla-LUPE-170, # <u>2</u> Pla-LUPE-171, # <u>3</u> Pla-LUPE-171, # <u>4</u> Pla-LUPE-172, # <u>5</u> Pla-LUPE-172)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>995</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-175*** (Attachments: # <u>1</u> Pla-LUPE-175, # <u>2</u> Pla-LUPE-176, # <u>3</u> Pla-LUPE-176, # <u>4</u> Pla-LUPE-177, # <u>5</u> Pla-LUPE-177)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>996</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-180*** (Attachments: # <u>1</u> Pla-LUPE-180, # <u>2</u> Pla-LUPE-181, # <u>3</u> Pla-LUPE-181, # <u>4</u> Pla-LUPE-184, # <u>5</u> Pla-LUPE-184, # <u>6</u> Pla-LUPE-189, # <u>7</u> Pla-LUPE-189)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>997</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-190*** (Attachments: # <u>1</u> Pla-LUPE-190, # <u>2</u> Pla-LUPE-192, # <u>3</u> Pla-LUPE-192, # <u>4</u> Pla-LUPE-193, # <u>5</u> Pla-LUPE-193, # <u>6</u> Pla-LUPE-194, # <u>7</u> Pla-LUPE-194, # <u>8</u> Pla-LUPE-198, # <u>9</u> Pla-LUPE-198)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>998</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-200*** (Attachments: # <u>1</u> Pla-LUPE-200, # <u>2</u> Pla-LUPE-201, # <u>3</u> Pla-LUPE-201, # <u>4</u> Pla-LUPE-202, # <u>5</u> Pla-LUPE-202, # <u>6</u> Pla-LUPE-203, # <u>7</u> Pla-LUPE-203)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>999</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-224*** (Attachments: # <u>1</u> Pla-LUPE-224, # <u>2</u> Pla-LUPE-225, # <u>3</u> Pla-LUPE-225, # <u>4</u> Pla-LUPE-227, # <u>5</u> Pla-LUPE-227, # <u>6</u> Pla-LUPE-228, # <u>7</u> Pla-LUPE-228, # <u>8</u> Pla-LUPE-229, # <u>9</u> Pla-LUPE-229)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1000</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-230*** (Attachments: # <u>1</u> Pla-LUPE-230, # <u>2</u> Pla-LUPE-231, # <u>3</u> Pla-LUPE-232, # <u>4</u> Pla-LUPE-232, # <u>5</u> Pla-LUPE-233, # <u>6</u> Pla-LUPE-234, # <u>7</u> Pla-LUPE-234)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | <u>1001</u> | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-235*** (Attachments: # <u>1</u> Pla-LUPE-235, # <u>2</u> Pla-LUPE-236, # <u>3</u> Pla-LUPE-236, # <u>4</u> Pla-LUPE-237, # <u>5</u> Pla-LUPE-237, # <u>6</u> Pla-LUPE-238, # <u>7</u> Pla-LUPE-238, # <u>8</u> |

| | | |
|---|---|---|
| | | Pla-LUPE-239)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | [1002](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-240*** (Attachments: # 1 Pla-LUPE-240, # 2 Pla-LUPE-241, # 3 Pla-LUPE-241, # 4 Pla-LUPE-242, # 5 Pla-LUPE-242, # 6 Pla-LUPE-243, # 7 Pla-LUPE-243, # 8 Pla-LUPE-244)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | [1003](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-245*** (Attachments: # 1 Pla-LUPE-245, # 2 Pla-LUPE-246, # 3 Pla-LUPE-247, # 4 Pla-LUPE-247, # 5 Pla-LUPE-248, # 6 Pla-LUPE-248, # 7 Pla-LUPE-249, # 8 Pla-LUPE-249)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | [1004](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-250*** (Attachments: # 1 Pla-LUPE-250, # 2 Pla-LUPE-252, # 3 Pla-LUPE-252, # 4 Pla-LUPE-255, # 5 Pla-LUPE-255, # 6 Pla-LUPE-256, # 7 Pla-LUPE-256)(dtg) (Entered: 02/21/2024) |
| 02/21/2024 | [1005](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-257*** (Attachments: # 1 Pla-LUPE-257, # 2 Pla-LUPE-258, # 3 Pla-LUPE-258, # 4 Pla-LUPE-259, # 5 Pla-LUPE-259)(dtg) (Entered: 02/21/2024) |
| 02/23/2024 | [1006](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-260*** (Attachments: # 1 Pla-LUPE-260, # 2 Pla-LUPE-261, # 3 Pla-LUPE-261, # 4 Pla-LUPE-262, # 5 Pla-LUPE-262, # 6 Pla-LUPE-263, # 7 Pla-LUPE-263, # 8 Pla-LUPE-264, # 9 Pla-LUPE-264)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1007](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-265*** (Attachments: # 1 Pla-LUPE-265, # 2 Pla-LUPE-266, # 3 Pla-LUPE-266, # 4 Pla-LUPE-267, # 5 Pla-LUPE-267, # 6 Pla-LUPE-268, # 7 Pla-LUPE-268, # 8 Pla-LUPE-269, # 9 Pla-LUPE-269)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1008](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-270*** (Attachments: # 1 Pla-LUPE-270, # 2 Pla-LUPE-271, # 3 Pla-LUPE-271, # 4 Pla-LUPE-272, # 5 Pla-LUPE-272, # 6 Pla-LUPE-279)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1009](#) | ADVISORY TO THE COURT by Michael Scarpello *retired. Heider Garcia is the new Elections Administrator of Dallas County, Texas.* (Stool, Ben) (Entered: 02/23/2024) |
| 02/23/2024 | [1010](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-280*** (Attachments: # 1 Pla-LUPE-282, # 2 Pla-LUPE-284, # 3 Pla-LUPE-285, # 4 Pla-LUPE-286, # 5 Pla-LUPE-287, # 6 Pla-LUPE-289)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1011](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-290*** (Attachments: # 1 Pla-LUPE-291, # 2 Pla-LUPE-292, # 3 Pla-LUPE-293, # 4 Pla-LUPE-294, # 5 Pla-LUPE-295, # 6 Pla-LUPE-296, # 7 Pla-LUPE-298, # 8 Pla-LUPE-299)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1012](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-300*** (Attachments: # 1 Pla-LUPE-301, # 2 Pla-LUPE-302, # 3 Pla-LUPE-304, # 4 Pla-LUPE-305, # 5 Pla-LUPE-306, # 6 Pla-LUPE-307, # 7 Pla-LUPE-308, # 8 Pla-LUPE-309)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | [1013](#) | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-310*** (Attachments: # 1 Pla-LUPE-311, # 2 Pla-LUPE-312, # 3 Pla-LUPE-313, # 4 Pla-LUPE-314, # 5 Pla-LUPE-315, # 6 Pla-LUPE-316, # 7 Pla-LUPE-317, # 8 |

| | | |
|---|---|---|
| | | Pla-LUPE-318, # 9 Pla-LUPE-319)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1014 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-320*** (Attachments: # 1 Pla-LUPE-321, # 2 Pla-LUPE-322, # 3 Pla-LUPE-323, # 4 Pla-LUPE-324, # 5 Pla-LUPE-325, # 6 Pla-LUPE-326, # 7 Pla-LUPE-328, # 8 Pla-LUPE-329)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1015 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-330*** (Attachments: # 1 Pla-LUPE-331, # 2 Pla-LUPE-332, # 3 Pla-LUPE-333, # 4 Pla-LUPE-334, # 5 Pla-LUPE-335, # 6 Pla-LUPE-336, # 7 Pla-LUPE-337, # 8 Pla-LUPE-338, # 9 Pla-LUPE-339)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1016 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-340*** (Attachments: # 1 Pla-LUPE-341, # 2 Pla-LUPE-342, # 3 Pla-LUPE-343, # 4 Pla-LUPE-344, # 5 Pla-LUPE-346, # 6 Pla-LUPE-347, # 7 Pla-LUPE-348, # 8 Pla-LUPE-349)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1017 | BENCH TRIAL EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-351*** (Attachments: # 1 Pla-LUPE-353, # 2 Pla-LUPE-354, # 3 Pla-LUPE-355)(dtg) (Entered: 02/23/2024) |
| 02/23/2024 | 1018 | NOTICE *Withdrawn Reliance of Certain Citations* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 861 Proposed Findings of Fact (Kercher, Ryan) (Entered: 02/23/2024) |
| 02/26/2024 | 1019 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-004*** (Attachments: # 1 Pla-LUPE-006, # 2 Pla-LUPE-007, # 3 Pla-LUPE-008)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1020 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 1)*** (Attachments: # 1 Pla-LUPE-5 (Part 2))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1021 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 3)*** (Attachments: # 1 Pla-LUPE-5 (Part 4))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1022 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 5)*** (Attachments: # 1 Pla-LUPE-5 (Part 6))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1023 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-5 (Part 7)*** (Attachments: # 1 Pla-LUPE-5 (Part 8))(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1024 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-12*** (Attachments: # 1 Pla-LUPE-14)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1025 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-21*** (Attachments: # 1 Pla-LUPE-22, # 2 Pla-LUPE-23, # 3 Pla-LUPE-24, # 4 Pla-LUPE-28, # 5 Pla-LUPE-29)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1026 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-33*** (Attachments: # 1 Pla-LUPE-33, # 2 Pla-LUPE-34, # 3 Pla-LUPE-34, # 4 Pla-LUPE-35, # 5 Pla-LUPE-35, # 6 Pla-LUPE-36, # 7 Pla-LUPE-36, # 8 Pla-LUPE-37, # 9 Pla-LUPE-37, # 10 Pla-LUPE-38, # 11 |

| | | Pla-LUPE-38, # 12 Pla-LUPE-39, # 13 Pla-LUPE-39)(dtg) (Entered: 02/26/2024) |
|---|---|---|
| 02/26/2024 | 1027 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-42*** (Attachments: # 1 Pla-LUPE-42, # 2 Pla-LUPE-43, # 3 Pla-LUPE-43, # 4 Pla-LUPE-44, # 5 Pla-LUPE-44, # 6 Pla-LUPE-45, # 7 Pla-LUPE-45)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1028 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-57*** (Attachments: # 1 Pla-LUPE-57, # 2 Pla-LUPE-58, # 3 Pla-LUPE-58, # 4 Pla-LUPE-59, # 5 Pla-LUPE-59)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1029 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-60*** (Attachments: # 1 Pla-LUPE-60, # 2 Pla-LUPE-61, # 3 Pla-LUPE-61, # 4 Pla-LUPE-62, # 5 Pla-LUPE-62, # 6 Pla-LUPE-63, # 7 Pla-LUPE-63, # 8 Pla-LUPE-64, # 9 Pla-LUPE-64, # 10 Pla-LUPE-65, # 11 Pla-LUPE-65)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1030 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-72*** (Attachments: # 1 Pla-LUPE-72, # 2 Pla-LUPE-73, # 3 Pla-LUPE-73, # 4 Pla-LUPE-74, # 5 Pla-LUPE-74, # 6 Pla-LUPE-75, # 7 Pla-LUPE-75, # 8 Pla-LUPE-78, # 9 Pla-LUPE-78, # 10 Pla-LUPE-79, # 11 Pla-LUPE-79)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1031 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-80*** (Attachments: # 1 Pla-LUPE-80, # 2 Pla-LUPE-81, # 3 Pla-LUPE-81, # 4 Pla-LUPE-82, # 5 Pla-LUPE-82, # 6 Pla-LUPE-84, # 7 Pla-LUPE-84)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1032 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-85*** (Attachments: # 1 Pla-LUPE-85, # 2 Pla-LUPE-86, # 3 Pla-LUPE-86, # 4 Pla-LUPE-87, # 5 Pla-LUPE-87, # 6 Pla-LUPE-89, # 7 Pla-LUPE-89)(dtg) (Entered: 02/26/2024) |
| 02/26/2024 | 1033 | Transcript filed of Proceedings held on 2-13-24, Proceedings Transcribed: Closing Arguments. Court Reporter/Transcriber: Gigi Simcox, Telephone number: gigi_simcox@txwd.uscourts.gov, 210-244-5037. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 3/18/2024, Redacted Transcript Deadline set for 3/28/2024, Release of Transcript Restriction set for 5/28/2024, Appeal Record due by 3/12/2024, (gs) (Entered: 02/26/2024) |
| 02/27/2024 | 1034 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-135*** (Attachments: # 1 Pla-LUPE-135, # 2 Pla-LUPE-136, # 3 Pla-LUPE-136, # 4 Pla-LUPE-137, # 5 Pla-LUPE-137, # 6 Pla-LUPE-138, # 7 Pla-LUPE-138)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1035 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-146*** (Attachments: # 1 Pla-LUPE-146, # 2 Pla-LUPE-148, # 3 Pla-LUPE-148)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1036 | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-154*** (Attachments: # 1 Pla-LUPE-154, # 2 |

| | | |
|---|---|---|
| | | Pla-LUPE-155, # <u>3</u> Pla-LUPE-155, # <u>4</u> Pla-LUPE-156, # <u>5</u> Pla-LUPE-156)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1037</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-162*** (Attachments: # <u>1</u> Pla-LUPE-162, # <u>2</u> Pla-LUPE-163, # <u>3</u> Pla-LUPE-163, # <u>4</u> Pla-LUPE-164, # <u>5</u> Pla-LUPE-164, # <u>6</u> Pla-LUPE-165, # <u>7</u> Pla-LUPE-165)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1038</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-179*** (Attachments: # <u>1</u> Pla-LUPE-179)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1039</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-182*** (Attachments: # <u>1</u> Pla-LUPE-183, # <u>2</u> Pla-LUPE-183, # <u>3</u> Pla-LUPE-185, # <u>4</u> Pla-LUPE-185, # <u>5</u> Pla-LUPE-187, # <u>6</u> Pla-LUPE-187, # <u>7</u> Pla-LUPE-188, # <u>8</u> Pla-LUPE-188)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1040</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-195*** (Attachments: # <u>1</u> Pla-LUPE-195, # <u>2</u> Pla-LUPE-196, # <u>3</u> Pla-LUPE-196, # <u>4</u> Pla-LUPE-199, # <u>5</u> Pla-LUPE-199)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1041</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-218*** (Attachments: # <u>1</u> Pla-LUPE-218)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1042</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-220*** (Attachments: # <u>1</u> Pla-LUPE-220, # <u>2</u> Pla-LUPE-223, # <u>3</u> Pla-LUPE-223, # <u>4</u> Pla-LUPE-226, # <u>5</u> Pla-LUPE-226)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1043</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-253*** (Attachments: # <u>1</u> Pla-LUPE-253)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1044</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 1)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1045</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 2)*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1046</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-254 (Part 3)***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1047</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-273*** (Attachments: # <u>1</u> Pla-LUPE-273, # <u>2</u> Pla-LUPE-274, # <u>3</u> Pla-LUPE-275, # <u>4</u> Pla-LUPE-275)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1048</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-276*** (Attachments: # <u>1</u> Pla-LUPE-276, # <u>2</u> Pla-LUPE-277, # <u>3</u> Pla-LUPE-277, # <u>4</u> Pla-LUPE-278)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1049</u> | BENCH TRIAL SEALED EXHIBITS by La Union Del Pueblo Entero.***Pla-LUPE-297*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | <u>1050</u> | BENCH TRIAL EXHIBITS by OCA-Greater Houston. (Attachments: # <u>1</u> Pla-OCA-31, # <u>2</u> Pla-OCA-34, # <u>3</u> Pla-OCA-36, # <u>4</u> Pla-OCA-37)(dtg) (Entered: |

25-50246.77590

| | | |
|---|---|---|
| | | 02/27/2024) |
| 02/27/2024 | 1051 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-77*** (Attachments: # 1 Pla-OCA-78, # 2 Pla-OCA-79)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1052 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-80*** (Attachments: # 1 Pla-OCA-81)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1053 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-225***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1054 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-255***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1055 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-283*** (dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1056 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-290***(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1057 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-347*** (Attachments: # 1 Pla-OCA-348, # 2 Pla-OCA-349)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1058 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-351*** (Attachments: # 1 Pla-OCA-352, # 2 Pla-OCA-353, # 3 Pla-OCA-354, # 4 Pla-OCA-356, # 5 Pla-OCA-357, # 6 Pla-OCA-358, # 7 Pla-OCA-359)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1059 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-360*** (Attachments: # 1 Pla-OCA-361, # 2 Pla-OCA-362, # 3 Pla-OCA-363, # 4 Pla-OCA-364)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1060 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-365*** (Attachments: # 1 Pla-OCA-367, # 2 Pla-OCA-368, # 3 Pla-OCA-369)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1061 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-370*** (Attachments: # 1 Pla-OCA-377)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1062 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-401*** (Attachments: # 1 Pla-OCA-402, # 2 Pla-OCA-403, # 3 Pla-OCA-404)(dtg) (Entered: 02/27/2024) |
| 02/27/2024 | 1063 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-405*** (Attachments: # 1 Pla-OCA-406, # 2 Pla-OCA-407, # 3 Pla-OCA-409)(dtg) (Entered: 02/27/2024) |
| 02/28/2024 | 1064 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-410*** (Attachments: # 1 Pla-OCA-414, # 2 Pla-OCA-415, # 3 Pla-OCA-416)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1065 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-427*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1066 | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-442*** (dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1067 | |

| | | |
|---|---|---|
| | | BENCH TRIAL EXHIBITS by OCA-Greater Houston.***Pla-OCA-472*** (Attachments: # 1 Pla-OCA-473)(dtg) (Entered: 02/28/2024) |
| 02/28/2024 | 1068 | BENCH TRIAL EXHIBITS by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Def-INTERVENOR-1, # 2 Def-INTERVENOR-3, # 3 Def-INTERVENOR-6, # 4 Def-INTERVENOR-7, # 5 Def-INTERVENOR-8, # 6 Def-INTERVENOR-9)(dtg) (Entered: 02/28/2024) |
| 02/29/2024 | 1069 | MOTION to Withdraw as Attorney *Josephine Ramirez-Solis* by Yvonne Ramon. (Tognetti, Leigh) (Entered: 02/29/2024) |
| 03/02/2024 | | Text Order GRANTING 1069 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Josephine Ramirez-Solis is hereby WITHDRAWN as counsel for Defendant Hilda Salinas, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/02/2024) |
| 03/05/2024 | 1071 (p.77630) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. (Attachments: # 1 Def-STATE-1, # 2 Def-STATE-2, # 3 Def-STATE-5, # 4 Def-STATE-6, # 5 Def-STATE-7, # 6 Def-STATE-8, # 7 Def-STATE-9)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1072 (p.77858) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-10*** (Attachments: # 1 Def-STATE-11, # 2 Def-STATE-13, # 3 Def-STATE-14, # 4 Def-STATE-15, # 5 Def-STATE-16, # 6 Def-STATE-17, # 7 Def-STATE-18, # 8 Def-STATE-19)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1073 (p.78062) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-20*** (Attachments: # 1 Def-STATE-21, # 2 Def-STATE-23, # 3 Def-STATE-24, # 4 Def-STATE-25, # 5 Def-STATE-26, # 6 Def-STATE-27, # 7 Def-STATE-28, # 8 Def-STATE-29)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1074 (p.78741) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-30*** (Attachments: # 1 Def-STATE-31, # 2 Def-STATE-32, # 3 Def-STATE-33, # 4 Def-STATE-34, # 5 Def-STATE-35, # 6 Def-STATE-36, # 7 Def-STATE-37, # 8 Def-STATE-38, # 9 Def-STATE-39)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1075 (p.78765) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-40*** (Attachments: # 1 Def-STATE-41, # 2 Def-STATE-42, # 3 Def-STATE-43, # 4 Def-STATE-44, # 5 Def-STATE-45, # 6 Def-STATE-46, # 7 Def-STATE-47, # 8 Def-STATE-48, # 9 Def-STATE-49)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1076 (p.78788) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-50*** (Attachments: # 1 Def-STATE-51, # 2 Def-STATE-52, # 3 Def-STATE-53, # 4 Def-STATE-54, # 5 Def-STATE-55, # 6 Def-STATE-56, # 7 Def-STATE-57, # 8 Def-STATE-58, # 9 Def-STATE-59)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1077 (p.78802) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-60*** (Attachments: # 1 Def-STATE-61, # 2 |

| | | |
|---|---|---|
| | | Def-STATE-62, # 3 Def-STATE-63, # 4 Def-STATE-64, # 5 Def-STATE-65, # 6 Def-STATE-66, # 7 Def-STATE-67, # 8 Def-STATE-68, # 9 Def-STATE-69)(dtg) (Entered: 03/05/2024) |
| 03/05/2024 | 1078 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hunker, Kathleen) (Entered: 03/05/2024) |
| 03/06/2024 | 1079 (p.78818) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-70*** (Attachments: # 1 Def-STATE-71, # 2 Def-STATE-72, # 3 Def-STATE-73, # 4 Def-STATE-74, # 5 Def-STATE-75, # 6 Def-STATE-76, # 7 Def-STATE-77, # 8 Def-STATE-78, # 9 Def-STATE-79)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1080 (p.78837) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-80*** (Attachments: # 1 Def-STATE-81, # 2 Def-STATE-82, # 3 Def-STATE-85, # 4 Def-STATE-86, # 5 Def-STATE-87, # 6 Def-STATE-89)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1081 (p.79082) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-90*** (Attachments: # 1 Def-STATE-91, # 2 Def-STATE-92, # 3 Def-STATE-93)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1082 (p.79117) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-117***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1083 (p.79127) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-123*** (Attachments: # 1 Def-STATE-124, # 2 Def-STATE-125, # 3 Def-STATE-127, # 4 Def-STATE-128, # 5 Def-STATE-129)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1084 (p.79337) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-130*** (Attachments: # 1 Def-STATE-131, # 2 Def-STATE-132, # 3 Def-STATE-133, # 4 Def-STATE-134, # 5 Def-STATE-135, # 6 Def-STATE-136, # 7 Def-STATE-137, # 8 Def-STATE-138, # 9 Def-STATE-139)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1085 (p.79441) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-140*** (Attachments: # 1 Def-STATE-141, # 2 Def-STATE-142, # 3 Def-STATE-143, # 4 Def-STATE-144, # 5 Def-STATE-145, # 6 Def-STATE-146, # 7 Def-STATE-147, # 8 Def-STATE-148, # 9 Def-STATE-149)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1086 (p.79532) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-150*** (Attachments: # 1 Def-STATE-151, # 2 Def-STATE-152, # 3 Def-STATE-153, # 4 Def-STATE-154, # 5 Def-STATE-155, # 6 Def-STATE-156, # 7 Def-STATE-157, # 8 Def-STATE-158, # 9 Def-STATE-159)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | | |

| | | |
|---|---|---|
| | <u>1087</u><br>(p.79604) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-160*** (Attachments: # <u>1</u> Def-STATE-161, # <u>2</u> Def-STATE-162, # <u>3</u> Def-STATE-163, # <u>4</u> Def-STATE-164, # <u>5</u> Def-STATE-165, # <u>6</u> Def-STATE-166, # <u>7</u> Def-STATE-167, # <u>8</u> Def-STATE-168, # <u>9</u> Def-STATE-169)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1088</u><br>(p.79621) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-170*** (Attachments: # <u>1</u> Def-STATE-171, # <u>2</u> Def-STATE-172, # <u>3</u> Def-STATE-173, # <u>4</u> Def-STATE-174)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1089</u><br>(p.79644) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-188*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1090</u><br>(p.79660) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-192*** (Attachments: # <u>1</u> Def-STATE-193, # <u>2</u> Def-STATE-194, # <u>3</u> Def-STATE-195, # <u>4</u> Def-STATE-196, # <u>5</u> Def-STATE-197, # <u>6</u> Def-STATE-198, # <u>7</u> Def-STATE-199)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1091</u><br>(p.79697) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-200*** (Attachments: # <u>1</u> Def-STATE-201, # <u>2</u> Def-STATE-202, # <u>3</u> Def-STATE-203, # <u>4</u> Def-STATE-204, # <u>5</u> Def-STATE-205, # <u>6</u> Def-STATE-206, # <u>7</u> Def-STATE-207, # <u>8</u> Def-STATE-208, # <u>9</u> Def-STATE-209)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1092</u><br>(p.79826) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-210*** (Attachments: # <u>1</u> Def-STATE-211, # <u>2</u> Def-STATE-212, # <u>3</u> Def-STATE-213, # <u>4</u> Def-STATE-214, # <u>5</u> Def-STATE-215, # <u>6</u> Def-STATE-216, # <u>7</u> Def-STATE-217, # <u>8</u> Def-STATE-218)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1093</u><br>(p.79842) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-222*** (Attachments: # <u>1</u> Def-STATE-223, # <u>2</u> Def-STATE-224, # <u>3</u> Def-STATE-225, # <u>4</u> Def-STATE-226, # <u>5</u> Def-STATE-227, # <u>6</u> Def-STATE-228, # <u>7</u> Def-STATE-229)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1094</u><br>(p.79945) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-230*** (Attachments: # <u>1</u> Def-STATE-231, # <u>2</u> Def-STATE-232, # <u>3</u> Def-STATE-234, # <u>4</u> Def-STATE-235, # <u>5</u> Def-STATE-236, # <u>6</u> Def-STATE-237, # <u>7</u> Def-STATE-238, # <u>8</u> Def-STATE-239)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1095</u><br>(p.80081) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-240*** (Attachments: # <u>1</u> Def-STATE-241, # <u>2</u> Def-STATE-242, # <u>3</u> Def-STATE-243, # <u>4</u> Def-STATE-244, # <u>5</u> Def-STATE-245, # <u>6</u> Def-STATE-246, # <u>7</u> Def-STATE-247, # <u>8</u> Def-STATE-248, # <u>9</u> Def-STATE-249)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1096</u><br>(p.80590) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-250*** (Attachments: # <u>1</u> Def-STATE-251, # <u>2</u> Def-STATE-252, # <u>3</u> Def-STATE-253, # <u>4</u> Def-STATE-254, # <u>5</u> Def-STATE-255, # <u>6</u> Def-STATE-256, # <u>7</u> Def-STATE-257, # <u>8</u> Def-STATE-258, # <u>9</u> Def-STATE-259)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | <u>1097</u><br>(p.80995) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-260***(Attachments: # <u>1</u> Def-STATE-263, # <u>2</u> |

| | | |
|---|---|---|
| | | Def-STATE-264, # 3 Def-STATE-265, # 4 Def-STATE-266, # 5 Def-STATE-267, # 6 Def-STATE-268, # 7 Def-STATE-269)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1098 (p.81480) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-270*** (Attachments: # 1 Def-STATE-271, # 2 Def-STATE-272, # 3 Def-STATE-273, # 4 Def-STATE-274, # 5 Def-STATE-275, # 6 Def-STATE-276, # 7 Def-STATE-277, # 8 Def-STATE-278, # 9 Def-STATE-279)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1099 (p.81664) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-280*** (Attachments: # 1 Def-STATE-281, # 2 Def-STATE-282, # 3 Def-STATE-286)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1100 (p.81722) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-290*** (Attachments: # 1 Def-STATE-291, # 2 Def-STATE-293, # 3 Def-STATE-294, # 4 Def-STATE-295, # 5 Def-STATE-296, # 6 Def-STATE-297, # 7 Def-STATE-298, # 8 Def-STATE-299)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1101 (p.82347) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-300*** (Attachments: # 1 Def-STATE-301, # 2 Def-STATE-302, # 3 Def-STATE-303, # 4 Def-STATE-304, # 5 Def-STATE-305)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1102 (p.82463) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-316*** (Attachments: # 1 Def-STATE-317, # 2 Def-STATE-318)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1103 (p.82697) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-320*** (Attachments: # 1 Def-STATE-321)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1104 (p.82724) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-349***(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1105 (p.83558) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-371*** (Attachments: # 1 Def-STATE-379)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1106 (p.84414) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-383*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1107 (p.84416) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-393*** (dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1108 (p.84419) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-423*** (Attachments: # 1 Def-STATE-424, # 2 Def-STATE-425, # 3 Def-STATE-428, # 4 Def-STATE-429)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | 1109 (p.84589) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-431*** (Attachments: # 1 Def-STATE-432, # 2 Def-STATE-433, # 3 Def-STATE-434, # 4 Def-STATE-435, # 5 Def-STATE-436, # 6 Def-STATE-437, # 7 Def-STATE-438, # 8 Def-STATE-439)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | | |

| | | |
|---|---|---|
| | **1110** (p.85152) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-440*** (Attachments: # 1 Def-STATE-441, # 2 Def-STATE-442, # 3 Def-STATE-443, # 4 Def-STATE-444, # 5 Def-STATE-445, # 6 Def-STATE-446, # 7 Def-STATE-447, # 8 Def-STATE-448, # 9 Def-STATE-449)(dtg) (Entered: 03/06/2024) |
| 03/06/2024 | **1111** (p.85266) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jane Nelson, Warren K. Paxton.***Def-STATE-450*** (Attachments: # 1 Def-STATE-451)(dtg) (Entered: 03/06/2024) |
| 03/07/2024 | **1112** (p.85268) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise. (Attachments: # 1 JOINT-1, # 2 JOINT-2, # 3 JOINT-3, # 4 JOINT-4, # 5 JOINT-5, # 6 JOINT-6, # 7 JOINT-7, # 8 JOINT-8, # 9 JOINT-9)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | **1113** (p.85545) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-10*** (Attachments: # 1 JOINT-11, # 2 JOINT-12, # 3 JOINT-13, # 4 JOINT-14, # 5 JOINT-15, # 6 JOINT-16, # 7 JOINT-17, # 8 JOINT-18, # 9 JOINT-19)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | **1114** (p.85761) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo |

| | | |
|---|---|---|
| | | Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-20*** (Attachments: # 1 JOINT-21, # 2 JOINT-22, # 3 JOINT-23, # 4 JOINT-24, # 5 JOINT-25, # 6 JOINT-26, # 7 JOINT-27, # 8 JOINT-28, # 9 JOINT-29)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1115 (p.85783) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-30*** (Attachments: # 1 JOINT-31, # 2 JOINT-32, # 3 JOINT-33, # 4 JOINT-34, # 5 JOINT-35, # 6 JOINT-36, # 7 JOINT-37, # 8 JOINT-38, # 9 JOINT-39)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1116 (p.85799) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-40*** (Attachments: # 1 JOINT-41, # 2 JOINT-42, # 3 JOINT-43, # 4 JOINT-44, # 5 JOINT-45, # 6 JOINT-46, # 7 JOINT-47, # 8 JOINT-48, # 9 JOINT-49)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1117 (p.85910) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., |

| | | |
|---|---|---|
| | | Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-50*** (Attachments: # 1 JOINT-51, # 2 JOINT-52, # 3 JOINT-53, # 4 JOINT-54, # 5 JOINT-55, # 6 JOINT-56, # 7 JOINT-57, # 8 JOINT-58, # 9 JOINT-59)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1118 (p.86022) | BENCH TRIAL EXHIBITS by Gregory W. Abbott, Jacque Callanen, Jeffrey Lamar Clemmons, John Creuzot, Dallas County Republican Party, Dana DeBeauvoir, Delta Sigma Theta Sorority Inc., Jose A. Esparza, Fiel Houston, Inc., Friendship-West Baptist Church, Jose Garza, Joe Gonzales, Rebecca Guerrero, Harris County Republican Party, Houston Area Urban League, Teneshia Hudspeth, Isabel Longoria, JOLT Action, James Lewin, LULAC Texas, La Union Del Pueblo Entero, Lawyers Democracy Fund, League of Women Voters of Texas, Dyana Limon-Mercado, Marla Lopez, Marlon Lopez, Mexican American Bar Association of Texas, Mi Familia Vota, National Republican Congressional Committee, National Republican Senatorial Committee, Jane Nelson, OCA-Greater Houston, Kim Ogg, Warren K. Paxton, REVUP-Texas, Yvonne Ramon, Republican National Committee, Ricardo Rodriguez, Jr., Yvonne Rosales, Paul Rutledge, Michael Scarpello, Southwest Voter Registration Education Project, Texas AFT, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, Texas Impact, The Arc of Texas, Lupe C. Torres, Voto Latino, William C. Velasquez Institute, Lisa Wise.***JOINT-60*** (Attachments: # 1 JOINT-61, # 2 JOINT-62, # 3 JOINT-63, # 4 JOINT-64, # 5 JOINT-65, # 6 JOINT-66, # 7 JOINT-67, # 8 JOINT-68, # 9 JOINT-69)(dtg) (Entered: 03/07/2024) |
| 03/07/2024 | 1119 | MOTION to Withdraw as Attorney by Mi Familia Vota. (Attachments: # 1 Proposed Order)(Watkins, Elijah) (Entered: 03/07/2024) |
| 03/08/2024 | 1120 | Unopposed MOTION to Withdraw as Attorney *Joseph N. Posimato* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Posimato, Joseph) (Entered: 03/08/2024) |
| 03/11/2024 | 1121 | Unopposed MOTION to Withdraw as Attorney *Michael E. Stewart* by United States Of America. (Attachments: # 1 Proposed Order)(Stewart, Michael) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1120 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Joseph N. Posimato is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1121 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael E. Stewart is hereby WITHDRAWN as counsel of |

| | | |
|---|---|---|
| | | record for the UnitedStates, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1122 | Unopposed MOTION for Extension of Time to File Response/Reply as to 992 Opposed MOTION to Strike *the Declaration of Jonathan White* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1122 Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. LUPE Plaintiffs' deadline to file a reply in support of their Motion to Strike the Declaration of Jonathan White 992 is hereby extended to March 22, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/11/2024) |
| 03/11/2024 | | Text Order GRANTING 1119 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elijah Watkins is hereby WITHDRAWN as counsel of record for Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.)(cb) (Entered: 03/11/2024) |
| 03/11/2024 | 1125 | Certified copy of USCA JUDGMENT/MANDATE Reversing Notice of Appeal - Interlocutory, 567 Notice of Appeal (E-Filed), filed by Paul Bettencourt, Briscoe Cain.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 03/15/2024) |
| 03/13/2024 | 1123 | MOTION to Appear Pro Hac Vice by Jennifer A. Holmes *for Uruj Sheikh* ( Filing fee $ 100 receipt number CTXWDC-18526148) by on behalf of Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Holmes, Jennifer) (Entered: 03/13/2024) |
| 03/14/2024 | 1124 | Unopposed MOTION to Withdraw as Attorney *Germaine Habell* by Lisa Wise. (Attachments: # 1 Proposed Order)(Hartnett, Kathleen) (Entered: 03/14/2024) |
| 03/18/2024 | | Text Order GRANTING 1123 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only |

| | | |
|---|---|---|
| | | entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order GRANTING 1124 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Germaine Habell of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 608 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 614 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/18/2024 | | Text Order TERMINATING 616 Motion for Summary Judgment entered by Judge Xavier Rodriguez. The motion is terminated as carried with the case, with a ruling to follow in the Court's findings of fact and conclusions of law. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/18/2024) |
| 03/22/2024 | 1126 | REPLY to Response to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, William C. Velasquez Institute, re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Plaintiff Texas Hispanics Organized for Political Education, Plaintiff Texas Impact, Plaintiff William C. Velasquez Institute, Plaintiff Fiel Houston, Inc., Plaintiff JOLT Action, Plaintiff La Union Del Pueblo Entero, Plaintiff Southwest Voter Registration Education Project, Plaintiff Mexican American Bar Association of Texas, Plaintiff Friendship-West Baptist Church (Perales, Nina) (Entered: 03/22/2024) |
| 04/08/2024 | | Certification of the Electronic Record on Appeal in USCA #23-50885 has been accepted by the 5th Circuit. re 823 Notice of Appeal, 827 Notice of Appeal,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 04/08/2024) |
| 04/11/2024 | 1127 | MOTION to Withdraw as Attorney *Ronald Fein* by Mi Familia Vota. (Olson, Wendy) (Entered: 04/11/2024) |
| 04/15/2024 | | Text Order GRANTING 1127 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ronald (Ron) Fein is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge ("MFV Plaintiffs"). The MFV Plaintiffs will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2024) |
| 04/29/2024 | 1128 | |

| | | |
|---|---|---|
| | | ORDER Striking Pleading 992 Opposed MOTION to Strike *the Declaration of Jonathan White*, Motions terminated: 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Friendship-West Baptist Church.. Signed by Judge Xavier Rodriguez. (wg) (Entered: 04/29/2024) |
| 04/29/2024 | 1129 | ORDER REGARDING RENEWED MOTION TO STRIKE DECLARATION re 992 Opposed MOTION to Strike *the Declaration of Jonathan White* filed by Texas Hispanics Organized for Political Education,et.al., The documents containing the declaration of Jonathan White (ECF No. 645-5; ECF No. 646-3) have been STRICKEN from the record of this case, and the Clerk is DIRECTED to REPLACE ECF No. 645-5 with Exhibit 1 to this document, and to replace ECF No. 646-3 with Exhibit 2 to this document. Signed by Judge Xavier Rodriguez. (wg) (Additional attachment(s) added on 4/30/2024: # 1 Exhibit 1, # 2 Exhibit 2) (wg). (Entered: 04/30/2024) |
| 05/01/2024 | 1130 | Unopposed MOTION to Withdraw as Attorney *Michael B. Jones* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Jones, Michael) (Entered: 05/01/2024) |
| 05/02/2024 | | Text Order GRANTING 1130 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Michael B. Jones is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/02/2024) |
| 05/03/2024 | 1131 | Unopposed MOTION to Withdraw as Attorney *for Hani Mirza* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed order granting motion to withdraw Hani Mirza)(Dolling, Zachary) (Entered: 05/03/2024) |
| 05/03/2024 | | Text Order GRANTING 1131 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Hani Mirza is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/03/2024) |
| 05/06/2024 | 1132 | Letter of transmittal from USCA received for 451 Notice of Appeal - Interlocutory, filed by Kim Ogg.***The court has taken the following action in this case: The motion to withdraw counsel Mr. Michael B. Jones is hereby GRANTED.*** (dtg) Modified TEXT TO REFLECT THAT MR. MICHAEL B. JONES HAS WITHDRAWN AS ATTORNEY OF RECORD on 5/13/2024 (dtg).*** (Entered: 05/13/2024) |
| 05/14/2024 | 1133 | Unopposed MOTION to Withdraw as Attorney *for Robyn Nicole Sanders* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 Proposed Order)(Tulin, Leah) (Entered: 05/14/2024) |
| 05/14/2024 | | Text Order GRANTING 1133 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Robyn Nicole Sanders is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James |

| | | |
|---|---|---|
| | | Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 05/14/2024) |
| 05/21/2024 | 1134 | ORDER of USCA (certified copy). re 451 Notice of Appeal - Interlocutory.*** ORDER: IT IS ORDERED that the unopposed motion filed by Mr. Ronald Fein to withdraw as counsel is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 05/22/2024 | 1135 | JUDGMENT ISSUED AS THE MANDATE FROM USCA5 (certified copy). re USCA No. 22-50775 OCA-Greater Houston v. Nelson Consolidated with No. 22-50777 Consolidated with No. 22-50778. re 459 Notice of Appeal - Interlocutory.***ORDER: IT IS ORDERED that Appellees OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Funds unopposed motion for partial dismissal of the appeal as to Workers Defense Action Fund only is GRANTED.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 05/22/2024) |
| 06/17/2024 | 1136 | ORDER FOR BRIEFING ON SUPPLEMENTAL AUTHORITY--The Organizational Plaintiffs, the State Defendants, and Intervenor Defendants are directed to file supplemental briefing on the impact of the Supreme Courts recent decision in Food & Drug Administration v. Alliance for Hippocratic Medicine on Plaintiffs standing in this case within 10 days of this order or seek an extension of time to do so.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 06/17/2024) |
| 06/21/2024 | 1137 | Agreed MOTION for Extension of Time to File *Responsive Briefs on Supplemental Authority* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 06/21/2024) |
| 06/24/2024 | | Text Order GRANTING 1137 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The parties' deadline to file supplemental briefing in accordance with the Court's order of June 17, 2024 1136 is hereby extended to July 11, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 06/24/2024) |
| 07/11/2024 | 1138 | SUPPLEMENTAL MEMORANDUM *Regarding Organizational Standing* by Mi Familia Vota. (Olson, Wendy) (Entered: 07/11/2024) |
| 07/11/2024 | 1139 | Unopposed MOTION to Withdraw as Attorney *Jennifer J. Yun* by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 07/11/2024) |
| 07/11/2024 | 1140 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *Request for Supplemental Briefing* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan) (Entered: 07/11/2024) |
| 07/11/2024 | 1141 | SUPPLEMENTAL MEMORANDUM *on Standing* by Kim Ogg. (Liu, Cory) (Entered: 07/11/2024) |
| 07/11/2024 | 1142 | SUPPLEMENTAL MEMORANDUM *Responding to ECF 1136 Regarding Organizational Standing* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Nkwonta, Uzoma) (Entered: 07/11/2024) |
| 07/11/2024 | 1143 | SUPPLEMENTAL MEMORANDUM to 1136 Order, *FOR BRIEFING ON SUPPLEMENTAL AUTHORITY* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Dolling, Zachary) (Entered: 07/11/2024) |

| 07/11/2024 | 1144 | SUPPLEMENTAL MEMORANDUM to 1136 Order, by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Showalter, James) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | 1145 | BRIEF *Supplemental* regarding 1136 Order, by La Union Del Pueblo Entero. (Attachments: # 1 Exhibit A)(Perales, Nina) (Entered: 07/11/2024) |
| 07/12/2024 | | Text Order GRANTING 1139 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jennifer J. Yun is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/12/2024) |
| 07/12/2024 | 1146 | Certified copy of USCA JUDGMENT/MANDATE Remanding Notice of Appeal - Interlocutory, filed by Kim Ogg, 451 Notice of Appeal (E-Filed) filed by Kim Ogg.***This cause was considered on the record on appeal and was argued by counsel. IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. IT IS FURTHER ORDERED that each party bear its own costs on appeal. The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 07/16/2024) |
| 07/18/2024 | 1147 | POST-MANDATE ORDER, TERMINATING 804 MOTION for Judgment on Partial Findings filed by Kim Ogg.. Accordingly, as instructed by the Fifth Circuit, Plaintiffs constitutional claims against Defendant Kim Ogg in her official capacity as Harris County District Attorney are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction. Plaintiffs statutory claims against Ogg remain pending. Oggs motion for judgment (ECF No. 804) is TERMINATED as moot with respect to Plaintiffs constitutional claims and otherwise carried with the case, to be addressed in the Courts findings of fact and conclusions of law. Signed by Judge Xavier Rodriguez. (rqr) Modified on 7/19/2024 to edit text(rqr). (Entered: 07/18/2024) |
| 07/18/2024 | | Notice of Correction: re 1147 Order. Entry was edited to reflect accurate order information. (rqr) (Entered: 07/19/2024) |
| 07/25/2024 | 1148 | Letter of transmittal from USCA received for 23 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 27 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted the motion of Ryan Mackenzie Proctor to withdraw as counsel.*** (dtg) (Entered: 07/25/2024) |
| 07/30/2024 | 1149 | Unopposed MOTION to Withdraw as Attorney by Jose Garza, Dyana Limon-Mercado. (Attachments: # 1 Proposed Order)(Birring, Sameer) (Entered: 07/30/2024) |
| 07/31/2024 | | Text Order GRANTING 1149 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Sameer Singh Birring is hereby WITHDRAWN as counsel of |

| | | |
|---|---|---|
| | | record for Defendants Dyana Limon Mercado and Travis County District Attorney Jos Garza, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 07/31/2024) |
| 08/01/2024 | 1150 | NOTICE *of Supplemental Authority* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas (Dolling, Zachary) (Entered: 08/01/2024) |
| 08/01/2024 | 1151 | Unopposed MOTION to Withdraw as Attorney *Ethan Szumanski* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order Granting Motion to Withdraw)(Kercher, Ryan) (Entered: 08/01/2024) |
| 08/05/2024 | | Text Order GRANTING 1151 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ethan Szumanski is hereby withdrawn as counsel of record for Defendants Gregory W. Abbott, in his official capacity as Governor of Texas, Jane Nelson, in her official capacity as Secretary of State Texas, Warren K. Paxton, in his official capacity as Attorney General of Texas, and the State of Texas (collectively, the "State Defendants"). The State Defendants will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 08/05/2024) |
| 08/28/2024 | 1152 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal,, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.***The court has granted an extension of time to and including September 17, 2024 for filing a reply brief in this case.*** (dtg) (Entered: 08/28/2024) |
| 08/29/2024 | 1153 | Unopposed MOTION to Withdraw as Attorney *for Alyssa Bernstein* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order Proposed Order)(Dolling, Zachary) (Entered: 08/29/2024) |
| 08/29/2024 | 1154 | Letter of transmittal from USCA received for 823 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 827 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The court has granted Appellees League of Women Voters of Texas, OCA-Greater Houston and REVUP-Texas motion to relieve Alyssa G. Bernsein as attorney of record.*** (dtg) ***Modified TEXT on 9/9/2024 TO REFLECT CORRECT FILING DATE FROM 8/19/2024 TO 8/29/2024. (dtg).*** (Entered: 09/09/2024) |
| 09/06/2024 | | Text Order GRANTING 1153 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Alyssa G. Bernstein is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/06/2024) |
| 09/10/2024 | 1155 | Unopposed MOTION to Withdraw as Attorney *Elizabeth Y. Ryan* by Friendship-West Baptist Church, James Lewin, Texas Impact. (Attachments: # 1 |

| | | Proposed Order)(Berry, Patrick) (Entered: 09/10/2024) |
|---|---|---|
| 09/10/2024 | | Text Order GRANTING 1155 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elizabeth Y. Ryan is hereby WITHDRAWN as counsel of record for Plaintiffs Friendship-West Baptist Church, Texas Impact, and James Lewin, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/10/2024 | 1156 | Unopposed MOTION to Withdraw as Attorney *Jerry Vattamala* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 09/10/2024) |
| 09/10/2024 | | Text Order GRANTING 1156 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jerry Vattamala is hereby WITHDRAWN as counsel of record for Plaintiffs OCA-Greater Houston, League of Women Voters of Texas, and REVUP-Texas, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 09/10/2024) |
| 09/28/2024 | 1157 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' Free Speech and Due Process Challenges to Section 7.04 of S.B. 1 signed by Judge Xavier Rodriguez. (cb) (Entered: 09/28/2024) |
| 09/30/2024 | 1158 | ORDER ADMINISTRATIVELY CLOSING CASE--The Clerks office is therefore DIRECTED to ADMINISTRATIVELY CLOSE this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Courts own motion. Parties may continue to file motions and documents in the case. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2024) |
| 09/30/2024 | 1159 | Opposed MOTION to Stay Case *Pending Appeal, or in the alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 09/30/2024) |
| 10/01/2024 | 1160 | Unopposed MOTION to Withdraw as Attorney *Susana Lorenzo-Giguere* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/01/2024) |
| 10/01/2024 | | Text Order GRANTING 1160 Motion to Withdraw as Attorney. entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 10/01/2024) |
| 10/01/2024 | 1161 | ORDER DENYING 1159 Motion to Stay Case Signed by Judge Xavier Rodriguez. (mgr) (Entered: 10/01/2024) |
| 10/01/2024 | 1162 | Appeal of Order entered by District Judge 1157 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19294274) (Kercher, Ryan) (Entered: 10/01/2024) |
| 10/01/2024 | 1163 | Appeal of Order entered by District Judge 1157 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19294525) (Gore, John) (Entered: 10/01/2024) |

| | | |
|---|---|---|
| 10/01/2024 | | NOTICE OF APPEAL following 1162 Notice of Appeal (E-Filed) by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. Filing fee $ 605, receipt number ATXWDC-19294274. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/01/2024 | | NOTICE OF APPEAL following 1163 Notice of Appeal (E-Filed), by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Filing fee $ 605, receipt number ATXWDC-19294525. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (wg) (Entered: 10/02/2024) |
| 10/03/2024 | 1166 | COPY of Letter of transmittal from USCA to Mr. Ryan Glen Kercher and Ms. Lanora Christine Pettit received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1164 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 09/28/2024 Order. Proceedings Transcribed: none. Court Reporter: Gigi Simcox.. (Hunker, Kathleen) ***Modified TEXT on 10/4/2024 (dtg).***NO HEARINGS. TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/04/2024) |
| 10/04/2024 | 1165 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by League of Women Voters of Texas, OCA-Greater Houston. (Attachments: # 1 Proposed Order)(Dolling, Zachary) (Entered: 10/04/2024) |
| 10/04/2024 | | Text Order GRANTING 1165 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for OCA-Greater Houston and League of Women Voters of Texas to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/04/2024) |
| 10/04/2024 | 1167 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore received for 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/04/2024) |
| 10/04/2024 | 1168 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National |

| | | Committee, National Republican Senatorial Committee.***PER CURIAM: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 10, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 9:00 a.m. CT on Tuesday, October 8, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 9, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/09/2024) |
|---|---|---|
| 10/07/2024 | 1169 | Letter of transmittal from USCA received for 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS, 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Attached is a revised case caption, which should be used on all future filings in this case.*** (Entered: 10/09/2024) |
| 10/10/2024 | 1170 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee for dates of 9/28/2024 Order. Proceedings Transcribed: None. Court Reporter: Gigi Simcox.. (Capozzi, Louis)***Modified TEXT on 10/10/2024 (dtg).***NO HEARINGS.*** (Entered: 10/10/2024) |
| 10/10/2024 | 1171 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***Per Curiam: This court previously granted a temporary administrative stay of the district courts order and permanent injunction until October 10, 2024. IT IS ORDERED that the stay is extended until October 15, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/11/2024) |
| 10/11/2024 | 1172 | MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Attachments: # 1 Proposed Order)(Nkwonta, Uzoma) (Entered: 10/11/2024) |
| 10/11/2024 | 1173 | FINDINGS OF FACT AND CONCLUSIONS OF LAW as to Plaintiffs' challenges under Section 208 of the Voting Rights Act signed by Judge Xavier Rodriguez. (Entered: 10/11/2024) |
| 10/15/2024 | | Text Order GRANTING 1172 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for LULAC Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1174 | Unopposed MOTION for Extension of Time to File *Bill of Costs and Motion for Attorney's Fees* by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT |

| | | |
|---|---|---|
| | | Action, James Lewin, La Union Del Pueblo Entero, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute. (Perales, Nina) (Entered: 10/15/2024) |
| 10/15/2024 | | Text Order GRANTING 1174 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadline for the LUPE Plaintiffs to file a bill of costs and move for attorney's fees with respect to the Court's September 28, 2024 order 1157 is set for thirty (30) days after the appeals court issues the mandate in the appeals stemming from that order. If any party petitions for certiorari after the mandate issues, these deadlines are further extended until thirty (30) days after resolution of the petition for certiorari and any subsequent proceeding. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 10/15/2024) |
| 10/15/2024 | 1175 | Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Attachments: # 1 Proposed Order)(Kercher, Ryan) (Entered: 10/15/2024) |
| 10/15/2024 | 1176 | ORDER of USCA (certified copy). re 1162 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, Jane Nelson, STATE OF TEXAS. 1163 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee.***The motion to stay injunction pending appeal is granted.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/16/2024) |
| 10/17/2024 | 1177 | Appeal of Order entered by District Judge 1173 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-19356706) (Kercher, Ryan) (Entered: 10/17/2024) |
| 10/17/2024 | 1178 | Response in Opposition to Motion, filed by Fiel Houston, Inc., Friendship-West Baptist Church, JOLT Action, James Lewin, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Hispanics Organized for Political Education, Texas Impact, William C. Velasquez Institute, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Menendez, Fatima) (Entered: 10/17/2024) |
| 10/18/2024 | 1179 | Appeal of Final Judgment 1173 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19358563) (Capozzi, Louis) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1177 Notice of Appeal (E-Filed). Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | | NOTICE OF APPEAL following 1179 Notice of Appeal (E-Filed),. Filing fee $ 605. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of |

| | | |
|---|---|---|
| | | Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (nm) (Entered: 10/18/2024) |
| 10/18/2024 | 1180 | Response in Opposition to Motion, filed by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas, re 1175 Opposed MOTION to Stay Case *Pending Appeal, or in the Alternative, for Administrative Stay Pending Appeal and Request for Expedited Consideration* filed by Defendant Warren K. Paxton, Defendant Gregory W. Abbott, Consol Defendant Jane Nelson, Consol Defendant STATE OF TEXAS (Holmes, Jennifer) (Entered: 10/18/2024) |
| 10/18/2024 | 1181 | ORDER GRANTING IN PART AND DENYING IN PART 1175 Opposed Motion to Stay Case Pending Appeal signed by Judge Xavier Rodriguez. (Entered: 10/18/2024) |
| 10/18/2024 | 1182 | COPY of Letter of transmittal from USCA to Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Lloyd Nielson, Ms. Lanora Christine Pettit received for 1177 Notice of Appeal by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1183 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Ms. Kateland R. Jackson, Mr. Ryan Glen Kercher, Mr. Aaron Loyd Nilson, Ms. Lanora Christine Pettit received for 1179 Notice of Appeal by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 10/21/2024) |
| 10/18/2024 | 1184 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants emergency motion for a temporary administrative stay of the district court order and permanent injunction is GRANTED until October 25, 2024. IT IS FURTHER ORDERED that Appellees file any response to the motion for a stay pending appeal by 12:00 p.m. CT on Tuesday, October 22, 2024, and that Appellants file any reply in support of the motion for a stay pending appeal by 5:00 p.m. CT on Wednesday, October 23, 2024.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |
| 10/20/2024 | 1185 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal.***Per Curiam: IT IS ORDERED that Appellants October 18, 2024 motion to stay injunction pending appeal is denied without prejudice. The motion is premised on the Purcell principle. That principle is implicated when a lower court has issued an injunction of a states election law in the period close to an election. Merrill v. Milligan, 142 S. Ct. 879, 880 (2022) (Kavanaugh, J., concurring) (citing Purcell v. Gonzalez, 549 U.S. 1, 1 (2006)). Here, the district court has already applied Purcell and stayed its injunction until after the election. If Appellants seek to stay the injunction beyond the upcoming November election, the motion shall be submitted to the panel assigned to hear argument in this appeal. IT IS FURTHER ORDERED that the temporary administrative stay granted by this Court on October 18, 2024 is dissolved.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 10/21/2024) |

| 10/22/2024 | 1186 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis)***Modified TEXT on 10/23/2024 (dtg).***NO HEARINGS.*** (Entered: 10/22/2024) |
|---|---|---|
| 10/23/2024 | 1187 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS for dates of 10/11/2024 Order. Proceedings Transcribed: n/a. Court Reporter: Gigi Simcox.. (Hunker, Kathleen)*** Modified TEXT on 10/24/2024 (dtg).***NO HEARINGS.***TRANSCRIPT UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 10/23/2024) |
| 10/25/2024 | 1188 | Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 10/25/2024) |
| 10/30/2024 | 1189 | NOTICE *of Non-Opposition* by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS re 1188 Opposed MOTION for Extension of Time to File *Private Plaintiffs' Bills of Cost and Motions for Attorneys' Fees and Costs* (Kercher, Ryan) (Entered: 10/30/2024) |
| 11/01/2024 | | Text Order GRANTING 1188 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. The deadlines for Private Plaintiffs to file bills of costs and move for attorneys' fees and costs with respect to the Court's October 11, 2024 Order 1173 is set for 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeals stemming from that order. If any party petitions for certiorari after the court of appeals' mandate issues, these deadlines are further extended until 30 days after the resolution of the petition for certiorari and any subsequent proceeding. It is FURTHER ORDERED, with respect to any future order the Court issues based on the first phase of the bifurcated trial proceedings in this case, that the relevant Private Plaintiffs' deadlines for filing bills of costs and moving for attorneys' fees and costs (if applicable) is extended to 45 days after the court issues that order. If during those 45 days any Defendant appeals that order, the relevant Private Plaintiffs' deadlines to file bills of costs and move for attorneys' fees and costs is further extended to 30 days after the last deadline for any party to file a petition for certiorari in connection with any appeal of this Court's order. And if any party petitions for certiorari after the court of appeals' mandate issues, those deadlines are further extended until 30 days after resolution of the petition for certiorari and any subsequent proceeding.(This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 11/01/2024) |
| 11/01/2024 | 1190 | Letter of transmittal from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***Attached is a revised case caption, which should be used on all future filings in this case.*** (dtg) (Entered: 11/04/2024) |
| 11/07/2024 | 1192 | Email from USCA received for 1177 Notice of Appeal, 1179 Notice of Appeal.***DOCKET TEXT: BRIEFING SUSPENDED - ISSUED PREMATURELY; THE RECORD IS NOT COMPLETE. A/PET'S BRIEF DEADLINE CANCELED [24-50826].*** (dtg) (Entered: 11/13/2024) |
| 11/08/2024 | 1191 | Appeal of Order entered by District Judge 1173 by Kim Ogg. ( Filing fee $ 605 receipt number ATXWDC-19447854) (Liu, Cory) (Entered: 11/08/2024) |
| 11/08/2024 | | |

| | | |
|---|---|---|
| | | NOTICE OF APPEAL following <u>1191</u> Notice of Appeal (E-Filed) by Kim Ogg. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (<u>Transcript Order</u>) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (mgr) (Entered: 11/08/2024) |
| 11/18/2024 | <u>1193</u> | TRANSCRIPT REQUEST by Kim Ogg for dates of 09/11/23 - 10/20/23. Proceedings Transcribed: Trial. Court Reporter: Gigi Simcox.. (Liu, Cory)***Modified TEXT on 11/19/2024 (dtg).***TRANSCRIPT(S) IS/ARE ALREADY ON FILE IN THE CLERK'S OFFICE.*** (Entered: 11/18/2024) |
| 11/22/2024 | <u>1194</u> | COPY of Letter of transmittal from USCA to Mr. Eric J.R. Nichols, received for <u>1191</u> Notice of Appeal, filed by Kim Ogg.***We have docketed the appeal as to the additional appeal filed as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 11/22/2024) |
| 12/19/2024 | | Certification of the Electronic Record on Appeal has been accepted by the 5th Circuit. re <u>1177</u> Notice of Appeal, <u>1179</u> Notice of Appeal, <u>1191</u> Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions <u>here</u> (dtg) (Entered: 12/19/2024) |
| 12/19/2024 | <u>1195</u> | ORDER FOR ADVISORY--Accordingly, the LULAC Plaintiffs, LUPE Plaintiffs, and HAUL-MFV Private Plaintiffs are DIRECTED to file an advisory by no later than January 6, 2024, stating:(1) Whether they intend to proceed with their claims for intentional discrimination in violation of the Fourteenth and Fifteenth Amendments and,(2) If the Plaintiffs intend to proceed to Phase II of trial, whether the Court should postpone issuing findings of fact and conclusions of law on their claims under Section 2 of the VRA until Phase II has concluded.. Signed by Judge Xavier Rodriguez. (rqr) (Entered: 12/20/2024) |
| 12/24/2024 | <u>1196</u> | Unopposed MOTION for Extension of Time to File *Advisory* by Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Attachments: # <u>1</u> Proposed Order)(Genecin, Victor) (Entered: 12/24/2024) |
| 12/27/2024 | | Text Order GRANTING <u>1196</u> Motion for Extension of Time to File Advisory entered by Judge Xavier Rodriguez. The HAUL-MFV, LUPE, and LULAC Plaintiffs' deadline to file their advisory regarding their claims for intentional discrimination under the Fourteenth and Fifteenth Amendments and the Courts findings of fact and conclusions of law on their claims under Section 2 of the Voting Rights Act is hereby extended to January 10, 2024. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 12/27/2024) |
| 01/07/2025 | <u>1197</u> | Unopposed MOTION to Withdraw as Attorney *Daniela Lorenzo* by LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, Texas AFT. (Lorenzo, Daniela) (Entered: 01/07/2025) |
| 01/08/2025 | <u>1198</u> | Unopposed MOTION to Withdraw as Attorney *Kelsey R. Spector* by Lisa Wise. (Hartnett, Kathleen) (Entered: 01/08/2025) |
| 01/08/2025 | | Text Order GRANTING <u>1197</u> Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Daniela Lorenzo is hereby WITHDRAWN as counsel for Plaintiffs LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and |

| | | |
|---|---|---|
| | | Texas AFT, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/08/2025) |
| 01/09/2025 | | Text Order GRANTING 1198 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Kelsey R. Spector of Cooley LLP is hereby WITHDRAWN as counsel for Defendant Lisa Wise, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/09/2025) |
| 01/09/2025 | 1199 | Unopposed MOTION for Extension of Time to File *Advisory* by James Lewin, Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order Proposed Order)(Longoria, Julia) (Entered: 01/09/2025) |
| 01/10/2025 | | Text Order GRANTING 1199 Motion for Extension of Time to File entered by Judge Xavier Rodriguez. Plaintiffs' deadline to file their advisory as to Stage 2 of trial is hereby extended until January 24, 2025. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/10/2025) |
| 01/17/2025 | 1200 | Unopposed MOTION to Withdraw as Attorney *Mark L. Bieter* by Mi Familia Vota. (Olson, Wendy) (Entered: 01/17/2025) |
| 01/21/2025 | | Text Order GRANTING 1200 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Mark L. Bieter of Stoel Rives LLP is hereby WITHDRAWN as counsel for Plaintiffs Mi Familia Vota, Marla Lopez, Marlon Lopez, and Paul Rutledge, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/21/2025) |
| 01/24/2025 | 1201 | ADVISORY TO THE COURT by Houston Area Urban League , *Delta Sigma Theta, MFV, LUPE and LULAC pursuant to Order - Doc. 1195.* (Genecin, Victor) (Entered: 01/24/2025) |
| 01/24/2025 | 1202 | Unopposed MOTION to Dismiss *Claims Voluntarily Under R. 41(a)(2)* by Fiel Houston, Inc., La Union Del Pueblo Entero, Friendship-West Baptist Church, Southwest Voter Registration Education Project, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, JOLT Action, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Perales, Nina) (Entered: 01/24/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #6 RECORD) in USCA #24-50783 has been accepted by the 5th Circuit. re 1162 Notice of Appeal, 1163 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |
| 01/27/2025 | | Certification of the Electronic Record on Appeal (SUPPLEMENTAL #7 RECORD) in USCA #24-50826 has been accepted by the 5th Circuit. re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site by following these instructions here (dtg) (Entered: 01/27/2025) |

| 01/27/2025 | 1203 | ORDER GRANTING 1202 Motion to Dismiss Signed by Judge Xavier Rodriguez. (vl) (Entered: 01/28/2025) |
|---|---|---|
| 01/28/2025 | 1204 | MOTION to Appear Pro Hac Vice by Victor Genecin *for Maia Cole* ( Filing fee $ 100 receipt number ATXWDC-19719948) by on behalf of Houston Area Urban League, Delta Sigma Theta Sorority Inc., The Arc of Texas, Jeffrey Lamar Clemmons. (Genecin, Victor) (Entered: 01/28/2025) |
| 01/29/2025 | | Text Order GRANTING 1204 Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 01/29/2025) |
| 02/27/2025 | 1205 | Unopposed MOTION to Withdraw as Attorney by LULAC Texas, Texas AFT, Texas Alliance for Retired Americans, Voto Latino. (Armenta, Elena) (Entered: 02/27/2025) |
| 03/03/2025 | | Text Order GRANTING 1205 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Elena Rodriguez Armenta is hereby WITHDRAWN as counsel of record for LULAC Texas, Voto Latino, Texas Alliance for Retired Americans, and Texas AFT, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 03/03/2025) |
| 03/14/2025 | 1206 | FINDINGS OF FACT AND CONCLUSIONS OF LAW. Signed by Judge Xavier Rodriguez. (vl) (Entered: 03/18/2025) |
| 03/21/2025 | 1207 | Unopposed MOTION to Stay *Pending Appeal or in the Alternative, Motion for Clarification* by Gregory W. Abbott, Warren K. Paxton, David Nelson, JANE NELSON, in her official capacity as Texas Secretary of State. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Hunker, Kathleen) (Entered: 03/21/2025) |
| 03/26/2025 | 1208 | Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton. No filing fee submitted (Kercher, Ryan) (Entered: 03/26/2025) |
| 03/26/2025 | 1209 | Appeal of Final Judgment 1206 by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. ( Filing fee $ 605 receipt number ATXWDC-19963266) (Gore, John) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/26/2025) |
| 03/26/2025 | | NOTICE OF APPEAL by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order |

| | | the transcript. To order a transcript, the appellant should fill out a (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 03/27/2025) |
|---|---|---|
| 03/28/2025 | 1210 | ORDER GRANTING 1207 Unopposed Motion for Stay Pending Appeal or in the alternative, Motion for Clarification signed by Judge Xavier Rodriguez. (Entered: 03/28/2025) |
| 03/31/2025 | 1211 | COPY of Letter of transmittal from USCA received to Mr. Louis Joseph Capozzi, III, et al. for 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***In light of the court order of March 28, 2025 expediting the above captioned appeal, please adhere to the following expedited briefing schedule. Appellants reply brief is due on 04/17/2025.*** (dtg) (Entered: 03/31/2025) |
| 04/01/2025 | 1212 | ORDER of USCA (certified copy). re 1177 Notice of Appeal, 1179 Notice of Appeal, 1191 Notice of Appeal.***ORDER: IT IS ORDERED that appellants opposed motion for an expedited ruling on the motion to stay the district courts order and permanent injunction pending appeal is GRANTED. IT IS FURTHER ORDERED that the appellants opposed motion to stay the district courts order and permanent injunction pending appeal is GRANTED.* IT IS FURTHER ORDERED that the appellants opposed alternative motion for an administrative stay is DENIED as moot. IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.*** (Attachments: # 1 TRANSMITTAL LETTER FROM USCA5)(dtg) (Entered: 04/01/2025) |
| 04/04/2025 | 1213 | TRANSCRIPT REQUEST by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Gore, John)***Modified TEXT on 4/7/2025 (dtg).***NO HEARINGS.*** (Entered: 04/04/2025) |
| 04/04/2025 | 1214 | Opposed MOTION *For Clarification* re 1210 Order by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas. (Attachments: # 1 Proposed Order)(Harris, Ashley) (Entered: 04/04/2025) |
| 04/08/2025 | 1221 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore and Mr. Ryan Glen Kercher, received for 1209 Notice of Appeal, filed by National Republican Congressional Committee, Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, 1208 Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/08/2025) |
| 04/09/2025 | 1215 | Unopposed MOTION to Withdraw as Attorney *Fatima Menendez* by Fiel Houston, Inc., JOLT Action, La Union Del Pueblo Entero, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, William C. Velasquez Institute. (Attachments: # 1 Proposed Order)(Menendez, Fatima) (Entered: 04/09/2025) |
| 04/09/2025 | 1216 | TRANSCRIPT REQUEST by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. (Kercher, Ryan)***Modified TEXT on 4/10/2025 |

| | | (dtg).***NO HEARINGS.***TRANSCRIPT IS UNNECESSARY FOR APPEAL PURPOSES.*** (Entered: 04/09/2025) |
|---|---|---|
| 04/11/2025 | 1217 | Unopposed MOTION to Withdraw as Attorney *Charles E.T. Roberts* by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Attachments: # 1 Proposed Order)(Roberts, Charles) (Entered: 04/11/2025) |
| 04/11/2025 | 1218 | RESPONSE to Motion, filed by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Hunker, Kathleen) (Entered: 04/11/2025) |
| 04/15/2025 | | Text Order GRANTING 1215 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Ftima L. Menndez is hereby WITHDRAWN as counsel for La Union Del Pueblo Entero, Fiel Houston, Inc., JOLT Action, Mexican American Bar Association of Texas, Southwest Voter Registration Education Project, Texas Alliance for Retired Americans, Texas Hispanics Organized for Political Education, and William C. Velasquez Institute, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 04/15/2025) |
| 04/15/2025 | | Text Order GRANTING 1217 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Charles E.T. Roberts is hereby WITHDRAWN as counsel for Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (cb) (Entered: 04/15/2025) |
| 04/18/2025 | 1219 | RESPONSE in Support, filed by League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, re 1214 Opposed MOTION *For Clarification* re 1210 Order filed by Consol Plaintiff REVUP-Texas, Consol Plaintiff League of Women Voters of Texas, Consol Plaintiff OCA-Greater Houston (Harris, Ashley) (Entered: 04/18/2025) |
| 04/24/2025 | 1220 | Supplemental Appeal of Order entered by District Judge 1206 by Gregory W. Abbott, Jane Nelson, Warren K. Paxton, STATE OF TEXAS. ( Filing fee $ 605 receipt number ATXWDC-20092652) (Attachments: # 1 Exhibit)(Hunker, Kathleen) (Entered: 04/24/2025) |
| 04/24/2025 | | SUPPLEMENTAL NOTICE OF APPEAL following 1220 Notice of Appeal (E-Filed) by Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, Warren K. Paxton, STATE OF TEXAS. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a  (Transcript Order) and follow the instructions set out on the form. This form is available in the Clerk's Office or by clicking the hyperlink above. (rqr) (Entered: 05/08/2025) |
| 05/08/2025 | 1222 | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Freeman, Daniel) (Entered: 05/08/2025) |
| 05/09/2025 | 1223 | |

| | | |
|---|---|---|
| | | Unopposed MOTION to Withdraw as Attorney by United States Of America. (Attachments: # 1 Proposed Order)(Malhi, Jaywin) (Entered: 05/09/2025) |
| 05/13/2025 | | Text Order GRANTING 1222 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Richard A. Dellheim and Daniel J. Freeman are hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented in this matter. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/13/2025 | | Text Order GRANTING 1223 Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Jaywin Singh Malhi is hereby WITHDRAWN as counsel of record for the United States, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (Entered: 05/13/2025) |
| 05/21/2025 | 1224 | COPY of Letter of transmittal from USCA to Mr. John Matthew Gore, Mr. Ryan Glen Kercher, Mr. Daniel Ortner, received for 1220 SUPPLEMENTAL Notice of Appeal, filed by Warren K. Paxton, Gregory W. Abbott, JANE NELSON, in her official capacity as Texas Secretary of State, STATE OF TEXAS.***We have docketed the additional appeal as shown above, and ask you to use the case number above in future inquiries.*** (dtg) (Entered: 05/21/2025) |
| 05/23/2025 | 1225 | ORDER GRANTING IN PART AND DENYING IN PART 1214 Motion for Clarification Signed by Judge Xavier Rodriguez. (vl) (Entered: 05/23/2025) |
| 07/02/2025 | 1226 (p.77618) | Unopposed MOTION to Withdraw as Attorney *Amira Mattar* by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. (Attachments: # 1 Proposed Order)(Mattar, Amira) (Entered: 07/02/2025) |
| 07/03/2025 | | Text Order GRANTING 1226 (p.77618) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Amira Mattar is hereby WITHDRAWN as counsel of record for Free Speech For People, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mmlc) (Entered: 07/03/2025) |
| 07/03/2025 | 1227 (p.77622) | MOTION to Withdraw as Attorney *Maia Cole* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, The Arc of Texas. (Attachments: # 1 Proposed Order)(Cole, Maia) (Entered: 07/03/2025) |
| 07/04/2025 | | Text Order GRANTING 1227 (p.77622) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. *Maia Cole* is hereby WITHDRAWN as counsel of record for Houston Area Urban League, who will continue to be represented by remaining counsel of record. (This is a text-only entry generated by the court. There is no document associated with this entry.) (mmlc) (Entered: 07/04/2025) |
| 07/09/2025 | 1228 (p.77627) | Unopposed MOTION to Withdraw as Attorney by Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee. (Capozzi, Louis) (Entered: 07/09/2025) |
| 07/10/2025 | | Text Order GRANTING 1228 (p.77627) Motion to Withdraw as Attorney entered by Judge Xavier Rodriguez. Louis J. Capozzi III is hereby WITHDRAWN as counsel of record for Dallas County Republican Party, Harris County Republican Party, National Republican Congressional Committee, National Republican Senatorial Committee, Republican National Committee, which will continue to be represented by remaining counsel of record. (This is a text-only entry generated by |

the court. There is no document associated with this entry.) (Entered: 07/10/2025)

25-50246.77617

Tab 15: Docket Sheet, Fourteenth Supplemental,
No. 1:21-cv-00780, (ROA.86846-86856)

CLOSED,CONSOLIDATED,MEMBER_CASE,ML

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00780-XR

OCA-Greater Houston et al v. Jose A. Esparza et al
Assigned to: Judge Xavier Rodriguez
Lead case: 5:21-cv-00844-XR
Member case: (View Member Case)
Related Case:   1:21-cv-00786-XR
Cause: 42:1973 Voting Rights Act

Date Filed: 09/03/2021
Date Terminated: 09/30/2021
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**OCA-Greater Houston**                     represented by  **Adriel I. Cepeda-Derieux**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
11233
New York, NY 10004
212-284-7334
Fax: 212-549-2654
Email: acepedaderieux@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Vattamala**
Asian American Legal Defense and
Education Fund (AALDEF)
99 Hudson Street, 12th Floor
New York, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: jvattamala@aaldef.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Ring Amunson**
Jenn & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000
Fax: (202) 639-6066
Email: jamunson@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
ACLU of Wisconsin Foundation

207 E. Buffalo St., Suite 325
Milwaukee, WI 53202
210-268-6286
Email: rcox@aclu-wi.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(909) 815-9291
Email: sosaki@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
ACLU Foundation of Texas
P.O. Box 8306
Houston
Houston, TX 77288
713-942-8146
Email: skumar@aclutx.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation,
Inc.
125 Broad Street, 18th Floor
New York, NY 10004
(212) 519-7836
Fax: 212-549-2654
Email: slakin@aclu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susana Lorenzo-Giguere**
Asian American Legal Defense and
Education Fund
99 Hudson St 12th Floor
New York City, NY 10013
(212) 966-5932
Fax: (212) 966-4303
Email: slorenzo-giguere@aaldef.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Urja Mittal**
Jenner & Block LLP
1099 New York Avenue, #900
Washington, DC 20001
(202) 639-6000

Fax: (202) 639-6066
Email: umittal@jenner.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
Law Office of Andre Ivan Segura
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146
Fax: (713) 942-8966
Email: asegura@aclutx.org
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
Texas Civil Rights Project
1412 Main Street
Suite 608
Dallas, TX 75202
972-333-9200 ext. 171
Fax: 972-957-7867
Email: hmirza@advancementproject.org
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
University of Texas, School of Law
727 East Dean Keeton Street
Ste CCJ 1.310
Austin, TX 78705
512-232-7222
Email: lia.davis@law.utexas.edu
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
Disability Rights Texas
1500 McGowen - Ste 100
Houston, TX 77004
(713) 974-7691
Fax: 713/974-7695
Email: lromano@drtx.org
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
Marziani, Stevens & Gonzalez PLLC
1533 Austin Highway
Suite 102-402
San Antonio, TX 78218
615-293-5003
Email: mmarziani@msgpllc.com
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**

ACLU Foundation of Texas
P.O. Box 8306
Houston, TX 77288
713-942-8146
Fax: 713-942-8966
Email: tbuser-clancy@aclutx.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **League of Women Voters of Texas** | represented by | **Adriel I. Cepeda-Derieux** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**REVUP-Texas**                          represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Organizing Project**   represented by   **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Workers Defense Action Fund**                    represented by **Adriel I. Cepeda-Derieux**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Osaki**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Savannah Kumar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre I. Segura**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hani Mirza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lia Sifuentes Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Romano**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mimi Marziani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Paul Buser-Clancy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Vincent Cox**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

represented by

**Jose A. Esparza**
*in his official capacity as Texas Secretary of State (acting)*

**Patrick K. Sweeten**
Texas Attorney General
P.O. Box 12548
MC 009
Austin, TX 78711
(512) 463-4139
Fax: 5124574410
Email: Patrick.Sweeten@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Paxton**
*Texas Attorney General*

represented by   **Patrick K. Sweeten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Isabel Longoria**
*in her official capacity as Harris County Elections Administrator*

**Defendant**

**Dana DeBeauvoir**
*in her official capacity as Travis County Clerk*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2021 | 1 (p.86857) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15189245). No Summons requested at this time, filed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.86857) Exhibit Exhibit A - SB1, # 2 (p.87000) Civil Cover Sheet)(Cox, Ryan) (Entered: 09/03/2021) |
| 09/03/2021 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 09/03/2021) |

| 09/03/2021 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (dl) (Entered: 09/03/2021) |
|---|---|---|
| 09/03/2021 | 2 (p.87000) | Pro Hac Vice Letters mailed to Savannah Kumar, Adriel I. Cepeda Derieux,Sophia Lin Lakin, Samantha Osaki, Susan Mizner, Jerry Vattamala, Susana Lorenzo-Giguere, Jessica Ring Amunson andUrja Mittal. (dl) (Entered: 09/03/2021) |
| 09/14/2021 | 3 (p.87008) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Jose A. Esparza, Ken Paxton (Attachments: # 1 (p.86857) Exhibit A)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 4 (p.87026) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Jerry Vattamala* ( Filing fee $ 100 receipt number 0542-15225065) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.86857) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 5 (p.87031) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Susana Lorenzo-Giguere* ( Filing fee $ 100 receipt number 0542-15225297) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.86857) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 6 (p.87036) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Jessica Amunson* ( Filing fee $ 100 receipt number 0542-15225363) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.86857) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 7 (p.87041) | MOTION to Appear Pro Hac Vice by Ryan V. Cox *for Urja Mittal* ( Filing fee $ 100 receipt number 0542-15225396) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Attachments: # 1 (p.86857) Proposed Order)(Cox, Ryan) (Entered: 09/15/2021) |
| 09/15/2021 | 8 (p.87046) | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Robert Pitman no longer assigned to case. Signed by Judge Robert Pitman. (dm) (Entered: 09/15/2021) |
| 09/16/2021 | 9 (p.87048) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Savannah Kumar* ( Filing fee $ 100 receipt number 0542-15229731) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | 10 (p.87053) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Adriel Cepeda-Derieux* ( Filing fee $ 100 receipt number 0542-15229732) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | 11 (p.87058) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Sophia Lin Lakin* ( Filing fee $ 100 receipt number 0542-15229733) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 09/16/2021) |
| 09/16/2021 | 12 (p.87063) | MOTION to Appear Pro Hac Vice by Thomas Paul Buser-Clancy *for Samantha Osaki* ( Filing fee $ 100 receipt number 0542-15229734) by on behalf of League of Women Voters of Texas, OCA-Greater Houston, REVUP-Texas, Texas Organizing Project, Workers Defense Action Fund. (Buser-Clancy, Thomas) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 4 (p.87026) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 5 (p.87031) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 6 (p.87036) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 7 (p.87041) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 9 (p.87048) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 10 (p.87053) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 11 (p.87058) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated |

| | | with this entry.) (ldox) (Entered: 09/16/2021) |
|---|---|---|
| 09/16/2021 | | Text Order GRANTING 12 (p.87063) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/16/2021) |
| 09/21/2021 | 13 (p.87068) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.86857) Complaint, by Jose A. Esparza, Ken Paxton. (Attachments: # 1 (p.86857) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 14 (p.87072) | NOTICE *Regarding Pending Motion to Consolidate* by Jose A. Esparza, Ken Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | | Text Order GRANTING 13 (p.87068) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | 15 (p.87076) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Jose A. Esparza. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/22/2021 | 16 (p.87077) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Ken Paxton. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/22/2021 | 17 (p.87078) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Dana DeBeauvoir. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/22/2021) |
| 09/29/2021 | 18 (p.87079) | WAIVER OF SERVICE Returned Executed by REVUP-Texas, League of Women Voters of Texas, OCA-Greater Houston, Texas Organizing Project, Workers Defense Action Fund as to Isabel Longoria. Waiver sent on 9/15/2021, answer due 11/15/2021. (Cox, Ryan) (Entered: 09/29/2021) |
| 09/30/2021 | 19 (p.87080) | ORDER on Defendants Motion to Consolidate is GRANTED. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Signed by Judge Xavier Rodriguez. (cc3) (Entered: 09/30/2021) |
| 09/30/2021 | 20 (p.87085) | ORDER CLOSING CASE Signed by Judge Xavier Rodriguez. (cc3) (Entered: 09/30/2021) |

TAB 16: DOCKET SHEET, FOURTEENTH SUPPLEMENTAL,
No. 1:21-CV-00786, (ROA.87098-87111)

CLOSED,CONSOLIDATED,MEMBER_CASE,ML

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:21-cv-00786-XR

| | |
|---|---|
| LULAC Texas et al v. Esparza et al | Date Filed: 09/07/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2021 |
| Lead case: 5:21-cv-00844-XR | Jury Demand: None |
| Member case: (View Member Case) | Nature of Suit: 441 Civil Rights: Voting |
| Related Case:  1:21-cv-00780-XR | Jurisdiction: Federal Question |
| Cause: 42:1973 Voting Rights Act | |

**Plaintiff**

**LULAC Texas**                     represented by   **Domingo A. Garcia**
The Law Offices of Domingo A. Garcia, P.C.
1111 W. Mockingbird Lane, Suite 1200
Dallas, TX 75247
(214) 941-8300
Fax: (214) 943-7536
Email: domingo@dgley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Hawley**
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 656-0179
Fax: (202) 968-4498
Email: jhawley@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Hecker Fink LLP
350 Fifth Avenue , 63rd Floor
New York, NY 10118
332-251-0455
Email: jposimato@heckerfink.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
Tillotson Johnson & Patton
1201 Main Street
Suite 1300
Dallas, TX 75202
214-382-3046
Fax: 214-292-6465
Email: kyukevich@tillotsonlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
Elias Law Group LLP
10 G St. Ne, Suite 600
Washington, DC 20002
(202) 968-4490
Fax: (202) 968-4498
Email: melias@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
Elias Law Group LLP
250 Massachusetts Ave NW
Ste 400
Washington, DC 20001
202-968-4662
Fax: 202-968-4498
Email: mmixon@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
Elias Law Group LLP
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4517
Email: unkwonta@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
Perkins Coie, LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(214) 965-7743
Email: johnhardin@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vote Latino**          represented by   **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**

25-50246.87099

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas Alliance for Retired Americans**     represented by  **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Texas AFT**                    represented by    **Jonathan Patrick Hawley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Elizabeth Yukevich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Erik Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meaghan E. Mixon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Uzoma N. Nkwonta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Russell Hardin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jose Esparza**                 represented by    **Eric A. Hudson**
*in his official capacity as the Texas Deputy*        Terrazas, PLLC
*Secretary of State*             1001 S. Capital of Texas Highway
Austin, TX 78746
5122949891
Email: ehudson@terrazaspllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
Law Office of Jeffrey M. White, PLLC
7804 Yokohama Ter.
Austin, TX 78744
817-688-1301
Email: jeff.white@biotronik.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leif A. Olson**
Office of the Attorney General of Texas
PO Box 12548, Capitol Station MC019
Austin, TX 78711
512-475-4031
Fax: 512-320-0667
Email: leif.olson@ag.iowa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
Texas Attorney General
P.O. Box 12548
MC 009
Austin, TX 78711
(512) 463-4139
Fax: 5124574410
Email: Patrick.Sweeten@oag.texas.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Office of the Attorney General
Special Litigation Unit
PO Box 12548 (MC-009)
Austin, TX 78711-2548
512-936-2567
Fax: 512-457-4410
Email: will@lkcfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Paxton**
*in his official capacity as the Texas
Attorney General*

represented by **Eric A. Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leif A. Olson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick K. Sweeten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacquelyn Callanen**
*in her official capacity as the Bexar County Elections Administrator*

**Defendant**

**Dana DeBeauvoir**
*in her official capacity as the Travis County Clerk*

**Defendant**

**Isabel Longoria**
*in her official capacity as the Harris County Elections Administrator*

represented by   **Sameer Singh Birring**
Harris County Attorney's Office
1019 Congress
15th Floor
Houston, TX 77002
(713) 274-5142
Email: sameer.birring@traviscountytx.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Ramon**
*in her official capacity as the Hidalgo County Elections Administrator*

**Defendant**

**Michael Scarpello**
*in his official capacity as the Dallas County Elections Administrator*

represented by   **Barbara S. Nicholas**
Assistant District Attorney
Civil Division Administration Building, 5th Floor
500 Elm Street, Suite 6300
Dallas, TX 75202
(214) 653-6068
Fax: (214) 653-6134
Email: barbara.nicholas@dallascounty.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ben L Stool**
Criminal District Attorney's Office of Dallas
County, T
500 Elm Street
Suite 6300
Dallas, TX 75202
(214) 653-6234
Fax: (214) 653-6134
Email: ben.larry.stool@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl S. Nesbitt**
WALTERS BALIDO & CRAIN L.L.P.
Meadow Park Tower
10440 North Central Expressway, Suite 1500
Dallas, TX 75231
(214) 749-4805
Fax: (214) 760-1670
Email: nesbitt@RoggeDunnGroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Lisa Wise**
*in her official capacity as the El Paso*
*County Elections Administrator*

represented by **Angelica Lien Leo**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5075
Fax: (650) 849-7400
Email: aleo@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: mejiab@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Sun**
States United Democracy Center
3749 Buchanan St., No. 475165
San Francisco, CA 94147
(615) 574-9108
Fax: n/a

Email: christine@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Germaine Maria Habell**
King & Spalding LLP
633 W. Fifth Street, Suite 1600
90071
Los Angeles, CA 90071
213-443-4355
Email: ghabell@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen Hartnett**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: khartnett@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelsey Spector**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: kspector@cooley.conn
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orion Armon**
Cooley LLP
1144 15th Street, Suite 2300
Denver, CO 80202
(720) 566-4000
Fax: (720) 566-4099
Email: oarmon@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Song**
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
Fax: (415) 693-2222
Email: song@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zack Goldberg**
States United Democracy Center
86 Fleet Place, No. 6t
Brooklyn, NY 11201
(917) 656-6234
Email: zack@statesuniteddemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ranjana Natarajan**
States United Democracy Center
1801 East 51st Street, Suite 365, #334
Austin, TX 78723
323-422-8578
Email: ranjana@statesuniteddemocracy.org
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2021 | 1 (p.87112) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15192824). No Summons requested at this time, filed by TEXAS ALLIANCE FOR RETIRED AMERICANS, VOTO LATINO, LULAC TEXAS, TEXAS AFT. (Attachments: # 1 (p.87112) Civil Cover Sheet)(Hardin, John) (Entered: 09/07/2021) |
| 09/07/2021 | | Case assigned to Judge Robert Pitman. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | 2 (p.87173) | Pro Hac Vice Letters mailed to Marc E. Elias, Uzoma N. Nkwonta, Kathryn E. Yukevich, Joseph Posimato, Meghan E. Mixon and Jonathan P. Hawley. (dl) (Entered: 09/07/2021) |
| 09/07/2021 | 3 (p.87179) | RULE 7 DISCLOSURE STATEMENT filed by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/07/2021) |
| 09/07/2021 | 4 (p.87183) | REQUEST FOR ISSUANCE OF SUMMONS by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/07/2021) |
| 09/08/2021 | 5 (p.87199) | Summons Issued as to Jacquelyn Callanen, Dana DeBeauvoir, Jose Esparza, Isabel Longoria, Ken Paxton, Yvonne Ramon, Michael Scarpello, Lisa Wise. (dm) (Entered: 09/08/2021) |
| 09/08/2021 | 6 (p.87215) | REQUEST FOR ISSUANCE OF SUMMONS by Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/08/2021) |
| 09/08/2021 | 7 (p.87217) | Summons Issued as to Lisa Wise. (dm) (Entered: 09/08/2021) |
| 09/14/2021 | 8 (p.87219) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Jose Esparza, Ken Paxton (Attachments: # 1 (p.87112) Ex. |

| | | |
|---|---|---|
| | | A)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/15/2021 | 9 (p.87237) | ORDER REASSIGNING CASE. Case reassigned to Judge Xavier Rodriguez for all proceedings. Judge Robert Pitman no longer assigned to case. Signed by Judge Robert Pitman. (dm) (Entered: 09/15/2021) |
| 09/16/2021 | 10 (p.87239) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Lisa Wise served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 11 (p.87240) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Ken Paxton served on 9/13/2021, answer due 10/4/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 12 (p.87241) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Jose Esparza served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 13 (p.87242) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Dana DeBeauvoir served on 9/10/2021, answer due 10/1/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 14 (p.87243) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, Lulac Texas, Texas AFT. Michael Scarpello served on 9/9/2021, answer due 9/30/2021. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 15 (p.87246) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Uzoma N. Nkwonta* ( Filing fee $ 100 receipt number 0542-15233215) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 16 (p.87253) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Kathryn Yukevich* ( Filing fee $ 100 receipt number 0542-15233287) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 17 (p.87259) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Joseph N. Posimato* ( Filing fee $ 100 receipt number 0542-15233322) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 18 (p.87264) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Meaghan Mixon* ( Filing fee $ 100 receipt number 0542-15233355) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 19 (p.87269) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Jonathan Patrick Hawley* ( Filing fee $ 100 receipt number 0542-15233393) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | 20 (p.87275) | MOTION to Appear Pro Hac Vice by John Russell Hardin *for Marc E. Elias* ( Filing fee $ 100 receipt number 0542-15233424) by on behalf of Lulac Texas, Texas AFT, Texas Alliance for Retired Americans, Vote Latino. (Attachments: # 1 (p.87112) Supplement)(Hardin, John) (Entered: 09/16/2021) |
| 09/16/2021 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 15 (p.87246) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 16 (p.87253) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 17 (p.87259) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 18 (p.87264) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/16/2021 | | Text Order GRANTING 19 (p.87269) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/16/2021) |
| 09/17/2021 | | Text Order GRANTING 20 (p.87275) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/17/2021) |
| 09/20/2021 | 21 (p.87296) | NOTICE of Attorney Appearance by Orion Armon on behalf of Lisa Wise. Attorney Orion Armon added to party Lisa Wise(pty:dft) (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 22 (p.87299) | MOTION to Appear Pro Hac Vice by Orion Armon *for Angelica Leo* ( Filing fee $ 100 receipt number 0542-15244722) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 23 (p.87304) | MOTION to Appear Pro Hac Vice by Orion Armon *for Kathleen Hartnett* ( Filing fee $ 100 receipt number 0542-15244814) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 24 (p.87310) | MOTION to Appear Pro Hac Vice by Orion Armon *for Beatriz Mejia* ( Filing fee $ 100 receipt number 0542-15244846) by on behalf of Lisa Wise. (Armon, Orion) |

| | | (Entered: 09/20/2021) |
|---|---|---|
| 09/20/2021 | 25 (p.87315) | MOTION to Appear Pro Hac Vice by Orion Armon *for Germaine Habell* ( Filing fee $ 100 receipt number 0542-15244874) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | 26 (p.87320) | MOTION to Appear Pro Hac Vice by Orion Armon *for Kelsey Spector* ( Filing fee $ 100 receipt number 0542-15244895) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 22 (p.87299) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 23 (p.87304) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 24 (p.87310) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/20/2021 | | Text Order GRANTING 26 (p.87320) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/20/2021) |
| 09/21/2021 | 27 (p.87325) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.87112) Complaint by Jose Esparza, Ken Paxton. (Attachments: # 1 (p.87112) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 28 (p.87329) | NOTICE *Regarding Pending Motion to Consolidate* by Jose Esparza, Ken Paxton (White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 29 (p.87333) | NOTICE of Attorney Appearance by Ranjana Natarajan on behalf of Lisa Wise. Attorney Ranjana Natarajan added to party Lisa Wise(pty:dft) (Natarajan, Ranjana) (Entered: 09/21/2021) |
| 09/21/2021 | 30 (p.87335) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for CHRISTINE SUN* ( Filing fee $ 100 receipt number 0542-15250416) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 09/21/2021) |
| 09/21/2021 | 31 (p.87340) | MOTION to Appear Pro Hac Vice by Ranjana Natarajan *for ZACK GOLDBERG* ( Filing fee $ 100 receipt number 0542-15250423) by on behalf of Lisa Wise. (Natarajan, Ranjana) (Entered: 09/21/2021) |

| 09/22/2021 | 32 (p.87345) | MOTION to Appear Pro Hac Vice by Orion Armon *for Sharon Song* ( Filing fee $ 100 receipt number 0542-15250589) by on behalf of Lisa Wise. (Armon, Orion) (Entered: 09/22/2021) |
| 09/22/2021 | | Text Order GRANTING 31 (p.87340) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Text Order GRANTING 32 (p.87345) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Text Order GRANTING 27 (p.87325) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/22/2021 | | Reset Deadlines: Jose Esparza answer due 10/25/2021; Ken Paxton answer due 10/25/2021. (dm) (Entered: 09/22/2021) |
| 09/23/2021 | | Text Order GRANTING 30 (p.87335) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/23/2021) |
| 09/24/2021 | 33 (p.87350) | MOTION for Extension of Time to File Response/Reply as to 1 (p.87112) Complaint by Lisa Wise. (Attachments: # 1 (p.87112) Proposed Order Setting Deadline for Responsive Pleading)(Armon, Orion) (Entered: 09/24/2021) |
| 09/27/2021 | | Text Order GRANTING IN PART AND DENYING IN PART 33 (p.87350) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline to file an answer is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (XR) (Entered: 09/27/2021) |
| 09/27/2021 | | Reset Deadlines: Lisa Wise answer due 10/25/2021. (dm) (Entered: 09/27/2021) |
| 09/28/2021 | | Text Order GRANTING 25 (p.87315) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/28/2021) |
| 09/28/2021 | 34 (p.87354) | MOTION to Appear Pro Hac Vice by Domingo A. Garcia ( Filing fee $ 100 receipt number 100040370) by LULAC Texas. (dm) (Entered: 09/28/2021) |
| 09/28/2021 | | |

| | 35 (p.87360) | MOTION for Extension of Time to File Response/Reply as to 1 (p.87112) Complaint by Isabel Longoria. (Attachments: # 1 (p.87112) Proposed Order)(Birring, Sameer) (Entered: 09/28/2021) |
|---|---|---|
| 09/29/2021 | | Text Order GRANTING 35 (p.87360) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Isabel Longoria, in her official capacity as the Harris County Elections Administrator to Answer or otherwise plead is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/29/2021) |
| 09/29/2021 | | Text Order GRANTING 34 (p.87354) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (ldox) (Entered: 09/29/2021) |
| 09/29/2021 | 36 (p.87364) | SUMMONS Returned Executed by Texas Alliance for Retired Americans, Vote Latino, LULAC Texas, Texas AFT. Isabel Longoria served on 9/15/2021, answer due 10/6/2021. (Hardin, John) (Entered: 09/29/2021) |
| 09/29/2021 | 37 (p.87365) | Unopposed MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Original Complaint* by Michael Scarpello. (Attachments: # 1 (p.87112) Proposed Order proposed order granting motion for extension of time)(Stool, Ben) (Entered: 09/29/2021) |
| 09/30/2021 | | Text Order GRANTING 37 (p.87365) Motion for Extension of Time to File Response/Reply entered by Judge Xavier Rodriguez. The deadline for Defendant Michael Scarpello, in his official capacity as the Dallas County Elections Administrator, to Answer or otherwise plead is extended to October 25, 2021. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/30/2021) |
| 09/30/2021 | | Reset Deadlines: Isabel Longoria answer due 10/25/2021; Michael Scarpello answer due 10/25/2021. (dm) (Entered: 09/30/2021) |
| 09/30/2021 | 38 (p.87372) | ORDERED that Defendants Motion to Consolidate these cases is GRANTED. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Signed by Judge Xavier Rodriguez. (dm) (Entered: 09/30/2021) |
| 09/30/2021 | 39 (p.87377) | ORDER Closing Case. Signed by Judge Xavier Rodriguez. (dm) (Entered: 09/30/2021) |

Tab 17: Docket Sheet, Fourteenth Supplemental,
No. 5:21-cv-00848, (ROA.87393-87402)

CLOSED,ESC

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00848-XR

| | |
|---|---|
| Houston Justice, et al v. Gregory Wayne Abbott, et al | Date Filed: 09/07/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2021 |
| Lead case: 5:21-cv-00844-XR | Jury Demand: None |
| Member case: (View Member Case) | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Houston Justice**                              represented by   **Georgina Yeomans**
                                                                  NAACP Legal Defense & Educational Fund,
                                                                  Inc.
                                                                  700 14th Street N.W. Suite 600
                                                                  Washington, DC 20005
                                                                  (202) 682-1300
                                                                  Fax: (202) 682-1312
                                                                  Email: gyeomans@afscme.org
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jennifer A. Holmes**
                                                                  NAACP Legal Defense & Educational Fund,
                                                                  Inc.
                                                                  700 14th Street N.W. Suite 600
                                                                  Washington, DC 20005
                                                                  (202) 682-1300
                                                                  Fax: (202) 682-1312
                                                                  Email: jholmes@naacpldf.org
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kathryn Sadasivan**
                                                                  NAACP Legal Defense & Educational Fund,
                                                                  Inc.
                                                                  40 Rector Street, Fifth Floor
                                                                  New York, NY 10006
                                                                  (212) 965-2200
                                                                  Fax: (212) 226-7592
                                                                  Email: ksadasivan@naacpldf.org
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Keely Dulaney Pippin**
                                                                  Reed Smith/Houston

<span style="color:red">25-50246.87393</span>

1221 McKinney Street
Suite 2100
Houston, TX 77010
713-469-3888
Fax: 713-469-3899
Email: kpippin@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
Reed Smith LLP
811 Main Street
Suite 1700
Houston, TX 77002
713-469-3800
Fax: 713-469-3899
Email: lspencer@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
Reed Smith, LLP
2850 N. Harwood Street, Suite 1500
Dallas, TX 75201
469-680-4228
Fax: 469-680-4299
Email: sarah.stewart@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
The Arc of the United States
1825 K Street, Nw, Suite 1200
Washington, DC 20006
(202) 534-3708
Fax: (202) 534-3731
Email: wakschlag@thearc.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
Reed Smith LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
713-469-3819
Fax: 713-469-3899
Email: kbroughton@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delta Sigma Theta Sorority Inc.**          represented by   **Georgina Yeomans**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Houston Area Urban League**          represented by   **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<span style="color:red">25-50246.87395</span>

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Arc of Texas**                    represented by    **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Lamar Clemmons**                    represented by    **Georgina Yeomans**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Holmes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kathryn Sadasivan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keely Dulaney Pippin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth E. Broughton , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lora Spencer**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Cummings Stewart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shira Wakschlag**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Gregory Wayne Abbott**<br>*in his official capacity as the Governor of Texas* | represented by | **Patrick K. Sweeten**<br>Texas Attorney General<br>P.O. Box 12548<br>MC 009<br>Austin, TX 78711<br>(512) 463-4139<br>Fax: 5124574410<br>Email: Patrick.Sweeten@oag.texas.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Michael White**<br>Law Office of Jeffrey M. White, PLLC<br>7804 Yokohama Ter.<br>Austin, TX 78744<br>817-688-1301<br>Email: jeff.white@biotronik.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Jose Esparza**<br>*in his official capacity as the Deputy Secretary of State of Texas* | represented by | **Patrick K. Sweeten**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Michael White**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Warren Kenneth Paxton, Jr.**<br>*in his official capacity as the Attorney General of Texas* | represented by | **Patrick K. Sweeten**<br>(See above for address)<br>*LEAD ATTORNEY* |

25-50246.87398

*ATTORNEY TO BE NOTICED*

**Jeffrey Michael White**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacque Callanen**
*in her official capacity as Elections*
*Administrator of Bexar County*

**Defendant**

**Isabel Longoria**
*in her official capacity as Elections*
*Administrator of Harris County*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/07/2021 | 1<br>(p.87403) | COMPLAINT *FOR DECLARATORY AND INJUNCTIVE RELIEF* ( Filing fee $ 402 receipt number 0542-15192627), filed by The Arc of Texas, Houston Justice, Houston Area Urban League, Delta Sigm Theta Sorority Inc., Lamar Clemmons Jeffrey. (Attachments: # 1 (p.87403) Civil Cover Sheet)(Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 2<br>(p.87492) | REQUEST FOR ISSUANCE OF SUMMONS by Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 3<br>(p.87500) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Shira Wakschlag* ( Filing fee $ 100 receipt number 0542-15193168) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 4<br>(p.87505) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Jennifer A. Holmes* ( Filing fee $ 100 receipt number 0542-15193222) by on behalf of The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 5<br>(p.87509) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *J. Keely Dulaney* ( Filing fee $ 100 receipt number 0542-15193896) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 6<br>(p.87513) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Georgina Yeomans* ( Filing fee $ 100 receipt number 0542-15193924) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 | 7<br>(p.87517) | MOTION to Appear Pro Hac Vice by Kenneth E. Broughton, Jr *Kathryn Sadasivan* ( Filing fee $ 100 receipt number 0542-15193959) by on behalf of Delta Sigm Theta Sorority Inc., Houston Area Urban League, Houston Justice, Lamar Clemmons Jeffrey, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/07/2021) |
| 09/07/2021 |  | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE |

25-50246.87399

| | | |
|---|---|---|
| | | JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rg) (Entered: 09/07/2021) |
| 09/07/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney. (rg) (Entered: 09/07/2021) |
| 09/08/2021 | 8 (p.87521) | Summons Issued as to Gregory Wayne Abbott, Jacque Callanen, Isabel Longoria, Warren Kenneth Paxton, Jr. (wg) (Entered: 09/08/2021) |
| 09/08/2021 | 9 (p.87529) | REQUEST FOR ISSUANCE OF SUMMONS by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas. (Broughton, Kenneth) (Entered: 09/08/2021) |
| 09/08/2021 | 10 (p.87531) | Summons Issued as to Jose Esparza, In his Official Capacity as Texas Deputy Secretary of State of Texas. (wg) (Entered: 09/08/2021) |
| 09/09/2021 | 11 (p.87533) | NOTICE *of Errata* by Jeffrey Lamar Clemmons, Delta Sigma Theta Sorority Inc., Houston Area Urban League, Houston Justice, The Arc of Texas (Attachments: # 1 (p.87403) Complaint for Declaratory and Injunctive Relief)(Broughton, Kenneth) (Entered: 09/09/2021) |
| 09/14/2021 | | Text Order GRANTING 3 (p.87500) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 4 (p.87505) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 5 (p.87509) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 6 (p.87513) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |
| 09/14/2021 | | Text Order GRANTING 7 (p.87517) Motion to Appear Pro Hac Vice entered by Judge Xavier Rodriguez. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted permission to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/14/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 12<br>(p.87624) | NOTICE of Filing Partially-Opposed Motion to Consolidate in Case No. 5:21-cv-844 by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr (Attachments: # 1 (p.87403) Exhibit A)(Sweeten, Patrick) (Entered: 09/14/2021) |
| 09/21/2021 | 13<br>(p.87642) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.87403) Complaint, by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr. (Attachments: # 1 (p.87403) Proposed Order)(White, Jeffrey) (Entered: 09/21/2021) |
| 09/21/2021 | 14<br>(p.87646) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Gregory Wayne Abbott served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 15<br>(p.87647) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Isabel Longoria served on 9/15/2021, answer due 10/15/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 16<br>(p.87648) | SUMMONS Returned Executed by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Jacque Callanen served on 9/14/2021, answer due 10/5/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 17<br>(p.87650) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Jose Esparza served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 18<br>(p.87651) | Acknowledgment of Service returned by Houston Area Urban League, Delta Sigma Theta Sorority Inc., Houston Justice, The Arc of Texas, Jeffrey Lamar Clemmons. Warren Kenneth Paxton, Jr served on 9/14/2021, answer due 10/14/2021. (Broughton, Kenneth) (Entered: 09/21/2021) |
| 09/21/2021 | 19<br>(p.87652) | NOTICE *Regarding Pending Motion to Consolidate* by Gregory Wayne Abbott, Jose Esparza, Warren Kenneth Paxton, Jr (White, Jeffrey) (Entered: 09/21/2021) |
| 09/22/2021 | | Text Order GRANTING 13 (p.87642) Motion for Extension of Time to Answer entered by Judge Xavier Rodriguez. (This is a text-only entry generated by the court. There is no document associated with this entry.) (JA3) (Entered: 09/22/2021) |
| 09/30/2021 | 20<br>(p.87656) | ORDER OF CONSOLIDATION, The Court hereby ORDERS that OCA-GreaterHouston v. Esparza, No. 1:21-cv-780 (W.D. Tex.); Houston Justice v. Abbott, No. 5:21-cv-848 (W.D. Tex.); LULAC Texas v. Esparza, No. 1:21-cv-786 (W.D. Tex.) and Mi Familia Vota v. Abbott, No. 5: 21-cv-920 be consolidated into La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). It is ORDERED that all future filings be filed ONLY in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) Signed by Judge Xavier Rodriguez. (wg) (Entered: 09/30/2021) |
| 09/30/2021 | 21<br>(p.87661) | ORDER ADMINISTRATIVE CLOSURE, On this date, the Court considered the status of this case. Concurrently herewith, the Court issues an order consolidating this case under La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). That order instructs the parties to file all future filings in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.). Given these circumstances, the |

| | | Court concludes that this case is appropriate for administrative closure re 20 (p.87656) Consolidation Order,. Signed by Judge Xavier Rodriguez. (wg) (Entered: 10/01/2021) |
|---|---|---|

Tab 18: Docket Sheet, Fourteenth Supplemental,
No. 5:21-cv-00920, (ROA.87672-87674)

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
## CIVIL DOCKET FOR CASE #: 5:21-cv-00920-XR

| | |
|---|---|
| Mi Familia Vota et al v. Abbott et al | Date Filed: 09/27/2021 |
| Assigned to: Judge Xavier Rodriguez | Date Terminated: 09/30/2021 |
| Lead case: 5:21-cv-00844-XR | Jury Demand: None |
| Member case: (View Member Case) | Nature of Suit: 441 Civil Rights: Voting |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Mi Familia Vota**                        represented by    **Clarence V. Lyons**
Lyons & Lyons, P.C.
237 W. Travis St.
Suite 100
San Antonio, TX 78205
210-225-5251
Fax: 210-225-6545
Email: sean@lyonsandlyons.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
Lyons & Lyons, PC
237 W Travis St
Ste 100
San Antonio, TX 78205
2102255251
Fax: 2102256545
Email: sean@lyonsandlyons.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marla Lopez**                        represented by    **Clarence V. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Michael Lyons**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlon Lopez**                        represented by    **Clarence V. Lyons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Sean Michael Lyons
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rutledge**                    represented by **Clarence V. Lyons**
                                     (See above for address)
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Sean Michael Lyons**
                                     (See above for address)
                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greg Abbott**
*In His Official Capacity as Governor of Texas*

**Defendant**

**Jose Esparza**
*In His Official Capacity as Texas Deputy Secretary of State*

**Defendant**

**Warren Kenneth Paxton, Jr.**
*In His Official Capacity as Attorney General of Texas*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2021 | 1 (p.87675) | COMPLAINT ( Filing fee $ 402 receipt number 0542-15269022), filed by Paul Rutledge, Mi Familia Vota, Marlon Lopez, Marla Lopez. (Attachments: # 1 (p.87675) Civil Cover Sheet)(Lyons, Sean) (Entered: 09/27/2021) |
| 09/27/2021 | 2 (p.87711) | REQUEST FOR ISSUANCE OF SUMMONS by Marla Lopez, Marlon Lopez, Mi Familia Vota, Paul Rutledge. *on Greg Abbott, Governor of Texas, Jose Esparza, Texas Deputy Secretary of State, Warren "Ken" Paxton, Attorney General of Texas* (Lyons, Sean) (Entered: 09/27/2021) |
| 09/27/2021 | | Case assigned to Judge Xavier Rodriguez. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bc) (Entered: 09/28/2021) |
| 09/27/2021 | | If ordered by the court, all referrals will be assigned to Magistrate Judge Chestney (bc) (Entered: 09/28/2021) |
| 09/28/2021 | | |

| | 3<br>(p.87716) | Summons Issued as to Greg Abbott, Jose Esparza, and Warren Kenneth Paxton, Jr. (bc) (Entered: 09/28/2021) |
|---|---|---|
| 09/28/2021 | 4<br>(p.87721) | Pro Hac Vice Letter-Wendy J. Olson, Laura E. Rosenbaum, Marc Rasich, and Elijah Watkins. (bc) (Entered: 09/28/2021) |
| 09/28/2021 | 5<br>(p.87722) | Pro Hac Vice Letter-Courtney Hostetler, John Bonifaz, Ben Clements, and Ron Fein. (bc) (Entered: 09/28/2021) |
| 09/30/2021 | 6<br>(p.87723) | ORDER CONSOLIDATING CASE-- 5:21-CV-0920-XR into 5:21-CV-0844-XR. It is ORDERED that all future filings be filed in La Unin del Pueblo Entero v. Abbott, No. 5:21-cv-844 (W.D. Tex.) Unless otherwise ordered, all served Defendants shall file an answer on or before October 25, 2021. ( Proposed Scheduling Order due by 11/9/2021. Pretrial Conference set for 11/16/2021 1:30 PM before Judge Xavier Rodriguez). Signed by Judge Xavier Rodriguez. (bc) (Entered: 09/30/2021) |
| 09/30/2021 | 7<br>(p.87728) | ORDER --Accordingly, the Clerks office is DIRECTED to administratively close this case pending further order of the Court.. Signed by Judge Xavier Rodriguez. (mgr) (Entered: 09/30/2021) |

25-50246.87674

**Tab 19: State Defendants' Notice of Appeal (ROA.41034-035)**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

## STATE DEFENDANTS' NOTICE OF APPEAL

Defendants Greg Abbott, in his official capacity as Texas Governor; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order entered on March 14, 2025, which permanently enjoined multiple provisions of the Texas Election Code as being violative of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. *See* Findings of Fact and Conclusions of Law, ECF 1206. That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

25-50246.41034

Date: March 26, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN WALTERS
Deputy Attorney General for Legal
Strategy

Respectfully submitted,

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
zachary.berg@oag.texas.gov
will.wassdorf@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 26 2025, and that all counsel of record were served by CM/ECF.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER

25-50246.41035

**Tab 20: Intervenor Defendants' Notice of Appeal (ROA.41036-038)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

La Unión Del Pueblo Entero, *et al.*,     §
§
        Plaintiffs     §
§
    v.     §     No. 5:21-cv-00844-XR
§
Gregory W. Abbott, *et. al.*,     §
§
        Defendant.     §
§
§

## **INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Intervenor-Defendants Harris County Republican Party, Dallas County Republican Party, Republican National Committee, National Republican Senatorial Committee, and National Republican Congressional Committee hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's March 14, 2025 Order. *See* ECF No. 1206. That order is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

Dated: March 26, 2025

Respectfully submitted,

*/s/ John M. Gore*
John M. Gore
E. Stewart Crosland (*pro hac vice*)
Louis J. Capozzi III (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

*Counsel for Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

*/s/ John M. Gore*

Tab 21: State Defendants' Supplemental Notice of Appeal (ROA.41078-079)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, *et al.*, | § | |
| *Plaintiffs*, | § | |
| | § | Case No. 5:21-cv-844-XR |
| v. | § | [Consolidated Cases] |
| | § | |
| GREGORY W. ABBOTT, *et al.*, | § | |
| *Defendants*. | § | |

## STATE DEFENDANTS' SUPPLEMENTAL NOTICE OF APPEAL

Defendants Greg Abbott, in his official capacity as Texas Governor; Jane Nelson, in her official capacity as Texas Secretary of State; Warren "Ken" Paxton, in his official capacity as Attorney General of Texas; and the State of Texas (collectively "State Defendants") hereby appeal to the U.S. Court of Appeals for the Fifth Circuit this Court's Order Granting Stay Pending Appeal entered on March 28, 2025. This order modified and clarified the Court's earlier March 14, 2025, Order to permanently enjoin Texas Election Code §§°84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) as being violative of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act. *See* ECF No. 1210; and 28 U.S.C. § 1292(a)(1). State Defendants filed a notice of appeal against the earlier order on March 26, 2025. ECF No. 1208.

25-50246.41078

Date: April 24, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

RYAN G. KERCHER
Chief, Special Litigation Division
Tex. State Bar No. 24060998

BRENT WEBSTER
First Assistant Attorney General

*/s/ Kathleen T. Hunker*

KATHLEEN T. HUNKER
Special Counsel
Tex. State Bar No. 24118415

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN WALTERS
Deputy Attorney General for Legal
Strategy

ZACHARY W. BERG
Special Counsel
Tex. State Bar No. 24107706

WILLIAM D. WASSDORF
Deputy Chief, General Litigation Division
Tex. State Bar No. 24103022

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
ryan.kercher@oag.texas.gov
kathleen.hunker@oag.texas.gov
zachary.berg@oag.texas.gov
will.wassdorf@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 24, 2025, and that all counsel of record were served by CM/ECF.

*/s/ Kathleen T. Hunker*

KATHLEEN T. HUNKER

25-50246.41079

**TAB 22: FINDINGS OF FACT AND CONCLUSIONS OF LAW
(ROA.40864-40975)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21–CV–0844–XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**
**(CLAIMS UNDER THE ADA AND SECTION 504 OF THE REHABILITATION ACT)**

25-50246.40864

## INTRODUCTION

On September 7, 2021, Texas Governor Greg Abbott signed into law the Election Protection and Integrity Act of 2021, an omnibus election law commonly referred to as S.B. 1. *See* Election Integrity Protection Act of 2021, S.B. 1, 87th Leg., 2d Spec. Sess. (2021).

Premised on the state legislature's authority to make all laws necessary to detect and punish fraud under article VI, section 4 of the Texas Constitution, S.B. 1 went into effect on December 2, 2021, and amended the Texas Election Code (the "Election Code" or the "TEC") by altering various election practices and procedures pertaining to mail-in voting, voter assistance, and more. *See, e.g.*, S.B. 1 §§ 5.02, 5.03, 5.06, 5.07, 5.10, 5.12, 6.03–6.07, and 7.04.

Several private plaintiffs filed lawsuits, challenging certain provisions of S.B. 1 as unconstitutional and otherwise unlawful under federal civil rights statutes. For judicial economy, these were consolidated under the above-captioned case, which was first filed.[1]

Three Plaintiffs groups—the HAUL Plaintiffs,[2] the OCA Plaintiffs,[3] and the LUPE Plaintiffs[4]—collectively challenge S.B. 1 §§ 5.02, 5.03, 5.06, 5.07, 5.10, 5.12, 6.03–6.07, and 7.04 (the "Challenged Provisions")—under Title II of the Americans with Disabilities Act ("ADA") and Section 504 of the Rehabilitation Act ("Section 504").

---

[1] *See* ECF No. 31 (consolidating *OCA-Greater Houston v. Esparza*, No. 1:21-cv-780 (W.D. Tex. 2021); *Houston Area Urban League v. Abbott*, No. 5:21- cv-848 (W.D. Tex. 2021); *LULAC Texas v. Esparza*, No. 1:21-cv-786 (W.D. Tex. 2021) and *Mi Familia Vota v. Abbott*, No. 5:21-cv-920 (W.D. Tex. 2021) under the lead case).

[2] For the purposes of the HAUL Plaintiffs' ADA and Section 504 claims, this group includes The Arc of Texas and Delta Sigma Theta Sorority, Inc. ECF No. 199 (HAUL Compl.) ¶¶ 337–65 (Counts VII–VIII); ECF No. 753 at 7.

[3] For the purposes of the OCA Plaintiffs' ADA and Section 504 claims, this group includes REV UP Texas. *See* ECF No. 200 (OCA Compl.) ¶¶ 129–94 (Counts 2, 3), ¶¶ 182–213 (Counts 5, 6); Text Order dated Apr. 14, 2022 (granting Texas Organizing Project's withdrawal from the case); ECF No. 551 (granting Workers Defense Action Fund's withdrawal from the case and dismissing its claims with prejudice); ECF No. 753 at 5 n.5 (OCA and the League of Women Voters of Texas voluntarily dismissing their claims under the ADA and the Rehabilitation Act).

[4] This group includes La Unión del Pueblo Entero, the Southwest Voter Registration Education Project, Texas Impact, Jolt Action, MABA Texas, and FIEL Houston Inc. ECF No. 208 (LUPE Compl.) ¶¶ 272–85 (Count VI).

25-50246.40865

Specifically, Plaintiffs assert that new mail-voting identification requirements and restrictions on voter assistance and canvassing activities:

(1)    deny voters with disabilities an equal opportunity to participate in and benefit from Defendants' voting programs;

(2)    provide voters with disabilities a service that is not as effective in affording an equal opportunity to obtain the same benefit . . . as that provided others;

(3)    use criteria or methods of administration that subject voters with disabilities to discrimination or substantially impair accomplishment of the voting program's objectives with respect to voters with disabilities; and

(4)    fail to make reasonable modifications to their policies, practices, and procedures, including having adequate systems in place to train counties regarding their obligations under the ADA, providing voters with disabilities with notice of their rights under the ADA and providing reasonable modifications needed to avoid discrimination in Defendants' voting program.

*See* ECF No. 199 ¶ 350; ECF No. 200 ¶¶ 130-135, ECF No. 208 ¶ 282.

Following a six-week bench trial, the Court largely agrees. After careful consideration, the Court issues the following findings of fact and conclusions of law pursuant to Rule 52(a) bearing on Plaintiffs' claims under the ADA and Section 504.

25-50246.40866

## PROCEDURAL HISTORY

Plaintiffs filed their original complaints in August and September 2021, seeking to enjoin the State of Texas and the Secretary of State and Attorney General of the State of Texas (together, the "State Defendants") and local election officials from enforcing many provisions of S.B. 1, including, as relevant here, provisions impacting individuals with disabilities, some of which impose criminal liability.

In December 2021, the Texas Court of Criminal Appeals held in *State v. Stephens* that the Election Code's delegation of unilateral prosecutorial authority to the Attorney General to prosecute election crimes violated the separation-of-powers clause of the Texas Constitution. 663 S.W.3d 45 (Tex. Crim. App. 2021). The court explained that the Texas Constitution assigns to county and district attorneys, members of the judicial branch, the "specific duty" to represent the state in criminal prosecutions. *Id.* at 52. The Attorney General, as part of the state's executive branch, has no similar, independent power under the Texas Constitution. Thus, the Attorney General can prosecute election crimes only with the consent of local prosecutors. *Id.* at 47.

Following *Stephens*, Plaintiffs amended their complaints to join local district attorneys from several Texas counties as Defendants.[5] The State Defendants moved to dismiss these complaints in their entirety, including Plaintiffs' ADA and Section 504 challenges. The Court largely denied the motions as to those challenges, concluding that the ADA waived sovereign immunity and created a private right of action, enforceable both by individuals with disabilities and organizations that represent them, and that Plaintiffs had adequately alleged standing to assert their disability claims. The Court dismissed Plaintiffs' ADA claims against the Attorney General, however, because his office does not provide "the service or benefit" at issue in this case—voting

---

[5] Plaintiffs filed their Second Amended Complaints in January 2022. *See* ECF Nos. 199, 200, 208.

and voting by mail—within the meaning of Title II of the ADA.[6] The Court further concluded that Plaintiffs had plausibly alleged that the State Defendants had waived any immunity from liability under Section 504 by accepting federal funds. *Id.* at 426.

In May 2023, the State Defendants moved for summary judgment, arguing that: (1) voters with disabilities have "ample" opportunities to vote under Texas law; (2) Plaintiffs' failure to make any pre-suit requests for reasonable accommodations defeated their ADA claims; and (3) Plaintiffs' requested accommodation—a blanket injunction of the Challenged Provisions—was unreasonable and would fundamentally alter "Texas policy." *See* ECF No. 616. The District Attorney of Harris County, Kim Ogg, also moved for summary judgment. *See* ECF No. 614. The Court carried the motions with the case and addresses their arguments herein to the extent that they were not rejected in the Court's orders on the State Defendants' motions to dismiss.

The Court held a bench trial on the consolidated cases from September 11, 2023, to October 20, 2023. In all, the parties presented about 80 witnesses (both live and by deposition testimony) and nearly 1,000 exhibits, producing over 5,000 pages of trial transcripts. The Court heard testimony from voters with disabilities, caregivers and relatives who provide voting assistance, Plaintiffs' organizational representatives and volunteers, former and current state and local officials, and expert witnesses. The parties submitted proposed findings of fact and conclusions of law in January 2024,[7] and presented closing arguments on February 13, 2024.

---

[6] *See La Union del Pueblo Entero v. Abbott*, 618 F. Supp. 3d 388, 419–20 [OCA], 618 F. Supp. 3d 449, 489 [HAUL], 618 F. Supp. 3d 504, 542 [LUPE], (W.D. Tex. 2022).

[7] *See, e.g.*, ECF Nos. 852 (Plaintiffs, jointly); ECF No. 855 (LUPE); ECF No. 856 (HAUL); ECF No. 843-1 (Dallas County DA); ECF No. 845 (Harris County DA); ECF Nos. 847 (State Defendants). The parties also submitted supplemental briefing on the Supreme Court's recent decision in *FDA v. All. for Hippocratic Med.*, 602 U.S. 367 (2024). *See* ECF Nos. 1138, 1140, 1142–45.

## FINDINGS OF FACT

1.    Plaintiffs collectively challenge S.B. 1 §§ 5.02, 5.03, 5.06, 5.07, 5.10, and 5.12 (the "Number-Matching Requirement"), §§ 6.03–6.07 (the "Assistance Provisions"), and § 7.04 (the "Canvassing Restriction") of S.B. 1 under the ADA and Section 504.

2.    There are at least 3 million voting-eligible Texans with disabilities. Tr. at 3738:17; LUPE-002 ¶¶ 14, 38. Voters with disabilities are more likely to vote by mail and more likely to need assistance while voting than voters without disabilities. Tr. at 3757:17–21, 3801:10–18; LUPE-002 ¶ 69.

3.    Plaintiffs allege that S.B. 1's addition of an identification number requirement to Texas's mail-voting process and new obligations and restrictions on voting assistors unduly burden their members with disabilities in violation of the ADA.

4.    Congress enacted the ADA as "a 'broad mandate' of 'comprehensive character' and 'sweeping purpose' intended 'to eliminate discrimination against disabled individuals, and to integrate them into the economic and social mainstream of American life.'" *Frame v. City of Arlington*, 657 F.3d 215 (5th Cir. 2011) (internal citations omitted).

5.    This mandate was premised on Congressional findings that:

> "[H]istorically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem,"

> "[I]ndividuals with disabilities continually encounter various forms of discrimination, including . . . relegation to lesser services, programs, activities, benefits, jobs, or other opportunities," and

> "[D]iscrimination against individuals with disabilities persists in such critical areas as . . . voting."

42 U.S.C. § 12101(a)(2), (a)(5), (a)(3).

25-50246.40869

6.      Title II of the ADA provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132.[8]

7.      Because Congress perceived disability discrimination to be "most often the product, not of invidious animus, but rather of thoughtlessness and indifference—of benign neglect," 28 C.F.R. § 35.130(b)(7), "the express prohibitions against disability-based discrimination in Section 504 and Title II include an *affirmative obligation* to make benefits, services, and programs accessible to disabled people," *Pierce v. D.C.*, 128 F. Supp. 3d 250, 266–67 (D.D.C. 2015) (emphasis added). ADA regulations also impose an affirmative duty on public entities to "make reasonable modifications" to their programs and activities "when the modifications are necessary to avoid discrimination." 28 C.F.R. § 35.130(b)(7). As the Fifth Circuit has explained, the ADA imposes "an affirmative duty on public entities to create policies or procedures to prevent discrimination based on disability." *Delano-Pyle v. Victoria County*, 302 F.3d 567, 575 (5th Cir. 2002) (citation and quotation marks omitted).

8.      Despite this affirmative obligation, the State Defendants have consistently taken a "know-nothing, do-nothing policy of non-administration" to their ADA obligations in administering elections in Texas. *Dunn v. Dunn*, 318 F.R.D. 652, 664 n.11 (M.D. Ala. 2016),

---

[8] Before enacting the ADA, Congress prohibited disability discrimination by recipients of federal funding under Section 504, 29 U.S.C. § 794. Section 504 and the ADA impose nearly identical substantive requirements and courts have interpreted them in tandem. *Fry v. Napoleon Cmty. Schs.*, 137 S. Ct. 743, 749 (2017); *Smith v. Harris County*, 956 F.3d 311, 317 (5th Cir. 2020). Section 504 requires that the discrimination must be "solely by reason" of plaintiff's disability, but this does not indicate a higher standard than the ADA. *Bennett-Nelson v. La. Bd. Of Regents*, 431 F.3d 448, 454 (5th Cir. 2005) (explaining that there is no difference between the two because both impose upon public entities an affirmative obligation to make reasonable accommodations for individuals with disabilities).

25-50246.40870

*modified sub nom. Braggs v. Dunn*, No. 2:14CV601-MHT, 2020 WL 2395987 (M.D. Ala. May 12, 2020). The ADA, they insist, "is not an election law." ECF No. 847 at 12.

9. Witnesses for the Office of the Texas Secretary of State (the "Secretary" or "SOS") testified that it does not have familiarity with or expertise in the ADA or how it applies to voting and that any modification requests the state receives are redirected to the counties. Christina Adkins, Director of the Elections Division of the SOS Office, testified:

> I always tell my attorneys to be very cautious with making any recommendations or statements or offering guidance with respect to ADA issues, because we are not ADA experts . . . . . My understanding [is that] . . . there's the ability for individuals to request accommodations. Since we are not the ones administering elections…we would always direct those individuals to the specific county . . . . . [W]hen [we] get questions of law that pertain to issues outside of elections, [we] advise the county election official that's asking us to consult with their local county or district attorney or whoever advises on this area of law.

Tr. at 4593:21–4594:11, 4594:19–25. Former Director of the Elections Division Keith Ingram similarly testified that he does not know what Section 504 is and does not know "in detail" how the ADA applies to elections. Tr. at 1927:13–16, 1926:14–25.

10. The Secretary's office has no written policies on the State's obligations under the ADA regarding the administration of elections. Tr. at 1927:21–1928:21. Nor has the Secretary's office trained county officials on their obligations under the ADA apart from consulting with them on the physical accessibility of polling places. Tr. at 1930:22–1931:2. Mr. Ingram stated that he was unaware of any efforts to educate voters about their right to reasonable modifications under the ADA or the Election Code. Tr. at 1931:3–9.

11. The Election Division's professed unfamiliarity with disability rights is unsettling because the Election Code explicitly tasks the Secretary with evaluating requests for accommodations submitted to county election officials. *See* TEC § 61.013(c).

25-50246.40871

12.     The Election Code directs voters with a disability who desire an accommodation to submit the request "with the early voting clerk" 21 days before the election (for non-federal elections). TEC § 61.013(b). In response to such a request:

> A county or political subdivision may make a showing of undue burden . . . by filing an application with the secretary of state not later than the 90th day before the date of the election that states the reasons that compliance would constitute an undue burden. A showing of an undue burden may be satisfied by proof that the election costs associated with compliance . . . constitute a significant expense for the county or political subdivision . . . Not later than the 20th day after the date of receiving an application under this section, *the secretary of state shall determine whether compliance . . . is an undue burden for the county or political subdivision*."

TEC § 61.013(c) (emphasis added). Nothing in the Election Code authorizes counties to make reasonable accommodations based on (1) federal elections, (2) requests within 21 days of election, (3) the county's affirmative duty to make reasonable accommodations (i.e., without requests).

13.     While the Election Code protects voters' right to *request* reasonable accommodations, it does not require any election entity or administrator to actually *make* such accommodations. *See* TEC § 1.022 ("A provision of this code may not be interpreted to prohibit or limit the right of a qualified individual with a disability from *requesting* a reasonable accommodation or modification to any election standard, practice, or procedure mandated by law or rule that the individual is entitled to request under federal or state law.") (emphasis added).

14.     In fact, Section 7.04 of S.B. 1 *prohibits* election officials from creating, altering, modifying, waiving, or suspending any election standard, practice, or procedure in a manner not expressly authorized by code. TEC § 276.019. Section 8.01 of S.B. 1, in turn, imposes civil penalties on election officials for violations of the Election Code, including termination and loss of benefits. TEC § 31.129(b). It follows that any election official in Texas who makes an affirmative accommodation for disabled voters risks her job and benefits.

25-50246.40872

15.     County officials did not receive guidance or training from the Secretary about how the ADA applies to the Challenged Provisions impacting voters with disabilities. Many testified that they lacked ADA coordinators to respond to reasonable modification requests, that they did not have written ADA policies related to voting, that they had done nothing to update their ADA policies following the enactment of S.B. 1, and that they did not offer training to staff on responding to reasonable modifications.[9] County election officials stated that they did receive some requests for accommodation (i.e., curing number-matching requirements by email) and were told by the SOS to "read the statute." Tr. at 1304:6–1306:2.

16.     The Elections Division "depend[s] on the Coalition of Texans with Disabilities and Texans for Disability Rights" to conduct surveys, training sessions, and audits of polling place accessibility, and to address problems that arise during elections. Tr. at 1926:14–1927:9. It is worth noting that the private advocacy groups to which the Elections Division has sought to outsource its disability-related obligations are not themselves empowered to make affirmative accommodations for voters. It is also worth noting that these very groups testified before the Texas legislature in *opposition* to S.B. 1. *See, e.g.*, STATE-296, Senate Session (Part II), Tr. at 330:1–25 (describing testimony by Disability Rights Texas advocate opposing new oath and disclosure requirements for voting assistors because they would limit disabled voters' access to voting assistance).

17.     The Plaintiffs groups also made numerous efforts before the passage of S.B. 1 to notify the State of Texas and the Legislature of the harm that would occur to voters with disabilities

---

[9] *See* Tr. at 991:24–992:1, 992:14–16 (Callanen) (no ADA coordinator; no updated ADA policies post-S.B. 1); Tr. at 444:14–16, 444:5–9, 444:1–4 (Scarpello) (no ADA coordinator; no written ADA policies related to voting by mail; training regarding modifications limited to allowing disabled voters to go to the front of the line or allowing them to vote curbside); Tr. at 1523:12–18 (Johnson) (no ADA policies pertaining to mail voting); Tr. at 278:12–17, 278:18–279:2, 279:7–10 (Wise) (no training provided to address reasonable modification needs of voters with disabilities who vote by mail following enactment of SB 1).

25-50246.40873

should S.B. 1 be passed. Representatives from The Arc of Texas and REV UP Texas testified multiple times before the state legislature.[10] Many other groups also testified or wrote letters notifying the legislature of concerns related to how S.B. 1 would harm voters with disabilities.[11]

18.  Nonetheless, state and local election officials failed to heed these concerns in implementing S.B. 1 and failed to provide reasonable, affirmative accommodations that would allow voters with disabilities to avoid—or at least minimize—these foreseeable harms. As a result, voters with disabilities have experienced multiple mail ballot rejections and experienced humiliation, the loss of their privacy, and physical pain while voting.

**VOTING IN TEXAS BEFORE S.B. 1**

**Voter Registration and Database**

19.  Texas's statewide voter registration database, maintained by the SOS, is known as the Texas Election Administration Management ("TEAM") system. Tr. at 4317:6–9, 17–23. Each voter record is assigned a Voter Unique Identification Number ("VUID"), which may itself be associated with up to two other ID numbers. Specifically, each VUID may be associated with (1) one number issued by the Texas Department of Public Safety ("DPS") on a driver's license, personal identification card, or election identification certificate (collectively, a "DPS number"), (2) one SSN4, (3) both a DPS number and an SSN4, or (4) neither number.

---

[10] *See, e.g.*, HAUL-216 (testimony before the Senate State Affairs Committee by representative of The Arc, asserting that the new disclosure requirements would "create a chilling effect that decreases the availability of support for Texans with disabilities to exercise their right to vote"); HAUL-213 (testimony before the House Elections Committee); HAUL-214 (testimony before the Senate State Affairs Committee); HAUL-229 (testimony of member of The Arc before the Senate Affairs Committee); HAUL-270 (Cogan testimony before Senate State Affairs Committee by representative of The Arc); Tr. at 3621:16–3622:12.

[11] *See* HAUL-223 (Testimony of Ruei Tuo, 87th - 1st Special Session - Texas Bill SB1/HB3); HAUL-225 (Testimony of Emily Eby, Staff Attorney, Texas Civil Rights Project, Texas Senate State Affairs Committee); HAUL-226 (Testimony of James Slattery, Senior Staff Attorney, Texas Civil Rights Project, Texas House Select Committee on Constitutional Rights & Remedies); HAUL-269 (testimony of staff attorney for Texas Civil Rights Project, Texas Senate State Affairs Committee); HAUL-283 (Testimony of Texas Civil Rights Project).

25-50246.40874

20.     Since 2004, the official Texas voter registration form prepared by the SOS has required the applicant to provide (1) a Texas Driver's License or Personal Identification number ("DPS number"), (2) "if no [DPS number]," the last four digits of her Social Security Number ("SSN4"), or (3) a statement that she has not been issued either identification number. OCA-238.

21.     Texas did not require voter-registration applicants to provide an ID number until January 1, 2004, in compliance with the Help America Vote Act ("HAVA"), 52 U.S.C. § 20901 *et seq. See* TEC § 13.002(c)(8)(A); 52 U.S.C. § 21083(d).

22.     HAVA provides that applicants must provide a current and valid driver's license number or, if they have not been issued such a number, their SSN4, which the state must then compare with the Social Security Administration database or Department of Labor database. *See* 52 U.S.C. § 21083(a)(5)(A)(i). Applicants who indicate that they have neither a driver's license number nor an SSN4 must be assigned a unique identification number on the state's computerized database, which will "serve to identify the applicant for voter registration purposes." *See id.* § 21083(a)(5)(A)(ii).

23.     Since both HAVA and the Texas voter registration application only require *one* number, some voters have only one ID number—either a DPS number or their SSN4—associated with their voter record in TEAM. Tr. at 1855:18–25. While Texas voters can have multiple DPS identification numbers, TEAM will only reflect the most current ID number. Tr. at 1846:3–15.

**Voting By Mail**

24.     Texas authorizes limited categories of voters to vote by mail. These include voters who are 65 years of age or older, disabled voters who cannot vote in person on Election Day "without the likelihood of needing personal assistance or injuring [their] health," voters absent

12

25-50246.40875

from their home counties for the entire in–person voting period, and voters who expect to give birth near Election Day. TEC §§ 82.001–004, .007–.008.

25.     Voters with disabilities are three to four times more likely to vote by mail than voters without disabilities. Tr. at 3757:17–21, 3801:10–18; LUPE-002 ¶ 69. In Texas, voters with disabilities represented 32% of all voters who voted by mail in 2020. Tr. 3758:17–18

26.     According to election officials, the most common bases for eligibility for vote by mail are the "over 65" and "disability" categories.[12] A voter who checks "over 65" as his reason for mail voting may also have a qualifying disability that is not reflected on his application for a ballot by mail ("ABBM"). Tr. at 1299:25–1300:2; *see also* Tr. at 3742:13–23 (disability correlates "[v]ery, very highly" with age). Since marking only one eligibility option is required for mail voting, a voter with a disability might rely on his age to support his eligibility to avoid questions about whether his disability meets the legal standard for requesting a mail ballot. Tr. at 1299:18–1300:2. Thus, the number of voters who mark "disability" underrepresents the number of mail-voters with disabilities.

27.     A qualified voter seeking to obtain a mail ballot must first submit a signed ABBM to their county's early voting clerk. TEC §§ 84.001, 84.007. The ABBM includes "the applicant's name and the address at which the applicant is registered to vote," information demonstrating the voter's eligibility for a mail ballot, "an indication of each election for which the applicant is applying for a ballot," and a mailing address, if different from the address of registration. *See* TEC § 84.002.

---

[12] *See, e.g.*, Tr. at 1158:16–22 (Harris County); *see also* Tr. at 313:13–18 (El Paso County); Tr. at 1299:4–10 (Harris County).

25-50246.40876

28.     If the early voting clerk determines that the ABBM does not "fully comply with the applicable requirements," the clerk is generally required to mail the applicant a new application with a written notice that identifies the defects in the application and explains to the applicant how the defects may be corrected. *Id.* § 86.008.

29.     Upon receiving a timely and non-defective ABBM, the clerk sends the voter an official ballot by mail ("BBM"), a ballot envelope in which to place the ballot, and an official carrier envelope in which to place the ballot envelope. *Id.* §§ 86.001–002, .012–.013.

30.     To vote by mail, a voter must then (1) place his BBM in the official ballot envelope, (2) seal the ballot envelope, (3) place the ballot envelope in the official carrier envelope, (4) seal the carrier envelope, (5) sign the certificate on the carrier envelope, and (6) return the ballot materials to the early voting clerk, either by mail or common or contract carrier or in-person on election day (with an acceptable form of photo identification). *Id.* § 86.005–.06, .013.[13]

31.     In every election, each county in Texas convenes an Early Voting Ballot Board ("EVBB"), which opens the carrier envelopes and determines whether to accept individual BBMs based on, *e.g.*, whether the voter's ABBM stated a legal ground for voting by mail and whether the signature on the carrier envelope matches the signature on the ABBM.[14] *Id.* § 87.041(b). An optional Signature Verification Committee ("SVC") may also be appointed to carry out the same functions. *Id.* §§ 87.027(a), (i).

32.     At the direction of the Texas Legislature, the SOS has developed an online tool for tracking ABBMs and mail ballots, which "must . . . for each carrier envelope, record or assign a

---

[13] Military voters, military family members, and overseas citizens may also use a Federal Post Card Application to apply for a mail ballot and a Texas-issued signature sheet to accompany a mail ballot in lieu of a carrier envelope, both of which must comply with S.B. 1's requirements. *See* TEC §§ 101.052(e), 101.057, 101.107.

[14] The voter's ABBM and carrier envelope signatures may also be compared with other signatures on file with the county clerk or voter registrar. TEC §§ 87.027(i), 87.041(e).

25-50246.40877

serially numbered and sequentially issued barcode or tracking number that is unique to each envelope." *See id.* § 86.015(c)(2) (the "Ballot Tracker"). Accordingly, carrier envelopes now bear a unique number that links them to an associated voter and their ABBM. Counties are responsible for entering the information used to track ABBMs and mail ballots into the Ballot Tracker.

**Voting with Assistance**

33.     Under Texas law, regardless of the method of voting, "[a] voter is eligible to receive assistance. . . if the voter cannot prepare the ballot because of: (1) a physical disability that renders the voter unable to write or see; or (2) an inability to read the language in which the ballot is written." TEC § 64.031.

34.     At the federal level, Section 208 of the Voting Rights Act provides:

> Any voter who requires assistance to vote by reason of blindness, disability, or inability to read or write may be given assistance by a person of the voter's choice, other than the voter's employer or agent of that employer or officer or agent of the voter's union.

52 U.S.C. § 10508.

35.     Voters with disabilities are twice as likely to need assistance voting in person as voters without disabilities, and ten times as likely to need assistance voting by mail. Tr. at 3771:11–15, 3771:16–25.

36.     Approximately one-fifth of voters with disabilities receive voting assistance from non-family members. LUPE-002 ¶ 102.

37.     Voters with disabilities may have difficulty with dexterity, seeing, or getting around the polling place. Tr. at 3770:20–25, 3771:1–4. Voters with intellectual and developmental disabilities ("IDD") may need assistance with physically accessing a polling location, using assistive technology, navigating around the polling place, and translating forms into plain language. Tr. at 3491:21–3492:17, 3512:11–3513:2.

15

38.     Voters with IDD or other cognitive disabilities also need voting assistance when voting in person or by mail to ensure they fully understand their choices in the voting process, which may require more time.[15] Tr. at 3494:14–20.

39.     Before S.B. 1, the Election Code required election officials to note an assistor's name and address next to each voter they assisted at the polls in the poll list, TEC § 64.032(d) (1986). The Election Code required assistors to provide the same information and their signature on the outside of voters' mail-ballot carrier envelopes after assisting mail voters. TEC § 86.010(e). Assistors were also required to take an Oath of Assistance. TEC § 64.034.

## THE CHALLENGED PROVISIONS

## Section 5 – Number-Matching Requirement for Mail-in Voting

40.     S.B. 1's number-matching framework, codified in Sections 5.02, 5.03, 5.06–5.08, 5.10, and 5.12–5.14 of S.B. 1, superimposes a new identification requirement on the mail-in voting process, at both the application and voting stages. To have their ballots counted under S.B. 1, Texans voting absentee must write an ID number that matches an ID number in TEAM on both their ABBM and BBM materials.

41.     At the application stage, Section 5.02 requires voters to write one of three pieces of information on their ABBM, according to the following hierarchy:

(1) the applicant's DPS number;
(2) if the applicant "has not been issued" a DPS number, his or her SSN4; or
(3) if the applicant lacks both a DPS ID number and an SSN4, a statement to that effect.

TEC § 84.002(a)(1–a). An applicant is permitted to use an expired DPS ID number, if the number is otherwise valid, for purposes of fulfilling these requirements. *Id.* § 84.002(b–1).

---

[15] Over 1,000,000 voting-eligible Texans—a third of those with disabilities—have a cognitive impairment. Cognitive impairment is defined as difficulty remembering, concentrating, or making decisions. Tr. at 3740:19–23; LUPE-002 ¶ 40, Table 1.

25-50246.40879

42.   To implement this new requirement, Section 5.03 of S.B. 1 directs the SOS to create a space for this information on its "officially prescribed" ABBM. TEC § 84.011(a), (a)(3–a); *see id.* § 31.002.

43.   The SOS designed an official ABBM with the following instructions:

> YOU MUST PROVIDE ONE of the following numbers. . . Texas Driver's License, Texas Personal Identification Number or Election Identification Certificate Number issued by the Department of Public Safety (NOT your voter registration VUID#) . . . If you do not have a Texas Driver's License, Texas Personal Identification Number or a Texas Election Identification Certificate Number, give the last 4 digits of your Social Security Number[.]

LUPE-119 at 1.

*Excerpt from Form ABBM*

*See id.*

44.   At the voting stage, Section 5.08 further requires that the carrier envelope in which the ballot envelope is mailed include a space, hidden from view when sealed, for the voter to enter the same identification number information required under Section 5.02. TEC § 86.002(g). To implement this mandate, the SOS prepared a carrier envelope with identical instructions under the flap of the envelope. LUPE-009 at 3.

45.   Under Sections 5.07 and 5.13 of S.B. 1, an ABBM or BBM must be rejected if the voter fails to provide a DPS number or SSN4 that identifies "the same voter identified on the applicant's application for voter registration." *See* TEC § 86.001(f) (codifying S.B. 1 § 5.07, which provides that early voting clerks "shall reject" mail ballot applications that do not include a

17

matching ID number); TEC § 87.041(b)(8) (codifying S.B. 1 § 5.13, which establishes that a mail ballot "may be accepted only if" it includes a matching ID number).

46.     Finally, S.B. 1 establishes notice-and-cure procedures for ABBMs and BBMs that are rejected based on the number-matching requirements. *See* S.B. 1 § 5.06, 5.10, and 5.12 (collectively, the "Cure Provisions").

47.     Section 5.06 of S.B. 1 permits a voter who cancels her ABBM after being sent a BBM but fails to return her BBM to the early voting clerk, to vote in person by casting a provisional ballot. TEC § 84.035.

48.     Section 5.10 requires the SOS Ballot Tracker to "allow a voter to add or correct information" on her ABBM or carrier envelope as required by S.B. 1's number-matching requirement. TEC § 86.015(c)(4). Using their date of birth, voters can correct defects on a mail ballot, including failure to sign the carrier envelope or a signature on the carrier envelope that cannot be certified as that of the voter. Tr. at 327:17–328:25.

49.     Sections 5.12 and 5.14 amend the responsibilities of the EVBB (and any SVC, if appointed) to include notifying the voter of any carrier envelope flagged for rejection for a variety of reasons, including S.B. 1's number-matching requirement. *See* TEC §§ 87.0411; 87.0271.[16]

---

[16] When initially enacted, Sections 5.12 and 5.14 instructed the SVC and EVBB, respectively, to determine within two business days of identifying a defect whether it would be possible for the voter to correct the defect and return the carrier envelope before polls closed on election day. If so, the SVC and EVBB had the option of returning the carrier envelope to the voter by mail or to the early-voting clerk, who could contact the voter directly. If not, Sections 5.12 and 5.14 authorized the SVC and EVBB to contact voters by telephone or e-mail and inform them of their options to either cancel their mail-in ballot and vote in person or to correct the carrier envelope in person at the early voting clerk's office within six days after the election. The Legislature has since enacted a provision, effective September 1, 2023, allowing the SVC and EVBB to mail back a corrective action form to the voter. Tex. S.B. 1599, 88th Legis., R.S., § 8, sec. 87.0271(b), 2023 Tex. Gen. Laws.

25-50246.40881

## Section 6.04 – Amendments to Oath of Assistance

50. Section 6.04 of S.B. 1 amends the oath that a person assisting a voter is required to swear (the "Oath of Assistance" or "Oath") by adding the underlined and bolded language:

> I swear (or affirm) **under penalty of perjury** that **the voter I am assisting represented to me they are eligible to receive assistance**; I will not suggest, by word, sign, or gesture, how the voter should vote; [~~I will confine my assistance to~~ **reading the ballot to the voter, directing the voter to read the ballot, marking the voter's ballot, or directing the voter to mark the ballot**;]¹⁷ ~~answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties;~~ I will prepare the voter's ballot as the voter directs; **I did not pressure or coerce the voter into choosing me to provide assistance**; [and] I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; **I will not communicate information about how the voter has voted to another person**; **and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted.**

TEC § 64.034. An offense under this subsection is a state jail felony, punishable by up to two years in prison and a fine of up to $10,000 and will result in the rejection of the voter's ballot. TEC § 276.018(a)(2)–(b); Tex. Penal Code §§ 12.35(a), (b).

51. An assistor must take the Oath of Assistance (and complete a disclosure form, discussed below) for each voter she assists. Election officials, on the other hand, are not required to take the Oath or complete a disclosure form. *See* TEC § 64.034. When a voter receives assistance from an election official, however, Texas law permits poll watchers to be present at the voting station, and the watchers are entitled to examine the ballot before it is deposited in the ballot box. TEC § 33.057(a).

---

¹⁷ The requirement that a person who assists a voter must confine assistance to reading the ballot, marking the ballot, and directing the voter to do the same was enjoined in *OCA of Greater Houston v. Texas*, No. 1:15-CV-679-RP, 2022 WL 2019295, at *4 (W.D. Tex. June 6, 2022). Accordingly, this Court held that "all claims in this consolidated action challenging the portions of section 6.04 that the district court recently enjoined . . . are moot." *LUPE v. Abbott*, 614 F. Supp. 3d 509, 513 n.3 (W.D. Tex. 2022).

19

25-50246.40882

52.     The Oath of Assistance must be printed on BBM carrier envelopes and signed by the assistor. TEC § 86.013(e); *see* LUPE-009 (form BBM carrier envelope prescribed by the SOS).

53.     Providing mail ballot assistance without signing the Oath is a state jail felony unless the assistor is a close relative of the voter or is physically living with the voter when the assistance is provided. *See* TEC § 86.010(h)(1).

**Sections 6.03, 6.05, 6.07 – Assistor Disclosures**

54.     Before S.B. 1, the Election Code provided that, if assistance was provided by a person of the voter's choice at a polling place, an election officer must enter the person's name and address on the poll list beside the voter's name. *See* TEC § 64.032(d). A person providing mail-ballot assistance was required to provide his or her signature, printed name, and a residential address. *See* TEC § 86.010(e); JEX-1 at 53.

55.     Sections 6.03, 6.05 and 6.07 of S.B. 1 added provisions imposing new disclosure and documentation requirements on private assistors.

56.     Section 6.03 requires private assistors at polling places to fill out a new form (the "Assistor Disclosure Form"): (1) the name and address of the person assisting the voter; (2) the relationship to the voter of the person assisting the voter; and (3) whether the person assisting the voter received or accepted any form of compensation or other benefit from a candidate, campaign, or political committee." TEC § 64.0322(a).

57.     The Secretary must prescribe the Assistor Disclosure Form. TEC § 64.0322(b). As prescribed by the Secretary, the form also contains the "Oath of Assistance," discussed above. *See* LUPE-189 ("Oath of Assistance Form").

58.     Section 6.05 amended the Election Code to require a person who assists a mail-in voter to disclose their relationship with the voter and any compensation from a candidate,

20

25-50246.40883

campaign, or political committee on the assisted-voter's BBM carrier envelope. TEC § 86.010(e). The Election Code already required assistors to provide their names and addresses on the carrier envelope before S.B. 1 was enacted. *See id.*; JEX-1 at 53.

59. Section 6.07 amends the disclosures on the BBM carrier envelopes that must be completed by anyone providing ballot-dropping assistance to add a space indicating the assistor's relationship to the voter (along with the person's name and address, which were already required). TEC § 86.013(b).

60. As prescribed by the SOS, the form BBM carrier envelope does not distinguish between assistance in completing the ballot and ballot-dropping assistance. *See* LUPE-009 ("If you are assisting a voter by depositing the Carrier Envelope in the mail or with a common or contract carrier, you must complete the assistant section below.").

61. Providing BBM assistance without completing the Assistor Disclosures is a state jail felony, punishable by up to two years' confinement and a fine of up to $10,000 and may result in the rejection of the voter's ballot. TEC § 86.010(g); TEX. PENAL CODE §§ 12.35(a), (b). The criminal consequences are inapplicable, however, to mail-ballot assistance provided by a close relative of the voter or a person who was physically living with the voter when the assistance was provided. *See* TEC § 86.010(h)(2).

62. Although the Assistor Disclosures required under §§ 6.03 and 6.05 are technically distinct from the required Oath of Assistance set forth in § 6.04, the requirements are, as a practical matter, indistinguishable to assistors. As the images below demonstrate, on both the "Oath of Assistance" form and the form BBM carrier envelope prescribed by the Secretary, the space for the assistor's signature (subscribing to the Oath) appears in the same section as the disclosure requirements—directly under the printed Oath language.

21

*Oath of Assistance*

LUPE-189 at 1.

*Form Mail Ballot Carrier Envelope*

LUPE-009 at 2.

63.     Moreover, the provisions impose identical consequences for non-compliance. Knowingly providing assistance without completing the Oath (evidenced by the assistor's signature) or the relevant disclosure fields on the carrier envelope (1) is a state jail felony and (2) may result in the rejection of the voter's ballot. *See* TEC §§ 86.010 (d), (f)–(g).

22

25-50246.40885

### Section 6.06 – Ban on Compensated Mail-Ballot Assistance

64.     Section 6.06 of S.B. 1 makes it a state jail felony, for a person who is not an attendant or caregiver previously known to the voter, to compensate or offer to compensate another person—or to solicit, receive, or accept compensation—for assisting voters with their mail-in ballots. TEC §§ 86.0105(a), (c).

65.     For purposes of this section, "compensation" means "anything reasonably regarded as an economic gain or advantage, including accepting or offering to accept employment for a fee, accepting or offering to accept a fee, entering into a fee contract, or accepting or agreeing to accept money or anything of value." *Id.*; *see also* TEX. PENAL CODE § 38.01(3).

66.     The prohibition on compensation does not apply if the person assisting the voter is an "attendant" or "caregiver" previously known to the voter. Tr. at 1906:23–1907:2. S.B. 1, however, does not define "attendant" or "caregiver," Tr. at 1907:3–6, nor has the Secretary published any guidance or training on how to interpret either term. Tr. at 1907:7–12, 1908:17–24. Further, the Secretary's Office does not define the phrase "previously known to the voter," nor has it published any guidance or training on how the phrase should be interpreted. Tr. at 1909:3–13. At trial, Mr. Ingram testified that it does not matter how long the voter has actually known the attendant or caregiver before providing voter assistance; it could be "15 years" or "15 minutes." Tr. at 1909:14–22.

### Section 7.04 – Canvassing Restriction

67.     Section 7.04 of S.B. 1 creates three new, third-degree felonies under the Election Code, each imposing up to ten years in prison and a fine of up to $10,000 on anyone who gives,

23

offers, or receives some "compensation or other benefit" for "vote harvesting services."[18] TEC § 276.015(f); Tex. Penal Code § 12.34.

68.  "Vote harvesting services" include any "in-person interaction with one or more voters, in the physical presence of an official ballot or a ballot voted by mail, intended to deliver votes for a specific candidate or measure." TEC § 276.015(a)(2).

69.  A "benefit" is "anything reasonably regarded as a gain or advantage, including a promise or offer of employment, a political favor, or an official act of discretion, whether to a person or another party whose welfare is of interest to the person." TEC § 276.015(a)(1).

70.  Using these definitions, Section 7.04 creates three third-degree felonies:

   (b)   A person commits an offense if the person, directly or through a third party, knowingly provides or offers to provide vote harvesting services in exchange for compensation or other benefit.

   (c)   A person commits an offense if the person, directly or through a third party, knowingly provides or offers to provide compensation or other benefit to another person in exchange for vote harvesting services.

   (d)   A person commits an offense if the person knowingly collects or possesses a mail ballot or official carrier envelope in connection with vote harvesting services.

TEC §§ 276.015(b)–(d).

71.  There are a number of exceptions. The Canvassing Restriction "does not apply" to:

   (1)   an activity not performed in exchange for compensation or a benefit;

   (2)   interactions that do not occur in the presence of the ballot or during the voting process;

---

[18]While Section 7.04 of S.B. 1 sets out a ban on "vote harvesting," the scope of Section 7.04's proscriptions reach conduct well beyond any common understanding of "vote harvesting." To describe Section 7.04 more accurately and impartially, the Court refers to it as the "Canvassing Restriction" throughout this order.

25-50246.40887

(3)    interactions that do not directly involve an official ballot or ballot by mail;

(4)    interactions that are not conducted in-person with a voter; or

(5)    activity that is not designed to deliver votes for or against a specific candidate or measure.

TEC § 276.015(e).

## THE PARTIES

### The Plaintiffs

#### <u>The OCA Plaintiffs</u>

72.    The OCA Plaintiffs challenge S.B. 1's Number-Matching Requirement (§§ 5.02, 5.03, 5.07, 5.10, 5.12) and amended Oath of Assistance (§ 6.04), seeking injunctive relief against the Secretary, the Attorney General, the County Clerks of Harris and Travis Counties, and the DAs of Harris and Bexar Counties. *See* ECF No. 200 at 46–50, 63–65.

#### *REV UP Texas*

73.    REV UP Texas is a statewide, non-partisan, grassroots, non-profit organization incorporated in Texas. Tr. at 3621:2–3, 3617:15–16, 3619:2–3, 3626:1, 3619:4–5. REV UP stands for "Register, Educate, Vote, Use Your Power." Tr. at 3616:6–17.

74.    REV UP Texas' mission is "to empower people with disabilities to get more involved in the disability and political process to be able to influence issues of concern to the disability community." Tr. at 3616:19–22. Examples of issues important to REV UP Texas's mission are "affordable integrated housing, long waiting lists for home- and community-based services, community attendants' wages and benefits[,] accessible transportation, durable medical equipment, assistive technology, issues that affect the . . . disability population that makes up the disability vote." Tr. at 3617:1–7.

25-50246.40888

75.     REV UP Texas operates through a regional network of organizational representatives, who disseminate information and further its mission throughout the state. Tr. at 3618:15–25. Along with these regional representatives, REV UP has approximately 500 members statewide. Tr. at 3620:13, 19–20.[19]

76.     As discussed in greater detail herein, several members of REV UP Texas with disabilities have experienced barriers to voting by mail and in-person because of S.B. 1, including Jodi Lydia Nunez Landry, who is a regional representative.  Tr. at 3229:15.

**The HAUL Plaintiffs**

77.     Together, the HAUL Plaintiffs challenge S.B. 1's Number-Matching Requirement (§§ 5.02, 5.03, 5.06, 5.07, 5.10) and Assistor Disclosures (§§ 6.03. 6.05, 6.07), seeking injunctive relief against the Secretary, the Attorney General, and the local election officials and the DAs of Bexar County and Harris County. *See* ECF No. 199 ¶¶ 337–55.

*The Arc of Texas*

78.     The Arc of Texas (the "Arc") is a non-profit organization founded in 1953 by parents of children with intellectual and developmental disabilities ("IDD") to advocate for their children to have access to education, employment, community supports, and other areas of community life. Tr. at 3492:18–25, 3493:1–5. The Arc has 7,000 individual members across the state.[20] Tr. at 3495:20–25, 3496:4–24.

79.     The Arc's mission is to "promote, protect, and advocate for the human rights and self–determination of Texans with intellectual and developmental disabilities." Tr. at 3490:23–25,

---

[19] Members do not pay dues because so many people with disabilities are low-income, but their engagement ranges from receiving information "to those who are active in doing the various registration, education, and voting," and to "regional reps, who we engage monthly on regional phone calls." Tr. at 3620:21–25, 3639:6–10.

[20] Although individual members previously paid membership dues, The Arc stopped charging fees after concluding that they were a barrier for people with IDD being able to join the organization. Tr. at 3497:17–25, 3498:1–3 (noting

26

3493:7–9. In pursuit of that mission, The Arc engages in legislative advocacy and grassroots advocacy to help empower people with IDD to advance public policy. Tr. at 3493:10–21; 3494:5–10. Voting is "the backbone" of The Arc's work because it is critical to members' self-determination and voting rights advocacy has been a priority since The Arc's founding. Tr. at 3499:23–3500:12, 3499:23–3500:12.

80.     As discussed in greater detail herein, several members of the Arc with disabilities have experienced barriers to voting by mail and in-person because of S.B. 1, including Jodi Lydia Nunez Landry. Tr. at 3229:15.

### *Delta Sigma Theta Sorority, Inc.*

81.     Plaintiff Delta Sigma Theta Sorority, Inc. ("DST" or the "Sorority") is a national, nonprofit, nonpartisan organization of Black, college-educated women, focused on serving the Black community through social action. Tr. at 2081:1–20. DST has 75 Chapters in Texas, including chapters in Bexar, Harris, and Travis Counties, and 21,450 members registered to vote in Texas. Tr. at 2083:13–25.

82.     The Sorority organizes its social action under its "Five Point Programmatic Thrust": educational development, economic development, international awareness and involvement, physical and mental health, and political awareness and involvement. Tr. at 2081:7–13.

83.     In support of this mission, DST has participated in voting rights efforts since its founding in 1913. Tr. at 2082:23–2083:8. The organization's civic engagement programs include voter registration drives, voter education, candidate forums, and voter assistance and transportation programs. Tr. at 2086:21–2087:15.

---

that people with IDD often "live in poverty and don't have extra money to pay membership dues."). Thus, members can join The Arc of Texas in several other ways, including by subscribing to their Disability Dispatch email, making a donation, serving on the board, or serving on a committee. Tr. at 3495:22–25, 3496:1–3, 3497:10–16.

84. DST Chapters in Texas provide voter assistance to residents of nursing homes and senior care facilities who need help filling out ABBMs, address changes, BBMs, and voting in-person. Tr. at 2088:1–18, 2199:9–19.

85. Members of DST include individuals who have disabilities and depend on assistance to cast their vote. Tr. at 2110:3–11.

### **The LUPE Plaintiffs**

86. Together, the LUPE Plaintiffs challenge S.B. 1's amended Oath of Assistance (§ 6.04), Assistor Disclosures (§§ 6.03 and 6.05), Ban on Compensated Assistance (§ 6.06), and Canvassing Restriction (§ 7.04), seeking injunctive relief against the Secretary, the Attorney General, and the election officials and prosecutors of Dallas and El Paso Counties and the Travis County District Attorney. *See* ECF No. 208 ¶ 267.

### *La Union Del Pueblo Entero*

87. La Union Del Pueblo Entero ("LUPE") is a non-partisan, membership organization headquartered in San Juan, Texas, with members primarily in Hidalgo, Cameron, Willacy, and Starr Counties, Texas. Tr. at 58:13–16.

88. LUPE organizes its approximately 8,000 members and other colonia residents on issues that affect low-income neighborhoods, including drainage, lighting, paved roads, safety, emergency services, trash pickup, among others. Tr. at 88:8–24. In addition to civic engagement organizing, LUPE is a social services hub for the community and provides income tax services, language translation services and family-based immigration legal services. Tr. at 61:3–17.

89. In recent years, LUPE's primary organizing focus has been civic engagement and educating voters about their right to vote. Tr. at 60:10–61:2. LUPE relies on paid staff members, temporary paid canvassers, and volunteers to engage with voters in-person. Tr. at 88:1–7. LUPE

25-50246.40891

members speak to voters on issues promoted by LUPE, including urging voters to support certain non-partisan ballot measures. Tr. at 88:1–24.

90.     LUPE organizers advocate for ballot measures in a variety of settings, including when meeting with community members in neighborhoods, at LUPE events, at union halls, and in the LUPE offices. Tr. at 89:7–18. While canvassing neighborhoods in support of ballot measures, LUPE organizers have been invited into voters' homes and asked for assistance with voters' mail-in ballots. Tr. at 71:1–72:15, 75:11–75:17, 119:20–120:18. LUPE members also often bring mail ballots to meetings at LUPE offices and union halls. Tr. at 90:4–24.

91.     Members of LUPE include voters who are disabled and vote with assistance in person and by mail. Tr. at 63:19–64:6, 65:7–65:13, 96:15–97:17, 75:18–77:4, 77:17–78:2, 84:4–84:25, 85:1–85:4, 119:20–120:18, 116:22–117:7, 87:3–87:21, 3676:11–25.

92.     LUPE staff members and volunteers have been asked for assistance with voting by mail and in-person at the polls by elderly and disabled voters and have provided such assistance. *See* Tr. at 145:16–20, 145:25–146:4, 150:9–13, 150:19–151:2, 157:14–158:9; LUPE-284, Maria Gomez Dep. at 41:24–42:24, 11:15–12:10, 15:17–20, 29:9–12. 40:24–42:2.

93.     LUPE often provides its volunteers with t-shirts or gas cards, particularly because there is little public transportation in the Rio Grande Valley. Tr. at 122:3–19.

### *MABA Texas*

94.     The Mexican American Bar Association of Texas ("MABA") is a volunteer-based professional membership association of Latino lawyers across Texas with approximately 500 members. Tr. at 2533:20–23, 2535:9–10.

95.     Although MABA is non-partisan, it routinely encourages voters to support a candidate or measure. Tr. at 2535:19, 2542:6–8.

25-50246.40892

96.     Members of MABA include voters who are disabled and vote with assistance in person and by mail. Tr. at 2543:1–13.

97.     MABA encourages its attorneys to provide pro bono services and support voter engagement in their local communities. Tr. at 2533:24–2534:4, 2535:11–2536:5. MABA engages in voter outreach and education by tabling at local community events, such as candidate forums. Tr. at 2535:21–2536:5. MABA members also provide voter assistance. *See, e.g.*, Tr. at 2539:3–4. Members are concerned that they are committing a crime if they accept meals, gas cards, swag or other forms of compensation while performing these activities. Tr. at 2542:6–20.

### FIEL Houston, Inc.

98.     Familias Inmigrantes Estudiantes Luchar translated to English means "Immigrant Families and Students in the Fight." Tr. at 2430:12–19. FIEL Houston, Inc. ("FIEL") is an immigrant-led civil rights organization with approximately 16,000 members in the Greater Houston area. Tr. at 2431:21–25. FIEL employs eight paid staffers. Tr. at 2433:18–22. FIEL's mission is to organize and empower people, and to make sure that people know and exercise their rights in the community. Tr. at 2434:21–2435:1. FIEL focuses on access to higher education, community organizing, and civic engagement, including voter outreach. Tr. at 2435:2–14.

99.     Members of FIEL include voters who are disabled and vote with assistance. Tr. at 2536:14–18.

100.     Before S.B. 1, FIEL furthered its mission of voter outreach and civic engagement by assisting its members in voting at the polls. Tr. at 2438:9–11, 2444:24–2445:3. FIEL typically partnered with another organization to take people to vote and provide translation and other assistance at the polls. Tr. at 2438:12–16.

25-50246.40893

**Defendants**[21]

101.    Collectively, Plaintiffs have sued the Secretary of State and Attorney General of the State of Texas,[22] and the chief election officials and district attorneys of several counties in Texas, including Harris County, Bexar County, Travis County, Dallas County, Hidalgo County, and El Paso County—all in their official capacities.

### The State Defendants

#### *Texas Secretary of State*

102.    Plaintiffs seek to enjoin Defendant Jane Nelson, the Secretary of State (the "Secretary") of the State of Texas, from enforcing the Challenged Provisions.

103.    The Secretary is the Chief Election Officer of Texas. TEC § 31.001(a). In that capacity, the Secretary is charged with "broad duties to oversee administration of Texas's election laws." *Ostrewich v. Tatum*, 72 F.4th 94, 100 (5th Cir. 2023) (quoting *Richardson v. Flores*, 28 F.4th 649, 654 (5th Cir. 2022)).

104.    It is the Secretary's duty to obtain and maintain uniformity in the interpretation, application, and operation of the election code and election laws outside the election code. TEC § 31.003; Tr. at 1827:6–12.

105.    These responsibilities include "prescribing official forms" for elections. Tr. at 1834:2–12; TEC §§ 31.001(a)–(b), 31.003. The Secretary, for example, is responsible for the design and content of the Assistor Disclosure form and BBM carrier envelopes. *See* Tr. at 1843:4–7; TEC §§ 64.0322(b), 86.013(d); LUPE-009; LUPE-189.

---

[21] Over the course of these proceedings, several Defendants sued in their official capacities were substituted by their successors in office pursuant to Federal Rule of Civil Procedure 25(d).

[22] The Court previously dismissed Plaintiffs' ADA claims against the Attorney General, *see La Union del Pueblo Entero*, 618 F. Supp. 3d at 419–20, but their Section 504 claims against him remain pending.

25-50246.40894

106.    The Secretary routinely issues guidance, directives, orders, instructions, and handbooks to county registrars of all 254 Texas counties, as well as to district attorneys, political candidates, and voters, on various election procedures, including changes implemented in S.B. 1. Tr. at 119:24–120:6, 125:4–21, 128:14–20, 129:3–14, 143:15–18, 159:9–160:11, 1831:7–14, 1875:5–10, 1875:18–25.

107.    The Secretary also collaborates with the OAG to enforce election laws in accordance with her mandatory duties under the Election Code. Tr. at 3913:9–19, 4054:16–4055:8.

108.    Under the Election Code, the Secretary must evaluate information she "receiv[es] or discover[s]" about potential election crimes and, if she "determines that there is probable cause to suspect that criminal conduct occurred, the [S]ecretary *shall* promptly refer the information to the attorney general" and provide all pertinent documents and information in her possession to the AG. TEC § 31.006 (emphasis added). In this capacity, the Secretary serves as "a gathering point for election complaints from individuals and election officials." Tr. at 3913:12–19. The Secretary has received allegations related to mail ballot "vote harvesting," which she has referred to the OAG both before and after the passage of S.B. 1. Tr. at 1914:1–6.

### *Texas Attorney General*

109.    Defendant Ken Paxton is the Attorney General ("AG") of the State of Texas. His office, the Office of the Attorney General of Texas ("OAG"), is an executive department or agency of the State of Texas. ECF No. 753 ¶ 40.

110.    The AG has statutory duties for certain aspects of S.B. 1's enforcement scheme, including Sections 6.04, 6.05, 6.06 and 7.04. *Stephens* did not alter the authority of the AG to investigate allegations of election-related crimes, and, in some cases, the OAG considers its investigative duties to be "statutorily required" or "mandatory" for election-related allegations. Tr.

32

at 4041:18–4042:25; *see, e.g.*, TEC § 273.001 (providing that the AG "shall investigate" allegations of election crimes in elections covering more than one county). The AG may also "direct the county or district attorney . . . to *conduct* or *assist* the attorney general in conducting the investigation." *See* TEC § 273.002(1) (emphasis added); *see also id.* § 273.001 (district attorneys must investigate alleged violations referred to them).

111.    The AG has demonstrated a willingness to enforce, and has actually enforced, the Election Code, including S.B. 1. Tr. at 3909:8–17, 3913:9–3914:16.

112.    The OAG continues to operate the Criminal Prosecutions Division unit that prosecutes election-related allegations, known as the Election Integrity Division. Tr. at 3903:23–3905:4, 3905:11–15, 4039:14–19. As of March 17, 2023, the OAG had identified investigations of possible violations of the Assistor Disclosure requirement for mail ballots (S.B. 1 § 6.05) and the Canvassing Restriction (S.B. 1 § 7.04). *See* LULAC-86 at 6.

113.    Before *Stephens*, the OAG regularly prosecuted election crimes, including alleged unlawful-assistance and vote-harvesting schemes, in counties across Texas. *See* OCA-377 (showing 401 counts—not cases—of election crimes prosecuted by the OAG, alone or in conjunction with local prosecutors, between 2005 and 2022).

114.    Even after *Stephens*, Jonathan White, former Chief of the OAG Election Integrity Division, testified that "assistance fraud" (purportedly targeted by the many of the Challenged Provisions) and "vote harvesting" schemes (purportedly targeted by the Canvassing Restriction) remain among the three most common elections-related allegations that the OAG pursues. Tr. at 3915:3–8.

115.    Although the AG may no longer unilaterally prosecute allegations of election-related crimes, *Stephens*, 663 S.W.3d at 51–55, the OAG enforces criminal election offenses

33

25-50246.40896

through other mechanisms. After OAG investigations conclude, the OAG refers cases to local prosecuting attorneys and often seeks opportunities to partner with DAs to prosecute such allegations through deputization by a DA or appointment *pro tem* by a district judge or the DA. Tr. at 3908:21–3909:17, 3909:1–12; 4043:21–4045:21; 4051:2–10.

116.     Finally, the AG is tasked to enforce S.B. 1 against election officials who are subject to civil prosecution for Election Code violations. S.B. 1 § 8.01 (TEC §§ 31.128, .129, .130); *see* Tr. at 772:2–6. He is authorized under S.B. 1 § 8.01 (TEC § 31.129(b)) to assess civil penalties against local officials who violate the law by failing to enforce provisions of S.B. 1.

**Country Defendants**

117.     Plaintiffs have named various local election officials and prosecutors as Defendants in their official capacities for their roles in implementing and enforcing the Challenged Provisions.

*County Election Officials*

118.     Plaintiffs have sued local election administrators in several counties in Texas (the "EAs" or "County Clerks," as applicable) in their official capacity to enjoin them from enforcing the Challenged Provisions.

119.     The HAUL Plaintiffs seek injunctive relief against the Bexar County EA and the Harris County Clerk.[23] *See* ECF No. 199. The OCA Plaintiffs seek injunctive relief against the County Clerks of Harris County and Travis County. *See* ECF No. 200. The LUPE Plaintiffs seek injunctive relief against the EAs of Dallas County and El Paso County. *See* ECF No. 208.

120.     Local election officials administer Texas elections. They are responsible for administering the Oath of Assistance at polling places, TEC § 64.034, and for collecting and

---

[23] The Harris County EA's office was abolished on September 1, 2023, pursuant to 88th Leg. R.S. Senate Bill 1750 (amending TEC § 31.050). ECF No. 753 ¶ 44 & n.12.

25-50246.40897

reviewing required disclosures at the polls and on the carrier envelopes of mail-in ballots, *id.* §§ 64.0322, 86.010(e). They also receive and review mail carrier and ballot envelopes to voters, *id.* § 86.002, receive and process marked ballots, *id.* §§ 86.006, 86.007(b), 86.011, verify voter signatures, *id.* § 87.027(i), and count the results, *id.* § 87.061.

### County District Attorneys

121.    Plaintiffs seek to enjoin the district attorneys of several counties in Texas (the "DAs" or "County DAs") from enforcing S.B. 1 §§ 6.04–6.06 and 7.04.

122.    The HAUL Plaintiffs seek injunctive relief against the DAs of Bexar County, Harris County, and Travis County. *See* ECF No. 199. The OCA Plaintiffs seek injunctive relief against the Harris County DA and the Travis County DA. *See* ECF No. 200. The LUPE Plaintiffs seek injunctive relief against the DAs of Travis County, Dallas County, and the 34th Judicial District, which includes El Paso, Culberson, and Hudspeth Counties. *See* ECF No. 208.

123.    County DAs are charged with investigating and prosecuting violations of the Election Code, including those among the Challenged Provisions. *See Stephens*, 663 S.W.3d at 55.

124.    A newly enacted law curbs DAs' authority to adopt a policy against enforcing crimes under the Election Code. House Bill 17 ("H.B. 17"), which went into effect on September 1, 2023, provides that DAs may be removed from office if they adopt any policy that "prohibits or materially limits the enforcement of any criminal offense." TEX. LOC. GOV'T CODE § 813(B).

25-50246.40898

**IMPACT OF THE CHALLENGED PROVISIONS**

**Section 5 - Mail-In Voting Provisions (§§ 5.02, 5.03, 5.06, 5.07, 5.10, 5.12)**

<u>**Deficiencies in TEAMs & S.B. 1 led to high rejection rates of ABBMs and BBMs**</u>

125.    S.B. 1's requirement that a mail-in voter include the voter's DPS number or SSN4 on ABBMs and on BBM ballot carrier envelopes has made voting more burdensome, especially for voters with disabilities, resulting in a dramatic increase in ABBM and mail-ballot rejections.

126.    In the first statewide election after S.B.1's effective date, the March 2022 Primary, the Texas-wide mail ballot rejection rate for the March 2022 Primary was 12.4 percent, twenty times higher than in 2020. Tr. at 1879:6–16. In Harris County and Tarrant Counties, 90 percent of the rejected ballots were rejected in that election because of missing, incomplete, or non-matching ID numbers as required by S.B. 1. Tr. at 1983:12–18.

127.    Thousands of qualified voters have been disenfranchised because of Sections 5.07 and 5.13. *See, e.g.*, LUPE-301, LUPE-302. In March 2022, more than 25,000 mail ballots were rejected because of the ID requirements. ECF No. 820 at 9. In November 2022, more than 11,000 were rejected for that reason. *Id.*

128.    The instructions on the BBM carrier envelope are in tiny type, and the spaces for the voter to enter the identification numbers are hidden under the flap. STATE-217. Voters complained that the ABBM and BBM forms were not user-friendly. The forms do not draw enough attention to the identification number requirements, so the spaces to enter the numbers are easy to miss. Tr. at 210:2–11.

129.    Some voters, including voters with disabilities, did not see the instruction to place their identification number under the flap on the BBM carrier envelope, and some called their local

25-50246.40899

elections office to say that they believed an identification number was unnecessary on the BBM carrier envelope because they had already supplied one with their ABBM. *Id.* at 212:15–18.

130.    Dr. Kruse testified that people with disabilities may have difficulty remembering and locating their ID number to include with their ballot application or ballot. Many people with disabilities are older and it may have been a long time since they registered to vote, so they may have trouble remembering what number they used. Others, particularly those with cognitive disabilities or who live in congregate settings, may have difficulty retrieving their ID number because they do not know where to find that information or where it is stored or might have to retrieve it from parents who live elsewhere. Tr. 3760:6–19, 3761:7–18; LUPE-002 ¶ 91. In addition, voters with cognitive impairments may have difficulty complying with S.B. 1's identification requirements because they may have difficulty understanding the relevant instructions and requirements of the provisions. Tr. at 3761:7–18.

131.    Election officials ultimately determined that incomplete records in the TEAM system could interfere with a qualified voter's ability to cast a mail ballot that would be counted under the new requirements, even if the voter submitted a valid ID number.

132.    Older voters, who registered to vote before 2004, may not have any number associated with their TEAM registration record.

133.    Even for voters who registered *after* 2004, the Texas Voter Registration Application instructs the registrant to enter a TDL/TID "or" SSN4, as does Row 9 of the Application, which provides blanks for entry of those numbers. OCA-283. In other words, a DPS number is *not* required to enter both numbers when registering to vote, and a registrant who enters a TDL and not an SSN—or vice versa—reasonably believes that the second number is not required.

25-50246.40900

134.    It is possible, moreover, for a registered voter to have multiple identification numbers issued by DPS; TEAM, however, lists only one DPS-issued identification number per voter and there are no plans to update TEAM to include multiple DPS-issued identification numbers. Tr. at 1846:3–19.

135.    Because matching a DPS number or SSN4 against incomplete and erroneous voter registration records fails to identify some voters accurately, S.B. 1 requires election officials to reject mail ballot materials from voters who provided accurate information. Thus, an ABBM or BBM with a valid DPS number may be rejected for failing to satisfy the Number-Matching Requirement because the voter's record on TEAM: (1) does not contain any ID numbers, (2) contains only the voter's SSN4, (3) contains another DPS number, or (4) contains a typo.

136.    The State Defendants conceded that, as of the time of trial in this case, at least 667,685 Texas voters could put a valid DPS number or SSN4 on an ABBM or BBM and not have it match their voter registration record in TEAM. Tr. at 1920:3–7; *see* LULAC-75. Plaintiffs estimate that the problem may be three times larger than the State admits based on study showing that 2,394,435 Texas voters have one DPS-issued ID number in TEAM, but their DPS files list multiple identification numbers. Any of these voters could insert a correct DPS-issued identification number on an ABBM or BBM and have their application or ballot rejected because the number they inserted was not the one in their TEAM record. STATE-200 at 22, App. A, ¶ 22.

137.    After S.B. 1 became effective, voters who are older, who never drove, who were born outside traditional hospitals, or who have disabilities, have had difficulties because their identification numbers are not on file. Tr. at 1281:23–1282:13. Although S.B. 1 technically permits entry of a TID, "in [the] experience [of the Harris County EA's Office,] if you're not driving then you probably don't have an ID number." Tr. at 1281:14–15.

25-50246.40901

138.    To make matters worse, the instructions on the Form ABBM and BBM carrier envelope reflect the text of S.B. 1, calling for the voter to enter <u>either</u> a DPS number <u>or</u> an SSN/4. *See* LUPE-009, LUPE-119, TEC §§ 84.002, 86.002(g). ***The Secretary cannot amend the form ABBM or BBM carrier envelope to advise voters to include both numbers because doing so would be inconsistent with statutory requirements of the Election Code***. Tr. at 1838:17–23. A voter who complies with the letter of S.B. 1—who enters just one number on an ABBM form is gambling that the number he or she enters will be the one that is in TEAM. Tr. at 1033:23B1034:19; 1034:21–1035:19.

139.    In response to the pervasive confusion and rejection of ABBMs and BBMs, election officials took action to mitigate S.B. 1's impact on voters, with mixed results.

140.    Because the Election Code prohibits election officials from modifying election procedures in a manner not expressly authorized by code, TEC § 276.019, most of the election official's attempts to mitigate S.B. 1's involved sending voters more paperwork—new voter registration form and instructions for completing (or curing defects in) ABBMs and BBMs.

141.    These additional instructions often added to the confusion. With each rejection notice for an ABBM related to ID-number problem, the El Paso County EA sent an application to register to vote, in the hope that the voter would return the registration form with an identification number or numbers that could be entered into SOS's system. The EA received many calls from voters who were confused by the inclusion of the registration application, as they were already registered to vote. Tr. at 217:6–21.

142.    The ABBM rejection form does not specify which identification number the voter entered on the rejected ABBM. HAUL-396-A. In correspondence with Christina Adkins, the Denton County Deputy EA wrote, "We both know that voters can't remember how they filled out

39

the defective [ABBM] once it's sent." Tr. at 165:25–166:6; LUPE-194. Ms. Adkins similarly recognized in her trial testimony that, after submitting an ABBM, a voter may not remember which number he or she entered. Tr. at 1842:6–14.

143.    If voters in general are unable to remember which number they submitted on their ABBM only weeks earlier, it is not clear to the Court how elderly voters and voters with cognitive disabilities can be expected to recall and produce the very same identification number(s) they provided on a registration form months or years earlier. S.B. 1 not only permits voters to provide expired DPS numbers but *requires* voters to provide an expired DPS number whenever their TEAM record contains an expired number.

144.    On February 1, 2022 the Election Division Staff responded to a query from the US Department of Defense Voter Assistance Program concerning which ID number (TDL/TID or SSN/4) should be filled in on an FPCA ballot application by explaining "the counties and our office are telling voters it is permissible to put both numbers if they are not sure" because "many voters do not remember which number they originally gave the county when they registered." LUPE-130.

### Deficiencies in the Ballot Tracker led to low cure rates

145.    County election officials acknowledged that curing a mail ballot application or mail ballot could be more difficult for voters with disabilities, Tr. at 447:19–21.

146.    To begin, voters with disabilities are less likely to be able to access the Ballot Tracker because they are less likely to have access to or use the internet.[24] The Ballot Tracker is also inaccessible to blind and visually-impaired voters.

---

[24] Texans with disabilities are three times more likely to live in homes without internet access; an estimated 460,600 voting-eligible Texans with disabilities live in homes without internet access. Tr. at 3748:20-25, 3749:1–7; LUPE-002 ¶ 54, Table 6. Texans with disabilities are twice as likely to not use the internet, whether at home or otherwise. In

25-50246.40903

147.    The Ballot Tracker theoretically allows voters to add or correct their ID numbers but limits access to the Tracker to voters who enter both their SSN/4 and their DPS number. Thus, a voter whose TEAM record does not have *both* required numbers is shut out of the Tracker for purposes of curing an ABBM or a BBM carrier envelope. ***This is a statutory requirement that SOS cannot modify.*** Tr. at 1850:21–1852:22.

148.    To the extent that a voter is unable to use the Ballot Tracker, he must cure his ballot in person. Of course, a voter with a physical disability that affects mobility or access to transportation will face barriers correcting a mail-in ballot carrier envelope in-person.[25] Tr. at 219:4–8 (Wise); Tr. at 486:4–10 (Scarpello); Tr. at 1521:10–19 (Johnson); Tr. at 1300:3-4, 1300:20–1301:6 (Longoria).

149.    The Harris County EA asked the Secretary to permit disabled voters to vote by email, as members of the military are allowed to do, but the SOS denied the request and further denied the request to allow disabled voters to cure defective BBMs by email ballot. The Secretary takes the position that the Election Code is strict: there is no way for disabled voters to correct their BBMs except in person or with the Ballot Tracker, and no assister may do this for the voter. See Tr. at 1300:3–1301:25.

---

absolute numbers, an estimated 832,200 citizens with disabilities do not use the internet, whether inside or outside the home. Tr. at 3750:1–12; LUPE-002 ¶ 55, Table 6.

[25] 123.   Just over half of Texans with disabilities have a mobility impairment (1,604,700), defined as difficulty walking or climbing the stairs. Tr. at 3740:3–7; LUPE-002 ¶ 40, Table 1.

124.    Approximately one-third of Texans with disabilities have difficulty going outside the home alone (1,127,500). Tr. at 3740:10–16; LUPE-002 ¶ 40, Table 1. Texans with disabilities are four times more likely to live in a zero-vehicle household, less likely to take trips outside the household, and less likely to be able to drive. Tr. at 3751:25, 3752:1–5; LUPE-002 ¶ 57, Table 7. They are more likely to live alone, less likely to be married, and more likely to be separated, divorced, or widowed. Tr. at 3747:20–25; LUPE-002, Table 4. They are also half as likely to be employed as other working-age people without disabilities and are twice as likely to be in poverty. Tr. at 3746:18–22; LUPE-002, Table 4. The lower employment levels, greater likelihood of living alone, lower internet access, and transportation barriers among people with disabilities contribute to social isolation. LUPE-002 ¶ 60. People with disabilities also face social stigma because of their disability. Tr. at 3752:16–25, 3753:1–2; LUPE-002 ¶¶ 60, 61.

41

150.    The Travis County Elections Division director testified that her office received complaints from voters that the Ballot Tracker was difficult to navigate: some voters were never able to use it successfully and were unable to cure ballot deficiencies. Tr. at 1551:18-22, 1574:15-20.

151.    Travis County officials attempted to walk voters through the process of curing their ballot through the Ballot Tracker; but those efforts took 30–40 minutes per voter or longer, and there were voters who still could not cure online. Tr. at 1520:1–1521:19. There were ballots, moreover, that were received too late to be cured. Tr. at 1521:20–1522:2.

152.    The individual experiences of voters illustrate S.B. 1's widespread effects, especially for voters with disabilities.

### Yvonne Yvette Iglesias

153.    Yvonne Yvette Iglesias is a member of The Arc of Texas and REV UP and registered voter in Hidalgo County. Ms. Iglesias is blind in one eye, has paraplegia, and has diabetes. HAUL-416, Iglesias Dep. at 18:12–17, 19:8-14, 21:6–22:5, 25:8–15, 416:18:12–17. She always votes by mail because she can only travel by ambulance services, and they are unable to take her to vote in person. *Id.* at 29:4–11. Her pressure ulcers make it impossible for her to sit. *Id.* at 21:6–22:5

154.    Ms. Iglesias applied to vote by mail based on her disability in both the 2022 primary and general elections, but her ABBMs were rejected in both elections. *Id.* at 35:6–15, 39:18–21. When she contacted the Hidalgo County election office, she was told that her ballot had been rejected because she failed to include an ID number, although she believes she entered her information correctly. *Id.* at 41:24–42:20. She resubmitted her application, but it was again rejected, and she was told it did not include an ID number. *Id.* at 44:22–45:11, 46:24–47:25.

42

### Teri Saltzman

155.    Teri Saltzman, a legally blind voter and member of the Arc of Texas, had her ballot application rejected multiple times for ID related reasons and was told by Travis County to use the ballot tracker to cure her application, but the ballot tracker was inaccessible to her as a blind person. She was then informed by Travis County that the rejection was based on Ms. Saltzman using an outdated application that the County had sent her. Tr. at 3351:14–3353:6. After submitting a second application and carefully checking the ID numbers she entered using assistive technology available to her at work, her application was accepted about one week before the March 2022 primary.

156.    Ms. Saltzman then attempted to vote by mail and asked her husband to review the ballot to ensure she filled everything out properly, since the ballot was inaccessible to her as a blind person. Despite this extra review, her ballot was rejected because she missed something that needed to be filled in under the flap on the carrier envelope. Her disability prevented her from seeing the instructions about what should go under the flap since the ballot was inaccessible to her. Tr. at 3356:1–3357:1.

157.    Ms. Saltzman actively tried to get assistance from Travis County several times over three elections when her mail ballot applications and mail ballots were rejected. She explained that she had a disability, that she could not come in person to cure her application and ballot, and that the online system was inaccessible due to her vision impairment. The county did not offer to change or waive any S.B. 1 requirements or provide other modifications to Ms. Saltzman.

158.    When Ms. Saltzman received her mail ballot application for the November 2022 general election, the type on the form was even smaller than it had been previously, and she was not able to access it.

25-50246.40906

### *Stella Guerrero-Mata*

159.     Stella Guerrero-Mata is a 73-year-old voter in Harris County with limited vision. Tr. at 965:8–23. Ms. Guerrero-Mata, like Ms. Saltzman, had difficulty seeing the text on the carrier envelope, and did not see that she needed to write her ID number on the envelope when she filled it out for the November 2022 election. Tr. at 971:7–15, 972:5–9. Her ballot for the November 2022 general election was rejected because she did not include her ID number on the carrier envelope.

160.     She received notice of the rejection too late to cure it and she was unable to vote in that election. Ms. Guerrero-Mata has limited ability to drive due to her eyesight and was not able to drive to the Harris County elections office to cure her ballot after it was rejected. She also has not used her home computer in more than a year. She was therefore unable to cure her ballot and did not vote in the November 2022 general election. She is not sure that her mail ballot would be counted if she voted in the future. Tr. at 966:16–969:12.

### **Section 6 – Assistance Provisions**

161.     The Assistance Provisions have disparate impact on voters with disabilities because they are simultaneously more likely to need assistance and more likely to be socially isolated (and have fewer options for potential assistors).

162.     At trial, the Court heard testimony (live and by deposition designation) from numerous voters with disabilities who require voting assistance, individuals who have served as assistors in the past, and election officials describing the impact that the Challenged Provisions have on impaired disabled voters' ability to vote with assistance.

**Assistor Disclosures (§§ 6.03, 6.05, 6.07) and Oath of Assistance (§ 6.04)**

163.     The Assistor Disclosures and Oath requirements deter voters from requesting, and assistors from providing, assistance in the voting process. As a result, some voters who need

25-50246.40907

assistance have forgone assistance altogether and struggled to complete their ballots. Others who engaged with election officials sacrificed their privacy while voting but still did not receive the assistance they needed.

164. The Court heard trial and deposition testimony from several Texas voters who, due to their physical disabilities, require assistance in nearly every facet of their daily lives, including Jodi Nunez Landry, Laura Halvorson, Amy Litzinger, and Nancy Crowther. All four witnesses are members of the Arc.

165. Although Ms. Nunez Landry, Ms. Halvorson, Ms. Litzinger, and Ms. Crowther are eligible for assistance under Texas and federal law, none of them received voting assistance from their assistors of choice in the 2022 primary or general election because of the burdens—including the threat of criminal liability—that S.B. 1's Disclosure and Oath requirements impose on assistors.

166. These voters were not worried that their chosen assistors would influence their vote.[26] Instead, voters' primary concern was exposing their caregiver to criminal liability under S.B. 1 and losing the critical assistance they provide outside the voting process.[27]

167. Voters with disabilities also fear being disenfranchised due to the mistaken perception by election workers and poll watchers that voters receiving assistance are being improperly coerced or influenced. As Ms. Halvorson explained, "especially if they don't have an

---

[26] Ms. Halvorson testified that she has never felt that one of her attendants was trying to influence her choices or would manipulate the way her ballot was marked. Tr. at 3318:3–11. Similarly, Ms. Litzinger explained that her personal care attendant is not able to manipulate how she votes because she is always present when they are assisting her with marking the ballot and ensures that she can see her ballot and verify what the attendant marks. *See, e.g.,* Tr. at 3296:20–3297:8.

[27] Ms. Nunez Landry testified that her "worst fear is ending up in a nursing facility due to her inability to find care attendants." Tr. at 3234:7–23 (has had difficulty finding personal care attendants due to shortage of home health care workers, who generally receive low wages without benefits and can earn more money working less physically demanding jobs); *see also* Tr. at 3331:2–18 (Halvorson) (finding replacement caregivers is "hard enough" without criminal penalties being added to the mix of what they are being asked to do).

25-50246.40908

understanding of disability," people may believe that "we're not able to make decisions for ourselves or we don't have the intellectual capacity to do so. . . . I [worry] that other people would perceive that my caregivers were influencing my vote, if they just see from across the room someone pressing buttons for me." Tr. at 3324:15– 3325:5, 3331:2–18.

**Voters with disabilities have been deterred from requesting assistance.**

### *Jodi Nunez Landry*

168.    Jodi Nunez Landry is a registered voter of Harris County, Texas and votes with assistance. Tr. at 3236:11–17; Tr. at 3234:1–6. Ms. Nunez Landry has a rare, untreatable, and progressive form of muscular dystrophy. Tr. at 3233:7–14. She uses a power wheelchair to navigate and requires assistance with most activities of daily living, including bathing, dressing, cooking, and cleaning. Tr. at 3233:2–14, 3235:10–3236:2.

169.    Ms. Nunez Landry prefers to vote in person. Tr. at 3236:24–3237:14. She prefers to have her partner assist her with voting because she "can trust him and there's a certain amount of privacy there[.]" Tr. at 3243:5–25. Because her partner already understands the contours of her disability, she does not need to give him a lengthy explanation of her needs. Tr. at 3234:2–6, 3236:24–3237:14.

170.    Ms. Nunez Landry has not asked her partner for voting assistance since S.B. 1 was enacted because she did not "want to put him in jeopardy" or draw attention to herself or have people assume that she was "being coerced" in light of S.B. 1's voter assistance provisions. Tr. at 3246:23–3247:6. She explained:

> I would have liked to have had my partner assist me but I knew under SB 1 that we were going to have to go through all sorts of difficulties to do that, and . . . I didn't want to put him through that. I'm really afraid of losing assistance and not having anyone, and also I don't want to draw more attention to myself.

25-50246.40909

Tr. at 3256:15–3257:4; *see also* Tr. at 3260:2–18 (stating that she was "too afraid to ask his assistance," noting that S.B. 1 has a "chilling effect" on voters who need assistance because it is "very burdensome and frightening for many of us to risk losing attendants or risk putting them in some type of legal jeopardy").

171.    In the November 2022 election, Ms. Nunez Landry could not access the remote that would allow her to vote independently at her voting station and, once she had it, found that it was not functioning properly. Tr. at 3244:25–3245:14. When the poll worker she asked for help did not understand the problem, he brought other unknown individuals to Ms. Nunez Landry's booth. Tr. at 3245:18–3246:10. Although they failed to help her, all three strangers watched as Ms. Nunez Landry made her selections.

172.    Discussing the loss of her privacy, Ms. Nunez Landry testified that it "made me really nervous" and "they all voted with me, much to my chagrin and frustration." Tr. at 3246:7–8. Had she been able to receive assistance from her partner, "he could have touched the screen and it would have all been rather effortless." Tr. at 3246:16–17. When she finally finished voting, she "was very, very angry." Tr. at 3246:21–22.

### Laura Halvorson

173.    Laura Halvorson is a registered voter in Bexar County. Tr. at 3315:25. Ms. Halvorson has chronic muscular respiratory failure and muscular dystrophy, a progressive condition that has worsened since her diagnosis. Tr. at 3311:14–22. Presently, Ms. Halvorson relies on a breathing machine and a power wheelchair. Tr. at 3312:2–3.

174.    Ms. Halvorson requires "total care" for everyday life, including assistance with transferring, bathing, dressing, eating, and meal preparation. Tr. at 3312:9–12. To accomplish these daily tasks, Ms. Halvorson employs several personal care attendants. Tr. at 3312:15–17.

25-50246.40910

175.     In the March 2022 primary, Ms. Halvorson opted to vote by mail. Tr. at 3318:23–24. Her assistant, however, did not feel comfortable taking the Oath of Assistance and declined to assist Ms. Halvorson. Tr. at 3319:7–16.[28] This was the first time a personal care attendant ever declined to assist Ms. Halvorson in voting. Tr. at 3319:14–16. Without her assistant, Ms. Halvorson struggled to complete the mail in ballot. Tr. at 3319:17–20. Her muscle weakness inhibited her ability to write legibly, Tr. at 3320:4–18, forcing her to fill out her ballot in ten- or fifteen- minute intervals over the course of two full days. Tr. at 3320:19–22.

176.     In the November 2022 general election, Ms. Halvorson voted in-person. Tr. at 3322:5–10. She again voted without assistance to avoid exposing her assistant to liability. Tr. at 3322:11–18, 3323:10–24. Ms. Halvorson finds S.B. 1's Oath intimidating and ambiguous and worries that her caregivers may be accused of influencing her vote by simply helping her cast it. Tr. at 3324:11–3325:5. When Ms. Halvorson arrived to vote, her remote control had a glitch that essentially inverted the controls. Tr. at 14–17. She struggled to highlight voting machine choices, and when was able to do so, could not deduce what the candidate's party affiliation was. Tr. at 3327:13–23. Ms. Halvorson testified that, when she sought help from poll workers, they snidely told her to push the buttons. Tr. at 3328:6–11. After nearly 45 minutes at the poll booth, Ms. Halvorson weakly delivered it into the counting machine. Tr. at 3329:1–8; 3330:1–3.

### *Amy Litzinger*

177.     Amy Litzinger is a registered voter in Travis County. Tr. at 3281:14–17. Ms. Litzinger has spastic quadriplegic cerebral palsy, which impairs her stability and ambulation and limits her muscle strength. Tr. at 3275:19–24. She also has dysautonomia, which affects

---

[28] As a green card holder, her personal care attendant was not comfortable taking an oath under penalty of perjury that could risk her green card status.

involuntary functions, such as her digestion, breathing, and heart rate and temperature regulation. Tr. at 3276:2–6.

178.    Due to these conditions, Ms. Litzinger uses a power wheelchair and other mobility devices. Tr. at 3276:8–10. Because her muscle strength fluctuates, Ms. Litzinger cannot always operate these devices, Tr. at 3276:18–22, and often requires assistance with her daily activities. Tr. at 3279:11–15. Ms. Litzinger requires assistance to get in and out of bed, to shower, and to use the restroom. Tr. at 3279:16–25. She cannot lift or raise anything heavier than two pounds—which inhibits her ability to write and open doors. Tr. at 3277:16–3278:6. Ms. Litzinger owns a mobility van, which her assistors use to drive her around the city. Tr. at 3277:10–14. They must also secure Ms. Litzinger into her power wheelchair using a "chest clip" and "strap" and secure her power wheelchair in the van. Tr. at 3277:4–9.

179.    Although she is eligible to vote by mail, Ms. Litzinger prefers to vote in person because she anticipates that her disability will produce conflicting handwriting samples on a mail ballot—her own handwriting fluctuates with her strength, and she sometimes relies on assistors to complete her ballot. Tr. at 3282:14–21.

180.    Ms. Litzinger prefers to have her personal care attendant assist with voting. Since she has limited dexterity, the poll worker would have to interact with intimate parts of her body, which could be unsafe or uncomfortable—for both individuals. Tr. at 3286:11–3287:4. She also relies on her personal care attendant to get to the polling site: her attendant drives her van, loads and unloads Ms. Litzinger from the van, ensures there are no barriers to enter the voting space, requests curbside voting, handles her ID, and places the completed ballot in the machine. Tr. at 3284:13–3285:23. Ms. Litzinger also relies on an attendant when voting by mail, as she did in

49

25-50246.40912

2020. Ms. Litzinger needs someone to open the envelope, fill it out, and tape it down so she can sign it. Tr. at 3287:20–3288:5.

181.    All of Ms. Litzinger's attendants have expressed to her that they are uncomfortable taking the Oath of Assistance, and accordingly, none of them have provided voting assistance since S.B. 1 was enacted. Tr. at 3293:17–21.

182.    During the May 2022 primary, when Ms. Litzinger approached the ballot machine to vote in person, she realized her chest clip was still fastened. Tr. at 3289:23–3290:2. She was uncertain if the assistant could release the clip or if that would be considered impermissible voting assistance. Tr. at 3290:2–5. Thus, Ms. Litzinger voted with the chest clip fastened and remembered it was "quite painful." Tr. at 3290:13–17. Due to the discomfort, she struggled to complete the five-page ballot. Tr. at 3290:15–17.

183.    In the November 2022 general election, Ms. Litzinger spoke at length with her attendant about the Oath. Ultimately, to avoid exposing the attendant to criminal liability under the Oath, especially concerning Ms. Litzinger's "eligibility" for assistance, they decided that the attendant would provide Ms. Litzinger with transportation assistance but would not help her inside the polling place. Tr. at 3291:4–3292:5. Thus, Ms. Litzinger held her notes but was unable to review them as she voted because she dropped them and could not pick them up. Tr. at 3292:6–9.

184.    Despite Ms. Litzinger's decision to vote without assistance, poll workers attempted to have the attendant sign the Oath simply because she was in the room with Ms. Litzinger. Tr. at 3292:9–17. During the entire time Ms. Litzinger was voting, three people debated whether she needed assistance and ultimately watched her vote. Tr. at 3293:1–13. She described the process as nerve-wracking and noted that "for something that was designed to keep my ballot private, I didn't

25-50246.40913

think . . . it was very private because everyone [was] watching me vote and debating whether [I was] self-sufficient or not." Tr. at 3292:21–3293:4–7.

### Nancy Crowther

185.    Nancy Crowther, a registered voter in Travis County, is a member of The Arc. HAUL-413, Crowther Dep. at 16:22–25, 17:4–5, 30:5–12. Ms. Crowther has a progressive neuromuscular disease and requires a personal care attendant to complete major life activities. She cannot sit up by herself, so her attendant helps her get dressed, use the bathroom, and transfer in and out of her wheelchair. Ms. Crowther also uses her attendant to complete household tasks and personal hygiene and most other daily activities. *Id.* at 23:25–24:8, 18:3–9, 30:5–12.

186.    Ms. Crowther did not take her attendant with her to vote in May 2022 because of her fears that the Oath could jeopardize her relationship with her attendant: "I would be mortified . . . if they were to get in trouble just for helping me." *Id.* at 52:11–53:4, 54:7–14. Ms. Crowther explained that, even though she will need more and more help over time as her disability progresses, she does not want to expose her attendants to "danger" that "they aren't paid for" by asking for their assistance under the conditions imposed by S.B. 1.

### The Oath of Assistance (§ 6.04) deters voting assistance.

187.    The Oath of Assistance under Section 6.04 of S.B. 1, as enjoined by Judge Pitman, provides:

> I swear (or affirm) **under penalty of perjury** that **the voter I am assisting represented to me they are eligible to receive assistance**; I will not suggest, by word, sign, or gesture, how the voter should vote; **I did not pressure or coerce the voter into choosing me to provide assistance**; [and] I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; **I will not communicate information about how the voter has voted to another person**; **and I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted.**

51

25-50246.40914

TEC § 64.034.

188.     Plaintiffs challenge the chilling effect on voting assistance created by the Oath's "penalty of perjury" language, the requirement that the voter represent his or her eligibility for assistance and assistor statements concerning eligibility and "pressure or coerc[ion]."

### The "penalty of perjury" language deters assistance.

189.     At trial, voters,[29] assistors,[30] and election officials[31] alike characterized the "penalty of perjury" language in the amended Oath as "intimidating," "scary," and "threatening." Several witnesses who assisted voters in elections prior to S.B. 1's enactment testified that they are no longer willing to serve as assistors due to the threat of criminal sanctions under the Oath.[32]

190.     Witnesses also pointed out that the "penalty of perjury" language can interact with other language in the Oath to prohibit assistors from providing the assistance a voter requires. For example, an assistor must swear "under the penalty of perjury," that they "will not suggest, by word, sign, or gesture, how the voter should vote."

191.     Although this language appeared in the Oath before S.B. 1, the "penalty of perjury" language impairs assistance to voters with intellectual disabilities and certain cognitive and physical impairments who need to be reminded of their selections, discussed in a previous conversation with their chosen assistor. *See, e.g.*, Tr. at 3491:9–20 (explaining that "cuing" is a common method of assisting voters with IDD); at 3740:19–23; LUPE-002 ¶ 40, Table 1 (stating that approximately one million, or one-third of voting-eligible Texans with disabilities, have a "cognitive impairment," defined as difficulty remembering, concentrating, or making decisions).

---

[29] *See, e.g.*, Tr. at 3324:10–14 (Halvorson).

[30] *See, e.g.*, Tr. at 147:10–148:8 (Rocha); Tr. at 3208:9–17; Tr. at 3217:12–3218:1 (Miller); Tr. at 2439:24–2440:10 (Espinosa); Tr. at 2540:21–23 (Ortega).

[31] *See, e.g.*, Tr. at 175:6–176:8 (Wise); Tr. at 1312:25–1314:9 (Longoria).

[32] *See, e.g.*, Tr. at 2443:20–2444:14 (Espinosa); Tr. at 2539:12–19 (Ortega).

25-50246.40915

192.    Before voting curbside, Toby Cole, a disability rights attorney and Harris County

voter with quadriplegia, goes through a sample ballot with his assistant, who helps him research

candidates and mark the sample ballot. During the voting process, Mr. Cole asks his assistant to

reference the sample ballot to remind him of his previous selections:

> I don't remember things the way I did when I was younger. I need someone
> to help me . . . I rely on my assistants to help me remind me of things. . . .
> And so I specifically request the people that help me, that they help remind
> me of what I've told them I want to do and how I want to vote.

Tr. at 702:10–703:19, 706:19–707:20. Thus, read together with the "penalty of perjury" language,

Mr. Cole understands this portion of the Oath to mean that he must either change how he votes or

require his assistor to commit perjury. Tr. at 710:20–711:11.[33]

193.    Voters with disabilities testified that they believed the "penalty of perjury"

language will deter some people from voting altogether:

> I talk to a lot of people after they get disabled . . . as you make things harder,
> you just start cutting things out . . . it's too hard to find someone to feed me,
> or it's embarrassing, so I don't want to go to dinner. It's too hard to get on
> an airplane to go travel, so I just don't do that. And so every time you put
> even one little road bump or one little barrier in front, it just makes it that
> much harder, and so you don't do it . . . I look at the oath and it says "I swear
> under the penalty of perjury." . . . That's a big deal. That's a scary deal.
> [A]m I going to have somebody that may get deported or thrown in jail
> come help me? No, I'm just not going to vote. I'm just not going to exercise
> that right.

Tr. at 714:6–18, 715:1–14. Ms. Halvorson stated that many of her friends with disabilities are

worried about their caregivers facing these issues with the penalty of perjury and "[s]ome of them

may not be going out and voting like they used to, due to it." Tr. at 3332:11–18.

---

[33] Mr. Cole is not the only attorney concerned about the "perjury" language. MABA members find this language
alarming because they do not want to subject themselves to the consequences of being accused of perjury—and
potentially be disbarred—for providing voter assistance. Tr. at 2538:8–14.

25-50246.40916

194.    Finally, there is some uncertainty about the type of "assistance" that triggers the Oath requirement in the first place. Ms. Litzinger did not ask her attendant to unfasten her chest clip while she was voting out of concern that it would trigger the Oath requirement. Tr. at 3290:2–5. Mr. Ingram testified that whether an attendant who pushes a wheelchair user to the poll booth (but does not actually help her cast the ballot) must take the Oath is "a very gray area and kind of depends on the presiding judge." Tr. at 4420:18–4422:6. Mr. Ingram suggested that a voter faced with such a situation could ask the presiding judge for a reasonable accommodation (by permitting her attendant to move her to the poll booth without taking the Oath).[34] Alternatively, Mr. Ingram suggested that the attendant could "just take the Oath of Assistance, and whether you help the voter or not, you're in the polling place legally at that point." Tr. at 4420:18–4422:6. But, of course, this response just begs the question. Voters and attendants want to know what kind of assistance can be provided, if any, *without* trigging the Oath requirement.

### Voter Eligibility for Assistance

195.    Voters and assistors testified that these portions of the Oath addressing the voter's eligibility to receive assistance were troubling, in numerous respects.

196.    To begin, although the Oath requires the voter to affirm his eligibility for assistance, it does not define who is "eligible" to receive voting assistance or explain who determines eligibility. *See* TEC § 64.034. As a result, both voters and assistors expressed confusion about the

---

[34] Of course, there is no guarantee that a presiding judge would in fact grant such an accommodation. *Cf.* TEC § 276.019 ("public official or election official may not create, alter, modify, waive, or suspend any election standard, practice, or procedure mandated by law or rule in a manner not expressly authorized by" the Election Code); TEC § 1.002 (recognizing qualified individuals' right to "*request*[] a reasonable accommodation or modification to any election standard, practice, or procedure mandated by law," but not their right to *receive* any such accommodations) (emphasis added).

25-50246.40917

eligibility requirements.[35] Tr. at 3251:16–3252:11 (Nunez Landry); Tr. at 3561:2–3562:17, 3575:1–10 (Cranston); Tr. at 149–25 (Rocha).

197. Mr. White testified that the new language in the Oath probably requires the assistant to obtain a representation of eligibility from the voter. Tr. at 3991:1–5.

198. Voters with disabilities expressed discomfort with the requirement to represent their eligibility to their assistors or explain the basis for their eligibility. As several pointed out, the requirement that the voter affirmatively represents his or her eligibility amounts to an *additional* eligibility requirement. Ms. Nunez Landry testified that, while her partner served as her assistor before S.B. 1, she had never specifically told him that she was eligible to receive assistance. Tr. at 3252:17–3253:2. She felt that it would be "very undemocratic" if her vote did not count because she failed to represent her eligibility and that she "would feel disenfranchised" and like a "a second-class citizen." Tr. at 3252:17–3253:2. Mr. Cole stated that the provision is "offensive" because it requires him to share private health information with his assistor to receive the assistance he needs to vote—something he is not required to do in any other aspect of his life in order to receive the assistance he needs. Tr. at 695:6–7.

199. While the Oath does not explicitly require voters to explain the basis for their eligibility, in practice, assistors who want to ensure that a voter's ballot will be counted must also confirm that the voter is eligible to receive assistance, because, as the Oath cautions, the voter's ballot may not be counted if he or she is ineligible. TEC § 64.034.

---

[35] Adding to the confusion, the Secretary of State's "VOTER INFORMATION" poster, which must be posted in every polling place and voting station, provides an incorrect and overly-narrow definition of eligibility for voter assistance:

    a. You have: (6) The right to assistance while casting your ballot if you cannot write, see the ballot, understand the language in which it is written, or cannot speak English, or communicate only with sign language, and want assistance in communicating with election officials.

LUPE-265, https://perma.cc/LKS6-HGJH; TEC § 62.011.

25-50246.40918

200.    Critically, because it does not contain a scienter requirement, the Oath appears as it is written to hinge on *actual* eligibility, regardless of the assistor's *or* voter's beliefs about the voter's eligibility. In other words, the mere provision of assistance itself—even if it is given in accordance with the voter's wishes—may result in the rejection of the voter's ballot. Thus, from an assistor's perspective, to avoid disenfranchising the very voter he hopes to assist, he must confirm that the voter who has asked for his help is eligible for assistance. He cannot simply rely on the voter's representation of her own eligibility.

201.    How assistors are supposed to confirm a voter's actual eligibility without asking the voter to disclose private health information is not at all clear.[36] Mr. White testified that "anyone who takes this oath is determining what that means to them," Tr. at 3989:10–16, but acknowledged that "it would certainly be the interpretation of the D.A. in that county where [the potential] offense took place" that would determine whether an assistor would be prosecuted, Tr. at 4105:13–21.

202.    Assistors and witnesses with disabilities also testified that the Oath's eligibility statement is likely to subject voters receiving assistance to greater scrutiny at the polls, especially those with disabilities that are not readily perceptible. For example, Jennifer Miller, whose daughter, Danielle, requires voting assistance due to dysgraphia, worried that because Danielle's disability is not always visible, her daughter's vote might not be counted based on someone else's perception that she was ineligible for assistance. Tr. at 3215:16–3216:8. Even voters with *visible* disabilities attempting to vote *without* assistance have been subject to undue scrutiny and have had their privacy invaded while voting due to election officials' questions about her need for assistance. *See* Tr. at 3293:1–13 (Litzinger); *see also* Tr. at 3245:18–3246:10 (Nunez Landry).

---

[36] *See, e.g.*, Tr. at 147:1–9 (LUPE staff member is uncertain whether a voter who asks for help because he cannot see too well has sufficiently represented his eligibility); Tr. at 2543:21–16 (MABA members are concerned because they cannot guarantee that they have the knowledge to attest to someone's disability).

25-50246.40919

*Pressure or coercion.*

203.    Voters and assistors expressed concerns about the Oath provision requiring assistors to swear that they "did not pressure or coerce the voter into choosing me to provide assistance" due to confusion about the meaning of "pressure" under such circumstances. *See, e.g.*, Tr. at 2540:11–16 (MABA organizational representative stating that, as an attorney, she would like to see a definition or context for the words "pressure" and "coerce").

204.    For example, assistors worry that encouraging voters to seek assistance if they need it or calling them to ask about their plans to vote could be construed as "pressuring" a voter to choose them as assistors. Tr. at 2540:11 (MABA).

205.    Witnesses also explained that the practical reality of relationships between caregivers and their clients means that many voters may have few potential assistors to choose from. As Ms. Nunez Landry put it:

> What does pressure or coerce mean in this context? And I think especially if people . . . are under penalty of perjury they may be afraid, and for so many of us who don't have options on who is going to help us, is that coercion? Is that pressure? I just think there is going to be so much confusion that my fear is that people will be too afraid to help us.

Tr. at 3249:21–3250:2.

206.    Ms. Miller, whose daughter, Danielle, requires voting assistance, worried that parents could face prison time based on simple logistical matters: if Danielle prefers that her father assist her, for example, but it is more convenient for Ms. Miller to take her to the polls, has Ms. Miller "pressured" Danielle into choosing her as an assistant by relaying this information to her daughter? Tr.at 3206:11–3207:4; *see also* Tr. at 3207:20–25, 3214:13–3215:9.

207.    Cameron County Election Administrator Remi Garza testified that he believed the "I did not pressure" language in the Oath could make people hesitant to provide assistance based

25-50246.40920

on the fear that they could be understood to be pressuring the voter to take their assistance: "The wording is vague enough where. . . they might be concerned that they are going to violate the oath if they signed it." Tr. at 733:21–734:7.

### *Communication to others about how the voter has voted*

208.    Plaintiffs did not meaningfully challenge the language in the Oath barring assistors from "communicat[ing] information about how the voter has voted to another person," either at trial or in any of their post-trial briefing. The Court thus considers any challenge to this language to have been waived.

### **The Assistor Disclosure requirements (§§ 6.03, 6.05, and 6.07) deter voting assistance.**

209.    Sections 6.03 and 6.05 of S.B. 1 require a voter assistor to record and swear to their relationship to the voter and indicate whether the assistor received or accepted any form of compensation or benefit from a candidate, campaign or a political action committee. Section 6.03 creates a new form implementing this requirement for assistors in the polling place, and Section 6.05 adds this requirement to the mail ballot carrier envelope. TEC §§ 64. 0322, 86.010(e).

210.    Section 6.07 revises the mail ballot carrier envelope to require a person who deposits the carrier envelope in the mail to indicate that person's relationship to the voter. Even before S.B. 1, the mail ballot carrier envelope required assistors to disclose their name and address. *See* TEC § 86.010(e); JEX-1 at 53.

211.    Assistors and county election officials testified that the form requirement, coupled with the Oath of Assistance, created delays during in-person voting.[37] Extended wait times at the

---

[37] Tr. at 81:15–25 (Chavez Camacho); Tr. at 383:14–18 (Scarpello); Tr. at 732:8–733:17 (Garza); Tr. at 1057:12–24 (Callanen); Tr. at 2316:16–20 (Ramon).

25-50246.40921

polls are especially burdensome on voters with physical disabilities, and waiting in line is the most common difficulty that voters with disabilities face. *See* Tr. at 3756:1–19; LUPE-002, Table 10.

212.    In addition to the potential delays caused by the Oath of Assistance Form at the polls, potential assistors, like many of Plaintiffs' staff and volunteers, do not have preexisting relationships with voters they help vote and have a well-founded concern about providing the information required by Sections 6.03 and 6.05.

213.    Even absent evidence of fraud or coercion, the consequences for both the voter and the assistor for failing to disclose their relationship on a mail ballot are severe: the voter's ballot may not count, and the assistor faces up to two years in prison and a fine of up to $10,000. *See* TEC § 86.010(g). These criminal sanctions, however, are inapplicable to mail-ballot assistance provided by a close relative of the voter or someone who lives with the voter. *See* TEC § 86.010(h)(2).

214.    Jonathan White, the State's top voter fraud prosecutor, testified that, in his view, "normal assistance" is a voter being assisted by family members or caregivers. Tr at 3987:15–23. With respect to Section 6.03, Mr. White testified that having information about assistors' relationships to voters can help distinguish between workers with no relationship to the voter versus the folks who are assisted by family members or caregivers, which he considers more legitimate assistance. Tr. at 3987:1–14. Still, the OAG's tracker of election crime prosecutions resolved does not identify a single case of voter assistance fraud relating to assistance provided in the polling place. Tr. at 4034:16–20; OCA-377 at 1–12.

215.    Despite Mr. White's impression that voter assistance provided by members of trusted community organizations (rather than, e.g., family members or caregivers) is somehow suspect, in 2020, approximately one-fifth of voters with disabilities received voting assistance

25-50246.40922

from non-family members. LUPE-002 ¶ 102. This is unsurprising, as Texans with disabilities are more likely to live alone, less likely to be married, and more likely to be separated, divorced, or widowed. Tr. at 3747:20–25; LUPE-002, Table 4. And, irrespective of Mr. White's perception that "caregivers" are "normal" assistants, a caregiver who provides BBM assistance is still subject to criminal sanctions for failing to disclose his relationship to the voter, unless the caregiver is *also* a close relative of the voter or lives with the voter. *See* TEC § 86.010(h)(2).

216.    Sections 6.05 has deterred DST members from helping mail-in voters because these provisions threaten assistors with criminal liability for failing to satisfy the new disclosure requirements or violating the Oath, which appears in the same section of the ballot envelope. Tr. at 2202:9–14. DST chapters have also had difficulty recruiting members who are willing to place themselves at risk to provide in-person voter assistance at the polls. Tr. at 2199:16–2200:3, 2202:9–14, 2203:10–15.

217.    Out of fear of prosecution under Sections 6.04 and 6.05 of S.B. 1, LUPE staff and volunteers turn away voters who ask for their assistance and instead encourage them to ask a family member or a friend for assistance. [38] Tr. at 82:6–12, 111:10–111:20, 118:16–119:4.

218.    FIEL no longer conducts voter caravans because its members feel uneasy about running afoul of requirements put in place by S.B. 1, including the Oath and the Oath of Assistance Form (which, again, includes the required Assistor Disclosures). Tr. at 2450:3–20. Without these caravans to the polls, FIEL is unable to engage as many voters as possible and help them actively participate in the voting process. Tr. at 2451:1–5.

---

[38] Cris Rocha, a LUPE employee, is only willing to assist voters at the polls if she is the last person the voter can use as an assistor. Tr. at 145:21–24; 48:22–149:3, 156:12–18. Maria Gomez, a LUPE volunteer who has provided voting assistance for over 25 years, is no longer willing to provide assistance due to the threat of criminal sanctions under S.B. 1. LUPE-284, Gomez Dep. at 13:19–14:15, 32:2–8, 17:2–13, 33:7–35:9, 40:24–42:2.

25-50246.40923

219.    FIEL has also struggled to recruit volunteers to provide in-person voter assistance at the polls since the enactment of S.B. 1 due to FIEL members' concerns about the Oath and the Assistor Disclosure requirements. Tr. at 2444:10–14, 2444:24–2445:7, 2451:19–25, 2452:1–11. Indeed, while before S.B. 1 about 100 FIEL members volunteered to assist voters at the polls, in 2022, there were at most 20 members who did so. Tr. at 2470:22–25.[39]

220.    Mr. Espinosa is particularly concerned about the Assistor Disclosures because when he volunteers at the polls, he often provides assistance to voters with whom he has no direct relationship. Tr. at 2443:24–2443:3. Asked about his concerns, Mr. Espinosa stated:

> [T]he number one question that . . . pops into my head is why is this table even necessary? Or what is my information that I provided here going to be used for? How is it going to be stored? Who is going to be able to handle it or see it? Who is going to be able to see my signature?

Tr. at 2442:6–2443:9.

221.    Consistent with Mr. Espinosa's concerns about the Assistor Disclosure requirements, community stakeholders submitted letters to the Texas legislature, anticipating that S.B. 1's additional paperwork and disclosure requirements were likely to have a "chilling effect" on voter assistance.[40]

**Election officials are inadequate substitutes for private assistors**

222.    By deterring assistance by private assistors, the Assistant Disclosure and Oath requirements encourage voters with disabilities to forgo assistance altogether or receive assistance

---

[39] Cesar Espinosa, the founding executive director of FIEL, no longer provides voter assistance due to his concerns about the Oath's "penalty of perjury" language and the Assistor Disclosure requirements. Tr. at 2430:3–4, 2439:6–23, 2444:24–2445:7; *see also* Tr. at 2445:4–22 (Espinosa) (describing FIEL member Debany Gonzales, who was a very active voter assistant at the polls, but is no longer willing to assist voters due to amended language of the Oath of Assistance).

[40] *See* HAUL-216 (testimony regarding S.B. 1 by representative of The Arc before Senate State Affairs Committee, asserting that the new Assistor Disclosure requirements would "create a chilling effect that decreases the availability of support for Texas with disabilities to exercise their right to vote").

25-50246.40924

from an election official. Election officials are imperfect substitutes for voters' chosen assistors for at least two practical reasons.

223.    First, election officials may be unable to provide the kind of assistance the voter requires. For example, a voter with cognitive or memory impairments will be unable to receive "cuing" assistance from election officials who are unfamiliar with how the voter intends to vote. Moreover, it may be unsafe or uncomfortable for voters with physical disabilities to receive assistance from an election official who is unfamiliar with the contours of their disabilities and needs. For instance, Ms. Litzinger explained that it takes over two months to train a personal care attendant to safely transfer her out of her wheelchair due to her balance issues. Tr. at 3281:1–17.

224.    Second, disabled voters who receive assistance from election officials are forced to sacrifice the privacy of their ballot. Their selections must be disclosed not only to the county elections official(s) providing the assistance but to any poll watchers observing the activity. TEC § 33.057(a).

225.    Thus, S.B. 1's Oath and Assistor Disclosure requirements leave many disabled voters with a choice between three dignitary harms—voting without any assistance, losing their privacy while voting, or foregoing the voting process altogether. *See* Tr. at 707:25–708:14 (Cole) (describing the loss of his privacy when an official prevented his assistant from helping him vote as a "violation").

**Ban on Compensated Assistance (§ 6.06)**

226.    Section 6.06 of S.B. 1 prevents voters from choosing Plaintiffs' staff members and volunteers to assist them with their mail ballots because they receive "compensation" for their assistance efforts. It creates a state jail felony for offering, soliciting or receiving compensation for

25-50246.40925

assisting mail ballot voters, unless the compensated assistor is an "attendant or caregiver previously known to the voter." TEC § 86.0105.

227.    At trial, Jonathan White testified that offering or accepting compensation for mail ballot assistance is a state jail felony, with a sentence of up to two years, *even if there is no fraud in the assistance and the assistor marks the ballot consistent with the wishes of the voter*. Tr. at 3996:8–3997:5. He confirmed that Section 6.06 "criminalizes *compensation* for assistance" as opposed to criminalizing *fraud* in assistance. Tr. at 3995:25–3996:7.[41]

228.    Mr. White confirmed that Section 6.06 "appear[s] to apply to [the] scenario" in which a paid canvasser for a nonprofit Get Out the Vote organization engages with voters and provides mail ballot assistance at the voter's request. Tr. at 3993:22–3995:10. He testified that if his office encountered a GOTV group that paid its organizers to provide mail ballot assistance as a public service while canvassing, he would be concerned that this activity is used as a subterfuge for voter fraud, and "we'd be looking for the fraud at the bottom of things." Tr. at 3995:11–24. Again, however, a conviction under TEC § 86.0105 requires no evidence of fraud or coercion.

229.    Indeed, these provisions potentially expose *voters* to liability for providing tokens of appreciation to assistors who help them complete their mail ballots. Keith Ingram confirmed that a voter who offered a volunteer $20—or offered to buy a friend lunch—to help him complete his mail-ballot could be liable under Section 6.06. Tr. at 1904:1–1906:5.

230.    As a result of S.B. 1's prohibition on compensated mail-ballot assistance, voters may no longer choose Plaintiffs' staff members and volunteers who accept "anything of value" to assist them with their mail ballots. TEC § 86.0105; TEX. PENAL CODE § 38.01(3).

---

[41] Formerly, the Election Code prohibited payment for performance-based work, i.e. paying someone to assist mail voters on a quota basis. Tr. at 3991:18–3992:15. S.B. 1 extended the offense, making it a crime to provide, receive or ask for compensation to assist a mail ballot voter regardless of whether the assistance is on a per capita basis. Tr. at 3992:3–7, 12–19.

25-50246.40926

231.    Before S.B. 1, LUPE staff would assist members to complete their mail ballots one-on-one and provide assistance, either at the LUPE offices, in house meetings, or at LUPE's union hall events. Some members would call LUPE and ask LUPE to go to their home to help them fill out their ballot by mail and LUPE would provide that assistance in the members' homes. Tr. at 87:3–21, 3676:11–25.

232.    LUPE has stopped assisting voters who request their help completing mail ballots. Tr. at 119:20–120:18. As LUPE's executive director Tania Chavez testified, LUPE has stopped assisting members with their mail ballots because "[it] will mean that our staff could be jailed, that I could be put in prison, that any volunteer that receives any kind of compensation could be then prosecuted, and so we have refrained from doing so." Tr. at 82:20–84:3.

233.    Now, when a LUPE member comes to the LUPE office and requests help with their mail ballot, LUPE informs the member that LUPE cannot provide assistance and tells the voter that they should find help with their family or friends. Tr. at 86:9–86:13, 86:14–87:2, 87:3–87:21. LUPE staff will not provide mail ballot assistance to LUPE members who are disabled or otherwise need assistance. Tr. at 86:9–86:13, 86:14–87:2, 87:3–87:21.

**The Canvassing Restriction (§ 7.04)**

234.    The Canvassing Restriction applies to anyone who knowingly gives or receives some "compensation or other benefit" for an "in-person interaction with one or more voters, in the physical presence of an official ballot or a ballot voted by mail, intended to deliver votes for a specific candidate or measure." TEC § 276.015(a)(2).

235.    Section 7.04 interferes with community organizers' ability to assist voters with their mail-ballots because its prohibition on "in-person interactions" in the "presence of a mail ballot" does not include an exception for mail-ballot assistance.

64

25-50246.40927

236.     Mr. White testified that if his office encountered a GOTV group that paid its organizers to provide mail ballot assistance as a public service while canvassing, he would be concerned that this activity is a subterfuge for voter fraud. Tr. at 3995:11–24. He acknowledged, however, that prior to S.B. 1, the Election Code already criminalized: assisting a voter who is not eligible for assistance or did not ask for assistance; voting a ballot differently than the voter wished or directed the assistant to vote the ballot; suggesting to the voter during the voting process how the voter should vote, or attempting to influence or coerce the voter receiving assistance. Tr. at 3923:21–3924:14, 3925:4–6.

237.     Finally, like Section 6.06, the Canvassing Restriction can be read to impose criminal liability on the very voters it purports to protect. For example, a like-minded voter with a disability who asks for voting assistance from a GOTV volunteer and invites him inside for an iced tea would arguably violate Section 7.04. *See* TEC § 276.015 (making it a crime to offer a benefit for the canvasser's "services").

238.     Trial testimony establishes that there is widespread confusion about the meaning of the Canvassing Restriction. Even local EAs are unsure about how to interpret Section 7.04.[42]

239.     Witnesses were particularly uncertain about how to interpret the terms "compensation" and "physical presence"—neither of which is defined in the statute—and how Section 7.04 impacts organizers' ability to provide voting assistance. Despite this confusion, state officials have not offered any definitive answers about the scope of the Canvassing Restriction. The Secretary of State has not provided any guidance. Tr. at 1914:7–14, 1924:7–18. Nor has the OAG. Tr. at 1924:24–1925:3.

---

[42] *See, e.g.*, Tr. at 496:5–8 (Dallas County) ("I don't know what ballot harvesting means," "it could be interpreted a lot of different ways based on the definition . . . put into the law.").

25-50246.40928

240. In response to Section 7.04, many Plaintiffs groups stopped hosting in-person events where voters had frequently brought their mail ballots for voting assistance and stopped providing assistance to voters.[43]

### Cumulative Impact of the Provisions on Voters with Disabilities

241. People with disabilities turn out to vote at lower rates than people without disabilities. In 2020, the disability gap was 5.15 percentage points—similar to the gap in the 2016 presidential election.[44] According to Plaintiffs' expert, Dr. Douglas Kruse, research shows that this participation gap cannot be fully explained by lower levels of education and income, lower feelings of political efficacy among people with disabilities, and greater social isolation. LUPE-002 ¶ 65. Thus, part of the remaining gap in participation can be traced to lower turnout due to prior difficulties in voting. *Id.*

242. Dr. Kruse explained that adding additional requirements to the assistance process for both voters and assistors increases the likelihood that voters with disabilities will be disenfranchised:

> My overall opinion is that ***these provisions are going to raise the cost of voting for people with disabilities.*** Taken one by one . . . each of these may seem to be a small thing. Together, though, they compound. They can raise the cost of voting, make it more difficult to vote. . .there's plenty of political science research showing that when the costs of voting are higher, people are less likely to vote. Even if they do go ahead and vote, there are still higher costs being imposed. There's still extra hassle. . . And ***to the extent that there's extra hassle, people with disabilities are going to be less likely to vote.*** And if they do vote . . . it's still extra hassle that's being created by these provisions.

---

[43] Tr. at 82:20--84:3 (LUPE has stopped assisting members with their mail ballots because "[it] will mean that our staff could be jailed, that I could be put in prison, that any volunteer that receives any kind of compensation could be then prosecuted, and so we have refrained from doing so."); Tr. at 2543:14--2544:23 (MABA members are no longer willing to provide voting assistance because members fear that they might inadvertently commit a crime, potentially costing them their law licenses).

[44] COVID did not significantly affect the turnout gap because many people with disabilities were able to vote by mail. Tr. at 3797:17–25, 3798:1-16, 3798:19–22, 3800:1–5.

25-50246.40929

Tr. at 69:2–17; *see also* LUPE-002.

243.    Trial testimony by Plaintiffs' organizational representatives and individual voters reified these predictions about the impact that additional barriers to voting can have on voters with disabilities.

244.    The Challenged Provisions have made members of The Arc of Texas fearful that they might do something wrong when they are simply trying to vote. Tr. at 20:25–21:2, 25:2–12 (Martinez); *see also* Tr. at 3239:6–13 (Nunez Landry) (members of The Arc of Texas and the disability community were "very worried … and confused about S.B. 1).

245.    Ms. Crowther explained that S.B. 1 has hampered her ability to vote with assistance because she does not want to put her attendants at risk, even though she will need more and more help over time as her disability progresses. HAUL-413, Crowther Dep. at 80:8–81:8. As Ms. Crowther summarized:

> That something as meaningful as voting is to me, that I need assistance with … now [has] a bump…in the process, to where now it's become more threatening to bring an attendant in…why would I want to bring…my attendant, into that role and have them get all freaked out about, You mean to tell me if I help you do something that is not on this form…I could get in trouble? And *it's just not worth it when your life is dependent on your attendant or your caregiver or your spouse [.] It's just not worth it.*

*Id.* at 98:6–22 (emphasis added).

246.    Ms. Halvorson likewise stated that many of her friends with disabilities are worried about their caregivers facing these issues with the penalty of perjury and "*[s]ome of them may not be going out and voting like they used to, due to it.*" Tr. at 3332:11–18 (emphasis added).

247.    Mr. Cole testified that each provision of S.B. 1 that makes voting marginally harder for disabled people makes it less likely that they will vote:

> Well, it just makes it hard. You know, the thing that we have, and I talk to a lot of people after they get disabled, is as you make things harder, you just start cutting things out. You know, it's too hard to find someone to feed me,

25-50246.40930

or it's embarrassing, so I don't want to go to dinner. It's too hard to get on an airplane to go travel, so I just don't do that. And so *every time you put even one little road bump or one little barrier in front, it just makes it that much harder, and so you don't do it.*

Tr. at 714:17–715:15 (emphasis added).

248.    Ms. Nunez Landry testified that "disabled people . . . already encounter so many obstacles, . . . and I'm afraid that there are going to be people who won't go and vote because of the difficulties [that S.B. 1 presents]." Tr. at 3232:3–7.

> *I don't understand if people believe in our stated democratic principles why you would want to make it more arduous for older and disabled people to vote.* It's inscrutable to me …. I don't understand that at all, and without any evidence of widespread fraud in our elections, to me, it seems like if you really want to have integrity … in our elections that you need to make it accessible for all eligible people. *I feel like there's something fundamentally wrong with trying to prevent people to vote.*

Tr. at 3254:8–23 (Nunez Landry).

249.    These statements demonstrate that the cumulative effect of the Challenged Provisions has been to create the very type of harm ADA and Section 508 were meant to eliminate.

## CONCLUSIONS OF LAW

**LEGAL FRAMEWORK**

The ADA is organized into three primary titles governing different types of entities. Title II, at issue here, proscribes discrimination in the provision of public services, while Title I addresses discrimination in employment, 42 U.S.C. § 12111 *et seq.*, and Title III prohibits discrimination by places of public accommodation, 42 U.S.C. § 12181 *et seq.*

Title II of the ADA provides that "no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U.S.C. § 12132. A "disability" is "a physical or mental impairment that substantially limits one or

more major life activities[.]" *Id.* § 12102(1)(A). "Public entities" include States, local governments, and their agencies and instrumentalities. *Cadena v. El Paso County*, 946 F.3d 717, 723 (5th Cir. 2020) (citing 42 U.S.C. § 12131(1)(A)).

Title II's protections extend to all services, programs, and activities of public entities, including voting. 42 U.S.C. § 12132; *see Nat'l Fed'n of the Blind v. Lamone*, 813 F.3d 494, 507 (4th Cir. 2016) ("Voting is a quintessential public activity[,]" and "[e]nsuring that disabled individuals are afforded an opportunity to participate in voting that is equal to that afforded others helps ensure that those individuals are never relegated to a position of political powerlessness.") (citing *Tennessee v. Lane*, 541 U.S. 509, 525 (2004)).

Before enacting the ADA, Congress prohibited disability discrimination by recipients of federal funding under Section 504 of the Rehabilitation Act of 1973 ("Section 504"). 29 U.S.C. § 794 ("No otherwise qualified individual with a disability . . . shall, solely by reason of her or his disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."). Section 504 and the ADA impose nearly identical substantive requirements and courts have interpreted them in tandem. *Fry v. Napoleon Cmty. Schs.*, 137 S. Ct. 743, 749 (2017); *Smith v. Harris County*, 956 F.3d 311, 317 (5th Cir. 2020). It is undisputed that each of the Defendants receives federal financial assistance, and the Court will consider Plaintiffs' claims under the ADA and Section 504 together.[45]

---

[45] *See* Tr. at 1857:9–14 (Adkins) (testifying that the Secretary of State receives federal funding through the Help America Vote Act ("HAVA")); Tr. at 991:15–19 (Callanen) (testifying that the Office of the Elections Administrator in Bexar County received federal funding through HAVA and the CARES Act in 2021 and 2022); Tr. at 1173:13–20 (Obakozuwa) (testifying that Harris County receives federal funding through HAVA and other means); Tr. at 1550:9–12 (Escobedo) (testifying that Travis County receives federal funding); HAUL-112 (Travis County Reports on Federal and State Awards for the Year Ended September 30, 202); HAUL-113 (Resolution of Bexar County Commissioners); HAUL–114 (Bexar County Adopted Budget Fiscal Year 2021–22); HAUL-115 (Bexar County Adopted Budget Fiscal Year 2022–23); HAUL-120 (Travis County Fiscal Year 2022 Adopted Budget); HAUL-90 (federal grant to Harris County District Attorney's Office); HAUL–98 (HAVA awards to state and counties).

To prevail on a claim of disability discrimination under either statute, Plaintiffs must establish by a preponderance of the evidence that:

(1) they, their members, or their constituents are "qualified individuals" with disabilities under the ADA;

(2) they, their members, or their constituents were or are being excluded from participation in or denied the benefits of services, programs, or activities for which the public entities are responsible, or are otherwise being discriminated against by the public entities; and

(3) the exclusion or discrimination was by reason of their or their members' or constituents' disability.

*See Luke v. Texas*, 46 F.4th 301, 305 (5th Cir. 2022); *Melton v. Dall. Area Rapid Transit*, 391 F.3d 669, 671–72 (5th Cir. 2004) (citing *Lightbourn v. County of El Paso*, 118 F.3d 421, 428 (5th Cir. 1997)).

A public entity's failure to make a reasonable modification may satisfy the second and third prongs of the prima facie case, *Block v. Tex. Bd. of Law Examiners*, 952 F.3d 613, 618 (5th Cir. 2020), because Title II requires public entities to make "reasonable modifications in policies, practices, or procedures" for disabled individuals, unless the entity can show that a modification would "fundamentally alter the nature" of the service or program it offers. 28 C.F.R. § 35.130(b)(7)(i); *Johnson v. Gambrinus Co./Spoetzl Brewery*, 116 F.3d 1052, 1059 (5th Cir. 1997).

**SUBJECT MATTER JURISDICTION**

Before addressing the merits of Plaintiffs' disability discrimination claims, the Court must first consider its subject matter jurisdiction over Plaintiffs' claims. Subject matter jurisdiction is a federal court's statutory or constitutional power to adjudicate a case. *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998).

As the Court has previously explained, the ADA permits private enforcement by both individual voters with disabilities and private organizations representing their interests. *See, e.g.*,

25-50246.40933

*La Unión del Pueblo Entero*, 618 F. Supp. 3d at 419–20 ("[M]any courts have allowed organizations that serve disabled individuals to sue public entities under Title II." (collecting cases)). Because this civil action arises under federal law, the Court has federal question jurisdiction under 28 U.S.C. § 1331.

Sovereign immunity does not limit the Court's subject matter jurisdiction over this action. ADA claims are enforceable against state officials because, in enacting the VRA, Congress validly abrogated state sovereign immunity. 42 U.S.C. § 12202.

Finally, the Court considers Plaintiffs' standing to assert their ADA and Section 504 challenges because standing "is a component of subject matter jurisdiction." *HSBC Bank USA, N.A. as Tr. for Merrill Lynch Mortg. Loan v. Crum*, 907 F.3d 199, 202 (5th Cir. 2018).

## Standing

### Legal Framework

It is well settled that a plaintiff invoking a federal court's jurisdiction must establish standing by satisfying three irreducible requirements. *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992). "The plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant[s], and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016).

The elements of standing are "not mere pleading requirements but rather an indispensable part of the plaintiff's case." *Lujan*, 504 U.S. at 561. Thus, "each element must be supported in the same way as any other matter on which the plaintiff bears the burden of proof, *i.e.*, with the manner and degree of evidence required at the successive stages of the litigation." *Id.* In a case that proceeds to trial, plaintiffs must establish all three elements by a preponderance of the evidence. *See TransUnion LLC v. Ramirez*, 594 U.S. 413, 431 (2021). These requirements ensure that

71

plaintiffs have "such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination." *Massachusetts v. EPA*, 549 U.S. 497 (2007) (quoting *Baker v. Carr*, 369 U.S. 186 (1962)) (quotation marks omitted).

"[P]laintiffs seeking injunctive and declaratory relief can satisfy the redressability requirement only by demonstrating a continuing injury or threatened future injury" for the self-evident reason that "injunctive and declaratory relief 'cannot conceivably remedy any past wrong.'" *Stringer v. Whitley*, 942 F.3d 715, 720 (5th Cir. 2019) (quoting *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 108 (1998)).

To constitute an injury in fact, a threatened future injury must be (1) potentially suffered by the plaintiff, not someone else; (2) "concrete and particularized," not abstract; and (3) "actual or imminent, not 'conjectural' or 'hypothetical.'" *Id.* at 720–21 (citations omitted). The injury must be "imminent . . . to ensure that the alleged injury is not too speculative for Article III purposes." *Id.* at 721 (quoting *Lujan*, 504 U.S. at 564 n.2). For a threatened future injury to satisfy the imminence requirement, there must be at least a "substantial risk" that the injury will occur. *Stringer*, 942 F.3d at 721 (quoting *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158 (2014)). Nonetheless, "[t]he injury alleged as an Article III injury-in-fact need not be substantial; it need not measure more than an identifiable trifle." *OCA-Greater Houston v. Texas (OCA-Greater Hous. I)*, 867 F.3d 604, 612 (5th Cir. 2017) (quotations omitted). "This is because the injury in fact requirement under Article III is qualitative, not quantitative, in nature." *Id.* (quotations omitted).

Juridical entities may establish standing under an associational or organizational theory of standing. *Id.* at 610.

72

"Associational standing is a three-part test: (1) the association's members would independently meet the Article III standing requirements; (2) the interests the association seeks to protect are germane to the purpose of the organization; and (3) neither the claim asserted, nor the relief requested requires participation of individual members." *Students for Fair Admissions, Inc. v. President & Fellows of Harv. Coll.,* 143 S. Ct. 2141, 2157 (2023) (quoting *Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977)). Participation of individual members is not required where, as here, an association seeks prospective and injunctive relief, rather than individualized damages. *Consumer Data Indus. Ass'n v. Texas*, No. 21-51038, 2023 WL 4744918, at *4 n.7 (5th Cir. July 25, 2023).

"By contrast, 'organizational standing' does not depend on the standing of the organization's members. The organization can establish standing in its own name if it 'meets the same standing test that applies to individuals.'" *OCA-Greater Hous. I*, 867 F.3d at 610 (citations omitted) (quoting *Ass'n of Cmty. Orgs. for Reform Now v. Fowler*, 178 F.3d 350, 356 (5th Cir. 1999)).

"When the suit is one challenging the legality of government action or inaction" and "the plaintiff is himself an object of the action (or forgone action) at issue[,] . . . there is ordinarily little question that the action or inaction has caused him injury, and that a judgment preventing or requiring the action will redress it." *Lujan*, 504 U.S. at 561–62. An organization can establish a likely future injury if it intends "to engage in a course of conduct arguably affected with a constitutional interest, but proscribed by a statute." *Babbitt v. United Farm Workers Nat'l Union*, 442 U.S. 289, 298 (1979).[46]

---

[46] *See also S. Christian Leadership Conf. v. Sup. Ct. of State of La.*, 252 F.3d 781, 788 (5th Cir. 2001) (concluding that "at least some" of the plaintiffs—law students and faculty and community and student organizations—had standing to challenge a Louisiana Supreme Court rule restricting representation by student-practitioners because the

73

Finally, an unregulated organization can also demonstrate the requisite injury by showing that the challenged conduct or regulation has "perceptibly impaired" the organization's "core business activities." *Food & Drug Admin. v. All. for Hippocratic Med.*, 602 U.S. 367, 395 (2024) (citing *Havens Realty Corp. v. Coleman*, 455 U.S. 363, 379 (1982)). Such "business activities" need not be profit-driven. *See Havens*, 455 U.S. at 379 n.20; *Arlington Heights v. Metropolitan Housing Corp.*, 429 U.S. 252, 263 (1977) ("It has long been clear that economic injury is not the only kind of injury that can support a plaintiff's standing."). Still, a mission-driven organization must proffer evidence of interference with its core activities to ensure it has a personal stake in the outcome of case beyond its "abstract social interests." *Havens*, 455 U.S. at 379.[47]

The effect on the organization's activities need not be great. *OCA-Greater Hous. I*, 867 F.3d at 612; *see also Havens*, 455 U.S. at 379. In *Havens*, for example, the Supreme Court held that the organizational plaintiff, HOME, had standing to sue a real estate company, Havens, for providing false information to HOME's black employees about apartment availability on four occasions. *Havens*, 455 U.S. at 368–69. "Critically, HOME not only was an issue-advocacy organization, but also operated a housing counseling service." *All. for Hippocratic Med.*, 602 U.S. at 394. HOME asserted that these discriminatory racial steering practices "perceptibly impaired [its] ability to provide counseling and referral services for low-and moderate-income homeseekers." *Havens*, 455 U.S. at 379.[48] HOME alleged only that its counseling services had

---

[47] *Arlington Heights v. Metropolitan Housing Corp.*, 429 U.S. 252, 263 (1977) (recognizing that non-profit's interest in building a low-cost housing project arose "not from a desire for economic gain, but rather from an interest in making suitable low-cost housing available in areas where such housing is scarce" and concluding that "[t]he specific project [the plaintiff] intends to build, whether or not it will generate profits, provides that 'essential dimension of specificity' that informs judicial decisionmaking").

[48] In describing its injuries, HOME also alleged that it "had to devote significant resources to identify and counteract [Havens]'s racially discriminatory steering practices." *Havens*, 455 U.S. at 379. As the Supreme Court recently

25-50246.40937

been "frustrated" by Havens's conduct—not that HOME had been forced to stop providing the services altogether. *Cf. La. Fair Hous. Action Ctr. at, Inc. v. Azalea Garden Props., L.L.C.*, 82 F.4th 345, 35 (5th Cir. 2023) ("HOME could not place African American clients into housing at Havens's complex when Havens was engaged in illegal racial steering."). Still, the Court concluded that if Havens had impaired HOME's ability to provide such services, "there can be no question that the organization has suffered injury in fact." *Havens*, 455 U.S. at 379.

"When the plaintiff is an *unregulated* party, causation 'ordinarily hinge[s] on the response of the regulated (or regulable) third party to the government action or inaction—and perhaps on the response of others as well.'" *All. for Hippocratic Med.*, 602 U.S. at 383 (emphasis added) (quoting *Lujan*, 504 U.S. at 562). But plaintiffs cannot show causation by "rely[ing] on speculation about the unfettered choices made by independent actors not before the court." *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 415 n.5 (2013) (quotation marks omitted). "Therefore, to thread the causation needle in those circumstances, the plaintiff must show that the 'third parties will likely react in predictable ways' that in turn will likely injure the plaintiffs." *All. for Hippocratic Med.*, 602 U.S. at 383 (quotation marks omitted) (citing *California v. Texas*, 593 U.S. 659, 675 (2021)). The "line of causation between the illegal conduct and injury"—the "links in the chain of causation," *Allen v. Wright*, 468 U.S. 737, 759 (1984)—must not be too speculative or too attenuated, *Clapper*, 568 U.S. at 410–11.

---

confirmed, however, *Havens* does not stand for the expansive theory that "standing exists when an organization diverts its resources in response to a defendant's actions." *All. for Hippocratic Med.*, 602 U.S. at 395. "[A]n organization that has not suffered a concrete injury caused by a defendant's action cannot spend its way into standing simply by expending money to gather information and advocate against the defendant's action." *Id.* at 394; *see also Azalea*, 82 F.4th at 355 ("We [] hold [that] 'diverting' resources from one core mission activity to another, i.e., prioritizing which 'on-mission' projects, out of many potential activities, an entity chooses to pursue, does not suffice—organizations daily must choose which activities to fund, staff, and prioritize. Nor do conclusory allegations that an organization's diversion of resources 'impaired or impeded' some planned projects.").

The causation requirement is satisfied where it is sufficiently predictable how third parties would react to government action or cause downstream injury to plaintiffs. *All. for Hippocratic Med.*, 602 U.S. at 386. In *Department of Commerce v. New York*, for example, the Supreme Court recognized states' standing to challenge the reinstatement of the citizenship question on the census because noncitizens would "likely react in predictable ways to the citizenship question"—i.e., by failing to respond to the census altogether—"even if they do so unlawfully and despite the requirement that the Government keep individual answers confidential." 588 U.S. 752, 767–68 (2019). The depression of the response rate among non-citizens would, in turn, cause them to be undercounted in the census results and injure states with disproportionate numbers of non-citizens through, *e.g.*, the loss of federal funds, diminishment of political representation, and the degradation of census data. The Court concluded that the states' "theory of standing thus [did] not rest on mere speculation about the decisions of third parties; it relie[d] instead on the predictable effect of Government action on the decisions of third parties." *Id.* at 768.

The defendant's conduct contributes to a plaintiff's injuries, even if it is not the sole cause of those injuries. *Massachusetts v. E.P.A.*, 549 U.S. 497, 523 (2007). Similarly, the traceability requirement is not a proximate cause standard; it can be satisfied with a showing that the alleged injury was only indirectly caused by the defendant. *Bennett v. Spear*, 520 U.S. 154, 168 (1997).

An injury is redressable when it is "likely" as opposed to merely "speculative" that a decision in a plaintiff's favor would grant the plaintiff relief. *OCA-Greater Hous. I*, 867 F.3d at 610. A plaintiff does not need to demonstrate that a favorable decision will "relieve [their] every injury." *Larson v. Valente*, 456 U.S. 228, 243 n.15 (1982). They only need to show that a decision in their favor will "relieve a discrete injury to [them]self." *Id.* Even "the ability 'to effectuate a

partial remedy' satisfies the redressability requirement." *Uzuegbunam v. Preczewski*, 592 U.S. 279 (2021) (quoting *Church of Scientology of Cal. v. United States*, 506 U.S. 9, 13 (1992)).

Plaintiffs seeking injunctive and declaratory relief can satisfy the redressability requirement by "demonstrat[ing] 'continuing harm or a real and immediate threat of repeated injury in the future.'" *James v. Hegar*, 86 F.4th 1076, 1081 (5th Cir. 2023) (quoting *Soc'y of Separationists, Inc. v. Herman*, 959 F.2d 1283, 1285 (5th Cir. 1992)). A threatened future injury suffices for standing so long as "there is a substantial risk that the harm will occur." *Nat'l Press Photographers Ass'n v. McCraw*, 90 F.4th 770, 782 (5th Cir. 2024) (quoting *Susan B. Anthony List*, 573 U.S. at 158).

When multiple plaintiffs seek the same injunctive relief, only one needs to establish standing. *Rumsfeld v. Forum for Acad. & Institutional Rights, Inc.*, 547 U.S. 47, 52 n.2 (2006). Here, the Court must identify at least one organization in each Plaintiff group with standing to seek injunctive against local election officials and DAs in their respective jurisdictions.

**Analysis**

***Section 5.02, 5.03, and 5.07 – The ABBM Number-Matching Provisions***

The OCA and HAUL Plaintiffs have established associational standing to challenge Sections 5.02, 5.03, and 5.07 of S.B. 1, which introduce an ID number-matching requirement to Texas's ABBM process.

At least one member of The Arc and REV UP with a disability, Ms. Iglesias, has had multiple ABBMs rejected because she was unable to comply with S.B. 1's number-matching requirements. As long as Sections 5.02, 5.03, and 5.07 remain in place, there is a "substantial risk"

that the injury will occur. *Stringer*, 942 F.3d at 721.[49] Ms. Iglesias's interest in voting with assistance on equal terms with non-disabled voters is germane to the purposes of The Arc and REV UP, which work to empower people with disabilities in the voting process.[50]

Plaintiffs' injuries arising out of the ABBM-Matching Provisions are traceable to the Secretary because she has created forms and instructions implementing Sections 5.02, 5.03, and 5.07. *See* LUPE-119 at 1 (ABBM Form).

Plaintiffs' injuries arising out of the ABBM-Matching Provisions are also traceable to local election officials because they are responsible for reviewing each ABBM and either (1) providing notice that the ABBM was rejected and information about curing the ABBM or (2) sending the voter his or her BBM. TEC § 86.001(f), (f-1).

Neither the OCA Plaintiffs nor the HAUL Plaintiffs' operative pleadings challenge Section 5.08 (codified at TEC § 86.002 (g), implementing the number-matching requirement at the BBM stage) or Section 5.13 of S.B. 1 (codified at TEC § 87.041(b), requiring election officials to reject BBMs that do not identify the voter). Still, given the burdens that the number-matching requirement imposes on voters with disabilities even at the ABBM stage, enjoining Sections 5.02, 5.03, and 5.07 of S.B. 1 would afford Plaintiffs at least partial relief. *Uzuegbunam*, 592 U.S. 279.

Accordingly, the Court concludes that

---

[49] County election officials expect that voters will continue to face problems with ABBMs and mail ballot rejections in future elections because of mismatched or missing ID numbers, including elderly voters, voters with disabilities, and voters newly eligible to vote by mail. Tr. at 439:23–25 (Scarpello); Tr. at 1161:8–10 (Obakozuwa); Tr. at 1051:1–25, 1052:1–20 (Callanen).

[50] The Arc's mission is to "promote, protect, and advocate for the human rights and self-determination of Texans with intellectual and developmental disabilities." Tr. at 3490:23–25, 3493:7–9. Voting is "the backbone" of The Arc's work because it is critical to members' self-determination and voting rights advocacy has been a priority since The Arc's founding. Tr. at 3499:23–3500:12, 3499:23–3500:12. REV UP Texas' mission is "to empower people with disabilities to get more involved in the disability and political process to be able to influence issues of concern to the disability community." Tr. at 3616:19–22.

25-50246.40941

### *Section 5.06, 5.10, and 5.12 – The Curative Provisions*

The OCA and HAUL Plaintiffs also seek to enjoin several of S.B. 1's "curative" provisions, allowing voters to substitute BBMs with provisional ballots during in-person voting (Section 5.06), permitting voters to cure certain mail ballot defects using the Ballot Tracker (Section 5.10), and describing the SVC's obligations to notify voters of any carrier envelope flagged for rejection pursuant to S.B. 1's number-matching requirement (Section 5.12).

Even acknowledging that voters with disabilities may have difficulty accessing some of these curative provisions—because, for example, mobility issues prevent them from appearing at a polling place, because the Ballot Tracker is inaccessible to blind people, or because voters with disabilities are less likely to use the internet, possess a DPS number, or be able to provide a matching signature—it is not clear to the Court how Plaintiffs' proposed relief—enjoining the provisions altogether and depriving *all voters* of these curative measures—will redress their members' harms.

Accordingly, the Court concludes that the OCA Plaintiffs lack standing to challenge Sections 5.10 and 5.12 of S.B. 1, and the HAUL Plaintiffs lack standing to challenge Sections 5.06 and 5.10 of S.B. 1.

### *Sections 6.03, 6.04, 6.05 and 6.07 –Oath of Assistance and Assistor Disclosures*

Plaintiffs' organizational injury here is a perceptible impairment of one of the core services they provide to their members with disabilities—voter assistance—resulting from violations of federal law—the ADA and Section 504. And, to the extent that a rule directly regulates the Plaintiff organizations (rather than their individual assistors), Plaintiffs unquestionably have standing to challenge it. *See Lujan*, 504 U.S. at 561–62.

25-50246.40942

Sections 6.03, 6.04, and 6.05 of S.B. 1 establish new procedures for voter assistors, specifically by requiring the assistor to disclose certain information—their name, address, relationship to the voter, and whether they are being compensated by a candidate, campaign, or political committee—on a form at the polling place (Section 6.03) or on the mail ballot carrier envelope (Section 6.05) and by requiring assistors to take a revised Oath (Section 6.04).

Section 6.04 of S.B. 1, amending the Oath of Assistance, and Sections 6.03 and 6.05 are challenged by the HAUL Plaintiffs (including The Arc) and the LUPE Plaintiffs. Section 6.07 is challenged by the HAUL Plaintiffs only.

### The Arc and REV UP have associational standing to challenge § 6.04.

As a result of the Oath of Assistance requirements set forth in S.B. 1 § 6.04, members of The Arc and REV UP with disabilities voted without assistance, both in-person and by mail, in Harris County, Bexar County, and Travis County, causing physical pain and the loss of their privacy.[51]

Ms. Nunez Landry, Ms. Halvorson, Ms. Litzinger, and Ms. Crowther have each suffered an injury in fact and each would have standing to sue in her own right. Even if voters requiring assistance successfully cast a ballot, as discussed below, their rights under the ADA and Section

---

[51] Ms. Halvorson, a registered voter in Bexar County and a member of The Arc, voted without assistance for the very first time in the March 2022 primary (by mail) because her personal care attendant was uncomfortable taking the Oath of Assistance printed on the mail carrier envelope. Tr. at 3318:25–3319:20. In the November 2022 general election, Ms. Halvorson voted in person, again voting without assistance due to fear of exposing her personal attendant to potential criminal liability. Tr. at 3322:5–18, 3323:10–24.

Ms. Nunez Landry, a registered voter of Harris County and a member of The Arc, voted without her chosen assistant— her partner—in both the March 2022 primary and the November 2022 general election because she did not want to expose him to criminal liability. Tr. at 3236:11–17; Tr. at 3234:1–6, 3256:15–3257:4. She did not receive any assistance while voting in either election.

Amy Litzinger is a registered voter in Travis County and a member of The Arc. Tr. at 3281:14–17. Ms. Litzinger voted without assistance from her personal attendant in the March 2022 primary and November 2022 general election because she and her attendant were concerned about criminal liability under the Oath. Tr. at 3291:4–3292:5.

Ms. Crowther did not take her attendant with her to vote in May 2022 because of her fear that the Oath could jeopardize her relationship with her attendant. HAUL-413, Crowther Dep. at 52:11–53:4, 54:7–14.

25-50246.40943

504 are violated if the Challenged Provisions make it unreasonably difficult for them to do so. As long as the amended Oath of Assistance remains in effect, these voters will be unwilling to expose their attendants to criminal liability by asking for their assistance. Thus, there is a "substantial risk" that the injury will occur. *Stringer*, 942 F.3d at 721.

The members' interests in voting with assistance on equal terms with non-disabled voters are germane to the purposes of The Arc and REV UP, which work to empower people with disabilities in the voting process.[52]

Plaintiffs' injuries arising out of S.B. 1's amended Oath language are traceable to the Secretary because she has created forms implementing Section 6.04. *See* LUPE-009 (mail ballot carrier envelope) and LUPE-189 (Oath of Assistance form). The Oath regulates Ms. Nunez Landry, Ms. Halvorson, Ms. Litzinger, and Ms. Crowther directly by requiring them to represent their eligibility to potential assistors as a condition of their eligibility.

Plaintiffs' injuries from these provisions are fairly traceable to the local election officials who are responsible for administering the Oath in polling places, TEC § 64.034, and printing, sending, receiving, and reviewing mail carrier and ballot envelopes, TEC §§ 86.002–.004, 86.008– .009, 86.011. Thus, their injuries are fairly traceable the Bexar County EA, Harris County Clerk, and Travis County Clerk because Plaintiffs' members suffered their injuries while voting in those jurisdictions.

The Arc and REV UP members' injuries under Section 504 are also traceable to the DAs in those counties and the State Defendants based on the chilling effect that the credible threat of

---

[52] The Arc's mission is to "promote, protect, and advocate for the human rights and self-determination of Texans with intellectual and developmental disabilities." Tr. at 3490:23–25, 3493:7–9. Voting is "the backbone" of The Arc's work because it is critical to members' self-determination and voting rights advocacy has been a priority since The Arc's founding. Tr. at 3499:23–3500:12, 3499:23–3500:12. REV UP Texas' mission is "to empower people with disabilities to get more involved in the disability and political process to be able to influence issues of concern to the disability community." Tr. at 3616:19–22.

25-50246.40944

criminal enforcement of the Oath against their assistors have had on their willingness and ability to receive assistance from their chosen assistors. Although Ms. Nunez Landry, Ms. Halvorson, Ms. Litzinger, and Ms. Crowther are not themselves subject to criminal sanctions under § 6.04, given the practical realities of these voters' relationships with their chosen assistors—including their physical dependence on their attendants for assistance outside of voting—their unwillingness to expose their assistors to criminal liability is "sufficiently predictable" to establish causation for standing purposes. *All. for Hippocratic Med.*, 602 U.S. at 386.

Similarly, their attendants' unwillingness to provide in-person or mail-ballot assistance due to potential criminal liability under S.B. 1 is not speculative—attendants specifically cited the "penalty of perjury" and "eligibility" language in the Oath as their reasons for declining to provide assistance. Tr. at 3319:7–16 (Ms. Halvorson's attendant told her that she was unwilling to take the Oath of assistance "under penalty of perjury" due to her green card status); Tr. at 3291:4–3292:5 (Ms. Litzinger's attendant was not comfortable assisting her due to fear of criminal liability under the Oath, especially with respect to the meaning of "eligibility" and "assistance"). Indeed, the chilling effect on assistors was *actually foreseen* by disability rights advocates who testified before the Texas legislature in opposition to S.B. 1. *See, e.g.*, HAUL-216.

Thus, the theory of standing presented by the Arc and REV UP "does not rest on mere speculation about the decisions of third parties; it relies instead on the predictable [and actual] effect of Government action on the decisions of third parties." *Dep't of Com.*, 588 U.S. at 767 (recognizing that citizenship question on census was likely to depress non-citizens' response rate).

Individual County DAs *may not* disavow such enforcement under Texas law. *See* TEX. LOC. GOV'T CODE § 87.011(3)(B) (prohibiting district attorneys from adopting an enforcement policy of refusing to prosecute a type or class of criminal offense).

25-50246.40945

Plaintiffs' organizational injuries are also traceable to the AG, who, even after *Stephens*, retains "broad investigatory powers" under the Election Code, State's Br. at 49, *LUPE v. Scott*, No. 22-50775 (5th Cir. Dec. 9, 2022), ECF No. 62, and may "direct the county or district attorney . . . to *conduct* or *assist* the attorney general in conducting the investigation." *See* TEC § 273.002(1) (emphasis added); *see also id.* § 273.001 (district attorneys must investigate alleged violations referred to them). On top of this investigatory power, "the Attorney General can prosecute with the permission of [a] local prosecutor," *Stephens*, 663 S.W.3d at 55, and no County DA has disavowed a willingness to let the AG pursue cases within their counties.

An order declaring the challenged language in the amended Oath unlawful and enjoining its enforcement would remove the chilling effect on voter assistance that the provisions presently impose on these members of The Arc and their assistors. *See Ctr. for Individual Freedom v. Carmouche*, 449 F.3d 655, 661 (5th Cir. 2006) (finding "redressability prong[] of the standing inquiry . . . easily satisfied" where "[p]otential enforcement of the statute caused the [plaintiff's] self-censorship, and the injury could be redressed by enjoining enforcement of the [statute]"); *McCraw*, 504 F. Supp. 3d at 582 (W.D. Tex. 2020), *aff'd*, 90 F.4th 770 (5th Cir. 2024) (similar).

In short, with respect to their ADA and Section 504 challenges to S.B. 1 § 6.04, members of The Arc and REV UP are "sufficiently adverse" to the State Defendants and the election officials and DAs of Bexar County, Harris County, and Travis County to present a case or controversy within this Court's jurisdiction. *Babbitt*, 442 U.S. at 302.

25-50246.40946

<u>DST and the LUPE Plaintiffs have organizational standing to challenge §§ 6.03–6.05, 6.07</u>

DST, LUPE, MABA, and FIEL have had difficulty recruiting members to provide voting assistance services due to the threat of criminal sanctions under S.B. 1's Assistor Disclosure and Oath requirements, and some members have stopped providing assistance altogether.[53]

The Assistor Disclosure requirements are burdensome to assistors and have also caused delays at polling places that have interfered with voting assistance.[54] Providing such assistance is a core part of their respective missions.[55]

Plaintiffs' organizational injuries are fairly traceable to S.B. 1 §§ 6.03–6.05. The chilling effect that the Assistor Disclosure and Oath requirements would have on individuals' willingness to provide voting assistance—and the downstream effects on organizations' ability to perform voter assistance services—was "sufficiently predictable" to establish causation for standing purposes. *All. for Hippocratic Med.*, 602 U.S. at 386; *Dep't of Com.*, 588 U.S. at 767.[56] Indeed,

---

[53] Tr. at 2203:10–15, 2202:9–14, 2110:12–2111:1, 2148:25–2149:10 (DST chapters have had difficulty recruiting members who are willing to risk criminal liability to provide assistance, by mail or in-person, under S.B. 1, and some chapters have ceased providing voting assistance altogether due to the threat of enforcement of the Assistor Disclosure and amended Oath requirements); Tr. at 80:2–82:12, 150:15 (LUPE's staff and volunteers who assist voters are frightened by the new oath language, and as a result LUPE's staff and volunteers have restricted their assistance to voters, encouraging voters to seek assistance from friends and family members before turning to LUPE); *see also* Tr. at 145:25–46:4 (LUPE employee Chris Rocha); LUPE-284 at 13:19–14:15; 32:2–8; 17:2–13 (LUPE volunteer Maria Gomez); Tr. at 2543:16–23 (MABA members are no longer willing to provide voter assistance due to fears about the Oath requirements); Tr.at 2470:22–25, 2430:3–4, 2439:6–23, 2444:24–2445:7 (FIEL has had difficulty recruiting volunteers to provide voter assistance at the polls and some members have stopped providing assistance).

[54] Tr. at 81:15–25 (Chavez Camacho); Tr. at 383:14–18 (Scarpello); Tr. at 732:8–733:17 (Garza); Tr. at 1057:12–24 (Callanen); Tr. at 2316:16–20 (Ramon).

[55] Tr. at 2081:7–13, 2086:21–2087:15 (DST provides in-person and mail-ballot voter assistance in support of its "political awareness and involvement" mission); Tr. at 60:10–61:2 (LUPE provides voting assistance to support its mission of increasing civic engagement in the colonias); Tr. at 2533:24–2534:4, 2535:11–2536:5 (MABA provides voter assistance to support its mission to promote public service by its members and promote civic engagement); Tr. at 2438:9–11, 2444:24–2445:3 (FIEL furthered its mission of voter outreach and civic engagement by assisting its members in voting at the polls).

[56] The Supreme Court has recognized the deterrent effect that disclosure requirements can have on associative activities. *See, e.g.*, *Shelton v. Tucker*, 364 U.S. 479, 486 (1960) (striking down law requiring teachers to disclose all of the organizations to which they had belonged in the past five years because "[e]ven if there were no disclosure to the general public, the pressure upon a teacher to avoid any ties which might displease those who control his professional destiny would be constant and heavy"); *Nat'l Ass'n for Advancement of Colored People v. State of Ala. ex rel. Patterson*, 357 U.S. 449, 462 (1958);

84

the chilling effect on assistors was *actually foreseen* by disability rights advocates who testified before the Texas legislature in opposition to S.B. 1. *See, e.g.*, HAUL-216.

Here again, the organizations' injuries are traceable to the Secretary, who creates forms implementing the requirements, and to local election officials, who administer oaths, collect disclosures, and review mail ballots in the counties in which DST, LUPE, MABA, and FIEL operate.[57] Their organizational injuries are also fairly traceable to the State Defendants and the local DAs in those counties based on the chilling effect that the "credible threat" of criminal enforcement has on their willingness to provide BBM assistance.

Even before S.B. 1, the Election Code required election officials to note an assistor's name and address next to each voter they assisted in the poll list, TEC § 64.032(d) (1986), and required assistors to provide the same information and their signature on the outside of voters' mail-ballot carrier envelopes, TEC § 86.010(e), JEX-1 at 53. Accordingly, Plaintiffs cannot establish that any injuries arising from the mere *disclosure* of assistors' names and addresses—at the polls or on the mail ballot carrier envelopes—would be redressed by an order enjoining enforcement of Sections 6.03 and 6.05. Section 6.03 did not relieve election officials of their duty to separately record assistors' names and addresses in the poll list under TEC § 64.032(d). Indeed, the Secretary has issued several form poll lists that contain spaces for recording assistors' names and addresses.[58] Being required to provide duplicative information on a separate form for each voter that an assistor helps is undoubtedly burdensome.

---

[57] All Plaintiffs operate within the State of Texas and thus are subject to enforcement by the State Defendants. LUPE serves voters in Hidalgo County, Tr. at 58:13–16, and. FIEL serves voters in Harris County. DST has chapters throughout Texas, including Bexar, Harris, Dallas, and Travis Counties. Tr. at 2083:13–25.

[58] *See, e.g.*, Tex. Sec'y of State, Form 7-57, https://perma.cc/RAZ3-2G7K; Tex. Sec'y of State, Form 7-59, https://perma.cc/NN7T-PM9P; Tex. Sec'y of State, Form 7-61, https://perma.cc/G79M-NWKG; *see also* Tex. Sec'y of State, Texas Requirements for Electronic Pollbook Forms at 2, https://perma.cc/TH7A-2D79 (requiring poll book to entry for each voter to contain fields for assistor's name and address).

25-50246.40948

An order declaring the challenged language in the amended Oath and the Assistor Disclosure requirements unlawful and enjoining their enforcement would remove the chilling effect on voter assistance that has impaired the organization's ability to provide assistance services to voters.

The Court concludes that DST, LUPE, MABA, and FIEL are "sufficiently adverse" to the State Defendants, the election officials and DAs of Bexar, Harris, Travis, and Dallas Counties and the 34th Judicial District to present a case or controversy within this Court's jurisdiction. *Babbitt*, 442 U.S. at 302.

### Section 6.06 – Prohibition on Compensated Mail-Ballot Assistance

Section 6.06 is challenged by the LUPE Plaintiffs. LUPE and MABA are regulated by Section 6.06 of S.B. 1 because they have provided their staff members and volunteers with "compensation," as it is broadly defined under TEX. PENAL CODE § 38.01(3), for assisting voters, including mail voters.[59] As a result, Plaintiffs have stopped assisting mail voters.[60]

"When the suit is one challenging the legality of government action or inaction" and "the plaintiff is himself an object of the action (or forgone action) at issue[,] . . . there is ordinarily little question that the action or inaction has caused him injury, and that a judgment preventing or requiring the action will redress it." *Lujan*, 504 U.S. at 561–62.

Again, because their conduct is being directly regulated by Section 6.06 and exposes the LUPE Plaintiffs (and their members) to criminal liability, their organizational injuries—their

---

[59] *See* Tr. at 75:11–17, 124:14–127:13 (LUPE relies primarily on paid staff members); Tr. at 2539:3–4, 2542:6–20 (MABA are concerned that they are committing a crime if they accept meals, gas cards, swag or other forms of compensation while providing voting assistance).

[60] Tr. at 86:9–86:13, 86:14–87:2, 87:3–87:21 (LUPE); Tr. at 2542:17–20, 2543:16–23, 2544:14–16 (MABA).

25-50246.40949

inability to provide mail-ballot assistance—is fairly traceable to the State Defendants and to the DAs in the jurisdictions in which Plaintiffs operate.[61]

The LUPE Plaintiffs name local election officials as Defendants to their ADA and Section 504 challenges to the S.B. 1 § 6.06. *See* ECF No. 208 at 77. Plaintiffs have not identified, and the Court cannot locate, any reason to believe that their organizational injuries caused by the Section 6.06 are fairly traceable to (or redressable by) local election officials, who have no criminal enforcement authority under the Election Code. Accordingly, Plaintiffs lack standing to sue these local election officials in connection with their challenges to Section 6.06.

**Section 7.04 – Canvassing Restriction**

Section 7.04 is challenged by the LUPE Plaintiffs. At trial, Plaintiffs established by a preponderance of the evidence that LUPE and MABA and their staff and volunteers are presently and prospectively subject to Section 7.04.

Both organizations:

(a) have supported ballot measures and/or candidates in the past and intend to do so in the future;[62]

(b) have advocated for their positions through in-person voter engagement efforts, such as neighborhood block-walking, tabling in public places, and hosting candidate forums, town hall meetings, and other events at their offices and in members' homes;[63]

(c) reasonably expect mail-in ballots to be present during such interactions with voters, who often take out their ballots at election events or in

---

[61] All Plaintiffs operate within the State of Texas and thus are subject to enforcement by the State Defendants. LUPE serves voters in Hidalgo County, Tr. at 58:13–16, and MABA operates throughout the State of Texas. Tr. at 2533:21–23.

[62] Tr. at 89:2–18 (LUPE has supported ballot measures, including a drainage bond, the creation of a health care district in Hidalgo County, increased broadband access in South Texas); Tr. at 2542:6–8 (MABA routinely encourages support for candidates and ballot measures by tabling at local events, such as candidate forums).

[63] Tr. at 71:1–72:15, 75:11–75:17, 90:4–24, 119:20–120:18 (LUPE members brought mail ballots to LUPE offices and meetings and took them out during interactions with door-to-door canvassers and asked for voting assistance); Tr. at 2535:21–2536:5 (MABA tables at local events, including candidate forums and provides voter assistance ).

25-50246.40950

> conversations with door-to-door canvassers because they have questions about the ballot or needed voting assistance;[64] and

> (d) maintain staff and/or volunteers who receive some "benefit" in exchange for their in-person canvassing efforts.[65]

Accordingly, LUPE can no longer ask staff members to provide mail-ballot assistance as part of their jobs or treat volunteers who provide such assistance during in-person events.[66] Again, because their conduct is being directly regulated by the Canvassing Restriction and exposes Plaintiffs to criminal liability, their organizational injury—their inability to provide mail-ballot assistance—is fairly traceable to the State Defendants and to the DAs in the jurisdictions in which Plaintiffs operate.[67]

These injuries are also "likely to be redressed by a favorable judicial decision." *Spokeo, Inc.*, 578 U.S. at 338. An order declaring that S.B. 1 § 7.04 violates the ADA and Section 504 and enjoining its enforcement by the State Defendants and County DAs would remove the restrictions and burdens on assistors that have frustrated Plaintiffs' ability to provide voting assistance services and Texas voters' rights under the ADA and Section 504.

The LUPE Plaintiffs' position with respect to Section 7.04's Canvassing Restriction is "sufficiently adverse" to the State Defendants and the County DAs to present a case or controversy within this Court's jurisdiction. *Babbitt*, 442 U.S. at 302.

---

[64] *See id.*

[65] Tr. at 75:11–17 (LUPE relies primarily on paid staff members and temporary paid canvassers); Tr. at 2542:17–20, 2544:14–16 (MABA volunteers are concerned that accepting gas cards, meals, swag, or a bottle of water will expose them to criminal liability).

[66] *See* Tr. at 120:19–120:25 (LUPE staff and volunteers to fear prosecution and to stop assisting voters when they are canvassing on a ballot measure); Tr. at 2543:16–23 (MABA members are no longer willing to provide voter assistance).

[67] All Plaintiffs operate within the State of Texas and thus are subject to enforcement by the State Defendants. LUPE serves voters in Hidalgo County, Tr. at 58:13–16, and MABA has chapters throughout the State of Texas, Tr. at 2533:21–23.

25-50246.40951

The LUPE Plaintiffs also name local election officials as Defendants to their challenges to the Canvassing Restriction under the ADA and Section 504. *See* ECF No. 208 at 77. Plaintiffs have not identified, and the Court cannot locate, any reason to believe that their organizational injuries caused by the Canvassing Restriction are fairly traceable to local election officials, who have no criminal enforcement authority under the Election Code. Accordingly, Plaintiffs lack standing to sue these local election officials in connection with their challenges to Section 7.04.

**Plaintiffs' Claims Under Title II of the ADA**

The Court now considers whether, with respect to each of their challenges, Plaintiffs have established a *prima facie* case of discrimination under Title II. To do so, they must demonstrate, by a preponderance of the evidence:

> (1) that [they, their members, or their constituents are] a qualified individual within the meaning of the ADA;
>
> (2) that [they, their members, or their constituents are] being excluded from participation in, or being denied benefits of, services, programs, or activities for which the public entity is responsible, or [are] otherwise being discriminated against by the public entity; and
>
> (3) that such exclusion, denial of benefits, or discrimination is by reason of [their or their members' or constituents'] disability.

*Melton v. Dall. Area Rapid Transit*, 391 F.3d 669, 671–72 (5th Cir. 2004) (citing *Lightbourn*, 118 at 428.

To begin, the Court observes that a prima facie case for discrimination under Title II requires a showing that the defendant public entity in some way provides the service or benefit at issue. *Ivy v. Williams*, 781 F.3d 250, 258 (5th Cir. 2015), *vacated and remanded as moot sub nom. Ivy v. Morath*, 580 U.S. 956 (2016). The Court previously dismissed Plaintiffs' ADA claims against the Attorney General because "it is unclear whether and how he provides the service or benefit at issue in this case, namely voting and voting by mail." *See, e.g., La Union del Pueblo*

25-50246.40952

*Entero*, 618 F. Supp. 3d at 420. Plaintiffs' ADA claims against the local DAs fail for the same reason. While local prosecutors plainly play a role in enforcing criminal provisions that affect voters with disabilities, there is no evidence that they provide the services or benefits of voting, in person or by mail, within the meaning of Title II. Finally, the Court is not aware of a basis for treating Plaintiffs' Section 504 claims differently.

Thus, on these facts, Plaintiffs have failed to establish a prima facie case of disability discrimination against the AG and local prosecutors under Title II of the ADA or Section 504, and those claims must be dismissed with prejudice.[68] The Court turns to Plaintiffs' claims against the Secretary and local elections officials.

### Plaintiffs' members with disabilities are "qualified individuals"

As to the first element, a qualified individual within the meaning of Title II is a disabled individual "who, with or without reasonable modifications to rules, policies, or practices, the removal of architectural, communication, or transportation barriers, or the provision of auxiliary aids and services, meets the essential eligibility requirements for the receipt of services or the participation in programs or activities provided by a public entity." 42 U.S.C. § 12131(2).

Plaintiffs have identified several members of the Arc and REV UP with disabilities who are eligible to vote in Texas and, by virtue of their disabilities, are qualified to vote by mail and/or vote with assistance in Texas elections, including Ms. Iglesias, Ms. Saltzman, Ms. Nunez Landry, Ms. Halvorson, Ms. Litzinger, and Ms. Crowther.

---

[68] The Court does not dispute that local DA's offices are "public entities" within the meaning of Title II or that, in addition to prohibiting discrimination in the provision of public services and benefits, the ADA includes a catchall protecting disabled people from "be[ing] subjected to discrimination by any such entity." 42 U.S.C. § 12132. Without evidence that an investigation or prosecution under the Challenged Provisions discriminated against individuals with disabilities, however, the Court cannot conclude that Plaintiffs' members were "subjected to discrimination" by local prosecutors.

25-50246.40953

DST, LUPE, MABA, and FIEL also have members with disabilities who are eligible to vote with assistance and by mail. Tr. at 2110:3–11 (DST); Tr. at 63:19–64:6, 65:7–65:13, 96:15–97:17, 75:18–77:4, 77:17–78:2, 84:4–84:25, 85:1–85:4, 119:20–120:18, 116:22–117:7, 87:3–87:21, 3676:11–25. (LUPE); Tr. at Tr. at 2543:1–13 (MABA); Tr. at 2536:14–18 (FIEL).

### **Plaintiffs and their members have suffered discrimination under the ADA**

To demonstrate discrimination under the ADA in the Fifth Circuit, "a plaintiff must show that a benefit is being administered in a way that 'effectively denies' individuals with qualifying disabilities 'meaningful access' to the benefits for which they are qualified." *Frame v. City of Arlington*, 616 F.3d 476, 484 (5th Cir. 2010), *on reh'g en banc*, 657 F.3d 215 (5th Cir. 2011) (citing other Circuits holding same).

"Meaningful access" does not reduce the Title II inquiry to "some abstract question of de minimis 'meaningfulness.'" *Trivette v. Tennessee Dep't of Corr.*, No. 3:20-cv-00276, 2021 WL 10366330, at *11 (M.D. Tenn. May 5, 2021). "Title II is not targeted at merely guaranteeing minimally adequate services to disabled people, but to remedying 'unequal treatment of persons with disabilities by States and their political subdivisions." *Id.* Rather, meaningful access requires that public entities "must afford [disabled] persons equal opportunity to . . . gain the same benefit" as people without disabilities. *Id.* (internal quotations and citations omitted).

Despite the State Defendants' insistence that none of Plaintiffs' disabled members experienced discrimination because they were ultimately able to cast a ballot (*see, e.g.*, ECF No. 847 at 82–83), this "no-harm-no-foul" theory is inconsistent with the ADA. "Nothing in the statute's text or the caselaw applying it requires [plaintiff] to have alleged a bad *outcome*[.] . . . And for good reason: Lack of meaningful access is itself the harm under Title II, regardless of whether any additional injury follows." *Luke v. Texas*, 46 F.4th 301, 306 (5th Cir. 2022) (emphasis

added) (citing *Lane*, 541 U.S. at 532–33). A "partial denial of access" can be actionable. *See, e.g.*, *Lamone*, 813 F.3d at 498, 506–07 (holding that even if in-person polling place machines have accessibility features for blind voters that allow them to access in-person voting, an inaccessible mail ballot still constituted denial of equal opportunity to participate in and benefit from mail voting for blind voters under the ADA).

Thus, even a voter who successfully casts a ballot can prevail on a claim of discrimination under Title II by establishing that voting was more difficult because of her disability. "[A] plaintiff need not show it is impossible to access the benefits, but only that . . . there is an unreasonable level of difficulty in accessing the benefits." *Gustafson v. Bi-State Dev. Agency of Missouri-Illinois Metro. Dist.*, 29 F.4th 406, 412 (8th Cir. 2022) (citing *Alexander v. Choate*, 469 U.S. 287, 301 (1985); *Brennan v. Stewart*, 834 F.2d 1248, 1261 (5th Cir. 1988)).[69]

Indeed, the presence of restrictions that might "dissuade" a voter can establish a lack of equal opportunity. *See People First of Ala. v. Merrill*, 491 F. Supp. 3d 1076, 1160, 1165 (N.D. Ala. 2020) (holding that restrictions on curbside voting and photo ID requirements for absentee voting rendered in-person voting and absentee voting, respectively, inaccessible for at least some disabled voters because those restrictions "may dissuade" them from using those methods of voting).

The ADA's implementing regulations, promulgated by the Attorney General of the United States, confirm this broad understanding of the Title II's broad prohibition against discrimination

---

[69] *See also Frame*, 616 F.3d at 484 (holding that plaintiffs can establish injury by showing "how specific inaccessible sidewalks negatively affect their day-to-day lives by forcing them to take *longer and more dangerous routes to their destinations*." (emphasis added)); *Am. Council of the Blind v. Paulson*, 525 F.3d 1256, 1269 (D.C. Cir. 2008) ("[Defendant's] argument is analogous to contending that merely because the mobility impaired may be able either to rely on the assistance of strangers or to crawl on all fours in navigating architectural obstacles, they are not denied meaningful access to public buildings. Such dependence is anathema to the stated purpose of the Rehabilitation Act." (internal citations omitted)).

by public entities. 42 U.S.C. § 12134; *Olmstead v. L.C. ex rel. Zimring*, 527 U.S. 581, 591 (1999). The ADA's implementing regulations, *inter alia*, that it is unlawful discrimination for a public entity to:

- "Afford a qualified individual with a disability an opportunity to participate in or benefit from the aid, benefit, or service that is *not equal to* that afforded others," 28 C.F.R. § 35.130(b)(1)(ii) (emphasis added);

- "Provide a qualified individual with a disability with an aid, benefit, or service that is *not as effective in affording equal opportunity* to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others," 28 C.F.R. § 35.130(b)(1)(iii) (emphasis added); or

- "[I]mpose or apply eligibility criteria that screen out or tend to screen out" people with disabilities from '*fully and equally* enjoying' the programs, services or activities of state and local governments." 28 C.F.R. § 35.130(b)(8) (emphasis added); or

-  "[U]tilize criteria or methods of administration . . . [t]hat have the purpose *or effect* of defeating *or substantially impairing* accomplishment of the objectives of the public entity's program with respect to individuals with disabilities," 28 C.F.R. § 35.130(b)(3)(ii) (emphasis added).

Individually and cumulatively, the Challenged Provisions of S.B. 1 have harmed Plaintiffs and their members, voters with disabilities, by denying them an equal opportunity to participate in and benefit from Defendants' voting programs—voting by mail and in person—due to the Challenged Provisions of S.B. 1. Voters with disabilities have been prevented from voting, encountered significant barriers in voting by mail, and faced great difficulties in receiving the assistance they need to vote. This has led voters with disabilities to experience multiple mail ballot rejections, endure physical pain when voting, take significantly longer to vote, and lose privacy in their voting experience,

25-50246.40956

**Plaintiffs' members suffered discrimination by reason of disabilities**

To satisfy the last element of their prima facie case, Plaintiffs "must establish a causal link between their disabilities and their exclusion from voting." *People First of Ala.*, 491 F. Supp. 3d at 1161 (finding causal link between the state's blanket ban on curbside voting and the exclusionary impact this prohibition had on disabled voters vulnerable to COVID-19 exposure given "undisputed evidence" establishing that people with disabilities should minimize their contact with others outside the home and avoid people not wearing masks: "the court finds a causal connection between the plaintiffs' impairments that make them vulnerable to COVID-19 and the inaccessibility of their polling sites during the COVID-19 pandemic.").

Establishing such a link does not require comparison to similarly situated individuals without disabilities. *See Olmstead*, 527 U.S. at 598 (rejecting state's argument that plaintiffs' claims failed because they had not identified similarly situated individuals given preferential treatment because "[w]e are satisfied that Congress had a more comprehensive view of the concept of discrimination advanced in the ADA"). A plaintiff can "show that he or she has been excluded from or denied the benefits of a public entity's services or programs 'by reason of such disability' even if there are other contributory causes for the exclusion or denial, as long as the plaintiff can show that the disability was a substantial cause of the exclusion or denial." *Henrietta D. v. Bloomberg*, 331 F.3d 261, 291 (2d Cir. 2003).

Plaintiffs have evidence that, because of their disabilities that Plaintiffs' members, voters with disabilities, are more likely to vote by mail and to require assistance voting than voters without disabilities. Plaintiffs have also provided extensive evidence regarding the denial of equal opportunity to participate in or benefit from Defendants' voting programs that the Challenged Provisions have caused for voters with disabilities by reason of their disabilities. FOF Sections V-

25-50246.40957

VII. As such, Plaintiffs have established a causal link between their disabilities and their exclusion from Defendants' voting programs.

**Failure to Accommodate**

In addition to its proscriptions against disability discrimination, the ADA regulations also impose an affirmative duty on public entities to "make reasonable modifications" to their programs and activities "when the modifications are necessary to avoid discrimination." 28 C.F.R. § 35.130(b)(7). Indeed, because Congress perceived disability discrimination to be "most often the product, not of invidious animus, but rather of thoughtlessness and indifference—of benign neglect," *id.*, "the express prohibitions against disability-based discrimination in Section 504 and Title II include an *affirmative obligation* to make benefits, services, and programs accessible to disabled people," *Pierce v. D.C.*, 128 F. Supp. 3d 250, 266–67 (D.D.C. 2015) (emphasis added).[70]

Thus, public entities must take affirmative steps to proactively comply with federal disability anti-discrimination mandates regardless of whether individual requests are made. According to the Fifth Circuit:

> The ADA expressly provides that a disabled person is discriminated against when an entity fails to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services . . . Congress intended to impose an *affirmative duty on public entities to create policies or procedures to prevent discrimination based on disability*.

*Delano-Pyle v. Victoria County*, 302 F.3d 567, 575 (5th Cir. 2002) (citation and quotation marks omitted) (emphasis added); *see also Bennett-Nelson v. La. Bd. Of Regents*, 431 F.3d 448, 454 (5th Cir. 2005) (emphasis added); *Cadena v. El Paso County*, 946 F.3d 717, 724 (5th Cir. 2020).

---

[70] Discrimination under the ADA and Section 504 does not require proof of intent or animus. *See Alexander v. Choate*, 469 U.S. 287, 295–96 (1985) ("[E]limination of architectural barriers was one of the central aims of the act . . . yet such barriers were clearly not erected with the aim or intent of excluding the handicapped.").

25-50246.40958

The Fifth Circuit has held that "both the ADA and the Rehabilitation Act impose upon public entities an affirmative obligation to make reasonable accommodations for disabled individuals." *Bennett-Nelson*, 431 F.3d at 454. Under this theory of liability, a plaintiff must show that the entity knew of the disability and its consequential limitations, either because the plaintiff requested an accommodation or because the nature of the limitation was open and obvious." *Cadena*, 946 F.3d at 724 (internal quotations omitted).

The State Defendants argue that Plaintiffs' ADA claims fail because they have not requested—and been denied—reasonable modifications by Defendants. *See* ECF No. 847 at 83–85; ECF No. 616 at 19–20. The State Defendants insist that without individual requests for modifications, "it would be impossible for the [state] to ascertain whether an accommodation is needed at all, much less identify an accommodation that would be reasonable under the circumstances." ECF No. 616 at 20. These arguments are without merit.

To start, the trial record establishes that any such gesture would have been futile, and the ADA does not require individuals with disabilities to make futile gestures to state a claim. 42 U.S.C. § 12188(a)(1) ("Nothing in this section shall require a person with a disability to engage in a futile gesture if such person has actual notice that a person or organization covered by this subchapter does not intend to comply with its provisions.").

There are several reasons to believe that a request for accommodation to S.B. 1's number-matching and assistance provisions would have been futile.

First, witnesses for the Elections Division testified that requests for accommodation are forwarded to county election officials. But county election officials testified, in turn, they believed

25-50246.40959

they were prohibited from granting such requests.[71] The Election Code itself confirms their understanding: any election official who provides an accommodation that is not "expressly" authorized "by code" faces civil penalties, including termination and loss of benefits. *See* TEC §§ 276.019, 31.129. Voters who did in fact call their county elections offices to ask for advice about their barriers to voting were either turned down or received no response whatsoever. Tr. at 3322:19–3323:9, 3330:19-22. (Halvorson); Tr. at 3267:15–3268:14 (Nunez Landry).

More importantly, demanding that each voter with a disability request a separate accommodation from the county EA in each election in which he voted would be impractical and contravene the ADA.[72] *See Payan v. L.A. Cmty. Coll. Dist.*, 11 F.4th 729, 738-9 (9th Cir. 2021) (differentiating between individual claims "based on an individualized request or need" and systemic claims "focused on modifying a policy or practice improve systemic accessibility) (citing multiple cases holding same).

In *Pierce v. District of Columbia*, now-Justice Jackson explained, in detail, the affirmative obligations of public entities to provide modifications with or without requests:

> [T]he District's insistence here that prison officials have no legal obligation to provide accommodations for disabled inmates unless the inmate specifically requests such aid . . . is untenable and cannot be countenanced . . . *nothing in the disability discrimination statutes even remotely suggests that covered entities have the option of being passive in their approach to disabled individuals as far as the provision of accommodations is concerned.* Quite to the contrary . . . Section 504 and Title II mandate that entities act affirmatively to evaluate the programs and services they offer and to ensure that people with disabilities will have meaningful access to those services…the District's suggestion that a prison facility need not act

---

[71] Tr. at 539:6–14 (Dallas County); Tr. at 771:19–772:1 (Cameron County); Tr. at 1045:3–11 (Bexar County); Tr. at 2336:18-25, 2337:1–5 (Hidalgo County); Tr. at 1304:6–1306:2, 1311:24–1312:15, 1314:24–1317:10, 1317:4–9 (Harris County); Tr. at 270:17-25, 358:5-10 (El Paso County); Tr. at 1470:4–6 (Travis County).

[72] To support their argument, Defendants rely solely on cases brought by individuals, cases that are inapplicable here. Neither *Smith v. Harris County*, 956 F.3d 311 (5th Cir. 2020) nor *Windham v. Harris County*, 875 F.3d 229 (5th Cir. 2017) addresses challenges to systemic discrimination against individuals with disabilities like that challenged by Plaintiffs in this matter. In both *Smith* and *Windham*, the plaintiffs sought modifications to practices specifically directed at them as individuals (prisoner mental health care and a driving sobriety test), rather than seeking modifications to laws of systemic applicability to a large group of voters."

> to accommodate an obviously disabled inmate if the inmate does not ask for accommodations is truly baffling as a matter of law and logic . . . The implications of the District's analysis are troubling, and they sweep broadly—by the District's reasoning, it would appear that only a specific request for a wheelchair would trigger any duty to accommodate an inmate who cannot walk, and a blind inmate would need to make a specific request for a cane or a guide if he desired to move about the prison grounds; meanwhile, prison officials could sit idly by, taking no affirmative steps to accommodate such disabled prisoners and expecting to be able to wield the inmate's failure to request accommodation like some sort of talisman that wards off Section 504 and Title II liability in any future legal action. This imagined state of affairs is unquestionably inconsistent with the text and purpose of the Rehabilitation Act and the ADA, which means that the District must now face a stark reality: no matter how fervently it holds the belief that a public entity's duty to provide accommodations arises only by request, there is neither legal nor logical support for that proposition.

*Pierce*, 128 F. Supp. 3d at 269–70 (emphasis added).

Where the individual's disability is "open and obvious," public entities must offer reasonable modifications even in the absence of individualized requests. *Robertson*, 500 F.3d at 1197 (citing *Kiman v. New Hampshire Dep't of Corr.*, 451 F.3d 274, 283 (1st Cir. 2006).

Defendants can hardly claim that they were not aware of the large-scale harm that any of the Challenged Provisions would impose on voters with disabilities. In addition to the modification requests and complaints regarding the mail-ballot and assistance provisions that Defendants received, Plaintiffs and their members—voters with disabilities—testified to these harms in front of the Texas legislature before S.B. 1 was enacted.[73] Also "open and obvious" are the relevant correlations between age and disability, between disability and voting assistance, and between disability and voting by mail.

---

[73] *See, e.g.*, HAUL-216 (testimony regarding S.B. 1 before the Senate State Affairs Committee by representative for The Arc, asserting that the new Assistor Disclosure requirements would "create a chilling effect that decreases the availability of support for Texas with disabilities to exercise their right to vote").

25-50246.40961

**Injunctive Relief is Reasonable and Defendants' Affirmative Defenses Fail**

Plaintiffs need only show that their proposed accommodation "seems reasonable on its face, i.e., ordinarily or in the run of cases," or is "plausible" or "feasible" to implement. *US Airways, Inc. v. Barnett*, 535 U.S. 391, 401 (2002). "The burden of production is not a heavy one and merely entails demonstrating the existence of a plausible accommodation 'the costs of which, facially, do not clearly exceed its benefits.'" *Coats v. Goodyear Tire & Rubber Co.*, No. H-01-1322, 2002 WL 32123913, at *18 (S.D. Tex. Oct. 16, 2002) (citing *Borkowski v. Valley Cent. Sch. Dist.*, 63 F.3d 131, 138 4 AD Cases 1264 (2d Cir. 1995)).

Once plaintiffs make this showing, the burden shifts and defendants are permitted to offer "special (typically case-specific) circumstances that demonstrate" the proposed accommodation is either a fundamental alteration of their service or constitutes an undue hardship. *Barnett*, 535 U.S. at 402. However, the fundamental alteration argument is an affirmative defense that defendants must proactively raise and prove at trial. *Olmstead v. L.C. ex rel. Zimring*, 527 U.S. 581, 607 (1999) (Stevens, J., concurring); *E.T. v. Paxton*, 41 F.4th 709 (5th Cir. 2022) (Failure to present evidence that proposed modification of policies would fundamentally alter their program defeats defendants' affirmative defense).

Plaintiff's proposed injunctive relief is simply a return to pre-S.B. 1 law and practice, which the State has already shown is feasible. *See, e.g.*, *Lamone*, 813 F.3d at 508 ("the fact that a version of the tool was voluntarily implemented by defendants in the 2012 elections— 'without any apparent incident,' speaks to the reasonableness of using the tool"). Plaintiffs do not seek to impose any new requirements on Defendants or to establish a new, costly program for administering election or monitoring ADA-compliance. *Cf. United States v. Mississippi*, 82 F.4th 387, 398–99 (5th Cir. 2023) (noting that federal government sought to "rework the entire Mississippi mental

25-50246.40962

health system" and "radically modif[y]" the state's existing programs, along with creating new programs, mandating minimum staffing levels, generally getting into incredible detail regarding the state's plans, and establishing a lengthy and involved monitoring process).

Given that voters with disabilities are disproportionately likely to vote by mail and to need assistance while voting, enjoining the ABBM Number-Matching Provisions, the Assistance Provisions, and the Canvassing Restriction would appear to be a reasonable modification on its face. *Barnett*, 535 U.S. at 401. Accordingly, the burden shifts to the State Defendants to demonstrate that the requested injunctions are a "fundamental alteration" to voting in Texas.

An alteration to a program is fundamental if it would eliminate an "essential" aspect of the program and undermine "the basic purpose of the rule or policy at issue." S*chaw v. Habitat for Humanity of Citrus Cnty., Inc.*, 938 F.3d 1259, 1266–67 (11th Cir. 2019). Outside of their conclusory assertions that *any* modification to a state law inherently constitutes a "fundamental alteration," *see, e.g.*, ECF No. 626 at 27–28, the State Defendants have not offered any evidence that enjoining the Challenged Provisions would "fundamentally alter" voting in Texas or that the injunction would constitute undue hardship.

The State Defendants' position is also incorrect: "Requiring public entities to make changes to rules, policies, practices, or services is exactly what the ADA does." *Lamone*, 813 F.3d at 508–09 (citing *Jones v. City of Monroe*, 341 F.3d 474, 487 (6th Cir. 2003)); *see also id.* at 508 (rejecting argument "that the mere fact of a state statutory requirement insulates public entities from making otherwise reasonable modifications to prevent disability discrimination"); *Barber v. Colo. Dep't of Revenue*, 562 F.3d 1222, 1233 (10th Cir. 2009) (rejecting argument that modifying a state driving statute would be a "per se not reasonable" modification under the Rehabilitation

25-50246.40963

Act, and holding that "[r]eliance on state statutes to excuse non-compliance with federal laws is simply unacceptable under the Supremacy Clause").

Moreover, the State Defendants' hand wringing over the scope of the injunctive relief is unwarranted here, given that both voting by mail and voting with assistance are available only to limited categories of voters in Texas in the first place. Voters with disabilities make up a significant portion of those eligible for each category: voters with disabilities four times more likely to vote by mail than non-disabled voters, ten times more likely to need assistance voting by mail than non-disabled voters, and twice as likely to need assistance voting in person than non-disabled voters. Tr. at 3711–25, 3757:17–21, 3801:10–18; LUPE-002 ¶ 69.

Texas election officials were able to effectively administer elections before S.B. 1 was enacted and they will continue to do so if and when it is forced to comply with the injunctive relief contemplated in this order. There is simply no reason to believe that the adjustments to the Oath and Assistor Disclosure requirements or accepting ABBMs that do not comply with S.B. 1's byzantine number-matching framework will "fundamentally alter" the nature of voting in Texas.[74]

---

[74] Moreover, there is nothing to prevent the Texas legislature from amending the Election Code to revive an ID-number component to the mail voting process by, e.g., eliminating the unnecessarily confusing numerical hierarchy set forth in Section 5.02 of S.B. 1 (codified at TEC § 84.002(1-a)) and granting election officials the ability to accept non-conforming ABBMs and BBMs after confirming the voter's identity by some other means.

Throughout this litigation, Plaintiffs have acknowledged that ID numbers can be *useful* in affirmatively identifying voters. *See* ECF No. 200 at 45 (conceding that "the State may legally request this information from voters (for example, as an optional data point that would prevent the need for a signature review)"). Indeed, the number-matching framework theoretically operates as an accommodation for voters with disabilities whose signatures on ABBMs and BBMs will not match their other signatures on record because, for example, they were completed by different assistants. Such voters may be able to use the Ballot Tracker to "cure" their signature. TEC § 87.0271(e-1)(2). Moreover, providing a matching ID number on an ABBM or carrier envelope creates a rebuttable presumption that the signature on the ABBM or carrier envelope belongs to the voter. *See* TEC § 87.041(d-1).

To be sure, DPS numbers and SSN4s may be sufficient to help confirm a voter's identity. But the Election Code's insistence that they are *necessary*—combined with its rigid (and misleading) hierarchy and constraints on election officials—has unduly burdened Texas voters with disabilities. Much like the election officials who testified in this case, the Court's hands are tied in crafting an appropriate remedy: "[a] federal court cannot rewrite state law[.]." *U.S. Enercorp, Ltd. v. SDC Montana Bakken Expl., LLC*, 966 F. Supp. 2d 690, 700 (W.D. Tex. 2013).

25-50246.40964

Together, the Secretary's "know-nothing-do-nothing" approach to ADA compliance in election administration and the draconian civil penalties for making affirmative modifications not "expressly authorized" under the Texas Election Code have made it impossible for hardworking and well-meaning election officials to comply with the ADA in administering elections. To make matters worse, the Assistant Disclosures and amended Oath of Assistance have discouraged assistors from providing—and voters with disabilities from requesting—voting assistance, exacerbating the injuries caused by S.B. 1's other onerous requirements.

This perfect storm has forced many voters with disabilities to confront S.B. 1's novel burdens alone. In attempting to exercise their most sacred right, *Va. State Bd. of Educ. v. Barnette*, 319 U.S. 624, 638 (1943), disabled voters have had their ABBMs and mail ballots rejected repeatedly and been forced to spend additional time and effort navigating burdensome workarounds to ensure that their votes are counted. Even voters who were able to successfully cast a ballot often endured the loss of their privacy, embarrassment, fear, and even physical pain. Under these conditions, it is likely that many disabled voters will be dissuaded from attempting to vote in the first place.

Texas voters with disabilities deserve better, and the ADA and Section 504 demand more.

## PERMANENT INJUNCTION OF S.B. 1 §§ 5.02, 5.03, 5.07, 6.03–6.07, & 7.04

### Legal Standard

A party seeking a permanent injunction must prove: (1) that it has succeeded on the merits; (2) that a failure to grant the injunction will result in irreparable injury; (3) that said injury outweighs any damage that the injunction will cause the opposing party; and (4) that the injunction will not disserve the public interest. *Valentine v. Collier*, 993 F.3d 270, 280 (5th Cir. 2021). The Court addresses each factor in turn.

25-50246.40965

Further, in accordance with Federal Rule of Civil Procedure 65(d)(1), an order granting a permanent injunction must "(A) state the reasons why it issued; (B) state its terms specifically; and (C) describe in reasonable detail ... the act or acts restrained or required." *Scott v. Schedler*, 826 F.3d 207, 208 (5th Cir. 2016) (quoting FED. R. CIV. P. 65(d)(1)). According to the Fifth Circuit, this means the injunction must not be vague or overbroad. *Id.* "[A]n injunction is overly vague if it fails to satisfy the specificity requirements set out in Rule 65(d)(1), and it is overbroad if it is not 'narrowly tailor[ed] . . . to remedy the specific action which gives rise to the order' as determined by the substantive law at issue." *Id.* (quoting *Doe v. Veneman*, 380 F.3d 807, 813 (5th Cir. 2004)).

**Analysis**

Plaintiffs have satisfied all four factors required for injunctive relief. *Valentine*, 993 F.3d at 280.

First, for the reasons set forth in this order, the Court concludes that all or portions of S.B.1 §§ 5.02, 5.03, 5.07, 6.03–6.07, and 7.04 violate Title II of the ADA and Section 504. Plaintiffs have thus succeeded on the merits of their ADA and Section 504 claims challenging those provisions. These provisions have denied voters with disabilities in Texas an equal opportunity to participate in Defendants' voting programs. "Courts routinely deem restrictions on fundamental voting rights irreparable injury." *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014) (collecting cases); *see also Purcell v. Gonzalez*, 549 U.S. 1, 7 (2006) (recognizing the "strong interest in exercising the fundamental political right to vote") (citing *Dunn v. Blumstein*, 405 U.S. 330, 336 (1972)).

Finally, it is clear to the Court that the injunction would not disserve the public interest, and, to the contrary, will serve the public interest by protecting disabled voters' equal opportunity to participate in elections. *See Dunn*, 405 U.S. at 336 (stating that protecting the right to vote is of

particular public importance because it is "preservative of all rights.") (citing *Reynolds v. Sims*, 377 U.S. 533, 562 (1964)).

Even recognizing the importance of the fundamental right to vote, a court must weigh any protective action against the potential for confusion and disruption of the election administration under the "*Purcell* principle." *See Benisek v. Lamone*, 138 S. Ct. 1942, 1945 (2018). The *Purcell* principle provides that, as a general rule, federal courts "should not alter state election laws in the period close to an election." *Democratic Nat'l Comm. v. Wis. State Legislature*, 141 S. Ct. 28 (2020) (Kavanaugh, J., concurring) (upholding Seventh Circuit's stay of injunction entered six weeks before the general election). In *Purcell*, the Supreme Court reversed a lower court's order enjoining the implementation of a proposition, passed by ballot initiative two years earlier, that required voters to present identification when they voted on election day. Reversing the lower court, the Court emphasized that the injunction was likely to cause judicially-created voter confusion in the face of an imminent election. *Purcell*, 549 U.S. at 2, 6.

The Supreme Court has recognized that "[c]ourt orders affecting elections, especially conflicting orders, can themselves result in voter confusion and consequent incentive to remain away from the polls. As an election draws closer, that risk will increase." *Purcell*, 549 U.S. at 4–5. The *Purcell* principle's logic extends only to injunctions that affect the mechanics and procedures of the act of voting. *See, e.g.*, *Republican Nat'l Comm. v. Democratic Nat'l Comm.* ("*RNC v. DNC*"), 140 S. Ct. 1205, 1207 (2020) (extension of absentee ballot deadline); *Mi Familia Vota v. Abbott*, 834 F. App'x 860, 863 (5th Cir. 2020) (mask mandate exemption for voters); *Tex. Alliance for Retired Ams. v. Hughs*, 976 F.3d 564, 566–67 (5th Cir. 2020) (new ballot type eliminating straight-ticket voting); *Democratic Nat'l Comm. v. Wis. State Leg.*, 141 S. Ct. at 31 (extension of absentee ballot deadline).

Even when *Purcell* applies, however, it does not constitute an absolute bar on all injunctive relief in the runup to an election. *See Merrill v. Milligan*, 142 S. Ct. 879, 881 (2022) (Kavanaugh, J., concurring). Rather, it directs courts to consider whether: (1) "the underlying merits are entirely clearcut in favor of the plaintiff;" (2) "the plaintiff would suffer irreparable harm absent the injunction;" (3) the "plaintiff has [] unduly delayed bringing the complaint to court;" and (4) "the changes in question are at least feasible before the election without significant cost, confusion, or hardship." *Id.*; *see also Robinson v. Ardoin*, 37 F.4th 208, 228 n.11 (5th Cir. 2022) (per curiam) (citing *Merrill* concurrence as authority on *Purcell*). The Court concludes that Plaintiffs have satisfied the first three elements with respect to all their successful ADA and Section 504 challenges. Thus, the Court must determine, with respect to each challenged provision, whether the conduct to be enjoined affects the mechanics of voting and, if so, the feasibility of implementing any injunctive relief before the November 2024 election.

### *Injunctive relief as to the Secretary's forms and instructions implicates Purcell.*

Plaintiffs have succeeded on the merits of their ADA and Section 504 challenges to several forms designed by the Secretary of State, including (1) Form ABBM (LUPE-119), (2) the "Oath of Assistance Form" used to collect Assistor Disclosures at the polls (LUPE-189), and (3) the mail ballot carrier envelope (LUPE-009). Specifically, she will be required to remove the ID number space from the Form ABBM, withdraw the Oath of Assistance Form, remove the "Relationship to Voter" line from the mail-ballot carrier envelope, and revise the Oath printed on the mail ballot carrier envelope to reflect the language below:

> I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will prepare the voter's ballot as the voter directs; I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs; I will not communicate information about how the voter has voted to another person.

25-50246.40968

The Secretary will also be required to revise any training and instructional materials for state and county election officials to remove language that reflects the substance of the Enjoined Oath Language or the Voter Relationship Disclosure requirements.

Any injunctive relief against the Secretary as to Sections 5.02, 5.03, 5.07, 6.03–6.05, and 6.07 of S.B. 1 will plainly implicate *Purcell* and it is not feasible for the Secretary to redesign any of these materials in the weeks before the May 2025 election.

Accordingly, the Court will stay any injunction applicable to the Secretary's forms until after the May 2025 election.

### *Injunctive relief as to election officials' conduct implicates Purcell.*

Injunctive relief as to election officials' administration of the ABBM, Oath, and Assistor Disclosure requirements for both in-person and mail-in voting clearly implicates *Purcell*.

The Court will not enjoin the County Election Officials from using any of the forms prescribed by the Secretary of State in administering the May 2025 election for the same reasons set forth above.

Of course, it would be feasible, in terms of both cost and hardship, to enjoin officials from giving *effect* to certain portions of the forms by, e.g., accepting ABBMs without matching ID numbers, permitting assistors to skip the "Relationship to Voter" line on the disclosure form at the polls or accepting mail ballots omitting that information. It would be similarly feasible to direct officials to administer the revised Oath orally at the polls. Nonetheless, due to the potential for voter confusion about the procedural discrepancies between in-person and mail-in voting, the Court will not enjoin officials from implementing the requirements of Sections 6.03, 6.04, and 6.05 of S.B. 1 until after the May 2025 election.

### *The Fifth Circuit has held that the Canvassing Restriction implicates Purcell*

On October 15, 2024, the Fifth Circuit stayed an earlier order of this Court enjoining criminal enforcement of the Canvassing Restriction as an unconstitutional burden on the rights to free speech and due process under the First and Fourteenth Amendments to the Constitution. *See La Union del Pueblo Entero v. Abbott*, No. 24-50783, ECF No. 112-1 ("Stay Order"). Even though the panel limited its analysis to the *Purcell* factors governing injunctive relief in the period before an election, the panel stayed of the injunction *pending appeal*.

Consistent with the Fifth Circuit's Stay Order, the injunction of the Canvassing Restriction contemplated in this order is stayed pending resolution of the appeal of the Court's previous order addressing Plaintiffs' First Amendment challenges.

## CONCLUSION

For the foregoing reasons, the Court concludes that Sections 5.02, 5.03, 5.07, 6.06, and 7.04 of S.B. 1 and that portions of Sections 6.03, 6.04, 6.05, and 6.07 of S.B. 1 violate the ADA and Section 504.

The motions for summary judgment filed by the State Defendants (ECF No. 616) and the Harris County District Attorney (ECF No. 614) are **MOOT** as to Plaintiffs' ADA and Section 504 claims.

### Sections 5.02, 5.03, and 5.07 – The ABBM Number-Matching Provisions

With respect to the HAUL and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 §§ 5.02, 5.03, and 5.07:

The Court **DECLARES** that TEC §§ 84.002, 84.011(a), and 86.001 violate the ADA and Section 504.

The Secretary of State of Texas, the Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, the El Paso County Elections Administrator, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to TEC §§ 84.002, 84.011(a), and 86.001.

### Sections 5.06, 5.10, and 5.12 – The Curative Provisions

The HAUL and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 §§ 5.06, 5.10, and 5.12 are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

### Section 6.04 – The Oath of Assistance

With respect to the HAUL, LUPE, and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 § 6.04:

The Court **DECLARES** that the following statements in the Oath of Assistance, codified at TEC § 64.034, violate the ADA and Section 504:

- "under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance";

- "I did not pressure or coerce the voter into choosing me to provide assistance; and"

- "I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted."

Plaintiffs' challenges to the Oath's statement that "I will not communicate information about how the voter has voted to another person" are dismissed.

The Secretary of State of Texas, the Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, the El Paso County Elections Administrator, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving

108

25-50246.40971

any effect to the following language in the Oath of Assistance, TEC § 64.034 (the "Enjoined Oath Language"):

- "under penalty of perjury that the voter I am assisting represented to me they are eligible to receive assistance";

- "I did not pressure or coerce the voter into choosing me to provide assistance; and" and

- "I understand that if assistance is provided to a voter who is not eligible for assistance, the voter's ballot may not be counted."

The Secretary of State is **PERMANENTLY ENJOINED** from implementing the Enjoined Oath Language. The Secretary shall revise any applicable forms and training and instructional materials for state and county election officials to remove language that reflects the substance of the Enjoined Oath Language.

The Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, and El Paso County Elections Administrator are **PERMANENTLY ENJOINED** from implementing the Enjoined Oath Language.

The HAUL, LUPE, and OCA Plaintiffs' ADA and Section 504 claims challenging S.B. 1 § 6.04 against the Attorney General and DAs of Harris County, Dallas County, El Paso County, and Travis County are **DISMISSED WITH PREJUDICE** because those public entities do not provide the services and benefits at issue in this case.

### Sections 6.03, 6.05, 6.07 – Voter Relationship Disclosure

With respect to the LUPE and HAUL Plaintiffs' challenges to S.B. 1 §§ 6.03, 6.05, and 6.07:

The Court **DECLARES** that the Oath of Assistance Form and Voter Relationship Disclosure requirement, codified at TEC §§ 64.0322(a)(2) and 86.010(e)(2) (and implemented by TEC §§ 64.0322(b) and 86.013(b)) violate the ADA and Section 504.

25-50246.40972

The Secretary of State is **PERMANENTLY ENJOINED** from implementing the Voter Relationship Disclosure requirement. The Secretary shall revise all applicable forms and training and instructional materials for state and county election officials to remove language that reflects the substance of the Voter Relationship Disclosure requirement.

The Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, and El Paso County Elections Administrator are **PERMANENTLY ENJOINED** from using the Oath of Assistance Form (LUPE-189) or implementing the Voter Relationship Disclosure requirement.

The OCA and LUPE Plaintiffs' ADA and Section 504 claims challenging the Voter Relationship Disclosure requirement against the Attorney General and DAs of Harris County, Dallas County, El Paso County, and Travis County are **DISMISSED WITH PREJUDICE** because those public entities do not provide the services and benefits at issue in this case.

### Section 6.06 – Ban on Compensated Mail-Ballot Assistance

With respect to the OCA and LUPE Plaintiffs' challenges to S.B. 1 § 6.06:

The Court **DECLARES** that the ban on compensated mail-ballot assistance, codified at TEC § 86.0105, violates the ADA and Section 504.

The Secretary, and her respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to TEC § 86.0105. The Secretary shall revise all applicable forms and training and instructional materials for state and county election officials to remove language that reflects the substance of the ban on compensated mail-ballot assistance.

The OCA and LUPE Plaintiffs' ADA and Section 504 claims challenging S.B. 1 § 6.06 against the Harris County Clerk, Travis County Clerk, Dallas County Elections Administrator, and

25-50246.40973

El Paso County Elections Administrator, as applicable, are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The OCA and LUPE Plaintiffs' ADA and Section 504 claims challenging S.B. 1 § 6.06 against the Attorney General and DAs of Harris County, Dallas County, El Paso County, and Travis County are **DISMISSED WITH PREJUDICE** because those public entities do not provide the services and benefits at issue in this case.

### Section 7.04 – Canvassing Restriction

With respect to the LUPE Plaintiffs' ADA and Section 504 challenges to S.B. 1 § 7.04:

The Court **DECLARES** that the Canvassing Restriction, codified at TEC § 276.015(b)–(c), violates the ADA and Section 504.

The Secretary and her respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to TEC § 276.015(b)–(c). The Secretary shall revise all applicable forms and training and instructional materials for state and county election officials to remove language that reflects the substance of Canvassing Restriction.

The LUPE Plaintiffs' ADA and Section 504 claims challenging S.B. 1 § 7.04 against the Harris County Clerk, Travis County Clerk, Dallas County Elections Administrator, and El Paso County Elections Administrator, as applicable, are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The LUPE Plaintiffs' ADA and Section 504 claims challenging S.B. 1 § 7.04 against the Attorney General and DAs of Dallas County, El Paso County, and Travis County are **DISMISSED WITH PREJUDICE** because those public entities do not provide the services and benefits at issue in this case.

25-50246.40974

It is **SO ORDERED**.

**SIGNED** this 14th day of March, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

25-50246.40975

Tab 23: Order Granting Stay Pending Appeal
(ROA.41039-41040)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## <u>ORDER GRANTING STAY PENDING APPEAL</u>

On this date, the Court considered the State Defendants' motion for clarification or alternatively for a stay pending appeal (ECF No. 1207) of the injunctive relief entered in this Court's Findings of Fact and Conclusions of Law on Plaintiffs' claims under the ADA and Rehabilitation Act issued on March 14, 2025 (ECF No. 1206) (the "FFCL"). On March 26, 2025, the State Defendants filed a Notice of Appeal of the FFCL (ECF No. 1208).

After careful consideration, the State Defendants' motion (ECF No. 1207) is **GRANTED**.

Thus, **IT IS ORDERED** that the FFCL has the following effect:

With respect to the HAUL and OCA Plaintiffs' ADA and Section 504 challenges to S.B. 1 §§ 5.02, 5.03, and 5.07:

> The Court **DECLARES** that Tex. Election Code § § 84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2) violate the ADA and Section 504. The Secretary of State of Texas, the Bexar County Elections Administrator, Harris County Clerk, Dallas County Elections Administrator, the El Paso County Elections Administrator, and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, are **PERMANENTLY ENJOINED** from implementing, enforcing, or giving any effect to Texas Election Code §§°84.002(a)(1-a), 84.002(b-1), 84.011(a)(3-a), 86.001(f), 86.001(f-1), and 86.001(f-2).

**IT IS FURTHER ORDERED** that all injunctive relief described in the FFCL, including the relief modified by this Order, is **STAYED** pending appeal.

To the extent there is any discrepancy between this Order and the FFCL, this Order controls and clarifies, modifies, or supersedes the Court's FFCL issued March 14, 2025 (ECF No. 1206).

It is so **ORDERED**.

**SIGNED** this 28th day of March, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

25-50246.41040

TAB 24: ORDER, APRIL 1, 2025 (ROA.41048-41050)

FILED
APR - 1 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 1, 2025
Lyle W. Cayce
Clerk

No. 24-50826

LA UNION DEL PUEBLO ENTERO; SOUTHWEST VOTER
REGISTRATION EDUCATION PROJECT; MEXICAN AMERICAN BAR
ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR
POLITICAL EDUCATION; JOLT ACTION; WILLIAM C.
VELASQUEZ INSTITUTE; FIEL HOUSTON, INCORPORATED;
FRIENDSHIP-WEST BAPTIST CHURCH; TEXAS IMPACT; JAMES
LEWIN; MI FAMILIA VOTA;

*Plaintiffs—Appellees,*

*versus*

GREGORY W. ABBOTT, *in his official capacity as Governor of Texas*;
WARREN K. PAXTON, *in his official capacity as Attorney General of Texas*;
STATE OF TEXAS; JANE NELSON, *in her official capacity as Texas
Secretary of State*; HARRIS COUNTY REPUBLICAN PARTY; DALLAS
COUNTY REPUBLICAN PARTY; NATIONAL REPUBLICAN
SENATORIAL COMMITTEE; SEAN TEARE, *Harris County District
Attorney*,

*Defendants—Appellants,*

REPUBLICAN NATIONAL COMMITTEE

*Movant—Appellant,*

25-50246.41048

---

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS,

*Plaintiffs- Appellees,*

*versus*

KEN PAXTON, *Texas Attorney General,*

*Defendant—Appellant,*

---

LULAC TEXAS; TEXAS ALLIANCE FOR RETIRED AMERICANS; TEXAS AFT; VOTE LATINO,

*Plaintiffs—Appellees,*

*versus*

KEN PAXTON, *in his official capacity as the Texas Attorney General,*

*Defendant—Appellant,*

---

DELTA SIGMA THETA SORORITY, INCORPORATED; THE ARC OF TEXAS,

*Plaintiffs-Appellees,*

*versus*

GREGORY WAYNE ABBOTT, *in his official capacity as the Governor of Texas;* WARREN KENNETH PAXTON, JR., *in his official capacity as the Attorney General of Texas,*

*Defendants-Appellants.*

25-50246.41049

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CV-844 —✗ꭱ
USDC No. 1:21-CV-780
USDC No. 1:21-CV-786
USDC No. 5:21-CV-848
USDC No. 5:21-CV-920

ORDER:

IT IS ORDERED that appellants' opposed motion for an expedited ruling on the motion to stay the district court's order and permanent injunction pending appeal is GRANTED.

IT IS FURTHER ORDERED that the appellants' opposed motion to stay the district court's order and permanent injunction pending appeal is GRANTED.*

IT IS FURTHER ORDERED that the appellants' opposed alternative motion for an administrative stay is DENIED as moot.

IT IS FURTHER ORDERED that this merits panel will hear oral argument, 30 minutes per side, during its regularly scheduled argument week, on Wednesday, April 30, 2025, on the merits and on any pending motions.

LYLE W. CAYCE, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce
ENTERED AT THE DIRECTION OF THE COURT

---

* One member of this merits panel would deny a stay pending appeal.

TAB 25: ORDER, MAY 23, 2025 (ROA.41100-41103)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LA UNIÓN DEL PUEBLO ENTERO, et al., | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | 5:21-CV-0844-XR |
| | § | [Consolidated Cases] |
| GREGORY W. ABBOTT, et al., | § | |
| *Defendants.* | § | |

## ORDER

On this date, the Court considered Plaintiffs' motion for clarification (ECF No. 1214) of the Court's March 28, 2025 order granting a stay pending appeal of the Findings of Fact and Conclusions of Law as to Plaintiffs' ADA and Section 504 challenges to S.B. 1 ("ADA Order"). *See* ECF No. 1206, 1210.

On March 14, 2025, the Court permanently enjoined S.B. 1 §§ 5.02, 5.03, 5.07, 6.06, 7.04 and portions of Sections 6.03, 6.04, 6.05 and 6.07 under the ADA and Section 504. ECF No. 1206 at 107. The Court simultaneously stayed any injunctions implicating forms designed by the Secretary of State through the May 2025 election. ECF No. 1206 at 106 (staying injunctions as to Sections 5.02, 5.03, 5.07, 6.03–6.05, and 6.07 through the May 2025 election). The Court did not reference Section 6.06 in its stay. *Id.* The Court separately stayed only the injunction on Section 7.04, the "Canvassing Restriction," beyond the May 2025 election pending resolution of the appeal. *Id.* at 107.

On March 21, 2025, State Defendants moved for clarification of the ADA FFCL, about the scope of the enjoined provisions and whether the *Purcell* stay applied to Section 6.06, and, in the alternative, sought a "broader" stay pending appeal. ECF No. 1207 at 1. On March 28, 2025, after granting certain unopposed portions of the motion clarifying the scope of permanent injunctive

25-50246.41100

relief, the Court ordered that all injunctive relief described in the ADA FFCL, including the relief modified by the Stay Order, was stayed pending appeal. ECF No. 1210.

The stay of injunctive relief described in the March 28, 2025 Stay Order shall extend to the resolution of any appeal of the ADA FFCL.

The Fifth Circuit has already granted a stay pending appeal on several occasions in this consolidated case:

- *United States v. Paxton*, No. 23-50885 (5th Cir. Dec. 15, 2023), ECF No. 80-1 (staying the relief granted as to Sections 5.07 and 5.13 of S.B. 1 awarded in connection with Plaintiffs' claims under the Materiality Provision of the Civil Rights Act pending appeal);

- *La Union Del Pueblo Entero v. Abbott (LUPE II)*, No. 24-50783, ECF No. 112-1, 2024 WL 4487493, at *3 (5th Cir. Oct. 15, 2024) (staying the relief granted as to Section 7.04 of S.B. 1 in connection with Plaintiffs' claims under the First Amendment pending appeal); and

- *La Union Del Pueblo Entero v. Abbott (LUPE I)*, No. 24-50826, ECF No. 246-2 (5th Cir. Apr. 1, 2025) (staying the relief granted as to Sections 6.03–6.06, 6.07, and 7.04 in connection with Plaintiff's claims under Section 208 of the VRA pending appeal).

A stay of the ADA Order enjoining Sections 5.02, 5.03, and 5.07 is consistent with the Fifth Circuit's stay of the injunctive relief as to Sections 5.07 and 5.13. *United States v. Paxton*, No. 23-50885 (5th Cir. Dec. 15, 2023). Likewise, staying the injunction of Section 7.04 is consistent with the Fifth Circuit's identical stay arising out of Plaintiff's First Amendment claims. *La Union Del Pueblo Entero v. Abbott (LUPE II)*, No. 24-50783, ECF No. 112-1, 2024 WL 4487493, at *3 (5th Cir. Oct. 15, 2024).

When the Court issued its ADA Order in March 2025, it did not address a *Purcell* stay as to Section 6.06 of S.B. 1 because that provision was no longer in effect. The Fifth Circuit's previous *Purcell* stay of the Court's permanent injunction expired after the November 2024 general election. *See* ECF No. 1185. In this Court's view, after the November 2024 election, Texans who needed

voting assistance were automatically free to select the assistor of their choice—including "compensated" assistors—in the next election.[1]

The Court took this approach based on its view that, unlike injunctions requiring affirmative changes to election procedures and forms, injunctions of criminal statutes are self-executing.[2] Thus, all prosecutions under Section 6.06 were to stop following the November 2024 election.[3] While the Court expected state and local officials to start their Section 208 compliance efforts as to Sections 6.03–6.05 and 6.07 *after* the November 2024 election, it did not seem likely, given the State's timeline for removing a single line from the Oath of Assistance,[4] that the revised forms and procedures would be operative by the May 2025 primary. Having seen no evidence of such forms or procedures by March 2025, the Court preemptively granted a *Purcell* stay in its ADA Order as to the injunctions of Sections 6.03–6.05 and 6.07, in anticipation of the May primary.

---

[1] Although the Fifth Circuit invited the State Defendants to seek a stay pending appeal of the Section 208 Order at a later stage, *see* ECF No. 1185 at 3, they had not done so by the time the ADA Order was issued.

[2] As the Court has explained, *Purcell* does not require a stay of criminal enforcement provisions because:

> unlike an order requiring affirmative changes to the election process before it occurs, an injunction against enforcement proceedings is removed in space and time from the mechanics and procedures of voting. Prosecutions simply do not occur at the polls . . . ; they require investigation, evidence, and due process.

ECF No. 1157 at 76.

[3] Even if the voting process involves some forms or procedures memorializing defunct criminal provisions, the benefit of an injunction—preventing prosecution under an unlawful criminal statute—outweighs the risks related to voter confusion. After all, in the worst case, someone who is "confused" about whether he can lawfully accept or provide compensated assistance under the Court's injunction might simply decline to help a voter in need or vote without assistance. Following the Fifth Circuit's stay, however, a voter or assistor who is "confused" about the state of the law but nonetheless opts to receive or provide such assistance may face up to two years in prison and a fine of $10,000. *See* TEC § 86.0105 (making it a state a state jail felony—punishable by up to two years in prison and a $10,000 fine—to offer, solicit or receive compensation for assisting mail ballot voters); TEX. PENAL CODE §§ 12.35(a), (b).

[4] *See OCA of Greater Houston v. Texas*, No. 1:15-CV-679-RP, 2022 WL 2019295, at *4 (W.D. Tex. June 6, 2022); ECF No. 852 at 132 (observing that, by January 2024, the State Defendants had yet to fully comply with the relief granted in *OCA Greater Houston*).

25-50246.41102

In April 2025, after the permanent injunctive relief granted in the Section 208 Order had been in effect—if not operative—for nearly five months, the Fifth Circuit stayed all relief pending appeal without explanation. *See La Union Del Pueblo Entero v. Abbott (LUPE I)*, No. 24-50826, ECF No. 246-2 (5th Cir. Apr. 1, 2025).

In the meantime, given the Fifth Circuit's failure to explain the basis for its stay of the Section 208 Order[5] further briefing from the parties on the propriety of a stay pending appeal of the ADA Order would appear to be futile.

More importantly, the Fifth Circuit has already stayed all injunctive relief contemplated in the Court's ADA Order. The stay of the injunctive relief described in the Court's March 28 Order shall extend to the resolution of any appeal of the ADA Order.

## CONCLUSION

Plaintiffs' motion for clarification (ECF No. 1214) is **GRANTED IN PART** as to their request for further explanation as to the duration of Stay Order but **DENIED** as to their request to submit additional briefing.

It is so **ORDERED**.

**SIGNED** this 23rd day of May, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

---

[5] *See, e.g.*, *La Union Del Pueblo Entero v. Abbott (LUPE I)*, No. 24-50826, ECF No. 246-2 (5th Cir. Apr. 1, 2025).

25-50246.41103

CERTIFICATE OF SERVICE

## Certificate of Service

On September 15, 2025, these record excerpts were served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Daniel M. Ortner

Daniel M. Ortner