# *United States Court of Appeals*
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 16, 2026

Mr. Brian Lawrence Dimmick
American Civil Liberties Union Foundation
Disability Rights Program
915 15th Street, N.W.
Washington, DC 20005

Mr. John Matthew Gore
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Matthew Jones
Wilmer Cutler Pickering Hale & Dorr, L.L.P.
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Mr. Daniel Ortner
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

    No. 25-50246   La Union del Pueblo Entero v. Abbott
                       USDC No. 5:21-CV-844
                       USDC No. 1:21-CV-780
                       USDC No. 1:21-CV-786
                       USDC No. 5:21-CV-848
                       USDC No. 5:21-CV-920

Dear Counsel,

Please overnight the **6 paper copies of your brief** required by 5th Cir. R. 31.1 pursuant to 5th Cir. ECF Filing Standard E.1.

Please overnight the **4 paper copies of your record excerpts** required by 5th Cir. R. 30.1.2 pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents**. See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray.

Please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Do not submit paper copies without a filing header.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Olivia G. Andry, Deputy Clerk

cc:
    Ms. Jessica Ring Amunson
    Mr. Patrick Berry
    Mr. Thomas Paul Buser-Clancy
    Mr. Dayton Campbell-Harris
    Mr. Adriel I. Cepeda Derieux
    Mr. Aaron J. Curtis
    Mr. Benjamin Daus
    Mr. Zachary Dolling
    Mr. Victor Genecin
    Ms. Elissa Staci Gershon
    Mr. Derek Ha
    Ms. Ashley Alcantara Harris
    Mr. Peter Thomas Hofer
    Mr. Jason Scott Kanterman
    Mr. Michael Courtney Keats
    Mr. Ryan Glen Kercher
    Ms. Sophia Lin Lakin
    Ms. Rebecca L. Martin
    Mr. Christopher McGreal
    Mr. Evan Monod
    Mr. Sean Morales-Doyle
    Ms. Nina Perales
    Ms. Elizabeth Ryan
    Ms. Kathryn C. Sadasivan
    Mr. Ari J. Savitzky
    Mr. J. Michael Showalter
    Mr. Jasleen Kaur Singh
    Mr. Nathaniel Sutton
    Mr. Zachary Tripp
    Ms. Leah Tulin
    Ms. Shira Wakschlag
    Mr. Duncan Weinstein
    Ms. Breanna Della Williams