# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 18, 2026

No. 25-50246   La Union del Pueblo Entero v. Abbott
            USDC No. 5:21-CV-844
            USDC No. 1:21-CV-780
            USDC No. 1:21-CV-786
            USDC No. 5:21-CV-848
            USDC No. 5:21-CV-920

Dear Counsel,

The above referenced case has been scheduled for oral argument on 04/30/2026. It will be held in New Orleans - East Courtroom at 9:00.  The Oral Argument session number is 39.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than April 13, 2026.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Olivia Andry at 504-310-7633.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Olivia G. Andry, Calendar Clerk

cc:
Ms. Jessica Ring Amunson
Mr. Patrick Berry
Mr. Thomas Paul Buser-Clancy
Mr. Dayton Campbell-Harris
Mr. Adriel I. Cepeda Derieux
Mr. Aaron J. Curtis
Mr. Benjamin Daus
Mr. Brian Lawrence Dimmick
Mr. Zachary Dolling
Mr. Victor Genecin
Ms. Elissa Staci Gershon
Mr. John Matthew Gore
Mr. Derek Ha
Ms. Ashley Alcantara Harris
Mr. Peter Thomas Hofer
Mr. Matthew Jones
Mr. Jason Scott Kanterman
Mr. Michael Courtney Keats
Mr. Ryan Glen Kercher
Ms. Sophia Lin Lakin
Ms. Rebecca L. Martin
Mr. Christopher McGreal
Mr. Evan Monod
Mr. Sean Morales-Doyle
Mr. Daniel Ortner
Ms. Nina Perales
Ms. Elizabeth Ryan
Ms. Kathryn C. Sadasivan
Mr. Ari J. Savitzky
Mr. J. Michael Showalter
Mr. Jasleen Kaur Singh
Mr. Nathaniel Sutton
Mr. Zachary Tripp
Ms. Leah Tulin
Ms. Shira Wakschlag
Mr. Duncan Weinstein
Ms. Breanna Della Williams