## ORAL ARGUMENT ACKNOWLEDGMENT FORM
**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Ari Savitzky
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

25-50246                La Unión del Pueblo            v.  Abbott
(Case Number)                                        (Short Title)

is scheduled for oral argument at    9:00 am    on    April 30, 2026    located in the
(Time)                                (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/  Ari J. Savitzky                                                    April 13, 2026
(Signature)                                                        (Date)

---

### List all parties being represented for argument and select the party type

All Appellees (LUPE, Sw. Voter Registration. Ed. Project, MABA, Tex. Hispanics Organized for Political Ed., JOLT Action, William C. Velasquez Institute, FIEL Houston, Inc., Friendship-West Baptist Church, Tex. Impact, James Lewin, REVUP-Texas, DST Sorority, Inc., The Arc of Texas)

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|
| Appellant | Appellee | Cross Appellant | Cross Appellee | Amicus | Intervenor |

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

<u>THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS</u>:

|    | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|----|----------------|-------------------|------------------|
| #1 | Ari Savitzky | 20 | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  39

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]              [RESET FORM]