## JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, DC 20001.2113

TELEPHONE: +1.202.879.3939 • JONESDAY.COM

BDAUS@JONESDAY.COM

April 20, 2026

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

    **Re:**    **No. 25-50246,** *La Union Del Pueblo Entero v. Abbott*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Intervenor-Appellants Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, Harris County Republican Party, and Dallas County Republican Party, as I am leaving my employment with Jones Day. Remaining counsel of record, including John Gore, will continue to represent Intervenor-Appellants.

    Very truly yours,

    /s/ Benjamin P. Daus

Cc: all counsel of record (via CM/ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON